

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296 |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **[PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD** |
| | Date:      TBD |
| | Time:      TBD |
| | Ctrm:      TBD |
| | Before:   TBD |

1    The Court, having reviewed and considered Movants/Defendants Does ("Doe Defendants")

2    Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. (the "Motion"), the

3    memorandum of points and authorities and declarations in support thereof, the other related papers

4    and pleadings on file herein, and with good cause appearing therefore:

5    IT IS HEREBY ORDERED that Doe Defendants' Motion is GRANTED.

6    IT IS HEREBY FURTHER ORDERED that Plaintiff's Subpoenas to Reddit, Inc. and

7    Discord, Inc. are QUASHED.

8

9    IT IS SO ORDERED.

10   DATED:        _____, 2025

     _____
     United States District/Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROP] ORDER GRANTING DOES' MTN TO QUASH SUBPOENAS**