UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 25-mc-80296-SK |
|---|---|
| | **ORDER SETTING BRIEFING SCHEDULE** |
| | Regarding Docket No. 1 |

On September 22, 2025, a motion to quash was filed concerning a subpoena issued in the Central District of California. The movants shall serve the motion to quash on the respondents and file proof of service within 14 days of the date of this Order. The respondents shall file any opposition within 14 days of service of the motion.

**IT IS SO ORDERED**.

Dated: September 23, 2025



SALLIE KIM
United States Magistrate Judge