ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

Karl S. Kronenberger (SBN: 226112)
Karl@KR.law
Jeffrey M. Rosenfeld (SBN: 222187)
Jeff@KR.law
Leah Rosa Vulic (SBN: 343520)
Leah@KR.law
**KRONENBERGER ROSENFELD, LLP**
548 Market St. #85399
San Francisco, California 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Movants/Defendants
DOES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**JOINT STIPULATED REQUEST TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH PURSUANT TO CIV. L.R. 6-2 AND 7-12** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Doe movants/defendants and
2    respondent/plaintiff Ted Entertainment, Inc. hereby jointly request an order
3    extending the time for respondent/plaintiff to file its opposition to Does' motion to
4    quash, as follows:
5    **WHEREAS,** on September 22, 2025, the Doe movants/defendants
6    (collectively, the "Does") initiated the present action by filing their motion to quash
7    (the "Motion") (Dkt. No. 1);
8    **WHEREAS,** respondent/plaintiff Ted Entertainment, Inc. ("TEI") was
9    served with the Motion on September 22, 2025 at 10:59 p.m. via email;
10   **WHEREAS,** pursuant to this Court's September 23, 2025 Order Setting
11   Briefing Schedule (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition")
12   is currently due on October 6, 2025;
13   **WHEREAS,** since August 4, 2025 (*i.e.*, when the subpoenas that are the
14   subject of the Motion were served), counsel for the Does and TEI met and
15   conferred extensively over the Motion;
16   **WHEREAS,** the original date of compliance for the subpoenas that are the
17   subject of the Motion was September 5, 2025;
18   **WHEREAS,** as part of the meet and confer process and as a professional
19   courtesy, counsel for TEI granted two requests by counsel for the Does to extend
20   the deadline to file the Motion – first until September 15, 2025 and subsequently to
21   September 22, 2025;
22   **WHEREAS,** as part of the meet and confer process, counsel for the Does
23   and TEI agreed to reciprocate the professional courtesy and grant TEI a reasonable
24   extension to file its Opposition;
25   **WHEREAS,** on September 23, 2025, counsel for TEI requested from
26   counsel for the Does a one-week extension to file TEI's Opposition (*i.e.*, October
27   13, 2025);
28   **WHEREAS,** counsel for the Does promptly agreed to the request;

1
JOINT STIPULATION TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC.
TO OPPOSE THE DOES' MOTION TO QUASH

1  **WHEREAS,** there have been no previous requests to extend the deadline for
2  TEI to file its Opposition;

3  **WHEREAS,** extending the deadline for TEI to file its Opposition should not
4  affect any other deadline in the case;

5  **WHEREAS,** good cause exists to extend TEI's deadline to file its
6  Opposition because: (1) the Motion requires addressing numerous complex legal
7  and factual issues; (2) the Motion is accompanied by hundreds of pages of
8  declarations and exhibits; and (3) the Motion is accompanied by several videos,
9  many of which are several hours in length.

10  **THEREFORE, IT IS HEREBY STIPULATED**, by and between the
11  parties through their respective attorneys of record respectfully request that: (1) this
12  Court grant the stipulation; (2) that TEI's deadline to file its Opposition to the
13  Motion be extended from October 6, 2025 to October 13, 2025; and (3) the Court
14  enter the order lodged concurrently herewith.

15  Dated: September 23, 2025          **HEAH BAR-NISSIM LLP**

17                                     By  /s/ ROM BAR-NISSIM
                                           ROM BAR-NISSIM
18                                         Attorneys for Respondent/Plaintiff
                                           Ted Entertainment, Inc.

20  Dated: September 23, 2025          **KRONENBERGER ROSENFELD LLP**

22                                     By  /s/ LEAH VULIC
                                           KARL S. KRONENBERGER
23                                         JEFFREY M. ROSENFELD
                                           LEAH ROSA VULIC
24                                         Attorneys for
                                           Movants/Defendants Does

26  Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories
27  listed, and on whose behalf this filing is submitted, concur in the filing's content
28  and have authorized the filing.