ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

Karl S. Kronenberger (SBN: 226112)
Karl@KR.law
Jeffrey M. Rosenfeld (SBN: 222187)
Jeff@KR.law
Leah Rosa Vulic (SBN: 343520)
Leah@KR.law
**KRONENBERGER ROSENFELD, LLP**
548 Market St. #85399
San Francisco, California 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Movants/Defendants
DOES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF JOINT STIPULATED REQUEST TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH PURSUANT TO CIV. L.R. 6-2 AND 7-12** |

# **DECLARATION OF ROM BAR-NISSIM**

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.  I am an attorney at law, duly licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am a partner at the law firm of Heah Bar-Nissim LLP and attorney for plaintiff/respondent Ted Entertainment, Inc. ("TEI") in the above-referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the Joint Stipulated Request to Extend the Deadline of Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to Civ. L.R. 6-2 and 7-12 (the "Stipulation").

2.  On September 22, 2025, the Doe movants/defendants (collectively, the "Does") initiated the present action by filing their motion to quash (the "Motion") (Dkt. No. 1).

3.  On September 22, 205 at 10:59 p.m., counsel for the Does served me the Motion via email.

4.  Pursuant to this Court's September 23, 2025 Order Setting Briefing Schedule (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition") is currently due on October 6, 2025.

5.  Since August 4, 2025 (*i.e.*, when the subpoenas that are the subject of the Motion were served), counsel for the Does and TEI met and conferred extensively over the Motion.

6.  The original date of compliance for the subpoenas that are the subject of the Motion was September 5, 2025.

7.  As part of the meet and confer process and as a professional courtesy, I granted two requests by counsel for the Does to extend the deadline to file the Motion – first until September 15, 2025 and subsequently to September 22, 2025.

8.  As part of the meet and confer process, counsel for the Does and I

agreed to reciprocate the professional courtesy and grant TEI a reasonable extension to file its Opposition.

9. On September 23, 2025, I requested from counsel for the Does a one-week extension to file TEI's Opposition (*i.e.*, October 13, 2025).

10. Counsel for the Does promptly agreed to the request.

11. There have been no previous requests to extend the deadline for TEI to file its Opposition;

12. Extending the deadline for TEI to file its Opposition should not affect any other deadline in the case;

13. Good cause exists to extend TEI's deadline to file its Opposition because: (1) the Motion requires addressing numerous complex legal and factual issues; (2) the Motion is accompanied by hundreds of pages of declarations and exhibits; and (3) the Motion is accompanied by several videos, many of which are several hours in length.

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 23rd day of September, 2025 at Los Angeles, California.

/s/ Rom Bar-Nissim
Rom Bar-Nissim