1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH PURSUANT TO CIV. L.R. 6-2 AND 7-12** |
|---|---|

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulated Request to Extend the Deadline of Ted Entertainment, Inc. to Oppose the Does' Motion to Quash ("Stipulation") of Respondent/Plaintiff Ted Entertainment, Inc. ("TEI") and Movants/Defendants Does (collectively, the "Does"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED; and
2. TEI's deadline to file its opposition to the Does motion to quash is EXTENDED from October 6, 2025 to October 13, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____          _____

                                                                Hon. Sallie Kim

                                                United States Magistrate Judge