1  ROM BAR-NISSIM (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Respondent/Plaintiff
   TED ENTERTAINMENT, INC.
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11
12 | IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**TED ENTERTAINMENT, INC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

# CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Ethan Klein (owner of TEI)
2. Hila Klein (owner of TEI)
3. Alexandra Marwa Saber p/k/a Denims (defendant in the action entitled *Ted Entertainment, Inc. v. Saber et al.* (Central District of California Case No. 2:25-cv-05564-WLH-PD))
4. Morgan Kamal Majed p/k/a Frogan (defendant in the action entitled *Ted Entertainment, Inc. v. Majed et al.* (Central District of California Case No. 2:25-cv-05565-JFW-MAA))
5. Kacey Caviness p/k/a Kaceytron (defendant in the action entitled *Ted Entertainment, Inc. v. Caviness et al.* (Western District of Missouri Case No. 4:25-cv-00459-BCW)).

Dated: September 23, 2025            **HEAH BAR-NISSIM LLP**

By  /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff
Ted Entertainment, Inc.