1

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)

2

Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)

3

548 Market St. #85399

4

San Francisco, CA 94104
Telephone: (415) 955-1155

5

Facsimile: (415) 955-1158
karl@kr.law

6

jeff@kr.law
leah@kr.law

7

8

Attorneys for Movants/Defendants Does

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

**IN RE. SUBPOENAS TO REDDIT, INC.**
**AND DISCORD, INC.**

Case No. 3:25-mc-80296

12

13

(Case No. 2:25-cv-05564-WLH-PD, Pending
in Central District of California)

14

**DECLARATION OF LEAH ROSA**

15

**VULIĆ IN SUPPORT OF MOVANTS**
**DOE DEFENDANTS' MOTION TO**

16

**QUASH PLAINTIFF'S SUBPOENAS**
**TO REDDIT, INC. AND DISCORD**

17

Date:        TBD

18

Time:        TBD
Ctrm:        TBD

19

Before:     TBD

20

21

22

23

24

25

26

27

28

**DECL OF L. VULIĆ ISO DOES' MTN TO**
**QUASH SUBPOENAS**

KRONENBERGER ROSENFELD

I, Leah Rosa Vulić, do hereby declare:

1.     I am an attorney admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Kronenberger Rosenfeld, LLP, which is counsel for Movants Doe Defendants for the purpose of the instant Motion to Quash. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2.     On June 19, 2025, Plaintiff Ted Entertainment, Inc. ("Plaintiff" or "TEI") filed an action in the Central District of California, *Ted Entertainment, Inc. v. Alexandra Marwa Saber (Denims) and Does 1-10*, Case No. 2:25-cv-05564-WLH-PD (the "Action"). A true and correct copy of the Complaint in the Action, and the Complaint's PDF exhibits, is attached hereto as **Exhibit 1** ("Complaint" or "Compl."). TEI, owned by Ethan Klein and Hila Klein,[1] is a production company that broadcasts the H3 Podcast.[2] The Defendants in the Action are Twitch streamer Alexandra Marwa Saber ("Denims"), and Does, who are or were moderators of the Reddit community (subreddit) r/h3snark ("H3Snark" or "Subreddit").

3.     Attached hereto as **Exhibit 2** is a true and correct copy of a Manual Filing Notification ("MFN"), which is being electronically filed in accordance with the Northern District of California's local rules and procedures.

4.     Concurrently with filing this declaration, my office will manually submit to the Clerk's Office with the MFN, USB drives containing pertinent video exhibits to the **Complaint, Exhibits D, E, F, J, K,** and **L**. These exhibits cannot be electronically filed through the Court's CM/ECF system because they are non-graphic/non-text computer files (i.e., videos).

5.     On the same day TEI filed the Action, it also filed a lawsuit against Morgan Kamal Majed (Frogan) and Does in the Central District of California, Case No. 2:25-cv-05565-JFW-MAA, and a lawsuit against Kacey Caviness (Kaceytron) and Does in the Western District of Missouri, Case No. 4:25-cv-00459-BCW. True and correct copies of the complaints and PDF exhibits

---

[1] Because Ethan and Hila share the same last name, this motion refers to them by their first names to avoid confusion; no disrespect is intended. *See Keen v. Bowley*, 2024 WL 3259040, at *7, n. 59 (C.D. Cal. July 1, 2024).

[2] Ethan, Hila, and TEI, and their podcast, may be collectively referred to herein as "H3."

**DECL OF L. VULIĆ ISO DOES' MTN TO QUASH SUBPOENAS**

KRONENBERGER ROSENFELD

1   (without video exhibits) in these companion lawsuits are attached hereto as **Exhibits 3** and **4**.

2   6.      Attached hereto as **Exhibits 5** and **6** are true and correct copies of TEI's copyrights

3   registrations in the motion picture *Content Nuke: Hasan Piker* ("*Nuke*") and *The H3 Show #105:*

4   *Countdown to Doomsday* ("*Countdown*"), which I downloaded from the United States Copyright

5   Office ("USCO")'s website.

6   7.      On September 7, 2025, I visited the USCO's website and public records search. I

7   performed an advanced search for all records where the Claimant was "Ted Entertainment." A true

8   and correct screencapture[3] of these search results is attached hereto as **Exhibit 7**. As Exhibit 7 shows,

9   TEI has registered three copyrights, *Countdown*, *Nuke*, and a motion picture titled "I Will Never

10  Forgive Hasan Piker for This.", the latter of which registered on February 24, 2025.

11  8.      Attached hereto as **Exhibits 8** and **9** are true and correct copies of TEI's and Denims'

12  Stipulation for Early Discovery and the Order granting same.

13  9.      True and correct copies of TEI's Subpoenas to Reddit, Inc. ("Reddit") and Discord,

14  Inc. ("Discord") are attached hereto as **Exhibits 10** and **11** (the "Subpoenas"). Facially, the

15  Subpoenas ask for information that could be construed as violating the Stored Communications Act,

16  18 U.S.C. §2701, et seq. ("SCA"). *See* Exs. 10, 11. During counsels' meet-and-confer efforts,

17  described below, TEI agreed to limit the Subpoenas' requests so that the SCA is not implicated, i.e.,

18  TEI seeks only identifying information and not communications between Reddit users or Discord

19  users.

20  10.     On August 6, August 19, and August 28, 2025, my colleague Jeff Rosenfeld and I

21  met and conferred with TEI's counsel via Zoom videoconference regarding Does' instant Motion

22  to Quash TEI's Subpoenas. Despite the parties' efforts to resolve this matter, they could not,

23  necessitating the filing of this Motion.

24  11.     A true and correct copy of Denims' Answer to the Complaint is attached hereto as

25  **Exhibit 12**.

26  12.     Attached hereto as **Exhibits 13** and **14** are true and correct screencaptures of

27

28  _____

[3] Unless otherwise stated, I took screenshots of webpages using the website screencapture GoFullPage on the dates and times indicated in the header of each exhibit.

KRONENBERGER ROSENFELD

1  https://redditinc.com/ and https://redditinc.com/policies/reddit-rules, which describe the purpose of

2  Reddit and the Rules governing its use. Reddit's Rules specifically provide that "everyone on Reddit

3  should have an expectation of privacy and safety."

4      13.    Attached hereto as **Exhibit 15** is a true and correct screencapture of the webpage

5  https://support.reddithelp.com/hc/en-us/articles/204533569-What-are-communities-or-subreddits,

6  titled "What are communities or 'subreddits'?". Exhibit 15 describes Reddit's communities, or

7  "subreddits."

8      14.    Attached hereto as **Exhibit 16** is a true and correct screencapture of Reddit's User

9  Agreement, located at https://redditinc.com/policies/user-agreement. In section 8 of Reddit's User

10  Agreement, Reddit describes the role of moderators on Reddit.

11      15.    Attached hereto as **Exhibit 17** is a true and correct screencapture of the webpage

12  https://redditinc.com/policies/moderator-code-of-conduct. Exhibit 17 describes Reddit's Code of

13  Conduct for its moderators.

14      16.    Attached hereto as **Exhibit 18** is a true and correct screencapture of the H3Snark

15  Subreddit main page.

16      17.    Attached hereto as **Exhibit 19** is a true and correct screencapture of the H3Snark

17  Subreddit Wiki, which describes the purpose and rules of the H3Snark Subreddit.

18      18.    In support of the instant Motion, Does are submitting video evidence[4], i.e., videos

19  and clips of relevant content posted by TEI/H3, Ethan Klein, Hila Klein, and others. Does submit

20  this video evidence: 1) for the court's ease of reference, and 2) to preserve the evidence as it existed

21  at the time of Does' filing. *See* Doe Decl. ¶80.

22      19.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 20**, a

23  YouTube video titled "I'm Suing These Three Creators" published on the h3h3productions channel

24  on June 19, 2025, located at: https://www.youtube.com/watch?v=3yAiuEyJF-I. In this video, Ethan

25  Klein describes *Content Nuke – Hasan Piker* as a deliberate "trap" to draw critics and streamers

26  into copyright disputes, referencing r/h3snark's involvement and portraying the lawsuits as

---

[4] Unless otherwise stated, the clips referenced in this declaration were captured by Does' counsel's
staff by: 1) downloading the videos using the YT-DLP program, 2) using VLC media player to
extract video segments and save them as short clips.

1    intentional rather than accidental.

2       20.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 21**, a

3    segment from an H3 Podcast YouTube livestream titled "H3 Podcast Crew Intervention – H3 Show

4    #112" published on February 19, 2025, located at:

5    https://www.youtube.com/live/s7ZloL0x4G4?feature=shared&t=11022 [3:03:42 - 3:33:03]. In this

6    episode, Ethan Klein threatens r/h3snark moderators with subpoenas, legal action, and career-

7    ruining consequences, while celebrating the prospect of upcoming litigation.

8       21.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 22**, a

9    segment of an H3 Podcast YouTube livestream titled "Huge Lawsuit Updates, You're Going To

10   Love These! - H3 Show #176" published on August 6, 2025, located at:

11   https://www.youtube.com/live/tI8fGcsyfL8?feature=shared&t=7093 [1:58:10 - 2:17:42]. In this

12   segment, Ethan Klein discusses the r/h3snark moderation team's likely inability to succeed in

13   quashing a subpoena and continues to issue threats toward them.

14      22.    Attached hereto as **Exhibit 23** is a list of over 200 r/h3snark discussion megathreads

15   that show each time the H3snark moderators linked directly to content owned by TEI from October

16   2023 to May 2025.

17      23.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 24**, a

18   segment of an H3 Podcast YouTube livestream titled "I Hired a Rabbi To Destroy My Yeezys – H3

19   Show #116" located at:

20   https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51–

21   0:38:18]. In this segment, Ethan and Hila Klein display and analyze a critic's Instagram account,

22   including images of the critic's family, which resulted in the critic and his family receiving hate and

23   harassment.

24      24.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 25**, a

25   segment of a YouTube video titled "DEBATING ETHAN KLEIN" published on the HasanAbi

26   channel on May 3, 2025, located at: https://youtu.be/ih2ZvBxZWig?si=yakdsrY8Z4jXKn-

27   T&t=9567 [2:39:27–2:46:00]. In this segment, Ethan Klein and Hasan Piker debate Klein's

28   impending lawsuits; Hasan suggests the suits are frivolous attempts to bully and unmask anonymous

1   Redditors, while Klein admits his motives concern harassment and defamatory statements rather

2   than copyright. Hasan also defends the Reddit user "obrienpotates."

3       25. Submitted herewith to the Court in physical format with the MFN is **Exhibit 26**, a

4   segment of an H3 Podcast YouTube livestream titled "My Life Is Falling Apart – Addressing The

5   Controversy – I Shouldn't Say This But I Must – H3 Show #102" published on January 24, 2025,

6   located at: https://www.youtube.com/live/3FKZxfBljlw?feature=shared&t=726 [12:06 - 13:38]. In

7   this segment, Ethan and Hila Klein discuss deliberately inserting provocative moments into the

8   Content Nuke – Hasan Piker video to provoke critics and sustain their engagement.

9       26. Submitted herewith to the Court in physical format with the MFN is **Exhibit 27**, a

10  YouTube video titled "h3h3 Nukes Hasan" published on February 1, 2025, located at:

11  https://www.youtube.com/watch?v=Ja1qRUBc2ko. In this video, streamer xQc reacts live to Ethan

12  Klein's Content Nuke – Hasan Piker video, amplifying its reach to his large audience while

13  providing commentary during the broadcast.

14      27. Submitted herewith to the Court in physical format with the MFN is **Exhibit 28**, a

15  segment of an H3 Podcast YouTube livestream titled "Nuclear Fallout – H3 Show #105" published

16  on February 3, 2025, located at:

17  https://www.youtube.com/live/TETOdFWf99M?feature=shared&t=12322 [3:25:21 - 3:31:35]. In

18  this episode, Ethan Klein praises xQc's positive reaction to his Content Nuke – Hasan Piker video

19  and celebrates its strong reception and view count.

20      28. Submitted herewith to the Court in physical format with the MFN is **Exhibit 29**, a

21  segment of an H3 Podcast YouTube livestream titled "We Almost Cancelled Today's Episode – H3

22  Show #156" published on June 9, 2025, located at:

23  https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572 [1:32:53 - 1:33:29]. In this

24  episode, Ethan Klein argues that other creators' snark subreddits have been banned for copyright

25  infringement, while Reddit has refused to ban r/h3snark or honor copyright takedowns against it,

26  which he calls "illegal" and evidence the company is "completely compromised."

27      29. Submitted herewith to the Court in physical format with the MFN is **Exhibit 30**, a

28  segment of an H3 Podcast YouTube livestream titled "We Break 9 Different Guinness World

1    Records & Creator Clash Announced RIP AB – Off The Rails #58" published on January 25, 2023,

2    located at: https://www.youtube.com/watch?v=y19qnDm2tDs&t=634s [10:35–12:07]. In this

3    segment, Ethan Klein states that others are free to clip, repost, and monetize H3 Podcast content

4    without fear of DMCA claims, except in cases of wholesale re-uploads of full episodes.

5        30.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 31**, an

6    H3 Podcast YouTube livestream titled "Big big huge announcement massive announcement – After

7    Dark #93" published on January 27, 2023, located at: https://www.youtube.com/live/_-

8    TUf6tyhPI?feature=shared&t=4503 [1:15:03 - 1:15:39]. In this episode, Ethan Klein expresses

9    enthusiasm about fans clipping and monetizing content from his podcast, members' live streams, or

10    any content featuring him.

11        31.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 32**, a

12    segment from a YouTube livestream titled "Ethan Gets A Low Taper Fade From Jeff Wittek &

13    Bach3lor Announcement – Off The Rails #101" published on January 24, 2024, located at:

14    https://www.youtube.com/live/hshRIiyFSu0?feature=shared&t=877 [14:37–16:49]. In this

15    episode, Ethan Klein states that while reasonable-length clips of members-only content may be

16    shared, full re-uploads of paywalled content are unfair and will be subject to DMCA removal.

17        32.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 33**, a

18    segment from an H3 Podcast YouTube livestream titled "Ethan Debates Anti-Semitic Sneako Fan

19    –    H3    Show    #55"    published    on    September    16,    2024,    located    at:

20    https://www.youtube.com/live/Ch3WcOM4gNs?feature=shared&t=9800 [2:43:20–2:44:04]. In

21    this clip, Ethan Klein and his employees discuss auto-banning r/h3snark users from

22    r/h3h3productions; Ethan later issued a DMCA takedown after it was locked on the subreddit.

23        33.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 34**, a

24    segment from the H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves

25    Ethan Was Right About Reddit – H3 Show #165" published on July 11, 2025, located at:

26    https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=12126 [3:22:06–3:24:40]. In this

27    segment, Ethan Klein issues a formal apology to Ryan Kavanaugh, admitting he spread false claims

28    that led to harassment and reputational harm, acknowledging his role in negative social media and

**DECL OF L. VULIĆ ISO DOES' MTN TO QUASH SUBPOENAS**

Wikipedia edits, and urging his audience to stop targeting Kavanaugh and his family.

34.     Submitted herewith to the Court in physical format with the MFN is **Exhibit 35**, an Instagram Story posted by Ethan Klein on June 26, 2025, in which he mocked legal commentary that r/h3snark moderators face greater financial risk than streamers, adding a caption offering "amnesty" to moderators if they report to him directly.

35.     Submitted herewith to the Court in physical format with the MFN is **Exhibit 36**, a segment from an H3 Podcast YouTube livestream titled "I'm Loving The Reactions To The Lawsuits (Final Episode) – H3 Show #162" streamed live on June 20, 2025, located at: https://www.youtube.com/live/iwwSERCF_Gk?feature=shared&t=6355 [1:45:55–1:46:25]. In this segment, Ethan Klein mocks a named defendant for raising legal defense funds and asserts that the lawsuits "aren't going to court."

36.     Submitted herewith to the Court in physical format with the MFN is **Exhibit 37**, a segment from an H3 Podcast YouTube livestream titled "I'm Going To War With The Entire Internet – H3 Show #115" published on February 26, 2025, located at: https://www.youtube.com/live/bq4Bq0KXlGE?feature=shared&t=6043 [1:40:43–1:41:07]. In this excerpt, Ethan Klein suggests he may have to threaten self-harm in order to compel the r/h3snark subreddit to be taken down.

37.     Submitted herewith to the Court in physical format with the MFN is **Exhibit 38**, a segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=10735 [2:58:55–3:00:05]. In this excerpt, Ethan Klein laments that Reddit will not remove criticism subreddits about him and expresses frustration that his lawyer cannot take action because of Section 230 protections.

38.     Submitted herewith to the Court in physical format with the MFN is **Exhibit 39**, a segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=11190 [3:06:30–3:06:50]. In this excerpt, Ethan Klein threatens to scrutinize "every detail" of Reddit CEO Steve Huffman's life in

1  response to Reddit not banning criticism of the plaintiff on various subreddits.

2        39.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 40**, a

3  segment of an H3 Podcast YouTube livestream titled "This Beauty TikToker Is Coming After Me

4  – Off The Rails #111" published on April 3, 2024, located at:

5  https://www.youtube.com/live/xIl2dEZnvYQ?si=xFnXvayV8OZzvyx_&t=8255 [2:17:35–

6  2:23:57]. In this excerpt, Ethan Klein discusses how to subpoena user data from Reddit and Discord.

7        40.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 41**, a

8  segment of an H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves

9  Ethan Was Right About Reddit - H3 Show #165" located at:

10  https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=8658 [2:24:18 - 3:02:03]. In this

11  episode, Ethan Klein defends his DMCA takedowns of r/h3snark posts, claiming they were limited

12  to egregious copyright violations, while denying he was silencing criticism and stating he is suing

13  subreddit moderators and Reddit itself.

14        41.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 42**, a

15  segment of an H3 Podcast YouTube livestream titled "I Can't Handle This Anymore – H3 Show

16  #111" published on February 17, 2025, located at:

17  https://www.youtube.com/live/N2W4RJ2tEnY?feature=shared&t=9441 [2:37:21–3:09:48]. In this

18  segment, Ethan Klein responds to online criticism by telling critics they are "not safe," suggesting

19  they are antisemitic, and threatening to "ruin his life in pursuit of getting these people." Ethan also

20  spreads false conspiracy theories that H3Snark moderators run subreddits such as r/youtubedrama,

21  r/Fauxmoi, and r/therewasanattempt.

22        42.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 43**, a

23  YouTube video titled "Why I can't support Ethan Klein anymore." published by Ethan's Basement

24  on November 7, 2024, located at: https://www.youtube.com/watch?v=48YaRHrlf1o. In this video,

25  the creator and former fan documents Ethan Klein's decline and explains why the r/h3snark

26  subreddit has continued to grow and thrive.

27        43.    Submitted herewith to the Court in physical format with the MFN is **Exhibit 44**, a

28  YouTube video titled "Why the H3 Leftovers Podcast Will Never Return" published by North Star

KRONENBERGER ROSENFELD

Radio on September 11, 2024, located at: https://www.youtube.com/watch?v=gZGBSjQE_wA. In this video, a former H3 fan documents the end of the Leftovers podcast and discusses the reasons for its cancellation.

44.     Attached hereto as **Exhibit 45** is a true and correct screencapture of the First Megathread, including all comments and the AutoMod Copyright Disclaimer.

45.     All of the Megathreads are still available online; none of them have been deleted.

46.     Attached hereto as **Exhibit 46** are true and correct screencaptures I took from invidious.io, specifically, the pages describing Instances and Frequently Asked Questions.

47.     Attached hereto as **Exhibit 47** is a true and correct screencapture from www.twitchtracker.com for the H3 Twitch stream. As Exhibit shows, H3 ran Content Nuke on a 24/7 stream from March 5 to April 4; the dates and times listed correspond with Twitch's 48-hour limit for continuous streaming.

48.     Attached hereto as **Exhibit 48** is a true and correct copy of TEI's and Denims Joint Rule 26(f) Report, filed in the Action on September 12, 2025. I have highlighted portion of the parties Joint 26(f) Report, in which TEI acknowledges that Does (the H3Snark Mods)' relevant knowledge and evidence includes their prior knowledge of Denims' unauthorized use of copyrighted works and whether and to what extent Does' viewed Denims' January 31, 2025 stream.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025                    By:   s/ Leah Rosa Vulić
                                                          Leah Rosa Vulić

Exhibit 1

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, | Case No.: 2:25-cv-5564 |
| Plaintiffs, | **COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 | |
| Defendants. | |



The Nightmare on Denims Street

"We're relying on you to stay live so we don't have to give the Nuke views. Yeah, I'm gonna stream it. Since he's confirmed it's coming out today, I'm gonna stream it." – Denims Prior to Reacting to *Content Nuke: Hasan Piker*

"Well guys, if you enjoyed not giving any views to that terrible video, [give me a] follow, subscribe, throw a prime if you like [my] content."
- Denims After Reacting to *Content Nuke: Hasan Piker*

# I.   **INTRODUCTION**

1.      This lawsuit is about ending the practice of lazy reaction videos that copy entire copyrighted works and purposefully siphon views and revenue away from the original. Over seven years ago, the owners of Plaintiff Ted Entertainment, Inc. ("TEI") – Ethan and Hila Klein – established the legal standard for fair use reaction videos in *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017). As a genre, reaction videos "vary widely in terms of purpose, structure, and the extent to which they rely on potentially copyrighted material." Reaction videos, "like the Klein video" that "intersperse *short* segments of another's work with criticism and commentary," constitute fair use.[1]  In contrast, reaction videos that are "more akin to a *group viewing session*" do not. *Id.*, at 40 fn.1, 45-47 (emphasis added).

2.      This case involves a "group viewing session" hosted by Defendant Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims ("Denims"). Denims specifically intended her "group viewing session" to siphon views and revenue away from TEI's copyrighted works: (1) *Content Nuke: Hasan Piker* ("*The Nuke*"); and (2) *The H3 Show #105: Countdown to Doomsday* ("*Countdown Episode*") (collectively, the "Works"). Denims timed her "group viewing sessions" to coincide with the exact moment TEI released the Works. Her timing was intended to capitalize on the intense public interest in the Works and siphon the maximum amount of views and revenue away from the Works to herself by showing the Works in their entirety (or nearly in their entirety).

3.      The moderators of the H3Snark subreddit (the "H3Snark Mods") heavily promoted Denims' "group viewing sessions" as an alternative to the original Works on the H3Snark subreddit ("H3Snark"). As a direct result, Denims' "group viewing sessions" of the Works peaked at approximately 45,800 concurrent views – when her previous stream only achieved approximately 3,300. Denims greatly

---

[1] The Kleins' video from *Hosseinzadeh* was entitled *The Big, The BOLD, The Beautiful* and is available here: https://youtu.be/CXUs5FOo-JE?si=74MWM26Wn26KmO4o

1  profited from her "group viewing session" of the Works through advertising

2  revenue, donations and paid subscriptions.

3      4.    Like most lazy reaction videos, Denims peppers her "group viewing

4  session" of TEI's Works with primarily brief and sporadic observations – which can

5  be categorized as follows:

6      a.    Most frequently, Denims will watch long, unadulterated

7  portions of the Works and briefly pause to give short, surface-level and often

8  repetitive observations that provide little to no "new information, new aesthetics,

9  new insights or understandings" on the original Works. *Andy Warhol Foundation*

10  *for the Visual Arts, Inc. v. Goldsmith* ("*Warhol*"), 598 U.S. 508, 541 (2023).

11      b.    Other times, Denims' "commentary" has little to "no critical

12  bearing on the style or substance" of the Works. *Warhol,* 598 U.S. at 510. Rather,

13  she goes off on tangents regarding unrelated subjects or shadowboxes demonstrably

14  false misrepresentations of the contents of the Works.

15      c.    On the rare occasions when Denims does provide sporadic and

16  brief commentary on the style or substance of the Works, she spreads

17  misinformation that is refuted moments later by the Works themselves or by the

18  most cursory level of research. On the rarer occasions where she actually shows the

19  factual basis for claim, her statements are refuted by the cited source itself. Such

20  misinformation fails to serve "copyright's goal of enriching public knowledge."

21  *Warhol*, 598 U.S. at 531. To the contrary, such misinformation diminishes it.

22      d.    Finally, Denims will even do an "empty chair reaction" (as

23  shown above), where she goes off-camera for an extended period of time while

24  letting the video play to keep her audience entertained.

25      5.    The poverty of Denims' commentary – coupled with her highly

26  commercial use of the Works that she specifically intended to serve as substitute for

27  the originals – fails to justify copying TEI's Works in their entirety (or nearly in

28  their entirety). Rather, Denims' "group viewing session" is a quintessential example

of copyright infringement – *i.e.*, the unauthorized exploitation of TEI's Works "to get attention [and] avoid the drudgery in working up something fresh." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 580 (1994). This lawsuit is to hold Denims accountable for her infringement and the H3Snark Mods accountable for materially contributing to her infringement.

## JURISDICTION AND VENUE

6. This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

7. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a-b).

8. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

9. TEI is a California corporation with its principal place of business located in Los Angeles County, CA. TEI is a production company that produces content for social media, namely YouTube.

10. Denims is an online streamer who releases content on social media platforms, namely Twitch, and resides in Van Nuys, California.

11. The H3Snark Mods are comprised of Does Nos. 1-10. The true names and exact location of Does Nos. 1-10 are presently unknown to TEI, which therefore sues said Doe defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and exact locations when the same have been ascertained. Below is a summary of what is known about Does Nos. 1-6.

   a. Doe No. 1 is female, the founder of H3Snark and one of the H3Snark Mods. She previously used the Reddit username "u/ozempicdealer" – which Doe No. 1 subsequently deleted. Her last post using this handle was on February 12, 2025. Doe No. 1 also uses the Discord handle "yoggiebearx" and the screen name "parishilton."

b.     Doe No. 2 is female, resides in Canada and is the head moderator of the H3Snark Mods. Doe No. 2 currently uses the following Reddit usernames: (1) u/h3snarkmodteam2; (2) u/RomanPeee; and (3) u/Right_Salamander (currently idle). Previously, Doe No. 2 used the following Reddit usernames – which were either deleted by Doe No. 2 or suspended by Reddit for violating its Content Policy: (1) u/kavkav2 (deleted); (2) u/h3snarkmodteam3 (deleted); (3) u/Wrong_Salamanderr (deleted); (4) u/Right_Salamanderr (suspended); (5) u/PurePress (suspended); and (6) u/KitchenMukbangStar (deleted). On Discord, Doe No. 2 uses the screen names "Sally" and "allitern."

c.     Doe No. 3 began as a user of H3Snark and was subsequently made an H3Snark Mod. Initially, Doe No. 3 used the Reddit username "u/sarahornejewetts" – which she subsequently deleted. After deleting this account, Doe No. 3 used the Reddit username "u/jewettsarahorne."

d.     Doe No. 4's account name on Discord is "rozzwhalenm."

e.     Doe No. 5 is male and goes by the name Tony. Doe No. 5 was made an H3Snark Mod. His account name on Discord is "frompu."

f.     Doe No. 6 was made an H3Snark Mod. Doe No. 6's account name on Discord is "No_Reception."

g.     Doe Nos. 7-10 are the remaining H3Snark Mods.

## FACTUAL ALLEGATIONS

### Background of TEI

12.     TEI was founded in 2016 by Ethan and Hila Klein. The Kleins rose to prominence on YouTube with two channels, "h3h3Productions" (their primary channel) and "Ethan and Hila"[2] (their secondary channel). The Kleins created highly stylized reaction videos to other YouTube videos. The Kleins' reaction videos "intersperse[d] relatively short segments" of the original video "with long

[2] The "Ethan and Hila" channel was later renamed to "Hila Klein."

segments of the Kleins' commentary." *Hosseinzadeh*, 276 F.Supp.3d at 40. After TEI was established, the Kleins assigned both channels to TEI.

13.    In 2016, the Kleins were sued for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a reaction video uploaded to their "Ethan and Hila" YouTube channel. The video, entitled *The Big, The Bold, The Beautiful* (the "Klein video"), was a critical and humorous reaction to Matt Hoss' video, *Bold Guy vs. Parkour Girl* (the "Hoss video"). As the Court in *Hosseinzadeh* explained:

> The Klein video opens with commentary and discussion between Ethan and Hila Klein, followed by segments of the Hoss video which they play, stop, and continue to comment on and criticize. The Klein video, which is almost fourteen minutes long, intersperses relatively short segments of the Hoss video with long segments of the Kleins' commentary, ultimately using three minutes and fifteen seconds of the five minute, twenty-four second long Hoss video. The Klein video is harshly critical of the Hoss video, and includes mockery of [Matt Hoss'] performance and what the [Kleins] consider unrealistic dialog and plotlines. In addition, defendants' commentary refers to the Hoss video as quasi-pornographic and reminiscent of a "Cringetube" genre of YouTube video known for "cringe"-worthy sexual content. As critical as it is, the Klein video is roughly equivalent to the kind of commentary and criticism of a creative work that might occur in a film studies class.

*Hosseinzadeh*, 276 F.Supp.3d at 40 (footnote and internal citations omitted).

14.    On August 23, 2017, the Court granted summary judgment for the Kleins on all of Matt Hoss' claims. *Hosseinzadeh*, 276 F.Supp.3d at 45-48. For the copyright infringement claim, the Court found the Klein video made a fair use of the Hoss video.

15.    In 2017, TEI established *The H3 Podcast* channel on YouTube. On the new channel, TEI produced podcast episodes that were less structured than the reaction videos the Kleins previously made. To ensure any use of unlicensed copyrighted content qualified as fair use, TEI formulated and refined best practices based on the principles from *Hosseinzadeh*, which included: (1) whenever feasible, prescreening the original work and outlining the criticism and commentary before

the broadcast; (2) ensuring the commentary was directly related to the style and/or substance of the original work; (3) only broadcasting the portion of the original work that would be subject to critique; (4) pausing the original work frequently to provide critique; and (5) ensuring that the duration of commentary was substantially longer than the portion of the original work show immediately before the commentary.

**Denims: The Alt-Left's Answer to Kellyanne Conway**

16.    Denims LARPs (*i.e.*, live action role play) as a revolutionary from the comfort of her bedroom in California. She is a prolific purveyor of misinformation and speaks with great confidence on topics where her knowledge leaves much to be desired. Denims repeatedly inserts herself into public controversies by employing poor judgment, knee-jerk contrarianism and a consistent impulse to defend the indefensible – including copyright infringement, terrorism and extremism.

17.    Denims is one of the most loyal and ardent defenders of Hasan Piker p/k/a HasanAbi ("Hasan") – the most prominent alt-left streamer on Twitch. Much like Scientologists engage in "fair game,"[3] Denims ruthlessly attacks with reckless abandon anyone who disagrees with her or Hasan. She parrots Hasan's style, rhetoric, and content strategy (*i.e.*, regularly streaming "react" content with minimal transformation or commentary). As such, she has assumed a leading role in Hasan's "Waiting Room" – a collective of streamers who cultishly follow Hasan and parasitically leach off of his audience by streaming before and after him.

18.    On November 17, 2023 (in a now deleted video),[4] Denims read Osama bin Laden's "Letter to America" in its entirety on stream. She frequently expressed agreement and support for the letter, such as:

a.    "America deserved 9/11. I can't disavow facts man. I can't

---

[3] Wikipedia, "Fair game (Scientology)," *available at*: https://en.wikipedia.org/wiki/Fair_game_(Scientology)
[4] Frequently when Denims is embroiled in controversy, she will delete her streams to conceal her conduct. As such, many citations are to third-party videos expressing critique of Denims through excerpts of her now deleted streams.

disavow reality. That's not how that works bro."[5]

        b.    "[Denims reading from the letter] 'Why do they attack us in New York and Washington? If [Ariel] Sharon is a man of peace in the eyes of [George] Bush, then we are also men of peace! America does not understand the language of manners and principles, so we are addressing it using the language it understands.' [Denims response] He's not wrong about that. The US only understands violence."[6]

        c.    "[bin Landen's] criticisms of the United States are all correct."[7]

        d.    Despite Twitch's prohibition on terrorist propaganda,[8] Twitch gave Denims a slap on the wrist by banning her for just a day.[9]

    19.    On December 12, 2022 (in a now deleted video), Denims responded to the December 8, 2022 video of June Nicole Lapine p/k/a ShoeOnHead – which critiqued Balenciaga's advertising campaign that depicted minors in highly sexualized BDSM attire.[10] Rather than acknowledge the widespread concern, Denims took the absurdly grotesque position of defending Balenciaga's advertising campaign and attempted to paint ShoeOnHead as homophobic (despite ShoeOnHead not mentioning homosexuality whatsoever).[11]

---

[5] Hinged Media, *Twitch Streamer Denims banned for saying America Deserved 9/11* (November 22, 2023) at 0:35-46, *available at*: https://youtu.be/ZFn5EvA4NzY?si=64qYcduRzYadGOv8&t=35

[6] *Id.* at 1:09-1:47.

[7] *Id.* at 2:23-2:27; *see also* Destiny, *reading reading reading, preparing for Finkelstein* (Nov. 17, 2023), at 3:28:02-4:24:24, 4:44:30-4:46:19 *available at*: https://www.youtube.com/live/EtP8nTN_mLI?si=BH9GwaSwHogHtWgk&t=12482 (showing clip in its entirety with accompanying critique).

[8] Twitch, "Community Guidelines: Terrorism and Violent Extremism," *available at*: https://safety.twitch.tv/s/article/Community-Guidelines?language=en_US

[9] *See* https://x.com/StreamerBans/status/1727413649315119370

[10] ShoeOnHead, *The Creepy Balenciaga Scandal & Why I Was "'Cancelled'"* (Dec. 8, 2022), *available at*: https://youtu.be/f0GeDNP_2mw?si=EmZIISIXwtqplgPX

[11] Rob's Media Archive, *Denims Downplaying The Balenciaga* (Dec. 13, 2024), at 1:29:21-3:37:13, *available at*: https://youtu.be/PSHIn_rUFc8?si=Uo_tlp2roVnm5Tft&t=5361

20. Denims' involvement in the public controversy known as "Reactgate" provides great insight into her willful disregard for copyright. In early 2022, Hasan and Denims (along with several other Twitch streamers) received intense criticism for conducting "group viewing sessions" of third-party copyrighted content without permission. In these "group viewing sessions," streamers (like Hasan and Denims) would watch entire copyrighted works with little to no commentary – sometimes even letting the video play when they were not present or while the streamer was sleeping. The controversy reached a fever pitch when these "group viewing sessions" involved mainstream television shows and films.

a. On February 1, 2022, the online content creator known as Jay Exci released a video entitled *Hasan Piker, Jinx, and the Issue of "Reaction" Content*.[12] In the video, Jay Exci drew a distinction between reaction videos that provide substantive critique and/or additional insights into the original work and lazy reaction videos that resemble "group viewing sessions." In particular, Jay Exci focused on Hasan's "group viewing sessions," including: (1) his poverty of commentary; (2) his penchant for doing an "empty chair reaction" where he lets the video play while he is completely off screen; and (3) his failure to credit the author of the original video or link to the original content.

b. In a now-deleted response video, Denims defended the unauthorized use of copyrighted content by asserting that viewers prefer watching streamers over original uploads, particularly when the material is "curated." She claimed that established fair use standards are irrelevant to live streaming (including Twitch content) and need not be transformative through substantial commentary or editing. Rather, Denims claimed that a streamer's personality alone can justify the unauthorized rebroadcast of copyrighted material.[13]

[12] Jay Exci, *Hasan Piker, Jinx, and the Issue of "Reaction" Content* (Feb. 1, 2022), *available at*: https://youtu.be/_TVSfHbpR6k?si=Ai5RtbZfC9zExQad

[13] MooLer, *EFAP #180 – Denims vs. Jay Exci: The disastrous state of Twitch streamers w/ Stich & ShortFatOtaku* (April 3, 2022), *available at*: https://youtu.be/y6VfwO_VnOo?si=kSAlO1GHXONXnGms

c.      On February 6, 2025, Denims and Jay Exci conducted a debate about the propriety of "group viewing sessions" that was moderated by the online content creator named Chud Logic (the "Debate Video").[14] During the debate, Denims makes several damning statements about her personal perception on the unauthorized use of copyrighted content. Some notable moments are listed below.

i.      Early on in the debate, Denims acknowledges that she uses third-party content as "filler" and that it siphons views away from the original:

> I just want to be clear on my opinion on, like, filler content and stuff. Like, I think filler content … you shouldn't do it. ***I know I do it as a react streamer***. And I try to do it only with *Vox* videos or *Vice* videos (and stuff like that) because I'm not, like, directly ripping from one content creator and not like a whole team and stuff. And most of those videos have, like, five million views. I only get, like, 500 viewers. Likely, I'm not even going to be taking out, ***I'm taking may 50 views from the video***. ***It's a lot harder to feel, like, I guess bad about that.***

Debate Video at 8:50-9:18.

ii.      Shortly thereafter, Denims accepts her own bias in the situation and her desire to use third-party content: "Maybe I'm coping, because I'm a reactor and ***I want to have that content***." Debate Video at 9:42-9:45.

iii.      Later in the debate, Denims sets forth her theory to justify a "group viewing session" of third-party content: that Twitch streamers are "curators" that provide a "communal" experience of watching content with their audience who do not want to take the time to find YouTube content on their own.

1.      "You know, I'm sure if you click on a random part of the video, I might not be saying anything – sure, whatever – I might walk away from the screen. But it's about, like the communal thing. … It's not about the actual show at a certain point. It's like, oh, it's the same reason you watch shows with your friends. You want to watch it with other people, right." Debate Video at 28:06-28:27.

---

[14] Chud Logic, *Jay Exci vs Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate* (Feb. 6, 2022), *available at*: https://youtu.be/Y1elepqFtWg?si=vRxjvwuZuqduDVHG

2.      "I think when it comes to streamers on Twitch, a lot of people go watch streamers on Twitch for their react content almost as a curator. So, they don't actually want to go through YouTube themselves and watch a bunch of videos. And they probably never will go through YouTube and click a bunch of videos. They like going to Twitch because they like to have it as, like, this streamer is curating fun content that I want to watch." Debate Video at 28:52-29:18.

3.      "I think that, like, people who are watching content on Twitch – curated Twitch content on Twitch – aren't necessarily people that would be watching content on YouTube." Debate Video at 30:18-28.

4.      "A lot of the time, the reason that they go and watch react streamers is because they don't want to have to do the effort of going and scrolling through YouTube and clicking on recommends. Debate Video at 36:33-36:42.

5.      "The people who watch Twitch content are specifically there to watch it so they don't have to scroll through YouTube and find a video that they like." Debate Video at 37:01-37:08.

iv.      Denims, however, ultimately concedes that, when a viewer watches content "curated" by a Twitch streamer, it serves as a substitute for the original:

1.      "There's no point of watching something a second time. You already watched it. Maybe, like, if you're watching it with some other people or something or it's been a long time, you might re-watch the video. *But once you watch the video in one place, it's pretty unlikely that you're going to go back and watch it again*." Debate Video at 30:00-30:13.

2.      "If someone watches content on someone else's stream, *there is a very low likelihood that they're going to go watch it separately* and give you the view or the like." Debate Video at 36:00-36:13.

**Background of H3Snark**

21.     H3Snark is part of a genre of message boards – known as subreddits – on the website, Reddit. Snark subreddits consist of "fallen fans" of a particular entertainer. Over time, there have been numerous snark subreddits regarding TEI's podcasts and of the Klein. Many were banned by Reddit for violating its Content Policy – such as r/Frenemies and r/Frenemies2.

22.     H3Snark was created on August 30, 2023 by Doe No. 1 – who was a fanatical Trisha Paytas ("Trisha") fan. Doe No. 1 became a "fallen fan" when the TEI series, *Frenemies* (which was co-hosted by Ethan and Trisha), ended abruptly in June 2021.

23.     H3Snark became a haven for "fallen fans" of TEI's podcasts and the Kleins. While the average viewer would move on with their lives after becoming disinterested in a podcast, H3Snark "fallen fans" religiously watch TEI produced content with orgiastic hatred. H3Snark enables these deranged and chronically unemployed fallen fans to share their perverse pleasure of hate-watching TEI content with others by providing infringing clips and links to TEI content.

24.     Beginning in the fall of 2023, H3Snark experienced a surge of new users who were "fallen fans" of the TEI series, *Leftovers.* As mentioned, the show was co-hosted by Ethan and Hasan (who is the most prominent alt-left streamer on the website, Twitch). On September 14, 2023, Ethan and Hasan debated various issues concerning China and Taiwan, such as whether Taiwan should be independent, the propriety of China's subjugation of Tibet and the genocide of the Uyghurs.[15] Due to Ethan pushing back on Hasan's pro-China positions, several *Leftover* fans who had an ecclesiastical parasocial relationship with Hasan flocked to H3Snark because they felt Ethan was critiquing them personally.

25.     The surge of new users to H3Snark exploded after October 7, 2023.

---

[15] H3 Podcast, "Joe Biden Is Getting Impeached – Leftovers #57," at 50:06 (September 14, 2023), *available at*: https://www.youtube.com/live/EeFuFKH-uOo?si=J3-Z-J7jWtkpv_Bu&t=3006

The Kleins are dual Israeli-American citizens. Hila was born and raised in Israel, where she served as a secretary during her mandatory conscription into the Israeli Defense Forces ("IDF").[16] While both Ethan and Hila are highly supportive of Palestinian self-determination and extremely critical of Israel and its government, the Kleins support a two-state solution as the best interim solution to the conflict.[17]

　　　26.　　In the wake of October 7th, Hasan emerged as the modern incarnation of The Grand Mufti Hajj Amin Al-Husseini ("Al-Husseini").[18] Like Al-Husseini, Hasan became a passionate advocate and highly charismatic leader of the

[16] H3 Podcast Highlights, *Hila From H3H3 Discusses Her Time In the Israeli Military (IDF)*, YouTube (Apr. 23, 2022), at 0:40–1:04, *available at*: https://www.youtube.com/watch?v=ytOl5hbTrCY.

[17] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*: https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

[18] World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi Germany?* (Jan. 30, 2025), *available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini

Palestinian cause.[19] Like Al-Husseini, Hasan used his massive platform to spread genocidal rhetoric about anyone advocating for the right of Jewish self-determination in their ancestral homeland (*i.e.*, Zionists).[20] The primary difference between Hasan and Al-Husseini is that Al-Husseini worked with the Nazis and advocated the annihilation of Jews[21] – while Hasan advocates the annihilation of all Zionists. Since the vast majority of Jews in the United States say caring about Israel is "essential" or "important," this would necessarily include the vast majority of Jews[22] – even if they support the Palestinian cause and vehemently condemn the actions of the Israeli government.

[19] Benny Morris, *1948: A History of the First Arab–Israeli War*, p. 23 (Yale Univ. Press 2008).

[20] Philip Mattar, *The Mufti of Jerusalem: Al-Hajj Amin Al-Husayni and the Palestinian National Movement* 105–06 (Rev. ed. Columbia Univ. Press 1992); Britannica, "Zionism," *available at*: https://www.britannica.com/topic/Zionism; Jewish Virtual Library, "Zionism: A Definition of Zionism," *available at*: https://www.jewishvirtuallibrary.org/a-definition-of-zionism; *see also* Tracy Wilkinson, Los Angeles Times, "Is Zionism patriotism or racism? Big disagreements over a word in use for 125 years" (May 22, 2024), *available at:* https://www.latimes.com/world-nation/story/2024-05-22/zionism-disagreement-over-a-word-in-use-for-125-years; Jewish Virtual Library, "Zionism: Table of Contents," *available at*: https://www.jewishvirtuallibrary.org/zionism

[21] Jeffrey Herf, *Nazi Propaganda for the Arab World*, p. 213 (Yale Univ. Press 2009); Kause-Michael Mallman and Martin Cuppers (Translated by Krista Smith) *Nazi Palestine* (2010); David Patterson, *A Genealogy of Evil: Anti-Semitism from Nazism to Islamic Jihad* (Cambridge Univ. Press 2010).

[22] Backa A. Alper, Pew Research Center, "How U.S. Jews are experiencing the Israel-Hamas war" (April 2, 2024), *available at*: https://www.pewresearch.org/short-reads/2024/04/02/how-us-jews-are-experiencing-the-israel-hamas-war/; Justin Nortey, Pew Research Center, "U.S. Jews have widely differing views on Israel" (May 21, 2021), *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/; The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast majority of U.S. Jewish Community" (Feb. 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%202.11.2025.pdf?ver=1739292818681



Al-Husseini Meets Adolf Hitler, November 28, 1941

Al-Husseini With His Close Friend Heinrich Himmler, 1943

"Arabs, rise as one man and fight for your sacred rights. Kill the Jews wherever you
find them. This pleases God, history and religion. This saves your honor.
God is with you." – Al Husseini (March 1, 1944 on Nazi radio)

27.     On October 12, 2023, the last episode of *Leftovers* aired. It comprised of a discussion between Ethan and Hasan regarding the Israel/Palestine conflict and the events of October 7th.[23] During the discussion, Ethan expressed his support of the Palestinian cause and empathy for their suffering, along with condemning Israeli Prime Minister Benyamin Netanyahu. At the same time, Ethan attempted to humanize the victims of October 7th to Hasan in the hope that empathy and mutual understanding could begin the heal the divide. Hasan was unpersuaded and the relationship with Ethan and Hasan began to deteriorate.

28.     In the aftermath of the falling out between Ethan and Hasan, H3Snark became a radioactive hub of "fallen fans" of TEI content and the Kleins. It became a focal point for spreading vicious lies, outlandish conspiracy theories and hallucinatory misrepresentations about the Kleins.

**The Rampant Copyright Infringement on H3Snark**

29.     Despite their hatred towards the Kleins, the users of H3Snark had an insatiable appetite for TEI's content. The H3Snark users, however, did not want TEI to receive any views or advertising revenue from their consumption of TEI's content. As a result, H3Snark became a locus of copyright infringement of TEI content – as detailed below.

30.     One method the H3Snark Mods employed to consume TEI content was to share links of TEI content on YewTube – a website that provides unauthorized access to YouTube videos and publicly performs them, which constitutes copyright infringement. *See Hunley v. Instagram, LLC,* 73 F.4th 1060, 1073-74 (9th Cir. 2023). YewTube had particular appeal to H3Snark Mods and H3Snark users because a video watched on YewTube does not result in a view or advertising revenue to the original on YouTube.

31.     H3Snark Mods conducted live chats during TEI's live broadcasts. During the live chats, the H3Snark Mods would spam the chat with YewTube links

---

[23] H3 Podcast, "Israel vs Gaza – Leftovers #61" (October 12, 2023), *available at*: https://www.youtube.com/live/JFznOHunD_c?si=Cbfod032xwJ5e-FQ

of the broadcast. Once the livestream ended, the H3Snark Mods concealed the evidence of their copyright infringement by deleting the live chat logs. Below are true and correct screenshots of the H3Snark mods spamming the live chat with YewTube links to TEI copyrighted content.



32.    Doe No. 3 (*i.e.*, u/sarahornejewetts) encouraged H3Snark users to use YewTube as an alternative to watching the TEI's video on its official channel by commenting on certain posts. Doe No. 3's comments were later wiped. Due to Doe No. 3's efforts, the user was anointed as one of the H3Snark Mods. Some examples of Doe No. 3 inducing copyright infringement of TEI content are contained below:

a.    In August 2024, the u/PearlUnicorn created the post: "For those who wonder why Snarkers watch, moments like the second button failure." Below

is a true and correct screenshot of Doe No. 3 stating: "***We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts***." As can be noted, Doe No. 3's comment was subsequently wiped from August 2024 post.





      b.     On August 28, 2024, the H3Snark Moderators created a post entitled "MEGATHREAD: The H3 Show – Aug 28 2024." Below is a true and correct screenshot of Doe No. 3 providing a link to the TEI video *Content Court: Jack Doherty – H3 Show #48* on YewTube.[24] As can be noted, Doe No. 3's comment has been wiped from the August 28, 2024 post.

[24] While Doe No. 3's post just contained a hyperlink labeled "Watch on Yewtube," the link would direct users to https://yewtu.be/watch?v=DCw4csgcEsk.



33.     Under the H3Snark wiki page for "tools-tips-guides," H3Snark Mods also instructed H3Snark users on how to create clips of TEI content so these clips could be posted on H3Snark. At one point, the H3Snark Mods even instructed users how to download "Members-Only" content (*i.e.*, TEI content only accessible to paying members) so that they could be posted on H3Snark. To hide their inducement of copyright infringement, the H3Snark Mods deleted the portion on downloading "Members-Only" content from the guide. A true and correct screenshot of the portion regarding "Members-Only" content is provided below.

**TEI Issues Takedown Notices for Infringing Posts and Comments on H3Snark**

34.     TEI began to fight back against the copyright infringement on H3Snark by issuing takedown notices pursuant to 17 U.S.C. Section 512(c)(3) ("DMCA Takedowns"). TEI was extremely surgical about which H3Snark posts would be subject to DMCA Takedowns. Relying on the most pertinent fair use decisions,[25] TEI issued DMCA Takedowns only for: (1) posts/comments that uploaded an entire TEI episode onto Reddit – particularly paywalled TEI content; (2) comments that provided a YewTube link to entire episodes of TEI content; or (3) posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours.

a.     August 1, 2024 DMCA Takedown: On August 1, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "H3 Live Show Behind the Scenes." The post contained a complete version of TEI's video *H3 Podcast BTS #53* – which was "Members Only" content (*i.e.*, accessible only to paying members of *The H3 Podcast* YouTube channel). On August 2, 2024 (*i.e.* one day later), Reddit honored this DMCA Takedown.

b.     August 30, 2024 DMCA Takedown: On August 30, 2024, TEI issued a DMCA Takedown for a comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) on the H3Snark Post entitled "MEGATHREAD: The H3 Show - Aug 28, 2024" (the "8/30/24 Takedown"). The comment contained a YewTube link to the TEI video *Content Court: Jack Doherty – H3 Show #48*.[26] On September 9, 2024 (*i.e.*, nine days later), Reddit honored the 8/30/24 Takedown.

[25] *In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 883-886 (N.D. Cal. 2020); *Hughes v. Benjamin*, 437 F.Supp.3d 382, 390-394 (S.D.N.Y. 2020); *McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1157-1164 (9th Cir. 2022); *Warhol*, 598 U.S. at 525-550; *Elvis Presley Enterprises, Inc. v. Passport Video*, 349 F.3d 622, 627-631 (9th Cir. 2003); *Hosseinzadeh*, 276 F.Supp.3d at 41-42, 45-47; *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1170-1183 (9th Cir. 2012).

[26] The comment for u/sarahornejewetts (*i.e.*, Doe No. 3) no longer exists on the post, but a screenshot of it is show in connection with Paragraph 32.b, *supra*.

c.   September 18, 2024 DMCA Takedown: On September 18, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "Ethan and Dan confirm that posting to snark will get you banned" (the "9/18/24 Takedown"). The post solely comprised of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55.* The post contained no comments because the H3Snark Mods locked the post. Reddit never informed TEI whether the 9/18/24 Takedown was honored.

d.   November 22, 2024 DMCA Takedowns: On November 22, 2024, TEI issued two DMCA Takedowns

i.   First Takedown: The first DMCA Takedown was for the H3Snark post "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83." The post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83.* The post contained two comments: (1) "Dude ur flair is actually fucking frying me rn" (original spelling); and (2) "The downfall is real man." The post contained no further comments because the H3Snark Mods locked the post. On November 29, 2024 (*i.e.*, seven days later), Reddit informed TEI that it honored this DMCA Takedown.

ii.   Second Takedown: The second DMCA Takedown was for the H3Snark post entitled "Ethan describes his issues with Hasan as 'personal beef.'" This post contained a clip from the TEI video entitled *Logan Paul Posted F***KING INSANE Cringe – H3 Show #84.* At the time this DMCA Takedown was issued, the post had been up for over two hours and had no comments at that time (but 130 upvotes).[27] On December 5, 2024 (*i.e.*, nearly two weeks later), Reddit informed TEI that it honored this DMCA Takedown.

---

[27] After this DMCA Takedown was issued (but before Reddit honored it), the post received additional comments. A true and correct PDF printout of the post taken on November 22, 2024 is attached hereto as Exhibit A. *Compare* Ex. A *with* https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/

e. <u>November 26, 2024 DMCA Takedowns</u>: On November 26, 2024, TEI issued two DMCA Takedowns.

      i. <u>First Takedown</u>: The first DMCA Takedown was for the H3Snark post "<u>LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press, and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85.</u>" (original spelling and brackets). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

      ii. <u>Second Takedown</u>: The second DMCA Takedown for the H3Snark post "<u>Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying… BUT… and then theres a reason for justifying it.</u>'" (original ellipses and spelling) (the "Second 11/26/24 Takedown"). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

**<u>The H3Snark Mods' Efforts to Issue Fraudulent Counternotifications</u>**

35. The H3Snark Mods made a concerted effort to issue fraudulent counternotifications to TEI's DMCA Takedowns, as detailed below:

a. On January 15, 2025, Reddit informed TEI that a so-called counternotification was issued against both the 8/30/24 Takedown the 9/18/24 Takedown (the "First Fraudulent Counternotification").[28] The First Fraudulent Counternotification was issued on October 18, 2024 – *i.e.*, Reddit informed TEI

---

[28] A true and correct copy of the First Fraudulent Counternotification is attached hereto as Exhibit B.

nearly three months later.

   i. On its face, the First Fraudulent Counternotification failed to satisfy the requirements of 17 U.S.C. Section 512(g)(3) because it failed to include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

   ii. Further, the First Fraudulent Counternotification contained numerous indicia of being fraudulent because: (1) it was a single counternotification for posts made by two different users (*i.e.* u/sarahornejewetts and u/obrienpotatoes); and (2) it misrepresented that the 8/30/24 Takedown was for the post and not the comment with the YewTube link.

   iii. It was also evident the First Fraudulent Counternotification was issued by the H3Snark Mods because it stated: (1) "We are writing to contest the removal of two posts from ***our subreddit*** under alleged copyright claims" (emphasis added); (2) "***We believe these reports may have been filed by fans rather than the legitimate copyright holder***" (emphasis added) – despite the fact that TEI's counsel's contact information was provided in both the 8/30/24 Takedown and 9/18/24 Takedown; and (3) the name of the issuer was "Michael Anderson" – a generic name that would make it impossible to identify the issuer of the First Fraudulent Counternotification.

   iv. On January 16-17, 2025 (*i.e.*, two days after receiving the First Fraudulent Counternotification), TEI explained in exacting detail the facts and law demonstrating the First Fraudulent Counternotification was invalid. On March 18, 2025 (*i.e.*, over two months later), Reddit responded that it agreed that the First Fraudulent Counternotification was invalid – but claimed that it would refuse to honor the 8/30/24 Takedown because the post only linked to TEI's video on YouTube. The same day, TEI explained to Reddit that this was false because the 8/30/24 Takedown explicitly stated it was directed at the comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) and contained a YewTube link, including providing a

1  screenshot for the comment. To date, Reddit has not responded.

2         b.    Additionally, on March 18, 2025 (the same day Reddit informed

3  TEI that the First Fraudulent Counternotification was invalid), Reddit notified TEI

4  that another counternotification was issued regarding the 9/18/24 Takedown (the

5  "Second Fraudulent Counternotification").[29] The Second Fraudulent

6  Counternotification was issued on December 5, 2024 (*i.e.*, Reddit notified TEI three

7  and a half months later).

8         i.    The Second Fraudulent Counternotification contained no

9  indicia that the issuer considered the four fair use factors prior to issuing the Second

10  Fraudulent Counternotification – which is unlawful. *See Hosseinzadeh*, 276

11  F.Supp.3d at 36; *Hughes*, 437 F.Supp.3d at 394-395; *cf Lenz v. Universal Music*

12  *Group*, 815 F.2d 1145, 1149, 1154-55 (9th Cir. 2016). Further, the language of the

13  Second Fraudulent Counternotification demonstrated the issuer – u/obrienpotatoes

14  – did not understand fair use in general, by stating: (1) "This was an abuse of the

15  fair use system" (which is bizarre because u/obrienpotates was claiming fair use,

16  not TEI); and (2) the conclusory assertion "Even so, it would still be allowed under

17  fair use" without any analysis. This is further emphasized by an April 11, 2025 post

18  on X by @obrienpotatoes1. In the post, @obrienpotatoes posted the cease and

19  desist letter sent by TEI's counsel and defended the Reddit post by claiming it was

20  only "A MINUTE AND A HALF LONG CLIP" – *i.e.*, only focusing on the amount

21  used and not the other fair use factors.[30]

22         ii.    The Second Fraudulent Counternotification also echoed

23  language similar to the First Fraudulent Counternotification – indicating the

24  H3Snark Mods worked with u/obrienpotatoes to issue the Second Fraudulent

25  Counternotification: "This subreddit has also been mercy to many **bad faith**

26  **brigades** recently, so ***I do not believe this appeal was filed by the actual copyright***

27  [29] A true and correct copy of the Second Fraudulent Counternotification is attached hereto as Exhibit C.

28  [30] *See* https://x.com/obrienpotatoes1/status/1910711822212067372

25
COMPLAINT

*owner*" (emphasis added) – despite the 9/18/24 Takedown containing TEI's
counsel's contact information.

        iii.    Additionally, after the Second 11/26/24 Takedown was
issued, one of the H3Snark Mods (who later deleted their account) left a comment
on the post stating: "I reached out via DM to discuss how to appeal these, if you're
willing to fill out the form." This further emphasizes the H3Snark Mods
coordinated a campaign of issuing fraudulent counternotifications to enable
H3Snark's copyright infringement of TEI's works.

        c.    The H3Snark Mods went on a public relations campaign to
paint TEI's DMCA Takedowns as fraudulent to cover up their copyright
infringement. To achieve this objective, the H3Snark Mods authored several posts
misrepresenting the facts.[31]

        d.    After Ethan became vocal about pursuing claims against
H3Snark, the H3Snark Mods began deleting their posts, comments and accounts *en
masse* to perpetuate their false narrative and conceal their copyright infringement
(along with other illegal activity, such as organized harassment and defamation).

        e.    On March 5, 2025, a YouTuber by the name of "The Law"
posted a video on YouTube entitled *Dear H3Snark, I see you.*[32] In the video, The
Law admits he was a former H3Snark user who came to reject the obsessive and
destructive behavior he saw taking over the subreddit. He documented the acts of
copyright infringement by H3Snark users and H3Snark Mods (and other unlawful

---

[31] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/;
https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/;
https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/;
https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/
[32] The Law, *Dear H3Snark, I see you.* (March 3, 2025), *available at:*
https://youtu.be/lfjbgNjo0Oc?si=zbNomCBmxySgCuvU

conduct), including their attempts to conceal their unlawful conduct. The video documents:

        i.    The H3Snark Mods deleted posts after Ethan announced plans to pursue legal action against H3Snark for harassment (1:18-1:41);

        ii.    How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the egregious offenders into H3Snark Mods (2:02-4:54);

        iii.    How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan announced he would pursue legal action against H3Snark (4:55-6:51); and

        iv.    How the H3Snark Mods purposefully lied about TEI's DMCA Takedowns to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI (6:52-9:11).

## **TEI Creates and Registers *The Nuke***

36.    By the fall of 2024, Ethan and Hila Klein's concern reached a fever pitch over Hasan radicalizing his audience with propaganda from Ansar Allah a/k/a The Houthis, Hezbollah and Hamas. The Kleins were equally concerned with Twitch's refusal to enforce its Community Guidelines against Hasan and his so-called "Waiting Room" – *i.e.*, other Twitch streamers, like Denims, who parrot Hasan and parasitically leach off his audience by broadcasting immediately before or after his streams.

37.    Hasan and his Waiting Room hijacked the necessary and important discussion of the Israeli-Palestinian conflict and the Gaza War. They employed genocidal rhetoric that painted all Israelis as subhuman warranting annihilation. The term "Zionist" lost all meaning and quickly mutated into a thinly-veiled dog whistle for Jews.[33] To combat the tsunami of hateful rhetoric, Ethan and Hila Klein –

---

[33] The term "Zionist" was used as a slur to paint anyone who supported the (continued).

through TEI – created *Content Nuke: Hasan Piker.*

38.    *The Nuke* was written, shot and edited from December 2024 through January 2025. On January 27, 2024 (*i.e.,* four days before the Nuke was publicly released on TEI's h3h3Productions YouTube channel), TEI submitted its application to register *The Nuke* with the United States Copyright Office (the "USCO"). On January 28, 2025, the USCO received the deposit copy of the Nuke (the "Deposit Copy"). The registration number for *The Nuke* is PAu 4-256-429.

39.    The Deposit Copy varied slightly from the broadcast version of *The Nuke* (the "Broadcast Version"). First, the Deposit Copy did not contain the conclusion and sponsor segment that was contained in the Broadcast Version. Second, to prevent *The Nuke* from being age-restricted by YouTube (which would limit its reach), TEI was required to fully blur out the footage of the Houthis entering the bridge of the *Galaxy Leader* and black out the footage of Hamas releasing hostages from November 2023. Third, minor visual edits were made. Ultimately, all of the Deposit Copy was incorporated into the broadcast version of the Nuke comprised of the Deposit Copy.[34]

---

existence of Israel or a two-state solution as a Kahanist (Jewish Supremacist) or Israeli Religious Nationalist. In the most recent Israeli Legislative Election in 2022, the coalition of these parties only received 10.84% of the vote. Wikipedia, "Kahanism" *available at*: https://en.wikipedia.org/wiki/Kahanism; Institute for Middle Eastern Understanding, "Fact Sheet: Meir Kahane & The Extremist Kahanist Movement" (May 17, 2024), *available at*: https://imeu.org/article/fact-sheet-meir-kahane-the-extremist-kahanist-movement; Wikipedia, "National Religious Party," *available at*: https://en.wikipedia.org/wiki/National_Religious_Party; The Israel Democracy Institute, "National Religious Party (Mafdal)," *available at*: https://en.idi.org.il/israeli-elections-and-parties/parties/national-religious-party/; Wikipedia, "2022 Israeli legislative election," *available at*: https://en.wikipedia.org/wiki/2022_Israeli_legislative_election.

[34] TEI is concurrently-filing with this Complaint a Notice of Lodging accompanied by a flash drive containing various video exhibits referenced in the Complaint (the "Flash Drive"). A true and correct copy of the Deposit Copy is located on the Flash Drive as Exhibit D. A true and correct copy of the Broadcast Version is located on (continued).

### *The Nuke*

40.     *The Nuke* is a tragi-comic documentary critiquing Hasan and Twitch. It contains of original footage, highly edited montages, parodic skits and archival materials (a great deal of which are owned by TEI). *The Nuke* can be divided into seven sections: (1) The Prologue; (2) The Twitch Parody Sketch; (3) The Houthi Section; (4) The Hezbollah Section; (5) The Hamas Section; (6) The Twitch Section; and (7) The Conclusion.

     a.     The Prologue (Ex. E at 0:00:00-0:25:40): The Prologue walks the audience through Ethan's thesis of *The Nuke*: that Hasan radicalizes his audience with genocidal and antisemitic terrorist propaganda.

          i.     While admitting both of himself and Hasan are polarizing figures with controversial takes, Ethan explains he grew concerned with Hasan's rhetoric after hearing him excuse Russian and Chinese genocide and imperialism, namely Hasan's positions on Crimea, Tibet, Taiwan and the Uyghurs.

          ii.     Once October 7th occurred, Ethan's concerns were exacerbated. He received a torrent of antisemitic comments from Hasan's audience and saw Hasan downplay the sexual violence perpetrated by Hamas on October 7th.

          iii.     Ethan explains that the primary difference of opinion between him and Hasan (and his audience). While both are aligned on supporting the Palestinian cause – including condemning Israeli Prime Minister Benyamin Netanyahu, Israeli settlements and Israeli settlers – they differ in one key aspect regarding how to solve the conflict: Ethan believes in a two-state solution, while Hasan (and his audience) believe in a one-state solution.

          iv.     Ethan articulates the concerns Israelis have with a one-state solution: Israel has been at war with its Arab neighbors since the country's inception. As a nation of refugees, the idea of suddenly becoming a minority raises legitimate concerns – particularly for the Mizrahi Jews (*i.e.*, Jews from Arab the Flash Drive as Exhibit E.

1   countries) who were expelled from Arab countries.

2              v.      Ethan then shows archival footage of Hasan: (1)

3   supporting terrorism and glorifying terrorists; (2) admitting to hiding his "power

4   level" (*i.e.*, extremism) because it is a more palatable way to introduce young

5   people into the "radicalization funnel"; (3) conceding to being a propagandist; and

6   (4) expressing vitriolic hatred of liberals. Ethan further points out that Twitch takes

7   no action to moderate Hasan.

8              vi.      Ethan ends The Prologue by expressing his underlying

9   fear that he played a role in mainstreaming Hasan and that he radicalized Ethan's

10   audience.

11          b.     The Twitch Parody Sketch (Ex. E at 0:25:41-0:30:39): The next

12   section involves Ethan parodying a Twitch advertising executive. In the scene,

13   Ethan mocks how Twitch has embraced Hasan's extremist rhetoric and rebrands

14   terrorism as socially acceptable. After the sketch ends, Ethan shows a media bias

15   report that ranked Hasan as one of the most extreme and unreliable news sources.

16          c.     The Houthis Section (Ex. E at 0:30:40-0:55:33): The Houthi

17   Section focuses on Hasan radicalizing his audience by glorifying and disseminating

18   Houthi propaganda.

19              i.      Ethan begins with an overview of various Houthi

20   atrocities and how they contradict leftist values. Examples include recruiting child

21   soldiers, shelling and blocking aid to civilians, ruining agricultural land with mines,

22   oppressing women and members of the LGBTQ community, torturing and killing

23   women and slavery. Ethan also highlights the Houthi's antisemitism – such as

24   performing Nazi salutes and the slogan on their flag calling for "Death to Israel"

25   and "Curse Upon the Jews."

26             ii.      Ethan critiques Hasan's coverage of the Houthis by using

27   his stream with Nick Polom p/k/a Nmplol ("Nick") as a case study. Hasan exploits

28   Nick's political naiveté by putting on a Houthi propaganda music video and leaving

Nick alone who watches in abject horror. Ethan cites Twitch's Community Guidelines – which explicitly prohibit showing terrorist propaganda for any purpose. Despite this, Twitch refuses to enforce its Community Guidelines against Hasan. Hasan downplays to Nick the fact that the Houthi propaganda video is terrorist propaganda by describing the video as merely a "musical" and the Houthis as "musical people." When Hasan mischaracterizes the hijacking of the ship the *Galaxy Leader* as an effective deterrent against Israel, Ethan debunks Hasan's assertions that the ship was in Houthi waters, destined to Israel or an Israeli ship. Ethan also excoriates Hasan for minimizing the Houthis taking the crew of the *Galaxy Leader* hostage.

iii.     Ethan also critiques Hasan's misguided belief that, if Israeli commerce is disrupted, Israelis will leave Israel. Ethan demonstrates 80% of Israelis were born in the country and have nowhere else to go. This is exacerbated by the fact that the majority of Jewish Israelis fled (or are descendants from those who fled) Arab countries. The argument that Jews will "return where they came from" is ahistorical and denies the connection of Jews to the Middle East. Rather, it furthers an antisemitic conspiracy theory that questions the origins of the Jews in an attempt to brand Jewish Israelis as outsiders and colonizers.

iv.     Ethan shows another example of Hasan watching and praising a different Houthi propaganda music video. To mock Hasan's laudatory coverage of this video, Ethan juxtaposes the Houthi music video with a highly edited version of the Miami Boys Jewish Choir singing "Yerushalim."

v.     Ethan lambasts Hasan's interview of the Houthi terrorist Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"). Al-Haddad became a viral sensation on TikTok when he shot footage of himself boarding the *Galaxy Leader*. Ethan mocks Hasan's self-described "journalism" through a montage of Hasan acting like a fan girl, asking frivolous questions and blindly accepting Al-Haddad's answers – particularly his absurd claim that he danced with

the crew taken hostage and that he successfully convinced the crew to hate Israel.

vi.     Ethan exposes Hasan's subsequent attempts to downplay Al-Haddad's Houthi connections as disingenuous and a form of bigotry. Not only did Hasan believe he was speaking with a Houthi and promoted the interview as being with a Houthi, Al-Haddad's social media posts admitted and reinforced this fact. When confronted with Al-Haddad's social media posts that fail to distinguish between Jews and Zionists, Hasan engages in all forms of apologia to excuse Al-Haddad's genocidal and antisemitic rhetoric. Hasan even grotesquely compares Al-Haddad to Anne Frank – which Ethan mocks as the Twitch advertising executive.

vii.     The Houthi section ends with Ethan excoriating Hasan with a montage of him cynically deflecting and evading criticism by exploiting the term "genocide." This hypocrisy is highlighted by footage of Hasan from a few years ago where he was unable to locate Yemen on a map (and even confusing it with Israel).

d.     The Hezbollah Section (Ex. E at 0:55:44-1:01:43): The Hezbollah Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hezbollah propaganda.

i.     Ethan begins by highlighting some of Hezbollah's atrocities and how they contradict leftist values. Examples include engaging in terrorism resulting in the deaths of thousands of civilians, the assassination of Lebanese Prime Minister Rafik Al-Hariri, hijacking airplanes, firing 15,000 rockets in civilian areas, being a designated terrorist group and its participation in the Syrian genocide to prop up the dictator Bashar Al-Assad.

ii.     Next, Ethan critiques Hasan by juxtaposing scenes of him downplaying and excusing Hezbollah's genocidal terrorism and praising Hassan Nasrallah (Hezbollah's former leader) with Nasrallah's numerous antisemitic and genocidal statements against Jews.

iii.     Ethan goes on to critique Hasan's lazy and ignorant

apologia for Hezbollah and analysis of the conflict, such as branding any criticism of Hezbollah as Islamophobic and Hasan telling Nick that Israel attacked Lebanon because "they were just there." Ethan refutes these assertions by demonstrating Hezbollah began firing rockets at Israel the day after October 7th, killed over 100 Israelis and displaced over 200,000. Ethan questions how Hasan's falsehoods help his position when, in reality, Hasan's misrepresentations only exacerbate the conflict.

    e.  <u>The Hamas Section (Ex. E at 1:01:44-1:11:50)</u>: The Hamas Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hamas propaganda, coupled with denying the atrocities of October 7th.

      i.  Ethan begins by highlighting some of Hamas' atrocities and how they contradict leftist values. Examples include recruiting children, committing hundreds of suicide bombings that target civilians, firing 50,000 rockets into civilian areas, oppression of women, punishing homosexuality by death, stealing aid intended for Gazans for its own military use or exploiting Gazans by selling the aid back to them.

      ii.  Next, Ethan critiques Hasan's reaction to a Hamas propaganda video from November 2023 involving the release of Israeli hostages. Hasan gushes effusively over Hamas' treatment of the hostages. He even makes the absurd claim that hostages released in the future will chose to stay in Gaza rather than return to Israel. When a member of Hasan's audience points out the hostages are traumatized, Hasan claims the hostages are "just chillin." Ethan correctly points out that these scenes are staged by Hamas, that the hostages are still being held at gunpoint and provided instructions on how to behave, such as "keep waving."

      iii.  Ethan goes on to lambast Hasan's reaction to a Hamas propaganda video depicting Hamas creating homemade sniper rifles. Hasan plays the entire clip without any commentary or criticism. Once complete, Hasan's explanation for showing the video is a nonsensical word salad of buzzwords that

have nothing to do with the contents of the video.

iv.     Ethan goes on to address Hasan's grotesque denial of sexual violence perpetrated by Hamas on October 7th. He shows a montage of numerous clips of Hasan explicitly denying the sexual violence of October 7th and scoffing at President Biden and Vice-President Harris discussing said violence. Ethan refutes Hasan's denials by showing clips of victim testimony from Sheryl Sandberg's documentary *Screams Before Silence* and displayed the conclusion of a United Nations report that stated:

> Overall, based on the totality of information gathered from multiple and independent sources at the different locations, there are reasonable grounds to believe that conflict-related sexual violence occurred at several locations across the Gaza periphery, including in the form of rape and gang rape, during the 7 October 2023 attacks. Credible circumstantial information which may be indicative of some forms of sexual violence, including genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment, was also gathered.

v.     Ethan concludes the section by addressing the heart of the matter. Hasan exacerbates the Israeli-Palestinian conflict by denying the suffering of Israeli victims to hold up Hamas as unimpeachable. As Ethan poignantly states:

> This conflict will never end until people realize that Palestinian liberation and Israeli security are not mutually exclusive. You need both. And it can be done, but not while people like Hasan lie, propagandize and incite hate. It's people like him, ironically, that prolong the conflict indefinitely. There's no space for conversation. There is no space for rational thought. There is no space for nuance. My position on Palestine is like five degrees off from where Hasan is. And to him and his community, I'm the devil. I'm a Nazi. It's delusional thinking. And it's destructive to their own cause.

f.     <u>The Twitch Section (Ex. E at 1:11:51-1:40:29)</u>: The Twitch Section explores the role Twitch plays in enabling Hasan and his Waiting Room to violate Twitch's Community Guidelines.

i.     Ethan begins by critiquing Twitch's Chief Executive Officer, Dan Clancy ("Clancy"). He points to Clancy's ineffectiveness as a CEO, namely rolling back his initiative to change revenue splits and the size of sponsor logos on stream – along with laying off significant portions of Twitch staff. Clancy explicitly states he is a fan of Hasan and is aware of his rhetoric. Clancy even sang

Hasan "Happy Birthday" and forced Twitch employees to sing along while being filmed. Ethan also discusses the creepiness of Clancy's penchant for e-girls (*i.e.*, young, female Twitch streamers whose streams are about highlighting their physical assets) by pointing to two examples of Clancy's stories feature on the Twitch app being completely populated by e-girls.

    ii.  Next, Ethan discusses another Twitch streamer who is a member of Hasan's Waiting Room, Morgan Kamal Majed p/k/a Frogan, by showcasing numerous instances of her moral bankruptcy. Despite Frogan claiming to support the Palestinian cause, she condemned the large streamer, Ludwig Ahgren ("Ludwig"), by telling him to keep his $10,000 donation to Palestine because Ludwig decided not to organize a charity drive for Palestinians (even though he encouraged his viewers to donate).

    iii.  Ethan also highlights numerous instances of Frogan's cruelty. In one clip, Frogan wishes soldiers to get PTSD. A few days later (when the clip caused tremendous controversy), Frogan watched the clip while giggling and justifying her take. Despite veterans receiving protected status under Twitch's Community Guidelines, Twitch did nothing to sanction Frogan for these statements. In another clip, Frogan conducts a subathon (a marathon to acquire paid subscriptions) where she promises to make a cake recreating September 11th if she reaches a certain goal. Once again, Twitch did nothing. Ethan highlights the tweet that Frogan made on the morning of October 7th, while the massacre was still ongoing. Frogan's tweet stated: "leftists preach and foam at the mouth at the thought of a revolution happening in america, but as soon as it happens in the middle east what they're doing is wrong" (original spelling). Ethan juxtaposes this tweet with audio of cell phone conversations of victims of October 7th speaking with their parents during their final moments.

    iv.  Ethan critiques how Twitch props up Frogan, by refusing to sanction her, giving her awards and featuring her on Twitch's home page. He

also mocks Frogan being nominated by her friends twice for a rising star award.

                v.      Most notably, Ethan lambasts Twitch for allowing Frogan to host a panel at TwitchCon 2024. The panel involved a racial tier list with "Arab" at the top and "Loves Sabra" at the bottom. While the premise of the tier list is who can say the word "Habibi" (an Arabic term of affection), the term "Loves Sabra" was a dog whistle for Jews and Israelis for several reasons. First, Sabra is a well-known Israeli commercial hummus brand that is on the Boycott, Divestment and Sanctions list. Second, the term "Sabra" means a Jew born in Israel. Third, it falsely asserts Israelis misappropriated Arab culture and identity. As evidenced by a clip from Frogan's podcast, the purpose of disseminating this disinformation is to deny the long historical ties of Jews to the Middle East and the Levant. Ethan further highlights the hypocrisy and bigotry of these false claims by noting Arab culture and cuisine is Israeli culture and cuisine because the majority of Israeli Jews are from Arab countries or direct descendants of Jews from Arab countries. Fourth, Ethan was put in the "Loves Sabra" category with Denims "joking" that there should be a lower category for Zionist. Fifth, Ethan notes that Ben Shapiro ("Shapiro") is put in the thumbnail for the video with Ethan – despite Shapiro not being put on the list whatsoever. Rather, the only explanation is that both Ethan and Shapiro are Jewish and married to women born in Israel. Sixth, Ethan notes that the title of the video is *How Arab Are These Twitch Streamers?!* – which belies the assertion that the ranking was merely about hummus. Ethan concludes this segment by pointing out the hypocrisy of the panelists claiming to be concerned with minorities, while refusing to acknowledge why their tier list makes a Jewish man uncomfortable. Finally, Ethan marvels that Twitch approved the panel in the first place.

                vi.     Ethan critiques a Q&A session Clancy conducted on Twitch shortly after the controversy over the racial tier list erupted. Several chatters for the Q&A session asked Clancy to address the antisemitism on Twitch – all of

whom were banned from the chat.

vii.    Ethan addresses the yearlong ban Twitch imposed to prevent Israeli users from creating new Twitch accounts. The ban was enacted on October 13, 2023 (*i.e.*, six days after October 7th) – which is also the Global Day of Jihad (a day of mass rage called for by Hamas leader, Khaled Mashal).[35]  Despite numerous instances of Israeli Twitch streamers communicating directly with Twitch about the issue and trying to raise awareness online, Twitch either ignored or obfuscated the issue until there was a massive public outcry.

viii.    Ethan goes on to excoriate Twitch for reinstating three well-known antisemites shortly after the ban was discovered: (1) Al-Haddad; (2) Nicolas 'Nico' Kenn De Balinthazy p/k/a Sneako; and (3) Amrou Fudl p/k/a Mryon Gaines from Fresh and Fit. Once again, Twitch reversed course after a public outcry.

ix.    Ethan points out how antisemitism and anti-Israel animus appears institutionalized at Twitch. Ethan cites two Twitch employees in leadership positions who made antisemitic and anti-Israel posts online. First is Fadzai Madzingira ("Madzingira") – who was investigated and suspended from her role in the British media regulatory agency, Oxcom. Madzingira was called out in the middle of the United Kingdom's Parliament for her anti-Israel and antisemitic posts shortly after October 7th. After she resigned, Madzingira was hired by Twitch as a Senior Manager in Twitch's Trust & Safety Policy department (*i.e.*, the department

[35] Andrew Jeong, Washington Post, "France Bans Pro-Palestinian Protests Amid Call for Hamas 'Day of Rage'" (Oct. 13, 2023) *available at*: https://www.washingtonpost.com/world/2023/10/13/france-palestine-protest-hamas-day-of-rage/; Simon Wiesenthal Ctr., "Hamas Call for Worldwide 'Day of Rage'", (Oct. 2023), *available at*: https://www.wiesenthal.com/about/news/hamas-call-for-worldwide.html; ABC News Live, "Hamas Declares 'Day of Rage'" (Oct. 13, 2023), https://www.youtube.com/watch?v=dOoNLREwxJs; Meredith Deliso, ABC News, "Hamas 'Day of Rage' Protests Break Out in Middle East and Beyond" (Oct. 13, 2023), https://abcnews.go.com/International/hamas-day-rage-protests-break-middle-east/story?id=103955873.

responsible for the Community Guidelines). Another example is Bridget Kyeremateng – who is Twitch's Senior Manager for Inclusive Marketing – and has a history of making antisemitic and anti-Israel posts, including shortly after October 7th.

          x.    Ethan concludes the section by critiquing Twitch's biased and inconsistent enforcement of its Community Guidelines. He uses the ban of Steven Bonnell II p/k/a Destiny ("Destiny") as a case study. Destiny was permanently banned from Twitch for calling the streamer and transactivist Clara Sorrenti p/k/a Keffals "inbred." A montage is shown of Hasan repeatedly referring to Jews and Israelis as "inbred" or laughing at Jews being called "inbred." Hasan received no punishment from Twitch because he is Clancy's favorite streamer. Ethan recaps other examples of Hasan flagrant violations of Twitch's Community Guidelines that resulted in no consequences. Not only did Hasan call Jews and Israelis "inbred" and platformed terrorists and terrorist propaganda, Hasan threatened Senator Tom Cotton by replying to Senator Cotton's tweet with a schematic of the weapon used to assassinate Japanese Prime Minister Shinzo Abi. This is followed by a montage of numerous instances of alt-left streamers on Twitch, including Denims, making death threats without any (or minimal) consequences from Twitch.

        g.    <u>Conclusion (Ex. E at 1:40:30-1:42:05</u>: Ethan ends *The Nuke* by summarizing the two reasons why he made the video. First, to stop Hasan's infiltration of mainstream media. Second, to hold Twitch accountable for enabling antisemitic and anti-Israel animus on its platform.

**The *Countdown Episode* and its Registration**

    41.    On January 31, 2025, TEI made a live broadcast of the *Countdown Episode* immediately before releasing *The Nuke*. The *Countdown Episode* covered various topics and was 1:06:21 in duration. A true and correct copy of the Deposit Copy is located on the Flash Drive as Exhibit F.

42.     After TEI discovered that Denims infringed the *Countdown Episode*, it registered *Countdown Episode* with the USCO on March 31, 2025 and given the registration number PAu004257253.

**H3Snark Promotes Denims as a Substitute to Watching *The Nuke***

43.     Throughout January 2025, Ethan built up public interest in *The Nuke* by frequently discussing it on *The H3 Show*. The audience of Hasan and his Waiting Room – who comprised a large portion of the users on H3Snark – anticipated *The Nuke* with religious fervor to defend their proverbial Grand Mufti from criticism. These fanatics, however, did not want to watch the authorized version *The Nuke* because TEI would reap the benefits from the views and resulting advertising revenue.

44.     The H3Snark Mods knew that there was a huge demand to watch *The Nuke* through unauthorized channels and promoted "group viewing sessions" of *The Nuke* as follows:

        a.     On January 30, 2025 (*i.e.*, the day before the *Countdown Episode* and *The Nuke* were released), Doe No. 3 (*i.e.*, u/jewettornesarah) – as an H3Snark Mod and on behalf of the H3Snark Mods – created a pinned post entitled "MEGATHREAD | Content Nuke – Where to Watch & Discussion" ("First Inducement Post"). As a pinned community post, the First Inducement Post was featured at the very top of the H3Snark page in the "Community highlights" section before any other posts were visible. The H3Snark Mods did this to maximize the visibility of the First Inducement Post. The First Inducement Post featured Denims as a place "to watch the nuke without showing support for H3" (*i.e.*, TEI) and a link was provided to her stream on Twitch. The First Inducement Post also stated that Denims "supported" H3Snark "by engaging directly with [the H3Snark Mods] directly."  A true and correct PDF printout of the First Inducement Post is attached hereto as Exhibit G.

        b.     On January 31, 2025 (*i.e.*, the day the *Countdown Episode* and

*The Nuke* were released), the H3Snark Mods created and updated a pinned community post entitled "Ethan Klein's Content Nuke on Hasan Piker | H3Snark Megathread" (the "Second Inducement Post"). The Second Inducement Post was also a pinned community post that was featured at the very top of the H3Snark page to maximize visibility. The Second Inducement Post featured Denims as a place "to watch reactions to this video" (*i.e.*, *The Nuke*) and a link was provided to her stream on Twitch. A true and correct PDF printout of the Second Inducement Post is attached hereto as Exhibit H.

        c.     On January 31, 2025 (*i.e.*, the day the *Countdown Episode* and *The Nuke* were released), the H3Snark Mods created another pinned community post entitled "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "Third Inducement Post"). The Third Inducement Post was also a pinned community post that was featured at the very top of the H3Snark page to maximize visibility. A true and correct PDF printout of the Third Inducement Post is attached hereto as Exhibit I.

        d.     At some point after January 31, 2025, the H3Snark Mods deleted the First Inducement Post, Second Inducement Post and Third Inducement Post to conceal their contributory infringement of the *Countdown Episode* and *The Nuke*.

45.    The H3Snark Mods were well aware of Denims' reputation for copyright infringement and lazy reaction videos. As such, the H3Snark Mods knew that it was highly likely Denims' reaction to the *Countdown Episode* and *The Nuke* would be an infringing "group viewing session" of the Works and not a fair use. The H3Snark Mods coordinated with Denims to direct H3Snark users to Denims' "group viewing session" of the *Countdown Episode* and *The Nuke*.

**The Law of Fair Use and Reaction Videos**

46.    Fair use is codified in Section 107 of the Copyright Act. The statute

sets forth four non-exclusive factors courts consider to evaluate fair use:

1. [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
2. [T]he nature of the copyrighted work;
3. [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4. [T]he effect of the use upon the potential market for or value of the copyrighted work

47.     The first fair use factor "relates to the problem of substitution" – *i.e.*, whether the new work "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary work "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of difference ***must*** be weighed against other considerations, like commercialism." *Id.* at 532 (emphasis added).

48.     While a "use that has a further purpose or different character is said to be 'transformative[,]' … 'transformativeness' is a matter of degree." *Warhol*, 598 U.S. at 529. Indeed, "an overbroad concept of transformative use, one that includes any further purpose, or any different character, would narrow the copyright owner's exclusive right to create derivative works." *Id.* "To preserve that right, the degree of transformation required to make 'transformative' use of an original must go beyond that required to qualify as a derivative." *Id.*

49.     The "first factor also relates to the justification for the use" both in the "broad sense" and the "narrower sense." *Warhol*, 598 U.S. at 531-532. A use is justified in the "broad sense" if it has a "distinct purpose" that "furthers the goal of copyright, namely, to promote the progress of science and the arts, without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "wide

dissemination of a secondary work would otherwise run the risk of substitution for the original or licensed derivatives." *Id.* Again, "the question of justification is one of degree." *Id.*

50.     A "critical book review" illustrates how a secondary use must be justified both in the broad and narrow sense. *Warhol*, 598 U.S. at 528 fn. 4. In the broad sense, the use of the original serves "a different purpose than the book" (*i.e.,* criticism and commentary). *Id.* In the narrow sense, "each quoted passage within the review likely serves a different purpose (an object of criticism) than it does in the book." *Id.* Critically, this "may not always be so" and "a court must consider each use within the whole to determine whether the copying is fair." *Id.* Consequently, "[e]ven book reviews are not entitled to a presumption of fairness." *Id.,* 598 U.S. at 532 fn. 7.

51.         There are several indicia of when a use for criticism or commentary is not sufficiently transformative to justify a secondary use.

a.     When the "commentary has no critical bearing on the substance or style of the original composition, the claim to fairness in borrowing from another's work diminishes accordingly (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531. Indeed, "a loose topical connection" with the original work is equally problematic. *McGucken*, 42 F.4th at 1159.

b.     When "a defendant copies more than is necessary to facilitate 'comment or criticism.'" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d 736, 751 (S.D.N.Y. 2017). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression must be in service of commentary on that work. It is not enough for part of a work to have a transformative purpose." *Id.*

c.     When the "use" of the copyrighted work "is not consistently transformative." *Elvis Presley*, 349 F.3d at 628. For example when "clips are

played without much interruption, if any" or "used in excess of [the] benign purpose." *Id.* at 629.

   d. The use of "voice overs," "headlines or captions"  or "wholesale copying sprinkled with written commentary," fails to sufficiently transform a copyrighted work under the first fair use factor. *Monge*, 88 F.3d at 1174, 1176; *Elvis Presley*, 349 F.3d at 628-629. Additionally, "[w]hen a copyrighted work is used simply to illustrate what that work already depicts, the infringer adds no further purpose or different character" and "copyright law treats the infringer as freeriding on the inherent value of the original work." *McGucken*, 42 F.4th at 1158.

   e. The first fair use factor "does not" favor "any user who wants to reach different buyers, in different markets, consuming different products." *Warhol*, 598 U.S. at 548 fn. 22.

  52. As mentioned, the degree to which a secondary use has a different purpose or character, "must be weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id.* at 537.

  53. Commercialism examines "the degree to which the new user exploits the copyright for commercial gain—as opposed to incidental use as part of a commercial enterprise." *Elvis Presley*, 349 F.3d at 627. Courts consider whether the defendant was "motivated by profits" and "profited from the publication." *Monge*, 688 F.3d at 1176. Further, if the defendant "is not advertising a scholarly critique or historical analysis, but instead seeks to profit at least in part from the inherent entertainment value" of the original, the use is commercial. *Elvis Presley*, 349 F.3d at 628. Finally, commercialism exists "when a secondary user makes unauthorized use of copyrighted material to capture significant revenues as a direct consequence of copying the original work." *Blanch v. Koons*, 467 F.3d 244, 253 (2d Cir. 2006).

  54. In *Hosseinzadeh*, the Court found the first fair use factor favored fair

use because the Klein video was "quintessential criticism and comment … on the
Hoss video" – namely consistent "mockery" of Matt Hoss' "performance … dialog
and plotlines." 276 F.Supp.3d at 40, 45-46. The Klein video was consistently
transformative by "intersperse[ing] relatively short segments of the Hoss video with
long segments of the Kleins' commentary." *Id.* at 40.

55.     The second fair use factor (*i.e.*, "the nature of the copyrighted work")
"typically has not been terribly significant in the overall fair use balancing."
*McGucken*, 42 F.4th at 1161. This factor examines "the extent to which [the
original work] is creative and whether it is unpublished." *Id.* Even when a work
"document[s] a real event," the work can still be "creative because [it is] the
product of many technical and artistic decisions." *Id.* Whether a work is published
is defined by whether the author exhausted the "right to control the first public
appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is
published "does not weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

56.     In *Hosseinzadeh*, the Court found the second fair use factor "weigh[ed]
against a finding of fair use" because the Hoss video was "a creative work" –
despite the work being published. 276 F.Supp.3d at 46.

57.     The third fair use factor examines "the quantitative amount and
qualitative value of the original work used in relation to the justification for that
use." *McGucken*, 42 F.4th at 1162. Consequently, the third fair use "factor circles
back to the first factor because the extent of permissible copying varies with the
purpose and character of the use." *Id.*

58.     When "the amount used is substantial with respect to the infringing
work, it is evidence of the value of the copyrighted work." *Elvis Presley*, 349 F.3d
at 630. Indeed, "[c]opying an entire work militates against a finding of fair use."
*VHT, Inc. v. Zillow Group, Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however,
"the new user only copies as much as necessary for his or her intended use, this
factor will not weigh against the new user." *Elvis Presley*, 349 F.3d at 630.

59.     In *Hosseinzadeh*, the Court found that the third fair use factor was "neutral" because, while the Klein video copied "a great deal" of the Hoss video, "the 'extent' and 'quality and importance' of the video clips used by [the Kleins] were … plainly necessary to the commentary and critique." 276 F.Supp.3d at 46.

60.     The fourth fair use factor is the "undoubtedly the single most important element of fair use." *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. 536, 566 (1985). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

61.     The fourth fair use factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm" caused by the secondary use, "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

62.     The fourth fair use factor also "must take into account the public benefits the copying will likely produce." *Google LLC v. Oracle America, Inc.*, 593 U.S. 1, 35 (2021). In other words, does the use "serve copyright's goal of enriching public knowledge." *Warhol*, 598 U.S. at 531 (quoting *Authors Guild v. Google, Inc.*, 804 F.3d 202, 214 (2d Cir. 2015) (Level, J.). When the original work is associated with "dangerous misinformation," it does not serve the public benefit and results in "actual and reputational harm" to the market for the original work – even when the "primary markets … do not meaningfully overlap." *National Academy of Television Arts and Sciences, Inc. v. Multimedia System Design, Inc.*,

1  [551 F.Supp.3d 408 (S.D.N.Y. 2021)](#).

2      63.   In *Hosseinzadeh*, the Court found the fourth fair use factor "weighs in

3  favor of a determination of fair use." 276 F.Supp.3d at 47. The Klein video did not

4  "usurp[] demand for the copyrighted work, thereby resulting in a loss for the

5  infringee or unjust enrichment for the infringer." *Id.* at 46. To the contrary, "the

6  Klein video [did] not serve as a market substitute for the Hoss video" because the

7  Klein video "transform[ed] the Hoss video from a skit into fodder for caustic,

8  moment-by-moment commentary and mockery." *Id.* at 47. Consequently, "the

9  Klein video [did] not offer a substitute for the original." *Id.*

10  **Denims' "Group Viewing Session" Failed to Make a Fair Use of the**

11  ***Countdown Episode***

12      64.   It is readily apparent that the primary and overriding purpose of

13  Denims' use of the *Countdown Episode* was to commercially exploit a "group

14  viewing session" of the *Countdown Episode* and have it serve as a substitute for the

15  original.[36] This is evidence by:

16      a.   Watching long sections of the *Countdown Episode* without any

17  (or very little interruption) – frequently for several minutes at a time.[37]

18      b.   In a completely separate instance, Denims provides an "empty

19  chair reaction" – *i.e.*, letting the *Countdown Episode* play while Denims is

20  completely off-screen. At a certain point, Denims informs her audience that: "She is

21  [36] Denims' broadcast on Twitch on January 31, 2025 was over ten hours long. Due
    to the file size, Denims' January 31, 2025 broadcast is separated into two video

22  files. A true and correct copy of Part 1 of Denims' January 31, 2025 broadcast is
    located on the Flash Drive as Exhibit J. A true and correct copy of Part 2 of

23  Denims' January 31, 2025 broadcast is located on the Flash Drive as Exhibit K.

24  [37] *See e.g.,* Ex. K at 9:30-12:09, 12:14-14:36, 14:55-16:25, 17:45-18:51, 19:06-
    20:25, 24:09-25:22, 23:40-26:40, 26:48-27:18, 27:25:30:22, 30:27-32:23, 33:41-

25  35:59; 36:05-36:37, 37:22-38:16, 38:20-39:07, 42:53-44:36, 44:43-45:21, 45:24-

26  46:06, 46:17-46:48, 46:52-48:04, 48:23-50:40, 50:45-51:49, 51:58-54:12, 54:19-

27  54:43, 54:48-56:44, 57:02-58:42, 59:08-59:54, 1:00:01-1:01:45, 1:01:57-1:02:50,
    1:03:16-1:04:04, 1:04:06-1:05:36, 1:07:47:1:09:05, 1:09:13-1:10:20, 1:11:39-

28  1:13:05, 1:13:45-1:14:22, 1:14:35-1:15:18.

going to pee." Ex. K at 39:08. For two minutes and twenty-one seconds, Denims lets the *Countdown Episode* play while she is off-screen relieving herself. *Id.* at 39:18-41:40. When she returns, Denims is silent for an additional minute. *Id.* at 41:41-42:41.

        c.     In total, Denims' "group viewing session" of the *Countdown Episode* was 1:03:56. During the group viewing session, Denims provided approximately: (1) four minutes and forty-three seconds of brief and superficial commentary that usually has little critical bearing on the *Countdown Episode*;[38] (2) forty-three seconds of partially related commentary on the *Countdown Episode* that meanders into unrelated topics;[39] and (3) two minutes and twelve seconds of unrelated or unintelligible comments.[40] In simple terms, out of a total runtime of 1:03:56, the *Countdown Episode* played uninterrupted for nearly 88% of the total runtime.

        d.     Denims also had the *Countdown Episode* take up approximately three-quarters of the screen, while she only occupies approximately a quarter of the screen that deemphasizes her presence. Denims' objective was to provide a large and unobstructed view of the *Countdown Episode* to her audience – which further emphasizes her primary purpose was to provide a substitute for the original.

        e.     Denims' use of the *Countdown Episode* was clearly commercial. Not only did she receive paid subscriptions, donations and advertising revenue during her "group viewing session" (*see e.g.*, Ex. K at 24:02-08), she used the *Countdown Episode* to advertise her "group viewing session" of the *Nuke*, as evidenced by:

---

[38] *See e.g.*, Ex. K at 12:09-13, 14:37-54, 16:26-27, 17:02-16, 17:37-44, 32:24-33:40, 36:00-04, 37:19-21, 38:17-19, 42:42-52, 44:37-42, 45:22-23, 46:07-16, 46:49-51, 51:50-57, 54:13-18, 54:44-47, 56:45-57:01, 58:43-44, 58:52-59:07, 59:55-1:00:00, 1:01:46-56, 1:05:37-43, 1:05:55-1:06:47, 1:07:02-07, 1:07:44-46, 1:09:6-12, 1:10:21-28, 1:10:58-11:02, 1:11:31-38, 1:15:19-26.
[39] *See e.g.,* Ex. K at 18:52-19:05, 50:41-44, 1:02:51-1:03:15
[40] *See e.g.*, Ex. K at 20:20-23:39, 23:40-47, 24:02-08, 25:23-40, 26:41-47, 27:19-31, 30:23-26, 36:38-39, 48:05-22, 1:04:05, 1:07:20-22, 1:13:06-44, 1:14:23-24.

i.    Early on in her "group viewing session," Denims adds a chyron at the top of the screen stating: "CONTENT NUKE DROPS AT 1:30 PM PST." *See e.g.,* Ex. K at 0:34 (original emphasis).

ii.    Early on in her "group viewing session," Denims adds a countdown timer for when *The Nuke* will be publicly released. *See e.g.,* Ex. K at 16:48.

iii.    Encouraging people to watch her "group viewing session" of *The Nuke* by stating: "***If you want to watch it, you know, come enjoy the watch party somewhere else***." Ex. K at 23:40-47.

65.    As to the second fair use factor, the fact that the *Countdown Episode* was simultaneously broadcast with Denims' "group viewing session" does not weigh in her favor. Further, while containing numerous factual elements, the *Countdown Episode* contains numerous creative elements, which weigh against fair use.

66.    As to the third fair use factor, this factor weighs heavily against fair use. It is readily apparent Denims' use was excessive for any potential criticism of the *Countdown Episode* – particularly in light of the minimal level of commentary and highly commercial nature of Denims' "group viewing session."

67.    The fourth (and most important) fair use factor weighs heavily against fair use. It is readily apparent that Denims intended (and succeeded) to provide a market substitute for the *Countdown Episode* for the reasons set forth below:

a.    Broadcasting her "group viewing session" of the *Countdown Episode* at the same time the *Countdown Episode* was broadcast.

b.    Showing nearly the entire *Countdown Episode* with minimal commentary.

c.    The First Inducement Post, the Second Inducement Post and the Third Inducement Post by the H3Snark Mods.

d.    Due to Denims' siphoning the audience for the *Countdown*

*Episode* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Denims' "group viewing session" instead of the *Countdown Episode*.

          e.      If Denims' conduct were to become widespread (*i.e.*, simultaneously broadcasting a TEI podcast episode with minimal commentary), it would result in further lost views and advertising revenue to TEI.

**Denims' "Group Viewing Session" Failed to Make a Fair Use of *The Nuke***

68.     As demonstrated below, Denims' "group viewing session" of *The Nuke* exemplifies her beliefs about copyright that she expressed during Reactgate. Denims' "group viewing session" of *The Nuke* epitomizes: (1) her unfounded opinion that copyright infringement and fair use principles are inapplicable in the context of livestreaming (particularly on Twitch); (2) her misguided notion that she is not obligated to transform a copyrighted work with substantial, critical commentary and editing; and (3) her narcissistic and misplaced sense of privilege that her "personality" is sufficient to justify the highly commercial, unauthorized exploitation of a copyrighted work in its entirety.

69.     Denims' "group viewing session" of *The Nuke* was the pinnacle of her career. At its peak, Denims' "group viewing session" of *The Nuke* received approximately 45,800 concurrent viewers. This was exponentially more concurrent viewers than Denims ever received in her entire career. Denims' "group viewing session" of *The Nuke* also put Denims' online career into overdrive. In the days leading up to her "group viewing session," Denims' peak concurrent viewers ranged from approximately 3,100-4,500. After her "group viewing session" of *The Nuke*, Denims' concurrent viewers ranged from 5,100 to 6,700. Below are true and correct screenshots from the page for Denims' Twitch channel on Twitch Tracker –

a website that compiles statistical data on Twitch Streamers:





70.    It is readily apparent that the primary and overriding purpose of Denims' "group viewing session" of *The Nuke* was to provide a substitute for the original. It is equally obvious that any "commentary" of *The Nuke* was an afterthought.

    a.    Denims made numerous statements explicitly stating her "group viewing session" was intended to serve as a substitute for *The Nuke.*

        i.    Denims entitled her "group viewing session": "ETHAN KLEIN HASAN CONTENT NUKE **WATCH PARTY** THIS IS NOT A DRILL" (original and added emphasis).

        ii.    Shortly before her "group viewing session" of *The Nuke*, Denims reads a message from her chat stating: "***We're relying on you to stay live so we don't give more views to the Nuke***." Denims replies with: "***Yeah, I'm going to. I'm going to stream it since he [i.e., Ethan] confirmed it's coming out today. We're going to stream it***." Ex. J at 4:48:38-4:48:48.

        iii.    Immediately prior to and throughout Denims' "group

viewing session" of *The Nuke*, she prominently displayed a chyron at the top of the screen that stated: "***Watching Hasan Content Nuke From Ethan Klein***." Ex. K at 1:15:03.

                iv.     During Denims' "group viewing session," Denims responds to a chatter by stating: "***Unfortunately, we are <u>watching</u> the Ethan Nuke</u>***." Ex. K at 2:06:09-23

                v.     Immediately after her "group viewing session" of *The Nuke*, Denims states:

                1.     "***Well guys, if you enjoyed <u>not giving any views to that terrible video</u>, follow, subscribe, throw a prime, if you like the content, if you enjoyed your time here***." Ex. K at 5:07:45-58.

                2.     "***I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to <u>watch</u> that by myself***." Ex. K at 5:08:04-09.

                vi.     On February 1, 2025 (*i.e.*, the day after Denims' "group viewing session" of *The Nuke*),[41] Denims stated:

> Later, after streaming, I found out I got signal boosted by Hasan, Hascord and the Subreddit – what is it called – H3Snark. And I know ***all of those people <u>didn't want to give the video [i.e., The Nuke]</u> <u>another view</u>. Which is why they <u>watched</u> it with me.*** And probably a lot of people – 'cause they ended their H3 Show immediately before releasing the video – ***so there probably was a lot of people that came to <u>watch</u> it here***, because they wanted to see what someone who would disagree with it would say.

                vii.     Denims attempt to feign ignorance of H3Snark is transparently (and comically) false. Rather, it is clear that Denims and the H3Snark Mods coordinated their efforts. Indeed, after ending her "group viewing session" of *The Nuke*, Denims' screen shows that she had the H3Snark subreddit on her screen the entire time. Ex. K at 5:07:16.

---

[41] A true and correct clip from Denims' February 1, 2025 is located on the Flash Drive as Exhibit L.

b. Denims begins her "group viewing session" of *The Nuke* one minute after *The Nuke* was released to the public. Ex. K at 1:15:19. The timing of Denims' "group viewing session" of *The Nuke* demonstrates that she did not prescreen it to formulate her opinions prior to broadcast. Rather, Denims timed her "group viewing session" to occur immediately after *The Nuke* was released to capitalize on the great public interest in *The Nuke* and siphon as many viewers as possible away from the original to herself. In other words, her priority was to personally and financially benefit from providing a substitute for the original and any commentary and criticism was a mere afterthought.

c. On **seventy-four** separate occasions, Denims' "group viewing session" consisted of watching *The Nuke* for **thirty seconds or more with no commentary whatsoever** (or, at most, an unintelligible word or phrase). In total, these excerpts comprise over 70 minutes of *The Nuke* – *i.e.*, **70% of its total runtime**. The poverty of Denims' commentary – coupled by frequently showing long, unadulterated portions of *The Nuke* – further demonstrates that the overriding and dominant purpose of Denims' "group viewing session" was to serve as a substitute for the original and not to provide critical commentary.

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 1 | 1:15:38-1:16:09 | 42 Seconds |
| 2 | 1:16:56-1:19:10 | 135 Seconds |
| 3 | 1:19:33-1:20:59 | 90 Seconds |
| 4 | 1:21:41-1:22:11 | 31 Seconds |
| 5 | 1:24:12-1:25:14 | 63 Seconds |
| 6 | 1:25:43-1:27:28 | 106 Seconds |
| 7 | 1:36:01-1:37:10 | 70 Seconds |
| 8 | 1:37:44-1:38:15 | 32 Seconds |

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 9 | 1:39:16-1:39:55 | 40 Seconds |
| 10 | 1:41:47-1:43:05 | 79 Seconds |
| 11 | 1:46:59-1:48:12 | 74 Seconds |
| 12 | 1:48:18-1:49:15 | 58 Seconds |
| 13 | 1:57:33-1:58:07 | 35 Seconds |
| 14 | 1:58:51-2:00:37 | 47 Seconds |
| 15 | 2:00:58-2:01:29 | 32 Seconds |
| 16 | 2:01:56-2:02:45 | 50 Seconds |
| 17 | 2:03:31-2:04:07 | 37 Seconds |
| 18 | 2:06:24-2:07:24 | 61 Seconds |
| 19 | 2:11:07-2:12:01 | 55 Seconds |
| 20 | 2:12:26-2:13:04 | 39 Seconds |
| 21 | 2:13:30-2:14:20 | 51 Seconds |
| 22 | 2:16:19-2:17:08 | 50 Seconds |
| 23 | 2:17:16-2:18:00 | 45 Seconds |
| 24 | 2:18:15-2:19:40 | 86 Seconds |
| 25 | 2:20:34-2:22:20 | 107 Seconds |
| 26 | 2:29:01-2:31:19 | 139 Seconds |
| 27 | 2:32:01-2:33:00 | 60 Seconds |
| 28 | 2:33:32-2:35:10 | 99 Seconds |
| 29 | 2:39:46-2:41:04 | 79 Seconds |
| 30 | 2:42:04-2:43:53 | 110 Seconds |
| 31 | 2:45:04-2:45:35 | 32 Seconds |
| 32 | 2:45:47-2:47:04 | 78 Seconds |

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 33 | 2:47:26-2:47:56 | 31 Seconds |
| 34 | 2:48:04-2:49:50 | 107 Seconds |
| 35 | 2:51:20-2:52:29 | 70 Seconds |
| 36 | 2:57:25-2:58:13 | 49 Seconds |
| 37 | 2:59:23-3:00:39 | 77 Seconds |
| 38 | 3:04:52-3:05:36 | 45 Seconds |
| 39 | 3:06:16-3:07:17 | 62 Seconds |
| 40 | 3:10:42-3:11:21 | 40 Seconds |
| 41 | 3:12:02-3:12:57 | 56 Seconds |
| 42 | 3:16:59-3:17:46 | 48 Seconds |
| 43 | 3:17:49-3:18:20 | 32 Seconds |
| 44 | 3:24:15-3:25:32 | 78 Seconds |
| 45 | 3:25:48-3:36:53 | 66 Seconds |
| 46 | 3:28:23-3:29:49 | 87 Seconds |
| 47 | 3:26:27-3:37:38 | 72 Seconds |
| 48 | 3:40:15-3:40:55 | 41 Seconds |
| 49 | 3:41:29-3:42:48 | 80 Seconds |
| 50 | 3:44:41-3:45:33 | 53 Seconds |
| 51 | 3:48:32-3:49:12 | 41 Seconds |
| 52 | 3:51:04-3:43:45 | 105 Seconds |
| 53 | 3:56:03-3:56:56 | 54 Seconds |
| 54 | 3:59:16-3:59:50 | 35 Seconds |
| 55 | 4:00:44-4:02:23 | 40 Seconds |
| 56 | 4:12:58-4:13:32 | 35 Seconds |

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 57 | 4:19:37-4:20:09 | 33 Seconds |
| 58 | 4:21:51-4:22:36 | 46 Seconds |
| 59 | 4:23:49-4:24:30 | 42 Seconds |
| 60 | 4:25:57-4:26:30 | 34 Seconds |
| 61 | 4:28:24-4:29:10 | 47 Seconds |
| 62 | 4:36:07-4:36:47 | 41 Seconds |
| 63 | 4:38:05-4:39:40 | 96 Seconds |
| 64 | 4:39:47-4:40:25 | 39 Seconds |
| 65 | 4:41:17-4:42:12 | 56 Seconds |
| 66 | 4:43:11-4:44:23 | 73 Seconds |
| 67 | 4:45:39-4:46:11 | 33 Seconds |
| 68 | 4:46:49-4:47:32 | 44 Seconds |
| 69 | 4:47:52-4:48:30 | 39 Seconds |
| 70 | 4:52:41-4:53:41 | 61 Seconds |
| 71 | 4:54:53-4:55:31 | 39 Seconds |
| 72 | 5:00:50-5:01:36 | 47 Seconds |
| 73 | 5:04:00-5:04:31 | 32 Seconds |
| 74 | 5:05:24-5:06:20 | 115 Seconds |

d.     For the majority of her "group viewing session," Denims speaks briefly after showing a much longer excerpt of *The Nuke*. The fact that the excerpts Denims shows of *The Nuke* frequently eclipse her statements further emphasizes that the primary purpose of her "group viewing session" was to provide a substitute for the original and any "commentary" was merely an afterthought.

e. During Denims' group viewing session, she admits she is not providing sufficient commentary because she does not want to pause frequently. This further emphasizes the primary purpose of her "group viewing session" was to "watch" *The Nuke* and any "commentary" was an afterthought.

i. "***If I sat here and explained why he was wrong for like half of these things, we would be here for another 20 hours. I've gone in and tried to explain why he's incorrect on like one in every 10 incorrect takes because I'm not trying to spend an entire week here***."[42] Ex. K at 3:00:53-3:01:36.

ii. "***I don't even understand what to say about because, yeah, this is wrong because of this, this, this, this. Another wrong take. Another wrong take. Okay, well, I just paused it for 10 minutes. I feel bad pausing it again 'cause surely there'll be something better here***." Ex. K at 3:01:49-3:02:09.

f. Denims' admission that she failed to address the majority of points raised in *The Nuke* is self-evident. This further emphasizes that Denims' primary purpose was to host a "group viewing session" of *The Nuke* and that any criticism was an afterthought.

i. Denims fails to address the following points raised in the Prologue of *The Nuke*: (1) Ethan's criticism of Hasan's takes on Russian and Chinese imperialism and genocide, particularly Crimea and the Uyghurs; (2) the torrent of antisemitic comments Ethan received from Hasan's chat after October 7th; (3) the primary difference of opinion between Ethan and Hasan on the Israel-Palestine conflict; (4) footage showing Hasan supporting terrorism and expressing hatred of liberals; and (5) Ethan's concern that Hasan radicalized his audience.

ii. Denims fails to address the majority of the Twitch Parody Sketch.

iii. Denims fails to address the following points raised in the

---

[42] As explained below, Denims does a horrendous job of explaining why the points raised in *The Nuke* are supposedly wrong – including cursory and unsubstantiated assertions, flat out misrepresentations and even proving herself wrong.

Houthi Section of *The Nuke*: (1) Ethan's criticism of Houthi atrocities, namely recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land, oppression of women and slavery, including how this contradicts leftist values; (2) how Hasan violated Twitch's community guidelines by promoting and glorifying Houthi propaganda to Nick, including the Houthi music video and the hijacking of the *Galaxy Leader*; (3) Ethan's criticism of Hasan's glorification of another Houthi music video and its juxtaposition to the Miami Boys Choir; (4) the majority of Ethan's criticisms of Hasan holding himself out as a journalist and his interview of Al-Haddad; (5) the evidence demonstrating that Al-Haddad is a member of the Houthis; and (6) how Hasan uses genocide to deflect criticism.

iv.     Denims fails to address the following points raised in the Hezbollah Section of *The Nuke*: (1) Ethan's criticisms of Hezbollah's atrocities, including how this contradicts leftist values; (2) the majority of Ethan's criticism of Hasan attempting to radicalize Nick; and (3) Hasan's apologia for Hezbollah.

v.     Denims fails to address the following points raised in the Hamas Section of *The Nuke*: (1) Ethan's criticism of Hamas atrocities and its leaders, along with how this contradicts leftist values; (2) Ethan's criticism of Hasan glorifying Hamas propaganda; and (3) Ethan's thesis on how to achieve peace in the conflict.

vi.     Denims fails to address the following points raised in the Twitch Section of *The Nuke*: (1) Clancey's ineffectiveness as a CEO and forcing Twitch employees to participate in Hasan's "Happy Birthday" video; (2) Ethan's criticism of Frogan's purity test of Ludwig and how Twitch props up Frogan; (3) the reasons why the racial tier list made Ethan uncomfortable; (4) Clancy banning people asking about antisemitism during the Q&A session; (5) Twitch re-platforming and hiring antisemites; and (6) Twitch's biased and inconsistent enforcement of its Community Guidelines.

g.     Denims even mocks *The Nuke* for making a fair use of third-

party clips by stating: "***Isn't it weird that a lot of these clips are like 5 seconds short. Not 5 seconds long. 5 seconds short.***" Ex. K at 1:43:23-32. This statement reveals Denims' complete and total ignorance of fair use – particularly in the context of reaction videos.

        h.        When Denims does speak during her "group viewing session," most of her statements are brief – particularly in relation to the preceding segment shown of *The Nuke* – and have no critical bearing (or minimal critical bearing) on the style or substance of *The Nuke.* Below are some examples:

        i.        On numerous occasions, Denims makes utterances that are completely incoherent or unclear. Ex. K at 1:19:11-15, 1:21:00-07, 1:22:12-14, 2:12:02-04, 2:14:55-56, 2:37:05-14, 2:47:57-2:48:03, 3:24:35-3:24:14, 4:24:47-56, 4:31:01-18; 4:52:36-40.

        ii.        Denims spends time speaking with her chat about topics completely unrelated or only minimally related to *The Nuke*. Ex. K at 3:19:42-3:20:19, 3:20:24-34, 3:23:35-3:24:14, 3:29:45-3:30:14, 3:37:46-50, 3:38:52-3:39:12, 3:43:41-55, 3:48:13-16, 3:50:15-30, 3:50:44-3:51:03, 4:02:32-35, 4:21:34-50, 4:22:37-52, 4:31:40-53, 4:34:14-44, 4:42:17-19

        iii.        Denims spends time discussing unrelated (or minimally related) topics, such as: (1) an unrelated meme (Ex. K at 1:37:37-43); (2) conducting a poll (*id.* at 1:38:23-33); (3) referencing the length of *The Nuke* (*id.* at 1:58:48-50, 4:46:35-38); (4) announcing a raid (*i.e.*, another streamer directing their audience to Denims) (*id.* at 2:06:05-08); (5) attacking a chatter who critiques her (*id.* at 2:39:09-45); (6) claiming she is "going insane" (*id.* at 2:45:36-46); (7) that she wants to play the videogame *Marvel Rivals* (*id.* at 3:01:37-48); (8) her cat (*id.* at 4:20:10-32); (9) that the streamer Imane Anys p/k/a Pokimaine (who, like Denims, is of Moroccan ancestry) speaks fake Arabic (*id.* at 4:32:58-4:33:06); (10) making crass jokes about Ben Shapiro and his love life (*id.* at 4:35:39-4:36:06); and (11) a technical issue (*id.* at 4:40:58-4:41:07).

iv.    Denims frequently makes superficial comments with little to no elaboration, such as: (1) *The Nuke* resembles a "high school project" or "middle school project" (Ex. K at 1:21:14-40, 5:04:58-5:05:23); (2) narrating what is depicted (*id.* at 1:46:42-50); (3) that Ethan is "so brave" (*id.* 2:03:28-30); (4) Ethan's performance resembles someone on the "first day of acting class" (*id.* at 2:16:17-18); (5) that she is "going to die of cringe" and begs it to "end" (*id.* at 2:17:09-15); (6) that Ethan is "crashing out" (*id.* 2:19:41-2:20:03); (7) complaining about the editing (*id.* 2:41:05-07, 4:43:56-4:54:08); (8) that the video treats the audience as "morons" and is trying to "trick" them (*id.* at 3:46:23-37); (9) that Ethan is putting out "garbage" (*id.* at 3:59:51-56); (10) complimenting her own outfit (*id.* at 4:30:29-30); and (11) excitement that a particular clip of her is shown in *The Nuke* (*id.* 4:57:40-51).

v.    Since Denims did not prescreen *The Nuke*, she frequently expresses confusion about a particular excerpt of *The Nuke* she just watched. *See e.g.*, Ex. K at 1:39:16-55, 1:41:47-1:43:22, 1:38:34-1:39:15, 1:46:59-1:48:17, 3:03:21-49, 3:40:15-3:41-28, 4:38:05-4:39:40.

i.    Since Denims did not prescreen *The Nuke*, she frequently makes comments that are later contradicted by *The Nuke* itself. If Denims' primary purpose was to comment on *The Nuke*, she could have easily avoided these embarrassing moments by watching *The Nuke* beforehand and taking the time to formulate her critique. The reason Denims failed to do so is obvious: her primary purpose was to host a "group viewing session" of *The Nuke* immediately upon its release and any commentary was an afterthought. Below are some examples of Denims making comments on *The Nuke* that are later refuted by *The Nuke* itself:

i.    In the section of *The Nuke* discussing Hasan's apologia of China's genocide and enslavement of the Uyghurs, she claims that Ethan fails to point out how Hasan is wrong.  Ex. K at 1:21:41-1:22:39, 1:24:12-1:25:42. Shortly after making these comments, *The Nuke* provides the evidence that Denims claims

was absent. *Id.* at 1:25:43-1:27:28, 1:36:01-1:37:10. After seeing the evidence, Denims just expresses confusion. *Id.* at 1:37:11-13.

ii.      In the section discussing the type of fans Hasan attracts (such as the online content creator Dating and Money), Denims claims that Dating and Money is not a Hasan fan, but a fan of another streamer. Immediately after making this comment, *The Nuke* shows a clip of Dating and Money meeting Hasan and effusively praising him. Ex. K at 2:00:58-2:03:10.

iii.      In the section discussing Al-Haddad, Denims claims there is no evidence demonstrating he is a member or supporter of the Houthis. Ex. K at 2:47:05-25. Shortly thereafter, *The Nuke* shows Al-Haddad's social media posts that refute this assertion and Denims provides no comment.[43] *Id.* at 2:55:25-2:56:25.

iv.      In the section discussing Nasrallah, Denims claims that the difference between Ethan and Hasan is that Ethan praised former Israeli Minister of Defense, Yoav Gallant (which is false), and Hasan never praised Nasrallah. Immediately after making the claim, Denims plays an excerpt of *The Nuke* where Hasan praises Nasrallah. Ex. K at 3:14:55-3:17:48.

v.      In the section discussing the systematic use of rape on October 7th, Denims repeatedly denies any rapes occurred. She is immediately confronted with the headlines from news organizations, victim testimony and a United Nations report refuting her denials. Ex. K at 3:33:49-3:35:34, 3:42:49-3:45:33.

vi.      When Ethan cites the ban of Destiny as an example of Twitch's inconsistent enforcement of its community guidelines, Denims claims that the ban was due to Destiny's statements condoning Kyle Rittenhouse killing

---

[43] On or around May 21, 2025, in response to a direct question about his Houthi affiliation, Al-Hadad stated in Arabic, "Yemenis are Houthi"—an expression that, in the Yemeni dialect implies the "true" Yemenis are Houthi. His phrasing appeared calculated to affirm solidarity while technically avoiding a direct acknowledgment. *See* https://imgur.com/a/pnYUfi8

protestors – only to realize that the ban was due to Destiny calling Keffals "inbred." Ex. K at 4:50:32-4:52:10.

j.  Due to Denims' inability to critique the style or substance of *The Nuke*, she frequently goes on long and completely unrelated tangents that have nothing to do with the style or substance of *The Nuke*. Some notable examples are provided below:

i.  After Ethan's critique of Hasan's apologia of Chinese imperialism and authoritarianism, Denims goes on a nonsensical tangent about the Chinese credit score system – which is not discussed or referenced in *The Nuke* whatsoever. Ex. K at 1:22:40-1:24:11.

ii.  After Ethan's critique of Hasan's apologia of China's genocide of the Uyghurs, Denims goes on a rambling diatribe about: (1) that no one cares about the Uyghurs; (2) western media; (3) the United States is worse than China; (4) falsely stating that disabled Americans lose disability benefits when they get married;[44] (5) incarceration levels in the United States; and (6) the treatment of transgender individuals in the United States. Ex. K at 1:25:43-1:35:51.

iii.  After Ethan's critique of Frogan, Denims goes on a protracted tangent about how Frogan is more American than her. Ex. K at 4:14:35-4:19:36.

k.  True to form, Denims makes statements based on hallucinatory misrepresentations of the contents of *The Nuke*. By shadowboxing an imaginary version of *The Nuke* completely divorced from reality, Denims fails to address the actual style or substance of the original.  Some notable examples include:

i.  In the section of *The Nuke* concerning Ethan and Hasan's discussion shortly after October 7th, Ethan critiques an online figure supported by Hasan who legitimizes killing Israeli infants by calling them "baby settlers" (and

[44] Social Security Administration, "If I get married, will it affect my benefits?" (Jan. 23, 2025), *available at*: https://www.ssa.gov/faqs/en/questions/KA-02172.html

Hasan's attempt to justify the use of the term). Denims misrepresents the excerpt and claims Ethan called Palestinian infants "baby terrorists" and Hasan attempted to humanize the infants of Israeli settlers. Ex. K at 1:43:55-1:45:19.

                  ii.     In the section where Ethan critiques Hasan's "head mod," Denims claims that Ethan called Frogan the "head mod" – despite Ethan never making such a statement. Ex. K at 1:37:44-1:38:22.

                  iii.    After Ethan explains that he is now called a "Nazi" after advocating a two-state interim solution, Denims claims Ethan asserted that Hasan told people to call him a Nazi – which Ethan never claimed.[45] Ex. K at 2:00:45-57.

                  iv.    After Ethan critiques Hasan's claim that the Houthis hijacked ships to cause Israelis to ***leave*** Israel from the economic inconvenience, Denims rewrites the excerpt by claiming Hasan stated the Houthis are placing economic pressure on Israelis to induce them ***to pressure their government*** to end the war in Gaza. Ex. K at 2:36:47-2:37:04.

                  v.     After Ethan shows photographs he took in Israel of Mizrahi Jews preparing and selling hummus, Denims makes the bizarre claim that Ethan is assuming they are Israelis – despite Ethan having just explained that they were photographs of Mizrahi Jews from Israel. Ex. K at 4:28:24-4:29:11.

                l.     Again, true to form, Denims repeatedly makes brief, blithe and unsubstantiated assertions throughout her "group viewing session" of *The Nuke*. The vast majority of these remarks are misleading or false. Denims' unwillingness or inability to substantiate her assertions further emphasize that Denims' primary purpose was – not to critique *The Nuke* – but to provide a substitute for it.  If the opposite were true, Denims would have taken the time to compile the evidence to substantiate her assertions. Examples include:

[45] On April 24, 2025, Hasan stated that "any kind of fucking Zionist tendencies, should be treated in the same way as being a fucking rabid neo-nazi." HasanAbiVODs, *HasanAbi April 24, 2025* – (Apr. 25, 2025), at 7:56:04-7:57:41 *available at*: https://youtu.be/Ny_EZm7s80I?si=NEVU0_DjufIoQiy6&t=28564

        **i.**     After Ethan critiques Hasan for employing rhetoric that reveals he does not consider Israelis to be human (Ex. K at 1:43:33-39), Denims makes the conclusory assertion that Ethan defamed Hasan without any further explication. *Id.* at 1:43:40-54.

        **ii.**     Frequently, Denims claims that Ethan uses clips out of context – yet she never shows or explains the omitted context. *See e.g.*, Ex. K at 1:40:23-30; 2:43:53-2:44:16; 3:00:53-3:01:36, 3:37:39-3:38:29.

        **iii.**     Denims repeatedly claims that Ethan praised Israel's former Minister of Defense, Yoav Gallant. Ex. K at 2:00:38-44, 3:15:55-3:16:15. This is false, as demonstrated below.

        **1.**     On November 6, 2024, Hila critiqued Israeli Prime Minister Benyamin Netanyahu by stating: "Just the other day, Bibi fired a really good guy that a lot of people are pissed about and he fired him 'cause they had a disagreement." Ethan clarified by stating he was a "moderating voice in the War Room."[46] This was correct insofar as Netanyahu fired Gallant – in large part – due to Gallant's criticism of Netanyahu's handling of the War in Gaza and the Israeli public protested Gallant's dismissal.[47]

        **2.**     On November 8, 2024, after Hila was criticized for calling Gallant a "really good guy," Ethan clarified and provided context to the statements – with Hila adding: "I feel like the reason I brought it up was mainly to express the frustration with Bibi and him firing the one guy that was somewhat, you know, attempting at moderation. It wasn't really so much to say that Gallant is a good guy. I shouldn't have used that word. That was a bad choice on my part,

---

[46] H3 Podcast, *Post Election Cope Stream – H3 Show #77* (Nov. 6, 2024) at 3:38-3:56, *available at:* https://www.youtube.com/live/8aBch1GPY08?si=eFTvmQ-5rxsqQAUh&t=218.

[47] Tamar Michaelis, Tara John and Mick Krever, CNN, "Netanyahu fires Israeli Defense Minister Yoav Gallant, after months of clashes over war and politics" (Nov. 6, 2024), *available at:* https://www.cnn.com/2024/11/05/middleeast/netanyahu-yoav-gallant-intl-latam

considering stuff that he has said that I was not even thinking of."[48]

           iv.     Denims claims that propaganda does not require lying. Ex. K at 2:09:26-33. The Oxford English Dictionary disagrees and defines propaganda as "[t]he systematic dissemination of information, esp. in a biased or misleading way, in order to promote a particular cause or point of view."[49]

           v.     Denims repeatedly invokes the online content creator Ostonox without providing any further explanation on how it is relevant. Ex. K at 2:10:55-2:11:06, 3:39:22-28.

           vi.     Denims repeatedly makes the misleading claim that Ethan performed a Nazi salute. Ex. K at 2:20:31-33, 3:49:13-16. Denims intentionally omits the fact that Ethan was making fun of Elon Musk performing a Nazi salute at President Trump's inauguration.[50]

           vii.     After Ethan refutes Hasan's contentions about why the Houthis hijacked the *Galaxy Leader* (Ex. K at 2:33:32-2:35:10), Denims claims that half of what Ethan showed is false without identifying the falsehoods – let alone demonstrating how they were false. *Id.* at 2:35:11-27.

           viii.     Denims claims that it is impossible that 60% of Israelis are from the Middle East. Ex. K at 2:38:49-2:39:08. Unsurprisingly, Denims' statement is baseless. A 2019 peer-reviewed study found that well over 55% of Israeli Jews are either fully or partially Mizrahi, Sephardi or Ethiopian heritage.[51] More recent data from the Jewish People Policy Institute confirms that a substantial

---

[48] Ethan Klein, *Hasan Piker Is A Weaselly Little Liar* (Nov. 8, 2024), *available at*: https://youtu.be/telKFaTvQqU?si=mSFC2pB9DHgc48yi

[49] Oxford English Dictionary, " Propaganda" *available at*: https://www.oed.com/dictionary/propaganda_n?tl=true

[50] H3 Podcast, *Content Nuke: Markiplier – H3 Show #103* (Jan. 29, 2025) at 36:20-56:27, *available at*: https://www.youtube.com/watch?v=oDdnL6Pd9qU&t=1415s

[51] Lewis-Epstein, N. & Cohen, Y., Journal of Ethnic and Migration Studies, "Ethnic origin and identity in the Jewish population of Israel" (Vol. 45, No. 8, 2019) at 1327-1346, *available at*: https://doi.org/10.1080/1369183X.2018.1440490.

majority of Israelis self-identify as Mizrahi or mixed origin.[52]

               ix.     Denims misleadingly claims that the Houthis were designated as a terrorist organization only after Hasan's January 16, 2024 interview with Al-Haddad. Ex. K at 2:47:05-25. Prior to February 2021, the Houthis were designated as a Specially Designated Global Terrorist ("SDGT") and a Foreign Terrorist Organization ("FTO"). In February 2021, President Biden delisted the Houthis from both lists. On January 17, 2024 (*i.e.*, the day after Hasan's interview with Al-Haddad), President Biden redesignated the Houthis as a SDGT.[53]

               x.     After showing excerpts of Hasan's interview with Al-Haddad (Ex. K at 2:48:04-2:49:50), Denims claims that there was a mistranslation during the interview. It should come as no surprise that Denims fails to identify what was mistranslated – let alone correct the translation. *Id.* at 2:49:51-2:50:01.

               xi.     After the section where Ethan critiques Hasan's coverage of the release of Israeli hostages (Ex. K at 3:28:23-3:29:49), Denims claims that YouTube does not require censoring such footage and implies Ethan is doing so to intentionally obfuscate the facts. She also makes the outlandish claim that Hamas treated the Israeli hostages well. *Id.* at 3:29:50-3:33:48. All of this is false. In order for TEI to monetize *The Nuke*, YouTube required that footage of hostages (such as the release of Israeli hostages and the Houthi takeover of the *Galaxy Leader*) be censored. Further, it is well documented that Hamas killed, sexually assaulted, tortured and starved the Israeli hostages – including forcing them to participate in grotesque propaganda at gunpoint. These abuses are confirmed by multiple human rights organizations:

               1.     Human Rights Watch documented unlawful

---

[52] Jewish People Policy Institute, *Ethnic Self-Identification Survey Findings*, available at: https://ij.jppi.org.il/english/videos/Yemini.

[53] Jennifer Hansler, CNN "Biden administration re-designates Houthis as Specially Designated Global Terrorists" (Jan. 17, 2024), *available at*: https://www.cnn.com/2024/01/16/politics/biden-administration-houthis-global-terrorist-entity

abduction, extrajudicial executions, torture, coerced media appearances, and sexual violence.[54]

        2.     Amnesty Internation detailed systematic beatings, humiliation, denial of medical care and psychological abuse of both hostages and their families.[55]

        3.     The United Nations Human Rights Council found that Palestinian armed groups engaged in war crimes and, in certain cases, crimes against humanity.[56]

        xii.     Later, during the section where Ethan points out that Hamas ordered the hostages to "keep waving" (Ex. K at 3:35:17-34), Denims claims that the individual who said "keep waving" directed the statement to someone other than the hostages. *Id.* at 3:35:35-40. Once again, Denims' statement is false. In the video (which Denims claims to have seen), it is evident the statement was directed at the hostages because they immediately start waving in response.[57]

[54] Human Rights Watch, "'I Can't Erase All the Blood from My Mind': Palestinian Armed Groups' October 7 Assault on Israel (July 17, 2024), *available at*: https://www.hrw.org/report/2024/07/17/i-cant-erase-all-blood-my-mind/palestinian-armed-groups-october-7-assault-israel; *see also* Human Rights Watch, "Questions and Answers: Hamas-Led Armed Groups' October 7, 2023 Assault on Israel, 'Sexual and Gender-Based Violence'" (July 17, 2024), *available at*: https://www.hrw.org/news/2024/07/17/questions-and-answers-hamas-led-armed-groups-october-7-2023-assault-israel.

[55] Amnesty International, "Israel/OPT: Amenesty International's Research into Hamas-Led Attacks of 7 October 2023 and Treatment of Hostages" (Dec. 2, 2024), *available at*: https://www.amnesty.org/en/documents/mde15/8803/2024/en/;

[56] United Nations Human Rights Council, "Report of the Independent International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel" (June 12, 2024), *available at*: https://www.ohchr.org/en/documents/country-reports/ahrc5626-report-independent-international-commission-inquiry-occupied

[57] India Today, " 'Keep Waving,' Hamas terrorists order hostages during release" (Nov. 23, 2023), *available at*: https://www.indiatoday.in/world/video/keep-waving-hamas-terrorists-order-hostages-during-release-2468140-2023-11-27; Jerusalem Post, "Hamas tells hostages to 'keep waving' in propaganda video of handoff in (continued).

xiii.    Denims repeatedly claims that *The New York Times* and President Biden had to retract claims of rape occurring on October 7th. Ex. K at 3:42:49-3:43:40, 3:45:53-3:46:19, 3:46:43-3:48:06. This is false. *The New York Times* did not retract its article about rapes occurring on October 7th.[58] While President Biden did clarify his statement that forty babies were beheaded on October 7th,[59] he never retracted the claims of rape occurring on October 7th.[60]

xiv.    After showing an excerpt of United Nations report on sexual violence occurring on October 7th (Ex. K at 3:44:41-3:45:33),[61] Denims

Gaza" (Nov. 26, 2023), *available at*: https://www.jpost.com/middle-east/article-775156

[58] Jeffrey Gettleman, Anat Schwartz and Adam Sella, The New York Times, "'Screams Without Words': How Hamas Weaponized Sexual Violence on Oct. 7" (December 28, 2023 and updated March 25, 2024), *available at*: https://www.nytimes.com/2023/12/28/world/middleeast/oct-7-attacks-hamas-israel-sexual-violence.html?smid=url-share; Elias Atienza, CheckYourFact, "Fact Check: Did The New York Times Retract Its Story on Hamas and Sexual Violence?" (Jan. 5, 2024), *available at*: https://checkyourfact.com/2024/01/05/fact-check-new-york-times-story-hamas/#google_vignette

[59] Peter Alexander, Summer Concepcion and Megan Lebowitz, NBC News, "White House clarifies Biden's claim he saw photos of terrorists beheading children in Israel-Hamas war" (Oct. 11, 2023 updated Oct. 12, 2023), *available at*: https://www.nbcnews.com/politics/white-house/biden-deliver-remarks-roundtable-jewish-community-leaders-rcna119865

[60] *See e.g.,* Darlene Superville, Associated Press, "Biden calls reports of Hamas raping Israeli hostages 'appalling,' says world can't look away" (Dec. 5, 2023), *available at*: https://apnews.com/article/biden-hamas-rape-israel-sexual-violence-1af759b6ebeb017a10ad91182350a1e7?utm_source=copy&utm_medium=share; Kevin Liptak, CNN, "Biden decries Hamas sexual assaults and says they must be forcefully condemned" (Dec. 5, 2023), *available at*: https://edition.cnn.com/2023/12/05/politics/biden-condemns-hamas-sexual-assaults-democrats; Cheyenne Haslett, ABC News, "Biden speaks of Oct. 7 and commitment to getting hostages home at Hanukkah reception" (Dec. 16, 2024), *available at*: https://abcnews.go.com/Politics/biden-speaks-oct-7-commitment-hostages-home-hanukkah/story?id=116851278

[61] Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict, "Mission report: Official visit of the Office of the SRSG-SVC to Israel and the occupied West Bank: 29 January – 14 February 2024", *available at*: (continued).

claims the report was discredited without any supporting evidence. *Id.* at 3:45:34–40. Not only is Denims' statement cruelly and grotesquely false, the United Nations report was affirmed by multiple credible sources, such as:

 1. Humans Right Watch cited the United Nations' report in Human Rights Watch's own report – which also independently found evidence of sexual and gender-based violence during the October 7th attacks.[62]

 2. Physicians for Human Rights Israel confirmed it would rely on the United Nations report.[63]

 3. In February 2024, the Association of Rape Crisis Centers in Israel published a report that aligns with the findings of the United Nations report.[64]

 4. The United Kingdom's Minister for the Middle East cited the United Nations' report at the UN Security Council that there was "reasonable grounds" and "clear and convincing" evidence of sexual and gender-based violence occurring on October 7th.[65]

https://news.un.org/en/sites/news.un.org.en/files/atoms/files/Mission_report_of_SRSG_SVC_to_Israel-oWB_29Jan_14_feb_2024.pdf

[62] Human Rights Watch, "Questions and Answers: Hamas-Led Armed Groups' October 7, 2023 Assault on Israel 'Sexual and Gender-Based Violence" (July 17, 2024), *available at*: https://www.hrw.org/news/2024/07/17/questions-and-answers-hamas-led-armed-groups-october-7-2023-assault-israel;

[63] Physicians for Human Rights Israel, "Clarification Regarding Gender-Based Violence in the Context of October 7 Events" (May 23, 2024), *available at*: https://www.phr.org.il/en/clarification/.

[64] Association of Rape Crisis Centers in Israel, "Silent Cry – Sexual Violence Crimes on October 7" (Feb. 2024), *available at*: https://www.1202.org.il/en/information-and-data/reports-and-articles/october-7-sexual-violence-crimes-report/

[65] Ahmad, Lord, "The UK is deeply concerned by Special Representative Patten's findings of sexual violence on 7 October: UK statement at the UN Security Council" (March 11, 2024), *available at*: https://www.gov.uk/government/speeches/the-uk-is-deeply-concerned-by-special-representative-pattens-findings-of-sexual-violence-on-7-october-uk-statement-at-the-un-security-council

5.      The European Union Council found that Hamas committed systematic sexual violence as a weapon of war on October 7th.[66]

6.      The International Criminal Court prosecutor announced grounds to charge Hamas leadership with crimes against humanity based upon on systematic rapes and sexual assaults occurring on October 7th.[67]

xv.      When Ethan discusses Frogan's statements that she wished soldiers in the United States military get PTSD and lose their health insurance, Denims claims Frogan apologized for the comment immediately afterwards. Ex. K at 4:00:23-43. This is false three times over: not only did Frogan fail to immediately apologize, she never apologized and even doubled down on the statement.

1.      On or shortly before October 16, 2024, Frogan made the aforementioned statement.[68]

2.      On or shortly before October 20, 2024, Frogan doubled down on her statement by reacting to it, giggling and claiming her statement was "based."[69]

3.      Only after Frogan was publicly excoriated for her cruel comments, Frogan made a post on X that attempted to justify her statement. At the end of her post, Frogan tepidly walked back her vicious attack on veterans by adding: "i realize that wishing people harm isn't the best way to talk about these issues and that i could have talked about these topics in a more sensitive way."[70]

---

[66] Reuters, "EU sanctions Hamas wings over sexual violence on Oct. 7" (April 12, 2024), *available at*: https://www.reuters.com/world/eu-sanctions-hamas-wings-over-sexual-violence-oct-7-2024-04-12/

[67] Khan, K. "Statement of ICC Prosecutor Karim A.A. Khan KC on applications for arrest warrants in the situation in the State of Palestine" (May 2024), *available at:* https://www.icc-cpi.int/news/statement-icc-prosecutor-karim-aa-khan-kc-applications-arrest-warrants-situation-state

[68] *See* N1ghtm4re, "Frogan wishes PTSD on US Soldiers and no Health Care" (Oct. 16, 2024), *available at*: https://youtu.be/ST23KqsB_uI?si=x5dTqmIhWaCVbEWx

[69] *See* https://x.com/nicholasdeorio/status/1848145789006074322

[70] *See* https://x.com/fr0gan/status/1848179969312051507

(original spelling).

xvi.      Also, during the same section, Denims attempts to deflect criticism from Frogan by claiming she was emotional due to a recent article about the IDF bulldozing Palestinians. Ex. K at 4:09:28-4:12:57. This is false twice over. First, the purported video documenting the alleged bulldozing of Palestinians was debunked as being filmed in Egypt a decade prior.[71] Second, the news reports on this purported event occurred in December 2023 – *i.e.*, ten months prior to Frogan's statements in October 2024.

xvii.      After Ethan discusses Frogan offering to make a cake recreating 9/11, Denims claims that Frogan was given a thirty-day ban for doing so. Ex. K at 4:13:33-38. This is false. Frogan was given a thirty-day ban for her involvement in the racial tier list at TwitchCon 2024. This is evidenced by the fact that all the other panelists – including Denims – received the same punishment at the same time.[72]

xviii.      Denims makes the completely unsubstantiated claim that – like Frogan and Hasan – Ethan also made jokes about 911. Ex. K at 4:14:26-34.

xix.      Denims also makes the unsubstantiated claim that Ethan denied the IDF engaged in systematic rape. Ex. K at 4:23:30-45. This is false. Ethan acknowledged that the IDF engaged in sexual violence, exhibited genuine curiosity about learning more, evaluated additional sources, repeatedly stated that he was not denying the claim and even Hasan admitted that he misspoke by asserting such claims of systemic rape were well-documented.[73]

[71] France24, "This videos does not show Israel bulldozing Palestinians at Gaza's Kamal Adwan Hospital" (Dec. 19, 2023) *available at*: https://f24.my/A0b9

[72] Alyssa Mercante, Kotaku, "Twitch Bans Several Arab Streamers Following 'Habibi' Ratings Panel At TwitchCon" (Oct. 21, 2024), *available at*: https://kotaku.com/twitch-ban-fr0gan-denims-capri-raffoul-adl-ethan-klein-1851677969

[73] H3 Podcast, *Israel vs Gaza – Leftovers #61* (Oct. 12, 2023) at 3:37:33-3:45:03 *available at*: https://www.youtube.com/live/JFznOHunD_c?si=b6N7tJgP_lUekAyb&t=13053

xx.     After Ethan criticizes Frogan's podcast for stating that Israelis cannot "claim" hummus, Denims states that the podcast's critique was not that Israelis "claim" hummus, but they claim to have "invented" it. Ex. K at 4:27:52-4:28:53. This is false. As made clear by the podcast episode itself, the participants (including Frogan) never mentioned "inventing" hummus; rather, they took issue with Israelis "claiming" hummus.[74]

xxi.     Denims – who is not Jewish – makes the grotesquely bigoted statement that it is antisemitic to associate Zionism (*i.e.*, the Jewish right to self-determination in their ancestral homeland)[75] with Judaism. Ex. K at 4:33:48-4:34:02. Shortly thereafter, a chatter confronts Denims by explaining that approximately 90% of Jews are Zionists. Without any substantiation, Denims claims that this was derived from a poll with a sample size of twenty-six and that one-third of Jews think Israel is committing genocide in Gaza. *Id.* at 4:34:45-4:35:18. Denims' assertion is completely and totally baseless.

1.     A 2019-2020 Pew Research Center survey of 4,718 American Jews found 82% considered caring about Israel to be "essential" or "important" to what it means to be Jewish.[76]

---

[74] Ayyrabs Podcast, *Living Through a War in Lebanon | ft, @DoNotWorryPodcast* (Oct. 2, 2024), at 42:25-44:10 *available at:* https://youtu.be/GgUNY5qjbPc?si=ajp1sN_oGNQcbv4Z&t=2545

[75] A "Zionist" is someone who believes in the right of Jewish self-determination in their ancestral homeland. It is a broad umbrella that includes those who "consider the rights of Palestinians to be fundamental to Zionism's success." Frequently, "policies carried out by the Israeli government that harm and suppress Palestinians are often conflated by anti-Zionists as representing Zionism as a whole." This conflation has "a marginalizing effect on Jews" and is often "indistinguishable from anti-Semitism in its expression" because it uses "anti-Semitic tropes." Encyclopedia Brittanica, "Zionism" *available at*: https://www.britannica.com/topic/Zionism

[76] Justin Nortey, Pew Research Center "U.S. Jews have widely differing views on Israel" (May 21, 2021) *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/; Pew Research Center, "Jewish Americans in 2020, Appendix A: Survey methodology" (May 11, 2021) *available at*: https://www.pewresearch.org/religion/2021/05/11/appendix-a-survey-methodology-4-2/

2.      In another poll conducted in December 2024 of 800 American-Jewish adults, "70% think anti-Zionist movements are antisemitic by definition" and only "9% strongly disagree with that statement."[77]

m.      On the exceedingly rare instances where Denims does cite extrinsic sources, Denims (unsurprisingly) completely misrepresents the source material. This further evidences she was utterly unprepared to provide criticism of *The Nuke* and the extent of her criticism suffers as a result. Below are some notable examples:

i.      During the section where Ethan discusses the forced expulsion of Mizrahi Jews from Arab countries, Denims makes the maliciously ahistorical assertion that Jews were treated well in Arab countries – even claiming to be well read on the subject. It is evident that Denims fundamentally fails to grasp the horrors Jews endured in Arab countries.

1.      For example, Denims claims that Vichy France (*i.e.*, Nazi occupied France) sent Moroccan Jews to Israel. To "support" her claim, Denims pulls up the Wikipedia article entitled "History of Jews in Morocco" (the Wikipedia Article") (but strategically conceals the Wikipedia Article's title).[78] Ex. K at 1:51:20-1:58:13. The Wikipedia Article refutes her "well read" assertion: Vichy France sent Moroccan Jews to Europe to be exterminated and not Israel.

2.      Further, it is painfully obvious that Denims either did not read the Wikipedia Article or failed to understand it. The Wikipedia Article documents 1,000 years of Moroccan Jews being massacred, subjugated under the

[77] The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast Majority of U.S. Jewish Community" (February 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%202.11.2025.pdf?ver=1739292818681

[78] Wikipedia, "History of Jews in Morocco" *available at*: https://en.wikipedia.org/wiki/History_of_the_Jews_in_Morocco. In a moment of great irony, Denims later critiques *The Nuke's* citations to Wikipedia for Nasrallah's antisemitic statements. Ex. K at 2:35:27-38.

*dhimmi* apartheid system (including forced to pay *jizya*, wear certain clothing, live in certain areas, employ restrictive modes of transportation and prohibited from engaging in certain types of work),[79] rape, state sanctioned abuse, destruction of synagogues, ethnic cleansing and forced conversion. One of the most tragically absurd episodes documented in the Wikipedia Article involved the Sultan Sulaiman finally allowing the Jews of Fez to wear shoes. So many Jews were slaughtered by their Arab neighbors as a result that the Jews of Fez begged the Sultan to repeal the edict – which he did.

ii. Denims makes the incendiary claim that Ethan is scared of Arabic and the Muezzin call. She frantically tries to find the clip to support her assertion, but gives up. Ex. K at 2:54:25-2:55:24. After someone in her chat sends her a link, she eagerly plays the clip. When it is evident that her claim is a grossly inaccurate mischaracterization, Denims' excitement evaporates as she silently moves on from the point. *Id.* at 2:56:26-2:57:24.

n. During her "group viewing session," *The Nuke* takes up approximately three-quarters of the screen for Denims' "group viewing session" – while Denims sequesters herself to the right-hand quarter to deemphasize her presence. Denims' objective was to provide a large and unobstructed view of *The Nuke* to her audience – which further emphasizes her primary purpose was to provide a substitute for the original.

o. To be certain, Denims (albeit infrequently and inconsistently) makes a highly transformative use of *The Nuke*. Where *The Nuke* seeks to expose how Hasan radicalizes people online to be antisemitic and anti-Israeli, Denims attempts to use *The Nuke* for the exact opposite purpose: to radicalize her audience to be antisemitic and anti-Israeli, along with defending Hasan. The transformative

---

[79] *See also* Bernard Lewis, *The Jews of Islam* (1984); Efraim Karsh, *Islamic Imperialism: A History* (2006); Mark R. Cohen, *Under Crescent and Cross: The Jews in the Middle Ages* (1994); Bat Ye'or, *The Dhimmi: Jews and Christians Under Islam* (1985).

nature of these moments are undermined (if not erased) by showing far more of *The Nuke* than is necessary to achieve this purpose. Some examples are identified above, but also include:

          i.    Denims will repeatedly glorify terrorism and terrorists, such as: (1) glorifying the Houthis' footage of the hijacking of the *Galaxy Leader* (Ex. K at 2:36:17-46); (2) glorifying the leader of Hezbollah, Hassan Nasrallah (*id.* at 3:18:21-3:19:17); (3) attacking a chatter critiquing her glorification of Hezbollah (*id.* 3:22:15-3:23:08); (4) excusing the homophobia of terrorist groups (*id.* at 3:36:54-3:37:39); (5) glorifying Hamas propaganda (*id.* at 3:35:41-3:36:11); and (6) excusing the antisemitism of terrorists (*id.* at 2:23:12-2:25:18, 2:27:41-2:29:00, 3:12:48-3:13:07, 3:13:15-36).

          ii.    Denims also attempts (albeit unsuccessfully) to excuse Hasan's hypocrisies, such as: (1) his highly consumerist spending (Ex. K at 3:18:01-14); and (2) his defense of Hamas (*id.* at 3:49:17-23).

          iii.    Denims repeatedly attempts to justify her own antisemitism and – even more absurd – paint Ethan as an antisemite. Ex. K at 2:59:19-27, 4:29:11-31, 4:29:53-4:30:05, 4:33:48-4:35:18, 4:36:48-4:37:12, 4:46:12-34.  In one instance, Denims goes on a long tangent by showing a clip in its entirety of Norman Finkelstein[80] with little commentary to justify her own bigotry.

[80] Finkelstein is best known for his discredited book *The Holocaust Industry* and for DePaul University denying him tenure on the grounds of unprofessional conduct. He is widely dismissed by academics and historians as an idealogue. *See* Norman G. Finkelstein, *Brief Comments on the Nation's "Rebuttal" to My Exchange with Omer Bartov*, NormanFinkelstein.com (2000), *available at* https://web.archive.org/web/20090321185503/http://normanfinkelstein.com/article.php?pg=3&ar=165; Omer Bartov, New York Times "A Tale of Two Holocausts," (Aug. 6, 2000) *available at:* https://archive.nytimes.com/www.nytimes.com/books/00/08/06/reviews/000806.06bartovt.html.; Wikipedia, "The Holocaust Industry," *available at*: https://en.wikipedia.org/wiki/The_Holocaust_Industry. Debra Cassens Weiss, American Bar Association Journal, "No Tenure for DePaul's Finkelstein; Harvard Law Prof's 'Tempest' a Factor" (June 11, 2007), *available at*: (continued).

*Id.* at 2:22:44-2:29:00.

iv.     Denims also caries water for Clancy. When Ethan critiques Clancy's obsession with e-girls on the Twitch platform, Denims seeks to excuse this lecherous behavior by making the tone-deaf claim that Clancy's obsession with e-girls is a sign of his virility. Ex. K at 3:51:04-3:53:45.

p.     Finally, Denims' use of *The Nuke* was highly commercial. This is evidenced by:

i.     Her statement: "***Well guys, if you enjoyed not giving any views to that terrible video, <u>follow, subscribe, throw a prime, if you like the content, if you enjoyed your time here</u>***." Ex. K at 5:07:45-58.

ii.     On 174 separate occasions during her "group viewing session" of *The Nuke*, Denims receives paid subscriptions, donations and bits. Each of these paid subscriptions and donations would result in a graphic being superimposed over *The Nuke*.

iii.     Denims ran advertisements during her "group viewing session" of *The Nuke* and received advertising revenue as a result.

iv.     On her Twitch page where Denims' "group viewing session" was located, Denims placed buttons soliciting paid subscriptions and donations beneath the video of Denims' "group viewing session" of *The Nuke*.

v.      The clear coordination between Denims and the H3Snark Mods (and others) to direct as many viewers to her "group viewing session" of *The Nuke* to avoid giving views and advertising revenue to TEI.

https://www.abajournal.com/news/article/no_tenure_for_depauls_finkelstein_harvard_law_profs_tempest_a_factor; David Cesarani, Times Higher Educ. "Finkelstein's Final Solution" (Aug. 4, 2000), *available at*: http://www.timeshighereducation.co.uk/books/finkelsteins-final-solution/155953.article; "Academic Freedom and Palestine-Israel: The Case of Beyond Chutzpah," 35 J. Palestine Stud. 94 (2006), *available at:* https://www.palestine-studies.org/sites/default/files/attachments/jps-articles/jps.2006.35.2.85.pdf.

71.     As to the second fair use factor, the fact *The Nuke* was released a minute prior to Denims' "group viewing session" does not weigh in her favor. Further, while containing numerous documentary and factual elements, *The Nuke* contains numerous creative elements, which weigh against fair use.

72.     As to the third fair use factor, this factor weighs heavily against fair use. It is readily apparent Denims' use was excessive for any potential criticism of *The Nuke* – particularly in light of minimal level of commentary and highly commercial nature of Denims' "group viewing session." This is especially true when Denims repeatedly provides brief statements (many of which have little to not critical bearing on *The Nuke*) after showing long unadulterated segments of *The Nuke*.

73.     The fourth (and most important) fair use factor weighs the most heavily against fair use. It is readily apparent that Denims intended (and succeeded) to provide a market substitute for *The Nuke* for the reasons set forth below:

a.     The statements identified in Paragraphs 70.a and 70.p.i above.

b.      Showing *The Nuke* in its entirety with minimal commentary.

c.     Starting her "group viewing session" a minute after *The Nuke* was released to the public when the interest in *The Nuke* was at its apex.

d.     The First Inducement Post, Second Inducement Post and Third Inducement Post by the H3Snark Mods.

e.     Due to Denims' siphoning the audience for *The Nuke* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Denims' "group viewing session" instead of *The Nuke*.

f.     Denims' conduct did become widespread. Several other members of Hasan's Waiting Room conducted a "group viewing session" of *The Nuke* immediately after its release – which resulted in further lost views and lost advertising revenue to TEI.

# **FIRST CLAIM FOR RELIEF**

## **(For Direct Copyright Infringement – Against Denims)**

74. TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

75. TEI is the sole of the of the copyrights in the *Countdown Episode* and *The Nuke*.

76. TEI registered its copyrights in the *Countdown Episode* and *The Nuke* with the USCO.

77. Denims accessed: (1) the *Countdown Episode* from TEI's YouTube channel, H3Podcast; and (2) *The Nuke* from TEI's YouTube channel, h3h3Productions.

78. TEI did not grant any license, authorization or consent for Denims to exploit the *Countdown Episode* or *The Nuke* in any manner. Rather, Denims' "group viewing session" of the *Countdown Episode* and *The Nuke* constituted an unauthorized reproduction, public performance and derivative work of the *Countdown Episode* and *The Nuke* in violation of TEI's rights as set forth in 17 U.S.C. Section 106.

79. Due to Denims' acts of copyright infringement, TEI has suffered damages in an amount to be established at trial.

80. Due to Denims' acts of copyright infringement, Denims obtained profits she would not have realized but for her infringement of TEI's copyrights in the *Countdown Episode* and *The Nuke*.

81. Denims' acts of copyright infringement were done with actual or constructive knowledge of TEI's rights, such that said acts of copyright infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

**SECOND CLAIM FOR RELIEF**

**(Contributory Copyright Infringement – Against The H3Snark Mods)**

82.     TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

83.     The H3Snark Mods (and each one of them) knew Denims' "group viewing session" would infringe TEI's copyrights in the *Coundown Episode* and *The Nuke*.

84.     The H3Snark Mods (and each one of them) are responsible for the First Inducement Post, Second Inducement Post and Third Inducement Post.

85.     The First Inducement Post, Second Inducement Post and Third Inducement Post induced, caused and/or materially contributed to Denims' infringement of the *Countdown Episode* and *The Nuke*.

86.     Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

87.     The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

**PRAYER FOR RELIEF**

WHEREFORE, TEI prays for judgment against Denims and the H3Snark Mods (collectively, "Defendants") as follows:

a.     That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringement of the *Countdown Episode*, the exact sum to be proven at the time of trial.

b.     That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringements of *The Nuke*, the exact sum to be proven at the time of trial; or, if elected, statutory damages in the amount of

$150,000 as available under 17 U.S.C. Section 504;

     c.    TEI be awarded it reasonable attorneys' fees and costs under 17 U.S.C. Section 505;

     d.    TEI be awarded pre-judgment interest as allowed by law; and

     e.    TEI be awarded such further relief as the Court deems proper.

### f. **JURY TRIAL DEMAND**

TEI demands a jury trial on all issues so triable pursuant to Federal Rule of Civil Procedure 38 and the 7th Amendment to the United State Constitution.

Dated: June 19, 2025         **HEAH BAR-NISSIM LLP**

                  By  /s/ Rom Bar-Nissim
                     ROM BAR-NISSIM
                     Attorneys for Plaintiff Ted
                     Entertainment, Inc.

Exhibit A

 **Skip to main content**  r/h3snark ✕ Search in r/h3snark 💬 ✚ Create 🔔  

 **r/h3snark** • 2 hr. ago
bob_bouley  `ethan loves talking about poop`                                    🔒 •••

## Ethan describes his issues with Hasan as "personal beef..."

🧑‍🦱 Leftemies 🧑‍🦱

Context: Ethan was defending debating and platforming people with opposing political views (dan bilzerian, etc). Then AB makes this joke and I thought Ethan's response was pretty candid. I guess this hasn't been about antisemitism and it's just a personal beef? He says they don't disagree on things, but quickly corrects himself.



Locked post. New comments cannot be posted.

⬆ 130 ⬇    💬 1    ↗ Share

 **therealwemod** • Promoted                                    •••

  

  

Sign Up

wemod.com



Sort by: Best ⌄      Search Comments

○ **AutoModerator** MOD • 2h ago • 🔒 •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

⌃ 1 ⌄   ↱ Share   ⋯

# Exhibit B

 Outlook

---

## Counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Wed 1/15/2025 7:08 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

---

**Reddit Admin Team** (Reddit Support)

Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

---

Counter Notification - counter explanation

Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was

approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this

post should not have been removed for copyright infringement.

Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific

video. Providing a link to an official channel or video to direct users to content through authorized means

does not constitute copyright infringement. This removal is equivalent to a television network suing a

newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such

actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV

listing directs viewers to official content without reproducing it, our link simply guided users to H3's

authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing

its readers about where and when they can legally access content.

We believe both posts were removed erroneously and should be reinstated. We kindly request your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson


Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/


Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.

[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

Exhibit C

 Outlook

## Second counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Tue 3/18/2025 4:47 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

**Reddit Admin Team** (Reddit Support)

Mar 18, 2025, 04:47 PDT

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you recently submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/removed_by_reddit/?share_id=7WRhwjQl4JGwbPqhUIlrx

Details of the counter notification and original DMCA notice are copied below, for your review.

Personal information has been redacted for privacy purposes, but is available in response to a subpoena under 512(h) or FRCP 45 in a pending action.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
December 5, 2024 at 19:09

Requester
aobri4@brockport.edu

Counter Notification - counter explanation

This was an abuse of the fair use system. This subreddit has also been mercy to many bad faith brigades

recently, so I do not believe that this appeal was filed by the actual copyright owner. Even so, it would still

be allowed under fair use.


Counter Notification - Reddit URL(s)

https://www.reddit.com/r/h3snark/s/GUahLZ4h70


[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

Exhibit G

Skip to main content    🔵 r/h3snark ✕    Search in r/h3snark    💬    ➕ Create    🔔²    

 **r/h3snark** • 20 hr. ago
jewettornesarah **MOD** Juicebox Revolutionary War General

### MEGATHREAD | Content Nuke - Where to Watch & Discussion

`Megathread`

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!



EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

⬆ 381 ⬇    💬 168    ↗ Share

Everything you want in a crypto platform. 20+ digital assets, advanced analytics, and US-based, award-winning support. All on Public.

Sign Up

public.com

Add a comment

Sort by:   New (Default) ⌄          🔍 Search Comments

**h3snarkmodteam** MOD • 20h ago • 📌 Stickied comment • Edited 19h ago

`QuietFairy Stan`   `💬 Top 1% Commenter`



> h3h3productions ✓ 19h
>
> Got an update on launch…. Estimate is by 5pm.

Edit: Content Nuke is canceled, maybe will upload tomorrow

⇧ Vote ⇩    💬 Reply    ↗ Share    ···

⊕ 3 more replies

**Aggravating-Unit37** • 56m ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

⇧ 1 ⇩    💬 Reply    ↗ Share    ···

**KamenRiderDragon** • 5h ago

I canceled my kidney surgery for this

⇧ 9 ⇩    💬 Reply    ↗ Share    ···

**FriendlyGhostStudios** • 5h ago

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

⇧ 4 ⇩    💬 Reply    ↗ Share    ···

**erin_collective** • 6h ago

`Creator`

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

⇧ 1 ⇩    💬 Reply    ↗ Share    ···

**Betyouknowme** • 19h ago • 🔒

`⭐ TOP SNARKER`

This man is defo poppin and dropping something and it ain't a nuke

⇧ 121 ⇩    ↗ Share    ···



Skip to main content

+ Create

**ziggydynamite** · 19h ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

⬆ 63 ⬇    💬 Reply    ↗ Share    ⋯

**Slow_Significance329** · 19h ago

Imagine if it's a 2 hour loop of Rick Astley...

⬆ 32 ⬇    💬 Reply    ↗ Share    ⋯

**pedropedro1** · 19h ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

⊖    ⬆ 64 ⬇    💬 Reply    ↗ Share    ⋯

**Adapteduser** · 19h ago
`Ethan's State Farm Agent`

The brow waxing is truly killing me. Gigachad moment for real.

⊖    ⬆ 19 ⬇    💬 Reply    ↗ Share    ⋯

**pedropedro1** · 19h ago

I'm kinda scared for him. They looked VERY shaped haha

⬆ 22 ⬇    💬 Reply    ↗ Share    ⋯

**Imaginary_Drummer_67** · 19h ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

⬆ 49 ⬇    💬 Reply    ↗ Share    ⋯

**chloe-et-al** · 19h ago
🏆 Top 1% Poster

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked

⊖    ⬆ 72 ⬇    💬 Reply    ↗ Share    ⋯

**64N_3v4D3r** · 19h ago

I'm starting to think the 'content nuke is a troll' theory might be correct.

⬆ 37 ⬇    💬 Reply    ↗ Share    ⋯

**queermichigan** · 19h ago

You can add blur in the YouTube editor afaik

⬆ 19 ⬇    💬 Reply    ↗ Share    ⋯

**MagnumOpossumus** · 19h ago
`friend 🐀`

Alright I'm taking bets on if the episode tomorrow is cancelled.

Skip to main content

+ Create

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

⬆ 22 ⬇    ⬭ Reply    ↗ Share    ⋯

**isnatchkids** • 19h ago
🚇 Top 1% Commenter



⬆ 23 ⬇    ⬭ Reply    ↗ Share    ⋯

**eye_yoda** • 19h ago

See yall tomorrow

⬆ 4 ⬇    ⬭ Reply    ↗ Share    ⋯

**frumpygardener** • 19h ago

Delay because hasan is not sitting at his computer but doing a beauty thing in Japan

⬆ 35 ⬇    ⬭ Reply    ↗ Share    ⋯

**PharmaDee** • 19h ago

This man is a fuckin youtuber and can't put out ONE video

⬆ 11 ⬇    ⬭ Reply    ↗ Share    ⋯

**honeyncinnamon** • 19h ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

⬆ 49 ⬇    ⬭ Reply    ↗ Share    ⋯

**Future-Zucchini579** • 19h ago

Professional comedian can't upload one video right...

⊖ ⬆ 30 ⬇    ⬭ Reply    ↗ Share    ⋯

    **Separate_Ebb5076** • 19h ago

    no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

    ⬆ 6 ⬇    ⬭ Reply    ↗ Share    ⋯

**SlimTimDoWork** • 19h ago

He's lying, you can edit 1 frame out EASILY in Youtube Studio.

Skip to main content

+ Create

ethan loves talking about poop

I was thinking there must be an easier way than exporting the full 2 hour video again

⬆ 18 ⬇  ◯ Reply  ⤴ Share  ⋯

**MCSnipeYoAss** · 19h ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB

⬆ 30 ⬇  ◯ Reply  ⤴ Share  ⋯

**theirpowerisover9000** · 19h ago

bruh I swear at this point all I want is to know the actual time I can sit down and enjoy the mf shitshow of watching h3 burn the rest of their reputation into the ground, can this cretin please get his video finished

⬆ 23 ⬇  ◯ Reply  ⤴ Share  ⋯

**bickybb** · 19h ago

Wow he really can't do anything right

⬆ 42 ⬇  ◯ Reply  ⤴ Share  ⋯

**subversivewallflower** · 19h ago
Hasan's fruit basket from Hamas

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE



*also, if the video is real - not uploading a video because of one frame? lame shit lmao*

⊖ ⬆ 41 ⬇  ◯ Reply  ⤴ Share  ⋯

**Separate_Ebb5076** · 19h ago

I would have taken bets on this.
It's so funny

⬆ 9 ⬇  ◯ Reply  ⤴ Share  ⋯

**MagnumOpossumus** · 19h ago
friend

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

⬆ 33 ⬇  ◯ Reply  ⤴ Share  ⋯

**slorinda** · 19h ago

Drops tomorrow yall

⊖ ⬆ 20 ⬇  ◯ Reply  ⤴ Share  ⋯

**Separate_Ebb5076** · 19h ago

Skip to main content

Create



NO it doesn't

⊖ ⇧ 9 ⇩    ○ Reply    ⇗ Share    ⋯

**slorinda** • 19h ago

allegedly

⇧ 10 ⇩    ○ Reply    ⇗ Share    ⋯

**NumerousChallenge300** • 19h ago
*fallen fan with a cute cat*

him starting the story with not one. but TWO nasty coughs.

⇧ 17 ⇩    ○ Reply    ⇗ Share    ⋯

**royalbooboo** • 19h ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

⇧ 9 ⇩    ○ Reply    ⇗ Share    ⋯

**DaBow** • 19h ago

God he is such a fucking idiot. It's literally your job to get this right.

⇧ 27 ⇩    ○ Reply    ⇗ Share    ⋯

**folkwitches** • 19h ago

The nuke is postponed to tomorrow.

⇧ 9 ⇩    ○ Reply    ⇗ Share    ⋯

**misobutter3** • 19h ago

r/Central_Committee

⇧ 4 ⇩    ○ Reply    ⇗ Share    ⋯

**JeffBenzos** • 19h ago
*#1 Kaya Stan*

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

⊖ ⇧ 47 ⇩    ○ Reply    ⇗ Share    ⋯

**Dawndolly** • 19h ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy

⇧ 11 ⇩    ○ Reply    ⇗ Share    ⋯

**Seymour--ass** • 19h ago
*a habitually sullen person*

Skip to main content

+ Create

**Separate_Ebb5076** • 19h ago

Well then Frogan is giving him WAY too many IQ points (and that's really nice of her all things considered)

⬆ 10 ⬇   💬 Reply   ⇪ Share   •••

**honeyncinnamon** • 19h ago
debate Sam Seder

I just had this thought!

⬆ 11 ⬇   💬 Reply   ⇪ Share   •••

**Any_Bee_5918** • 19h ago
Palestinian Compilation Queen PS   🏆 Top 1% Poster

I think the same. But it's not gonna work lmfao

⊖ 13 ⬇   💬 Reply   ⇪ Share   •••

**Seymour--ass** • 19h ago
a habitually sullen person

Yeah, the longer he waits, the more people will be online lol

⬆ 2 ⬇   💬 Reply   ⇪ Share   •••

**Any_Bee_5918** • 19h ago
Palestinian Compilation Queen PS   🏆 Top 1% Poster

What a weasely little liar dude!

⬆ 27 ⬇   💬 Reply   ⇪ Share   •••

**Separate_Ebb5076** • 19h ago

I just saw his insta
not TODAY
This is 100% the funniest thing he has done in YEARS

⊖ 59 ⬇   💬 Reply   ⇪ Share   •••

**chloe-et-al** • 19h ago
••••••••••••••••••   🏆 Top 1% Poster

he fr hates his fans he's always getting their hopes up or fucking them over, today it was skipping the members stream to upload this vid and then the vid didn't even drop LMFAOOOOOOOOOO like bffr

⊖ 15 ⬇   💬 Reply   ⇪ Share   •••

**Separate_Ebb5076** • 19h ago

I feel so evil because I really really find this funny

⬆ 8 ⬇   💬 Reply   ⇪ Share   •••

**MagnumOpossumus** • 19h ago
friend ,

Tinfoil hat: I think this is so live streamers don't have time to set up streams before it comes out like tonight and will have to scramble it go live and react to it.

⊖ 41 ⬇   💬 Reply   ⇪ Share   •••

**Dawndolly** • 19h ago

Has to be what's going on, bc yesterday he said he was going to do a huge YouTube premier for the launch of it. Like what Ethan? The one frame being left in today, changed that video release plan lmao

⬆ 4 ⬇   💬 Reply   ⇪ Share   •••

**SlimTimDoWork** • 19h ago

    

Skip to main content

+ Create

**PianoTeach88** · 19h ago
Keemstar is Ethan's lost brother

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

⬆ 30 ⬇    💬 Reply    ↗ Share    ⋯

**Independent_End7118** · 19h ago · Edited 19h ago
communism equals no croutons    🎙 Top 1% Commenter

ethan posted on his story. it will not be uploaded today lol

⬆ 45 ⬇    💬 Reply    ↗ Share    ⋯

> **RemarkableRhubarb933** · 19h ago
> fallen fan with a cute cat
>
> he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing
>
> ⬆ 12 ⬇    💬 Reply    ↗ Share    ⋯

**penny_pens** · 19h ago

Not coming out today, forgot to remove one frame and has to submit tomorrow    .

⬆ 42 ⬇    💬 Reply    ↗ Share    ⋯

> **Gooey_Goon** · 19h ago
>
> Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.
>
> ⬆ 10 ⬇    💬 Reply    ↗ Share    ⋯

> **LaberalDimocrat** · 19h ago
>
> He said one frame wasn't blurred? I wonder what the fuck he's uploading that needs to be that heavily censored
>
> ⬆ 27 ⬇    💬 Reply    ↗ Share    ⋯

> > **skittlesthepro** · 19h ago
> >
> > I bet it's that fake gun that Hasan sometimes has on stream/ Fear&. He's gonna claim he's "promoting violence" or something silly
> >
> > ⬆ 3 ⬇    💬 Reply    ↗ Share    ⋯

**Seymour--ass** · 19h ago
a habitually sullen person

Okay that's it lmao it's a BAIT

⬆ 33 ⬇    💬 Reply    ↗ Share    ⋯

> **Seymour--ass** · 19h ago
> a habitually sullen person
>
> Even Morgan is saying you can get rid of one frame in the youtube editor
>
> ⬆ 17 ⬇    💬 Reply    ↗ Share    ⋯

> > **penny_pens** · 19h ago
> >
> > Maybe he doesn't know that? Because he hasn't made a video in 4 years.
> >
> > ⬆ 13 ⬇    💬 Reply    ↗ Share    ⋯

**boobiewatcher69420** · 19h ago
he's a ham sandwich

eel pit, it's not happening

Skip to main content

Create

**Pitiful-Fennel-3702** · 19h ago



GIF

⬆ 26 ⬇    💬 Reply    ↗ Share    ⋯

**pedropedro1** · 19h ago

Stand by guys Ethan is watching Hasan get his eyebrows done

⊖ ⬆ 52 ⬇    💬 Reply    ↗ Share    ⋯

**Disastrous-Pack1641** · 11h ago
H3hab

Me too tbf

⬆ 3 ⬇    💬 Reply    ↗ Share    ⋯

**PianoTeach88** · 19h ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

⬆ 53 ⬇    💬 Reply    ↗ Share    ⋯

**MagnumOpossumus** · 19h ago
friend ,

Ethan posted on IG it's not coming out needs to be reedited

⬆ 27 ⬇    💬 Reply    ↗ Share    ⋯

**arongadark** · 19h ago

Delayed til the morning. Womp womp

⬆ 20 ⬇    💬 Reply    ↗ Share    ⋯

**Aggravating-Unit37** · 19h ago

Is anyone live yet?

⬆ 8 ⬇    💬 Reply    ↗ Share    ⋯

**saz2022** · 19h ago

He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow." Trolll

⊖ ⬆ 27 ⬇    💬 Reply    ↗ Share    ⋯

**saz2022** · 19h ago

Told ya

Skip to main content

You were right, check his insta story.

⬆ 5 ⬇   ▢ Reply   ↗ Share   ···

**yyeetstreeet** · 19h ago

This shit is not coming out soon bro

⬆ 22 ⬇   ▢ Reply   ↗ Share   ···

**oddlylikable** · 19h ago
lalalalala i cant hear you

It's like the Y2K scare or when people thought that the world was going to end because of some quantum physics experiments at CERN.

⬆ 22 ⬇   ▢ Reply   ↗ Share   ···

**watching_sisyphus** · 19h ago

always late

⬆ 18 ⬇   ▢ Reply   ↗ Share   ···

**RockyK96** · 19h ago
leaving the cult behiiiind

will this be posted on h3 productions yt or the podcast page?

⊖ ⬆ 11 ⬇   ▢ Reply   ↗ Share   ···

**LaberalDimocrat** · 19h ago

99.9% sure it will be on the original H3H3 account, not the podcast one. It has the biggest audience, probably a lot of normies still, who haven't seen him crashing out for months

⬆ 12 ⬇   ▢ Reply   ↗ Share   ···

**boobiewatcher69420** · 19h ago
he's a ham sandwich



⬆ 46 ⬇   ▢ Reply   ↗ Share   ···

**crassreductionist** · 19h ago

tick tock h3 late again

⊖ ⬆ 40 ⬇   ▢ Reply   ↗ Share   ···

**sketchdrift** · 19h ago



⤒ 7 ⤓  💬 Reply  ↪ Share  ⋯

**strumdogg** • 20h ago • Edited 20h ago
`Hasan's Voice Trainer`

Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.

Ethan is in the corner, texting hila about a video export while 20,000 humans watch.

⤒ 58 ⤓  💬 Reply  ↪ Share  ⋯

⊕ 1 more reply

Exhibit H



Case 2:25-cv-03256-BQ    Document 1-7    Filed 06/24/25    Page 117 of 548    Page ID #:109

He's trying to do the old school h3h3 commentary way past his prime. He looks and sounds like a husk of himself. This is actually so cringe I can't watch

94    Reply    Share    ...

**Jessica_genericuser** · 10m ago
Hamas would kill me on the spot

God he talks like he's trying not to wake the kids

Vote    Reply    Share    ...

**Law-n-order-** · 10m ago

Truly so hard to watch

12    Reply    Share    ...

**Capable-Push-7236** · 7m ago

Yes this is exactly how i feel watching it on denims stream rn. Its so fucking cringe

Vote    Reply    Share    ...

1 more reply

**Extreme_Fox6658** · 11m ago

Ethan saying Hasan "presents himself as a left leaning democrat" is FUCKING INSANE

95    Reply    Share    ...

**dblspider1216** · 9m ago
ethan's underpaid and overworked attorneys

I audibly yelled in my office

Vote    Reply    Share    ...

**Neither_Wall_9907** · 9m ago
finally fallen    Top 1% Commenter

WHAT

Vote    Reply    Share    ...

1 more reply

**there_is_always_more** · 3m ago
in a nature setting, to be conquered

Honestly this alone should let people know how out of his depth Ethan is with anything related to politics & history

Vote    Reply    Share    ...

**tm1822** · 11m ago

Ethan genuinely thinks people fear communism like it's the 1950s

84    Reply    Share    ...

**tm1822** · 10m ago

OH MY GOD... this is going to show how badly informed he is on politics omg no wonder Dan hated it.

48    Reply    Share    ...

**tm1822** · 9m ago

Oh guys, this is bad. Like I thought it was going to be bad, but this is genuinely laughable and embarrassing.

Vote    Reply    Share    ...

Skip to main content

Create

bad faith

↑ Vote ↓   💬 Reply   ↗ Share   ...

⊕ 2 more replies

⊕ 1 more reply

**jesuisunaltre** • 6m ago

It's hilarious. He's made a McCarthy take down video of a leftist in 2025.

↑ Vote ↓   💬 Reply   ↗ Share   ...

**stevedoz** • 13m ago

The nuke alerted me that I was still subscribed to the h3h3productions channel. They have so many forgotten subs on there.

⊖ ↑ 67 ↓   💬 Reply   ↗ Share   ...

**h3snarkmodteam** OP • 12m ago

QuietFairy Stan   🏅 Top 1% Commenter

subscriber nuke!

↑ 46 ↓   💬 Reply   ↗ Share   ...

⊕ 3 more replies

**dinergirl365** • 11m ago

Hater Ass Bitch

He's doing red scare stuff please

⊖ ↑ 50 ↓   💬 Reply   ↗ Share   ...

**kingbugdust** • 9m ago

No this is so silly were about to be hit with an hour & 40 minutes of Regan Era moralizing

↑ Vote ↓   💬 Reply   ↗ Share   ...

**Extreme_Fox6658** • 12m ago

I'm watching along with Denims....this shit is already so cringeworthy. And right on the heels of another transphobic Ethan rant? Incredible.

⊖ ↑ 101 ↓   💬 Reply   ↗ Share   ...

**BaronBatchlerX** • 11m ago



Denims Watch Party!

⊖ ↑ 22 ↓   💬 Reply   ↗ Share   ...

**ErinysFuriae** • 7m ago

Dan thinking he's the smartest person in the room 💀

Case 2:25-cv-03055-BRK  Document 1-3  Filed 04/04/25  Page 5 of 754 Page ID #:111



**Skip to main content**

**+ Create**

**ME TOO** GIF

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**Gooey_Goon** • 4m ago

Literally within the same hour of him screaming at a female employee till she left just because she pointed out he MIGHT be using the wrong pronouns

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**crushingonhollyshort** • 7m ago

Watching on denims' stream rn too!!!

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**Lintopher** • 4m ago

I didn't watch the pod, what was the rant?

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**Seymour--ass** • 11m ago
🏷️ a habitually sullen person 😅

fact check: hasan has never called himself a left leaning democrat LOL

⇧ 48 ⇩   💬 Reply   ↪ Share   ⋯

**flownintothesyn** • 12m ago

This shit is so cringe I cant.

⇧ 39 ⇩   💬 Reply   ↪ Share   ⋯

**yomeniester** • 8m ago • Edited 7m ago

Lies Counter: 2

- Hasan never introduced himself as a Social Democrat
- Hasan never said reeducation camps

⊖  ⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**Seymour--ass** • 7m ago
🏷️ a habitually sullen person 😅

please keep this updated lol this is sad

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

⊕ 2 more replies

**PearlUnicorn** • 6m ago
🏷️ that moron ethan klein   🏅 Top 1% Commenter

Accusing Hasan of this when our president and our potentially next HHS leader have actually made these kinds of statements is bizarre.

⇧ Vote ⇩   💬 Reply   ↪ Share   ⋯

**MobileOk2676** • 2m ago

Skip to main content

**+ Create**

---

⬆ Vote ⬇   ○ Reply   ↗ Share   ···

**Confusionitus** · 11m ago

I'm 2 mins in and my jaw is on the floor. This is what we waited for? This is fucking embarassing

⬆ 34 ⬇   ○ Reply   ↗ Share   ···

**More-Tea-2904** · 11m ago

oh this is a legitimate narcissistic meltdown ... he is trying SO hard to spin the narrative i dont know what i was expecting

⬆ 32 ⬇   ○ Reply   ↗ Share   ···

**foodiefrankie** · 12m ago

the manufactured charisma editing is killing me

⬆ 27 ⬇   ○ Reply   ↗ Share   ···

**Ok-Pianist9407** · 11m ago
🏷 Top 1% Commenter

I'm watching along with denims. It's so stiff and cringe with 2012 "quality" style edits. The content thus far is anti communist bullshit too, that's the angle he's going

⬆ 27 ⬇   ○ Reply   ↗ Share   ···

⊕ 1 more reply

**CowsAreCurious** · 10m ago
ethan's a grifter

Why does he keep saying that Hasan is a social democrat? Hasan never presented himself that way.

"reeducation camps" good lord this whole thing is gonna be done in bad faith. Gonna be a long 2 hours.

⬆ Vote ⬇   ○ Reply   ↗ Share   ···

⊕ 4 more replies

**Emergency_Night_145** · 11m ago

the oppenheimer clip right into the unironic 'patriotism' montage...instant KO. i might be out

⬆ 23 ⬇   ○ Reply   ↗ Share   ···

⊕ 1 more reply

**Particular_Willow234** · 9m ago
I'm objectively right 🤓

im with denims rn, who you watching?

⬆ Vote ⬇   ○ Reply   ↗ Share   ···

⊕ 4 more replies

**TheCartTitan** · 7m ago

Is he seriously trying to assassinate a former friend's character with a red scare video with a pro-American slant? Ain't no fucking way bro

⬆ Vote ⬇   ○ Reply   ↗ Share   ···

Skip to main content

+ Create

---

⊖  ↑ Vote ↓   💬 Reply   ↗ Share   ···

**PearlUnicorn** · 5m ago
`that moron ethan klein`   🏅 Top 1% Commenter

I think it was North Star Radio?

↑ Vote ↓   💬 Reply   ↗ Share   ···

**TheCartTitan** · 4m ago

We've been saying it lol it was so obvious

↑ Vote ↓   💬 Reply   ↗ Share   ···

**linalbm** · 12m ago

Already cringing

↑ 17 ↓   💬 Reply   ↗ Share   ···

**tm1822** · 7m ago

The timing of Ethan harping on Hasan's politics while Hasan plans on going to the Japan's Communist Party HQ lol.

↑ Vote ↓   💬 Reply   ↗ Share   ···

**Lintopher** · 10m ago

Hahaha he literally is throwing the America Deserved 9/11 in the opening scenes... what a disingenuous piece of shit.

↑ Vote ↓   💬 Reply   ↗ Share   ···

**frogkisses-** · 9m ago

1 minute in I got a bingo on my content nuke bingo card

↑ Vote ↓   💬 Reply   ↗ Share   ···

**Toejamatheltesfoot** · 7m ago

THE COMMUNISTS ARE COMING!! Really, he's doing this?

↑ Vote ↓   💬 Reply   ↗ Share   ···

**srfolk** · 9m ago

Politically illiterate

↑ Vote ↓   💬 Reply   ↗ Share   ···

**KliffM** · 7m ago

Wait, is this red scare propaganda? Omg lmao this is hilarious!

↑ Vote ↓   💬 Reply   ↗ Share   ···

**aprilorwhatever** · 9m ago

Alright this is so ridiculous can't even watch the streamers' reactions to it cause it's just too stupid so bye

↑ Vote ↓   💬 Reply   ↗ Share   ···

Skip to main content

Create

Mr. "is that the gay one" himself who doesn't know what Roe v. Wade is....fucking incredible. Speak more on socialism, king!

⇧ Vote ⇩    Reply    Share    ···

**GoodJoeBR2049** · 8m ago
h3 fan's undeveloped frontal cortex

funny to make a video warning of "communism" when the US is alarmingly becoming fascist

⊖    ⇧ Vote ⇩    Reply    Share    ···

**MobileOk2676** · 1m ago

This man spent months making a red scare era propaganda piece about a Twitch streamer while actual fascists take over the entire government

⇧ Vote ⇩    Reply    Share    ···

**Ok-Pianist9407** · 8m ago
Top 1% Commenter

I REALLY hope Hasan doesn't react to this

⇧ Vote ⇩    Reply    Share    ···

**Capable-Push-7236** · 8m ago

BRO THIS IS SO CRINGE, this is his big nuke?

⇧ Vote ⇩    Reply    Share    ···

**lionswolf** · 7m ago
"Hasan's    must taste pretty good" 😂

he is so politically illiterate helppppppppp

⇧ Vote ⇩    Reply    Share    ···

**Prestigious-Menu-966** · 6m ago

ITS SO BAD he sounds like he was researching his old vids to try to recreate that style but it's so stiff and awkward LMAO it def is hilarious tho, if Ethan is the joke

⇧ Vote ⇩    Reply    Share    ···

**Confusionitus** · 6m ago

Ethan wants to say that Hasan is denying genocide but Ethan still calls what's happening in gaza a "war"

⇧ Vote ⇩    Reply    Share    ···

**Lintopher** · 8m ago

Opening scenes having "communism bad guys" like a propagandist of the 80s.

⇧ Vote ⇩    Reply    Share    ···

**Ok-Pianist9407** · 4m ago
Top 1% Commenter

Oh god it's so boring. Just clips of leftovers

⇧ Vote ⇩    Reply    Share    ···

Skip to main content

+ Create

**coastdawgent** · 3m ago

This man misunderstood the difference between progressive democrats and leftists / anti-capitalists and has made it everyone's problem for 2 years.

His INTRO is that he perceived Hasan as a "left-leaning Democrat"?????

⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**Seymour--ass** · 9m ago
a habitually sullen person 😑

bro is this a joke?? lol

⊖  ⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**Seymour--ass** · 9m ago
a habitually sullen person 😑

like denims said this is giving high school project

⊖  ⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**dblspider1216** · 1m ago
💀 ethan's underpaid and overworked attorneys

spot-on accurate

⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**chipyip** · 9m ago

Such disingenuous bullshit lmao anyone who takes this seriously is a brainlet.

Ethan is so dumb it's unbearable.

⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**Seymour--ass** · 8m ago
a habitually sullen person 😑

fact check: clipping hasan out of context on crimea lol

⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**PearlUnicorn** · 5m ago
that moron ethan klein   🏆 Top 1% Commenter

I'm not on the actual video, are comments still on?

⇧ Vote ⇩   💬 Reply   ↱ Share   ⋯

**BallDontLieEB** · 10m ago

This is worse than I thought it would be. Holy shit

⇧ 14 ⇩   💬 Reply   ↱ Share   ⋯

**foodiefrankie** · 11m ago

also i feel like an 8 year old with the way i cannot pay attention to this video's pacing lmfao

⇧ 7 ⇩   💬 Reply   ↱ Share   ⋯

Skip to main content                                                                    + Create

**More-Tea-2904** · 9m ago

i didn't know we'd end up catching a glimpse into ethan's mind this is too much

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**Remember-Earths-Past** · 9m ago
"Hasan's    must taste pretty good" 🐍

Lmfao this is just straight fellating America

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**rickynewthings** · 7m ago

ITS giving high school project.

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**Law-n-order-** · 6m ago

Is he going to talk like this for the entire video? Literally unwatchable

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**More-Tea-2904** · 5m ago

why is he acting like the viewers will have 0 context ??? as if any progressive person will see this and take the h3 pill? who is this made for...

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

   ⊕ 1 more reply

**BedroomPristine1611** · 4m ago

this is like mccarthy era shit

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**Seymour--ass** · 4m ago
a habitually sullen person 😒

bro ethan is the target audience for shen yun!!

⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**honeyncinnamon** · 3m ago
debate Sam Seder

Denims is so right, the editing is giving high school YouTube presentation. And all the gotchas so far are not being backed up at all, it's just
clips of Hasan saying things out of context and no historical background

⊖   ⬆ Vote ⬇        💬 Reply        ↗ Share        ···

   **honeyncinnamon** · 3m ago
   debate Sam Seder

   I can't stress how much i hate his editing style. It was funny in 2016 but now it's so amateur and annoying

      ⬆ Vote ⬇        💬 Reply        ↗ Share        ···

**kingbugdust** · 3m ago

I dont know how to explain it but this is actually making me sad for ethan... im having genuine second hand embarrassment so severely
that its making me feel sad that he's at this place mentally & has no one around him to say maybe dont post this?

Skip to main content

+ Create

same, a part of me feels kind of let down, i feel like up until this point i had a sliver of hope for him to get better but seeing this im realising it's far too late

⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

**BibliophileMafia** • 3m ago • Edited 1m ago

You know, Ethan is so deranged in this video, I really think Hasan needs to get a restraining order against Ethan for his own safety at this point.

⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

**Extreme_Fox6658** • 3m ago

HE DOESN'T EVEN KNOW HOW TO PRONOUNCE UYGHUR!!!!! AHHHHHHHH

⊖   ⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

> **Unequivocally_Maybe** • 3m ago
> 🚌 Top 1% Commenter
>
> Wee-gur
>
> ⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

> **No-Lynx8771** • 3m ago
> h3's islamaphobia Olympics    🚌 Top 1% Commenter
>
> To be fair he can't pronounce his wife's name either
>
> ⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

> **Extreme_Fox6658** • 2m ago
>
> Dude. Fucking insane how stupid this man is. And he calls himself a "political commentator?" ?!?!?!
>
> I feel like I'm losing my mind. There's no way he spent months on this and didn't even double-check how to pronounce Uyghur.
>
> Mr. "is Roe v. Wade the gay one" strikes again.
>
> ⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

**ShamChowder** • 2m ago

Yooo, Hasan is the Alex Jones of the Left!!!

Let's gooooo!!! We're back in 2021!!!

⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

**Ok-Pianist9407** • 2m ago
🚌 Top 1% Commenter

China BAD

⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯

**Few_Presence_946** • 1m ago

He is pointing to hasan saying stuff that he dont agree but don't have the knowledge to counter and saying: SEEEEEEEE?????? HE IS A COMMIE.

wow. so brave.

⬆ Vote ⬇    ◯ Reply    ⇗ Share    ⋯



Skip to main content

**candycorneater** · 11m ago

here we go again

⬆ 6 ⬇   💬 Reply   ↗ Share   ···

**littlelemonpig** · 11m ago

It's already managed to give me a concussion wtf

⬆ 6 ⬇   💬 Reply   ↗ Share   ···

**lavieenbleuciel** · 11m ago

WHAT IS GOING ON WHAT AM I WATCHING

⬆ 6 ⬇   💬 Reply   ↗ Share   ···

**Dreamgus** · 9m ago

This is so bad already.

⬆ Vote ⬇   💬 Reply   ↗ Share   ···

**deersie** · 8m ago
🟪 I am Snarkacus!

Re-education CAMPS??! WHAT?!

⊖ ⬆ Vote ⬇   💬 Reply   ↗ Share   ···

> **PearlUnicorn** · 9m ago
> 🟪 that moron ethan klein   💬 Top 1% Commenter
>
> Extrapolation so hard!
>
> ⊖ ⬆ Vote ⬇   💬 Reply   ↗ Share   ···
>
> > **deersie** · 9m ago
> > 🟪 I am Snarkacus!
> >
> > So bad faith right?? What the fuck
> >
> > ⬆ Vote ⬇   💬 Reply   ↗ Share   ···

**kingbugdust** · 7m ago

Ethan in his Regan Era

⬆ Vote ⬇   💬 Reply   ↗ Share   ···

**chickems** · 7m ago
🔵 We love our mods, don't we folks

dying of cringe, help

⬆ Vote ⬇   💬 Reply   ↗ Share   ···

**Ok-Pianist9407** · 7m ago · Edited 6m ago
💬 Top 1% Commenter

Ethan literally chopped up clips of the footage of Hasan, so he could have clipped that to any context. And nothing he's presented of what Hasan's said is even wrong unless you think anything that's leftist is inherently evil/anti American

⬆ Vote ⬇   💬 Reply   ↗ Share   ···

⊕ 1 more reply

Skip to main content

+ Create

I already tapped out of Frogan's stream bc it's too cringe lmao this is what he worked so hard on

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**deersie** · 4m ago
I am Snarkacus!

I'm with Frogan and we're only 7 minutes in... this is legit torturous this can't be all it is for 1:45 LOL

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**Popular_Pea_3953** · 3m ago

so Ethan now cares about muslims / uyghurs? Wish he felt this way about palestinians as well.

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**dblspider1216** · 3m ago
ethan's underpaid and overworked attorneys

he has pronounced "uyghur" 5 different ways in the past 2 minutes. no exaggeration.

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**Capable-Push-7236** · 2m ago

I can't believe he missed taking care of & hanging out with his children for this cringe ass video

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**8three8three** · 2m ago

this is so crazy that i'm waiting for him to say just kidding at some point and switch to his real points

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

⊕ 1 more reply

**murdermuffin666** · 1m ago

this video is gonna be so goddamn boring if this is what he's kicking off with

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**Seymour--ass** · 10m ago
a habitually sullen person 😒

this is so so bad

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**PearlUnicorn** · 9m ago
that moron ethan klein    🏆 Top 1% Commenter

Ethan's acting is so stilted.

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

**No-Lynx8771** · 5m ago
h3's islamaphobia Olympics    🏆 Top 1% Commenter

Shen yun mentioned!! Lmao

⬆ Vote ⬇    ◯ Reply    ⇄ Share    ⋯

Skip to main content

+ Create

---

↑ Vote ↓    ○ Reply    ↗ Share    •••

**CowsAreCurious** • 2m ago
`ethan's a grifter`

Kind of hilarious him bringing up the Chinese Uyghurs as if he ever cared about Muslims. Does he only care about Muslims when they aren't Arab?

↑ Vote ↓    ○ Reply    ↗ Share    •••

**slimebot_** • 2m ago

I lowkey feel bad bc of how hard he thought he was cooking with this...this is borderline unwatchable for anyone involved in either of these communities, i can't even imagine an average viewer watching this for more than like 5 minutes and he made almost 2 hours of content lmao

↑ Vote ↓    ○ Reply    ↗ Share    •••

**Maleficent-Crow-5** • 9m ago

I hope you guys aren't busy giving him views

⊖    ↑ Vote ↓    ○ Reply    ↗ Share    •••

**Seymour--ass** • 8m ago
`a habitually sullen person 😑`

watching via Denims' stream!

↑ Vote ↓    ○ Reply    ↗ Share    •••

⊕ 4 more replies

**Any_Bee_5918** • 2m ago
`Palestinian Compilation Queen 👑s`   🏆 Top 1% Poster

This is very unrelated and unnecessary but I don't like how there's no like- sounds lol. I feel like i expect some kind of dark ominous music when it comes to "expose" videos like this, but it's literally just us listening to him rant in his basement

⊖    ↑ Vote ↓    ○ Reply    ↗ Share    •••

**More-Tea-2904** • 1m ago

it makes it so much more unhinged i swear

↑ Vote ↓    ○ Reply    ↗ Share    •••

**interactivecdrom** • 2m ago

i scrubbed through and this whole thing is boring. he also body shamed mike from PA which is just really gross and lame.

↑ Vote ↓    ○ Reply    ↗ Share    •••

⊕ 1 more reply

**jbouf** • 1m ago

Im listening to denims and it's sounding like he got his research from the US state department and they gave him $50 to do some propaganda for them. Anyone above high school age with knowledge of any basic world history and politics is going to demolish this clown after this video and we're barely in

↑ Vote ↓    ○ Reply    ↗ Share    •••

  Skip to main content

   + Create



↑ Vote ↓    ○ Reply    ↗ Share    ⋯

**AcidTripped** • 11m ago



↑ 4 ↓    ○ Reply    ↗ Share    ⋯

**EclipseTemplarX** • 7m ago • Edited 3m ago

Is this video supposed to be a red scare type of take down because holy shit this is cringe so far

↑ Vote ↓    ○ Reply    ↗ Share    ⋯

**Seymour--ass** • 4m ago
a habitually sullen person 👱

this man is a professional broadcaster ladies gents and enbies

↑ Vote ↓    ○ Reply    ↗ Share    ⋯

**darkmeowl25** • 2m ago

Is it antisemitic to call someone Jewish a racist if they are being racist?

↑ Vote ↓    ○ Reply    ↗ Share    ⋯

**hallucinogender0g** • 12m ago

LETS GOOOO

↑ 3 ↓    ○ Reply    ↗ Share    ⋯

⊕ [deleted] • 8m ago

**blueberii** • 6m ago
🐶 Ethan's dogs eating cables and wires 🐱

switching between frogan and denims streams

↑ Vote ↓    ○ Reply    ↗ Share    ⋯

Skip to main content                                                    ➕ Create

---

ramblings.

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**Jasjazjas** • 2m ago

Oh this truly is real garbage so far lmao

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**dblspider1216** • 12m ago
ethan's underpaid and overworked attorneys

"he presents himself like me - a left-leaning democrat." lol NO THE FUCK HE DOESNT. oh my god.

⬆ 2 ⬇    💬 Reply    ↪ Share    •••

**lexiseok** • 9m ago

oh noooooo he's gonna call hasan a communist the whole time oh nooooo

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**Capable-Reputation-3** • 8m ago • Edited 1m ago

Welp, I've joined this snark lol, I'm triggered by all the calling this a nuke on Hasan considering what's going on in the world towards
Palestine/Muslims...maybe I'm sensitive, maybe it's cause aunt flow is in town. Idk, but I'm really triggered by this

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**AutoModerator** MOD • 16m ago • 🔒

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy

Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit

operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other

legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation,

and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

⬆ 1 ⬇    ↪ Share    •••

**Rodden** • 10m ago

the ramblings of a madman

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

like I predicted - it has the political sophistication of an 8th grade book report.

⬆ Vote ⬇    💬 Reply    ↪ Share    •••

**BaronBatchlerX** • 8m ago



# Exhibit I



Skip to main content

 r/h3snark ✕  Search in r/h3snark

💬  ＋ Create  🔔

**r/h3snark** • 1 hr. ago
h3snarkmodteam  QuietFairy Stan  🏆 Top 1% Commenter

📌 •••

**DENIMS is LIVE reacting now to today's H3 podcast episode and the "content nuke" video Ethan is publishing in about an hour**



twitch.tv

Open

⬆ 158 ⬇   💬 19   ↗ Share

Skip to main content

+ Create

Can you relate to the feeling of swimming upstream at work? Oh, the struggle is real. That's why Took+ customers choose to use monday.com as their work management platform so they can efficiently manage all their work. Try it now!

Sign Up

monday.com

**180k** monday.com

Add a comment

Sort by: Best ⌄    🔍 Search Comments

**h3snarkmodteam** MOD • 1h ago • 📌 Stickied comment
`QuietFairy Stan`   `🍞 Top 1% Commenter`

If you are not a fan of DENIMS, please check out these other creators:

- **Frogan (Twitch)** | **Link** *(Confirmed, will be streaming when it drops)*
- **SeanDaBlack (Twitch)** | **Link** *(Confirmed, will be streaming when it drops)*
- **North Star Radio/Comrade Casey (Twitch)** | **Link** *(Confirmed, will be streaming as soon as he can)*
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

⊖  ⬆ Vote ⬇   💬 Reply   ↗ Share   ⋯

> **asteroidorion** • 1h ago
> `it's a bit! 🖤`
>
> Mike from PA is covering the Destiny nuke right now as lead-in
>
> ⬆ 6 ⬇   💬 Reply   ↗ Share   ⋯

> **Capital_Disk_2671** • 21m ago
> 🍞 Top 1% Commenter
>
> thank you for this. NSR or SDB and maybe DNW are the best choices imho. love Has but i've never rly rocked with the Hasan orbiters, maybe Frogan sometimes but otherwise nein bitte
>
> ⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**regularnotsmartguy** • 21m ago • Edited 14m ago
`Ethan's "debate skills" 🧠`

wow I haven't watched in forever and I tuned in here for like 3 minutes and he's misgendered someone like 100 times, yelled at Olivia, and then went on a crazy rant about how he and Hila know better than trans people

Edit: then he told Olivia he didn't yell at her, asked her to say her piece, immediately cut her off, then buttoned

⊖  ⬆ 42 ⬇   💬 Reply   ↗ Share   ⋯

> **queermichigan** • 20m ago
>
> Vile vile vile god he's awful
>
> ⬆ 16 ⬇   💬 Reply   ↗ Share   ⋯

> **Ziodynes** • 20m ago
>
> this is insane he just said he didnt yell at Olivia and he DID!!!!

Skip to main content

+ Create

2

**crassreductionist** · 1h ago

How do people watch this podcast, it's so boring... I'll just tune in at 1:30

⤴ 28 ⤵    💬 Reply    ↗ Share    ···

**queermichigan** · 21m ago

Ethan turned the transphobia to max today while thinking he's the savior of the community and has the answers we need lmfaooo

⤴ 7 ⤵    💬 Reply    ↗ Share    ···

**JeffBenzos** · 21m ago
#1 Kaya Stan

We love denims don't we folks ?

⤴ 5 ⤵    💬 Reply    ↗ Share    ···

**ErinysFuriae** · 13m ago
Dan thinking he's the smartest person in the room 🤓



Lfg

⤴ 4 ⤵    💬 Reply    ↗ Share    ···

**_Cerca_Trova_** · 11m ago
The Kleins didn't pass the vibe check

Watching her!

⤴ 4 ⤵    💬 Reply    ↗ Share    ···

**BeyondReason666** · 1h ago

Denims FTW!

⤴ 13 ⤵    💬 Reply    ↗ Share    ···

**Dustytehcat** · 34m ago
shredder's shredded cheese 🧀

I love her. I'm tuning in to her stream right now.

Watch this be some stupid ass joke. Some stupid Rick roll shit like haha ok dude..

⤴ 7 ⤵    💬 Reply    ↗ Share    ···

**Then-Champion7124** · 15m ago

Well, it's 1:40

⤴ 3 ⤵    💬 Reply    ↗ Share    ···



     + Create

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please <u>contact the moderators of this subreddit</u> if you have any questions or concerns.*

 0   ⇗ Share   ···

Exhibit 2

1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   Leah Rosa Vulic (Bar No. 343520)
3  548 Market St. #85399
   San Francisco, CA 94104
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@kr.law
   jeff@kr.law
6  leah@kr.law
7
   Attorneys for Movants/Defendants Does
8

9              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11 **IN RE. SUBPOENAS TO REDDIT, INC.**      Case No. 3:25-mc-80296
   **AND DISCORD, INC.**
12                                           (Case No. 2:25-cv-05564-WLH-PD, Pending
                                             in Central District of California)
13

14
                                             **EXHIBIT 2 TO DECLARATION OF**
15                                           **LEAH ROSA VULIĆ IN SUPPORT OF**
                                             **MOTION TO QUASH**
16

17

18

19

20

21

22

23

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

**MANUAL FILING NOTIFICATION**

Regarding: **Exhibits D, E, F, J, K, and L to Exhibit 1; 20-22; and 24-44** to the Declaration of Leah Rosa Vulić in Support of Movants/Defendants Does' Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The following Exhibits were not e-filed because they are video files on a USB flash drive, not able to be filed through the ECF system:

| Exhibit Nos. | Description |
|---|---|
| Ex. D to Ex. 1 | Ex. D – Content Nuke – Hasan Piker (Deposit Copy) |
| Ex. E to Ex. 1 | Ex. E – Content Nuke – Hasan Piker (Broadcast Version) |
| Ex. F to Ex. 1 | Ex. F – Countdown to Doomsday – H3 Show #104 |
| Ex. J to Ex. 1 | Ex. J - Denims Group Viewing Session of The Nuke Part 1 |
| Ex. K to Ex. 1 | Ex. K - Denims Group Viewing Session of The Nuke Part 2 |
| Ex. L to Ex. 1 | Ex. L – Clip from Denims' February 1, 2025 Stream |
| Ex. 20 | "I'm Suing These Three Creators" published on the h3h3productions channel on June 19, 2025, located at: https://www.youtube.com/watch?v=3yAiuEyJF-I |
| 21 | Segment from an H3 Podcast YouTube livestream titled "H3 Podcast Crew Intervention – H3 Show #112" published on February 19, 2025, located at: https://www.youtube.com/live/s7ZloL0x4G4?feature=shared&t=11022 [3:03:42 - 3:33:03] |
| 22 | Segment of an H3 Podcast YouTube livestream titled "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176" published on August 6, 2025, located at: https://www.youtube.com/live/tI8fGcsyfL8?feature=shared&t=7093 [at 1:58:10 - 2:17:42] |
| 24 | Segment of an H3 Podcast YouTube livestream titled "I Hired a Rabbi To |

| | |
|---|---|
| | Destroy My Yeezys – H3 Show #116" located at: https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51–0:38:18] |
| 25 | Segment of a YouTube video titled "DEBATING ETHAN KLEIN" published on the HasanAbi channel on May 3, 2025, located at: https://youtu.be/ih2ZvBxZWig?si=yakdsrY8Z4jXKn-T&t=9567 [2:39:27–2:46:00] |
| 26 | Segment of an H3 Podcast YouTube livestream titled "My Life Is Falling Apart – Addressing The Controversy – I Shouldn't Say This But I Must – H3 Show #102" published on January 24, 2025, located at: https://www.youtube.com/live/3FKZxfBljlw?feature=shared&t=726 [12:06 - 13:38] |
| 27 | "h3h3 Nukes Hasan" published on February 1, 2025, located at: https://www.youtube.com/watch?v=Ja1qRUBc2ko |
| 28 | Segment of an H3 Podcast YouTube livestream titled "Nuclear Fallout – H3 Show #105" published on February 3, 2025, located at: https://www.youtube.com/live/TETOdFWf99M?feature=shared&t=12322 [3:25:21 - 3:31:35] |
| 29 | Segment of an H3 Podcast YouTube livestream titled "We Almost Cancelled Today's Episode – H3 Show #156" published on June 9, 2025, located at: https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572 [1:32:53 - 1:33:29] |
| 30 | Segment of an H3 Podcast YouTube livestream titled "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB – Off The Rails #58" published on January 25, 2023, located at: https://www.youtube.com/watch?v=y19qnDm2tDs&t=634s [10:35–12:07] |
| 31 | "Big big huge announcement massive announcement – After Dark #93" published on January 27, 2023, located at: https://www.youtube.com/live/_-TUf6tyhPI?feature=shared&t=4503 [1:15:03 - 1:15:39] |
| 32 | Segment from a YouTube livestream titled "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement – Off The Rails #101" published on January 24, 2024, located at: https://www.youtube.com/live/hshRIiyFSu0?feature=shared&t=877 [14:37–16:49] |
| 33 | Segment from an H3 Podcast YouTube livestream titled "Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55" published on September 16, 2024, located at: https://www.youtube.com/live/Ch3WcOM4gNs?feature=shared&t=9800 [2:43:20–2:44:04] |

| 34 | Segment from the H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit – H3 Show #165" published on July 11, 2025, located at: https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=12126 [3:22:06–3:24:40] |
| --- | --- |
| 35 | Instagram Story posted by Ethan Klein on June 26, 2025 |
| 36 | Segment from an H3 Podcast YouTube livestream titled "I'm Loving The Reactions To The Lawsuits (Final Episode) – H3 Show #162" streamed live on June 20, 2025, located at: https://www.youtube.com/live/iwwSERCF_Gk?feature=shared&t=6355 [1:45:55–1:46:25] |
| 37 | Segment from an H3 Podcast YouTube livestream titled "I'm Going To War With The Entire Internet – H3 Show #115" published on February 26, 2025, located at: https://www.youtube.com/live/bq4Bq0KXlGE?feature=shared&t=6043 [1:40:43–1:41:07] |
| 38 | Segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=10735 [2:58:55–3:00:05] |
| 39 | Segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=11190 [3:06:30–3:06:50 |
| 40 | Segment of an H3 Podcast YouTube livestream titled "This Beauty TikToker Is Coming After Me – Off The Rails #111" published on April 3, 2024, located at: https://www.youtube.com/live/xIl2dEZnvYQ?si=xFnXvayV8OZzvyx_&t=8255 [2:17:35–2:23:57] |
| 41 | Segment of an H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165" located at: https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=8658 [2:24:18 - 3:02:03] |
| 42 | Segment of an H3 Podcast YouTube livestream titled "I Can't Handle This Anymore – H3 Show #111" published on February 17, 2025, located at: https://www.youtube.com/live/N2W4RJ2tEnY?feature=shared&t=9441 [2:37:21–3:09:48] |
| 43 | "Why I can't support Ethan Klein anymore." published by Ethan's Basement on |

| | |
|---|---|
| | November 7, 2024, located at: https://www.youtube.com/watch?v=48YaRHrlf1o |
| 44 | "Why the H3 Leftovers Podcast Will Never Return" published by North Star Radio on September 11, 2024, located at: https://www.youtube.com/watch?v=gZGBSjQE_wA |

Respectfully Submitted,

DATED: September 22, 2025          **KRONENBERGER ROSENFELD, LLP**


By:  ___s/ Leah Rosa Vulić___
       Leah Rosa Vulić

Attorneys for Movants/Defendants Does

KRONENBERGER ROSENFELD

Exhibit 3

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, | Case No.: 2:25-cv-5565 |
| Plaintiff, | **COMPLAINT** |
|  | **JURY TRIAL DEMANDED** |
| v. |  |
| MORGAN KAMAL MAJED p/k/a FROGAN, an individual, and DOES 1-10 |  |
| Defendants. |  |

Frogan: Reacting by Exiting

"Time to watch the new Nuke ethically. Hell yeah!"

"Thank you guys so much. I do appreciate everyone's support. And thank you for
watching it with me"

– Frogan Prior to Reacting to *Content Nuke: Hasan Piker*

"I came from the H3Snark reddit."

"I found my way from Reddit."

– Frogan Reading Comments in Chat Prior to Reacting to *Content Nuke: Hasan Piker*

"Can I use the bathroom please? I'll leave it playing!"

– Frogan Reacting to *Content Nuke: Hasan Piker*

## **INTRODUCTION**

1.      This lawsuit is about ending the practice of lazy reaction videos that copy entire copyrighted works and purposefully siphon views and revenue away from the original. Over seven years ago, the owners of Plaintiff Ted Entertainment, Inc. ("TEI") – Ethan and Hila Klein – established the legal standard for fair use reaction videos in *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017). As a genre, reaction videos "vary widely in terms of purpose, structure, and the extent to which they rely on potentially copyrighted material." Reaction videos, "like the Klein video" that "intersperse ***short*** segments of another's work with criticism and commentary," constitute fair use.[1]  In contrast, reaction videos that are "more akin to a ***group viewing session***" do not. *Id.*, at 40 fn.1, 45-47 (emphasis added).

2.      This case involves a "group viewing session" hosted by Defendant Morgan Kamal Majed p/k/a Frogan ("Frogan"). Frogan specifically intended her "group viewing session" to siphon the maximum number of views and revenue away from TEI's copyrighted work *Content Nuke: Hasan Piker* ("*The Nuke*") to herself. Frogan successfully achieved her objective by releasing her "group viewing session" of *The Nuke* immediately after its official release and showing it in its entirety. Frogan greatly profited from her "group viewing session" of *The Nuke* through advertising revenue, donations and paid subscriptions.

3.      The moderators of the H3Snark subreddit (the "H3Snark Mods") knew that Frogan's "group viewing session" would serve as a substitute for watching *The Nuke* on TEI's YouTube channel. As such, the H3Snark Mods successfully promoted Frogan's "group viewing session" on the H3Snark subreddit ("H3Snark") as a substitute for watching *The Nuke* on TEI's YouTube channel.

4.      Like most lazy reaction videos, Frogan's "group viewing session" of *The Nuke* suffers from a poverty of critical commentary.

---

[1] The Kleins' video from *Hosseinzadeh* was entitled *The Big, The BOLD, The Beautiful* and is available here: https://youtu.be/CXUs5FOo-JE?si=74MWM26Wn26KmO4o

a.  Most frequently, Frogan plays long, unadulterated portions of *The Nuke* to her viewers. In the majority of instances, she does not even pay attention to *The Nuke* and, instead, is on her phone. Frogan even performs an "empty chair reaction" where she goes off-camera for several minutes while *The Nuke* keep playing to keep her audience entertained.

b.  On the few occasions Frogan does speak during her "group viewing session" of *The Nuke*, it is to provide repetitive statements on her favorite subject – not the plight of Palestinians, but herself.

c.  Other times, Frogan provides short, surface-level observations that provide little to no "new information, new aesthetics, new insights or understandings" on *The Nuke*. *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith* ("*Warhol*"), 598 U.S. 508, 541 (2023). The vast majority of these observations have little to no "critical bearing on the style or substance" of *The Nuke*. *Id.* at 510. Rather, Frogan's "commentary" primarily consists of repetitive *ad hominem* attacks on Ethan without any reference to *The Nuke* itself.

5.  Frogan's unauthorized, highly commercial exploitation of *The Nuke* is a quintessential example of copyright infringement – *i.e.*, using copyrighted content "to get attention [and] avoid the drudgery in working up something fresh." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 580 (1994). This lawsuit is to hold Frogan accountable for her infringement of *The Nuke* and the H3Snark Mods accountable for their contributory infringement.

## JURISDICTION AND VENUE

6.  This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

7.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a-b).

8.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## **PARTIES**

9.      TEI is a California corporation with its principal place of business located in Los Angeles County, CA. TEI is a production company that produces content for social media, namely YouTube.

10.     Frogan is an online streamer who releases content on social media platforms, namely Twitch, and resides in Los Angeles, California.

11.     The H3Snark Mods are comprised of Does Nos. 1-10. The true names and exact location of Does Nos. 1-10 are presently unknown to TEI, which therefore sues said Doe defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and exact locations when the same have been ascertained. Below is a summary of what is known about Does Nos. 1-6.

a.      Doe No. 1 is female, the founder of H3Snark and one of the H3Snark Mods. She previously used the Reddit username "u/ozempicdealer" – which Doe No. 1 subsequently deleted. Her last post using this handle was on February 12, 2025. Doe No. 1 also uses the Discord handle "yoggiebearx" and the screen name "parishilton."

b.      Doe No. 2 is female, resides in Canada and is the head moderator of the H3Snark Mods. Doe No. 2 currently uses the following Reddit usernames: (1) u/h3snarkmodteam2; (2) u/RomanPeee; and (3) u/Right_Salamander (currently idle). Previously, Doe No. 2 used the following Reddit usernames – which were either deleted by Doe No. 2 or suspended by Reddit for violating its Content Policy: (1) u/kavkav2 (deleted); (2) u/h3snarkmodteam3 (deleted); (3) u/Wrong_Salamanderr (deleted); (4) u/Right_Salamanderr (suspended); (5) u/PurePress (suspended); and (6) u/KitchenMukbangStar (deleted). On Discord, Doe No. 2 uses the screen names "Sally" and "allitern."

c.      Doe No. 3 began as a user of H3Snark and was subsequently made an H3Snark Mod. Initially, Doe No. 3 used the Reddit username

"u/sarahornejewetts" – which she subsequently deleted. After deleting this account, Doe No. 3 used the Reddit username "u/jewettsarahorne."

      d.     Doe No. 4's account name on Discord is "rozzwhalenm."

      e.     Doe No. 5 is male and goes by the name Tony. Doe No. 5 was made an H3Snark Mod. His account name on Discord is "frompu."

      f.     Doe No. 6 was made an H3Snark Mod. Doe No. 6's account name on Discord is "No_Reception."

      g.     Doe Nos. 7-10 are the remaining H3Snark Mods.

## FACTUAL ALLEGATIONS

**Background of TEI**

12.     TEI was founded in 2016 by Ethan and Hila Klein. The Kleins rose to prominence on YouTube with two channels, "h3h3Productions" (their primary channel) and "Ethan and Hila"[2] (their secondary channel). The Kleins created highly stylized reaction videos to other YouTube videos. The Kleins' reaction videos "intersperse[d] relatively short segments" of the original video "with long segments of the Kleins' commentary." *Hosseinzadeh*, 276 F.Supp.3d at 40. After TEI was established, the Kleins assigned both channels to TEI.

13.     In 2016, the Kleins were sued for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a reaction video uploaded to their "Ethan and Hila" YouTube channel. The video, entitled *The Big, The Bold, The Beautiful* (the "Klein video"), was a critical and humorous reaction to Matt Hoss' video, *Bold Guy vs. Parkour Girl* (the "Hoss video"). As the Court in *Hosseinzadeh* explained:

> The Klein video opens with commentary and discussion between Ethan and Hila Klein, followed by segments of the Hoss video which they play, stop, and continue to comment on and criticize. The Klein video, which is almost fourteen minutes long, intersperses relatively short segments of the Hoss video with long segments of the Kleins'

[2] The "Ethan and Hila" channel was later renamed to "Hila Klein."

commentary, ultimately using three minutes and fifteen seconds of the five minute, twenty-four second long Hoss video. The Klein video is harshly critical of the Hoss video, and includes mockery of [Matt Hoss'] performance and what the [Kleins] consider unrealistic dialog and plotlines. In addition, defendants' commentary refers to the Hoss video as quasi-pornographic and reminiscent of a "Cringetube" genre of YouTube video known for "cringe"-worthy sexual content. As critical as it is, the Klein video is roughly equivalent to the kind of commentary and criticism of a creative work that might occur in a film studies class.

*Hosseinzadeh*, 276 F.Supp.3d at 40 (footnote and internal citations omitted).

14.    On August 23, 2017, the Court granted summary judgment for the Kleins on all of Matt Hoss claims. *Hosseinzadeh*, 276 F.Supp.3d at 45-48. For the copyright infringement claim, the Court found the Klein video made a fair use of the Hoss video.

15.    In 2017, TEI established *The H3 Podcast* channel on YouTube. On the new channel, TEI produced podcast episodes that were less structured than the reaction videos the Kleins previously made. To ensure any use of unlicensed copyrighted content qualified as fair use, TEI formulated and refined best practices based on the principles from *Hosseinzadeh*, which included: (1) whenever feasible, prescreening the original work and outlining the criticism and commentary before the broadcast; (2) ensuring the commentary was directly related to the style and/or substance of the original work; (3) only broadcasting the portion of the original work that would be subject to critique; (4) pausing the original work frequently to provide critique; and (5) ensuring that the duration of commentary was substantially longer than the portion of the original work show immediately before the commentary.

**Frogan:** ضربتني و بكت سبقتني و اشتكت

16.    Frogan began streaming in June 2019 and on a more regular basis in August 2021. Frogan's career peaked in August 2022 when she averaged 738 viewers a stream. Ever since, Frogan has steadily lost popularity. In January 2025 (*i.e.*, the month of Frogan's "group viewing session" of *The Nuke*), Frogan

averaged 160 viewers a stream.[3]

17.    Frogan holds herself out as an expert. The area of her expertise, however, has yet to reveal itself. She claims to be a "public health expert,"[4] yet, Frogan admits her academic and professional career in public health was stunted by her lack of self-discipline. According to Frogan, her academic advisor conducted an intervention to ensure she would complete her master's degree. Frogan also admitted to abandoning her brief career in public health after her "boss wanted to discuss [her] performance with the manager of [her] department."[5]

18.    Frogan frequently portrays herself as a victim, particularly to cast herself as a Muslim woman persecuted by "Zionists." The inconsistencies in her evolving narratives, however, reveal that she is not a victim at the hand of others – but her own. The following examples illustrate this pattern:

    a.    The Professor who Failed Her: On August 7, 2016, Frogan posted on X that her "professor made [her] write about the Arab Israeli conflict and gave [her] a **D** on the *paper*" when she was "the only hijabi in the class."[6] Nearly a year later, the story changed to make the professor seem worse. On June 10, 2017, Frogan posted on X that her professor gave her an "**F**" because what she "said about Israel was '*wrong*.'"[7] Several years later, the story mutated further to make the professor seem divorced from reality. On May 8, 2021, Frogan posted on X that her "professor assigned" her, "the only Arab in the class, to do a *project* about the Arab/Israeli conflict and failed [her] when [she] talked about *how Palestine is occupied by Israel*."[8] In this instance, Frogan provided a screenshot summarizing two slides from this "paper" or "project" – one of which contains a glaring

---

[3] TwitchTracker, Frogan, *available at*: https://twitchtracker.com/frogan/statistics.
[4] Frogan, "About," *available at:* https://www.twitch.tv/frogan/about
[5] Visionaries, *How Frogan Went from Public Health Expert to Streamer Awards Winner | Visionaries Podcast*" (Mar. 25, 2023) at 2:34-2:44, 4:10-4:32 *available at*: https://youtu.be/LMYi1r2DCnw?si=vr1BPwjW1jz81WHR&t=154
[6] *See* https://x.com/fr0gan/status/762514029881401344.
[7] *See* https://x.com/fr0gan/status/873770100775686145
[8] https://x.com/fr0gan/status/1391231483910754304

inaccuracy that Frogan admits was wrong. In the slide, Frogan claimed that there were "[o]ver **400 million Palestinians** … liv[e] in refugee camps in occupied territories and other Arab states." According to the UNWRA, there are only **1.5 million** Palestinians living in refugee camps.[9] This glimpse into Frogan's paper and its obvious inaccuracy reveals why Frogan received a low grade: her paper was "wrong" because it contained factual inaccuracies. Instead, Frogan painted herself the victim of a fanatical professor who discriminated against her and promulgated a counterfactual narrative that Israel is not occupying the West Bank and Gaza.[10]

      b.   <u>The "Zionist" Therapist</u>: On October 24, 2019, Frogan posted on X that she "went to therapy for the first time" and, "after talking about [her] dad fleeing the Israel Lebanon war[,]" she was "taken aback" when her therapist responded with: "***Im [sic] <u>Israeli</u> do you have any issues with me being your therapist***"[11] (original spelling; added emphasis).

      i.   As a self-described "public health expert," Frogan should have realized that her therapist was adhering to: (1) the American Counseling Association's Code of Ethics (Sections A.1.a, A.2.a-c);[12] and (2) the American

[9] UNWRA, "Palestinian Refugees" *available at*: https://www.unrwa.org/palestine-refugees

[10] Frogan repeatedly exhibits a fundamental lack of understanding of Middle East and Lebanon. For example, on October 15, 2024, Frogan watched a speech by Israeli Prime Minister Benyamin Netanyahu that referenced the Druze. In response, Frogan began to say "Who the fuck are…" before being cut-off by her co-hosts who explained they discussed the Druze in the prior episode. Ayyrabs Podcast, *What is Israel's Plan with Lebanon?* (Oct. 15, 2024), at 44:41-44:57 *available at*: https://youtu.be/zrnc6j6zNy4?si=I6AzzncQIdju9rRE&t=2681. Wikipedia, "History of Lebanon: Late 19th century to early 20th century," *available at*: https://en.wikipedia.org/wiki/History_of_Lebanon#Late_19th_century_to_early_20th_century. The Druze (along with the Maronite Catholics) founded modern Lebanon in the early 18th century. Muslims have historically oppressed the Druze as apostates. Wikipedia, "Druze: Relationship with Muslims," *available at*: https://en.wikipedia.org/wiki/Druze#Relationship_with_Muslims

[11] *See* https://x.com/fr0gan/status/1187442866341236743

[12] American Counseling Association, *2014 ACA Code of Ethics*, *available at*: (continued).

Psychological Association's Ethical Principles of Psychologists and Code of Conduct (Principles A, E, Rules 3.01, 3.04, 3.06).[13]

        ii.    Several years later, Frogan's story about her therapist mutated. On February 29, 2024, Frogan posted on X about her "***bad experience with a <u>Zionist</u> therapist***."[14] (added emphasis). When Ethan responded that Frogan was using "Zionist" as a dog-whistle for Jews (which was clearly the case), Frogan made another post that that painted the therapist as absurdly rabid and unethical.[15] Below is a true and correct screenshot of the post.



    19.    Prior to October 7th, Frogan was an effusive fan of Ethan and the

---

https://www.counseling.org/docs/default-source/default-document-library/ethics/2014-aca-code-of-ethics.pdf?sfvrsn=55ab73d0_1

[13] American Psychological Association, "Ethical Principles of Psychologists and Code of Conduct," *available at*: https://www.apa.org/ethics/code

[14] *See* https://x.com/fr0gan/status/1763389138915779043

[15] https://x.com/fr0gan/status/1763751586617332205

podcast series he co-hosted with Hasan Piker p/k/a HasanAbi ("Hasan"), entitled *Leftovers.* Once October 7th occurred, Frogan's social media activity demonstrated her support for Hamas and endorsement of blood libel conspiracy theories. Below are some examples:

a. At 2:28 a.m. PST/5:28 a.m. EST on October 7th (*i.e.*, when Jews and Israelis were gripped by panic and fear for their loved ones), Frogan posted on X: "***leftists preach and foam at the mouth at the thought of a revolution happening in america [sic], but as soon as it happens in the middle east what they're doing is wrong***."[16] Due to the insensitivity and timing of the post, Ethan decided to quietly unfollow Frogan.

b. Shortly thereafter, Frogan liked a post on X by Aleksa Vulović p/k/a Boy Boy that was posted on October 7th, which stated: "It's game over for Israel, James Bond is officially fighting for Hamas." Below is a true and correct screenshot of the post.



---

[16] *See* https://x.com/fr0gan/status/1710587819385614829.

c.    On October 11, 2023, Frogan made a public scene over Ethan unfollowing her and posted on X: "tfw [that feeling when] one of your favorite content creators unfollows for being pro palestine. LMAO."[17] (original spelling). She then went to Hasan's Discord to indulge in self-pity and pleaded with Ethan to refollow her.[18]

d.    On November 17, 2023 (when it was falsely reported that Israel bombed the Al-Shifa Hospital), Frogan liked a tweet spreading grotesque blood libel that falsely claimed Israel "***admitted to harvesting skin and organs from dead Palestinians to use for skin grafts and organ transplants***" and "***the majority of skin in Israel skin banks was stolen from Palestinians they killed***." Below is a true and correct screenshot of the post.



---

[17] *See* https://x.com/fr0gan/status/1712060807758905494

[18] Star Crossed, *Who is Frogan? The history behind Hasan's VILEST Mod [Stardust]*, (Feb. 14, 2025), at 24:59-25:34, *available at*: https://youtu.be/TnBVnQBJKtY?si=ukqOfomDYXp-LTvU&t=1499; *see also* Star Crossed, *Frogan: Cruel, Bigoted, and Loving It [Stardust]*, (Feb. 14, 2025) at 11:06-14:29, *available at*: https://www.youtube.com/watch?v=_1mVeSYKCEg&t=666s

20.     Frogan serves as one of the moderators of Hasan's chat. Far from being neutral arbiter, Frogan weaponizes her role as Hasan's enforcer to ruthlessly silence dissent and cruelly target her enemies – while elevating those who excuse and justify terror and violence. For example, on November 9, 2023 (*i.e.*, after Frogan created a public controversy over Ethan unfollowing her), Hasan and Ethan discussed the Israel/Palestine conflict. Hasan's chat was replete with hateful and bigoted comments about Ethan, which Frogan refused to moderate out of vindictiveness towards Ethan.[19]

**Background of H3Snark**

21.     H3Snark is part of a genre of message boards – known as subreddits – on the website, Reddit. Snark subreddits comprise of "fallen fans" of a particular entertainer. Over time, there have been numerous snark subreddits regarding TEI's podcasts and of the Kleins. Many were banned by Reddit for violating its Content Policy – such as r/Frenemies and r/Frenemies2.

22.     H3Snark was created on August 30, 2023 by Doe No. 1 – who was a fanatical Trisha Paytas ("Trisha") fan. Doe No. 1 became a "fallen fan" when the TEI series, *Frenemies* (which was co-hosted by Ethan and Trisha), ended abruptly in June 2021.

23.     H3Snark became a haven for "fallen fans" of TEI's podcasts and the Kleins. While the average viewer would move on with their lives after becoming disinterested in a podcast, H3Snark "fallen fans" religiously watch TEI produced content with orgiastic hatred. H3Snark enables these deranged and chronically unemployed fallen fans to share their perverse pleasure of hate-watching TEI content with others by providing infringing clips and links to TEI content.

24.     Beginning in the fall of 2023, H3Snark experienced a surge of new users who were "fallen fans" of the TEI series, *Leftovers.* As mentioned, the show

---

[19] HasanAbi VODs, *HasanAbi November 9, 2023 – Israel Palestine, Debating Ethan H3H3 on Israel, 3rd GOP Debate* (Nov. 10, 2023), at 4:11:44-4:57:39, *available at*: https://youtu.be/4y7v0ewLFOQ?si=x71_2gsDqgXxI8GW&t=15104

was co-hosted by Ethan and Hasan (who is the most prominent alt-left streamer on the website, Twitch). On September 14, 2023, Ethan and Hasan debated various issues concerning China and Taiwan, such as whether Taiwan should be independent, the propriety of China's subjugation of Tibet and the genocide of the Uyghurs.[20] Due to Ethan pushing back on Hasan's pro-China positions, several *Leftover* fans who had an ecclesiastical parasocial relationship with Hasan flocked to H3Snark because they felt Ethan was critiquing them personally.

25.     The surge of new users to H3Snark exploded after October 7, 2023. The Kleins are dual Israeli-American citizens. Hila was born and raised in Israel, where she served as a secretary during her mandatory conscription into the Israeli Defense Forces ("IDF").[21] While both Ethan and Hila are highly supportive of Palestinian self-determination and extremely critical of Israel and its government, the Kleins support a two-state solution as the best interim solution to the conflict.[22]

26.     In the wake of October 7th, Hasan emerged as the modern incarnation of The Grand Mufti Hajj Amin Al-Husseini ("Al-Husseini").[23] Like Al-Husseini,

[20] H3 Podcast, "Joe Biden Is Getting Impeached – Leftovers #57," at 50:06 (September 14, 2023), *available at*: https://www.youtube.com/live/EeFuFKH-uOo?si=J3-Z-J7jWtkpv_Bu&t=3006

[21] H3 Podcast Highlights, *Hila From H3H3 Discusses Her Time In the Israeli Military (IDF)*, YouTube (Apr. 23, 2022), at 0:40– 1:04, https://www.youtube.com/watch?v=ytOl5hbTrCY.

[22] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*: https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

[23] World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi Germany?* (Jan. 30, 2025), (continued).

Hasan became a passionate advocate and highly charismatic leader of the Palestinian cause. [24]  Like Al-Husseini, Hasan used his massive platform to spread genocidal rhetoric about anyone advocating for the right of Jewish self-determination in their ancestral homeland (*i.e.*, Zionists).[25] The primary difference between Hasan and Al-Husseini is that Al-Husseini worked with the Nazis and advocated the annihilation of Jews[26]– while Hasan advocates the annihilation of all Zionists. Since the vast majority of Jews in the United States say caring about Israel is "essential" or "important," this would necessarily include the vast majority of

*available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini

[24] Benny Morris, *1948: A History of the First Arab–Israeli War*, p. 23 (Yale Univ. Press 2008).

[25] Philip Mattar, *The Mufti of Jerusalem: Al-Hajj Amin Al-Husayni and the Palestinian National Movement*, pp. 105–06 (Rev. ed. Columbia Univ. Press 1992); Britannica, "Zionism," *available at*: https://www.britannica.com/topic/Zionism; Jewish Virtual Library, "Zionism: A Definition of Zionism," *available at*: https://www.jewishvirtuallibrary.org/a-definition-of-zionism; *see also* Tracy Wilkinson, Los Angeles Times, "Is Zionism patriotism or racism? Big disagreements over a word in use for 125 years" (May 22, 2024), *available at*: https://www.latimes.com/world-nation/story/2024-05-22/zionism-disagreement-over-a-word-in-use-for-125-years; Jewish Virtual Library, "Zionism: Table of Contents," *available at*: https://www.jewishvirtuallibrary.org/zionism

[26] Jeffrey Herf, *Nazi Propaganda for the Arab World*, p. 213 (Yale Univ. Press 2009); Kause-Michael Mallman and Martin Cuppers (Translated by Krista Smith) *Nazi Palestine* (2010); David Patterson, *A Genealogy of Evil: Anti-Semitism from Nazism to Islamic Jihad* (Cambridge Univ. Press 2010).

Jews[27] – even if they support the Palestinian cause and vehemently condemn the
actions of the Israeli government.



Al-Husseini Meets Adolf Hitler, November 28, 1941



Al-Husseini With His Close Friend Heinrich Himmler, 1943

"Arabs, rise as one man and fight for your sacred rights. Kill the Jews wherever you
find them. This pleases God, history and religion. This saves your honor.

[27] Backa A. Alper, Pew Research Center, "How U.S. Jews are experiencing the
Israel-Hamas war" (April 2, 2024), *available at*:
https://www.pewresearch.org/short-reads/2024/04/02/how-us-jews-are-
experiencing-the-israel-hamas-war/; Justin Nortey, Pew Research Center, "U.S.
Jews have widely differing views on Israel" (May 21, 2021), *available at*:
https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-
differing-views-on-israel/; The Jewish Majority, "New Poll: Jewish Voice for Peace
Does Not Represent Vast majority of U.S. Jewish Community" (Feb. 12, 2025),
*available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-
3a5591444c85/downloads/97dc308b-4559-4e42-a55e-
53c77f75c044/Press%20release%202.11.2025.pdf?ver=1739292818681

15

God is with you." – Al Husseini (March 1, 1944 on Nazi radio)

27.     On October 12, 2023, the last episode of *Leftovers* aired. It comprised of a discussion between Ethan and Hasan regarding the Israel/Palestinian conflict and the events of October 7th.[28] During the discussion, Ethan expressed his support of the Palestinian cause and empathy for their suffering, along with condemning Israeli Prime Minister Benyamin Netanyahu. At the same time, Ethan attempted to humanize the victims of October 7th to Hasan in the hope that empathy and mutual understanding could begin the heal the divide. Hasan was unpersuaded and the relationship with Ethan and Hasan began to deteriorate.

28.     In the aftermath of the falling out between Ethan and Hasan, H3Snark became a radioactive hub of "fallen fans" of TEI content and the Kleins. It became a focal point for spreading vicious lies, outlandish conspiracy theories and hallucinatory misrepresentations about the Kleins.

**The Rampant Copyright Infringement on H3Snark**

29.     Despite their hatred towards the Kleins, the users of H3Snark had an insatiable appetite for TEI's content. The H3Snark users, however, did not want TEI to receive any views or advertising revenue from their consumption of TEI's content. As a result, H3Snark became a locus of copyright infringement of TEI content – as detailed below.

30.     One method the H3Snark Mods employed to consume TEI content was to share links of TEI content on YewTube – a website that provides unauthorized access to YouTube videos and publicly performs them, which constitutes copyright infringement. *See Hunley v. Instagram, LLC,* 73 F.4th 1060, 1073-74 (9th Cir. 2023). YewTube had particular appeal to H3Snark Mods and H3Snark users because a video watched on YewTube does not result in a view or advertising revenue to the original on YouTube.

[28] H3 Podcast, "Israel vs Gaza – Leftovers #61" (October 12, 2023), *available at*: https://www.youtube.com/live/JFznOHunD_c?si=Cbfod032xwJ5e-FQ

31.   H3Snark Mods conducted live chats during TEI's live broadcasts. During the live chats, the H3Snark Mods would spam the chat with YewTube links of the broadcast. Once the livestream ended, the H3Snark Mods concealed the evidence of their copyright infringement by deleting the live chat logs. Below are true and correct screenshots of the H3Snark mods spamming the live chat with YewTube links to TEI copyrighted content.





32.     Through various comments to posts, Doe No. 3 (*i.e.*, u/sarahornejewetts) encouraged H3Snark users to use YewTube as an alternative to watching the TEI's video on its official channel. Doe No. 3's comments were later wiped.  Due to Doe No. 3's efforts, the user was anointed as one of the H3Snark Mods. Some examples are contained below.

a.     In August 2024, the u/PearlUnicorn created the post: "For those who wonder why Snarkers watch, moments like the second button failure." Below

COMPLAINT

is a true and correct screenshot of Doe No. 3 stating: "***We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts***." As can be noted, Doe No. 3's comment was subsequently wiped from August 2024 post.





b.      On August 28, 2024, the H3Snark Moderators created a post entitled "MEGATHREAD: The H3 Show – Aug 28 2024." Below is a true and correct screenshot of Doe No. 3 providing a link to the TEI video *Content Court: Jack Doherty – H3 Show #48* on YewTube.[29] As can be noted, Doe No. 3's comment has been wiped from the August 28, 2024 post.

[29] While Doe No. 3's post just contained a hyperlink labeled "Watch on Yewtube," the link would direct users to https://yewtu.be/watch?v=DCw4csgcEsk.

1
2
3
4
5
6
7
8
9



10          33.     Under the H3Snark wiki page for "tools-tips-guides," H3Snark Mods

11   also instructed H3Snark users on how to create clips of TEI content so these clips

12   could be posted on H3Snark. At one point, the H3Snark Mods even instructed users

13   how to download "Members-Only" content (*i.e.*, TEI content only accessible to

14   paying members) so that they could be posted on H3Snark. To hide their

15   inducement of copyright infringement, the H3Snark Mods deleted the portion on

16   downloading "Members-Only" content from the guide. A true and correct

17   screenshot of the portion regarding "Members-Only" content is provided below.

18
19
20
21
22   
23
24
25
26
27
28

**TEI Issues Takedown Notices for Infringing Posts and Comments on H3Snark**

34.     TEI began to fight back against the copyright infringement on H3Snark by issuing takedown notices pursuant to 17 U.S.C. Section 512(c)(3) ("DMCA Takedowns"). TEI was extremely surgical about which H3Snark posts would be subject to DMCA Takedowns. Relying on the most pertinent fair use decisions,[30] TEI issued DMCA Takedowns only for: (1) posts/comments that uploaded an entire TEI episode onto Reddit – particularly paywalled TEI content; (2) comments that provided a YewTube link to entire episodes of TEI content; or (3) posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours.

a.     August 1, 2024 DMCA Takedown: On August 1, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "H3 Live Show Behind the Scenes." The post contained a complete version of TEI's video *H3 Podcast BTS #53* – which was "Members Only" content (*i.e.*, accessible only to paying members of *The H3 Podcast* YouTube channel). On August 2, 2024 (*i.e.* one day later), Reddit honored this DMCA Takedown.

b.     August 30, 2024 DMCA Takedown: On August 30, 2024, TEI issued a DMCA Takedown for a comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) on the H3Snark Post entitled "MEGATHREAD: The H3 Show - Aug 28, 2024" (the "8/30/24 Takedown"). The comment contained a YewTube link to the TEI video *Content Court: Jack Doherty – H3 Show #48*.[31] On September 9, 2024 (*i.e.*, nine days later), Reddit honored the 8/30/24 Takedown.

---

[30] *In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 883-886 (N.D. Cal. 2020); *Hughes v. Benjamin*, 437 F.Supp.3d 382, 390-394 (S.D.N.Y. 2020); *McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1157-1164 (9th Cir. 2022); *Warhol*, 598 U.S. at 525-550; *Elvis Presley Enterprises, Inc. v. Passport Video*, 349 F.3d 622, 627-631 (9th Cir. 2003); *Hosseinzadeh*, 276 F.Supp.3d at 41-42, 45-47; *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1170-1183 (9th Cir. 2012).

[31] The comment for u/sarahornejewetts (*i.e.*, Doe No. 3) no longer exists on the post, but a screenshot of it is show in connection with Paragraph 32.b, *supra*.

c.      <u>September 18, 2024 DMCA Takedown</u>: On September 18, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "Ethan and Dan confirm that posting to snark will get you banned" (the "9/18/24 Takedown"). The post solely comprised of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55.* The post contained no comments because the H3 Snark Mods locked the post. Reddit never informed TEI whether the 9/18/24 Takedown was honored.

d.      <u>November 22, 2024 DMCA Takedowns</u>: On November 22, 2024, TEI issued two DMCA Takedowns

i.      <u>First Takedown</u>: The first DMCA Takedown was for the H3Snark post "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83." The post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83.* The post contained two comments: (1) "Dude ur flair is actually fucking frying me rn" (original spelling); and (2) "The downfall is real man." The post contained no further comments because the H3Snark Mods locked the post. On November 29, 2024 (*i.e.*, seven days later), Reddit informed TEI that it honored this DMCA Takedown.

ii.      <u>Second Takedown</u>: The second DMCA Takedown was for the H3Snark post entitled "Ethan describes his issues with Hasan as 'personal beef.'" This post contained a clip from the TEI video entitled *Logan Paul Posted F\*\*\*KING INSANE Cringe – H3 Show #84.* At the time this DMCA Takedown was issued, the post had been up for over two hours and had no comments at that time (but 130 upvotes).[32] On December 5, 2024 (*i.e.*, nearly two weeks later), Reddit informed TEI that it honored this DMCA Takedown.

[32] After this DMCA Takedown was issued (but before Reddit honored it), the post received additional comments. A true and correct PDF printout of the post taken on November 22, 2024 is attached hereto as Exhibit A. *Compare* Ex. A *with* https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/

1               e.     <u>November 26, 2024 DMCA Takedowns</u>: On November 26,

2 2024, TEI issued two DMCA Takedowns.

3                  i.     <u>First Takedown</u>: The first DMCA Takedown was for the

4 H3Snark post "<u>LB says '[far leftists] hate israel because israel is backed by the</u>

5 <u>west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion,</u>

6 <u>speech, press, and to 'control what happens in your own work space' would be</u>

7 <u>under state-control in communism – h3 show #85.</u>" (original spelling and brackets).

8 The post contained a clip from the TEI video entitled *I Haven't Been Well – H3*

9 *Show #85*. The post contained no comments because the H3Snark Mods locked the

10 post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it

11 honored this DMCA Takedown.

12                  ii.     <u>Second Takedown</u>: The second DMCA Takedown for the

13 H3Snark post "<u>Lena asks Lonerbox about civilians and doesn't get a direct answer:</u>

14 <u>'It's always civilians are dying… BUT… and then theres a reason for justifying</u>

15 <u>it.</u>'" (original ellipses and spelling) (the "Second 11/26/24 Takedown"). The post

16 contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*.

17 The post contained no comments because the H3Snark Mods locked the post. On

18 December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this

19 DMCA Takedown.

20 **The H3Snark Mods' Efforts to Issue Fraudulent Counternotifications**

21       35.     The H3Snark Mods made a concerted effort to issue fraudulent

22 counternotifications to TEI's DMCA Takedowns, as detailed below:

23               a.     On January 15, 2025, Reddit informed TEI that a so-called

24 counternotification was issued against both the 8/30/24 Takedown the 9/18/24

25 Takedown (the "First Fraudulent Counternotification").[33] The First Fraudulent

26 Counternotification was issued on October 18, 2024 – *i.e.*, Reddit informed TEI

27 <u>nearly three months later.</u>

28 [33] A true and correct copy of the First Fraudulent Counternotification is attached
hereto as Exhibit B.

i.      On its face, the First Fraudulent Counternotification failed to satisfy the requirements of 17 U.S.C. Section 512(g)(3) because it failed to include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

ii.      Further, the First Fraudulent Counternotifications contained numerous indicia of being fraudulent because: (1) it was a single counternotification for posts made by two different users (*i.e.* u/sarahornejewetts and u/obrienpotatoes); and (2) it misrepresented that the 8/30/24 Takedown was for the post and not the comment with the YewTube link.

iii.      It was also evident the First Fraudulent Counternotification was issued by the H3Snark Mods because it stated: (1) "We are writing to contest the removal of two posts from ***our subreddit*** under alleged copyright claims" (emphasis added); (2) "***We believe these reports may have been filed by fans rather than the legitimate copyright holder***" (emphasis added) – despite the fact that TEI's counsel's contact information was provided in both the 8/30/24 Takedown and 9/18/24 Takedown; and (3) the name of the issuer was "Michael Anderson" – a generic name that would make it impossible to identify the issuer of the First Fraudulent Counternotification.

iv.      On January 16-17, 2025 (*i.e.*, two days after receiving the First Fraudulent Counternotification), TEI explained in exacting detail the facts and law demonstrating the First Fraudulent Counternotification was invalid. On March 18, 2025 (*i.e.*, over two months later), Reddit responded that it agreed that the First Fraudulent Counternotification was invalid – but claimed that it would refuse to honor the 8/30/24 Takedown because the post only linked to TEI's video on YouTube. The same day, TEI explained to Reddit that this was false because the 8/30/24 Takedown explicitly stated it was directed at the comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) and contained a YewTube link, including providing a screenshot for the comment. To date, Reddit has not responded.

b.    Additionally, on March 18, 2025 (the same day Reddit informed TEI that the First Fraudulent Counternotification was invalid), Reddit notified TEI that another counternotification was issued regarding the 9/18/24 Takedown (the "Second Fraudulent Counternotification").[34] The Second Fraudulent Counternotification was issued on December 5, 2024 (*i.e.*, Reddit notified TEI three and a half months later).

i.    The Second Fraudulent Counternotification contained no indicia that the issuer considered the four fair use factors prior to issuing the Second Fraudulent Counternotification – which is unlawful. *See Hosseinzadeh*, 276 F.Supp.3d at 36; *Hughes*, 437 F.Supp.3d at 394-395; *cf Lenz v. Universal Music Group*, 815 F.2d 1145, 1149, 1154-55 (9th Cir. 2016). Further, the language of the Second Fraudulent Counternotification demonstrated the issuer – u/obrienpotatoes – did not understand fair use in general, by stating: (1) "This was an abuse of the fair use system" (which is bizarre because u/obrienpotatoes was claiming fair use, not TEI); and (2) the conclusory assertion "Even so, it would still be allowed under fair use" without any analysis. This is further emphasized by an April 11, 2025 post on X by @obrienpotatoes1. In the post, @obrienpotatoes posted the cease and desist letter sent by TEI's counsel and defended the Reddit post by claiming it was only "A MINUTE AND A HALF LONG CLIP" – *i.e.*, only focusing on the amount used and not the other fair use factors.[35]

ii.    The Second Fraudulent Counternotification also echoed language similar to the First Fraudulent Counternotification – indicating the H3Snark Mods worked with u/obrienpotatoes to issue the Second Fraudulent Counternotification: "This subreddit has also been mercy to many **bad faith brigades** recently, so **I do not believe this appeal was filed by the actual copyright owner**" (emphasis added) – despite the 9/18/24 Takedown containing TEI's

---

[34] A true and correct copy of the Second Fraudulent Counternotification is attached hereto as Exhibit C.

[35] *See* https://x.com/obrienpotatoes1/status/1910711822212067372

counsel's contact information.

        iii.    Additionally, after the Second 11/26/24 Takedown was issued, one of the H3Snark Mods (who later deleted their account) left a comment on the post stating: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form." This further emphasizes the H3Snark Mods coordinated a campaign of issuing fraudulent counternotifications to enable H3Snark's copyright infringement of TEI's works.

        c.    The H3Snark Mods went on a public relations campaign to paint TEI's DMCA Takedowns as fraudulent to cover up their copyright infringement. To achieve this objective, the H3Snark Mods authored several posts misrepresenting the facts.[36]

        d.    After Ethan became vocal about pursuing claims against H3Snark, the H3Snark Mods began deleting their posts, comments and accounts *en masse* to perpetuate their false narrative and conceal their copyright infringement (along with other illegal activity, such as organized harassment and defamation).

        e.    On March 5, 2025, a YouTuber by the name of "The Law" posted a video on YouTube entitled *Dear H3Snark, I see you.*[37] In the video, The Law admits he was a former H3Snark user who came to reject the obsessive and destructive behavior he saw taking over the subreddit. He documented the acts of copyright infringement by H3Snark users and H3Snark Mods (and other unlawful conduct), including their attempts to conceal their unlawful conduct. The video

[36] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/;
https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/;
https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/;
https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/

[37] The Law, *Dear H3Snark, I see you.* (March 3, 2025), *available at:*
https://youtu.be/lfjbgNjo0Oc?si=zbNomCBmxySgCuvU

documents:

          i.     The H3Snark Mods deleted posts after Ethan announced plans to pursue legal action against H3Snark for harassment (1:18-1:41);

          ii.     How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the egregious offenders into H3Snark Mods (2:02-4:54);

          iii.     How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan announced he would pursue legal action against H3Snark (4:55-6:51); and

          iv.     How the H3Snark Mods purposefully lied about TEI's DMCA Takedowns to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI (6:52-9:11).

**TEI Creates and Registers *The Nuke***

36.    By the fall of 2024, Ethan and Hila Klein's concern reached a fever pitch over Hasan radicalizing his audience with propaganda from Ansar Allah a/k/a The Houthis, Hezbollah and Hamas. The Kleins were equally concerned with Twitch's refusal to enforce its Community Guidelines against Hasan and his so-called "Waiting Room" – *i.e.*, other Twitch streamers, like Frogan, who parrot Hasan and parasitically leach off his audience by broadcasting immediately before or after his streams.

37.    Hasan and his Waiting Room hijacked the necessary and important discussion of the Israeli-Palestinian conflict and the Gaza War. They employed genocidal rhetoric that painted all Israelis as subhuman warranting annihilation. The term "Zionist" lost all meaning and quickly mutated into a thinly-veiled dog whistle for Jews.[38] To combat the tsunami of hateful rhetoric, Ethan and Hila Klein –

---

[38] The term "Zionist" was used as a slur to paint anyone who supported the existence of Israel or a two-state solution as a Kahanist (Jewish Supremacist) or (continued).

1    through TEI – created *Content Nuke: Hasan Piker.*

2        38.    *The Nuke* was written, shot and edited from December 2024 through

3    January 2025. On January 27, 2024 (*i.e.*, four days before the Nuke was publicly

4    released on TEI's h3h3Productions YouTube channel), TEI submitted its

5    application to register *The Nuke* with the United States Copyright Office (the

6    "USCO"). On January 28, 2025, the USCO received the deposit copy of the Nuke

7    (the "Deposit Copy"). The registration number for *The Nuke* is PAu 4-256-429.

8        39.    The Deposit Copy varied slightly from the broadcast version of *The*

9    *Nuke* (the "Broadcast Version"). First, the Deposit Copy did not contain the

10    conclusion and sponsor segment that was contained in the Broadcast Version.

11    Second, to prevent *The Nuke* from being age-restricted by YouTube (which would

12    limit its reach), TEI was required to fully blur out the footage of the Houthis

13    entering the bridge of the *Galaxy Leader* and black out the footage of Hamas

14    releasing hostages from November 2023. Third, minor visual edits were made.

15    Ultimately, all of the Deposit Copy was incorporated into the broadcast version of

16    the Nuke comprised of the Deposit Copy.[39]

17

18    _____

    Israeli Religious Nationalist. In the most recent Israeli Legislative Election in 2022,
    the coalition of these parties only received 10.84% of the vote. Wikipedia,
19    "Kahanism" *available at*: https://en.wikipedia.org/wiki/Kahanism; Institute for
    Middle Eastern Understanding, "Fact Sheet: Meir Kahane & The Extremist
20    Kahanist Movement" (May 17, 2024), *available at*: https://imeu.org/article/fact-
    sheet-meir-kahane-the-extremist-kahanist-movement; Wikipedia, "National
21    Religious Party," *available at*:
    https://en.wikipedia.org/wiki/National_Religious_Party; The Israel Democracy
22    Institute, "National Religious Party (Mafdal)," *available at*:
23    https://en.idi.org.il/israeli-elections-and-parties/parties/national-religious-party/;
    Wikipedia, "2022 Israeli legislative election," *available at*:
24    https://en.wikipedia.org/wiki/2022_Israeli_legislative_election.
    [39] TEI is concurrently-filing with this Complaint a Notice of Lodging accompanied
25    by a flash drive containing various video exhibits referenced in the Complaint (the
26    "Flash Drive"). A true and correct copy of the Deposit Copy is located on the Flash
    Drive as Exhibit D. A true and correct copy of the Broadcast Version is located on
27    the Flash Drive as Exhibit E.
28

*The Nuke*

40.    *The Nuke* is a tragi-comic documentary critiquing Hasan and Twitch. It contains original footage, highly edited montages, parodic skits and archival materials (a great deal of which are owned by TEI). *The Nuke* can be divided into seven sections: (1) The Prologue; (2) The Twitch Parody Sketch; (3) The Houthi Section; (4) The Hezbollah Section; (5) The Hamas Section; (6) The Twitch Section; and (7) The Conclusion.

a.    The Prologue (Ex. E at 0:00:00-0:25:40): The prologue walks the audience through Ethan's thesis of *The Nuke*: that Hasan radicalizes his audience with genocidal and antisemitic terrorist propaganda.

i.    While admitting both of himself and Hasan are polarizing figures with controversial takes, Ethan explains he grew concerned with Hasan's rhetoric after hearing him excuse Russian and Chinese genocide and imperialism, namely Hasan's positions on Crimea, Tibet, Taiwan and the Uyghurs.

ii.    Once October 7th occurred, Ethan's concerns were exacerbated. He received a torrent of antisemitic comments from Hasan's audience and saw Hasan downplay the sexual violence perpetrated by Hamas on October 7th.

iii.    Ethan explains that the primary difference of opinion between him and Hasan (and his audience). While both are aligned on supporting the Palestinian cause – including condemning Israeli Prime Minister Benyamin Netanyahu, Israeli settlements and Israeli settlers, they differ in one key aspect regarding how to solve the conflict: Ethan believes in a two-state solution, while Hasan (and his audience) believe in a one-state solution.

iv.    Ethan articulates the concerns Israelis have with a one-state solution: Israel has been at war with its Arab neighbors since the country's inception. As a nation of refugees, the idea of suddenly becoming a minority raises legitimate concerns – particularly for the Mizrahi Jews (*i.e.*, Jews from Arab countries) who were expelled from Arab countries.

v.      Ethan then shows archival footage of Hasan: (1) supporting terrorism and glorifying terrorists; (2) admitting to hiding his "power level" (*i.e.*, extremism) because it is a more palatable way to introduce young people into the "radicalization funnel"; (3) conceding to being a propagandist; and (4) expressing vitriolic hatred of liberals. Ethan further points out that Twitch takes no action to moderate Hasan.

vi.      Ethan ends The Prologue by expressing his underlying fear that he played a role in mainstreaming Hasan and that he radicalized Ethan's audience.

b.      <u>The Twitch Parody Sketch (Ex. E at 0:25:41-0:30:39)</u>: The next section involves Ethan parodying a Twitch advertising executive. In the scene, Ethan mocks how Twitch has embraced Hasan's extremist rhetoric and rebrands terrorism as socially acceptable. After the sketch ends, Ethan shows a media bias report that ranked Hasan as one of the most extreme and unreliable news sources.

c.      <u>The Houthis Section (Ex. E at 0:30:40-0:55:33)</u>: The Houthi Section focuses on Hasan radicalizing his audience by glorifying and disseminating Houthi propaganda.

i.      Ethan beings with an overview of various Houthi atrocities and how they contradict leftist values. Examples include recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land with mines, oppressing women and members of the LGBTQ community, torturing and killing women and slavery. Ethan also highlights the Houthi's antisemitism – such as performing Nazi salutes and the slogan on their flag calling for "Death to Israel" and "Curse Upon the Jews."

ii.      Ethan critiques Hasan's coverage of the Houthis by using his stream with Nick Polom p/k/a Nmplol ("Nick") as a case study. Hasan exploits Nick's political naiveté by putting on a Houthi propaganda music video and leaving Nick alone who watches in abject horror. Ethan cites Twitch's Community

Guidelines – which explicitly prohibit showing terrorist propaganda for any purpose. Despite this, Twitch refuses to enforce its Community Guidelines against Hasan. Hasan downplays the fact that the Houthi propaganda video is terrorist propaganda to Nick by describing the video as merely a "musical" and the Houthis as "musical people." When Hasan mischaracterizes the hijacking of the ship the *Galaxy Leader* as an effective deterrent against Israel, Ethan debunks Hasan's assertions that the ship was in Houthi waters, destined to Israel or an Israeli ship. Ethan also excoriates Hasan for minimizing the Houthis taking the crew of the *Galaxy Leader* hostage.

        iii.     Ethan also critiques Hasan's misguided belief that, if Israeli commerce is disrupted, Israelis will leave Israel. Ethan demonstrates 80% of Israelis were born in the country and have nowhere else to go. This is exacerbated by the fact that the majority of Jewish Israelis fled (or are descendants from those who fled) Arab countries. The argument that Jews will "return where they came from" is ahistorical and denies their connection of Jews to the Middle East. Rather, it furthers an antisemitic conspiracy theory that questions the origins of the Jews in an attempt to brand Jewish Israelis as outsiders and colonizers.

        iv.     Ethan shows another example of Hasan watching and praising a different Houthi propaganda music video. To mock Hasan's laudatory coverage of this video, Ethan juxtaposes the Houthi music video with a highly edited version of the Miami Boys Jewish Choir singing "Yerushalim."

        v.     Ethan lambasts Hasan's interview of the Houthi terrorist Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"). Al-Haddad became a viral sensation on TikTok when he shot footage of himself boarding the *Galaxy Leader*. Ethan mocks Hasan's self-described "journalism" through a montage of Hasan acting like a fan girl, asking frivolous questions and blindly accepting Al-Haddad's answers – particularly his absurd claim that he danced with the crew taken hostage and that he successfully convinced the crew to hate Israel.

vi.     Ethan exposes Hasan's subsequent attempts to downplay Al-Haddad's Houthi connections as disingenuous and a form of bigotry. Not only did Hasan believe he was speaking with a Houthi and promoted the interview as being with a Houthi, Al-Haddad's social media posts admitted and reinforced this fact. When confronted with Al-Haddad's social media posts that fail to distinguish between Jews and Zionists, Hasan engages in all forms of apologia to excuse Al-Haddad's genocidal and antisemitic rhetoric. Hasan even grotesquely compares Al-Haddad to Anne Frank – which Ethan mocks as the Twitch advertising executive.

vii.     The Houthi section ends with Ethan excoriating Hasan with a montage of him cynically deflecting and evading criticism by exploiting the term "genocide." This hypocrisy is highlighted by footage of Hasan from a few years ago where he was unable to locate Yemen on a map (and even confusing it with Israel).

d.     The Hezbollah Section (Ex. E at 0:55:44-1:01:43): The Hezbollah Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hezbollah propaganda.

i.     Ethan begins by highlighting some of Hezbollah's atrocities and how they contradict leftist values. Examples include engaging in terrorism resulting in the deaths of thousands of civilians, the assassination of Lebanese Prime Minister Rafik Al-Hariri, hijacking airplanes, firing 15,000 rockets in civilian areas, being a designated terrorist group and its participation in the Syrian genocide to prop up the dictator Bashar Al-Assad.

ii.     Next, Ethan critiques Hasan by juxtaposing scenes of him downplaying and excusing Hezbollah's genocidal terrorism and praising Hassan Nasrallah (Hezbollah's former leader) with Nasrallah's numerous antisemitic and genocidal statements against Jews.

iii.     Ethan goes on to critique Hasan's lazy and ignorant apologia for Hezbollah and analysis of the conflict, such as branding any criticism

of Hezbollah as Islamophobic and Hasan telling Nick that Israel attacked Lebanon because "they were just there." Ethan refutes these assertions by demonstrating Hezbollah began firing rockets at Israel the day after October 7th, killed over 100 Israelis and displaced over 200,000. Ethan questions how Hasan's falsehoods help his position when, in reality, Hasan's misrepresentations only exacerbate the conflict.

        e.     <u>The Hamas Section (Ex. E at 1:01:44-1:11:50)</u>: The Hamas Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hamas propaganda, coupled with denying the atrocities of October 7th.

        i.     Ethan begins by highlighting some of Hamas' atrocities and how they contradict leftist values. Examples include recruiting children, committing hundreds of suicide bombings that target civilians, firing 50,000 rockets into civilian areas, oppression of women, punishing homosexuality by death, stealing aid intended for Gazans for its own military use or exploiting Gazans by selling the aid back to them.

        ii.     Next, Ethan critiques Hasan's reaction to a Hamas propaganda video from November 2023 involving the release of hostages. Hasan gushes effusively over Hamas' treatment of the hostages. He even makes the absurd claim that hostages released in the future will chose to stay in Gaza rather than return to Israel. When a member of Hasan's audience points out the hostages are traumatized, Hasan claims the hostages are "just chillin." Ethan correctly points out that these scenes are staged by Hamas, that the hostages are still being held at gunpoint and provided instructions on how to behave, such as "keep waving."

        iii.     Ethan goes on to lambast Hasan's reaction to a Hamas propaganda video depicting Hamas creating homemade sniper rifles. Hasan plays the entire clip without any commentary or criticism. Once complete, Hasan's explanation for showing the video is a nonsensical word salad of buzzwords that have nothing to do with the contents of the video.

iv.     Ethan goes on to address Hasan's grotesque denial of sexual violence perpetrated by Hamas on October 7th. He shows a montage of numerous clips of Hasan explicitly denying the sexual violence of October 7th and scoffing at President Biden and Vice-President Harris discussing said violence. Ethan refutes Hasan's denials by showing clips of victim testimony from Sheryl Sandberg's documentary *Screams Before Silence* and displayed the conclusion of a United Nations report that stated:

> Overall, based on the totality of information gathered from multiple and independent sources at the different locations, there are reasonable grounds to believe that conflict-related sexual violence occurred at several locations across the Gaza periphery, including in the form of rape and gang rape, during the 7 October 2023 attacks. Credible circumstantial information which may be indicative of some forms of sexual violence, including genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment, was also gathered.

v.     Ethan concludes the section by addressing the heart of the matter. Hasan exacerbates the Israeli-Palestinian conflict by denying the suffering of Israeli victims to hold up Hamas as unimpeachable. As Ethan poignantly states:

> This conflict will never end until people realize that Palestinian liberation and Israeli security are not mutually exclusive. You need both. And it can be done, but not while people like Hasan lie, propagandize and incite hate. It's people like him, ironically, that prolong the conflict indefinitely. There's no space for conversation. There is no space for rational thought. There is no space for nuance. My position on Palestine is like five degrees off from where Hasan is. And to him and his community, I'm the devil. I'm a Nazi. It's delusional thinking. And it's destructive to their own cause.

f.     The Twitch Section (Ex. E 1:11:51-1:40:29): The Twitch Section explores the role Twitch plays in enabling Hasan and his Waiting Room to violate Twitch's Community Guidelines.

i.     Ethan begins by critiquing Twitch's Chief Executive Officer, Dan Clancy ("Clancy"). He points to Clancy's ineffectiveness as a CEO, namely rolling back his initiative to change revenue splits and the size of sponsor logos on stream – along with laying off significant portions of Twitch staff. Clancy explicitly states he is a fan of Hasan and is aware of his rhetoric. Clancy even sang Hasan "Happy Birthday" and forced Twitch employees to sing along while being

filmed. Ethan also discusses the creepiness of Clancy's penchant for e-girls (*i.e.*, young, female Twitch streamers whose streams are about highlighting their physical assets) by pointing to two examples of Clancy's stories feature on the Twitch app being completely populated by e-girls.

ii.    Next, Ethan discusses Frogan by showcasing numerous instances of her moral bankruptcy. Despite Frogan claiming to support the Palestinian cause, she condemned the large streamer, Ludwig Ahgren ("Ludwig"), by telling him to keep his $10,000 donation to Palestine because Ludwig decided not to organize a charity drive for Palestinians (even though he encouraged his viewers to donate).

iii.    Ethan also highlights numerous instances of Frogan's cruelty. In one clip, Frogan wishes soldiers to get PTSD. A few days later – after the clip caused tremendous controversy – Frogan watched the clip while giggling and justifying her take. Despite veterans receiving protected status under Twitch's Community Guidelines, Twitch did nothing to sanction Frogan for these statements. In another clip, Frogan conducts a subathon (a marathon to acquire paid subscriptions) where she promises to make a cake recreating September 11th if she reaches a certain goal. Once again, Twitch did nothing. Ethan highlights the tweet that Frogan made on the morning of October 7th, while the massacre was still ongoing, that is referenced above. Ethan juxtaposes this tweet with audio of cell phone conversations of victims of October 7th speaking with their parents during their final moments.

iv.    Ethan critiques how Twitch props up Frogan, by refusing to sanction her, giving her awards and featuring her on Twitch's home page. He also mocks Frogan being nominated for a rising star award by her friends twice.

v.    Most notably, Ethan lambasts Twitch for allowing Frogan to host a panel at Twitchcon 2024. The panel involved a racial tier list with "Arab" at the top and "Loves Sabra" at the bottom. While the premise of the tier list is who

can say the word "Habibi" (an Arabic term of affection), the term "Loves Sabra"
was a dog whistle for Jews and Israelis for several reasons. First, Sabra is a well-
known Israeli commercial hummus brand that is on the Boycott, Divestment and
Sanctions list. Second, the term "Sabra" means a Jew born in Israel. Third, it falsely
asserts Israelis misappropriated Arab culture and identity. As evidenced by a clip
from Frogan's podcast, the purpose of disseminating this disinformation is to deny
the long historical ties of Jews to the Middle East and the Levant. Ethan further
highlights the hypocrisy and bigotry of these false claims by noting Arab culture
and cuisine is Israeli culture and cuisine because the majority of Israeli Jews are
from Arab countries or direct descendants of Jews from Arab countries. Fourth,
Ethan was put in the "Loves Sabra" category with Denims (another member of
Hasan's Waiting Room) "joking" that there should be a lower category for Zionist.
Fifth, Ethan notes that Ben Shapiro ("Shapiro") is put in the thumbnail for the video
with Ethan – despite Shapiro not being put on the list whatsoever. Rather, the only
explanation is that both Ethan and Shapiro are Jewish and married to women born
in Israel. Sixth, Ethan notes that the title of the video is *How Arab Are These Twitch
Streamers?!* – which belies the assertion that the ranking was merely about
hummus. Ethan concludes this segment to point out the hypocrisy of the panel
claiming to be concerned with minorities, while refusing to acknowledge why their
tier list makes a Jewish man uncomfortable. Finally, Ethan marvels that Twitch
approved the panel in the first place.

        vi.      Ethan critiques a Q&A session Clancy conducted on
Twitch shortly after the controversy over the racial tier list erupted. Several chatters
for the Q&A session asked Clancy to address the antisemitism on Twitch – all of
whom were banned from the chat.

        vii.      Ethan addresses the yearlong ban Twitch imposed to
prevent Israeli users from creating new Twitch accounts. The ban was enacted on
October 13, 2023 (*i.e.*, six days after October 7th) – which is also the Global Day of

Jihad (a day of mass rage, called for by Hamas leader, Khaled Mashal).[40] Despite numerous instances of Israeli Twitch streamers communicating directly with Twitch about the issue and trying to raise awareness online, Twitch either ignored or obfuscated the issue until there was a massive public outcry.

            viii.    Ethan goes on to excoriate Twitch for reinstating three well-known antisemites shortly after the ban was discovered: (1) Al-Haddad; (2) Nicolas 'Nico' Kenn De Balinthazy p/k/a Sneako; and (3) Amrou Fudl p/k/a Mryon Gaines from Fresh and Fit. Once again, Twitch reversed course after a public outcry.

            ix.    Ethan points out how antisemitism and anti-Israel animus appears institutionalized at Twitch. Ethan cites two Twitch employees in leadership positions who made antisemitic and anti-Israel posts online. First is Fadzai Madzingira ("Madzingira") – who was investigated and suspended from her role in the British media regulatory agency, Oxcom. Madzingira was called out in the middle of the United Kingdom's Parliament for her anti-Israel and antisemitic posts shortly after October 7th. After she resigned, Madzingira was hired by Twitch as a Senior Manager in Twitch's Trust & Safety Policy department (*i.e.*, the department responsible for the Community Guidelines). Another example is Bridget Kyeremateng – who is Twitch's Senior Manager for Inclusive Marketing – and has a history of making antisemitic and anti-Israel posts, including shortly after October 7th.

[40] Andrew Jeong, Washington Post, "France Bans Pro-Palestinian Protests Amid Call for Hamas 'Day of Rage'" (Oct. 13, 2023) *available at*: https://www.washingtonpost.com/world/2023/10/13/france-palestine-protest-hamas-day-of-rage/; Simon Wiesenthal Ctr., "Hamas Call for Worldwide 'Day of Rage'", (Oct. 2023), *available at*: https://www.wiesenthal.com/about/news/hamas-call-for-worldwide.html; ABC News Live, "Hamas Declares 'Day of Rage'" (Oct. 13, 2023), https://www.youtube.com/watch?v=dOoNLREwxJs; Meredith Deliso, ABC News, "Hamas 'Day of Rage' Protests Break Out in Middle East and Beyond" (Oct. 13, 2023), https://abcnews.go.com/International/hamas-day-rage-protests-break-middle-east/story?id=103955873.

x.    Ethan concludes the section by critiquing Twitch's biased and inconsistent enforcement of its Community Guidelines. He uses the ban of Steven Bonnell II p/k/a Destiny ("Destiny") as a case study. Destiny was permanently banned from Twitch for calling the streamer and transactivist Clara Sorrenti p/k/a Keffals "inbred." A montage is shown of Hasan repeatedly referring to Jews and Israelis as "inbred" or laughing at Jews being called "inbred." Hasan received no punishment from Twitch because he is Clancy's favorite streamer. Ethan recaps other examples of Hasan flagrant violations of Twitch's Community Guidelines that resulted in no consequences. Not only did Hasan call Jews and Israelis "inbred" and platformed terrorists and terrorist propaganda, Hasan threatened Senator Tom Cotton by replying to Senator Cotton's tweet with a schematic of the weapon used to assassinate Japanese Prime Minister Shinzo Abi. This is followed by a montage of numerous instances of alt-left streamers on Twitch making death threats without any (or minimal) consequences from Twitch.

g.    Conclusion (Ex. E at 1:40:30-1:42:05: Ethan ends *The Nuke* by summarizing the two reasons why he made the video. First, to stop Hasan's infiltration of mainstream media. Second, to hold Twitch accountable for enabling antisemitic and anti-Israel animus on its platform.

**H3Snark Promotes Frogan as a Substitute to Watching *The Nuke***

41.    Throughout January 2025, Ethan built up public interest in *The Nuke* by frequently discussing it on *The H3 Show*. The audience of Hasan and his Waiting Room – who comprised a large portion of the users on H3Snark – anticipated *The Nuke* with religious fervor to defend their proverbial Grand Mufti from criticism. These fanatics, however, did not want to watch the authorized version *The Nuke* because TEI would reap the benefits from the views and resulting advertising revenue.

42.    The H3Snark Mods knew that there was a huge demand to watch *The Nuke* through unauthorized channels and promoted "group viewing sessions" of

*The Nuke* as follows:

        a.    On January 30, 2025 (*i.e.*, the day before *The Nuke* was released), Doe No. 3 (*i.e.*, u/jewettornesarah) – as an H3Snark Mod and on behalf of the H3Snark Mods – created a pinned post entitled "MEGATHREAD | Content Nuke – Where to Watch & Discussion" ("First Inducement Post"). As a pinned community post, the First Inducement Post was featured at the very top of the H3Snark page in the "Community highlights" section before any other posts were visible. The H3Snark Mods did this to maximize the visibility of the First Inducement Post. The First Inducement Post featured Frogan as a place "to watch the nuke without showing support for H3" (*i.e.*, TEI) and a link was provided to her stream on Twitch. The First Inducement Post also stated that Frogan "supported" H3Snark "by engaging directly with [the H3Snark Mods] directly."  A true and correct PDF printout of the First Inducement Post is attached hereto as Exhibit F.

        b.    On January 31, 2025 (*i.e.*, the day *The Nuke* was released), the H3Snark Mods created and updated a pinned community post entitled "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread" (the "Second Inducement Post"). The Second Inducement Post was also a pinned community post that was featured at the very top of the H3Snark page to maximize visibility. The Second Inducement Post featured Frogan as a place "to watch reactions to this video" (*i.e.*, *The Nuke*) and a link was provided to her stream on Twitch. A true and correct PDF printout of the Second Inducement Post is attached hereto as Exhibit G.

        c.    At some point after January 31, 2025, the H3Snark Mods deleted the First Inducement Post and Second Inducement Post to conceal their contributory infringement of *The Nuke*.

    43.    The H3Snark Mods were well aware of Frogan's reputation for copyright infringement and lazy reaction videos. As such, the H3Snark Mods knew that it was highly likely Frogan's reaction to *The Nuke* would be an infringing

"group viewing session" of *The Nuke* and not a fair use. The H3Snark Mods coordinated with Frogan to direct H3Snark users to Frogan's "group viewing session" of *The Nuke* noting she was "*Live but not reacting yet*" to the Nuke. Ex G (original emphasis).

## The Law of Fair Use and Reaction Videos

44.     Fair use is codified in Section 107 of the Copyright Act. The statute sets forth four non-exclusive factors courts consider to evaluate fair use:

1.     [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
2.     [T]he nature of the copyrighted work;
3.     [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4.     [T]he effect of the use upon the potential market for or value of the copyrighted work

45.     The first fair use factor "relates to the problem of substitution" – *i.e.*, whether the new work "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary work "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of difference ***must*** be weighed against other considerations, like commercialism." *Id.* at 532 (emphasis added).

46.     While a "use that has a further purpose or different character is said to be 'transformative[,]' … 'transformativeness' is a matter of degree." *Warhol*, 598 U.S. at 529. Indeed, "an overbroad concept of transformative use, one that includes any further purpose, or any different character, would narrow the copyright owner's exclusive right to create derivative works." *Id.* "To preserve that right, the degree of transformation required to make 'transformative' use of an original must go beyond that required to qualify as a derivative." *Id.*

47.     The "first factor also relates to the justification for the use" both in the

"broad sense" and the "narrower sense." *Warhol*, 598 U.S. at 531-532. A use is justified in the "broad sense" if it has a "distinct purpose" that "furthers the goal of copyright, namely, to promote the progress of science and the arts, without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "wide dissemination of a secondary work would otherwise run the risk of substitution for the original or licensed derivatives." *Id.* Again, "the question of justification is one of degree." *Id.*

48.    A "critical book review" illustrates how a secondary use must be justified both in the broad and narrow sense. *Warhol*, 598 U.S. at 528 fn. 4. In the broad sense, the use of the original serves "a different purpose than the book" (*i.e.*, criticism and commentary). *Id.* In the narrow sense, "each quoted passage within the review likely serves a different purpose (an object of criticism) than it does in the book." *Id.* Critically, this "may not always be so" and "a court must consider each use within the whole to determine whether the copying is fair." *Id.* Consequently, "[e]ven book reviews are not entitled to a presumption of fairness." *Id.*, 598 U.S. at 532 fn. 7.

49.    There are several indicia of when a use for criticism or commentary is not sufficiently transformative to justify a secondary use.

a.    When the "commentary has no critical bearing on the substance or style of the original composition, the claim to fairness in borrowing from another's work diminishes accordingly (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531. Indeed, "a loose topical connection" with the original work is equally problematic. *McGucken*, 42 F.4th at 1159.

b.    When "a defendant copies more than is necessary to facilitate 'comment or criticism.'" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d

736, 751 (S.D.N.Y. 2017). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression must be in service of commentary on that work. It is not enough for part of a work to have a transformative purpose." *Id.*

      c.    When the "use" of the copyrighted work "is not consistently transformative." *Elvis Presley*, 349 F.3d at 628. For example when "clips are played without much interruption, if any" or "used in excess of [the] benign purpose." *Id.* at 629.

      d.    The use of "voice overs," "headlines or captions"  or "wholesale copying sprinkled with written commentary," fails to sufficiently transform a copyrighted work under the first fair use factor. *Monge*, 88 F.3d at 1174, 1176; *Elvis Presley*, 349 F.3d at 628-629. Additionally, "[w]hen a copyrighted work is used simply to illustrate what that work already depicts, the infringer adds no further purpose or different character" and "copyright law treats the infringer as freeriding on the inherent value of the original work." *McGucken*, 42 F.4th at 1158.

      e.    The first fair use factor "does not" favor "any user who wants to reach different buyers, in different markets, consuming different products." *Warhol*, 598 U.S. at 548 fn. 22.

    50.    As mentioned, the degree to which a secondary use has a different purpose or character, "must be weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id*. at 537.

    51.    Commercialism examines "the degree to which the new user exploits the copyright for commercial gain—as opposed to incidental use as part of a commercial enterprise." *Elvis Presley*, 349 F.3d at 627. Courts consider whether the defendant was "motivated by profits" and "profited from the publication." *Monge*, 688 F.3d at 1176. Further, if the defendant "is not advertising a scholarly critique or

COMPLAINT

historical analysis, but instead seeks to profit at least in part from the inherent entertainment value" of the original, the use is commercial. *Elvis Presley*, 349 F.3d at 628. Finally, commercialism exists "when a secondary user makes unauthorized use of copyrighted material to capture significant revenues as a direct consequence of copying the original work." *Blanch v. Koons*, 467 F.3d 244, 253 (2d Cir. 2006).

52.     In *Hosseinzadeh*, the Court found the first fair use factor favored fair use because the Klein video was "quintessential criticism and comment … on the Hoss video" – namely consistent "mockery" of Matt Hoss' "performance … dialog and plotlines." 276 F.Supp.3d at 40, 45-46. The Klein video was consistently transformative by "intersperse[ing] relatively short segments of the Hoss video with long segments of the Kleins' commentary." *Id.* at 40.

53.     The second fair use factor (*i.e.*, "the nature of the copyrighted work") "typically has not been terribly significant in the overall fair use balancing." *McGucken*, 42 F.4th at 1161. This factor examines "the extent to which [the original work] is creative and whether it is unpublished." *Id.* Even when a work "document[s] a real event," the work can still be "creative because [it is] the product of many technical and artistic decisions." *Id.* Whether a work is published is defined by whether the author exhausted the "right to control the first public appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is published "does not weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

54.     In *Hosseinzadeh*, the Court found the second fair use factor "weigh[ed] against a finding of fair use" because the Hoss video was "a creative work" – despite the work being published. 276 F.Supp.3d at 46.

55.     The third fair use factor examines "the quantitative amount and qualitative value of the original work used in relation to the justification for that use." *McGucken*, 42 F.4th at 1162. Consequently, the third fair use "factor circles back to the first factor because the extent of permissible copying varies with the purpose and character of the use." *Id.*

56.     When "the amount used is substantial with respect to the infringing work, it is evidence of the value of the copyrighted work." *Elvis Presley*, 349 F.3d at 630. Indeed, "[c]opying an entire work militates against a finding of fair use." *VHT, Inc. v. Zillow Group, Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however, "the new user only copies as much as necessary for his or her intended use, this factor will not weigh against the new user." *Elvis Presley*, 349 F.3d at 630.

57.     In *Hosseinzadeh*, the Court found that the third fair use factor was "neutral" because, while the Klein video copied "a great deal" of the Hoss video, "the 'extent' and 'quality and importance' of the video clips used by [the Kleins] were … plainly necessary to the commentary and critique." 276 F.Supp.3d at 46.

58.     The fourth fair use factor is the "undoubtedly the single most important element of fair use." *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. 536, 566 (1985). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

59.     The fourth fair use factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm" caused by the secondary use, "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

60.     The fourth fair use factor also "must take into account the public benefits the copying will likely produce." *Google LLC v. Oracle America, Inc.*, 593 U.S. 1, 35 (2021). In other words, does the use "serve copyright's goal of enriching

public knowledge." *Warhol*, 598 U.S. at 531 (quoting *Authors Guild v. Google, Inc.*, 804 F.3d 202, 214 (2d Cir. 2015) (Level, J.). When the original work is associated with "dangerous misinformation," it does not serve the public benefit and results in "actual and reputational harm" to the market for the original work – even when the "primary markets … do not meaningfully overlap." *National Academy of Television Arts and Sciences, Inc. v. Multimedia System Design, Inc.*, 551 F.Supp.3d 408 (S.D.N.Y. 2021).

61.    In *Hosseinzadeh*, the Court found the fourth fair use factor "weighs in favor of a determination of fair use." 276 F.Supp.3d at 47. The Klein video did not "usurp[] demand for the copyrighted work, thereby resulting in a loss for the infringee or unjust enrichment for the infringer." *Id.* at 46. To the contrary, "the Klein video [did] not serve as a market substitute for the Hoss video" because the Klein video "transform[ed] the Hoss video from a skit into fodder for caustic, moment-by-moment commentary and mockery." *Id.* at 47. Consequently, "the Klein video [did] not offer a substitute for the original." *Id.*

**Frogan's "Group Viewing Session" Failed to Make a Fair Use of *The Nuke***

62.    It is readily apparent that the primary and overriding purpose of Frogan's use of *The Nuke* was to commercially exploit a "group viewing session" of *The Nuke* and have it serve as a substitute for the original.[41] This is evidenced by:

a.    Frogan's statements demonstrating that she intended for her "group viewing session" to serve as a substitute for *The Nuke*, such as:

i.    On January 30, 2025 (*i.e.*, the day before *The Nuke* was released), Frogan made a statement on stream demonstrating her "group viewing session" – along with the group viewing sessions of her friends – would serve as a substitute for the original:[42]

---

[41] A true and correct copy of Frogan's January 31, 2025 broadcast is located on the Flash Drive as Exhibit H.

[42] A true and correct copy of a clip from Frogan's January 30, 2025 stream is located on the Flash Drive as Exhibit I.

***He [i.e., Ethan] wants to maximize numbers [i.e., views].*** Here's the thing though. ***No matter what, there are going to be people [i.e., other creators] that they [i.e., the audience] would rather watch it with*** – no matter what time he goes live. Denims goes live at like 7:00 in the morning. Sean goes live early as fuck. MikeFromPA also goes on early as fuck. I go live in the afternoon, but lately I've been going live a little bit earlier.

*See* Ex. I.

        ii.     Shortly before watching *The Nuke*, Frogan made the following statements acknowledging: (1) that her "group viewing session" of *The Nuke* was a substitute for watching the original; and (2) H3Snark was funneling audience members to Frogan's "group viewing session" of *The Nuke*, with statements such as:

        1.     "We have a bingo card. Uh, the Snark Reddit made it. Shout out to them." Ex. H at 19:53;

        2.     "Thank you guys so much! I do appreciate everyone's support. And thank you for ***watching*** it [*The Nuke*] with me." Ex. H at 34:04;

        3.     "[Reading chatter] First time viewer. ***Time to watch the new nuke ethically.*** [Frogan's response] Hell yeah!" Ex. H at 38:54;

        4.     "[Reading chatter] If found my way from Reddit! [Frogan's response] Hi guys! Welcome Reddit people! Reddit people! Reddit people!" Ex. H at 52:16;

        5.     "[Reading chatter] I came from the H3Snark reddit. Ethan is so pathetic, while Hasan is unbothered and having a great time. [Frogan's response] Exactly!" Ex. H at 54:09;

        6.     "[Reading chatter] We're going to watch live. Right? [Frogan's response]. ***We're going to watch it live. Yes!***" Ex. H at 1:09:38.

        b.     Frogan begins her "group viewing session" of *The Nuke* one minute after *The Nuke* was released to the public. Ex. H at 1:10:34. The timing of

Frogan's "group viewing session" of *The Nuke* demonstrates that she did not prescreen it to formulate her opinions prior to broadcast. Rather, Frogan timed her "group viewing session" to occur immediately after *The Nuke* was released to capitalize on the great public interest in *The Nuke* and siphon as many viewers as possible away from the original to herself. In other words, her priority was to personally and financially benefit from providing a substitute for the original and any commentary and criticism was a mere afterthought.

        c.    On forty separate occasions, Frogan's "group viewing session" comprises of watching *The Nuke* (primarily at 1.5 to 1.75 speed) for thirty seconds or more with no commentary whatsoever (or, at most, including an unintelligible word or phrase). In most instances, Frogan is not even paying attention to *The Nuke.* Rather, her head is buried in her phone texting someone else. In the aggregate, these excerpts comprise 72 minutes (or approximately 70%) of *The Nuke.* The poverty of Frogan's commentary – coupled by showing long, unadulterated portions of *The Nuke* – further demonstrates Frogan intended her "group viewing session" to serve as a substitute for the original.

| | Timestamps of Excerpt from Frogan's Group Viewing Session | Total Duration of Excerpt from Frogan's Group Viewing Session | Speed *The Nuke* is Played | Duration of *The Nuke* Shown (Accounting for Speed) |
|---|---|---|---|---|
| 1 | 1:12:43-1:13:31 | 48 Seconds | Normal | 48 Seconds |
| 2 | 1:14:39-1:15:10 | 31 Seconds | Normal | 31 Seconds |
| 3 | 1:15:26-1:16:25 | 59 Seconds | Normal | 58 Seconds |
| 4 | 1:16:34-1:17:21 | 47 Seconds | Normal | 47 Seconds |
| 5 | 1:18:39-1:19:19 | 40 Seconds | Normal | 40 Seconds |
| 6 | 1:19:54-1:20:53 | 59 Seconds | Normal | 59 Seconds |
| 7 | 1:24:10-1:24:44 | 34 Seconds | 1.75 | 59.5 Seconds |
| 8 | 1:25:47-1:26:45 | 58 Seconds | 1.75 Speed | 101.5 Seconds |
| 9 | 1:26:49-1:27:26 | 37 Seconds | 1.75 Speed | 64.75 Seconds |

| | Timestamps of Excerpt from Frogan's Group Viewing Session | Total Duration of Excerpt from Frogan's Group Viewing Session | Speed *The Nuke* is Played | Duration of *The Nuke* Shown (Accounting for Speed) |
|---|---|---|---|---|
| 10 | 1:27:29-1:28:20 | 51 Seconds | 1.75 Speed | 89.25 Seconds |
| 11 | 1:28:40-1:29:10 | 30 Seconds | 1.75 Speed | 52.5 Seconds |
| 12 | 1:31:05-1:32:58 | 113 Seconds | 1.75 Speed | 197.75 Seconds |
| 13 | 1:35:38-1:36:28 | 50 Seconds | 1.75 Speed | 87.5 Seconds |
| 14 | 1:38:04-1:39:27 | 83 Seconds | 1.75 Speed | 145.25 Seconds |
| 15 | 1:41:18-1:41:55 | 37 Seconds | 1.75 Speed | 64.75 Seconds |
| 16 | 1:48:21-1:49:01 | 40 Seconds | 1.5 Speed | 60 Seconds |
| 17 | 1:52:27-1:53:06 | 39 Seconds | 1.5 Speed | 58.5 Seconds |
| 18 | 1:55:37-1:57:32 | 115 Seconds | 1.5 Speed | 172.5 Seconds |
| 19 | 1:57:39-1:59:18 | 99 Seconds | 1.5 Speed | 148.5 Seconds |
| 20 | 2:00:49-2:02:07 | 78 Seconds | 1.5 Speed | 117 Seconds |
| 21 | 2:04:19-2:05:00 | 41 Seconds | 1.5 Speed | 61.5 Seconds |
| 22 | 2:05:55-2:06:38 | 43 Seconds | 1.5 Speed | 64.5 Seconds |
| 23 | 2:06:57-2:07:56 | 59 Seconds | 1.5 Speed | 88.5 Seconds |
| 24 | 2:09:38-2:10:17 | 39 Seconds | 1.5 Speed | 58.5 Seconds |
| 25 | 2:10:39-2:12:30 | 111 Seconds | 1.5 Speed | 166.5 Seconds |
| 26 | 2:13:23-2:14:59 | 99 Seconds | 1.5 Speed | 148.5 Seconds |
| 27 | 2:20:51-2:22:35 | 104 Seconds | 1.75 Speed | 182 Seconds |
| 28 | 2:22:46-2:24:13 | 87 Seconds | 1.75 Speed | 152.25 Seconds |
| 29 | 2:27:25-2:28:11 | 46 Seconds | 1.75 Speed | 80.5 Seconds |
| 30 | 2:32:48-2:34:00 | 72 Seconds | 1.75 Speed | 108 Seconds |
| 31 | 2:34:36-2:35:50 | 74 Seconds | 1.75 Speed | 129.5 Seconds |
| 32 | 2:36:18-2:37:35 | 77 Seconds | 1.75 Speed | 134.75 Seconds |
| 33 | 2:37:39-2:39:10 | 91 Seconds | 1.5 Speed | 136.5 Seconds |
| 34 | 2:47:20-2:48:04 | 44 Seconds | 1.5 Speed | 66 Seconds |

| | Timestamps of Excerpt from Frogan's Group Viewing Session | Total Duration of Excerpt from Frogan's Group Viewing Session | Speed *The Nuke* is Played | Duration of *The Nuke* Shown (Accounting for Speed) |
|---|---|---|---|---|
| 35 | 2:54:43-2:55:30 | 47 Seconds | 1.5 Speed | 70.5 Seconds |
| 36 | 3:16:28-3:17:23 | 55 Seconds | 1.5 Speed | 82.5 Seconds |
| 37 | 3:22:08-3:22:48 | 40 Seconds | 1.5 Speed | 60 Seconds |
| 38 | 3:23:56-3:25:01 | 65 Seconds | 1.5 Speed | 97.5 Seconds |
| 39 | 3:25:38-3:26:34 | 56 Seconds | 1.5 Speed | 84 Seconds |
| 40 | 3:27:40-3:28:24 | 44 Seconds | 1.5 Speed | 66 Seconds |

d.    In a completely separate instance from those listed above, Frogan provides an "empty chair reaction" – *i.e.*, letting *The Nuke* play while Frogan is completely off-screen. At a certain point, Frogan asks her audience: "Can I use the bathroom please? ***I'll leave it [i.e., The Nuke] playing***." Ex. H at 2:15:00-2:15:10. For one minute and fifty-one seconds, Frogan lets *The Nuke* play at 1.5 speed (*i.e.*, a total of two minutes and forty-six seconds of original) while she is off-screen relieving herself. *Id.* at 2:15:11-2:17:02. When she returns, Frogan is practically silent for an additional minute and three seconds (*i.e.*, at total of one minute and thirty-four seconds of *The Nuke*). *Id.* at 2:17:03-2:18:06.

e.    Even when Frogan does pause *The Nuke*, those moments frequently comprise of painfully pregnant pauses as Frogan struggles to find something to say. Many of these excruciating moments of silence (or primarily silence) last ten seconds or longer.[43] The consistent "dead air" during Frogan's "group viewing session" further emphasizes that commenting on and critiquing *The*

[43] *See e.g.*, Ex. H at 1:29:11-23, 1:29:28-59, 1:33:09-1:33:23, 1:37:32-42 1:40:41-1:41:00, 1:45:04-18, 1:45:52-1:46:16, 1:47:05-25, 1:47:45-1:48:20, 1:49:20-32, 1:50:09-22, 1:51:03-49, 1:59:35-50, 2:00:32-48, 2:20:17-39, 2:32:33-47, 2:34:08-2:34:35, 2:39:30-40, 2:42:29-59, 2:47:09-19, 2:50:20-31, 2:55:31-52, 3:02:48-3:03:06, 3:04:30-50, 3:05:00-11, 3:05:26-47, 3:07:00-10, 3:08:41-53, 3:15:34-48, 3:20:13-30, 3:22:49-3:23:09

*Nuke* was an afterthought to the primary purpose of Frogan's "group viewing session" – *i.e.*, to financially capitalize on the public interest in *The Nuke* by siphoning views away from the original and to herself. If the opposite were true, Frogan would have taken her time to formulate her thoughts and select the portions of *The Nuke* she intended to critique.

    f.  Frogan also uses her "group viewing session" to infringe on other copyrighted works. For example, the intro of Frogan's "group viewing session" consists of playing numerous songs in their entirety by the artist Bad Bunny, while a countdown clock is displayed for when her stream will begin. Ex. H at 0:00:00-0:13:19. On another occasion she plays an uninterrupted twenty-nine second excerpt of *Arab Money (Remix)* by the artist Busta Rhymes without any commentary or criticism. *Id.* at 1:50:23-52.

    g.  Frogan fails to address the vast majority of points raised in *The Nuke*, which further emphasizes that Frogan's primary purpose was to host a "group viewing session" of *The Nuke* and that any criticism was an afterthought. The points from *The Nuke* that Frogan fails to address are detailed below:

      i.  Frogan fails to address the following points raised in the Prologue of *The Nuke*: (1) Hasan's take on the Uyghurs in China; (2) the primary political difference between Ethan and Hasan on the Israeli/Palestinian conflict; (3) Ethan's support of the Palestinian cause; (4) the underlying concern of the Mizrahi Jews (and Israelis in general) with the one-state solution; (4) Hasan's support of terrorism; (5) Ethan's commentary on Hasan and his friends discussing how they radicalize their audience through the "radicalization funnel"; (6) Hasan conceding he is a propogandist; and (7) Hasan's hatred of liberals.

      ii.  Frogan fails to address the following points raised in the Twitch Parody Sketch of *The Nuke*: (1) Twitch embracing extremist rhetoric; (2) Twitch rebranding terrorism; and (3) the media bias report demonstrating Hasan is not a reliable source of information.

iii.    Frogan fails to address nearly every point raised in the Houthis Section of *The Nuke*, namely: (1) Hasan glorifying and disseminating Houthi propaganda; (2) the Houthis' atrocities and how they contradict leftist values; (3) the critiques of Hasan indoctrinating Nick (*e.g.*, the Houthi music video, calling the video a "musical," calling the Houthis "musical people," debunking Hasan's assertions on the hijacking of the *Galaxy Leader*, the critiques of Hasan's belief that the Jews will just leave Israel if commerce is disrupted and that the majority of Israelis are Jews from Arab countries); (4) the entire segment concerning Al-Haddad; (5) that Hasan deflects criticism by pulling the genocide card; and (6) Hasan being unable to locate Yemen on the map.

iv.    Frogan fails to address a single substantive point raised in the Hezbollah Section of *The Nuke*, notably: (1) Hasan glorifying and disseminating Hezbollah propaganda; (2) Hezbollah's atrocities and how they contradict leftist values; (3) Hasan praising Nasrallah and Nasrallah's antisemitic statements; and (4) Hasan's apologia of Hezbollah.

v.    Frogan also fails to address a single substantive point raised in the Hamas Section of *The Nuke*, notably: (1) Hasan disseminating and glorifying Hamas propaganda; (2) Hamas' atrocities and how they contradict leftist values; (3) the critique of Hasan's reaction to the hostage release video, the sniper rifle video and Hasan's analysis of the same; (4) the critique of Hasan's denial of sexual violence on October 7th; and (4) the critique that Hasan denies the suffering of Israeli victims to make Hamas unimpeachable.

h.    Frogan's poverty of commentary on *The Nuke* is so blatantly obvious that her chat consistently lambasts her lack of commentary. Notable examples are provided below.

i.    On at least three occasions, Frogan reads chats calling her out for her failure to address the points raised in *The Nuke*, such as:

1.    "***Don't you have anything to say?***" Ex. H at

2:24:50-2:25:31.

     2.  "***Could you make at least one good point?***" Ex. H at 2:26:34-46.

     3.  "***How anyone listens or watches you is insane?!***" Ex. H at 3:08:00-15.

    ii.  Frogan's response to these critiques effectively concedes she is incapable of providing substantive commentary by stating:

     1.  "***Like what commentary do you want me to add? By like, oh, this guys a fucking idiot, he's mentally ill and he's having a mental breakdown and uploaded it to fucking YouTube***" Ex. H at 2:25:16-31.

     2.  "***What do you want me to make a point on?***" Ex. H at 2:26:34-46.

     3.  Calling people a "***Bitch***" (Frogan's personal favorite). Ex. H at 3:08:00-15.

    iii.  On at least three occasions, Frogan reads chats calling her out for being a hypocrite, such as:

     1.  Frogan dragging the crew into the dispute (Ex. H at 3:15:49-3:16:00), despite Frogan previously stating that the crew should be left alone (*id.* at 2:19:17-47, 2:20:40-50).

     2.  Frogan is not a pacifist (Ex. H at 3:31:26-3:34:05), despite claiming to be a pacifist (*id.* at 3:30:47-3:31:12).

     3.  Frogan not being aware of the context of a clip (Ex. H at 1:23:20-26), despite accusing Ethan of using clips out-of-context (*id.* at 1:22:09-29).

    iv.  Finally, on at least two occasions, Frogan reads chats calling her out for engaging in "damage control" and "running defense." Ex. H at 3:14:11-17, 3:28:25-27.

    i.  When Frogan does share her thoughts during her "group

viewing session," most of her statements that have no critical bearing (or minimal critical bearing) on the style or substance of *The Nuke.* Below are some examples:

       i.     One of the most frequent utterances by Frogan is expressing excitement over the appearance (or non-appearance) of her friends in *The Nuke. See e.g.*, Ex. H at 1:39:31, 1:39:47-55, 1:46:56-1:47:04, 2:10:18-19, 2:19:03-08, 3:02:13-35, 3:03:18-20, 3:03:26-27, 3:05:48-3:06:35, 3:07:11-49, 3:29:57-3:30:37. In these specific instances, Frogan does not address how her friends are portrayed in *The Nuke.*

       ii.    On numerous occasions, Frogan makes utterances that are completely incoherent. *See e.g.,* Ex. H at 1:25:44-46, 1:36:31-52, 1:37:26-31, 1:53:19-22, 2:25:56-69, 2:27:15-24, 3:19:34-3:29:09, 3:34:45-50.

       iii.   On other occasions, Frogan will discuss completely unrelated topics, such as: (1) the purported harassment of her friend (Ex. H at 1:35:10-37); (2) an emergency notification she received (*id.* at 2:03:41-54); (3) thanking another streamer for raiding (*i.e.*, directing viewers to) Frogan's stream (*id.* at 2:06:39-56, 2:07:40); (4) discussing a dispute between Ethan and Daniel Keem p/k/a Keemstar (*id.* at 2:34:01-07, 2:34:23-24); (5) arguing with her chat on completely unrelated points (*id.* at 2:12:31-36, 3:21:38-45, 3:22:05:07); and (6) discussing members of the crew for the *H3 Podcast* (*id.* at 2:18:07-29, 2:19:17-47, 2:20:00-16, 2:20:40-50, 3:15:49-3:16:00).

       iv.   In other instances, Frogan merely narrates what is shown in *The Nuke. See e.g.*, Ex. H at 1:12:16-24, 1:36:29-30, 2:02:22-32, 2:42:06-11, 2:42:06-11, 3:10:40-41.

       v.    Frequently, Frogan engages in superficial *ad hominem* attacks on Ethan without any further discussion, such as calling him stupid, crashing out, having a mental breakdown and other personal attacks. *See e.g.*, Ex. H at 1:50:51-1:11:00, 1:52:25-26, 1:53:50-55, 1:59:51-2:00:04, 2:02:08-21, 2:05:01-54, 2:13:10-22, 3:12:57-3:13:29, 3:35:18-3:37:07.

vi.     Frogan complains about the length of *The Nuke* with little explication. *See e.g.*, Ex. H at 1:20:54-1:21:06, 1:37:59-1:38:03, 1:40:12-17, 1:54:13-17, 2:00:05-11, 2:07:30.

vii.     Frogan plays the bingo game created by H3Snark. *See e.g.*, Ex. H at 19:53, 1:11:38-42, 1:11:57, 1:14:18; 1:14:34, 1:54:25-28, 1:54-44-1:55:36, 1:57:33-38, 2:12:55-2:13:01.

viii.     Other times, Frogan makes brief and surface level insults and complaints about *The Nuke*, such as: (1) claiming she is disgusted watching *The Nuke* (Ex. H at 1:12:35-42); (2) claiming *The Nuke* is just a clip compilation with voiceovers (*id.* 1:21:15-18); (3) complaining how Hasan's dog, Kaya, is portrayed (*id.*, 1:48:06-20, 1:53:07-12); (4) calling *The Nuke* a "content sparkler" (*id.*, at 2:03:23-31, 2:03:55-2:04:18); (5) complaining about *The Nuke's* use of the Miami Boys Choir (*id.*, at 2:08:16-25); and (6) brief insults of the sound effects, editing and graphics used in *The Nuke* (*id.*, at 1:22:09-12, 1:27:27-28, 2:24:14-16, 2:30:27-35).

j.     In other instances, Frogan makes blithe and unsupported false assertions about *The Nuke* and Ethan. Frogan's inability or unwillingness to substantiate her comments demonstrates that – if Frogan's primary purpose was to critique *The Nuke* – she would have taken the time to substantiate her assertions. The lack of substantiation further emphasizes that Frogan's primary purpose was – not to critique *The Nuke* – but to provide a substitute for the original. Below are some examples of Frogan's unsubstantiated false assertions:

i.     That Ethan should not provide political analysis. Ex. H at 1:29:20-31, 1:22:59-1:23:03. The irony of this comment is that Frogan proves that she is incompetent at providing political analysis herself. For example, when *The Nuke* discusses Hasan's tweet to Senator Cotton of the schematics of the gun used to assassinate Shinzo Abi, Frogan initially confuses Senator Cotton with Senator Chuck Schumer of New York (who is Jewish) and only realizes her mistake when

her chat points out that "AR" (*i.e.*, the abbreviation for Arkansas) is in Senator Cotton's username. *Id.* at 3:29:19-56.

         ii.     Ethan doesn't care about Muslims. Ex. H at 1:19:44-53.

         iii.    Falsely claiming Arabs have not killed Israelis; rather, only Israelis have killed Arabs (Palestinians have killed 1,706 Israelis just since Oct 7, 2023).[44] Ex. H at 1:28:21-27.

         iv.    Ethan is not a democrat. Ex. H at 1:15:11-25.

         v.     Hila called for killing "baby militants." Ex. H at 1:26:46-48.

         vi.    Ethan is dishonest. Ex. H at 2:35:51-2:36:17.

         vii.   That the clips used in *The Nuke* lack context – despite failing to provide or explain the omitted context. Ex. H at 1:22:12-16.

         viii.   That the clips used in *The Nuke* were pulled from Destiny's subreddit. Ex. H at 1:22:17-29, 1:23:15-19, 2:03:32-37, 2:22:36-45, 3:31:13-16. Not only does Frogan fail to substantiate this assertion, she does not explain how this alters the meaning or content of the clips used in *The Nuke*.

         k.    In the rare instances where Frogan does engage with the content of *The Nuke*, her comments primarily concern her favorite topic: herself. Most of these observations have little to no critical bearing on the style or substance of *The Nuke*. The remainder involve making repetitive comments to defend herself – demonstrating Frogan could have used far less of *The Nuke* to make her critiques and defend herself. Examples include.

         i.     Frogan expressing excitement that she was included in *The Nuke*. Ex. H at 1:32:59-1:33:08, 1:40:29-32.

         ii.    Indulging in her fantasy that Ethan is obsessed with her

---

[44] Royal United Services Institute, *Israel and Gaza: A Ceasefire, Not Peace*, (≈Feb.–Mar. 2025) *available at*: https://www.rusi.org/resource/israel-and-gaza-a-ceasefire-not-peace.html.

(when the opposite is clearly the case). Ex. H at 1:45:00-03, 1:45:19-51, 1:46:32-45, 1:49:15-19.

          iii.     Repeatedly regurgitating her bitterness at *The Nuke's* joke that she is paid by Qatar. Ex. H at 1:49:42-1:50:08, 1:51:57-1:52:00, 2:02:30-2:03:23, 2:28:17-27.

          iv.     Expressing bewilderment at what was wrong with her comments and posts attacking Ethan. Ex. H at 1:33:24-30, 1:33:54-58, 1:34:06-10.

          v.     Gloating over her rising star award. Ex. H at 1:45:52-1:46:16.

          vi.     Thanking Ethan for using a recent picture of her. Ex. H at 1:46:17-27.

          vii.     Taking issue with being described as Hasan's "head mod" despite *The Nuke* never making that claim. *Compare* Ex. H at 1:24:10-44 *with Id.* at 1:24:45-52, 1:46:52-56.

          viii.     During the segment of *The Nuke* critiquing Frogan for her comments towards Ludwig, Frogan repeats the same explanation and apology throughout the segment. Ex. H at 2:45:17-2:49:27.

          ix.     During the segment of *The Nuke* critiquing Frogan for her comment that she wishes veterans get PTSD, Frogan: (1) repeats her assertion that the clip was taken out of context (but when the context is show – *i.e.*, that her comment does not apply to veterans who confess their sins – it does not ameliorate the criticism); (2) repeatedly stating she is embarrassed by what she said, despite continuing to laugh over her statements about veterans; and (3) falsely stating she was banned for thirty days due to her statements – when the actual reason for her ban was the racial tier list she hosted at TwitchCon.[45] Ex. H at 2:49:27-2:52:35.

---

[45] We know for certain that the ban was for the TwitchCon panel and not Frogan's statements about veterans because all the panelists received the same thirty day ban on the same day. Rich Stanton, PC Gamer "Under pressure from pro-Israel group, Twitch bans several Arab streamers over a month-old TwitchCon panel" (October, (continued).

x. During the segment of *The Nuke* critiquing Frogan's X post on October 7th, Frogan repeats her paltry and unpersuasive attempt to excuse her post by focusing solely on the time it was made (*i.e.* the morning of October 7th on the east coast – which was over ten hours after the attacks began).[46] Ex. H at 2:52:52-2:55:30. Frogan also strategically omits that she liked several posts on X praising Hamas on October 7th. *See e.g.*, ¶ 19(b), *supra*.

xi. During the segment of *The Nuke* critiquing Frogan's panel at TwitchCon 2024 (Ex. H at 3:00:33-3:17:23), Frogan makes such a transparent attempt at damage control that her chat calls her out for it. *Id.* at 3:14:11-17. Frogan's damage control consists of:

1. Making brief statements that are minimally related or completely unrelated to *The Nuke* (Ex. H at 3:00:33-3:31:48);

2. Repeatedly denying she knew that the word "Sabra" means a Jew born in Israel – despite claiming to be an expert in the Middle East (Ex. H at 3:01:49-58, 3:09:19-22, 3:14:45-3:15:02);

3. Providing no substantive response to being called antisemitic (Ex. H at 3:02:36-3:03:17, 3:04:03-3:05:15);

4. Shifting the focus from the discussion on Jews from Arab countries to her family's expulsion during the 1948 War (Ex. H at 3:03:28-3:04:03);

5. Repeatedly attempting (albeit unsuccessfully) to minimize Denims' comment that Ethan should be put into a new category called "Zionist" (Ex. H. at 3:10:40-41, 3:10:59-3:11:19, 3:15:15-16, 3:16:26-27) and that

22, 2025), *available at*: https://www.pcgamer.com/gaming-industry/under-pressure-from-pro-israel-group-twitch-bans-several-arab-streamers-over-a-month-old-twitchcon-panel/ If Frogan's statements about veterans constituted as separate infraction, she would have received additional sanctions from those received by her fellow panelists.

[46] Taija Perry Cook, Snopes, "Timeline: The Oct. 7 Hamas Attack and Israel's Retaliatory War on Gaza" (Nov. 30, 2023) *available at*: https://www.snopes.com/articles/465623/oct-7-hamas-attack-and-israeli-retaliation/

Ethan is a Zionist because of his takes on Palestine (*id.* at 3:11:26-30);

        6.    Making the bizarre claim that she has no role is creating thumbnail or uploading the video of the racial tier list from TwitchCon to her podcast channel (Ex. H. at 3:12:15-22); and

        7.    Claiming that it is easy to "debunk blatant lies" – yet failing to debunk anything material or substantive (Ex. H at 3:14:18-21).

        xii.    During the segment of *The Nuke* on Twitch banning the creation of new accounts in Israel and Palestine (Ex. H at 3:16:28-3:21:29), Frogan repeats the same critique that the ban included Palestine. *Id.* at 3:17:24-29, 3:17:35-39, 3:18:23-37, 3:19:24-34, 3:20:10-12, 3:20:34-40, 3:21:26-29.

        l.    To be certain, there are brief and fleeting moments when Frogan makes a highly transformative use of *The Nuke*. Where *The Nuke* seeks to expose how Hasan radicalizes people online to be antisemitic and anti-Israeli, Frogan attempts to use *The Nuke* for the exact opposite purpose: to radicalize her audience to be more antisemitic and anti-Israeli. The transformative nature of these moments are undermined (if not erased) by showing far more of *The Nuke* than is necessary to achieve this purpose. Examples include:

        i.    On two occasions, *The Nuke* discusses Mizrahi Jews living in Israel. Ex. H at 1:28:55-1:32:07, 3:03:26-47. When *The Nuke* discusses that the number of Mizrahi Jews expelled from Arab countries exceeded the number of Palestinians expelled during the Naqba, Frogan makes the facially frivolous assertion that this is a form of "erasing the Naqba." *Id.* at 1:29:24-27. Frogan does not explain how recognizing the tragedy that occurred to Mizrahi Jews erases the tragedy of the Naqba. Rather, Frogan provides an anecdote about how her paternal grandparents were told to leave and come back in four months. *Id.* at 1:30:26-1:31:04.

        ii.    On three occasions, Frogan accuses Ethan of conflating Judaism with Zionism. Ex. H at 2:08:38-2:09:02, 2:17:28-29, 3:11:34-55. Not only

is it cruelly ironic that someone who hates Israel has the audacity to opine on this issue, it also reveals Frogan's fundamental lack of understanding of Jewish people.[47] A 2019-2020 Pew Research Center survey of 4,718 American Jews found 82% considered caring about Israel to be "essential" or "important" to what it means to be Jewish.[48] In another poll conducted in December 2024 of 800 American-Jewish adults, "70% think anti-Zionist movements are antisemitic by definition" and only "9% strongly disagree with that statement."[49]

        m.    *The Nuke* takes the vast majority of the screen for Frogan's "group viewing session" – while Frogan sequesters herself to a small portion of the screen that deemphasizes her presence. Frogan's objective was to provide a large and unobstructed view of *The Nuke* to her audience – which further emphasizes her primary purpose was to provide a substitute for the original.

        n.    Frogan's use of *The Nuke* was highly commercial. During her "group viewing session" of *The Nuke*, Frogan: (1) repeatedly calls upon her

[47] A "Zionist" is someone who believes in the right of Jewish self-determination in their ancestral homeland. It is a broad umbrella that includes those who "consider the rights of Palestinians to be fundamental to Zionism's success." Frequently, "policies carried out by the Israeli government that harm and suppress Palestinians are often conflated by anti-Zionists as representing Zionism as a whole." This conflation has "a marginalizing effect on Jews" and is often "indistinguishable from anti-Semitism in its expression" because it uses "anti-Semitic tropes." Encyclopedia Brittanica, "Zionism" *available at*: https://www.britannica.com/topic/Zionism

[48] Justin Nortey, Pew Research Center "U.S. Jews have widely differing views on Israel" (May 21, 2021) *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/; Pew Research Center, "Jewish Americans in 2020, Appendix A: Survey methodology" (May 11, 2021) *available at*: https://www.pewresearch.org/religion/2021/05/11/appendix-a-survey-methodology-4-2/

[49] The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast Majority of U.S. Jewish Community" (February 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%202.11.2025.pdf?ver=1739292818681

audience to pay her for a subscription to her channel;[50] (2) thanks new
subscribers;[51] and (3) promotes her podcast.[52] Both before and during Frogan's
"group viewing session" of *The Nuke*, Frogan places her paid subscription goal
prominently on the screen, including (1) a "Chat Powerpoint Topic" (*see e.g.*, Ex. H
at 28:13); (2) "Heart Cake Baking Stream" (*id.* at 1:15:59); and (3) "Sleep Stream"
(*id.* at 3:02:22). Indeed, during her "group viewing session" of *The Nuke*, Frogan
received numerous paid subscriptions and donations – which would result in an
announcement playing over *The Nuke*. Further, Frogan received advertising revenue
from her "group viewing session" of *The Nuke*. Finally, on her Twitch page where
Frogan's "group viewing session" was located, Frogan placed buttons soliciting
paid subscriptions and donations beneath the video of Frogan's "group view
session" of *The Nuke*.

63.    As to the second fair use factor, the fact *The Nuke* was released a
minute prior to Frogan's "group viewing session" does not weigh in her favor.
Further, while containing numerous documentary and factual elements, *The Nuke*
contains numerous creative elements, which weigh against fair use.

64.    As to the third fair use factor, this factor weighs heavily against fair
use. It is readily apparent Frogan's use was excessive for any potential criticism of
*The Nuke* – particularly in light of minimal level of commentary and highly
commercial nature of Frogan's "group viewing session." This is particularly true
when Frogan repeatedly provides brief statements (many of which have little to not
critical bearing on *The Nuke*) after showing long unadulterated segments of *The
Nuke*.

65.    The fourth (and most important) fair use factor weighs the most
heavily against fair use. It is readily apparent that Frogan intended (and succeeded)

---

[50] *See e.g.,* Ex. H at 1:44:12-29, 1:52:01-06, 2:10:24-38, 2:29:22-26.
[51] *See e.g.,* Ex. H at 1:11:23-27, 1:22:30-38, 1:52:56, 2:11:20, 2:30-42-47, 2:39:20-
22, 2:45:10-12, 2:52:16-24, 3:14:28-29, 3:21:59-3:22:04.
[52] *See e.g.,* Ex. H at 1:41:01-05, 1:41:15-17, 3:07:50-54.

to provide a market substitute for *The Nuke* for the reasons set forth below:

        a.     The statements identified in Paragraph 62.a above.

        b.     Showing *The Nuke* in its entirety with minimal commentary.

        c.     Starting her "group viewing session" a minute after *The Nuke* was released to the public when the interest in *The Nuke* was at its apex.

        d.     The First Inducement Post and Second Inducement Post by the H3Snark Mods.

        e.     Due to Frogan's siphoning the audience for *The Nuke* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Frogan's "group viewing session" instead of *The Nuke*.

        f.     Frogan's conduct did become widespread. Several other members of Hasan's Waiting Room conducted a "group viewing session" of *The Nuke* immediately after its release – which resulted in further lost views and lost advertising revenue to TEI.

## **FIRST CLAIM FOR RELIEF**

### **(For Direct Copyright Infringement – Against Frogan)**

66.    TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

67.    TEI is the sole owner of the copyrights in *The Nuke* and registered it with the USCO.

68.    Frogan accessed *The Nuke* from TEI's YouTube channel, h3h3Productions.

69.    TEI did not grant any license, authorization or consent for Frogan to exploit *The Nuke* in any manner. Rather, Frogan's "group viewing session" of *The Nuke* constituted an unauthorized reproduction, public performance and derivative work of *The Nuke* in violation of TEI's rights as set forth in 17 U.S.C. Section 106.

70.    Due to Frogan's acts of copyright infringement, TEI has suffered damages in an amount to be established at trial.

71.    Due to Frogan's acts of copyright infringement, Frogan obtained profits they would not have realized but for her infringement of TEI's copyrights in *The Nuke*.

72.    Frogan's acts of copyright infringement were done with actual or constructive knowledge of TEI's rights, such that said acts of copyright infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## SECOND CLAIM FOR RELIEF

**(Contributory Copyright Infringement – Against The H3 Snark Mods)**

73.    TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

74.    The H3Snark Mods (and each one of them) knew Frogan's "group viewing session" would infringe TEI's copyrights in *The Nuke*.

75.    The H3Snark Mods (and each one of them) are responsible for the First Inducement Post and Second Inducement Post.

76.    The First Inducement Post and Second Inducement Post induced, caused and/or materially contributed to Frogan's infringement of *The Nuke*.

77.    Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

78.    The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## PRAYER FOR RELIEF

WHEREFORE, TEI prays for judgment against Frogan and the H3Snark

Mods (collectively, "Defendants") as follows:

       a.     That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringements of *The* Nuke, the exact sum to be proven at the time of trial; or, if elected, statutory damages in the amount of $150,000 as available under 17 U.S.C. Section 504;

       b.     TEI be awarded it reasonable attorneys' fees and costs under 17 U.S.C. Section 505;

       c.     TEI be awarded pre-judgment interest as allowed by law; and

       d.     TEI be awarded such further relief as the Court deems proper.

## JURY TRIAL DEMAND

    TEI demands a jury trial on all issues so triable pursuant to Federal Rule of Civil Procedure 38 and the 7th Amendment to the United State Constitution.

Dated: June 19, 2025          **HEAH BAR-NISSIM LLP**

                         By  /s/ Rom Bar-Nissim
                         ROM BAR-NISSIM
                         Attorneys for Plaintiff Ted
                         Entertainment, Inc.

Exhibit A

 Skip to main content

 r/h3snark  Search in r/h3snark

 + Create  

 **r/h3snark** • 2 hr. ago

bob_bouley  `ethan loves talking about poop`   •••

## Ethan describes his issues with Hasan as "personal beef..."

🎙️ Leftemies 🎙️

Context: Ethan was defending debating and platforming people with opposing political views (dan bilzerian, etc). Then AB makes this joke and I thought Ethan's response was pretty candid. I guess this hasn't been about antisemitism and it's just a personal beef? He says they don't disagree on things, but quickly corrects himself.



🔒 Locked post. New comments cannot be posted.

⬆ 130 ⬇   💬 1    Share

 **therealwemod** • Promoted •••

  

Sign Up

wemod.com



Sort by:  Best ⌄    🔍 Search Comments

---

🟢 **AutoModerator** **MOD** • 2h ago • 🔒 •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* [contact the moderators of this subreddit](https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/) *if you have any questions or concerns.*

⌃ 1 ⌄    ↪ Share    •••

Exhibit B

 **Outlook**

---

## Counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Wed 1/15/2025 7:08 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

---

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

---

**Reddit Admin Team** (Reddit Support)

Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

Counter Notification - counter explanation

Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was

approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this

post should not have been removed for copyright infringement.

Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific

video. Providing a link to an official channel or video to direct users to content through authorized means

does not constitute copyright infringement. This removal is equivalent to a television network suing a

newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such

actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV

listing directs viewers to official content without reproducing it, our link simply guided users to H3's

authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing

its readers about where and when they can legally access content.

We believe both posts were removed erroneously and should be reinstated. We kindly request your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson


Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/


Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.

[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

Exhibit C

 **Outlook**

---

## Second counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Tue 3/18/2025 4:47 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

---

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

---

**Reddit Admin Team** (Reddit Support)

Mar 18, 2025, 04:47 PDT

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you recently submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/removed_by_reddit/?share_id=7WRhwjQl4JGwbPqhUIlrx

Details of the counter notification and original DMCA notice are copied below, for your review.

Personal information has been redacted for privacy purposes, but is available in response to a subpoena under 512(h) or FRCP 45 in a pending action.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
December 5, 2024 at 19:09

Requester
aobri4@brockport.edu

Counter Notification - counter explanation

This was an abuse of the fair use system. This subreddit has also been mercy to many bad faith brigades

recently, so I do not believe that this appeal was filed by the actual copyright owner. Even so, it would still

be allowed under fair use.


Counter Notification - Reddit URL(s)

https://www.reddit.com/r/h3snark/s/GUahLZ4h70


[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

Exhibit F

   

Skip to main content

 r/h3snark ✕      Search in r/h3snark

···      ✛ Create      🔔 2      👤

 **r/h3snark** • 20 hr. ago
jewettornesarah **MOD**  Juicebox Revolutionary War General

···

### MEGATHREAD | Content Nuke - Where to Watch & Discussion

🟠 Megathread

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!



EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

⬆ 381 ⬇      💬 168      ↪ Share

Everything you want in a crypto platform. 20+ digital assets, advanced analytics, and US-based, award-winning support. All on Public.

Sign Up

public.com



Add a comment

Sort by: New (Default) ⌄    🔍 Search Comments

**h3snarkmodteam** **MOD** · 20h ago · 📌 Stickied comment · Edited 19h ago
`QuietFairy Stan`  `💬 Top 1% Commenter`



Got an update on launch.... Estimate is by 5pm.

Edit: Content Nuke is canceled, maybe will upload tomorrow

⌃ Vote ⌄    ⬭ Reply    ↪ Share    ···

⊕ 3 more replies

**Aggravating-Unit37** · 56m ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

⌃ 1 ⌄    ⬭ Reply    ↪ Share    ···

**KamenRiderDragon** · 5h ago

I canceled my kidney surgery for this

⌃ 9 ⌄    ⬭ Reply    ↪ Share    ···

**FriendlyGhostStudios** · 5h ago

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

⌃ 4 ⌄    ⬭ Reply    ↪ Share    ···

**erin_collective** · 6h ago
`Creator`

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

⌃ 1 ⌄    ⬭ Reply    ↪ Share    ···

**Betyouknowme** · 19h ago · 🔒
`⭐ TOP SNARKER`

This man is defo poppin and dropping something and it ain't a nuke

⌃ 121 ⌄    ↪ Share    ···

https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/?share_id=4oR6u7bm1OaO2cxYWljG...    2/12





Skip to main content

+ Create

**ziggydynamite** • 19h ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

⬆ 63 ⬇     💬 Reply     ↗ Share     ⋯

**Slow_Significance329** • 19h ago

Imagine if it's a 2 hour loop of Rick Astley...

⬆ 32 ⬇     💬 Reply     ↗ Share     ⋯

**pedropedro1** • 19h ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

⊖     ⬆ 64 ⬇     💬 Reply     ↗ Share     ⋯

  **Adapteduser** • 19h ago
  `Ethan's State Farm Agent`

  The brow waxing is truly killing me. Gigachad moment for real.

  ⊖     ⬆ 19 ⬇     💬 Reply     ↗ Share     ⋯

    **pedropedro1** • 19h ago

    I'm kinda scared for him. They looked VERY shaped haha

    ⬆ 22 ⬇     💬 Reply     ↗ Share     ⋯

**Imaginary_Drummer_67** • 19h ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

⬆ 49 ⬇     💬 Reply     ↗ Share     ⋯

**chloe-et-al** • 19h ago
🏆 Top 1% Poster

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked

⊖     ⬆ 72 ⬇     💬 Reply     ↗ Share     ⋯

  **64N_3v4D3r** • 19h ago

  I'm starting to think the 'content nuke is a troll' theory might be correct.

  ⬆ 37 ⬇     💬 Reply     ↗ Share     ⋯

  **queermichigan** • 19h ago

  You can add blur in the YouTube editor afaik

  ⬆ 19 ⬇     💬 Reply     ↗ Share     ⋯

**MagnumOpossumus** • 19h ago
`friend ,`

Alright I'm taking bets on if the episode tomorrow is cancelled.

Skip to main content

+ Create

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

⇧ 22 ⇩    💬 Reply    ↗ Share    ···

**isnatchkids**  · 19h ago
🚌 Top 1% Commenter



⇧ 23 ⇩    💬 Reply    ↗ Share    ···

**eye_yoda**  · 19h ago
See yall tomorrow

⇧ 4 ⇩    💬 Reply    ↗ Share    ···

**frumpygardener**  · 19h ago
Delay because hasan is not sitting at his computer but doing a beauty thing in Japan

⇧ 35 ⇩    💬 Reply    ↗ Share    ···

**PharmaDee**  · 19h ago
This man is a fuckin youtuber and can't put out ONE video

⇧ 11 ⇩    💬 Reply    ↗ Share    ···

**honeyncinnamon**  · 19h ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

⇧ 49 ⇩    💬 Reply    ↗ Share    ···

**Future-Zucchini579**  · 19h ago
Professional comedian can't upload one video right...

⊖  ⇧ 30 ⇩    💬 Reply    ↗ Share    ···

    **Separate_Ebb5076**  · 19h ago
    no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

    ⇧ 6 ⇩    💬 Reply    ↗ Share    ···

**SlimTimDoWork**  · 19h ago
He's lying, you can edit 1 frame out EASILY in Youtube Studio.

Skip to main content    ➕ Create

ethan loves talking about poop

I was thinking there must be an easier way than exporting the full 2 hour video again

⬆ 18 ⬇   💬 Reply   ↗ Share   ⋯

**MCSnipeYoAss** • 19h ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB

⬆ 30 ⬇   💬 Reply   ↗ Share   ⋯

**theirpowerisover9000** • 19h ago

bruh I swear at this point all I want is to know the actual time I can sit down and enjoy the mf shitshow of watching h3 burn the rest of their reputation into the ground, can this cretin please get his video finished

⬆ 23 ⬇   💬 Reply   ↗ Share   ⋯

**bickybb** • 19h ago

Wow he really can't do anything right

⬆ 42 ⬇   💬 Reply   ↗ Share   ⋯

**subversivewallflower** • 19h ago
Hasan's fruit basket from Hamas 🍉

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE



*also, if the video is real - not uploading a video because of one frame? lame shit lmao*

⊖ ⬆ 41 ⬇   💬 Reply   ↗ Share   ⋯

**Separate_Ebb5076** • 19h ago

I would have taken bets on this.
It's so funny

⬆ 9 ⬇   💬 Reply   ↗ Share   ⋯

**MagnumOpossumus** • 19h ago
friend

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

⬆ 33 ⬇   💬 Reply   ↗ Share   ⋯

**slorinda** • 19h ago

Drops tomorrow yall

⊖ ⬆ 20 ⬇   💬 Reply   ↗ Share   ⋯

**Separate_Ebb5076** • 19h ago

1/31/25, 12:24 PM    Case 2:25-cv-03356-JB-DASK - MEGA DOCUMENT Content Nuke - Where to Watch Discussion    Page 225 of 548 Page ID
Case 2:25-cv-03356-JB0290ASK    Document 176    Filed 09/24/25    Page 225 of 548 Page ID
#:84

Skip to main content

+ Create



Not Happening

NO it doesn't

⊖  ⌃ 9 ⌄   ◯ Reply   ⤴ Share   ⋯

**slorinda** · 19h ago

allegedly

⌃ 10 ⌄   ◯ Reply   ⤴ Share   ⋯

**NumerousChallenge300** · 19h ago
`fallen fan with a cute cat`

him starting the story with not one. but TWO nasty coughs.

⌃ 17 ⌄   ◯ Reply   ⤴ Share   ⋯

**royalbooboo** · 19h ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

⌃ 9 ⌄   ◯ Reply   ⤴ Share   ⋯

**DaBow** · 19h ago

God he is such a fucking idiot. It's literally your job to get this right.

⌃ 27 ⌄   ◯ Reply   ⤴ Share   ⋯

**folkwitches** · 19h ago

The nuke is postponed to tomorrow.

⌃ 9 ⌄   ◯ Reply   ⤴ Share   ⋯

**misobutter3** · 19h ago

r/Central_Committee

⌃ 4 ⌄   ◯ Reply   ⤴ Share   ⋯

**JeffBenzos** · 19h ago
`#1 Kaya Stan`

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

⊖  ⌃ 47 ⌄   ◯ Reply   ⤴ Share   ⋯

**Dawndolly** · 19h ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy

⌃ 11 ⌄   ◯ Reply   ⤴ Share   ⋯

**Seymour--ass** · 19h ago
`a habitually sullen person`



https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/?share_id=4oR6u7bm1OaO2cxYWljG...    8/12

**PianoTeach88** · 19h ago
Keemstar is Ethan's lost brother

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

⇧ 30 ⇩    💬 Reply    ↗ Share    ⋯

**Independent_End7118** · 19h ago · Edited 19h ago    communism equals no croutons    🏆 Top 1% Commenter

ethan posted on his story. it will not be uploaded today lol

⊖ ⇧ 45 ⇩    💬 Reply    ↗ Share    ⋯

> **RemarkableRhubarb933** · 19h ago
> fallen fan with a cute cat
>
> he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing
>
> ⇧ 12 ⇩    💬 Reply    ↗ Share    ⋯

**penny_pens** · 19h ago

Not coming out today, forgot to remove one frame and has to submit tomorrow .

⊖ ⇧ 42 ⇩    💬 Reply    ↗ Share    ⋯

> **Gooey_Goon** · 19h ago
>
> Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.
>
> ⇧ 10 ⇩    💬 Reply    ↗ Share    ⋯

> **LaberalDimocrat** · 19h ago
>
> He said one frame wasn't blurred? I wonder what the fuck he's uploading that needs to be that heavily censored
>
> ⊖ ⇧ 27 ⇩    💬 Reply    ↗ Share    ⋯
>
>> **skittlesthepro** · 19h ago
>>
>> I bet it's that fake gun that Hasan sometimes has on stream/ Fear&. He's gonna claim he's "promoting violence" or something silly
>>
>> ⇧ 3 ⇩    💬 Reply    ↗ Share    ⋯

**Seymour--ass** · 19h ago
a habitually sullen person

Okay that's it lmao it's a BAIT

⊖ ⇧ 33 ⇩    💬 Reply    ↗ Share    ⋯

> **Seymour--ass** · 19h ago
> a habitually sullen person
>
> Even Morgan is saying you can get rid of one frame in the youtube editor
>
> ⊖ ⇧ 17 ⇩    💬 Reply    ↗ Share    ⋯
>
>> **penny_pens** · 19h ago
>>
>> Maybe he doesn't know that? Because he hasn't made a video in 4 years.
>>
>> ⇧ 13 ⇩    💬 Reply    ↗ Share    ⋯

**boobiewatcher69420** · 19h ago
he's a ham sandwich

eel pit, it's not happening

Skip to main content

+ Create

**Pitiful-Fennel-3702** • 19h ago



⬆ 26 ⬇    💬 Reply    ↪ Share    ⋯

**pedropedro1** • 19h ago

Stand by guys Ethan is watching Hasan get his eyebrows done

⊖ ⬆ 52 ⬇    💬 Reply    ↪ Share    ⋯

**Disastrous-Pack1641** • 11h ago
H3hab

Me too tbf

⬆ 3 ⬇    💬 Reply    ↪ Share    ⋯

**PianoTeach88** • 19h ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

⬆ 53 ⬇    💬 Reply    ↪ Share    ⋯

**MagnumOpossumus** • 19h ago
friend ,

Ethan posted on IG it's not coming out needs to be reedited

⬆ 27 ⬇    💬 Reply    ↪ Share    ⋯

**arongadark** • 19h ago

Delayed til the morning. Womp womp

⬆ 20 ⬇    💬 Reply    ↪ Share    ⋯

**Aggravating-Unit37** • 19h ago

Is anyone live yet?

⬆ 8 ⬇    💬 Reply    ↪ Share    ⋯

**saz2022** • 19h ago

He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow." Trolll

⊖ ⬆ 27 ⬇    💬 Reply    ↪ Share    ⋯

**saz2022** • 19h ago

Told ya

Skip to main content

+ Create

You were right, check his insta story.

⬆ 5 ⬇ · 💬 Reply · ↪ Share · ···

**yyeetstreeet** · 19h ago

This shit is not coming out soon bro

⬆ 22 ⬇ · 💬 Reply · ↪ Share · ···

**oddlylikable** · 19h ago
lalalalala i cant hear you

It's like the Y2K scare or when people thought that the world was going to end because of some quantum physics experiments at CERN.

⬆ 22 ⬇ · 💬 Reply · ↪ Share · ···

**watching_sisyphus** · 19h ago

always late

⬆ 18 ⬇ · 💬 Reply · ↪ Share · ···

**RockyK96** · 19h ago
leaving the cult behiiiind

will this be posted on h3 productions yt or the podcast page?

⊖ ⬆ 11 ⬇ · 💬 Reply · ↪ Share · ···

  **LaberalDimocrat** · 19h ago

  99.9% sure it will be on the original H3H3 account, not the podcast one. It has the biggest audience, probably a lot of normies still, who haven't seen him crashing out for months

  ⬆ 12 ⬇ · 💬 Reply · ↪ Share · ···

**boobiewatcher69420** · 19h ago
he's a ham sandwich



⬆ 46 ⬇ · 💬 Reply · ↪ Share · ···

**crassreductionist** · 19h ago

tick tock h3 late again

⊖ ⬆ 40 ⬇ · 💬 Reply · ↪ Share · ···

  **sketchdrift** · 19h ago

↑ 7 ↓   ○ Reply   ↗ Share   ⋯

**strumdogg** • 20h ago • Edited 20h ago
`Hasan's Voice Trainer`

Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.

Ethan is in the corner, texting hila about a video export while 20,000 humans watch.

↑ 58 ↓   ○ Reply   ↗ Share   ⋯

⊕ 1 more reply

# Exhibit G





Skip to main content

+ Create

bad faith

↑ Vote ↓    ○ Reply    ⇄ Share    ⋯

⊕ 2 more replies

⊕ 1 more reply

**jesuisunaltre** · 6m ago

It's hilarious. He's made a McCarthy take down video of a leftist in 2025.

↑ Vote ↓    ○ Reply    ⇄ Share    ⋯

**stevedoz** · 13m ago

The nuke alerted me that I was still subscribed to the h3h3productions channel. They have so many forgotten subs on there.

⊖    ↑ 67 ↓    ○ Reply    ⇄ Share    ⋯

**h3snarkmodteam** OP · 12m ago

QuietFairy Stan    🏅 Top 1% Commenter

subscriber nuke!

↑ 46 ↓    ○ Reply    ⇄ Share    ⋯

⊕ 3 more replies

**dinergirl365** · 11m ago

Hater Ass Bitch

He's doing red scare stuff please

⊖    ↑ 50 ↓    ○ Reply    ⇄ Share    ⋯

**kingbugdust** · 9m ago

No this is so silly were about to be hit with an hour & 40 minutes of Regan Era moralizing

↑ Vote ↓    ○ Reply    ⇄ Share    ⋯

**Extreme_Fox6658** · 12m ago

I'm watching along with Denims....this shit is already so cringeworthy. And right on the heels of another transphobic Ethan rant? Incredible.

⊖    ↑ 101 ↓    ○ Reply    ⇄ Share    ⋯

**BaronBatchlerX** · 11m ago



Denims Watch Party!

⊖    ↑ 22 ↓    ○ Reply    ⇄ Share    ⋯

**ErinysFuriae** · 7m ago

Dan thinking he's the smartest person in the room 🤡








ME TOO

⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

**Gooey_Goon** • 4m ago

Literally within the same hour of him screaming at a female employee till she left just because she pointed out he MIGHT be using the wrong pronouns

⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

**crushingonhollyshort** • 7m ago

Watching on denims' stream rn too!!!

⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

**Lintopher** • 4m ago

I didn't watch the pod, what was the rant?

⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

**Seymour--ass** • 11m ago
a habitually sullen person 😬

fact check: hasan has never called himself a left leaning democrat LOL

⬆ 48 ⬇    ◯ Reply    ↗ Share    ⋯

**flownintothesyn** • 12m ago

This shit is so cringe I cant.

⬆ 39 ⬇    ◯ Reply    ↗ Share    ⋯

**yomeniester** • 8m ago • Edited 7m ago

Lies Counter: 2

- Hasan never introduced himself as a Social Democrat
- Hasan never said reeducation camps

⊖    ⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

　　**Seymour--ass** • 7m ago
　　a habitually sullen person 😬

　　please keep this updated lol this is sad

　　⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

　　⊕ 2 more replies

**PearlUnicorn** • 6m ago
that moron ethan klein    🗨 Top 1% Commenter

Accusing Hasan of this when our president and our potentially next HHS leader have actually made these kinds of statements is bizarre.

⬆ Vote ⬇    ◯ Reply    ↗ Share    ⋯

**MobileOk2676** • 2m ago

1/31/25, 1:59 PM
Case 2:25-cv-02565-JB02:96ASK Document177 Filed 09/24/25 Page 266 of 548 Page ID
Ethan Klein's content nuke on Hasan Piker : h3snark
#:95

Skip to main content

+ Create

↑ Vote ↓    ○ Reply    ⇱ Share    •••

**Confusionitus** • 11m ago

I'm 2 mins in and my jaw is on the floor. This is what we waited for? This is fucking embarassing

↑ 34 ↓    ○ Reply    ⇱ Share    •••

**More-Tea-2904** • 11m ago

oh this is a legitimate narcissistic meltdown ... he is trying SO hard to spin the narrative i dont know what i was expecting

↑ 32 ↓    ○ Reply    ⇱ Share    •••

**foodiefrankie** • 12m ago

the manufactured charisma editing is killing me

↑ 27 ↓    ○ Reply    ⇱ Share    •••

**Ok-Pianist9407** • 11m ago
🏅 Top 1% Commenter

I'm watching along with denims. It's so stiff and cringe with 2012 "quality" style edits. The content thus far is anti communist bullshit too, that's the angle he's going

↑ 27 ↓    ○ Reply    ⇱ Share    •••

⊕ 1 more reply

**CowsAreCurious** • 10m ago
ethan's a grifter

Why does he keep saying that Hasan is a social democrat? Hasan never presented himself that way.

"reeducation camps" good lord this whole thing is gonna be done in bad faith. Gonna be a long 2 hours.

↑ Vote ↓    ○ Reply    ⇱ Share    •••

⊕ 4 more replies

**Emergency_Night_145** • 11m ago

the oppenheimer clip right into the unironic 'patriotism' montage...instant KO. i might be out

↑ 23 ↓    ○ Reply    ⇱ Share    •••

⊕ 1 more reply

**Particular_Willow234** • 9m ago
I'm objectively right 🫠

im with denims rn, who you watching?

↑ Vote ↓    ○ Reply    ⇱ Share    •••

⊕ 4 more replies

**TheCartTitan** • 7m ago

Is he seriously trying to assassinate a former friend's character with a red scare video with a pro-American slant? Ain't no fucking way bro

↑ Vote ↓    ○ Reply    ⇱ Share    •••



Skip to main content

+ Create

⊖ ⇧ Vote ⇩  💬 Reply  ⤴ Share  …

**PearlUnicorn** • 5m ago
🏷 that moron ethan klein   🔖 Top 1% Commenter

I think it was North Star Radio?

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**TheCartTitan** • 4m ago

We've been saying it lol it was so obvious

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**linalbm** • 12m ago

Already cringing

⇧ 17 ⇩  ○ Reply  ⤴ Share  …

**tm1822** • 7m ago

The timing of Ethan harping on Hasan's politics while Hasan plans on going to the Japan's Communist Party HQ lol.

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**Lintopher** • 10m ago

Hahaha he literally is throwing the America Deserved 9/11 in the opening scenes... what a disingenuous piece of shit.

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**frogkisses-** • 9m ago

1 minute in I got a bingo on my content nuke bingo card

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**Toejamatheltesfoot** • 7m ago

THE COMMUNISTS ARE COMING!! Really, he's doing this?

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**srfolk** • 9m ago

Politically illiterate

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**KliffM** • 7m ago

Wait, is this red scare propaganda? Omg lmao this is hilarious!

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

**aprilorwhatever** • 9m ago

Alright this is so ridiculous can't even watch the streamers' reactions to it cause it's just too stupid so bye

⇧ Vote ⇩  ○ Reply  ⤴ Share  …

Skip to main content

Mr. "is that the gay one" himself who doesn't know what Roe v. Wade is....fucking incredible. Speak more on socialism, king!

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**GoodJoeBR2049** • 8m ago

h3 fan's undeveloped frontal cortex

funny to make a video warning of "communism" when the US is alarmingly becoming fascist

⊖    ⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

> **MobileOk2676** • 1m ago
>
> This man spent months making a red scare era propaganda piece about a Twitch streamer while actual fascists take over the entire government
>
> ⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Ok-Pianist9407** • 8m ago

🖥 Top 1% Commenter

I REALLY hope Hasan doesn't react to this

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Capable-Push-7236** • 8m ago

BRO THIS IS SO CRINGE, this is his big nuke?

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**lionswolf** • 7m ago

"Hasan's ██████ must taste pretty good" 😭

he is so politically illiterate helpppppppppp

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Prestigious-Menu-966** • 6m ago

ITS SO BAD he sounds like he was researching his old vids to try to recreate that style but it's so stiff and awkward LMAO it def is hilarious tho, if Ethan is the joke

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Confusionitus** • 6m ago

Ethan wants to say that Hasan is denying genocide but Ethan still calls what's happening in gaza a "war"

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Lintopher** • 8m ago

Opening scenes having "communism bad guys" like a propagandist of the 80s.

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••

**Ok-Pianist9407** • 4m ago

🖥 Top 1% Commenter

Oh god it's so boring. Just clips of leftovers

⬆ Vote ⬇    ◯ Reply    ↪ Share    •••



↑ 9 ↓    ○ Reply    ↗ Share    ···

**coastdawgent** · 3m ago

This man misunderstood the difference between progressive democrats and leftists / anti-capitalists and has made it everyone's problem for 2 years.

His INTRO is that he perceived Hasan as a "left-leaning Democrat"?????

↑ Vote ↓    ○ Reply    ↗ Share    ···

**Seymour--ass** · 9m ago
a habitually sullen person 😀

bro is this a joke?? lol

⊖    ↑ Vote ↓    ○ Reply    ↗ Share    ···

    **Seymour--ass** · 9m ago
    a habitually sullen person 😀

    like denims said this is giving high school project

    ⊖    ↑ Vote ↓    ○ Reply    ↗ Share    ···

        **dblspider1216** · 1m ago
        💀 ethan's underpaid and overworked attorneys

        spot-on accurate

        ↑ Vote ↓    ○ Reply    ↗ Share    ···

**chipyip** · 9m ago

Such disingenuous bullshit lmao anyone who takes this seriously is a brainlet.

Ethan is so dumb it's unbearable.

↑ Vote ↓    ○ Reply    ↗ Share    ···

**Seymour--ass** · 8m ago
a habitually sullen person 😀

fact check: clipping hasan out of context on crimea lol

↑ Vote ↓    ○ Reply    ↗ Share    ···

**PearlUnicorn** · 5m ago
that moron ethan klein    🏆 Top 1% Commenter

I'm not on the actual video, are comments still on?

↑ Vote ↓    ○ Reply    ↗ Share    ···

**BallDontLieEB** · 10m ago

This is worse than I thought it would be. Holy shit

↑ 14 ↓    ○ Reply    ↗ Share    ···

**foodiefrankie** · 11m ago

also i feel like an 8 year old with the way i cannot pay attention to this video's pacing lmfao

↑ 7 ↓    ○ Reply    ↗ Share    ···

Skip to main content

+ Create

---

**More-Tea-2904** · 9m ago

i didn't know we'd end up catching a glimpse into ethan's mind this is too much

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**Remember-Earths-Past** · 9m ago

"Hasan's    must taste pretty good" 🤭

Lmfao this is just straight fellating America

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**rickynewthings** · 7m ago

ITS giving high school project.

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**Law-n-order-** · 6m ago

Is he going to talk like this for the entire video? Literally unwatchable

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**More-Tea-2904** · 5m ago

why is he acting like the viewers will have 0 context ??? as if any progressive person will see this and take the h3 pill? who is this made for...

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

⊕ 1 more reply

---

**BedroomPristine1611** · 4m ago

this is like mccarthy era shit

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**Seymour--ass** · 4m ago
a habitually sullen person 🫠

bro ethan is the target audience for shen yun!!

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**honeyncinnamon** · 3m ago
debate Sam Seder

Denims is so right, the editing is giving high school YouTube presentation. And all the gotchas so far are not being backed up at all, it's just clips of Hasan saying things out of context and no historical background

⊖   ⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

**honeyncinnamon** · 3m ago
debate Sam Seder

I can't stress how much i hate his editing style. It was funny in 2016 but now it's so amateur and annoying

⇧ Vote ⇩   ◯ Reply   ⇱ Share   ···

---

**kingbugdust** · 3m ago

I dont know how to explain it but this is actually making me sad for ethan... im having genuine second hand embarrassment so severely that its making me feel sad that he's at this place mentally & has no one around him to say maybe dont post this?

Skip to main content

+ Create

same, a part of me feels kind of let down, i feel like up until this point i had a sliver of hope for him to get better but seeing this im realising it's far too late

⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

**BibliophileMafia** • 3m ago • Edited 1m ago

You know, Ethan is so deranged in this video, I really think Hasan needs to get a restraining order against Ethan for his own safety at this point.

⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

**Extreme_Fox6658** • 3m ago

HE DOESN'T EVEN KNOW HOW TO PRONOUNCE UYGHUR!!!!! AHHHHHHHH

⊖ ⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

   **Unequivocally_Maybe** • 3m ago
   🚇 Top 1% Commenter

   Wee-gur

   ⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

   **No-Lynx8771** • 3m ago
   h3's islamaphobia Olympics  🚇 Top 1% Commenter

   To be fair he can't pronounce his wife's name either

   ⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

   **Extreme_Fox6658** • 2m ago

   Dude. Fucking insane how stupid this man is. And he calls himself a "political commentator?" ?!?!?!

   I feel like I'm losing my mind. There's no way he spent months on this and didn't even double-check how to pronounce Uyghur.

   Mr. "is Roe v. Wade the gay one" strikes again.

   ⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

**ShamChowder** • 2m ago

Yooo, Hasan is the Alex Jones of the Left!!!

Let's gooooo!!! We're back in 2021!!!

⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

**Ok-Pianist9407** • 2m ago
🚇 Top 1% Commenter

China BAD

⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯

**Few_Presence_946** • 1m ago

He is pointing to hasan saying stuff that he dont agree but don't have the knowledge to counter and saying: SEEEEEEEE?????? HE IS A COMMIE.

wow. so brave.

⇧ Vote ⇩  ◯ Reply  ⤴ Share  ⋯



Skip to main content

+ Create

I already tapped out of Frogan's stream bc it's too cringe lmao this is what he worked so hard on

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**deersie** • 4m ago
I am Snarkacus!

I'm with Frogan and we're only 7 minutes in... this is legit torturous this can't be all it is for 1:45 LOL

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**Popular_Pea_3953** • 3m ago

so Ethan now cares about muslims / uyghurs? Wish he felt this way about palestinians as well.

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**dblspider1216** • 3m ago
ethan's underpaid and overworked attorneys

he has pronounced "uyghur" 5 different ways in the past 2 minutes. no exaggeration.

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**Capable-Push-7236** • 2m ago

I can't believe he missed taking care of & hanging out with his children for this cringe ass video

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**8three8three** • 2m ago

this is so crazy that i'm waiting for him to say just kidding at some point and switch to his real points

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

⊕ 1 more reply

**murdermuffin666** • 1m ago

this video is gonna be so goddamn boring if this is what he's kicking off with

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**Seymour--ass** • 10m ago
a habitually sullen person 😊

this is so so bad

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**PearlUnicorn** • 9m ago
that moron ethan klein    🏆 Top 1% Commenter

Ethan's acting is so stilted.

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

**No-Lynx8771** • 5m ago
h3's islamaphobia Olympics    🏆 Top 1% Commenter

Shen yun mentioned!! Lmao

↑ Vote ↓    ◯ Reply    ⤳ Share    •••

Skip to main content

+ Create

**CowsAreCurious** · 2m ago

ethan's a grifter

Kind of hilarious him bringing up the Chinese Uyghurs as if he ever cared about Muslims. Does he only care about Muslims when they aren't Arab?

⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

**slimebot_** · 2m ago

I lowkey feel bad bc of how hard he thought he was cooking with this...this is borderline unwatchable for anyone involved in either of these communities, i can't even imagine an average viewer watching this for more than like 5 minutes and he made almost 2 hours of content lmao

⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

**Maleficent-Crow-5** · 9m ago

I hope you guys aren't busy giving him views

⊖  ⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

  **Seymour--ass** · 8m ago

  a habitually sullen person 😑

  watching via Denims' stream!

  ⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

  ⊕ 4 more replies

**Any_Bee_5918** · 2m ago

Palestinian Compilation Queen 👑s    🏆 Top 1% Poster

This is very unrelated and unnecessary but I don't like how there's no like- sounds lol. I feel like i expect some kind of dark ominous music when it comes to "expose" videos like this, but it's literally just us listening to him rant in his basement

⊖  ⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

  **More-Tea-2904** · 1m ago

  it makes it so much more unhinged i swear

  ⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

**interactivecdrom** · 2m ago

i scrubbed through and this whole thing is boring. he also body shamed mike from PA which is just really gross and lame.

⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

  ⊕ 1 more reply

**jbouf** · 1m ago

Im listening to denims and it's sounding like he got his research from the US state department and they gave him $50 to do some propaganda for them. Anyone above high school age with knowledge of any basic world history and politics is going to demolish this clown after this video and we're barely in

⇧ Vote ⇩    ◯ Reply    ⇗ Share    ···

Skip to main content    + Create



**AcidTripped** · 11m ago



OH MY GOD!

⤴ 4 ⤵    ○ Reply    ⤳ Share    ⋯

**EclipseTemplarX** · 7m ago · Edited 3m ago

Is this video supposed to be a red scare type of take down because holy shit this is cringe so far

⤴ Vote ⤵    ○ Reply    ⤳ Share    ⋯

**Seymour--ass** · 4m ago
🔖 a habitually sullen person 🥄

this man is a professional broadcaster ladies gents and enbies

⤴ Vote ⤵    ○ Reply    ⤳ Share    ⋯

**darkmeowl25** · 2m ago

Is it antisemitic to call someone Jewish a racist if they are being racist?

⤴ Vote ⤵    ○ Reply    ⤳ Share    ⋯

**hallucinogender0g** · 12m ago

LETS GOOOO

⤴ 3 ⤵    ○ Reply    ⤳ Share    ⋯

⊕ [deleted] · 8m ago

**blueberii** · 6m ago
🐶 Ethan's dogs eating cables and wires 🥺

switching between frogan and denims streams

⤴ Vote ⤵    ○ Reply    ⤳ Share    ⋯

Skip to main content

Create

ramblings.

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**Jasjazjas** · 2m ago

Oh this truly is real garbage so far lmao

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**dblspider1216** · 12m ago

> ethan's underpaid and overworked attorneys

"he presents himself like me - a left-leaning democrat." lol NO THE FUCK HE DOESNT. oh my god.

⬆ 2 ⬇   💬 Reply   ↪ Share   •••

**lexiseok** · 9m ago

oh noooooo he's gonna call hasan a communist the whole time oh nooooo

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**Capable-Reputation-3** · 8m ago · Edited 1m ago

Welp, I've joined this snark lol, I'm triggered by all the calling this a nuke on Hasan considering what's going on in the world towards Palestine/Muslims...maybe I'm sensitive, maybe it's cause aunt flow is in town. Idk, but I'm really triggered by this

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**AutoModerator** MOD · 16m ago · 🔒

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

⬆ 1 ⬇   ↪ Share   •••

**Rodden** · 10m ago

the ramblings of a madman

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**dblspider1216** · 9m ago

> ethan's underpaid and overworked attorneys

like I predicted - it has the political sophistication of an 8th grade book report.

⬆ Vote ⬇   💬 Reply   ↪ Share   •••

**BaronBatchlerX** · 8m ago



Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TED ENTERTAINMENT, INC., a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-459 |
| KACEY CAVINESS p/k/a KACEYTRON, an individual, | ) ) ) | |
| and | ) ) | |
| DOES 1-10, | ) ) | |
| Defendants. | ) ) | |

## **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1



Kaceytron: She Smoked More than She Spoke

"I know a lot of people have been wanting to watch this without necessarily supporting Ethan

Klein. So, we're going to watch it."

– Kaceytron Prior to Reacting to *Content Nuke: Hasan Piker*

"What is happening? I'm trying to follow, but I lost the plot."

– Kaceytron Reacting to *Content Nuke: Hasan Piker*

2

## **INTRODUCTION**

1.      This lawsuit is about ending the practice of lazy reaction videos that copy entire

copyrighted works and purposefully siphon views and revenue away from the original. Over

seven years ago, the owners of Plaintiff Ted Entertainment, Inc. ("TEI") – Ethan and Hila Klein –

established the legal standard for fair use reaction videos in *Hosseinzadeh v. Klein*, 276 F.Supp.3d

34 (S.D.N.Y. 2017). As a genre, reaction videos "vary widely in terms of purpose, structure, and

the extent to which they rely on potentially copyrighted material." Reaction videos, "like the

Klein video" that "intersperse ***short*** segments of another's work with criticism and commentary,"

constitute fair use.[1]  In contrast, reaction videos that are "more akin to a ***group viewing session***"

do not. *Id.*, at 40 fn.1, 45-47 (emphasis added).

2.      This case concerns a "group viewing session" hosted by Defendant Kacey

Caviness p/k/a Kaceytron ("Kaceytron"). Kaceytron specifically intended her "group viewing

session" to siphon the maximum number of views and revenue away from TEI's copyrighted

work *Content Nuke: Hasan Piker* ("*The Nuke*") to herself. Kaceytron successfully achieved her

objective by releasing her "group viewing session" of *The Nuke* minutes after its official release

and showing it in its entirety. Kaceytron greatly profited from her "group viewing session" of *The

Nuke* through advertising revenue, donations and paid subscriptions.

3.      The moderators of the H3Snark subreddit (the "H3Snark Mods") knew that

Kaceytron's "group viewing session" would serve as an alternative to watching *The Nuke* on

TEI's YouTube channel. Kaceytron has a long and well-documented history of copyright

infringement. The H3Snark Mods were aware of this fact. As such, they successfully promoted

---

[1] The Kleins' video from *Hosseinzadeh* was entitled *The Big, The BOLD, The Beautiful* and is available here: https://youtu.be/CXUs5FOo-JE?si=74MWM26Wn26KmO4o

Kaceytron's "group viewing session" on the H3Snark subreddit ("H3Snark") as a substitute for *The Nuke*.

4.     Like most lazy reaction videos, Kaceytron's "group viewing session" of *The Nuke* is nearly devoid of critical commentary. Instead, Kaceytron uses her "group viewing session" as an opportunity to engage in public degeneracy, such as:

     a.     Continuously smoking copious quantities of cannabis resulting in Kaceytron becoming so obliterated that – instead of providing any commentary – she stares blankly at her computer;

     b.     Even more striking, Kaceytron peppers her "group viewing session" with the sounds of loud gastral intestinal emissions.

5.     Due to Kaceytron's highly inebriated state, she watched long, unadulterated portions of *The Nuke* for minutes on end without interruption. On the rare occasion that Kaceytron was coherent, her remarks were brief, surface-level, repetitive and/or self-admittedly uninformed. Kaceytron's poverty of commentary fails to provide "new information, new aesthetics, new insights or understandings" on *The Nuke*. *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith* ("*Warhol*"), 598 U.S. 508, 541 (2023).

6.     Kaceytron's unauthorized, highly commercial exploitation of *The Nuke* is a quintessential example of copyright infringement – *i.e.*, using copyrighted content "to get attention [and] avoid the drudgery in working up something fresh." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 580 (1994). This lawsuit is to hold Kaceytron accountable for her infringement of *The Nuke* and the H3Snark Mods accountable for their contributory infringement.

## JURISDICTION AND VENUE

7.       This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

8.       This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a-b).

9.       Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

10.       TEI is a California corporation with its principal place of business located in Los Angeles County, CA. TEI is a production company that produces content for social media, namely YouTube.

11.       Kaceytron is an online streamer who releases content on social media platforms, namely Twitch, and resides in Blue Springs, Missouri.

12.       The H3Snark Mods consist of Does Nos. 1-10. The true names and exact location of Does Nos. 1-10 are presently unknown to TEI, which therefore sues said Doe defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and exact locations when the same have been ascertained. Below is a summary of what is known about Does Nos. 1-6.

   a.       Doe No. 1 is female, the founder of H3Snark and one of the H3Snark Mods. She previously used the Reddit username "u/ozempicdealer" – which Doe No. 1 subsequently deleted. Her last post using this handle was on February 12, 2025. Doe No. 1 also uses the Discord handle "yoggiebearx" and the screen name "parishilton."

   b.       Doe No. 2 is female, resides in Canada and is the head moderator of the H3Snark Mods. Doe No. 2 currently uses the following Reddit usernames: (1)

5

u/h3snarkmodteam2; (2) u/RomanPeee; and (3) u/Right_Salamander (currently idle). Previously,

Doe No. 2 used the following Reddit usernames – which were either deleted by Doe No. 2 or

suspended by Reddit for violating its Content Policy: (1) u/kavkav2 (deleted); (2)

u/h3snarkmodteam3 (deleted); (3) u/Wrong_Salamanderr (deleted); (4) u/Right_Salamanderr

(suspended); (5) u/PurePress (suspended); and (6) u/KitchenMukbangStar (deleted). On Discord,

Doe No. 2 uses the screen names "Sally" and "allitern."

> c.     Doe No. 3 began as a user of H3Snark and was subsequently made an

H3Snark Mod. Initially, Doe No. 3 used the Reddit username "u/sarahornejewetts" – which she

subsequently deleted. After deleting this account, Doe No. 3 used the Reddit username

"u/jewettsarahorne."

> d.     Doe No. 4's account name on Discord is "rozzwhalenm."

> e.     Doe No. 5 is male and goes by the name Tony. Doe No. 5 was made an

H3Snark Mod. His account name on Discord is "frompu."

> f.     Doe No. 6 was made an H3Snark Mod. Doe No. 6's account name on

Discord is "No_Reception."

> g.     Doe Nos. 7-10 are the remaining H3Snark Mods.

## FACTUAL ALLEGATIONS

**Background of TEI**

13.    TEI was founded in 2016 by Ethan and Hila Klein. The Kleins rose to prominence

on YouTube with two channels, "h3h3Productions" (their primary channel) and "Ethan and

Hila"[2] (their secondary channel). The Kleins created highly stylized reaction videos to other

YouTube videos. The Kleins' reaction videos "intersperse[d] relatively short segments" of the

---

[2] The "Ethan and Hila" channel was later renamed to "Hila Klein."

6

original video "with long segments of the Kleins' commentary." *Hosseinzadeh*, 276 F.Supp.3d at 40. After TEI was established, the Kleins assigned both channels to TEI.

14.    In 2016, the Kleins were sued for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a reaction video uploaded to their "Ethan and Hila" YouTube channel. The video, entitled *The Big, The Bold, The Beautiful* (the "Klein video"), was a critical and humorous reaction to Matt Hoss' video, *Bold Guy vs. Parkour Girl* (the "Hoss video"). As the Court in *Hosseinzadeh* explained:

> The Klein video opens with commentary and discussion between Ethan and Hila Klein, followed by segments of the Hoss video which they play, stop, and continue to comment on and criticize. The Klein video, which is almost fourteen minutes long, intersperses relatively short segments of the Hoss video with long segments of the Kleins' commentary, ultimately using three minutes and fifteen seconds of the five minute, twenty-four second long Hoss video. The Klein video is harshly critical of the Hoss video, and includes mockery of [Matt Hoss'] performance and what the [Kleins] consider unrealistic dialog and plotlines. In addition, defendants' commentary refers to the Hoss video as quasi-pornographic and reminiscent of a "Cringetube" genre of YouTube video known for "cringe"-worthy sexual content. As critical as it is, the Klein video is roughly equivalent to the kind of commentary and criticism of a creative work that might occur in a film studies class.

*Hosseinzadeh*, 276 F.Supp.3d at 40 (footnote and internal citations omitted).

15.    On August 23, 2017, the Court granted summary judgment for the Kleins on all of Matt Hoss claims. *Hosseinzadeh*, 276 F.Supp.3d at 45-48. For the copyright infringement claim, the Court found the Klein video made a fair use of the Hoss video.

16.    In 2017, TEI established *The H3 Podcast* channel on YouTube. On the new channel, TEI produced podcast episodes that were less structured than the reaction videos the Kleins previously made. To ensure any use of unlicensed copyrighted content qualified as fair use, TEI formulated and refined best practices based on the principles from *Hosseinzadeh*, which

included: (1) whenever feasible, prescreening the original work and outlining the criticism and commentary before the broadcast; (2) ensuring the commentary was directly related to the style and/or substance of the original work; (3) only broadcasting the portion of the original work that would be subject to critique; (4) pausing the original work frequently to provide critique; and (5) ensuring that the duration of commentary was substantially longer than the portion of the original work show immediately before the commentary.

**Kaceytron: Flamebait Fixture**

17.     Kaceytron has been streaming for over a decade. She has amassed approximately 540,000 followers on Twitch – her streaming platform of choice.

18.     Kaceytron is not known for her intellectual acumen or analytic prowess. Despite desperately wanting to be taken seriously by the alt-left online commentary community, Kaceytron's claim to fame is her public acts of degeneracy and brazen acts of copyright infringement.[3] Kaceytron's streams comprise of her watching unlicensed, third-party content while smoking copious quantities of cannabis and impersonating (albeit unintentionally) the cartoon characters Beavis and Butthead.[4]

19.     Sometimes, Kaceytron is not even conscious while streaming unlicensed, third-party content. The most infamous example occurred in June 2023 during one of Kaceytron's subathons (*i.e.*, a streaming marathon to acquire more paying subscribers). During the subathon, Kaceytron streamed entire episodes of the television show *Kitchen Nightmares* while passed out

---

[3] Kaceytron – like most of Hasan Piker's Waiting Room – is hopelessly in love with him. Her penchant for engaging in perversity in public always seems to get the better of her. The most unnerving example involving streaming herself sniffing Hasan Piker's bedsheets. Hasanabi Productions, "Hasan Reacts to Kaceytron Sniffing his Bedsheets" (June 3, 2021), *available at*: https://youtu.be/P1T3jISmWAk?si=akvmPGHVsKIMRrvF

[4] *Compare* Ex. H *with* Nerdy stuff, "Beavis and Butt-Head laughing," *available at:* https://youtu.be/U7UBy1usnrg?si=wLRtlZHsGObvp7P0

from her overzealous consumption of cannabis.[5]

20.    On June 25, 2023, Kaceytron was temporarily banned by Twitch due to her chronic copyright infringement.[6] When the ban became public, Kaceytron posted the following on X: "and ill do it again" (original spelling).[7]

**Background of H3Snark**

21.    H3Snark is part of a genre of message boards – known as subreddits – on the website, Reddit. Snark subreddits comprise of "fallen fans" of a particular entertainer. Over time, there have been numerous snark subreddits regarding TEI's podcasts and of the Kleins. Many were banned by Reddit for violating its Content Policy – such as r/Frenemies and r/Frenemies2.

22.    H3Snark was created on August 30, 2023 by Doe No. 1 – who was a fanatical Trisha Paytas ("Trisha") fan. Doe No. 1 became a "fallen fan" when the TEI series, *Frenemies* (which was co-hosted by Ethan and Trisha), ended abruptly in June 2021.

23.    H3Snark became a haven for "fallen fans" of TEI's podcasts and the Kleins. While the average viewer would move on with their lives after becoming disinterested in a podcast, H3Snark "fallen fans" religiously watch TEI produced content with orgiastic hatred. H3Snark enables these deranged and chronically unemployed fallen fans to share their perverse pleasure of hate-watching TEI content with others by providing infringing clips and links to TEI content.

24.    Beginning in the fall of 2023, H3Snark experienced a surge of new users who

---

[5] LSF Mirror, "Kaceytron sleeping during subathon while broadcasting Kitchen Nightmares," *available at* https://arazu.io/t3_15jo8xq/?timeframe=all&category=hot
[6] Rahman Shaukat, GameRant, "Twitch Has Banned Kaceytron" (June 26, 2023) *available at*: https://gamerant.com/twitch-banned-kaceytron/
[7] Kaceytron, X, (June 25, 2023 at 9:52 p.m.), *available at*: https://x.com/kaceytron/status/1673192392692834305

9

were "fallen fans" of the TEI series, *Leftovers.* The show was co-hosted by Ethan and the most prominent alt-left streamer on the website Twitch, Hasan Piker p/k/a HasanAbi ("Hasan"). On September 14, 2023, Ethan and Hasan debated various issues concerning China and Taiwan, such as whether Taiwan should be independent, the propriety of China's subjugation of Tibet and the genocide of the Uyghurs.[8] Due to Ethan pushing back on Hasan's pro-China positions, several *Leftover* fans who had an ecclesiastical parasocial relationship with Hasan flocked to H3Snark because they felt Ethan was critiquing them personally.

25.    The surge of new users to H3Snark exploded after October 7, 2023. The Kleins are dual Israeli-American citizens. Hila was born and raised in Israel, where she served as a secretary during her mandatory conscription into the Israeli Defense Forces ("IDF").[9] While both Ethan and Hila are highly supportive of Palestinian self-determination and extremely critical of Israel and its government, the Kleins support a two-state solution as the best interim solution to the conflict.[10]

26.    In the wake of October 7th, Hasan emerged as the modern incarnation of The Grand Mufti Hajj Amin al-Husseini ("Al-Husseini").[11] Like Al-Husseini, Hasan became a

---

[8] H3 Podcast, "Joe Biden Is Getting Impeached – Leftovers #57," at 50:06 (September 14, 2023), *available at*: https://www.youtube.com/live/EeFuFKH-uOo?si=J3-Z-J7jWtkpv_Bu&t=3006

[9] H3 Podcast Highlights, *Hila From H3H3 Discusses Her Time In the Israeli Military (IDF)* (Apr. 23, 2022), at 0:40-1:04, *available at*: https://www.youtube.com/watch?v=ytOl5hbTrCY.

[10] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*:
https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

[11] World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi*

passionate advocate and highly charismatic leader of the Palestinian cause.[12] Like Al-Husseini, Hasan used his massive platform to spread genocidal rhetoric about anyone advocating for the right of Jewish self-determination in their ancestral homeland (*i.e.*, Zionists).[13] The primary difference between Hasan and Al-Husseini is that Al-Husseini worked with the Nazis and advocated the annihilation of Jews while Hasan advocates the annihilation of all Zionists.[14] Since the vast majority of Jews in the United States say caring about Israel is "essential" or "important," this would necessarily include the vast majority of Jews[15] – even if they support the

---

*Germany?* (Jan. 30, 2025), *available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini

[12] Benny Morris, *1948: A History of the First Arab–Israeli War, p.* 23 (Yale Univ. Press 2008).
[13] Philip Mattar, *The Mufti of Jerusalem: Al-Hajj Amin Al-Husayni and the Palestinian National Movement, pp.* 105–06 (Rev. ed. Columbia Univ. Press 1992). Britannica, "Zionism," *available at*: https://www.britannica.com/topic/Zionism; Jewish Virtual Library, "Zionism: A Definition of Zionism," *available at*: https://www.jewishvirtuallibrary.org/a-definition-of-zionism; *see also* Tracy Wilkinson, Los Angeles Times, "Is Zionism patriotism or racism? Big disagreements over a word in use for 125 years" (May 22, 2024), *available at:* https://www.latimes.com/world-nation/story/2024-05-22/zionism-disagreement-over-a-word-in-use-for-125-years; Jewish Virtual Library, "Zionism: Table of Contents," *available at*: https://www.jewishvirtuallibrary.org/zionism
[14] Jeffrey Herf, *Nazi Propaganda for the Arab World, p.* 213 (Yale Univ. Press 2009); Kause-Michael Mallman and Martin Cuppers (Translated by Krista Smith) *Nazi Palestine* (2010); David Patterson, *A Genealogy of Evil: Anti-Semitism from Nazism to Islamic Jihad* (Cambridge Univ. Press 2010).
[15] Backa A. Alper, Pew Research Center, "How U.S. Jews are experiencing the Israel-Hamas war" (April 2, 2024), *available at*: https://www.pewresearch.org/short-reads/2024/04/02/how-us-jews-are-experiencing-the-israel-hamas-war/; Justin Nortey, Pew Research Center, "U.S. Jews have widely differing views on Israel" (May 21, 2021), *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-

Palestinian cause and vehemently condemn the actions of the Israeli government.



Al-Husseini Meets Adolf Hitler, November 28, 1941



Al-Husseini With His Close Friend Heinrich Himmler, 1943

israel/; The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast majority of U.S. Jewish Community" (Feb. 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%202.11.2025.pdf?ver=1739292818681

12

"Arabs, rise as one man and fight for your sacred rights. Kill the Jews wherever you find them.

This pleases God, history and religion. This saves your honor.

God is with you." – Al Husseini (March 1, 1944 on Nazi radio)

27.      On October 12, 2023, the last episode of *Leftovers* aired. It was comprised of a discussion between Ethan and Hasan regarding the Israel/Palestinian conflict and the events of October 7th.[16] During the discussion, Ethan expressed his support of the Palestinian cause and empathy for their suffering, along with condemning Israeli Prime Minister Benyamin Netanyahu. At the same time, Ethan attempted to humanize the victims of October 7th to Hasan in the hope that empathy and mutual understanding could begin to heal the divide. Hasan was unpersuaded and the relationship with Ethan and Hasan began to deteriorate.

28.      In the aftermath of the falling out between Ethan and Hasan, H3Snark became a radioactive hub of "fallen fans" of TEI content and the Kleins. It became a focal point for spreading vicious lies, outlandish conspiracy theories and hallucinatory misrepresentations about the Kleins.

**The Rampant Copyright Infringement on H3Snark**

29.      Despite their hatred towards the Kleins, the users of H3Snark had an insatiable appetite for TEI's content. The H3Snark users, however, did not want TEI to receive any views or advertising revenue from their consumption of TEI's content. As a result, H3Snark became a locus of copyright infringement of TEI content – as detailed below.

30.      One method the H3Snark Mods employed to consume TEI content was to share links of TEI content on YewTube – a website that provides unauthorized access to YouTube

---

[16] H3 Podcast, "Israel vs Gaza – Leftovers #61" (October 12, 2023), *available at*:
https://www.youtube.com/live/JFznOHunD_c?si=Cbfod032xwJ5e-FQ

videos and publicly performs them, which constitutes copyright infringement. *See Hunley v. Instagram, LLC,* 73 F.4th 1060, 1073-74 (9th Cir. 2023). YewTube had particular appeal to H3Snark Mods and H3Snark users because a video watched on YewTube does not result in a view or advertising revenue to the original on YouTube.

31.    H3Snark Mods conducted live chats when TEI content was broadcast live. During the live chats, the H3Snark Mods would spam the chat with YewTube links of the broadcast. Once the livestream ended, the H3Snark Mods concealed the evidence of their copyright infringement by deleting the live chat logs. Below are true and correct screenshots of the H3Snark mods spamming the live chat with YewTube links to TEI copyrighted content.





32.    Through various comments to posts, Doe No. 3 (*i.e.*, u/sarahornejewetts) encouraged H3Snark users to use YewTube as an alternative to watching the TEI's video on its official channel. Doe No. 3's comments were later wiped.  Due to Doe No. 3's efforts, the user was annointed as one of the H3Snark Mods. Some examples are contained below.

15

a.      In August 2024, the u/PearlUnicorn created the post: "For those who wonder why Snarkers watch, moments like the second button failure." Below is a true and correct screenshot of Doe No. 3 stating: "***We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts***." As can be noted, Doe No. 3's comment was subsequently wiped from August 2024 post.





b.      On August 28, 2024, the H3Snark Moderators created a post entitled "MEGATHREAD: The H3 Show – Aug 28 2024." Below is a true and correct screenshot of Doe No. 3 providing a link to the TEI video *Content Court: Jack Doherty – H3 Show #48* on

YewTube.[17] As can be noted, Doe No. 3's comment has been wiped from the August 28, 2024

post.



33.        Under the H3Snark wiki page for "tools-tips-guides," H3Snark Mods also

instructed H3Snark users on how to create clips of TEI content so these clips could be posted on

H3Snark. At one point, the H3Snark Mods even instructed users how to download "Members-

Only" content (*i.e.*, TEI content only accessible to paying members) so that they could be posted

on H3Snark. To hide their inducement of copyright infringement, the H3Snark Mods deleted the



---

[17] While Doe No. 3's post just contained a hyperlink labeled "Watch on Yewtube," the link
would direct users to https://yewtu.be/watch?v=DCw4csgcEsk.

portion on downloading "Members-Only" content from the guide. A true and correct screenshot of the portion regarding "Members-Only" content is provided below.

**TEI Issues Takedown Notices for Infringing Posts and Comments on H3Snark**

34.     TEI began to fight back against the copyright infringement on H3Snark by issuing takedown notices pursuant to 17 U.S.C. Section 512(c)(3) ("DMCA Takedowns"). TEI was extremely surgical about which H3Snark posts would be subject to DMCA Takedowns. Relying on the most pertinent fair use decisions,[18] TEI issued DMCA Takedowns only for: (1) posts/comments that uploaded an entire TEI episode onto Reddit – particularly paywalled TEI content; (2) comments that provided a YewTube link to entire episodes of TEI content; or (3) posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours.

a.     August 1, 2024 DMCA Takedown: On August 1, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "H3 Live Show Behind the Scenes." The post contained a complete version of TEI's video *H3 Podcast BTS #53* – which was "Members Only" content (*i.e.*, accessible only to paying members of *The H3 Podcast* YouTube channel). On August 2, 2024 (*i.e.* one day later), Reddit honored this DMCA Takedown.

b.     August 30, 2024 DMCA Takedown: On August 30, 2024, TEI issued a DMCA Takedown for a comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) on the H3Snark Post entitled "MEGATHREAD: The H3 Show - Aug 28, 2024" (the "8/30/24 Takedown"). The

---

[18] *In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 883-886 (N.D. Cal. 2020); *Hughes v. Benjamin*, 437 F.Supp.3d 382, 390-394 (S.D.N.Y. 2020); *McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1157-1164 (9th Cir. 2022); *Warhol*, 598 U.S. at 525-550; *Elvis Presley Enterprises, Inc. v. Passport Video*, 349 F.3d 622, 627-631 (9th Cir. 2003); *Hosseinzadeh*, 276 F.Supp.3d at 41-42, 45-47; *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1170-1183 (9th Cir. 2012).

18

comment contained a YewTube link to the TEI video *Content Court: Jack Doherty – H3 Show #48.*[19] On September 9, 2024 (*i.e.*, nine days later), Reddit honored the 8/30/24 Takedown.

        c.     <u>September 18, 2024 DMCA Takedown</u>: On September 18, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "<u>Ethan and Dan confirm that posting to snark will get you banned</u>" (the "9/18/24 Takedown"). The post solely comprised of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55.* The post contained no comments because the H3 Snark Mods locked the post. Reddit never informed TEI whether the 9/18/24 Takedown was honored.

        d.     <u>November 22, 2024 DMCA Takedowns</u>: On November 22, 2024, TEI issued two DMCA Takedowns:

        i.     <u>First Takedown</u>: The first DMCA Takedown was for the H3Snark post "<u>ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83</u>." The post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83*. The post contained two comments: (1) "Dude ur flair is actually fucking frying me rn" (original spelling); and (2) "The downfall is real man." The post contained no further comments because the H3Snark Mods locked the post. On November 29, 2024 (*i.e.*, seven days later), Reddit informed TEI that it honored this DMCA Takedown.

        ii.     <u>Second Takedown</u>: The second DMCA Takedown was for the H3Snark post entitled "<u>Ethan describes his issues with Hasan as 'personal beef.'</u>" This post contained a clip from the TEI video entitled *Logan Paul Posted F\*\*\*KING INSANE Cringe –*

---

[19] The comment for u/sarahornejewetts (*i.e.*, Doe No. 3) no longer exists on the post, but a screenshot of it is show in connection with Paragraph 32.b, *supra*.

*H3 Show #84*. At the time this DMCA Takedown was issued, the post had been up for over two hours and had no comments at that time (but 130 upvotes).[20] On December 5, 2024 (*i.e.*, nearly two weeks later), Reddit informed TEI that it honored this DMCA Takedown.

e.    November 26, 2024 DMCA Takedowns: On November 26, 2024, TEI issued two DMCA Takedowns.

i.    First Takedown: The first DMCA Takedown was for the H3Snark post "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press, and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85." (original spelling and brackets). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

ii.    Second Takedown: The second DMCA Takedown for the H3Snark post "Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying… BUT… and then theres a reason for justifying it.'" (original ellipses and spelling) (the "Second 11/26/24 Takedown"). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

---

[20] After this DMCA Takedown was issued (but before Reddit honored it), the post received additional comments. A true and correct PDF printout of the post taken on November 22, 2024 is attached hereto as Exhibit A. *Compare* Ex. A *with* https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/

20

**The H3Snark Mods' Efforts to Issue Fraudulent Counternotifications**

35.    The H3Snark Mods made a concerted effort to issue fraudulent

counternotifications to TEI's DMCA Takedowns, as detailed below:

a.    On January 15, 2025, Reddit informed TEI that a so-called

counternotification was issued against both the 8/30/24 Takedown the 9/18/24 Takedown (the

"First Fraudulent Counternotification").[21] The First Fraudulent Counternotification was issued on

October 18, 2024 – *i.e.*, Reddit informed TEI nearly three months later.

i.    On its face, the First Fraudulent Counternotification failed to

satisfy the requirements of 17 U.S.C. Section 512(g)(3) because it failed to include: (1) the

issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3)

a statement made under penalty of perjury.

ii.    Further, the First Fraudulent Counternotifications contained

numerous indicia of being fraudulent because: (1) it was a single counternotification for posts

made by two different users (*i.e.* u/sarahornejewetts and u/obrienpotatoes); and (2) it

misrepresented that the 8/30/24 Takedown was for the post and not the comment with the

YewTube link.

iii.    It was also evident the First Fraudulent Counternotification was

issued by the H3Snark Mods because it stated: (1) "We are writing to contest the removal of two

posts from ***our subreddit*** under alleged copyright claims" (emphasis added); (2) "***We believe***

***these reports may have been filed by fans rather than the legitimate copyright holder***"

---

[21] A true and correct copy of the First Fraudulent Counternotification is attached hereto as
Exhibit B.

(emphasis added) – despite the fact that TEI's counsel's contact information was provided in both the 8/30/24 Takedown and 9/18/24 Takedown; and (3) the name of the issuer was "Michael Anderson" – a generic name that would make it impossible to identify the issuer of the First Fraudulent Counternotification.

      iv.     On January 16-17, 2025 (*i.e.*, two days after receiving the First Fraudulent Counternotification), TEI explained in exacting detail the facts and law demonstrating the First Fraudulent Counternotification was invalid. On March 18, 2025 (*i.e.*, over two months later), Reddit responded that it agreed that the First Fraudulent Counternotification was invalid – but claimed that it would refuse to honor the 8/30/24 Takedown because the post only linked to TEI's video on YouTube. The same day, TEI explained to Reddit that this was false because the 8/30/24 Takedown explicitly stated it was directed at the comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) and contained a YewTube link, including providing a screenshot for the comment. To date, Reddit has not responded.

      b.     Additionally, on March 18, 2025 (the same day Reddit informed TEI that the First Fraudulent Counternotification was invalid), Reddit notified TEI that another counternotification was issued regarding the 9/18/24 Takedown (the "Second Fraudulent Counternotification").[22] The Second Fraudulent Counternotification was issued on December 5, 2024 (*i.e.*, Reddit notified TEI three and a half months later).

      i.     The Second Fraudulent Counternotification contained no indicia that the issuer considered the four fair use factors prior to issuing the Second Fraudulent Counternotification – which is unlawful. *See Hosseinzadeh*, 276 F.Supp.3d at 36; *Hughes*, 437

---

[22] A true and correct copy of the Second Fraudulent Counternotification is attached hereto as Exhibit C.

F.Supp.3d at 394-395; *cf Lenz v. Universal Music Group*, 815 F.2d 1145, 1149, 1154-55 (9th Cir. 2016). Further, the language of the Second Fraudulent Counternotification demonstrated the issuer – u/obrienpotatoes – did not understand fair use in general, by stating: (1) "This was an abuse of the fair use system" (which is bizarre because the u/obrienpotatoes was claiming fair use, not TEI); and (2) the conclusory assertion "Even so, it would still be allowed under fair use" without any analysis. This is further emphasized by an April 11, 2025 post on X by @obrienpotatoes1. In the post, @obrienpotatoes posted the cease and desist letter sent by TEI's counsel and defended the Reddit post by claiming it was only "A MINUTE AND A HALF LONG CLIP" – *i.e.*, only focusing on the amount used and not the other fair use factors.[23]

      ii.    The Second Fraudulent Counternotification also echoed language similar to the First Fraudulent Counternotification – indicating the H3Snark Mods worked with u/obrienpotatoes to issue the Second Fraudulent Counternotification, namely: "This subreddit has also been mercy to many **bad faith brigades** recently, so ***I do not believe this appeal was filed by the actual copyright owner***" (emphasis added) – despite the 9/18/24 Takedown containing TEI's counsel's contact information.

      iii.    Additionally, after the Second 11/26/24 Takedown was issued, one of the H3Snark Mods (who later deleted their account) left a comment on the post stating: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form." This further emphasizes the H3Snark Mods coordinated a campaign of issuing fraudulent counternotifications to enable H3Snark's copyright infringement of TEI's works.

      c.    The H3Snark Mods went on a public relations campaign to paint TEI's DMCA Takedowns as fraudulent to cover up their copyright infringement. To achieve this

---

[23] *See* https://x.com/obrienpotatoes1/status/1910711822212067372

objective, the H3Snark Mods authored several posts misrepresenting the facts.[24]

      d.    After Ethan became vocal about pursuing claims against H3Snark, the H3Snark Mods began deleting their posts, comments and accounts *en masse* to perpetuate their false narrative and conceal their copyright infringement (along with other illegal activity, such as organized harassment and defamation).

      e.    On March 5, 2025, a YouTuber by the name of "The Law" posted a video on YouTube entitled *Dear H3Snark, I see you.*[25] In the video, The Law admits he was a former H3Snark user who came to reject the obsessive and destructive behavior he saw taking over the subreddit. He documented the acts of copyright infringement by H3Snark users and H3Snark Mods (and other unlawful conduct), including their attempts to conceal their unlawful conduct. The video documents:

      i.    The H3Snark Mods deleted posts after Ethan announced plans to pursue legal action against H3Snark for harassment (1:18-1:41);

      ii.    How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the egregious offenders into H3Snark Mods (2:02-4:54);

      iii.    How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a

---

[24] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/;
https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/;
https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/;
https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/

[25] The Law, *Dear H3Snark, I see you.* (March 3, 2025), *available at:*
https://youtu.be/lfjbgNjo0Oc?si=zbNomCBmxySgCuvU

24

false online identity for deceptive purposes) to conceal their identities while engaging in

harassment – which were deleted after Ethan announced he would pursue legal action against

H3Snark (4:55-6:51); and

> iv.    How the H3Snark Mods purposefully lied about TEI's DMCA

Takedowns to conceal their copyright infringement and obfuscate their intent to siphon views

and ad revenue away from TEI (6:52-9:11).

**TEI Creates and Registers *The Nuke***

36.    By the fall of 2024, Ethan and Hila Klein's concern reached a fever pitch over

Hasan radicalizing his audience with propaganda from Ansar Allah a/k/a The Houthis, Hezbollah

and Hamas. The Kleins were equally concerned with Twitch's refusal to enforce its Community

Guidelines against Hasan and his so-called "Waiting Room" – *i.e.*, other Twitch streamers, like

Kaceytron, who parrot Hasan and parasitically leach off his audience by broadcasting

immediately before or after his streams.

37.    Hasan and his Waiting Room hijacked the necessary and important discussion of

the Israeli-Palestinian conflict and the Gaza War. They employed genocidal rhetoric that painted

all Israelis as subhuman warranting annihilation. The term "Zionist" lost all meaning and quickly

mutated into a thinly-veiled dog whistle for Jews.[26] To combat the tsunami of hateful rhetoric,

---

[26] The term "Zionist" was used as a slur to paint anyone who supported the existence of Israel or
a two-state solution as a Kahanist (Jewish Supremacist) or Israeli Religious Nationalist. In the
most recent Israeli Legislative Election in 2022, the coalition of these parties only received
10.84% of the vote. Wikipedia, "Kahanism" *available at*:
https://en.wikipedia.org/wiki/Kahanism; Institute for Middle Eastern Understanding, "Fact
Sheet: Meir Kahane & The Extremist Kahanist Movement" (May 17, 2024), *available at*:
https://imeu.org/article/fact-sheet-meir-kahane-the-extremist-kahanist-movement; Wikipedia,
"National Religious Party," *available at*:
https://en.wikipedia.org/wiki/National_Religious_Party; The Israel Democracy Institute,
"National Religious Party (Mafdal)," *available at*: https://en.idi.org.il/israeli-elections-and-
parties/parties/national-religious-party/; Wikipedia, "2022 Israeli legislative election," *available*

Ethan and Hila Klein – through TEI – created *Content Nuke: Hasan Piker.*

38.    *The Nuke* was written, shot and edited from December 2024 through January 2025.  On January 27, 2025 (*i.e.*, four days before the Nuke was publicly released on TEI's h3h3Productions YouTube channel), TEI submitted its application to register *The Nuke* with the United States Copyright Office (the "USCO").  On January 28, 2025, the USCO received the deposit copy of the Nuke (the "Deposit Copy").  The registration number for *The Nuke* is PAu 4-256-429.

39.    The Deposit Copy varied slightly from the broadcast version of *The Nuke* (the "Broadcast Version"). First, the Deposit Copy did not contain the conclusion and sponsor segment that was contained in the Broadcast Version. Second, to prevent *The Nuke* from being age-restricted by YouTube (which would limit its reach), TEI was required to fully blur out the footage of the Houthis entering the bridge of the *Galaxy Leader* and black out the footage of Hamas releasing hostages from November 2023. Third, minor visual edits were made. Ultimately, all of the Deposit Copy was incorporated into the Broadcast Version.[27]

### ***The Nuke***

40.    *The Nuke* is a tragi-comic documentary critiquing Hasan and Twitch. It consists of original footage, highly edited montages, parodic skits and archival materials (a great deal of which are owned by TEI). *The Nuke* can be divided into seven sections: (1) The Prologue; (2) The Twitch Parody Sketch; (3) The Houthi Section; (4) The Hezbollah Section; (5) The Hamas Section; (6) The Twitch Section; and (7) The Conclusion.

---

*at*: https://en.wikipedia.org/wiki/2022_Israeli_legislative_election.
[27] TEI is concurrently-filing with this Complaint a Notice of Lodging accompanied by a flash drive containing various video exhibits referenced in the Complaint (the "Flash Drive"). A true and correct copy of the Deposit Copy is located on the Flash Drive as Exhibit D. A true and correct copy of the Broadcast Version is located on the Flash Drive as Exhibit E.

a.    <u>The Prologue (Ex. E at 0:00:00-0:25:40)</u>: The prologue walks the audience through Ethan's thesis of *The Nuke*: that Hasan radicalizes his audience with genocidal and antisemitic terrorist propaganda.

i.    While admitting both himself and Hasan are polarizing figures with controversial takes, Ethan explains he grew concerned with Hasan's rhetoric after hearing him excuse Russian and Chinese genocide and imperialism, namely Hasan's positions on Crimea, Tibet, Taiwan and the Uyghurs.

ii.    Once October 7th occurred, Ethan's concerns were exacerbated. He received a torrent of antisemitic comments from Hasan's audience and saw Hasan downplay the sexual violence perpetrated by Hamas on October 7th.

iii.    Ethan explains that the primary difference of opinion between him and Hasan (and his audience). While both are aligned on supporting the Palestinian cause – including condemning Israeli Prime Minister Benyamin Netanyahu, Israeli settlements and Israeli settlers, they differ in one key aspect regarding how to solve the conflict: Ethan believes in a two-state solution, while Hasan (and his audience) believe in a one-state solution.

iv.    Ethan articulates the concerns Israelis have with a one-state solution: Israel has been at war with its Arab neighbors since the country's inception. As a nation of refugees, the idea of suddenly becoming a minority raises legitimate concerns – particularly for the Mizrahi Jews (*i.e.*, Jews from Arab countries) who were expelled from Arab countries.

v.    Ethan then shows archival footage of Hasan: (1) supporting terrorism and glorifying terrorists; (2) admitting to hiding his "power level" (*i.e.*, extremism) because it is a more palatable way to introduce young people into the "radicalization funnel"; (3) conceding to being a propagandist; and (4) expressing vitriolic hatred of liberals. Ethan further

27

points out that Twitch takes no action to moderate Hasan.

     vi. Ethan ends The Prologue by expressing his underlying fear that he played a role in mainstreaming Hasan and that he radicalized Ethan's audience.

    b. <u>The Twitch Parody Sketch (Ex. E at 0:25:41-0:30:39)</u>: The next section involves Ethan parodying a Twitch advertising executive. In the scene, Ethan mocks how Twitch has embraced Hasan's extremist rhetoric and rebrands terrorism as socially acceptable. After the sketch ends, Ethan shows a media bias report that ranked Hasan as one of the most extreme and unreliable news sources.

    c. <u>The Houthis Section (Ex. E at 0:30:40-0:55:33)</u>: The Houthi Section focuses on Hasan radicalizing his audience by glorifying and disseminating Houthi propaganda.

     i. Ethan beings with an overview of various Houthi atrocities and how they contradict leftist values. Examples include recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land with mines, oppressing women and members of the LGBTQ community, torturing and killing women and slavery. Ethan also highlights the Houthi's antisemitism – such as performing Nazi salutes and the slogan on their flag calling for "Death to Israel" and "Curse Upon the Jews."

     ii. Ethan critiques Hasan's coverage of the Houthis by using his stream with Nick Polom p/k/a Nmplol ("Nick") as a case study. Hasan exploits Nick's political naiveté by putting on a Houthi propaganda music video and leaving Nick alone who watches in abject horror. Ethan cites Twitch's Community Guidelines – which explicitly prohibit showing terrorist propaganda for any purpose. Despite this, Twitch refuses to enforce its Community Guidelines against Hasan. Hasan downplays the fact that the Houthi propaganda video is terrorist propaganda to Nick by describing the video as merely a "musical" and the Houthis as "musical

people." When Hasan mischaracterizes the hijacking of the ship the *Galaxy Leader* as an effective deterrent against Israel, Ethan debunks Hasan's assertions that the ship was in Houthi waters, destined to Israel or an Israeli ship. Ethan also excoriates Hasan for minimizing the Houthis taking the crew of the *Galaxy Leader* hostage.

        iii.    Ethan also critiques Hasan's misguided belief that, if Israeli commerce is disrupted, Israelis will leave Israel. Ethan demonstrates 80% of Israelis were born in the country and have nowhere else to go. This is exacerbated by the fact that the majority of Jewish Israelis fled (or are descendants from those who fled) Arab countries. The argument that Jews will "return where they came from" is ahistorical and denies their connection of Jews to the Middle East. Rather, it furthers an antisemitic conspiracy theory that questions the origins of the Jews in an attempt to brand Jewish Israelis as outsiders and colonizers.

        iv.    Ethan shows another example of Hasan watching and praising a different Houthi propaganda music video. To mock Hasan's laudatory coverage of this video, Ethan juxtaposes the Houthi music video with a highly edited version of the Miami Boys Jewish Choir singing "Yerushalim."

        v.    Ethan lambasts Hasan's interview of the Houthi terrorist Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"). Al-Haddad became a viral sensation on TikTok when he shot footage of himself boarding the *Galaxy Leader*. Ethan mocks Hasan's self-described "journalism" through a montage of Hasan acting like a fan girl, asking frivolous questions and blindly accepting Al-Haddad's answers – particularly his absurd claim that he danced with the crew taken hostage and that he successfully convinced the crew to hate Israel.

        vi.    Ethan exposes Hasan's subsequent attempts to downplay Al-Haddad's Houthi connections as disingenuous and a form of bigotry. Not only did Hasan believe

he was speaking with a Houthi and promoted the interview as being with a Houthi, Al-Haddad's social media posts admitted and reinforced this fact. When confronted with Al-Haddad's social media posts that fail to distinguish between Jews and Zionists, Hasan engages in all forms of apologia to excuse Al-Haddad's genocidal and antisemitic rhetoric. Hasan even grotesquely compares Al-Haddad to Anne Frank – which Ethan mocks as the Twitch advertising executive.

vii.    The Houthi section ends with Ethan excoriating Hasan with a montage of him cynically deflecting and evading criticism by exploiting the term "genocide." This hypocrisy is highlighted by footage of Hasan from a few years ago where he was unable to locate Yemen on a map (and even confusing it with Israel).

d.    The Hezbollah Section (Ex. E at 0:55:44-1:01:43): The Hezbollah Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hezbollah propaganda.

i.    Ethan begins by highlighting some of Hezbollah's atrocities and how they contradict leftist values. Examples include engaging in terrorism resulting in the deaths of thousands of civilians, the assassination of Lebanese Prime Minister Rafik Al-Hariri, hijacking airplanes, firing 15,000 rockets in civilian areas, being a designated terrorist group and its participation in the Syrian genocide to prop up the dictator Bashar Al-Assad.

ii.    Next, Ethan critiques Hasan by juxtaposing scenes of him downplaying and excusing Hezbollah's genocidal terrorism and praising Hassan Nasrallah (Hezbollah's former leader) with Nasrallah's numerous antisemitic and genocidal statements against Jews.

iii.    Ethan goes on to critique Hasan's lazy and ignorant apologia for Hezbollah and analysis of the conflict, such as branding any criticism of Hezbollah as

Islamophobic and Hasan telling Nick that Israel attacked Lebanon because "they were just there." Ethan refutes these assertions by demonstrating Hezbollah began firing rockets at Israel the day after October 7th, killed over 100 Israelis and displaced over 200,000. Ethan questions how Hasan's falsehoods help his position when, in reality, Hasan's misrepresentations only exacerbate the conflict.

   e. <u>The Hamas Section (Ex. E at 1:01:44-1:11:50)</u>: The Hamas Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hamas propaganda, coupled with denying the atrocities of October 7th.

    i. Ethan begins by highlighting some of Hamas' atrocities and how they contradict leftist values. Examples include recruiting children, committing hundreds of suicide bombings that target civilians, firing 50,000 rockets into civilian areas, oppression of women, punishing homosexuality by death, stealing aid intended for Gazans for its own military use or exploiting Gazans by selling the aid back to them.

    ii. Next, Ethan critiques Hasan's reaction to a Hamas propaganda video from November 2023 involving the release of hostages. Hasan gushes effusively over Hamas' treatment of the hostages. He even makes the absurd claim that hostages released in the future will chose to stay in Gaza rather than return to Israel. When a member of Hasan's audience points out the hostages are traumatized, Hasan claims the hostages are "just chillin." Ethan correctly points out that these scenes are staged by Hamas, that the hostages are still being held at gunpoint and provided instructions on how to behave, such as "keep waving."

    iii. Ethan goes on to lambast Hasan's reaction to a Hamas propaganda video depicting Hamas creating homemade sniper rifles. Hasan plays the entire clip without any commentary or criticism. Once complete, Hasan's explanation for showing the video is a

nonsensical word salad of buzzwords that have nothing to do with the contents of the video.

iv.    Ethan goes on to address Hasan's grotesque denial of sexual violence perpetrated by Hamas on October 7th. He shows a montage of numerous clips of Hasan explicitly denying the sexual violence of October 7th and scoffing at President Biden and Vice-President Harris discussing said violence. Ethan refutes Hasan's denials by showing clips of victim testimony from Sheryl Sandberg's documentary *Screams Before Silence* and displayed the conclusion of a United Nations report that stated:

> Overall, based on the totality of information gathered from multiple and independent sources at the different locations, there are reasonable grounds to believe that conflict-related sexual violence occurred at several locations across the Gaza periphery, including in the form of rape and gang rape, during the 7 October 2023 attacks. Credible circumstantial information which may be indicative of some forms of sexual violence, including genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment, was also gathered.

v.    Ethan concludes the section by addressing the heart of the matter. Hasan exacerbates the Israeli-Palestinian conflict by denying the suffering of Israeli victims to hold up Hamas as unimpeachable. As Ethan poignantly states:

> This conflict will never end until people realize that Palestinian liberation and Israeli security are not mutually exclusive. You need both. And it can be done, but not while people like Hasan lie, propagandize and incite hate. It's people like him, ironically, that prolong the conflict indefinitely. There's no space for conversation. There is no space for rational thought. There is no space for nuance. My position on Palestine is like five degrees off from where Hasan is. And to him and his community, I'm the devil. I'm a Nazi. It's delusional thinking. And it's destructive to their own cause.

f.    The Twitch Section (Ex. E at 1:11:51-1:40:29): The Twitch Section explores the role Twitch plays in enabling Hasan and his Waiting Room to violate Twitch's Community Guidelines.

i.    Ethan begins by critiquing Twitch's Chief Executive Officer, Dan

Clancy ("Clancy"). He points to Clancy's ineffectiveness as a CEO, namely rolling back his initiative to change revenue splits and the size of sponsor logos on stream – along with laying off significant portions of Twitch staff. Clancy explicitly states he is a fan of Hasan and is aware of his rhetoric. Clancy even sang Hasan "Happy Birthday" and forced Twitch employees to sing along while being filmed. Ethan also discusses the creepiness of Clancy's penchant for e-girls (*i.e.*, young, female Twitch streamers whose streams are about highlighting their physical assets) by pointing to two examples of Clancy's stories feature on the Twitch app being completely populated by e-girls.

    ii.  Next, Ethan discusses another Twitch streamer who is a member of Hasan's Waiting Room, Morgan Kamal Majed p/k/a Frogan, by showcasing numerous instances of her moral bankruptcy. Despite Frogan claiming to support the Palestinian cause, she condemned the large streamer, Ludwig Ahgren ("Ludwig"), by telling him to keep his $10,000 donation to Palestine because Ludwig decided not to organize a charity drive for Palestinians (even though he encouraged his viewers to donate).

    iii.  Ethan also highlights numerous instances of Frogan's cruelty. In one clip, Frogan wishes soldiers to get PTSD. A few days later – after the clip caused tremendous controversy – Frogan watched the clip while giggling and justifying her take. Despite veterans receiving protected status under Twitch's Community Guidelines, Twitch did nothing to sanction Frogan for these statements. In another clip, Frogan conducts a subathon where she promises to make a cake recreating September 11th if she reaches a certain goal. Once again, Twitch did nothing. Ethan highlights a tweet that Frogan made on the morning of October 7th, while the massacre was still ongoing. Frogan's tweet stated: "leftists preach and foam at the mouth at the thought of a revolution happening in america, but as soon as it happens in the

middle east what they're doing is wrong" (original spelling). Ethan juxtaposes this tweet with audio of cell phone conversations of victims of October 7th speaking their parents during their final moments.

   iv. Ethan critiques how Twitch props up Frogan, by refusing to sanction her, giving her awards and featuring her on Twitch's home page. He also mocks Frogan being nominated for a rising star award by her friends twice.

   v. Most notably, Ethan lambasts Twitch for allowing Frogan to host a panel at Twitchcon 2024. The panel involved a racial tier list with "Arab" at the top and "Loves Sabra" at the bottom. While the premise of the tier list is who can say the word "Habibi" (an Arabic term of affection), the term "Loves Sabra" was a dog whistle for Jews and Israelis for several reasons. First, Sabra is a well-known Israeli commercial hummus brand that is on the Boycott, Divestment and Sanctions list. Second, the term "Sabra" means a Jew born in Israel. Third, it falsely asserts Israelis misappropriated Arab culture and identity. As evidenced by a clip from Frogan's podcast, the purpose of disseminating this disinformation is to deny the long historical ties of Jews to the Middle East and the Levant. Ethan further highlights the hypocrisy and bigotry of these false claims by noting Arab culture and cuisine is Israeli culture and cuisine because the majority of Israeli Jews are from Arab countries or direct descendants of Jews from Arab countries. Fourth, Ethan was put in the "Loves Sabra" category with Denims (another member of Hasan's Waiting Room) "joking" that there should be a lower category for Zionist. Fifth, Ethan notes that Ben Shapiro ("Shapiro") is put in the thumbnail for the video with Ethan – despite Shapiro not being put on the list whatsoever. Rather, the only explanation is that both Ethan and Shapiro are Jewish and married to women born in Israel. Sixth, Ethan notes that the title of the video is *How Arab Are These Twitch Streamers?!* – which belies the assertion that the

ranking was merely about hummus. Ethan concludes this segment to point out the hypocrisy of

the panel claiming to be concerned with minorities, while refusing to acknowledge why their tier

list makes a Jewish man uncomfortable. Finally, Ethan marvels that Twitch approved the panel

in the first place.

vi.    Ethan critiques a Q&A session Clancy conducted on Twitch

shortly after the controversy over the racial tier list erupted. Several chatters for the Q&A session

asked Clancy to address the antisemitism on Twitch – all of whom were banned from the chat.

vii.    Ethan addresses the yearlong ban Twitch imposed to prevent

Israeli users from creating new Twitch accounts. The ban was enacted on October 13, 2023 (*i.e.*,

six days after October 7th) – which is also the Global Day of Jihad (a day of mass rage, called

for by Hamas leader, Khaled Mashal).[28] Despite numerous instances of Israeli Twitch streamers

communicating directly with Twitch about the issue and trying to raise awareness online, Twitch

either ignored or obfuscated the issue until there was a massive public outcry.

viii.    Ethan goes on to excoriate Twitch for reinstating three well-known

antisemites shortly after the ban was discovered: (1) Al-Haddad; (2) Nicolas 'Nico' Kenn De

Balinthazy p/k/a Sneako; and (3) Amrou Fudl p/k/a Mryon Gaines from Fresh and Fit. Once

again, Twitch reversed course after a public outcry.

---

[28] Andrew Jeong, Washington Post, "*France Bans Pro-Palestinian Protests Amid Call for Hamas 'Day of Rage'*" (Oct. 13, 2023) *available at*: https://www.washingtonpost.com/world/2023/10/13/france-palestine-protest-hamas-day-of-rage/; Simon Wiesenthal Ctr., "*Hamas Call for Worldwide 'Day of Rage'*", (Oct. 2023), *available at*: https://www.wiesenthal.com/about/news/hamas-call-for-worldwide.html; ABC News Live, "*Hamas Declares 'Day of Rage'*" (Oct. 13, 2023), https://www.youtube.com/watch?v=dOoNLREwxJs; Meredith Deliso, ABC News, "*Hamas 'Day of Rage' Protests Break Out in Middle East and Beyond*" (Oct. 13, 2023), https://abcnews.go.com/International/hamas-day-rage-protests-break-middle-east/story?id=103955873.

ix.     Ethan points out how antisemitism and anti-Israel animus appears institutionalized at Twitch. Ethan cites two Twitch employees in leadership positions who made antisemitic and anti-Israel posts online. First is Fadzai Madzingira ("Madzingira") – who was investigated and suspended from her role in the British media regulatory agency, Oxcom. Madzingira was called out in the middle of the United Kingdom's Parliament for her anti-Israel and antisemitic posts shortly after October 7th. After she resigned, Madzingira was hired by Twitch as a Senior Manager in Twitch's Trust & Safety Policy department (*i.e.*, the department responsible for the Community Guidelines). Another example is Bridget Kyeremateng – who is Twitch's Senior Manager for Inclusive Marketing – and has a history of making antisemitic and anti-Israel posts, including shortly after October 7th.

x.     Ethan concludes the section by critiquing Twitch's biased and inconsistent enforcement of its Community Guidelines. He uses the ban of Steven Bonnell II p/k/a Destiny ("Destiny") as a case study. Destiny was permanently banned from Twitch for calling the streamer and transactivist Clara Sorrenti p/k/a Keffals "inbred." A montage is shown of Hasan repeatedly referring to Jews and Israelis as "inbred" or laughing at Jews being called "inbred." Hasan received no punishment from Twitch because he is Clancy's favorite streamer. Ethan recaps other examples of Hasan flagrant violations of Twitch's Community Guidelines that resulted in no consequences. Not only did Hasan call Jews and Israelis "inbred" and platformed terrorists and terrorist propaganda, Hasan threatened Senator Tom Cotton by replying to Senator Cotton's tweet with a schematic of the weapon used to assassinate Japanese Prime Minister Shinzo Abi. This is followed by a montage of numerous instances of alt-left streamers on Twitch making death threats without any (or minimal) consequences from Twitch.

36

g.    Conclusion (Ex. E at 1:40:30-1:42:05: Ethan ends *The Nuke* by summarizing the two reasons why he made the video. First, to stop Hasan's infiltration of mainstream media. Second, to hold Twitch accountable for enabling antisemitic and anti-Israel animus on its platform.

**H3Snark Promotes Kaceytron as a Substitute to Watching *The Nuke***

41.    Throughout January 2025, Ethan built up public interest in *The Nuke* by frequently discussing it on *The H3 Show*. The audience of Hasan and his Waiting Room – who comprised a large portion of the users on H3Snark – anticipated *The Nuke* with religious fervor to defend their proverbial Grand Mufti from criticism. These fanatics, however, did not want to watch the authorized version *The Nuke* because TEI would reap the benefits from the views and resulting advertising revenue.

42.    The H3Snark Mods knew that there was a huge demand to watch *The Nuke* through unauthorized channels and promoted "group viewing sessions" of *The Nuke* as follows:

a.    On January 30, 2025 (*i.e.*, the day before *The Nuke* was released), Doe No. 3 (*i.e.*, u/Jewettornesarah) – as an H3 Snark Mod and on behalf of the H3Snark Mods – created a pinned post entitled "MEGATHREAD | Content Nuke – Where to Watch & Discussion" ("First Inducement Post"). As a pinned community post, the First Inducement Post was featured at the very top of the H3Snark page in the "Community highlights" section before any other posts were visible. The H3Snark Mods did this to maximize the visibility of the First Inducement Post. The First Inducement Post featured Kaceytron as a place "to watch the nuke without showing support for H3" (*i.e.*, TEI) and a link was provided to her stream on Twitch. The First Inducement Post also stated that Kaceytron "supported" H3Snark "by engaging directly with [the H3Snark Mods] directly."  A true and correct PDF printout of the First Inducement Post is attached hereto as

Exhibit F.

   b. On January 31, 2025 (*i.e.*, the day *The Nuke* was released), the H3Snark

Mods created and updated a pinned community post entitled "Ethan Klein's Content Nuke on

Hasan Piker | H3 Snark Megathread" (the "Second Inducement Post"). The Second Inducement

Post was also a pinned community post that was featured at the very top of the H3Snark page to

maximize visibility. The Second Inducement Post featured Kaceytron as a place "to watch

reactions to this video" (*i.e.*, *The Nuke*) and a link was provided to her stream on Twitch. A true

and correct PDF printout of the Second Inducement Post is attached hereto as Exhibit G.

   c. At some point after January 31, 2025, the H3Snark Mods deleted the First

Inducement Post and Second Inducement Post to conceal their contributory infringement of *The*

*Nuke*.

   43. The H3Snark Mods were well aware of Kaceytron's reputation for copyright

infringement and lazy reaction videos. As such, the H3Snark Mods knew that it was highly likely

Kaceytron's reaction to *The Nuke* would be an infringing "group viewing session" of *The Nuke*

and not a fair use. The H3Snark Mods coordinated with Kaceytron to direct H3Snark users to

Kaceytron's "group viewing session" of *The Nuke* noting she was "*Live but not reacting yet*" to

the Nuke. Ex G (original emphasis).

**The Law of Fair Use and Reaction Videos**

   44. Fair use is codified in Section 107 of the Copyright Act. The statute sets forth four

non-exclusive factors courts consider to evaluate fair use:

1. [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
2. [T]he nature of the copyrighted work;
3. [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4. [T]he effect of the use upon the potential market for or value of the copyrighted

38

work

45.     The first fair use factor "relates to the problem of substitution" – *i.e.*, whether the new work "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary work "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of difference ***must*** be weighed against other considerations, like commercialism." *Id.* at 532 (emphasis added).

46.     While a "use that has a further purpose or different character is said to be 'transformative[,]' … 'transformativeness' is a matter of degree." *Warhol*, 598 U.S. at 529. Indeed, "an overbroad concept of transformative use, one that includes any further purpose, or any different character, would narrow the copyright owner's exclusive right to create derivative works." *Id.* "To preserve that right, the degree of transformation required to make 'transformative' use of an original must go beyond that required to qualify as a derivative." *Id.*

47.     The "first factor also relates to the justification for the use" both in the "broad sense" and the "narrower sense." *Warhol*, 598 U.S. at 531-532. A use is justified in the "broad sense" if it has a "distinct purpose" that "furthers the goal of copyright, namely, to promote the progress of science and the arts, without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "wide dissemination of a secondary work would otherwise run the risk of substitution for the original or licensed derivatives." *Id.* Again, "the question of justification is one of degree." *Id.*

48.     A "critical book review" illustrates how a secondary use must be justified both in

39

the broad and narrow sense. *Warhol*, 598 U.S. at 528 fn. 4. In the broad sense, the use of the original serves "a different purpose than the book" (*i.e.,* criticism and commentary). *Id.* In the narrow sense, "each quoted passage within the review likely serves a different purpose (an object of criticism) than it does in the book." *Id.* Critically, this "may not always be so" and "a court must consider each use within the whole to determine whether the copying is fair." *Id.* Consequently, "[e]ven book reviews are not entitled to a presumption of fairness." *Id.,* 598 U.S. at 532 fn. 7.

49.     There are several indicia of when a use for criticism or commentary is not sufficiently transformative to justify a secondary use.

a.     When the "commentary has no critical bearing on the substance or style of the original composition, the claim to fairness in borrowing from another's work diminishes accordingly (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531. Indeed, "a loose topical connection" with the original work is equally problematic. *McGucken*, 42 F.4th at 1159.

b.     When "a defendant copies more than is necessary to facilitate 'comment or criticism.'" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d 736, 751 (S.D.N.Y. 2017). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression must be in service of commentary on that work. It is not enough for part of a work to have a transformative purpose." *Id.*

c.     When the "use" of the copyrighted work "is not consistently transformative." *Elvis Presley*, 349 F.3d at 628. For example when "clips are played without much interruption, if any" or "used in excess of [the] benign purpose." *Id.* at 629.

d.     The use of "voice overs," "headlines or captions"  or "wholesale copying

40

sprinkled with written commentary," fails to sufficiently transform a copyrighted work under the first fair use factor. *Monge*, 88 F.3d at 1174, 1176; *Elvis Presley*, 349 F.3d at 628-629. Additionally, "[w]hen a copyrighted work is used simply to illustrate what that work already depicts, the infringer adds no further purpose or different character" and "copyright law treats the infringer as freeriding on the inherent value of the original work." *McGucken*, 42 F.4th at 1158.

   e.  The first fair use factor "does not" favor "any user who wants to reach different buyers, in different markets, communing different products." *Warhol*, 598 U.S. at 548 fn. 22.

  50.  As mentioned, the degree to which a secondary use has a different purpose or character, "must be weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id*. at 537.

  51.  Commercialism examines "the degree to which the new user exploits the copyright for commercial gain—as opposed to incidental use as part of a commercial enterprise." *Elvis Presley*, 349 F.3d at 627. Courts consider whether the defendant was "motivated by profits" and "profited from the publication." *Monge*, 688 F.3d at 1176. Further, if the defendant "is not advertising a scholarly critique or historical analysis, but instead seeks to profit at least in part from the inherent entertainment value" of the original, the use is commercial. *Elvis Presley*, 349 F.3d at 628. Finally, commercialism exists "when a secondary user makes unauthorized use of copyrighted material to capture significant revenues as a direct consequence of copying the original work." *Blanch v. Koons*, 467 F.3d 244, 253 (2d Cir. 2006).

  52.  In *Hosseinzadeh*, the Court found the first fair use factor favored fair use because the Klein video was "quintessential criticism and comment … on the Hoss video" – namely

consistent "mockery" of Matt Hoss' "performance … dialog and plotlines." 276 F.Supp.3d at 40,

45-46. The Klein video was consistently transformative by "intersperse[ing] relatively short

segments of the Hoss video with long segments of the Kleins' commentary." *Id.* at 40.

53.     The second fair use factor (*i.e.*, "the nature of the copyrighted work")

"typically has not been terribly significant in the overall fair use balancing." *McGucken*, 42 F.4th

at 1161. This factor examines "the extent to which [the original work] is creative and whether it

is unpublished." *Id.* Even when a work "document[s] a real event," the work can still be

"creative because [it is] the product of many technical and artistic decisions." *Id.* Whether a work

is published is defined by whether the author exhausted the "right to control the first public

appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is published "does not

weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

54.     In *Hosseinzadeh*, the Court found the second fair use factor "weigh[ed] against a

finding of fair use" because the Hoss video was "a creative work" – despite the work being

published. 276 F.Supp.3d at 46.

55.     The third fair use factor examines "the quantitative amount and qualitative value

of the original work used in relation to the justification for that use." *McGucken*, 42 F.4th at

1162. Consequently, the third fair use "factor circles back to the first factor because the extent of

permissible copying varies with the purpose and character of the use." *Id.*

56.     When "the amount used is substantial with respect to the infringing work, it is

evidence of the value of the copyrighted work." *Elvis Presley*, 349 F.3d at 630. Indeed,

"[c]opying an entire work militates against a finding of fair use." *VHT, Inc. v. Zillow Group,*

*Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however, "the new user only copies as much as

necessary for his or her intended use, this factor will not weigh against the new user." *Elvis*

*Presley*, 349 F.3d at 630.

57.    In *Hosseinzadeh*, the Court found that the third fair use factor was "neutral" because, while the Klein video copied "a great deal" of the Hoss video, "the 'extent' and 'quality and importance' of the video clips used by [the Kleins] were … plainly necessary to the commentary and critique." 276 F.Supp.3d at 46.

58.    The fourth fair use factor is the "undoubtedly the single most important element of fair use." *Harper & Row Publishers, Inc. v. Nation Enterprises,* 471 U.S. 536, 566 (1985). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

59.    The fourth fair use factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm" caused by the secondary use, "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

60.    The fourth fair use factor also "must take into account the public benefits the copying will likely produce." *Google LLC v. Oracle America, Inc.*, 593 U.S. 1, 35 (2021). In other words, does the use "serve copyright's goal of enriching public knowledge." *Warhol*, 598 U.S. at 531 (quoting *Authors Guild v. Google, Inc.*, 804 F.3d 202, 214 (2d Cir. 2015) (Level, J.). When the original work is associated with "dangerous misinformation," it does not serve the

public benefit and results in "actual and reputational harm" to the market for the original work –

even when the "primary markets … do not meaningfully overlap." *National Academy of*

*Television Arts and Sciences, Inc. v. Multimedia System Design, Inc.*, 551 F.Supp.3d 408

(S.D.N.Y. 2021).

61.     In *Hosseinzadeh*, the Court found the fourth fair use factor "weighs in favor of a

determination of fair use." 276 F.Supp.3d at 47. The Klein video did not "usurp[] demand for the

copyrighted work, thereby resulting in a loss for the infringee or unjust enrichment for the

infringer." *Id.* at 46. To the contrary, "the Klein video [did] not serve as a market substitute for

the Hoss video" because the Klein video "transform[ed] the Hoss video from a skit into fodder

for caustic, moment-by-moment commentary and mockery." *Id.* at 47. Consequently, "the Klein

video does not offer a substitute for the original." *Id.*

**Kaceytron's "Group Viewing Session" Failed to Make a Fair Use of *The Nuke***

62.     It is readily apparent that the primary purpose of Kaceytron's use of *The Nuke*

was to offer a "group viewing session" of *The Nuke* as a substitute for the original.[29] This is

evidenced by:

        a.      Kaceytron begins her "group viewing session" thirteen minutes after *The*

*Nuke* was released to the public. Ex. H at 0:00:30. The timing of Kaceytron's "group viewing

session" of *The Nuke* demonstrates that she did not prescreen it to formulate her opinions prior to

broadcast. Rather, Kaceytron timed her "group viewing session" to occur shortly after *The Nuke*

was released to capitalize on the great public interest in *The Nuke* and siphon as many viewers as

possible away from the original to herself. In other words, her priority was to personally benefit

---

[29] A true and correct copy of Kaceytron's January 31, 2025 broadcast is located on the Flash
Drive as Exhibit H.

from providing a substitute for the original and any commentary and criticism was a mere afterthought.

       b.     Immediately prior to watching *The Nuke*, Kaceytron states: "***I know a lot of people have been wanting to watch this without necessarily supporting Ethan Klein. So, we're going to watch it***." Ex. H at 0:01:02-1:12. This demonstrates that Kaceytron knew her audience wanted a substitute for *The Nuke* and she was more than happy to provide one.

       c.     Kaceytron's "group viewing session" suffers from a poverty of any commentary in general – let alone on the style or substance of *The Nuke* itself. For example, over the course of ten minutes, Kaceytron makes five short comments (some completely unrelated to *The Nuke*): (1) "I don't know anything about this stuff"; (2) "Here we go, right"; (3) "So now he cares about genocide?"; (4) "I mean, it's true. America is bad"; and (5) "What's wrong with him saying that. It's true." Ex. H at 0:07:46-18:00. By showing the entirety of *The Nuke* without providing extensive commentary that eclipsed the amount shown demonstrates that commentary was a mere afterthought for Kaceytron.

       d.     Kaceytron admits that she has "no idea about, like, world politics, geopolitical politics or anything like that" or capable of commenting on the vast majority of the points raised in *The Nuke*. Ex. H at 0:23:13-24:13. In other words, Kaceytron admits she is not competent to provide meaningful commentary on the substance of *The Nuke*.

       e.     Relatedly, Kaceytron repeatedly states she needs to watch *The Nuke* again with "Mike's analysis." Ex. H at 22:55, 25:59, 29:55. The "Mike" Kaceytron is referring to is Michael W. Beyer p/k/a Central Committee/Mike from PA ("Beyer"). Beyer is a failed nepo baby who is a prolific purveyor of misinformation to the public for over a decade. As explained below, Kaceytron's reliance on Beyer as a source of reliable information is misplaced and

45

misguided.

i.        Beyer is the son of former Pennsylvania State Representative,

Karen Beyer, who was a Republican. Losing her seat in 2010, Beyer changed his party affiliation

from Republican to Democrat to run against State Representative Justin Simmons – that man

who defeated his mother in the republican primary of 2010.[30]

ii.        Beyer had the great privilege of going to and completing law

school at the University of Pittsburg.[31] Despite having an opportunity many would envy, Beyer

squandered his education. After law school, he became "a real estate consultant to his family"

and had not "relied on or applied his legal training to impart legal advice in such endeavor." *In re

Beyer*, 115 A.3d 835, 837 fn. 2 (Penn. 2014). He did not "actively prepar[e] for the bar

examination," had "not yet scheduled himself to take the bar, nor did he claim to be working

with the law for a lawyer or a judge as a 'nonlawyer assistant.'" *Id.*

iii.        In 2014, Beyer ran against Representative Simmons for his

mother's prior seat. In his petition, Beyer stated his occupation was a "lawyer." *In re Beyer*, 115

A.3d at 836-837. The Pennsylvania Supreme Court took the drastic remedy of invalidating

Beyer's petition because "his description of occupation [was] both materially defective and

issued with knowledge it could mislead electors as to his credential for the office of lawmaker."

*Id.* at 836. While Beyer eventually ran as a write-in candidate, he lost the election by 22.2%.

iv.        Afterwards, Beyer blamed his local Democratic party for the

---

[30] WFMZ-TV, "Michael Beyer's name stricken from May ballot by Pennsylvania Supreme Court: Republican-turned-Democrat candidate called himself a lawyer, but isn't" (May 5, 2014), *available at*: https://www.wfmz.com/news/insideyourtown/michael-beyers-name-stricken-from-may-ballot-by-pennsylvania-supreme-court/article_8fec537f-54f8-54e1-a50d-425203bf6844.html.

[31] Ballotpedia, "Michael Beyer," *available at*: https://ballotpedia.org/Michael_Beyer

46

misrepresentation in his petition – claiming they were responsible for completing it.[32] Beyer's "alibi" raises more questions than answers, particularly given that he was a law school graduate, such as: (1) Did Beyer sign the petition without reviewing it first?; (2) Did Beyer sign the petition first and the Democratic party subsequently completed it?; and (3) Is Beyer engaging in another misrepresentation?

v.    After failing at a political career that was handed to him on a silver platter, Beyer became a streamer. Over time, his politics grew more radical and he began to traffic in baseless conspiracy theories, falsehoods and online harassment.[33]

f.    Indeed, Kaceytron is often too obliterated to comment on *The Nuke* and, instead, stares blankly at her computer screen. In a span of two hours and seven minutes, Kaceytron smokes marijuana (frequently in a highly concentrated form through a vaporizer) for nearly nineteen minutes – which is three minutes more that Kaceytron speaks during her "group viewing session." *See* Ex. H at 11:07, 27:02, 37:47, 48:17, 51:21, 52:11, 52:12, 53:44, 1:05:59, 1:07:52, 1:11:52, 1:48:48, 1:51:55, 2:04:18. At one point, Kaceytron is so wasted that she states: "What is happening. I'm trying to follow, but I lost the plot." *Id.* at 36:03.

g.    More notable than her dearth of commentary and copious consumption of cannabis is the sound of – what appears to be – Kaceytron repeatedly emitting flatulence on stream. *See e.g.,* Ex. H at 2:25, 4:53, 22:37, 53:38, 1:55:58.

h.    *The Nuke* takes the vast majority of the screen for Kaceytron's reaction. Kaceytron's objective was to provide a large and unobstructed view of *The Nuke* to her audience.

---

[32] Mike From PA, "Omaha Mayoral Candidate Mark Gudgel Disavows Destiny due to Past Behavior" (March 4, 2021) at 1:27-2:20, *available at*: https://www.youtube.com/watch?v=cs_eCFrQTjw&t=112s.
[33] Rob's Media, "Idiot Influencers – Mike From PA" (April 27, 2025), *available at*: https://youtu.be/u4121rdYFT0?si=mxKDUZdoxE-9tZ2X

47

In contrast, Kaceytron sequesters herself to a small portion of the screen that deemphasizes her presence – particularly relative to *The Nuke*. *See generally*, Ex. H.

63.     Kaceytron's use of *The Nuke* was highly commercial. Throughout her "group viewing session" of *The Nuke*, Kaceytron solicits donations and her donation goal at the top of the screen. *See generally*, Ex. H. On her Twitch page where Kaceytron's "group viewing session" was located, Kaceytron solicited paid subscriptions, donations and bits (a different form of monetary compensation on Twitch). Each time Kaceytron receives a donation or paid subscriptions, an announcement would play over *The Nuke*. Indeed, during her "group viewing session" of *The Nuke*, Kaceytron received numerous paid subscriptions and donations. Further, Kaceytron received advertising revenue from her "group viewing session" of *The Nuke*.

64.     As to the second fair use factor, the fact *The Nuke* was released thirteen minutes prior to Kaceytron's "group viewing session" does not weigh in her favor. Further, while containing numerous documentary and factual elements, *The Nuke* contains numerous creative elements, which weigh against fair use.

65.     As to the third fair use factor, this factor weighs heavily against fair use. It is readily apparent that Kaceytron's use was excessive for any potential criticism of *The Nuke* – particularly in light of the minimal level of commentary and highly commercial nature of Kaceytron's "group viewing session." This is particularly true when Kaceytron repeatedly provides brief statements (many of which have little to no critical bearing on *The Nuke*) after showing long unadulterated segments of *The Nuke*.

66.     The fourth (and most important) fair use factor weighs the most heavily against fair use. It is readily apparent that Kaceytron intended (and succeeded) to provide a market substitute for *The Nuke* for the reasons set forth below:

48

a.       Kaceytron's statement before her "group viewing session" that "I know a lot of people have been wanting to watch this without necessarily supporting Ethan Klein. So, we're going to watch it." Ex. H at 0:01:02-1:12.

b.       Showing *The Nuke* in its entirety with minimal commentary.

c.       Starting her "group viewing session" thirteen minutes after *The Nuke* was released to the public when the interest in *The Nuke* was at its apex.

d.       The First Inducement Post and the Second Inducement Post by the H3Snark Mods.

e.       Due to Kaceytron's siphoning the audience for *The Nuke* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Kaceytron's "group viewing session" instead of *The Nuke*.

f.       Kaceytron's conduct did become widespread. Several other members of Hasan's Waiting Room conducted a "group viewing session" of *The Nuke* immediately after its release – which resulted in further lost views and lost advertising revenue to TEI.

## FIRST CLAIM FOR RELIEF

### (For Direct Copyright Infringement – Against Kaceytron)

67.     TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

68.     TEI is the sole owner of the copyrights in *The Nuke* and registered it with the USCO.

69.     Kaceytron accessed *The Nuke* from TEI's YouTube channel, h3h3Productions.

70.     TEI did not grant any license, authorization or consent for Kaceytron to

exploit *The Nuke* in any manner. Rather, Kaceytron's "group viewing session" of *The Nuke* constituted an unauthorized reproduction, public performance and derivative work of *The Nuke* in violation of TEI's rights as set forth in 17 U.S.C. Section 106.

71.    Due to Kaceytron's acts of copyright infringement, TEI has suffered damages in an amount to be established at trial.

72.    Due to Kaceytron's acts of copyright infringement, Kaceytron obtained profits they would not have realized but for her infringement of TEI's copyrights in *The Nuke*.

73.    Kaceytron's acts of copyright infringement were done with actual or constructive knowledge of TEI's rights, such that said acts of copyright infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement – Against The H3 Snark Mods)

74.    TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

75.    The H3Snark Mods (and each one of them) knew Kaceytron's "group viewing session" would infringe TEI's copyrights in *The Nuke*.

76.    The H3Snark Mods (and each one of them) are responsible for the First Inducement Post and Second Inducement Post.

77.    The First Inducement Post and Second Inducement Post induced, caused and/or materially contributed to Kaceytron's infringement of *The Nuke*.

78.    Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

50

79.    The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## PRAYER FOR RELIEF

WHEREFORE, TEI prays for judgment against Kaceytron and the H3Snark Mods (collectively, "Defendants") as follows:

a.    That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringements of *The Nuke*, the exact sum to be proven at the time of trial; or, if elected, statutory damages in the amount of $150,000 as available under 17 U.S.C. Section 504;

b.    TEI be awarded it reasonable attorneys' fees and costs under 17 U.S.C. Section 505;

c.    TEI be awarded pre-judgment interest as allowed by law; and

d.    TEI be awarded such further relief as the Court deems proper.

## JURY TRIAL DEMAND

TEI demands a jury trial on all issues so triable pursuant to Federal Rule of Civil Procedure 38 and the 7th Amendment to the United State Constitution.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff Ted Entertainment, Inc. hereby designates Kansas City, Missouri as the place of trial of the above-styled matter.

Respectfully submitted,

By:  _/s/ James J. Kernell_
        James J. Kernell, #48850
        AVEK IP, LLC
        7285 West 132nd Street, Suite 340
        Overland Park, Kansas 66213
        Telephone:  913-549-4700
        Facsimile:  913-549-4646
        Email:  jkernell@avekip.com

        Rom Bar-Nissim (*pro hac vice pending*)
        HEAH BAR-NISSIM
        1801 Century Park East, Suite 2400
        Los Angeles, California 90067
        Telephone:  310-432-2836
        Email:  rom@heahbarnissim.com

        *Attorneys for Plaintiff*
        *Ted Entertainment, Inc.*

52

# Exhibit A

Case 3:25-mc-80296-SK    Document 7    Filed 09/24/25    Page 302 of 548

 **r/h3snark** · 2 hr. ago
bob_bouley   ethan loves talking about poop

## Ethan describes his issues with Hasan as "personal beef..."

 Leftemies 👩🏽‍🦰

Context: Ethan was defending debating and platforming people with opposing political views (dan bilzerian, etc). Then AB makes this joke and I thought Ethan's response was pretty candid. I guess this hasn't been about antisemitism and it's just a personal beef? He says they don't disagree on things, but quickly corrects himself.



🔒 Locked post. New comments cannot be posted.

⬆ 130 ⬇    💬 1    ↗ Share

 **therealwemod** · Promoted

https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/      1/2







Sign Up

wemod.com



Sort by: Best ⌄          



**AutoModerator**  MOD · 2h ago · 🔒 ·

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* <u>contact the moderators of this subreddit</u> *if you have any questions or concerns.*

⌃ 1 ⌄     ⤳ Share     ···

# Exhibit B

 **Outlook**

---

## Counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Wed 1/15/2025 7:08 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

---

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

---

**Reddit Admin Team** (Reddit Support)

Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

Quoted counter notification received regarding a takedown I made you submitted to Reddit legal - Ban Nelson - Outlook

Counter Notification - counter explanation

Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was

approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this

post should not have been removed for copyright infringement.

Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific

video. Providing a link to an official channel or video to direct users to content through authorized means

does not constitute copyright infringement. This removal is equivalent to a television network suing a

newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such

actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV

listing directs viewers to official content without reproducing it, our link simply guided users to H3's

authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing

its readers about where and when they can legally access content.

We believe both posts were removed erroneously and should be reinstated. We kindly request your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson


Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/


Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.

[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

# Exhibit C

Case 3:25-mc-80296-SK    Document 7    Filed 09/24/25    Page 308 of 548

 **Outlook**

---

## Second counter-notification received regarding a takedown notice you submitted to Reddit

**From** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>

**Date** Tue 3/18/2025 4:47 AM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

---

**Reddit Admin Team** (Reddit Support)

Mar 18, 2025, 04:47 PDT

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you recently submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/removed_by_reddit/?share_id=7WRhwjQl4JGwbPqhUIlrx

Details of the counter notification and original DMCA notice are copied below, for your review.

Personal information has been redacted for privacy purposes, but is available in response to a subpoena under 512(h) or FRCP 45 in a pending action.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
December 5, 2024 at 19:09

Requester
aobri4@brockport.edu

Counter Notification - counter explanation

about:blank?windowId=SecondaryReadingPane32        1/2

This was an abuse of the fair use system. This subreddit has also been mercy to many bad faith brigades

recently, so I do not believe that this appeal was filed by the actual copyright owner. Even so, it would still

be allowed under fair use.


Counter Notification - Reddit URL(s)

https://www.reddit.com/r/h3snark/s/GUahLZ4h70


[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

# Exhibit F

Case 3:25-mc-80296-SK    Document 7    Filed 09/24/25    Page 312 of 548

Skip to main content      r/h3snark ✕    Search in r/h3snark          💬    + Create    🔔 2    🔵

 r/h3snark • 20 hr. ago    •••
jewettornesarah **MOD**    Juicebox Revolutionary War General

### MEGATHREAD | Content Nuke - Where to Watch & Discussion

Megathread

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!



EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

⬆ 381 ⬇    💬 168    ↗ Share

Case 4:25-cv-00459-BCW    Document 1-6    Filed 06/19/25    Page 2 of 13

Skip to main content

+ Create     2

Everything you want in a crypto platform. 20+ digital assets, advanced analytics, and US-based, award-winning support. All on Public.

Sign Up                                                                                          public.com

---

Add a comment

Sort by:  New (Default) ⌄          🔍 Search Comments

**h3snarkmodteam** MOD • 20h ago • 📌 Stickied comment • Edited 19h ago
`QuietFairy Stan`  🎮 Top 1% Commenter



> **h3h3productions** ✓ 19m
> Got an update on launch.... Estimate is by 5pm.

## Edit: Content Nuke is canceled, maybe will upload tomorrow

⇧ Vote ⇩     ◯ Reply     ↗ Share     •••

⊕ 3 more replies

---

**Aggravating-Unit37** • 56m ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

⇧ 1 ⇩     ◯ Reply     ↗ Share     •••

---

**KamenRiderDragon** • 5h ago

I canceled my kidney surgery for this

⇧ 9 ⇩     ◯ Reply     ↗ Share     •••

---

**FriendlyGhostStudios** • 5h ago

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

⇧ 4 ⇩     ◯ Reply     ↗ Share     •••

---

**erin_collective** • 6h ago
`Creator`

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

⇧ 1 ⇩     ◯ Reply     ↗ Share     •••

---

**Betyouknowme** • 19h ago • 🔒
`⭐ TOP SNARKER`

This man is defo poppin and dropping something and it ain't a nuke

⇧ 121 ⇩     ↗ Share     •••



Skip to main content

+ Create

Watching Hasan's beautification stream I'm knowing that Ethan is probably malding over having to reupload his nuke   is so funny

⬆ 81 ⬇    💬 Reply    ↗ Share    ⋯

**Aggravating-Unit37** • 19h ago

Tomorrow morning, fuck off

⬆ 40 ⬇    💬 Reply    ↗ Share    ⋯

**BewareOfGrom** • 19h ago

you're making it awkward and terrible    🏆 Top 1% Commenter

the real nuke was hasan getting his brows waxed on stream

⬆ 83 ⬇    💬 Reply    ↗ Share    ⋯

**SilverstrandForest** • 19h ago

This is such ridiculous bullshit    Such a weaselly little liar    Guys you'll never believe it, I have to remove or blur 1 frame, its 17.00 now, guess I'll upload it tomorrow morning or something for some reason. YouTube editor? Nahhh you don't get it bro    Such a frikkin loser. The lack of him not getting how he looks right now is astounding

⬆ 35 ⬇    💬 Reply    ↗ Share    ⋯

**hollycosmic** • 19h ago

WrldWideWasteland

Kaceytron mention    love her

⬇ ⬆ 31 ⬇    💬 Reply    ↗ Share    ⋯

**Excellent_Musician38** • 16h ago

OMG I thought she was Emma Roberts until I read your caption

⊖ ⬆ 5 ⬇    💬 Reply    ↗ Share    ⋯

**newhere616** • 15h ago

Please forgive my ignorance as idk who KaceyTron is, but this is Emma Robert's right? Lol

⊖ ⬆ 9 ⬇    💬 Reply    ↗ Share    ⋯

**Thataintright1** • 14h ago

This is absolutely Emma Roberts

⊖ ⬆ 14 ⬇    💬 Reply    ↗ Share    ⋯

**newhere616** • 7h ago

Skip to main content

+ Create

**ziggydynamite** · 19h ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

⬆ 63 ⬇    💬 Reply    ↗ Share    ⋯

**Slow_Significance329** · 19h ago

Imagine if it's a 2 hour loop of Rick Astley...

⬆ 32 ⬇    💬 Reply    ↗ Share    ⋯

**pedropedro1** · 19h ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

⬆ 64 ⬇    💬 Reply    ↗ Share    ⋯

> **Adapteduser** · 19h ago
> `Ethan's State Farm Agent`
>
> The brow waxing is truly killing me. Gigachad moment for real.
>
> ⬆ 19 ⬇    💬 Reply    ↗ Share    ⋯
>
> > **pedropedro1** · 19h ago
> >
> > I'm kinda scared for him. They looked VERY shaped haha
> >
> > ⬆ 22 ⬇    💬 Reply    ↗ Share    ⋯

**Imaginary_Drummer_67** · 19h ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

⬆ 49 ⬇    💬 Reply    ↗ Share    ⋯

**chloe-et-al** · 19h ago
🏆 Top 1% Poster

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked

⬆ 72 ⬇    💬 Reply    ↗ Share    ⋯

> **64N_3v4D3r** · 19h ago
>
> I'm starting to think the 'content nuke is a troll' theory might be correct.
>
> ⬆ 37 ⬇    💬 Reply    ↗ Share    ⋯
>
> > **queermichigan** · 19h ago
> >
> > You can add blur in the YouTube editor afaik
> >
> > ⬆ 19 ⬇    💬 Reply    ↗ Share    ⋯

**MagnumOpossumus** · 19h ago
`friend ,`

Alright I'm taking bets on if the episode tomorrow is cancelled.



Skip to main content

+ Create

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

⬆ 22 ⬇    💬 Reply    ↗ Share    ⋯

**isnatchkids** • 19h ago
🏆 Top 1% Commenter

⬆ 23 ⬇    💬 Reply    ↗ Share    ⋯

**eye_yoda** • 19h ago

See yall tomorrow .

⬆ 4 ⬇    💬 Reply    ↗ Share    ⋯

**frumpygardener** • 19h ago

Delay because hasan is not sitting at his computer but doing a beauty thing in Japan

⬆ 35 ⬇    💬 Reply    ↗ Share    ⋯

**PharmaDee** • 19h ago

This man is a fuckin youtuber and can't put out ONE video

⬆ 11 ⬇    💬 Reply    ↗ Share    ⋯

**honeyncinnamon** • 19h ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

⬆ 49 ⬇    💬 Reply    ↗ Share    ⋯

**Future-Zucchini579** • 19h ago

Professional comedian can't upload one video right...

⊖   ⬆ 30 ⬇    💬 Reply    ↗ Share    ⋯

　　**Separate_Ebb5076** • 19h ago

　　no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

　　⬆ 6 ⬇    💬 Reply    ↗ Share    ⋯

**SlimTimDoWork** • 19h ago

He's lying, you can edit 1 frame out EASILY in Youtube Studio.

Skip to main content

+ Create   2

ethan loves talking about poop

I was thinking there must be an easier way than exporting the full 2 hour video again

⬆ 18 ⬇    ◯ Reply    ⬈ Share    ⋯

**MCSnipeYoAss** • 19h ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB

⬆ 30 ⬇    ◯ Reply    ⬈ Share    ⋯

**theirpowerisover9000** • 19h ago

bruh I swear at this point all I want is to know the actual time I can sit down and enjoy the mf shitshow of watching h3 burn the rest of their reputation into the ground, can this cretin please get his video finished

⬆ 23 ⬇    ◯ Reply    ⬈ Share    ⋯

**bickybb** • 19h ago

Wow he really can't do anything right

⬆ 42 ⬇    ◯ Reply    ⬈ Share    ⋯

**subversivewallflower** • 19h ago
Hasan's fruit basket from Hamas

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE



Now comes the part

*also, if the video is real - not uploading a video because of one frame? lame shit lmao*

⊖  ⬆ 41 ⬇    ◯ Reply    ⬈ Share    ⋯

**Separate_Ebb5076** • 19h ago

I would have taken bets on this.
It's so funny

⬆ 9 ⬇    ◯ Reply    ⬈ Share    ⋯

**MagnumOpossumus** • 19h ago
friend

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

⬆ 33 ⬇    ◯ Reply    ⬈ Share    ⋯

**slorinda** • 19h ago

Drops tomorrow yall

⊖  ⬆ 20 ⬇    ◯ Reply    ⬈ Share    ⋯

**Separate_Ebb5076** • 19h ago

Skip to main content

+ Create

**Not Happening**

NO it doesn't

⊖  ⌃ 9 ⌄   ◯ Reply   ⇗ Share   ⋯

**slorinda** · 19h ago

allegedly

⌃ 10 ⌄   ◯ Reply   ⇗ Share   ⋯

**NumerousChallenge300** · 19h ago
fallen fan with a cute cat

him starting the story with not one. but TWO nasty coughs.

⌃ 17 ⌄   ◯ Reply   ⇗ Share   ⋯

**royalbooboo** · 19h ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

⌃ 9 ⌄   ◯ Reply   ⇗ Share   ⋯

**DaBow** · 19h ago

God he is such a fucking idiot. It's literally your job to get this right.

⌃ 27 ⌄   ◯ Reply   ⇗ Share   ⋯

**folkwitches** · 19h ago

The nuke is postponed to tomorrow.

⌃ 9 ⌄   ◯ Reply   ⇗ Share   ⋯

**misobutter3** · 19h ago

r/Central_Committee

⌃ 4 ⌄   ◯ Reply   ⇗ Share   ⋯

**JeffBenzos** · 19h ago
#1 Kaya Stan

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

⊖  ⌃ 47 ⌄   ◯ Reply   ⇗ Share   ⋯

**Dawndolly** · 19h ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy

⌃ 11 ⌄   ◯ Reply   ⇗ Share   ⋯

**Seymour--ass** · 19h ago
a habitually sullen person

Skip to main content

+ Create

**Separate_Ebb5076** · 19h ago

Well then Frogan is giving him WAY too many IQ points (and that's really nice of her all things considered)

⬆ 10 ⬇    💬 Reply    🔗 Share    ···

**honeyncinnamon** · 19h ago
`debate Sam Seder`

I just had this thought!

⬆ 11 ⬇    💬 Reply    🔗 Share    ···

**Any_Bee_5918** · 19h ago
`Palestinian Compilation Queen PS`    🏆 Top 1% Poster

I think the same. But it's not gonna work lmfao

⊖ ⬆ 13 ⬇    💬 Reply    🔗 Share    ···

**Seymour--ass** · 19h ago
`a habitually sullen person`

Yeah, the longer he waits, the more people will be online lol

⬆ 2 ⬇    💬 Reply    🔗 Share    ···

**Any_Bee_5918** · 19h ago
`Palestinian Compilation Queen PS`    🏆 Top 1% Poster

What a weasely little liar dude!

⬆ 27 ⬇    💬 Reply    🔗 Share    ···

**Separate_Ebb5076** · 19h ago

I just saw his insta
not TODAY
This is 100% the funniest thing he has done in YEARS

⊖ ⬆ 59 ⬇    💬 Reply    🔗 Share    ···

**chloe-et-al** · 19h ago
· – · – · – · – · – ·    🏆 Top 1% Poster

he fr hates his fans he's always getting their hopes up or fucking them over, today it was skipping the members stream to upload this vid and then the vid didn't even drop LMFAOOOOOOOOOO like bffr

⊖ ⬆ 15 ⬇    💬 Reply    🔗 Share    ···

**Separate_Ebb5076** · 19h ago

I feel so evil because I really really find this funny

⬆ 8 ⬇    💬 Reply    🔗 Share    ···

**MagnumOpossumus** · 19h ago
`friend ,`

Tinfoil hat: I think this is so live streamers don't have time to set up streams before it comes out like tonight and will have to scramble it go live and react to it.

⊖ ⬆ 41 ⬇    💬 Reply    🔗 Share    ···

**Dawndolly** · 19h ago

Has to be what's going on, bc yesterday he said he was going to do a huge YouTube premier for the launch of it. Like what Ethan? The one frame being left in today, changed that video release plan lmao

⬆ 4 ⬇    💬 Reply    🔗 Share    ···

**SlimTimDawg**



Skip to main content

**PianoTeach88** · 19h ago
`Keemstar is Ethan's lost brother`

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

⬆ 30 ⬇    💬 Reply    ↗ Share    ···

**Independent_End7118** · 19h ago · Edited 19h ago
`communism equals no croutons`    🦜 Top 1% Commenter

ethan posted on his story. it will not be uploaded today lol

⊖ ⬆ 45 ⬇    💬 Reply    ↗ Share    ···

  **RemarkableRhubarb933** · 19h ago
  `fallen fan with a cute cat`

  he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing

  ⬆ 12 ⬇    💬 Reply    ↗ Share    ···

**penny_pens** · 19h ago

Not coming out today, forgot to remove one frame and has to submit tomorrow  .  .

⊖ ⬆ 42 ⬇    💬 Reply    ↗ Share    ···

  **Gooey_Goon** · 19h ago

  Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.

  ⬆ 10 ⬇    💬 Reply    ↗ Share    ···

  **LaberalDimocrat** · 19h ago

  He said one frame wasn't blurred? I wonder what the fuck he's uploading that needs to be that heavily censored

  ⊖ ⬆ 27 ⬇    💬 Reply    ↗ Share    ···

    **skittlesthepro** · 19h ago

    I bet it's that fake gun that Hasan sometimes has on stream/ Fear&. He's gonna claim he's "promoting violence" or something silly

    ⬆ 3 ⬇    💬 Reply    ↗ Share    ···

**Seymour--ass** · 19h ago
`a habitually sullen person`

Okay that's it lmao it's a BAIT

⊖ ⬆ 33 ⬇    💬 Reply    ↗ Share    ···

  **Seymour--ass** · 19h ago
  `a habitually sullen person`

  Even Morgan is saying you can get rid of one frame in the youtube editor

  ⊖ ⬆ 17 ⬇    💬 Reply    ↗ Share    ···

    **penny_pens** · 19h ago

    Maybe he doesn't know that? Because he hasn't made a video in 4 years.

    ⬆ 13 ⬇    💬 Reply    ↗ Share    ···

**boobiewatcher69420** · 19h ago
`he's a ham sandwich`

eel pit, it's not happening.



Skip to main content

Pitiful-Fennel-3702 • 19h ago

26    Reply    Share    ...

pedropedro1 • 19h ago

Stand by guys Ethan is watching Hasan get his eyebrows done

52    Reply    Share    ...

Disastrous-Pack1641 • 11h ago
H3hab

Me too tbf

3    Reply    Share    ...

PianoTeach88 • 19h ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

53    Reply    Share    ...

MagnumOpossumus • 19h ago
friend ,

Ethan posted on IG it's not coming out needs to be reedited

27    Reply    Share    ...

arongadark • 19h ago

Delayed til the morning. Womp womp

20    Reply    Share    ...

Aggravating-Unit37 • 19h ago

Is anyone live yet?

8    Reply    Share    ...

saz2022 • 19h ago

He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow." Trolll

27    Reply    Share    ...

saz2022 • 19h ago

Told ya



Skip to main content



↑ 7 ↓    ○ Reply    ↪ Share    ⋯

**strumdogg** • 20h ago • Edited 20h ago

Hasan's Voice Trainer

Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.

Ethan is in the corner, texting hila about a video export while 20,000 humans watch.

↑ 58 ↓    ○ Reply    ↪ Share    ⋯

⊕ 1 more reply

Exhibit G





He's trying to do the old school h3h3 commentary way past his prime. He looks and sounds like a husk of himself. This is actually so cringe I can't watch

94    ⤴ Reply    ↗ Share    ⋯

**Jessica_genericuser** · 10m ago
`Hamas would kill me on the spot`

God he talks like he's trying not to wake the kids

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯

**Law-n-order-** · 10m ago

Truly so hard to watch

⤴ 12 ⤵    ⟲ Reply    ↗ Share    ⋯

**Capable-Push-7236** · 7m ago

Yes this is exactly how i feel watching it on denims stream rn. Its so fucking cringe

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯

⊕ 1 more reply

**Extreme_Fox6658** · 11m ago

Ethan saying Hasan "presents himself as a left leaning democrat" is FUCKING INSANE

95    ⤴ Reply    ↗ Share    ⋯

**dblspider1216** · 9m ago
`ethan's underpaid and overworked attorneys`

I audibly yelled in my office

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯

**Neither_Wall_9907** · 9m ago
`finally fallen` 🏆 Top 1% Commenter

WHAT

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯

⊕ 1 more reply

**there_is_always_more** · 3m ago
`in a nature setting, to be conquered` 🏞️

Honestly this alone should let people know how out of his depth Ethan is with anything related to politics & history

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯

**tm1822** · 11m ago

Ethan genuinely thinks people fear communism like it's the 1950s

84    ⤴ Reply    ↗ Share    ⋯

**tm1822** · 10m ago

OH MY GOD... this is going to show how badly informed he is on politics omg no wonder Dan hated it.

48    ⤴ Reply    ↗ Share    ⋯

**tm1822** · 9m ago

Oh guys, this is bad. Like I thought it was going to be bad, but this is genuinely laughable and embarrassing.

⤴ Vote ⤵    ⟲ Reply    ↗ Share    ⋯



Skip to main content

+ Create



**ME TOO**

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**Gooey_Goon** • 4m ago

Literally within the same hour of him screaming at a female employee till she left just because she pointed out he MIGHT be using the wrong pronouns

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**crushingonhollyshort** • 7m ago

Watching on denims' stream rn too!!!

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**Lintopher** • 4m ago

I didn't watch the pod, what was the rant?

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**Seymour--ass** • 11m ago
a habitually sullen person 😅

fact check: hasan has never called himself a left leaning democrat LOL

⬆ 48 ⬇  💬 Reply  ↗ Share  ⋯

**flownintothesyn** • 12m ago

This shit is so cringe I cant.

⬆ 39 ⬇  💬 Reply  ↗ Share  ⋯

**yomeniester** • 8m ago • Edited 7m ago

Lies Counter: 2

- Hasan never introduced himself as a Social Democrat
- Hasan never said reeducation camps

⊖  ⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**Seymour--ass** • 7m ago
a habitually sullen person 😅

please keep this updated lol this is sad

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

⊕ 2 more replies

**PearlUnicorn** • 6m ago
that moron ethan klein  💬 Top 1% Commenter

Accusing Hasan of this when our president and our potentially next HHS leader have actually made these kinds of statements is bizarre.

⬆ Vote ⬇  💬 Reply  ↗ Share  ⋯

**MobileOk2676** • 2m ago

Skip to main content

➕ Create

Confusionitus · 11m ago

I'm 2 mins in and my jaw is on the floor. This is what we waited for? This is fucking embarassing

⬆ 34 ⬇   ◯ Reply   ⬆ Share   ...

More-Tea-2904 · 11m ago

oh this is a legitimate narcissistic meltdown ... he is trying SO hard to spin the narrative i dont know what i was expecting

⬆ 32 ⬇   ◯ Reply   ⬆ Share   ...

foodiefrankie · 12m ago

the manufactured charisma editing is killing me

⬆ 27 ⬇   ◯ Reply   ⬆ Share   ...

Ok-Pianist9407 · 11m ago
🏅 Top 1% Commenter

I'm watching along with denims. It's so stiff and cringe with 2012 "quality" style edits. The content thus far is anti communist bullshit too, that's the angle he's going

⬆ 27 ⬇   ◯ Reply   ⬆ Share   ...

➕ 1 more reply

CowsAreCurious · 10m ago
ethan's a grifter

Why does he keep saying that Hasan is a social democrat? Hasan never presented himself that way.

"reeducation camps" good lord this whole thing is gonna be done in bad faith. Gonna be a long 2 hours.

⬆ Vote ⬇   ◯ Reply   ⬆ Share   ...

➕ 4 more replies

Emergency_Night_145 · 11m ago

the oppenheimer clip right into the unironic 'patriotism' montage...instant KO. i might be out

⬆ 23 ⬇   ◯ Reply   ⬆ Share   ...

➕ 1 more reply

Particular_Willow234 · 9m ago
I'm objectively right 😳

im with denims rn, who you watching?

⬆ Vote ⬇   ◯ Reply   ⬆ Share   ...

➕ 4 more replies

TheCartTitan · 7m ago

Is he seriously trying to assassinate a former friend's character with a red scare video with a pro-American slant? Ain't no fucking way bro

⬆ Vote ⬇   ◯ Reply   ⬆ Share   ...



Skip to main content                                                                   + Create

⊖   ⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

    **PearlUnicorn** • 5m ago
    that moron ethan klein   🏅 Top 1% Commenter

    I think it was North Star Radio?

    ⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

      **TheCartTitan** • 4m ago

      We've been saying it lol it was so obvious

      ⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**linalbm** • 12m ago

Already cringing

⇧ 17 ⇩     ○ Reply    ↗ Share    ⋯

**tm1822** • 7m ago

The timing of Ethan harping on Hasan's politics while Hasan plans on going to the Japan's Communist Party HQ lol.

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**Lintopher** • 10m ago

Hahaha he literally is throwing the America Deserved 9/11 in the opening scenes... what a disingenuous piece of shit.

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**frogkisses-** • 9m ago

1 minute in I got a bingo on my content nuke bingo card

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**Toejamatheltesfoot** • 7m ago

THE COMMUNISTS ARE COMING!! Really, he's doing this?

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**srfolk** • 9m ago

Politically illiterate

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**KliffM** • 7m ago

Wait, is this red scare propaganda? Omg lmao this is hilarious!

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

**aprilorwhatever** • 9m ago

Alright this is so ridiculous can't even watch the streamers' reactions to it cause it's just too stupid so bye

⇧ Vote ⇩     ○ Reply    ↗ Share    ⋯

Skip to main content

+ Create

Mr. "is that the gay one" himself who doesn't know what Roe v. Wade is....fucking incredible. Speak more on socialism, king!

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**GoodJoeBR2049** • 8m ago
h3 fan's undeveloped frontal cortex

funny to make a video warning of "communism" when the US is alarmingly becoming fascist

⊖    ⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**MobileOk2676** • 1m ago

This man spent months making a red scare era propaganda piece about a Twitch streamer while actual fascists take over the entire government

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Ok-Pianist9407** • 8m ago
🏅 Top 1% Commenter

I REALLY hope Hasan doesn't react to this

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Capable-Push-7236** • 8m ago

BRO THIS IS SO CRINGE, this is his big nuke?

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**lionswolf** • 7m ago
"Hasan's    must taste pretty good" 🤭

he is so politically illiterate helpppppppppp

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Prestigious-Menu-966** • 6m ago

ITS SO BAD he sounds like he was researching his old vids to try to recreate that style but it's so stiff and awkward LMAO it def is hilarious tho, if Ethan is the joke

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Confusionitus** • 6m ago

Ethan wants to say that Hasan is denying genocide but Ethan still calls what's happening in gaza a "war"

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Lintopher** • 8m ago

Opening scenes having "communism bad guys" like a propagandist of the 80s.

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••

**Ok-Pianist9407** • 4m ago
🏅 Top 1% Commenter

Oh god it's so boring. Just clips of leftovers

⇧ Vote ⇩    ◯ Reply    ⇗ Share    •••



Skip to main content

⬆ 9 ⬇   💬 Reply    ↪ Share    ⋯

**coastdawgent** · 3m ago

This man misunderstood the difference between progressive democrats and leftists / anti-capitalists and has made it everyone's problem for 2 years.

His INTRO is that he perceived Hasan as a "left-leaning Democrat"?????

⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

**Seymour--ass** · 9m ago
a habitually sullen person 😅

bro is this a joke?? lol

⊖  ⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

   **Seymour--ass** · 9m ago
   a habitually sullen person 😅

   like denims said this is giving high school project

   ⊖  ⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

     **dblspider1216** · 1m ago
     💀 ethan's underpaid and overworked attorneys

     spot-on accurate

     ⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

**chipyip** · 9m ago

Such disingenuous bullshit lmao anyone who takes this seriously is a brainlet.

Ethan is so dumb it's unbearable.

⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

**Seymour--ass** · 8m ago
a habitually sullen person 😅

fact check: clipping hasan out of context on crimea lol

⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

**PearlUnicorn** · 5m ago
that moron ethan klein   😎 Top 1% Commenter

I'm not on the actual video, are comments still on?

⬆ Vote ⬇   💬 Reply    ↪ Share    ⋯

**BallDontLieEB** · 10m ago

This is worse than I thought it would be. Holy shit

⬆ 14 ⬇   💬 Reply    ↪ Share    ⋯

**foodiefrankie** · 11m ago

also i feel like an 8 year old with the way i cannot pay attention to this video's pacing lmfao

⬆ 7 ⬇   💬 Reply    ↪ Share    ⋯



More-Tea-2904 • 9m ago

i didn't know we'd end up catching a glimpse into ethan's mind this is too much

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

Remember-Earths-Past • 9m ago
"Hasan's ___ must taste pretty good" 🫢

Lmfao this is just straight fellating America

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

rickynewthings • 7m ago

ITS giving high school project.

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

Law-n-order- • 6m ago

Is he going to talk like this for the entire video? Literally unwatchable

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

More-Tea-2904 • 5m ago

why is he acting like the viewers will have 0 context ??? as if any progressive person will see this and take the h3 pill? who is this made for...

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

⊕ 1 more reply

BedroomPristine1611 • 4m ago

this is like mccarthy era shit

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

Seymour--ass • 4m ago
a habitually sullen person 😔

bro ethan is the target audience for shen yun!!

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

honeyncinnamon • 3m ago
debate Sam Seder

Denims is so right, the editing is giving high school YouTube presentation. And all the gotchas so far are not being backed up at all, it's just clips of Hasan saying things out of context and no historical background

⊖    ⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

honeyncinnamon • 3m ago
debate Sam Seder

I can't stress how much i hate his editing style. It was funny in 2016 but now it's so amateur and annoying

⇧ Vote ⇩    ○ Reply    ⤴ Share    ···

kingbugdust • 3m ago

I dont know how to explain it but this is actually making me sad for ethan... im having genuine second hand embarrassment so severely that its making me feel sad that he's at this place mentally & has no one around him to say maybe dont post this?

https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker/    9/16



Skip to main content

same, a part of me feels kind of let down, i feel like up until this point i had a sliver of hope for him to get better but seeing this im realising it's far too late

⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

**BibliophileMafia** · 3m ago · Edited 1m ago

You know, Ethan is so deranged in this video, I really think Hasan needs to get a restraining order against Ethan for his own safety at this point.

⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

**Extreme_Fox6658** · 3m ago

HE DOESN'T EVEN KNOW HOW TO PRONOUNCE UYGHUR!!!!! AHHHHHHHH

⊖ ⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

    **Unequivocally_Maybe** · 3m ago
    🐸 Top 1% Commenter

    Wee-gur

    ⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

    **No-Lynx8771** · 3m ago
    h3's islamaphobia Olympics   🐸 Top 1% Commenter

    To be fair he can't pronounce his wife's name either

    ⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

    **Extreme_Fox6658** · 2m ago

    Dude. Fucking insane how stupid this man is. And he calls himself a "political commentator?" ?!?!?!

    I feel like I'm losing my mind. There's no way he spent months on this and didn't even double-check how to pronounce Uyghur.

    Mr. "is Roe v. Wade the gay one" strikes again.

    ⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

**ShamChowder** · 2m ago

Yooo, Hasan is the Alex Jones of the Left!!!

Let's gooooo!!! We're back in 2021!!!

⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

**Ok-Pianist9407** · 2m ago
🐸 Top 1% Commenter

China BAD

⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯

**Few_Presence_946** · 1m ago

He is pointing to hasan saying stuff that he dont agree but don't have the knowledge to counter and saying: SEEEEEEEE?????? HE IS A COMMIE.

wow. so brave.

⇧ Vote ⇩   💬 Reply   ↗ Share   ⋯



**candycorneater** · 11m ago

here we go again

⇧ 6 ⇩   ◯ Reply   ⤸ Share   ⋯

**littlelemonpig** · 11m ago

It's already managed to give me a concussion wtf

⇧ 6 ⇩   ◯ Reply   ⤸ Share   ⋯

**lavieenbleuciel** · 11m ago

WHAT IS GOING ON WHAT AM I WATCHING

⇧ 6 ⇩   ◯ Reply   ⤸ Share   ⋯

**Dreamgus** · 9m ago

This is so bad already.

⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

**deersie** · 8m ago
🏷️ I am Snarkacus!

Re-education CAMPS??! WHAT?!

⊖  ⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

> **PearlUnicorn** · 9m ago
> 🏷️ that moron ethan klein   💬 Top 1% Commenter
>
> Extrapolation so hard!
>
> ⊖  ⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯
>
> > **deersie** · 9m ago
> > 🏷️ I am Snarkacus!
> >
> > So bad faith right?? What the fuck
> >
> > ⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

**kingbugdust** · 7m ago

Ethan in his Regan Era

⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

**chickems** · 7m ago
🏷️ We love our mods, don't we folks

dying of cringe, help

⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

**Ok-Pianist9407** · 7m ago · Edited 6m ago
💬 Top 1% Commenter

Ethan literally chopped up clips of the footage of Hasan, so he could have clipped that to any context. And nothing he's presented of what Hasan's said is even wrong unless you think anything that's leftist is inherently evil/anti American

⇧ Vote ⇩   ◯ Reply   ⤸ Share   ⋯

⊕ 1 more reply

Skip to main content

+ Create

I already tapped out of Frogan's stream bc it's too cringe lmao this is what he worked so hard on

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**deersie** · 4m ago
I am Snarkacus!

I'm with Frogan and we're only 7 minutes in... this is legit torturous this can't be all it is for 1:45 LOL

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**Popular_Pea_3953** · 3m ago

so Ethan now cares about muslims / uyghurs? Wish he felt this way about palestinians as well.

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**dblspider1216** · 3m ago
ethan's underpaid and overworked attorneys

he has pronounced "uyghur" 5 different ways in the past 2 minutes. no exaggeration.

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**Capable-Push-7236** · 2m ago

I can't believe he missed taking care of & hanging out with his children for this cringe ass video

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**8three8three** · 2m ago

this is so crazy that i'm waiting for him to say just kidding at some point and switch to his real points

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

⊕ 1 more reply

**murdermuffin666** · 1m ago

this video is gonna be so goddamn boring if this is what he's kicking off with

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**Seymour--ass** · 10m ago
a habitually sullen person 😠

this is so so bad

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**PearlUnicorn** · 9m ago
that moron ethan klein    🏆 Top 1% Commenter

Ethan's acting is so stilted.

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

**No-Lynx8771** · 5m ago
h3's islamaphobia Olympics    🏆 Top 1% Commenter

Shen yun mentioned!! Lmao

⬆ Vote ⬇    ⟲ Reply    ↪ Share    ⋯

Skip to main content

⊕ Create

---

**CowsAreCurious** • 2m ago
`ethan's a grifter`

Kind of hilarious him bringing up the Chinese Uyghurs as if he ever cared about Muslims. Does he only care about Muslims when they aren't Arab?

⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

**slimebot_** • 2m ago

I lowkey feel bad bc of how hard he thought he was cooking with this...this is borderline unwatchable for anyone involved in either of these communities, i can't even imagine an average viewer watching this for more than like 5 minutes and he made almost 2 hours of content lmao

⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

**Maleficent-Crow-5** • 9m ago

I hope you guys aren't busy giving him views

⊖   ⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

> **Seymour--ass** • 8m ago
> `a habitually sullen person 😑`
>
> watching via Denims' stream!
>
> ⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···
>
> ⊕ 4 more replies

**Any_Bee_5918** • 2m ago
`Palestinian Compilation Queen 👑`   `🏆 Top 1% Poster`

This is very unrelated and unnecessary but I don't like how there's no like- sounds lol. I feel like i expect some kind of dark ominous music when it comes to "expose" videos like this, but it's literally just us listening to him rant in his basement

⊖   ⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

> **More-Tea-2904** • 1m ago
>
> it makes it so much more unhinged i swear
>
> ⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

**interactivecdrom** • 2m ago

i scrubbed through and this whole thing is boring. he also body shamed mike from PA which is just really gross and lame.

⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

⊕ 1 more reply

**jbouf** • 1m ago

Im listening to denims and it's sounding like he got his research from the US state department and they gave him $50 to do some propaganda for them. Anyone above high school age with knowledge of any basic world history and politics is going to demolish this clown after this video and we're barely in

⬆ Vote ⬇   ◯ Reply   ⇗ Share   ···

---



Skip to main content    h3    + Create    2

ramblings.

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**Jasjazjas** • 2m ago

Oh this truly is real garbage so far lmao

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**dblspider1216** • 12m ago
ethan's underpaid and overworked attorneys

"he presents himself like me - a left-leaning democrat." lol NO THE FUCK HE DOESNT. oh my god.

⬆ 2 ⬇    💬 Reply    ↗ Share    •••

**lexiseok** • 9m ago

oh noooooo he's gonna call hasan a communist the whole time oh nooooo

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**Capable-Reputation-3** • 8m ago • Edited 1m ago

Welp, I've joined this snark lol, I'm triggered by all the calling this a nuke on Hasan considering what's going on in the world towards Palestine/Muslims...maybe I'm sensitive, maybe it's cause aunt flow is in town. Idk, but I'm really triggered by this

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**AutoModerator MOD** • 16m ago • 🔒

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

⬆ 1 ⬇    ↗ Share    •••

**Rodden** • 10m ago

the ramblings of a madman

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

like I predicted - it has the political sophistication of an 8th grade book report.

⬆ Vote ⬇    💬 Reply    ↗ Share    •••

**BaronBatchlerX** • 8m ago



⇧ Vote ⇩    ○ Reply    ⤳ Share    ⋯

Exhibit 5

**Registration Number**

# PAu 4-256-429

**Effective Date of Registration:**
January 28, 2025
**Registration Decision Date:**
March 27, 2025

## Title

Title of Work:    Content Nuke: Hasan Piker

## Completion/Publication

Year of Completion:    2025

## Author

- **Author:**    Ted Entertainment, Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

Copyright Claimant:    Ted Entertainment, Inc.
106 1/2 Judge John Aiso, Ste. 434, Los Angeles, CA

## Limitation of copyright claim

Material excluded from this claim:    preexisting footage, preexisting photograph(s), preexisting music

New material included in claim:    all other cinematographic material, additional new footage, production as a motion picture

## Certification

Name:    Rom Bar-Nissim
Date:    January 27, 2025

Exhibit 6

**Registration Number**

# PAu 4-257-253

**Effective Date of Registration:**
March 31, 2025
**Registration Decision Date:**
April 03, 2025

## Title _____

Title of Work:    Countdown To Doomsday - H3 Show #104

## Completion/Publication _____

Year of Completion:    2025

## Author _____

- **Author:**    Ted Entertainment, Inc.
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant _____

Copyright Claimant:    Ted Entertainment, Inc.
106 1/2 Judge John Aiso, Ste. 434, Los Angeles, CA 90012

## Limitation of copyright claim _____

Material excluded from this claim:    preexisting footage, preexisting photograph(s), preexisting music

New material included in claim:    all other cinematographic material, additional new footage, production as a
motion picture

## Certification _____

Name:    Rom Bar-Nissim
Date:    March 10, 2025

Correspondence:    Yes

Exhibit 7



# Exhibit 8

1  ROM BAR-NISSIM (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4

5  Attorneys for Plaintiff
   TED ENTERTAINMENT, INC.

6  BENJAMIN KASSIS (SBN 298844)
   ben@frostllp.com
7  BENJAMIN GRUSH (SBN 335550)
   bgrush@frostllp.com
8  FROST LLP
   10960 Wilshire Boulevard, Suite 2100
9  Los Angeles, California 90024
   Telephone: (424) 254-0441
10 Facsimile: (424) 600-8504

11 Attorneys for Defendant
   ALEXANDRA MARWA SABER p/k/a DENIMS
12

13              **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15

16 TED ENTERTAINMENT, INC., a        Case No.: 2:25-cv-05564-WLH-PD
   California Corporation,
17                                   **DISCOVERY MATTER**
                 Plaintiffs,
18                                   **JOINT STIPULATION RE:**
19        v.                         **GRANTING PLAINTIFF LEAVE TO**
                                     **SERVE THIRD-PARTY**
20 ALEXANDRA MARWA SABER            **SUBPOENAS PRIOR TO THE RULE**
   f/k/a MARWA TALATT               **26(f) CONFERENCE**
21 ABDELMONEM p/k/a DENIMS, an
   individual, and DOES 1-10
22
                 Defendants.
23

24

25

26

27

28

---
JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS
PRIOR TO THE RULE 26(f) CONFERENCE

WHEREAS, plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the "H3Snark Mods") (Dkt. No. 1);

WHEREAS, on June 24, 2025, Denims was served with the Complaint (Dkt. No. 12);

WHEREAS, on June 30, 2025, counsel for Denims contacted counsel for TEI to discuss various preliminary matters related to the present action;

WHEREAS, also on June 30, 2025, counsel for TEI responded to counsel for Denims and explained, *inter alia*, TEI's intention to file an *ex parte* application seeking expedited discovery to subpoena Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord") to obtain personal identifying information of the H3Snark Mods prior the conference of counsel under Federal Rule of Civil Procedure Rule 26(f) (the "Application") for the purpose of naming the H3Snark Mods in the Complaint and serving the H3Snark Mods with the Complaint;

WHEREAS, also on June 30, 2025, counsel for Denims responded to counsel for TEI and requested, *inter alia*, to set up a time to meet and confer regarding the Application;

WHEREAS, counsel for TEI and Denims (collectively, the "Parties") agreed to meet and confer on July 1, 2025;

WHEREAS, on July 1, 2025, counsel for the Parties conducted a telephonic meet and confer regarding the grounds and necessity for the Application;

WHEREAS, counsel for Denims agreed that TEI's request to seek expedited discovery from Reddit and Discord to obtain personal identifying information of the H3Snark Mods to name them in the Complaint and serve the H3Snark Mods with the Complaint is warranted under the circumstances;

WHEREAS, to avoid unnecessary motion practice and conserve the

resources of the Parties and this Court, the Parties have entered into this joint

stipulation to request this Court to grant TEI leave to serve subpoenas on Reddit

and Discord on condition that counsel for Denims first review the aforementioned

subpoenas;

**WHEREAS,** due to a preplanned Fourth of July holiday vacation, the

earliest counsel for Denims could review the proposed subpoenas to Reddit and

Discord was July 10, 2025;

**WHEREAS,** on July 10, 2025, counsel for TEI sent counsel for Denims the

proposed subpoenas to Reddit and Discord – to which counsel for Denims does not

object;

**WHEREAS,** a true and correct of the proposed document subpoena to

Reddit is attached hereto and incorporated herein as **Exhibit A** (with the date and

time of compliance and date of the subpoena was issued left blank); and

**WHEREAS,** a true and correct copy of the proposed document subpoena to

Discord is attached hereto and incorporated herein as **Exhibit B** (with the date and

time of compliance and date of the subpoena was issued left blank).

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the

Parties through their respective attorneys of record respectfully request that: (1) this

Court grant the Stipulation; (2) that TEI be granted leave to serve the proposed

subpoenas attached as Exhibit A to Reddit and Exhibit B to Discord prior to the

conference of counsel under Federal Rule of Civil Procedure Rule 26(f); and (3) the

Court enter the Order lodged concurrently herewith.

Dated: July 16, 2025                    **HEAH BAR-NISSIM LLP**

                                        By   /s/ Rom Bar-Nissim
                                           ROM BAR-NISSIM
                                           Attorneys for Plaintiff Ted
                                           Entertainment, Inc.

1

2

Dated: July 16, 2025                     **FROST LLP**

3                                    By  /s/ Ben Kassis

4                                        BEN KASSIS
                                         BENJAMIN GRUSH
5                                        Attorneys for Defendant
                                         Alexandra Marwa Saber p/k/a
6                                        Denims

7        Pursuant to Civil L.R. 5-4.3.4(a)(2)(1), the filer attest that all other

8    signatories listed, and on whose behalf this filing is submitted, concur in the filing's

9    content and have authorized the filing.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| Ted Entertainment, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-05564-WLH-PD |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10 | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     Reddit, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:      See Attachment

| Place: Heah Bar-Nissim LLP c/o Parasec, 2804 Gateway Oaks Drive, Ste. 100, Sacramento, CA 95833 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| | CLERK OF COURT | OR | |
|---|---|---|---|
| | | | /s/ Rom Bar-Nissm |
| | *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Ted Entertainment, Inc. _____, who issues or requests this subpoena, are:
Rom Bar-Nissim; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067; Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  2:25-cv-05564-WLH-PD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT TO SUBPOENA TO REDDIT, INC.
## DEFINITIONS

1.      The term "ACCOUNT INFORMATION" shall have the same meaning as used in REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "this includes things like your username, avatar, and email address (if you verify your account with an email")

2.      The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3.      The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed, printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of REDDIT or to which REDDIT otherwise has

access.  Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

4.      The term "H3SNARK" shall mean the subreddit on REDDIT entitled r/h3snark.

5.      The term "H3SNARK MODS" shall refer to the REDDIT users who are MODERATORS of H3SNARK.

6.  The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

7.      The term "LOCATION INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "If you decide to share your location with us, we collect that information from your mobile device. We may also get your approximate location through your IP address."

8.     The term "MODERATORS" shall have the same meaning as used by REDDIT on the webpage entitled "What's a moderator?" located at: https://support.reddithelp.com/hc/en-us/articles/204533859-What-s-a-moderator

9.     The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10.     The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, LOCATION INFROMATION, TRANSACTIONAL INFORMATION and USAGE INFORMATION.

11.     The term "REDDIT" shall mean third-party Reddit, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

12.     The term "REDDIT'S DATA COLLECTION WEBPAGE" shall mean the webpage entitled "What information does Reddit collect about me and my account" and located at: https://support.reddithelp.com/hc/en-us/articles/360043048412-What-information-does-Reddit-collect-about-me-and-my-account.

13.     The term "TRANSACTIONAL INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "billing information such as your name, address, payment type, and purchase details."

14.     The term "USAGE INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "data about how you access and use Reddit such as your login and IP information, browser type,

operating system, device and search terms."

15.     As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

16.     As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

17.     As used herein, the use of the singular form of any word shall include the plural and vice versa.

18.     Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

### **INSTRUCTIONS**

A.     REDDIT shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B.     Each Request solicits all information obtainable by REDDIT, including its attorneys, investigators, agents, employees and representatives.

C.     Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) REDDIT will allow inspection or related activities in response to the Request; (2) REDDIT will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D.     Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), REDDIT must specify whether any responsive materials to a Request are being withheld on the basis of said objection.  General, boilerplate or conclusory objections are not proper

objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

      E.      Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

      F.      Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

      G.      Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

      H.      Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

      I.      Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, REDDIT shall furnish the following information for each such claim:

          1.      The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

          2.      The Request or specific portion of the Request to which the assertion of Privilege relates;

          3.      If the Privilege is being asserted for a particular

COMMUNICATION, a description of the COMMUNICATION, including:

    a.   the date of the COMMUNICATION or disclosure;

    b.   IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

    c.   IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

    d.   a summary of the COMMUNICATION'S subject matter.

4.   If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

    a.   the date of the DOCUMENT;

    b.   IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

    c.   IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

    d.   the location of the DOCUMENT; and

    e.   a summary of the DOCUMENT'S subject matter.

J.   If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without

limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by REDDIT to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians.  In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

1.    date of disposal, loss, or destruction;

2.    manner of disposal, loss, or destruction;

3.    reason for disposal or destruction, or an explanation of the loss;

4.    IDENTIFY the PERSON(S) authorizing the disposal or destruction;

5.    IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

6.    IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

K.    If, in responding to any of these Requests, REDDIT encounters any ambiguity in construing either the Request, a definition, or an instruction, REDDIT shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, *7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, *3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

L.    In producing material responsive to these Requests, REDDIT shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D.

469, 485 (S.D. Cal. 2012). Where no responsive information is within REDDIT'S possession, custody or control, REDDIT must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.     Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, *4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, *6 (C.D. Cal., Oct. 5, 2020).

N.     Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed continuing and supplemental answers shall be required if REDDIT directly or indirectly obtains further information after his initial response.

O.     Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, REDDIT must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P.     Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

## SUBPOENAED DOCUMENTS AND INFORMATION

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/ozempicdealer.

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 3:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam2.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/RomanPeee.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 5:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamander.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 6:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/kavkav2.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 7:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam3.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 8:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Wrong_Salamanderr.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 9:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamanderr.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 10:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/PurePress.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 11:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/KitchenMukbangStar.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 12:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/sarahornejewetts.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 13:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/jewettsarahorne.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 14:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/jewettornesarah.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 15:**

All DOCUMENTS and COMMUNICATIONS containing the usernames of the H3SNARK MODS who were MODERATORS of H3SNARK from January 1, 2025 through February 28, 2025.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 16:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the H3SNARK MODS who were MODERATORS of H3SNARK from January 1, 2025 through February 28, 2025.

# Exhibit B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| Ted Entertainment, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-05564-WLH-PD |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10 | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 
Discord, Inc.
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Heah Bar-Nissim LLP c/o Parasec, 2804 Gateway Oaks Drive, Ste. 100, Sacramento, CA 95833 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | /s/ Rom Bar-Nissm |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Ted Entertainment, Inc. _____, who issues or requests this subpoena, are:
Rom Bar-Nissm; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067;
Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-05564-WLH-PD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) For Other Discovery.** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) Command to Produce Materials or Permit Inspection.**
    **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) Quashing or Modifying a Subpoena.**
    **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
    **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
    **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**
    **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT TO SUBPOENA TO DISCORD, INC.

## DEFINITIONS

1.    The term "ACCOUNT INFORMATION" shall have the same meaning as used in DISCORD'S PRIVACY POLICY – *i.e.*, "email address and/or phone number", "birthday," "additional information to verify your age" and "additional information" to "verify your account" like "a verified phone number."

2.    The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3.    The term "DEVICE INFORMATION" shall have the same meaning as "Information about your device" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "information about the device you are using to access the services," such as "your IP address, operating system information, browser information, and information about your device settings."

4.    The term "DISCORD" shall mean third-party, Discord, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

5.    The term "DISCORD'S PRIVACY POLICY" shall mean DISCORD's privacy policy that is located at: https://discord.com/privacy#3

6.    The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed,

printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of DISCORD or to which DISCORD otherwise has access. Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

7. The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the

COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

8.      The term "PAYMENT INFORMATION" shall have the same meaning as "Payment information" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "valid payment method and associated billing information, including your full name and billing information" and "bank account information to facilitate payments, tax identification information, and copies of government issued identification required to identify users in accordance with regulatory obligations."

9.      The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10.     The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, DEVICE INFORMATION and PAYMENT INFORMATION.

11.     As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

12.     As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

13.     As used herein, the use of the singular form of any word shall include the plural and vice versa.

14.     Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

## **INSTRUCTIONS**

A.   DISCORD shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B.   Each Request solicits all information obtainable by DISCORD, including its attorneys, investigators, agents, employees and representatives.

C.   Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) DISCORD will allow inspection or related activities in response to the Request; (2) DISCORD will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D.   Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), DISCORD must specify whether any responsive materials to a Request are being withheld on the basis of said objection.  General, boilerplate or conclusory objections are not proper objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

E.   Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

F.   Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

G.   Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are

kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

      H.     Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

      I.     Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, DISCORD shall furnish the following information for each such claim:

      1.     The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

      2.     The Request or specific portion of the Request to which the assertion of Privilege relates;

      3.     If the Privilege is being asserted for a particular COMMUNICATION, a description of the COMMUNICATION, including:

          a.     the date of the COMMUNICATION or disclosure;

          b.     IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

          c.     IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

          d.     a summary of the COMMUNICATION'S subject

matter.

    4.    If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

        a.    the date of the DOCUMENT;

        b.    IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

        c.    IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

        d.    the location of the DOCUMENT; and

        e.    a summary of the DOCUMENT'S subject matter.

    J.    If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by DISCORD to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians.  In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

    1.    date of disposal, loss, or destruction;

    2.    manner of disposal, loss, or destruction;

    3.    reason for disposal or destruction, or an explanation of the loss;

4.      IDENTIFY the PERSON(S) authorizing the disposal or destruction;

5.      IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

6.      IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

K.      If, in responding to any of these Requests, DISCORD encounters any ambiguity in construing either the Request, a definition, or an instruction, DISCORD shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, *7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, *3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

L.      In producing material responsive to these Requests, DISCORD shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D. 469, 485 (S.D. Cal. 2012). Where no responsive information is within DISCORD'S possession, custody or control, DISCORD must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.      Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, *4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, *6 (C.D. Cal., Oct. 5, 2020).

N.      Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed

continuing and supplemental answers shall be required if DISCORD directly or indirectly obtains further information after his initial response.

O.    Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, DISCORD must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P.    Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

## SUBPOENAED DOCUMENTS AND INFORMATION

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "yoggiebearx".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the screenname "allitern".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 3:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "rozzwhalenm".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "frompu".

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 5:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "No_Reception".

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10 <br><br> Defendants. | Case No.: 2:25-cv-05564-WLH-PD <br><br> **DISCOVERY MATTER** <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE** |

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;

2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and

3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

IT IS SO ORDERED.


DATED:_____          _____

Hon. Patricia Donahue

United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE

Exhibit 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>              Plaintiffs,<br><br>        v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>              Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE** |

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;

2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and

3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

**IT IS SO ORDERED.**

DATED: July 31, 2025

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

Exhibit 10

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| Ted Entertainment, Inc. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:25-cv-05564-WLH-PD |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10 | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Reddit, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See Attachment

| Place: Heah Bar-Nissim LLP c/o First Legal, 149 New Montgomery St., 4th Floor, San Francisco, CA 94105 | Date and Time: 09/05/2025 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  08/04/2025

*CLERK OF COURT*

OR

_____          /s/ Rom Bar-Nissm
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Ted Entertainment, Inc. _____, who issues or requests this subpoena, are:
Rom Bar-Nissim; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067;
Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   2:25-cv-05564-WLH-PD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT TO SUBPOENA TO REDDIT, INC.

## DEFINITIONS

1. The term "ACCOUNT INFORMATION" shall have the same meaning as used in REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "this includes things like your username, avatar, and email address (if you verify your account with an email")

2. The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3. The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed, printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of REDDIT or to which REDDIT otherwise has

access.  Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

4.      The term "H3SNARK" shall mean the subreddit on REDDIT entitled r/h3snark.

5.      The term "H3SNARK MODS" shall refer to the REDDIT users who are MODERATORS of H3SNARK.

6.  The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

7.      The term "LOCATION INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "If you decide to share your location with us, we collect that information from your mobile device. We may also get your approximate location through your IP address."

8.    The term "MODERATORS" shall have the same meaning as used by REDDIT on the webpage entitled "What's a moderator?" located at:

https://support.reddithelp.com/hc/en-us/articles/204533859-What-s-a-moderator

9.    The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10.    The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, LOCATION INFROMATION, TRANSACTIONAL INFORMATION and USAGE INFORMATION.

11.    The term "REDDIT" shall mean third-party Reddit, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

12.    The term "REDDIT'S DATA COLLECTION WEBPAGE" shall mean the webpage entitled "What information does Reddit collect about me and my account" and located at: https://support.reddithelp.com/hc/en-us/articles/360043048412-What-information-does-Reddit-collect-about-me-and-my-account.

13.    The term "TRANSACTIONAL INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "billing information such as your name, address, payment type, and purchase details."

14.    The term "USAGE INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "data about how you access and use Reddit such as your login and IP information, browser type,

operating system, device and search terms."

15.     As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

16.     As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

17.     As used herein, the use of the singular form of any word shall include the plural and vice versa.

18.     Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

## INSTRUCTIONS

A.     REDDIT shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B.     Each Request solicits all information obtainable by REDDIT, including its attorneys, investigators, agents, employees and representatives.

C.     Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) REDDIT will allow inspection or related activities in response to the Request; (2) REDDIT will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D.     Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), REDDIT must specify whether any responsive materials to a Request are being withheld on the basis of said objection.  General, boilerplate or conclusory objections are not proper

objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

 E. Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

 F. Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

 G. Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

 H. Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

 I. Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, REDDIT shall furnish the following information for each such claim:

  1. The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

  2. The Request or specific portion of the Request to which the assertion of Privilege relates;

  3. If the Privilege is being asserted for a particular

COMMUNICATION, a description of the COMMUNICATION, including:

    a.    the date of the COMMUNICATION or disclosure;

    b.    IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

    c.    IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

    d.    a summary of the COMMUNICATION'S subject matter.

4.    If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

    a.    the date of the DOCUMENT;

    b.    IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

    c.    IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

    d.    the location of the DOCUMENT; and

    e.    a summary of the DOCUMENT'S subject matter.

J.    If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without

limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by REDDIT to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians.  In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

   1. date of disposal, loss, or destruction;

   2. manner of disposal, loss, or destruction;

   3. reason for disposal or destruction, or an explanation of the loss;

   4. IDENTIFY the PERSON(S) authorizing the disposal or destruction;

   5. IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

   6. IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

  K. If, in responding to any of these Requests, REDDIT encounters any ambiguity in construing either the Request, a definition, or an instruction, REDDIT shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, *7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, *3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

  L. In producing material responsive to these Requests, REDDIT shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D.

469, 485 (S.D. Cal. 2012). Where no responsive information is within REDDIT'S possession, custody or control, REDDIT must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.     Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, *4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, *6 (C.D. Cal., Oct. 5, 2020).

N.     Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed continuing and supplemental answers shall be required if REDDIT directly or indirectly obtains further information after his initial response.

O.     Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, REDDIT must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P.     Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

## SUBPOENAED DOCUMENTS AND INFORMATION

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/ozempicdealer.

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 3:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam2.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/RomanPeee.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 5:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamander.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 6:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/kavkav2.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 7:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam3.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 8:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Wrong_Salamanderr.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 9:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamanderr.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 10:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/PurePress.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 11:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/KitchenMukbangStar.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 12:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL
IDENTIFYING INFORMATION of REDDIT user u/sarahornejewetts.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 13:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL
IDENTIFYING INFORMATION of REDDIT user u/jewettsarahorne.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 14:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL
IDENTIFYING INFORMATION of REDDIT user u/jewettornesarah.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 15:**

All DOCUMENTS and COMMUNICATIONS containing the usernames of
the H3SNARK MODS who were MODERATORS of H3SNARK from January 1,
2025 through February 28, 2025.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 16:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL
IDENTIFYING INFORMATION of the H3SNARK MODS who were
MODERATORS of H3SNARK from January 1, 2025 through February 28, 2025.

Exhibit 11

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| Ted Entertainment, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-05564-WLH-PD |
| Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10 | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     Discord, Inc.

*(Name of person to whom this subpoena is directed)*

☛ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    See Exhibit A

| Place: Heah Bar-Nissim LLP c/o First Legal, 149 New Montgomery St., 4th Floor, San Francisco, CA 94105 | Date and Time: 09/05/2025 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    08/04/2025

*CLERK OF COURT*

                                                                OR

_____                    /s/ Rom Bar-Nissm
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Ted Entertainment, Inc.                                    , who issues or requests this subpoena, are:
Rom Bar-Nissim; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067;
Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  2:25-cv-05564-WLH-PD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
        **(i)** is a party or a party's officer; or
        **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
        **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
        **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
        **(i)** fails to allow a reasonable time to comply;
        **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
        **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
        **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
        **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

        **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
        **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
        **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
        **(i)** expressly make the claim; and
        **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT TO SUBPOENA TO DISCORD, INC.
## DEFINITIONS

1.      The term "ACCOUNT INFORMATION" shall have the same meaning as used in DISCORD'S PRIVACY POLICY – *i.e.*, "email address and/or phone number", "birthday," "additional information to verify your age" and "additional information" to "verify your account" like "a verified phone number."

2.      The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3.      The term "DEVICE INFORMATION" shall have the same meaning as "Information about your device" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "information about the device you are using to access the services," such as "your IP address, operating system information, browser information, and information about your device settings."

4.      The term "DISCORD" shall mean third-party, Discord, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

5.      The term "DISCORD'S PRIVACY POLICY" shall mean DISCORD's privacy policy that is located at: https://discord.com/privacy#3

6.      The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed,

printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of DISCORD or to which DISCORD otherwise has access. Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

7. The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the

COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

8.     The term "PAYMENT INFORMATION" shall have the same meaning as "Payment information" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "valid payment method and associated billing information, including your full name and billing information" and "bank account information to facilitate payments, tax identification information, and copies of government issued identification required to identify users in accordance with regulatory obligations."

9.     The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10.     The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, DEVICE INFORMATION and PAYMENT INFORMATION.

11.     As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

12.     As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

13.     As used herein, the use of the singular form of any word shall include the plural and vice versa.

14.     Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

## **INSTRUCTIONS**

A.     DISCORD shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B.     Each Request solicits all information obtainable by DISCORD, including its attorneys, investigators, agents, employees and representatives.

C.     Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) DISCORD will allow inspection or related activities in response to the Request; (2) DISCORD will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D.     Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), DISCORD must specify whether any responsive materials to a Request are being withheld on the basis of said objection.  General, boilerplate or conclusory objections are not proper objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

E.     Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

F.     Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

G.     Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are

kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

H.      Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

I.      Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, DISCORD shall furnish the following information for each such claim:

1.      The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

2.      The Request or specific portion of the Request to which the assertion of Privilege relates;

3.      If the Privilege is being asserted for a particular COMMUNICATION, a description of the COMMUNICATION, including:

a.      the date of the COMMUNICATION or disclosure;

b.      IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

c.      IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

d.      a summary of the COMMUNICATION'S subject

matter.

4.     If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

        a.     the date of the DOCUMENT;

        b.     IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

        c.     IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

        d.     the location of the DOCUMENT; and

        e.     a summary of the DOCUMENT'S subject matter.

J.     If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by DISCORD to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians.  In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

1.     date of disposal, loss, or destruction;

2.     manner of disposal, loss, or destruction;

3.     reason for disposal or destruction, or an explanation of the loss;

4.      IDENTIFY the PERSON(S) authorizing the disposal or destruction;

5.      IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

6.      IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

K.      If, in responding to any of these Requests, DISCORD encounters any ambiguity in construing either the Request, a definition, or an instruction, DISCORD shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, \*7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, \*3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

L.      In producing material responsive to these Requests, DISCORD shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D. 469, 485 (S.D. Cal. 2012). Where no responsive information is within DISCORD'S possession, custody or control, DISCORD must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.      Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, \*4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, \*6 (C.D. Cal., Oct. 5, 2020).

N.      Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed

continuing and supplemental answers shall be required if DISCORD directly or indirectly obtains further information after his initial response.

O.      Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, DISCORD must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P.      Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

## SUBPOENAED DOCUMENTS AND INFORMATION

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "yoggiebearx".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the screenname "allitern".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 3:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "rozzwhalenm".

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "frompu".

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 5:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "No_Reception".

Exhibit 12

1  BENJAMIN KASSIS (SBN 298844)
   ben@frostllp.com
2  BENJAMIN GRUSH (SBN 335550)
   bgrush@frostllp.com
3  FROST LLP
   10960 Wilshire Boulevard, Suite 2100
4  Los Angeles, California 90024
   Telephone: (424) 254-0441
5  Facsimile: (424) 600-8504

6  Attorneys for Defendant
   ALEXANDRA MARWA SABER p/k/a
7  DENIMS

8          UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 TED ENTERTAINMENT, INC., a          Case No. 2:25-cv-05564-WLH-PD
   California Corporation,
12                                      *Hon. Wesley L. Hsu*
               Plaintiff,
13                                      **DEFENDANT ALEXANDRA**
        vs.                             **MARWA SABER'S ANSWER TO**
14                                      **COMPLAINT**
   ALEXANDRA MARWA SABER f/k/a
15 MARWA TALATT ABDELMONEM             **DEMAND FOR JURY TRIAL**
   p/k/a DENIMS, an individual, and
16 DOES 1-10,                           Action filed:    June 19, 2025

17             Defendants.

18

19

20

21

22

23

24

25

26

27

28

57380.1                              1
     DEFENDANT ALEXANDRA MARWA SABER'S ANSWER TO COMPLAINT

Defendant ALEXANDRA MARWA SABER p/k/a DENIMS ("Defendant") hereby answers the Complaint of Plaintiff TED ENTERTAINMENT, INC., a California Corporation ("Plaintiff") as follows.

## ANSWER TO COMPLAINT

1.     Paragraph 1 contains legal conclusions to which no response is required. Notwithstanding the foregoing, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

2.     Defendant denies the allegations in Paragraph 2 of the complaint.

3.     Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

4.     Defendant denies the allegations in Paragraph 4 of the complaint.

5.     Defendant denies the allegations in Paragraph 5 of the complaint.

6.     Paragraph 6 contains legal conclusions to which no response is required.

7.     Paragraph 7 contains legal conclusions to which no response is required.

8.     Paragraph 8 contains legal conclusions to which no response is required.

9.     Answering Paragraph 9, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

10.     Defendant admits the allegation in Paragraph 10 of the complaint.

11.     Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

12.     Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

13.     Paragraph 13 contains legal conclusions to which no response is

1  required. Notwithstanding the foregoing, Defendant lacks sufficient knowledge or

2  information to form a belief concerning the truth of the factual allegations contained

3  therein and on that basis denies such allegations.

4        14.    Paragraph 14 contains legal conclusions to which no response is

5  required. Notwithstanding the foregoing, Defendant lacks sufficient knowledge or

6  information to form a belief concerning the truth of the factual allegations contained

7  therein and on that basis denies such allegations.

8        15.    Answering Paragraph 15, Defendant lacks sufficient knowledge or

9  information to form a belief concerning the truth of the factual allegations contained

10  therein and on that basis denies such allegations.

11        16.    Defendant denies the allegations in Paragraph 16 of the complaint.

12        17.    Defendant denies the allegations in Paragraph 17 of the complaint.

13        18.    To the extent the allegations set forth in Paragraph 18 purport to

14  summarize or characterize the contents of the referenced document, the document

15  speaks for itself. Notwithstanding the foregoing, Defendant denies the allegations in

16  Paragraph 18 of the complaint.

17        19.    To the extent the allegations set forth in Paragraph 19 purport to

18  summarize or characterize the contents of the referenced document, the document

19  speaks for itself. Notwithstanding the foregoing, Defendant denies the allegations in

20  Paragraph 19 of the complaint.

21        20.    To the extent the allegations set forth in Paragraph 20 purport to

22  summarize or characterize the contents of several documents, the documents speak

23  for themselves. Notwithstanding the foregoing, Defendant denies the allegations in

24  Paragraph 20 of the complaint.

25        21.    Answering Paragraph 21, Defendant lacks sufficient knowledge or

26  information to form a belief concerning the truth of the factual allegations contained

27  therein and on that basis denies such allegations.

28        22.    Answering Paragraph 22, Defendant lacks sufficient knowledge or

information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

23.     Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

24.     Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

25.     Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

26.     Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

27.     Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

28.     Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

29.     Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

30.     Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

1  therein and on that basis denies such allegations.

2      32.    Answering Paragraph 32, Defendant lacks sufficient knowledge or

3  information to form a belief concerning the truth of the factual allegations contained

4  therein and on that basis denies such allegations.

5      33.    Answering Paragraph 33, Defendant lacks sufficient knowledge or

6  information to form a belief concerning the truth of the factual allegations contained

7  therein and on that basis denies such allegations.

8      34.    Answering Paragraph 34, Defendant lacks sufficient knowledge or

9  information to form a belief concerning the truth of the factual allegations contained

10 therein and on that basis denies such allegations.

11     35.    Answering Paragraph 35, Defendant lacks sufficient knowledge or

12 information to form a belief concerning the truth of the factual allegations contained

13 therein and on that basis denies such allegations.

14     36.    Answering Paragraph 36, Defendant lacks sufficient knowledge or

15 information to form a belief concerning the truth of the factual allegations contained

16 therein and on that basis denies such allegations.

17     37.    Answering Paragraph 37, Defendant lacks sufficient knowledge or

18 information to form a belief concerning the truth of the factual allegations contained

19 therein and on that basis denies such allegations.

20     38.    Answering Paragraph 38, Defendant lacks sufficient knowledge or

21 information to form a belief concerning the truth of the factual allegations contained

22 therein and on that basis denies such allegations.

23     39.    Answering Paragraph 39, Defendant lacks sufficient knowledge or

24 information to form a belief concerning the truth of the factual allegations contained

25 therein and on that basis denies such allegations.

26     40.    To the extent the allegations set forth in Paragraph 40 purport to

27 summarize or characterize the contents of *The Nuke*, the document speaks for itself.

28 Notwithstanding the foregoing, Defendant denies the allegations in Paragraph 40 of

1    the complaint.

2         41.    Answering Paragraph 41, Defendant lacks sufficient knowledge or
3    information to form a belief concerning the truth of the factual allegations contained
4    therein and on that basis denies such allegations.

5         42.    Answering Paragraph 42, Defendant lacks sufficient knowledge or
6    information to form a belief concerning the truth of the factual allegations contained
7    therein and on that basis denies such allegations.

8         43.    Answering Paragraph 43, Defendant lacks sufficient knowledge or
9    information to form a belief concerning the truth of the factual allegations contained
10   therein and on that basis denies such allegations.

11        44.    Answering Paragraph 44, Defendant lacks sufficient knowledge or
12   information to form a belief concerning the truth of the factual allegations contained
13   therein and on that basis denies such allegations.

14        45.    Defendant denies the allegations in Paragraph 45 of the complaint.
15   Further, Defendant lacks sufficient knowledge or information to form a belief
16   concerning the truth of the factual allegations contained therein against H3Snark
17   Mods.

18        46.    Paragraph 46 contains legal conclusions to which no response is
19   required.

20        47.    Paragraph 47 contains legal conclusions to which no response is
21   required.

22        48.    Paragraph 48 contains legal conclusions to which no response is
23   required.

24        49.    Paragraph 49 contains legal conclusions to which no response is
25   required.

26        50.    Paragraph 50 contains legal conclusions to which no response is
27   required.

28        51.    Paragraph 51 contains legal conclusions to which no response is

1  required.

2      52.    Paragraph 52 contains legal conclusions to which no response is

3  required.

4      53.    Paragraph 53 contains legal conclusions to which no response is

5  required.

6      54.    Paragraph 54 contains legal conclusions to which no response is

7  required.

8      55.    Paragraph 55 contains legal conclusions to which no response is

9  required.

10     56.    Paragraph 56 contains legal conclusions to which no response is

11  required.

12     57.    Paragraph 57 contains legal conclusions to which no response is

13  required.

14     58.    Paragraph 58 contains legal conclusions to which no response is

15  required.

16     59.    Paragraph 59 contains legal conclusions to which no response is

17  required.

18     60.    Paragraph 60 contains legal conclusions to which no response is

19  required.

20     61.    Paragraph 61 contains legal conclusions to which no response is

21  required.

22     62.    Paragraph 62 contains legal conclusions to which no response is

23  required.

24     63.    Paragraph 63 contains legal conclusions to which no response is

25  required.

26     64.    To the extent the allegations set forth in Paragraph 64 purport to

27  summarize or characterize the contents of the referenced document, the document

28  speaks for itself. Notwithstanding the foregoing, Defendant denies the allegations in

Paragraph 64 of the complaint.

65.     Defendant denies the allegations in Paragraph 65 of the complaint.

66.     Defendant denies the allegations in Paragraph 66 of the complaint.

67.     Defendant denies the allegations in Paragraph 67 of the complaint.

68.     Defendant denies the allegations in Paragraph 68 of the complaint.

69.     Defendant denies the allegations in Paragraph 69 of the complaint.

70.     To the extent the allegations set forth in Paragraph 70 purport to summarize or characterize the contents of the referenced document, the document speaks for itself. Notwithstanding the foregoing, Defendant denies the allegations in Paragraph 70 of the complaint.

71.     Defendant denies the allegations in Paragraph 71 of the complaint.

72.     Defendant denies the allegations in Paragraph 72 of the complaint.

73.     Defendant denies the allegations in Paragraph 73 of the complaint.

## FIRST CLAIM FOR RELIEF

### (For Direct Copyright Infringement – Against Denims)

74.     Defendant re-alleges and incorporates by reference each and every answer contained in Paragraphs 1-73 as though fully set forth herein.

75.     Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

76.     Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

77.     Defendant admits the allegations in Paragraph 77 of the complaint.

78.     Defendant denies the allegations in Paragraph 78 of the complaint.

79.     Defendant denies the allegations in Paragraph 79 of the complaint.

80.     Defendant denies the allegations in Paragraph 80 of the complaint.

81.     Defendant denies the allegations in Paragraph 81 of the complaint.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement – Against The H3Snark Mods)

82.   Defendant re-alleges and incorporates by reference each and every answer contained in Paragraphs 1-81 as though fully set forth herein.

83.   Answering Paragraph 83, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

84.   Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

85.   Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

86.   Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

87.   Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

## AFFIRMATIVE DEFENSES

Without admitting the truth of any allegation set forth in the Complaint, Defendant asserts the following affirmative defenses to the Complaint and each and every cause of action purportedly stated therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.   The Complaint, and each and every cause of action set forth therein, fails to state facts sufficient to constitute a cause of action upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Fair Use Doctrine)

2.     The Complaint and each and every cause of action set forth therein, is barred, in whole or in part, or damages otherwise limited, based on the doctrine of fair use under 17 U.S.C. § 107.

## THIRD AFFIRMATIVE DEFENSE

### (Express License)

3.     The Complaint, and each and every cause of action set forth therein, is barred, in whole or in part, to the extent Plaintiff granted an express license to any alleged direct infringer's use of Plaintiff's copyrighted work.

## FOURTH AFFIRMATIVE DEFENSE

### (Implied License)

4.     The Complaint, and each and every cause of action set forth therein, is barred, in whole or in part, to the extent Plaintiff granted an implied license to any alleged direct infringer's use of Plaintiff's copyrighted work.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5.     Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.     The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

7.     The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

### (Justification/Excuse)

8.      Any of Defendant's actions taken with respect to Plaintiff were justified and/or excused, thereby barring Plaintiff's claims.

## NINTH AFFIRMATIVE DEFENSE

### (Consent)

9.      The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff expressly or impliedly consented to the alleged acts and omissions by Defendant as described in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

10.     The Complaint, and each cause of action therein, is barred in whole or in part, or damages otherwise limited as to Defendant to the extent any infringing activity by Defendant was innocent.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Injury or Damages)

11.     The Complaint, and each cause of action therein, is barred in whole or in part, or damages otherwise limited as to Defendant to the extent Plaintiff suffered no injury or damages.

## TWELFTH AFFIRMATIVE DEFENSE

### (Good Faith)

12.     The Complaint, and each cause of action therein, is barred in whole or in part, or damages otherwise limited at to Defendant to the extent Defendant acted in good faith and without any intention of injuring Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Inequitable Conduct)

13.     The Complaint, and each cause of action therein, is barred in whole or in part, or damages otherwise limited as to Defendant as a result of Plaintiff's inequitable

conduct.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

14. Plaintiff would be unjustly enriched if allowed to recover to the extent as alleged in the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Laches)

15. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the equitable doctrine of laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Failure to Register Copyright)

16. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff failed to properly or timely register copyrights of the alleged works.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Lack of Notice)

17. The Complaint, and each purported claim for relief therein, is barred in whole or in part to the extent that Plaintiff failed to provide Defendant adequate notice that Defendant's acts infringed on Plaintiff's copyrights.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Defenses)

18. Defendant reserves the right to assert additional defenses as discovery and investigation of the facts continue.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That the Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of the Complaint;

3. That Defendant be awarded her costs and attorneys' fees incurred in

1  defending this action; and

2      4.    That Defendant be granted such other and further relief as the Court may

3  deem just and proper.

4

5  DATED:  August 14, 2025       FROST LLP

6

7

8            By: _____

9                BENJAMIN KASSIS

              BENJAMIN GRUSH

10                Attorneys for Defendant

              ALEXANDRA MARWA SABER p/k/a

11                DENIMS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **DEMAND FOR JURY TRIAL**

2      Defendant hereby demands a trial by jury on all issues and causes of action

3 triable by a jury.

4

5 DATED:  August 14, 2025          FROST LLP

6

7

8                                        By: _____

9                                        BENJAMIN KASSIS
                                         BENJAMIN GRUSH

10                                       Attorneys for Defendant
                                         ALEXANDRA MARWA SABER p/k/a

11                                       DENIMS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ALEXANDRA MARWA SABER'S ANSWER TO COMPLAINT

Exhibit 13

https://redditinc.com/                                                September 6, 2025 at 1:21 PM PDT

 reddit

Company    Values    News    **Visit Reddit**

# The heart of the internet

Reddit is home to thousands of communities, endless conversation, and authentic human connection. Whether you're into breaking news, sports, TV fan theories, or a never-ending stream of the internet's cutest animals, there's a community on Reddit for you.





## How does Reddit work?

Every day, millions of people around the world post, vote, and comment in communities organized around their interests.

**Visit Reddit**

## Post

The community can share content by posting stories, links, images, and videos.





## Comment

The community comments on posts. Comments provide discussion and often humor.



## Vote

Comments & posts can be upvoted or downvoted. The most interesting content rises to the top.



## Reddit by the numbers

Reddit is a growing family of millions of diverse people sharing the things they care about most.

As of June 30, 2025

**110M+**
Daily active uniques

**416M+**
Weekly active uniques

**100K+**
Active communities

**22B+**
Posts & comments

Reddit press

## Reddit news



Reddit Officially Joins Russell 3000® and 1000® Indexes

June 30, 2025



Cricket Legend Sachin Tendulkar Named Brand Ambassador for Reddit

June 18, 2025







**Live from Cannes Lions 2025: Introducing Reddit Community Intelligence™**

June 16, 2025

**The Reddit Ripple Effect: New Research Reveals That Community Conversations Drive Purchase Decisions**

June 11, 2025

View more blog posts

reddit

**Company**

Reddit, Inc.

Reddit for Business

Careers

Investors

Press Contact

News

r/RDDT

**Community**

Reddit.com

Reddit for Community

Reddit Rules

Help Center

Moderator Code of Conduct

**Privacy & Safety**

Privacy Policy

User Agreement

Transparency Report

r/redditsafety

Other Terms and Policies

Copyright 2024 Reddit, Inc. All rights reserved.

# Exhibit 14

https://redditinc.com/policies/reddit-rules                September 22, 2025 at 8:48 PM PDT



Company  Values  News    **Visit Reddit**



# Reddit Rules

Reddit Rules ▼

English ▼

**Rules**

Enforcement

Reddit is a vast network of communities that are created, run, and populated by you, the Reddit users.

Through these communities, you can post, comment, vote, discuss, learn, debate, support, and connect with people who share your interests, and we encourage you to find—or even create—your home on Reddit.

While not every community may be for you (and you may find some unrelatable or even offensive), no community should be used as a weapon. Communities should create a sense of belonging for their members, not try to diminish it for others. Likewise, everyone on Reddit should have an expectation of privacy and safety, so please respect the privacy and safety of others.

Every community on Reddit is defined by its users. Some of these users help manage the community as moderators. The culture of each community is shaped explicitly, by the community rules enforced by moderators, and implicitly, by the upvotes,

downvotes, and discussions of its community members. Please abide by the rules of communities in which you participate and do not interfere with those in which you are not a member.

Below the rules governing each community are the platform-wide rules that apply to everyone on Reddit. These rules are enforced by us, the admins.

Reddit and its communities are only what we make of them together, and can only exist if we operate by a shared set of rules. We ask that you abide by not just the letter of these rules, but the spirit as well.

# Rules

## Rule 1

Remember the human. Reddit is a place for creating community and belonging, not for attacking marginalized or vulnerable groups of people. Everyone has a right to use Reddit free of harassment, bullying, and threats of violence. Communities and users that incite violence or that promote hate based on identity or vulnerability will be banned.

## Rule 2

Abide by community rules. Post authentic content into communities where you have a personal interest, and do not cheat or engage in content manipulation (including spamming, vote manipulation, ban evasion, or subscriber fraud) or otherwise interfere with or disrupt Reddit communities.

## Rule 3

Respect the privacy of others. Instigating harassment, for example by revealing someone's

personal or confidential information, is not allowed. Never post or threaten to post intimate or sexually-explicit media of someone without their consent.

## Rule 4

Do not share or encourage the sharing of sexual, abusive, or suggestive content involving minors. Any predatory or inappropriate behavior involving a minor is also strictly prohibited.

## Rule 5

You don't have to use your real name to use Reddit, but don't impersonate an individual or an entity in a misleading or deceptive manner.

## Rule 6

Ensure people have predictable experiences on Reddit by properly labeling content and communities, particularly content that is graphic, sexually-explicit, or offensive.

## Rule 7

Keep it legal, and avoid posting illegal content or soliciting or facilitating illegal or prohibited transactions.

## Rule 8

Don't break the site or do anything that interferes with normal use of Reddit.

# Enforcement

We have a variety of ways of enforcing our rules, including, but not limited to

- Asking you nicely to knock it off
- Asking you less nicely
- Temporary or permanent suspension of accounts
- Removal of privileges from, or adding restrictions to, accounts
- Adding restrictions to Reddit communities, such as adding NSFW tags or Quarantining
- Removal of content
- Banning of Reddit communities

## Company

Reddit, Inc.

Reddit for Business

Careers

Investors

Press Contact

News

r/RDDT

## Community

Reddit.com

Reddit for Community

Reddit Rules

Help Center

Moderator Code of Conduct

## Privacy & Safety

Privacy Policy

User Agreement

Transparency Report

r/redditsafety

Other Terms and Policies

     

Copyright 2024 Reddit, Inc. All rights reserved.

Exhibit 15

https://support.reddithelp.com/hc/en-us/articles/204533569-What-are-communities-or-subreddits                                    September 6, 2025 at 1:23 PM PDT



Moderator Help    Redditor Help    Ads Help    Reddit Pro (beta) Help          Submit a request    English (US)

Reddit Help › Getting Started › Communities

# What are communities or "subreddits"?

Updated 10 months ago

🔍 Search help articles



🏠 Reddit

Account Status

Getting Started

  Basics

  Your Reddit account

  Posting & Commenting

  Communities

    📄 What are communities or "subreddits"?

    📄 How to join or leave a community

    📄 Where can I find the list of communities I've joined?

    📄 What are public, restricted, private, and premium-only communities?

    📄 What is the community sidebar?

  Moderators

  More Answers

Features & Experiences

Rules & Reporting

Privacy & Security

Reddit Apps

Getting Started

Moderation Tools

Community Engagement

Advice & Resources

Mod Programs and Initiatives

Reddit is a large community made up of thousands of smaller communities. These smaller, sub-communities within Reddit are also known as "subreddits" and are created and moderated by redditors like you.



On Reddit, there are communities dedicated to specific topics, where redditors can post content and interact with one another. From breaking news, to fandoms, lifehacks, gaming, sports, health, and the internet's cutest animals. Reddit has a place for everyone.

You can join 🔗 as many communities as you want. However, on any given visit, your home feed will only show posts from around 250 communities and will refresh every 30 minutes.

There are different types of communities 🔗 on Reddit:

- Public
- Restricted
- Private
- Premium-only

If you have more questions that aren't covered in these FAQs, check out r/help. Someone may have had the same question, or you can ask a new one and a Reddit administrator or one of your fellow redditors will help you out.

Next
How to join or leave a community →

## Get in touch

Still have questions? If you didn't find what you need, contact us or visit r/modsupport or r/help for more help.



Submit a request

**Still need help as a user?**

Come check out r/help and see if other redditors can help you out. Although this isn't an official Reddit community, you'll find admins here as well.

**Still need help as a moderator?**

Come check out r/modsupport! Here you can post mod tool-related questions for Reddit admins.



**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium

Reddit Rules | Privacy Policy | User Agreement

Reddit, Inc. © 2025. All rights reserved.

Exhibit 16

https://redditinc.com/policies/user-agreement September 7, 2025 at 1:01 PM PDT



Company    Values    News    **Visit Reddit**



**Reddit User Agreement**

| User Agreement ▼ |    | English ▼ |

**Reddit User Agreement if you live in the United States or outside the EEA, United Kingdom, and**

Effective June 28, 2025. Last Revised May 29, 2025

**Reddit powers hundreds of thousands of distinct online communities. This User Agreement and your conduct make that possible.**

- If you live in the United States or outside the European Economic Area ("**EEA**"), the United Kingdom, and Switzerland, your terms are here.

- If you live in the EEA, United Kingdom, or Switzerland, your terms are here.

## Reddit User Agreement if you live in the United States or outside the EEA, United Kingdom, and Switzerland

Hello, redditors and people of the Internet! This Reddit User Agreement ("**Terms**") applies to your access to and use of the websites, mobile apps, widgets, APIs, emails, and other online products and services (collectively, the "**Services**") provided by Reddit, Inc. ("**Reddit**," "**we**," "**us**," or "**our**").

Remember Reddit is for fun and is intended to be a place for your entertainment, but we still need some basic rules. By accessing or using our Services, you agree to be bound by these Terms. If you do not agree to these Terms, you may not access or use our Services

### 1. Your Access to the Services

No one under 13 is allowed to use or access the Services. Parts of our Services require you to be older to use them. For example, you must be at least 18 years old to view mature content on Reddit. Please read all notices and any Additional Terms carefully when you access the Services.

By using the Services, you state that:

- You are at least 13 years old and over the minimum age required by the laws of your country of residence to access and use the Services;

- You can form a binding contract with Reddit, or, if you are over 13 but under the age of majority in your jurisdiction, that your legal guardian has reviewed and agrees to these Terms;

- You are not barred from using the Services under all applicable laws; and

- You have not been permanently suspended or removed from the Services.

If you are accepting these Terms on behalf of another legal entity, including a business or government entity, you represent that you have full legal authority to bind such entity to these Terms.

### 2. Privacy

Reddit's Privacy Policy explains how and why we collect, use, and share information about you when you access or use our Services. You

understand that through your use of the Services, you consent to the collection and use of this information as set forth in the Privacy Policy.

## 3. Your Use of the Services

Subject to your complete and ongoing compliance with these Terms, Reddit grants you a personal, non-transferable, non-exclusive, revocable, limited license to: (a) install and use a copy of our mobile application associated with the Services that is obtained from a legitimate marketplace on a mobile device owned or controlled by you; and (b) access and use the Services. We reserve all rights not expressly granted to you by these Terms.

Except and solely to the extent such a restriction is impermissible under applicable law, you may not, without our written agreement:

- license, sell, transfer, assign, distribute, host, or otherwise commercially exploit the Services or Content;

- modify, prepare derivative works of, disassemble, decompile, or reverse engineer any part of the Services or Content; or

- access the Services or Content in order to build a similar or competitive website, product, or service, except as permitted under any Additional Terms (as defined below).

We are always improving our Services. This means we may add or remove features, products, or functionalities; we will try to notify you beforehand, but that won't always be possible. We reserve the right to modify, suspend, or discontinue the Services (in whole or in part) at any time, with or without notice to you. Any future release, update, or other addition to functionality of the Services will be subject to these Terms, which may be updated from time to time. You agree that we will not be liable to you or to any third party for any modification, suspension, or discontinuation of the Services or any part thereof.

We personalize your experience on the Services based on a variety of factors, including your activity on the Services, communities you are subscribed to, and preferences you've identified in your settings. Based on these and other factors, we may make recommendations to make your experience on Reddit more relevant. For more information about our content recommendations, as well as a description of how you can control certain personalization options, please see our Help Center.

## 4. Your Reddit Account and Account Security

To use certain features of our Services, you may be required to create a Reddit account (an "**Account**") and provide us with a username, password, and certain other information about yourself as set forth in the Privacy Policy.

You are solely responsible for the information associated with your Account and anything that happens related to your Account. You must maintain the security of your Account and immediately notify Reddit if you discover or suspect that someone has accessed your Account without your permission. We recommend that you use a strong password that is used only with your Account and enable two-factor authentication. If you add your phone number to your Account and later change or deactivate your phone number, make sure to update your Account information.

You will not license, sell, or transfer your Account without our prior written approval.

## 5. Your Content

The Services may contain information, text, links, graphics, photos, videos, audio, streams, software, tools, or other materials ("**Content**"), including Content created with or submitted to the Services by you or through your Account ("**Your Content**"). We take no responsibility for and we do not expressly or implicitly endorse, support, or guarantee the completeness, truthfulness, accuracy, or reliability of any of Your Content.

By submitting Your Content to the Services, you represent and warrant that you have all rights, power, and authority necessary to grant the rights to Your Content contained within these Terms. Because you alone are responsible for Your Content, you may expose yourself to liability if you post or share Content without all necessary rights.

You retain any ownership rights you have in Your Content, but you grant Reddit the following license to use that Content:

When Your Content is created with or submitted to the Services, you grant us a worldwide, royalty-free, perpetual, irrevocable, non-exclusive, transferable, and sublicensable license to use, copy, modify, adapt, prepare derivative works of, distribute, store, perform, and display Your Content and any name, username, voice, or likeness provided in connection with Your Content in all media formats and channels now known or later developed anywhere in the world. This license includes the right for us to make Your Content available for syndication, broadcast, distribution, or publication by other companies, organizations, or individuals who partner with Reddit. For example, this license includes the right to use Your Content to train AI and machine learning models, as further described in our Public Content Policy. You also agree that we may remove metadata associated with Your Content, and you irrevocably waive any claims and assertions of moral rights or attribution with respect to Your Content.

Any ideas, suggestions, and feedback about Reddit or our Services that you provide to us are entirely voluntary, and you agree that Reddit may use such ideas, suggestions, and feedback without compensation or obligation to you.

Although we have no obligation to screen, edit, or monitor Your Content, we may, in our sole discretion, delete, deem your content ineligible for monetization, or remove Your Content, at any time and for any reason, including for violating these Terms, our Reddit Rules, or our other terms and policies, or if you otherwise create or are likely to create liability for us.

For more information about Reddit's approach to content moderation, including how we enforce our Reddit Rules and how to appeal content moderation decisions, please visit our Help Center.

## 6. Third-Party Content, Advertisements, and Promotions

The Services may contain links to third-party websites, products, or services, which may be posted by advertisers, our affiliates, our partners, or other users ("**Third-Party Content**"). Third-Party Content is not under our control, and we are not responsible for any third party's websites, products, or services. Your use of Third-Party Content is at your own risk and you should make any investigation you feel necessary before proceeding with any transaction in connection with such Third-Party Content.

The Services may also contain sponsored Third-Party Content or advertisements. The type, degree, and targeting of advertisements are subject to change, and you acknowledge and agree that we may place advertisements in connection with the display of any Content or information on the Services, including Your Content.

If you choose to use the Services to conduct a promotion, including a contest or sweepstakes ("**Promotion**"), you alone are responsible for conducting the Promotion in compliance with all applicable laws and regulations, including creating official rules, offer terms, eligibility requirements, and compliance with applicable laws, rules, and regulations which govern the Promotion (such as licenses, registrations, bonds, and regulatory approval). Your Promotion must state that the Promotion is not sponsored by, endorsed by, or associated with Reddit, and the rules for your Promotion must require each entrant or participant to release Reddit from any liability related to the Promotion. You acknowledge and agree that we will not assist you in any way with your Promotion, and you agree to conduct your Promotion at your own risk.

## 7. Things You Cannot Do

When using or accessing the Services, you must comply with these Terms and all applicable laws, rules, and regulations. Please review the Reddit Rules, which are incorporated by this reference into, and made a part of, these Terms and contain our rules about prohibited content and conduct. In addition to what is prohibited in the Reddit Rules, you may not do any of the following:

- Use the Services in any manner that could interfere with, disable, disrupt, overburden, or otherwise impair the Services;

- Gain access to (or attempt to gain access to) another user's Account or any non-public portions of the Services, including the computer

systems or networks connected to or used together with the Services;

- Upload, transmit, or distribute to or through the Services any viruses, worms, malicious code, or other software intended to interfere with the Services, including its security-related features;

- Use the Services to violate applicable law or infringe any person's or entity's intellectual property rights or any other proprietary rights;

- Access, search, or collect data from the Services by any means (automated or otherwise) except as permitted in these Terms or in a separate agreement with Reddit (we conditionally grant permission to crawl the Services in accordance with the parameters set forth in our robots.txt file, but scraping the Services without Reddit's prior written consent is prohibited); or

- Use the Services in any manner that we reasonably believe to be an abuse of or fraud on Reddit or any payment system.

We encourage you to report content or conduct that you believe violates these Terms or our Reddit Rules. We also support the responsible reporting of security vulnerabilities. To report a security issue, please email security@reddit.com.

## 8. Moderators

Moderating a subreddit is an unofficial, voluntary position that may be available to users of the Services. We are not responsible for actions taken by the moderators. We reserve the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms.

If you choose to moderate a subreddit:

- You agree to follow the Moderator Code of Conduct;

- You agree that when you receive reports related to a subreddit you moderate, you will take appropriate action, which may include removing content that violates policy and/or promptly escalating to Reddit for review;

- You are not, and may not represent that you are, authorized to act on behalf of Reddit;

- You may not enter into any agreement with a third party on behalf of Reddit, or any subreddits that you moderate, without our written approval;

- You may not perform moderation actions in return for any form of compensation, consideration, gift, or favor from third parties;

- If you have access to non-public information as a result of moderating a subreddit, you will use such information only in connection with your performance as a moderator; and

- You may create and enforce rules for the subreddits you moderate, provided that such rules do not conflict with these Terms, the Reddit Rules, or the Moderator Code of Conduct.

Reddit reserves the right, but has no obligation, to overturn any action or decision of a moderator if Reddit, in its sole discretion, believes that such action or decision is not in the interest of Reddit or the Reddit community.

## 9. Copyright, Trademark, the DMCA, and Takedowns

Reddit respects the intellectual property of others and requires that users of our Services do the same. We have a policy that includes the removal of any infringing material from the Services and for the termination, in appropriate circumstances, of users of our Services who are repeat infringers. If you believe that anything on our Services infringes a copyright or a trademark that you own or control, you may notify Reddit's Designated Agent by filling out our Copyright Report Form or Trademark Report Form, or by contacting:

Copyright Agent
Reddit, Inc.
303 2nd Street, Suite 500S

San Francisco, CA 94107
copyright@reddit.com

See 17 U.S.C. § 512(c)(3) for the requirements of a proper notification. Also, please note that if you knowingly misrepresent that any activity or material on our Services is infringing, you may be liable to Reddit for certain costs and damages.

If we remove Your Content in response to a copyright or trademark notice, we will notify you. If you believe Your Content was wrongly removed due to a mistake or misidentification in a copyright notice, you can send a counter notification via our Copyright Counter Notice Form or to our Copyright Agent (contact information provided above). Please see 17 U.S.C. § 512(g)(3) for the requirements of a proper counter notification.

## 10. Paid Services

There are no fees for the use of many aspects of the Services. However, some services, features, and products may be available for purchase ("**Paid Services**"). In addition to these Terms, the Reddit Econ Terms also apply to Paid Services. By purchasing or using Paid Services, you further agree to the Econ Terms and, if applicable, the Previews Terms.

## 11. Intellectual Property

The Services are owned and operated by Reddit. The visual interfaces, graphics, design, compilation, information, data, computer code, products, services, trademarks, and all other elements of the Services ("**Materials**") provided by Reddit are protected by intellectual property and other laws. All Materials included in the Services are the property of Reddit or its third-party licensors. You acknowledge and agree that you shall not acquire any ownership rights whatsoever by downloading Materials or by purchasing Paid Services. Except as expressly authorized by Reddit, and subject to Reddit's Brand Guidelines, you may not make use of the Materials. Reddit reserves all rights to the Materials not granted expressly in these Terms.

## 12. Indemnity

Except to the extent prohibited by law, you agree to defend, indemnify, and hold Reddit, its affiliates, and their respective directors, officers, employees, affiliates, agents, contractors, third-party service providers, and licensors (the "**Reddit Entities**") harmless from and against any claim or demand made by any third party, and any related liability, damage, loss, and expense (including costs and attorneys' fees) due to, arising out of, or in connection with: (a) your use of the Services; (b) your violation of these Terms; (c) your violation of applicable laws or regulations; or (d) Your Content. We reserve the right to control the defense of any matter for which you are required to indemnify us, and you agree to cooperate with our defense of these claims.

## 13. Disclaimers and Limitation of Liability

Nothing in these Terms will prejudice the statutory rights that you may have as a user of the Services. Some countries, states, provinces or other jurisdictions do not allow the exclusion of certain warranties or the limitation of liability as stated in this section, so the below terms may not fully apply to you. Instead, in such jurisdictions, the exclusions and limitations below shall apply only to the extent permitted by the laws of such jurisdictions.

THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT REPRESENTATIONS, WARRANTIES, OR CONDITIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED, LEGAL, OR STATUTORY, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. THE REDDIT ENTITIES DO NOT WARRANT THAT THE SERVICES ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR FREE. REDDIT DOES NOT CONTROL, ENDORSE, OR TAKE RESPONSIBILITY FOR ANY CONTENT AVAILABLE ON OR LINKED TO THE SERVICES OR THE ACTIONS OF ANY THIRD PARTY OR USER, INCLUDING MODERATORS. WHILE REDDIT ATTEMPTS TO MAKE YOUR ACCESS TO AND USE OF OUR SERVICES SAFE, WE DO NOT REPRESENT OR WARRANT THAT OUR SERVICES OR SERVERS ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

IN NO EVENT WILL ANY OF THE REDDIT ENTITIES BE LIABLE TO YOU FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, OR PUNITIVE DAMAGES, OR LOST PROFITS ARISING FROM OR RELATING TO

THESE TERMS OR THE SERVICES, INCLUDING THOSE ARISING FROM OR RELATING TO CONTENT MADE AVAILABLE ON THE SERVICES THAT IS ALLEGED TO BE DEFAMATORY, OFFENSIVE, OR ILLEGAL. ACCESS TO, AND USE OF, THE SERVICES IS AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR DEVICE OR COMPUTER SYSTEM, OR RESULTING LOSS OF DATA. IN NO EVENT WILL THE AGGREGATE LIABILITY OF THE REDDIT ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS ($100) OR ANY AMOUNT YOU PAID REDDIT IN THE PREVIOUS SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SECTION WILL APPLY TO ANY THEORY OF LIABILITY, INCLUDING THOSE BASED ON WARRANTY, CONTRACT, STATUTE, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, EVEN IF THE REDDIT ENTITIES HAVE BEEN ADVISED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF ANY REMEDY SET FORTH IN THESE TERMS IS FOUND TO HAVE FAILED ITS ESSENTIAL PURPOSE.

## 14. Governing Law and Venue

We want you to enjoy Reddit, so if you have an issue or dispute, you agree to raise it and try to resolve it with us informally. You can contact us with feedback and concerns here.

To the fullest extent permitted by applicable law, any claims you bring arising out of or relating to these Terms or the Services will be governed by the laws of the State of California, without regard to its conflict of laws rules; all disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco, California, and you and Reddit consent to personal jurisdiction in these courts.

If you are a U.S. city, county, or state government entity, then this Section 14 does not apply to you. If you are a U.S. federal government entity, any claims arising out of or relating to these Terms or the Services will be governed by the laws of the United States of America without regard to its conflict of laws rules. To the extent permitted by federal law, the laws of California (other than its conflict of law rules) will apply in the absence of applicable federal law. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco, California.

## 15. Changes to these Terms

We may make changes to these Terms from time to time. If we make changes, we will post the revised Terms and update the Effective Date above. If the changes, in our sole discretion, are material, we may also notify you by sending an email to the address associated with your Account or by otherwise providing you with notice through our Services. By continuing to access or use the Services on or after the Effective Date of the revised Terms, you agree to be bound by the revised Terms. If you do not agree to the revised Terms, you must stop accessing and using our Services before the changes become effective.

## 16. Additional Terms

Because we offer a variety of Services, you may be asked to agree to additional terms, policies, guidelines, or rules before using a specific product or service offered by Reddit (collectively, "**Additional Terms**"). All Additional Terms are incorporated by this reference into, and made a part of, these Terms, and to the extent any Additional Terms conflict with these Terms, the Additional Terms govern with respect to your use of the corresponding Services.

- If you use any Paid Services or Digital Goods, you must also agree to the Reddit Econ Terms.

- If you use any preview features, you must also agree to the Reddit Previews Terms.

- If you advertise on the Services, you must also agree to the Reddit Advertising Platform Terms.

- If you use any of our Developer Services (including our APIs), you must also agree to the Reddit Developer Terms.

- If you participate in any Reddit program that is subject to Additional Terms (e.g., Earn Terms for any Earnings Program), you must also agree to those Additional Terms.

**17. Termination**

You may terminate these Terms at any time and for any reason by deleting your Account and discontinuing use of all Services. If you stop using the Services without deleting your Account, your Account may be deactivated due to prolonged inactivity.

To the fullest extent permitted by applicable law, we may suspend or terminate your Account, moderator status, or ability to access or use the Services at any time for any or no reason, including for violating these Terms and our Reddit Rules.

The following sections will survive any termination of these Terms or of your Account: 5 (Your Content), 7 (Things You Cannot Do), 12 (Indemnity), 13 (Disclaimers and Limitation of Liability), 14 (Governing Law and Venue), 17 (Termination), and 18 (Miscellaneous).

**18. Miscellaneous**

These Terms, together with the Privacy Policy and any other agreements expressly incorporated by reference into these Terms, constitute the entire agreement between you and us regarding your access to and use of the Services. Our failure to exercise or enforce any right or provision of these Terms will not operate as a waiver of such right or provision. If any part of these Terms is held to be invalid or unenforceable, the unenforceable part will be given effect to the greatest extent possible, and the remaining parts will remain in full force and effect. You may not assign or transfer any of your rights or obligations under these Terms without our consent. We may freely assign any of our rights and obligations under these Terms.

Headings are used in these Terms for reference only and will not be considered when interpreting them. For purposes of these Terms: (a) the words "include," "includes," and "including" will be deemed to be followed by the words "without limitation;" (b) the words "such as," "for example," "e.g.," and any derivatives of those words will mean by way of example and the items that follow these words will not be deemed an exhaustive list; and (c) the word "or" is used in the inclusive sense of "and/or" and the terms "or," "any," and "either" are not exclusive. No ambiguity will be construed against any party based on a claim that the party drafted the language.

These Terms are a legally-binding agreement between you and Reddit, Inc. If you have any questions about these Terms, please contact us.

Reddit, Inc.
303 2nd Street, Suite 500S
San Francisco, CA 94107
United States

# Reddit User Agreement if you live in the EEA, United Kingdom, or Switzerland

Hello, redditors and people of the Internet! This Reddit User Agreement ("**Terms**") applies to your access to and use of the websites, mobile apps, widgets, APIs, emails, and other online products and services (collectively, the "**Services**") provided by Reddit Netherlands B.V. ("**Reddit**," "**we**," "**us**," or "**our**").

Remember Reddit is for fun and is intended to be a place for your entertainment, but we still need some basic rules. In order to use the Services, you must have accepted these Terms, which are: (a) presented to you when you create an Account; and (b) available at all times when you access the Services. If you don't accept them, you may not access or use our Services.

## 1. Your Access to the Services

No one under 13 is allowed to use or access the Services. Parts of our Services require you to be older to use them. For example, you must be at least 18 years old to view mature content on Reddit. Please read all notices and any Additional Terms carefully when you access the Services.

By using the Services, you state that:

- You are at least 13 years old and over the minimum age required by

the laws of your country of residence to access and use the Services;

- You can form a binding contract with Reddit, or, if you are over 13 but under the age of majority in your jurisdiction, that your legal guardian has reviewed and agrees to these Terms;

- You are not barred from using the Services under all applicable laws; and

- You have not been permanently suspended or removed from the Services.

If you are accepting these Terms on behalf of another legal entity, including a business or government entity, you represent that you have full legal authority to bind such entity to these Terms.

## 2. Privacy

Reddit's Privacy Policy explains how and why we collect, use, and share information about you when you access or use our Services. You understand that through your use of the Services, you consent to the collection and use of this information as set forth in the Privacy Policy.

## 3. Your Use of the Services

Subject to your complete and ongoing compliance with these Terms, Reddit grants you a personal, non-transferable, non-exclusive, revocable, limited license to: (a) install and use a copy of our mobile application associated with the Services that is obtained from a legitimate marketplace on a mobile device owned or controlled by you; and (b) access and use the Services. We reserve all rights not expressly granted to you by these Terms.

Except and solely to the extent such a restriction is impermissible under applicable law, you may not, without our written agreement:

- license, sell, transfer, assign, distribute, host, or otherwise commercially exploit the Services or Content;

- modify, prepare derivative works of, disassemble, decompile, or reverse engineer any part of the Services or Content; or

- access the Services or Content in order to build a similar or competitive website, product, or service, except as permitted under any Additional Terms (as defined below).

We do not guarantee that the Services will always be available or uninterrupted. We are always improving our Services. This means we may add or remove features, products, or functionalities; we will try to notify you beforehand, but that won't always be possible. We reserve the right to modify, suspend, or discontinue the Services (in whole or in part) at any time, with or without notice to you. Any future release, update, or other addition to functionality of the Services will be subject to these Terms, which may be updated from time to time. You agree that we will not be liable to you or to any third party for any modification, suspension, or discontinuation of the Services or any part thereof.

We personalize your experience on the Services based on a variety of factors, including your activity on the Services, communities you are subscribed to, and preferences you've identified in your settings. Based on these and other factors, we may make recommendations to make your experience on Reddit more relevant. For more information about your content recommendations, as well as a description of how you can control certain personalization options, please see our Help Center.

## 4. Your Reddit Account and Account Security

To use certain features of our Services, you may be required to create a Reddit account (an "**Account**") and provide us with a username, password, and certain other information about yourself as set forth in the Privacy Policy.

You are solely responsible for the information associated with your Account and anything that happens related to your Account. You must maintain the security of your Account and immediately notify Reddit if you discover or suspect that someone has accessed your Account without your permission. We recommend that you use a strong password that is used only with your Account and enable two-factor authentication. If you

add your phone number to your Account and later change or deactivate your phone number, make sure to update your Account information.

You will not license, sell, or transfer your Account without our prior written approval.

## 5. Your Content

The Services may contain information, text, links, graphics, photos, videos, audio, streams, software, tools, or other materials ("**Content**"), including Content created with or submitted to the Services by you or through your Account ("**Your Content**"). We take no responsibility for and we do not expressly or implicitly endorse, support, or guarantee the completeness, truthfulness, accuracy, or reliability of any of Your Content.

By submitting Your Content to the Services, you represent and warrant that you have all rights, power, and authority necessary to grant the rights to Your Content contained within these Terms. Because you alone are responsible for Your Content, you may expose yourself to liability if you post or share Content without all necessary rights.

You retain any ownership rights you have in Your Content, but you grant Reddit the following license to use that Content:

When Your Content is created with or submitted to the Services, you grant us a worldwide, royalty-free, perpetual, irrevocable, non-exclusive, transferable, and sublicensable license to use, copy, modify, adapt, prepare derivative works of, distribute, store, perform, and display Your Content and any name, username, voice, or likeness provided in connection with Your Content in all media formats and channels now known or later developed anywhere in the world. This license includes the right for us to make Your Content available for syndication, broadcast, distribution, or publication by other companies, organizations, or individuals who partner with Reddit. For example, this license includes the right to use Your Content to train AI and machine learning models, as further described in our Public Content Policy. You also agree that we may remove metadata associated with Your Content, and you irrevocably waive any claims and assertions of moral rights or attribution with respect to Your Content.

Any ideas, suggestions, and feedback about Reddit or our Services that you provide to us are entirely voluntary, and you agree that Reddit may use such ideas, suggestions, and feedback without compensation or obligation to you.

Although we reserve the right to review, screen, edit, or monitor Your Content, we do not necessarily review all of it at the time it is submitted to

the Services. However, we may, in our sole discretion, delete, deem your content ineligible for monetization, or remove Your Content at any time and for any reason, including for violating these Terms, our Reddit Rules, or our other terms and policies, or if you otherwise create or are likely to create liability for us.

For more information about Reddit's approach to content moderation, including how we enforce our Reddit Rules and how to appeal content moderation decisions, please visit our Help Center.

## 6. Third-Party Content, Advertisements, and Promotions

The Services may contain links to third-party websites, products, or services, which may be posted by advertisers, our affiliates, our partners, or other users ("**Third-Party Content**"). Third-Party Content is not under our control, and we are not responsible for any third party's websites, products, or services. Your use of Third-Party Content is at your own risk, and you should make any investigation you feel necessary before proceeding with any transaction in connection with such Third-Party Content.

The Services may also contain sponsored Third-Party Content or advertisements. The type, degree, and targeting of advertisements are subject to change, and you acknowledge and agree that we may place advertisements in connection with the display of any Content or information on the Services, including Your Content.

If you choose to use the Services to conduct a promotion, including a contest or sweepstakes ("**Promotion**"), you alone are responsible for conducting the Promotion in compliance with all applicable laws and regulations, including creating official rules, offer terms, eligibility requirements, and compliance with applicable laws, rules, and regulations which govern the Promotion (such as licenses, registrations, bonds, and regulatory approval). Your Promotion must state that the Promotion is not sponsored by, endorsed by, or associated with Reddit, and the rules for your Promotion must require each entrant or participant to release Reddit from any liability related to the Promotion. You acknowledge and agree that we will not assist you in any way with your Promotion, and you agree to conduct your Promotion at your own risk.

## 7. Things You Cannot Do

When using or accessing Reddit, you must comply with these Terms and all applicable laws, rules, and regulations. Please review the Reddit Rules, which are incorporated by this reference into, and made a part of, these Terms and contain our rules about prohibited content and conduct. In addition to what is prohibited in the Reddit Rules, you may not do any of the following:

- Use the Services in any manner that could interfere with, disable, disrupt, overburden, or otherwise impair the Services;

- Gain access to (or attempt to gain access to) another user's Account or any non-public portions of the Services, including the computer systems or networks connected to or used together with the Services;

- Upload, transmit, or distribute to or through the Services any viruses, worms, malicious code, or other software intended to interfere with the Services, including its security-related features;

- Use the Services to violate applicable law or infringe any person's or entity's intellectual property rights or any other proprietary rights;

- Access, search, or collect data from the Services by any means (automated or otherwise) except as permitted in these Terms or in a separate agreement with Reddit (we conditionally grant permission to crawl the Services in accordance with the parameters set forth in our robots.txt file, but scraping the Services without Reddit's prior written consent is prohibited); or

- Use the Services in any manner that we reasonably believe to be an abuse of or fraud on Reddit or any payment system.

We encourage you to report content or conduct that you believe violates these Terms or our Reddit Rules. We also support the responsible

reporting of security vulnerabilities. To report a security issue, please email security@reddit.com.

## 8. Moderators

Moderating a subreddit is an unofficial, voluntary position that may be available to users of the Services. We are not responsible for actions taken by the moderators. We reserve the right to revoke or limit a user's ability to moderate at any time and for any reason or no reason, including for a breach of these Terms.

If you choose to moderate a subreddit:

- You agree to follow the Moderator Code of Conduct;

- You agree that when you receive reports related to a subreddit you moderate, you will take appropriate action, which may include removing content that violates policy and/or promptly escalating to Reddit for review;

- You are not, and may not represent that you are, authorized to act on behalf of Reddit;

- You may not enter into any agreement with a third party on behalf of Reddit, or any subreddits that you moderate, without our written approval;

- You may not perform moderation actions in return for any form of compensation, consideration, gift, or favor from third parties;

- If you have access to non-public information as a result of moderating a subreddit, you will use such information only in connection with your performance as a moderator; and

- You may create and enforce rules for the subreddits you moderate, provided that such rules do not conflict with these Terms, the Reddit Rules, or the Moderator Code of Conduct.

Reddit reserves the right, but has no obligation, to overturn any action or decision of a moderator if Reddit, in its sole discretion, believes that such action or decision is not in the interest of Reddit or the Reddit community.

## 9. Copyright, Trademark, the DMCA, and Takedowns

Reddit respects the intellectual property of others and requires that users of our Services do the same. We have a policy that includes the removal of any infringing material from the Services and for the termination, in appropriate circumstances, of users of our Services who are repeat infringers. If you believe that anything on our Services infringes a copyright or a trademark that you own or control, you may notify Reddit's Designated Agent by filling our our Copyright Report Form or Trademark Report Form, or by contacting:

Copyright Agent
Reddit, Inc.
303 2nd Street, Suite 500S
San Francisco, CA 94107
copyright@reddit.com

See 17 U.S.C. § 512(c)(3) for the requirements of a proper notification. Also, please note that if you knowingly misrepresent that any activity or material on our Services is infringing, you may be liable to Reddit for certain costs and damages.

If we remove Your Content in response to a copyright or trademark notice, we will notify you. If you believe Your Content was wrongly removed due to a mistake or misidentification in a copyright notice, you can send a counter notification via our Copyright Counter Notice Form or to our Copyright Agent (contact information provided above). Please see 17 U.S.C. § 512(g)(3) for the requirements of a proper counter notification.

## 10. Paid Services

There are no fees for the use of many aspects of the Services. However, some services, features, and products may be available for purchase ("**Paid Services**"). In addition to these Terms the Reddit Econ Terms also apply to Paid Services. By purchasing or using Paid Services, you further agree to the Econ Terms and, if applicable, the Previews Terms.

## 11. Intellectual Property

The Services are owned and operated by Reddit. The visual interfaces, graphics, design, compilation, information, data, computer code, products, services, trademarks, and all other elements of the Services ("**Materials**") provided by Reddit are protected by intellectual property and other laws. All Materials included in the Services are the property of Reddit or its third-party licensors. You acknowledge and agree that you shall not acquire any ownership rights whatsoever by downloading Materials or by purchasing Paid Services. Except as expressly authorized by Reddit, and subject to Reddit's Brand Guidelines, you may not make use of the Materials. Reddit reserves all rights to the Materials not granted expressly in these Terms.

## 12. Indemnity

Except to the extent prohibited by law, you agree to defend, indemnify, and hold Reddit, its affiliates, and their respective directors, officers, employees, affiliates, agents, contractors, third-party service providers, and licensors (the "**Reddit Entities**") harmless from and against any claim or demand made by any third party, and any related liability, damage, loss, and expense (including costs and attorneys' fees) due to, arising out of, or in connection with: (a) your use of the Services; (b) your violation of these Terms; (c) your violation of applicable laws or regulations; or (d) Your Content. We reserve the right to control the defense of any matter for which you are required to indemnify us, and you agree to cooperate with our defense of these claims.

## 13. Limitation of Liability

By using the Services you agree that the Reddit Entities' liability is limited to the maximum extent permissible in your country of residence. Liability will be limited to foreseeable damages arising due to a breach of material contractual obligations typical for this type of contract. Reddit isn't liable for damages that result from a non-material breach of any other applicable duty of care. This limitation of liability will not apply to any statutory liability that cannot be limited, to liability for death or personal injury caused by our negligence or willful misconduct, or if and to exclude our responsibility for something we have specifically promised to you.

## 14. Changes to these Terms

We may make changes to these Terms from time to time. If we make changes, we will post the revised Terms and update the Effective Date above. If the changes, in our reasonable discretion, are material, we will notify you by sending an email to the address associated with your Account or by otherwise providing you with notice through our Services at least 30 days before the date they become effective. By continuing to access or use the Services on or after the Effective Date of the revised Terms, you agree to be bound by the revised Terms. If you do not agree to the revised Terms, you must stop accessing and using our Services before the changes become effective.

## 15. Additional Terms

Because we offer a variety of Services, you may be asked to agree to additional terms, policies, guidelines, or rules before using a specific product or service offered by Reddit (collectively, "**Additional Terms**"). All Additional Terms are incorporated by this reference into, and made a part of, these Terms, and to the extent any Additional Terms conflict with these Terms, the Additional Terms govern with respect to your use of the corresponding Services.

- If you use any Paid Services or Digital Goods, you must also agree to the Reddit Econ Terms.

- If you use any preview features, you must also agree to the Reddit Previews Terms.

- If you advertise on the Services, you must also agree to the Reddit Advertising Platform Terms.

- If you use any of our Developer Services (including our APIs), you must also agree to the Reddit Developer Terms.

- If you participate in any Reddit program that is subject to Additional Terms (e.g., Earn Terms for any Earnings Program), you must also

agree to those Additional Terms.

## 16. Termination

You may terminate these Terms at any time and for any reason by deleting your Account and discontinuing use of all Services. If you stop using the Services without deleting your Account, your Account may be deactivated due to prolonged inactivity.

To the fullest extent permitted by applicable law, we may suspend or terminate your Account, moderator status, or ability to access or use the Services at any time for any or no reason, including for violating these Terms or our Reddit Rules.

The following sections will survive any termination of these Terms or of your Account: 5 (Your Content), 7 (Things You Cannot Do), 12 (Indemnity), 13 (Limitation of Liability), 16 (Termination), and 17 (Miscellaneous).

## 17. Miscellaneous

These Terms, together with the Privacy Policy and any other agreements expressly incorporated by reference into these Terms, constitute the entire agreement between you and us regarding your access to and use of the Services. Our failure to exercise or enforce any right or provision of these Terms will not operate as a waiver of such right or provision. If any part of these Terms is held to be invalid or unenforceable, the unenforceable part will be given effect to the greatest extent possible, and the remaining parts will remain in full force and effect. You may not assign or transfer any rights or obligations under these Terms without Reddit's prior written consent. Reddit may, without restriction, assign any of our rights and obligations under these Terms, at its sole discretion, with 30 days' prior notice. Your right to terminate these Terms at any time pursuant to Section 16 remains unaffected.

Headings are used in these Terms for reference only and will not be considered when interpreting them. For purposes of these Terms: (a) the words "include," "includes," and "including" will be deemed to be followed by the words "without limitation;" (b) the words "such as," "for example," "e.g.," and any derivatives of those words will mean by way of example and the items that follow these words will not be deemed an exhaustive list; and (c) the word "or" is used in the inclusive sense of "and/or" and the terms "or," "any," and "either" are not exclusive. No ambiguity will be construed against any party based on a claim that the party drafted the language.

These Terms are a legally-binding agreement between you and Reddit Netherlands B.V. If you have any questions about these Terms, please contact us.

Reddit Netherlands B.V.
Euro Business Center
Keizersgracht 62, 1015CS Amsterdam
Netherlands



**Company**

Reddit, Inc.

Reddit for Business

Careers

Investors

Press Contact

News

**Community**

Reddit.com

Reddit for Community

Reddit Rules

Help Center

Moderator Code of Conduct

**Privacy & Safety**

Privacy Policy

User Agreement

Transparency Report

r/redditsafety

Other Terms and Policies



Copyright 2024 Reddit, Inc. All rights reserved.

Exhibit 17

https://redditinc.com/policies/moderator-code-of-conduct                                                     September 6, 2025 at 1:34 PM PDT



Company    Values    News    **Visit Reddit**



# Moderator Code of Conduct

**Moderator Code of Con...** ▾          English ▾

Rule 1: Create, Facilitate, and Maintain a Stable Community

Effective June 5, 2025.

Reddit's mission is to bring community, belonging, and empowerment to everyone in the world. Moderators are key to making this happen: you are at the frontlines using your creativity, decision-making, and passion to create fun and engaging spaces for redditors. The Moderator Code of Conduct serves to clarify our expectations of mods, help you develop subreddit rules and norms to create and nurture your communities, and empower you to make decisions more easily.

Your role as a moderator is an important one in shaping a positive community experience. Whether you're new to moderating, or have been moderating for years, our goal is to make sure you feel safe and supported.

We also expect that moderators uphold the Reddit Rules and abide by Reddit's User Agreement (especially Section 8), as well as make a concerted effort to remove and report violating content in their communities.

Remember, your subreddit and moderator team can be held accountable for individual moderator actions. Given this, it's important to continuously collaborate with your fellow mods to understand and adhere to the Moderator Code of Conduct. If you have any questions, please don't hesitate to let us know.

**TL;DR: If you follow the tenets below, we'll stay out of your hair. If you don't, we'll reach out to remedy any issues.**

## Rule 1: Create, Facilitate, and Maintain a Stable Community

Moderators are expected to uphold the Reddit Rules by setting community rules, norms, and expectations that abide by our site policies. Your role as a moderator means that you not only abide by our terms and the Reddit Rules, but that you actively strive to promote a community that abides by them, as well. This means that you should never create, approve, enable or encourage rule-breaking content or behavior. The content in your subreddit that is subject to the Reddit Rules includes, but is not limited to:

- Posts
- Comments
- Flairs
- Rules
- Wiki Pages
- Styling
- Modmails
- Bots, automations, and/or apps
- Other mod tools

## Rule 2: Set Appropriate and Reasonable Expectations

Users who enter your community should know exactly what they're

getting into, and should not be surprised by what they encounter. It is
critical to be transparent about what your community is and what your
rules are in order to create stable and dynamic engagement among
redditors. Moderators can ensure people have predictable experiences on
Reddit by doing the following:

- Providing a clear and concise description of the topic(s) discussed by
  your community.

- Respecting your community and co-moderators. Your community
  may evolve over time, but we expect that you will strive to keep it
  stable and usable.

- Accurately labeling content and communities, particularly content
  reserved for mature/18+ audiences (e.g. sexually explicit).

- Creating rules that explicitly outline your expectations for members
  of your community.

- Clearly denoting that your community is "unofficial" if your
  community topic concerns a brand or organization, and the company
  isn't officially affiliated.

- Clearly denoting that your community is "official" if your community
  topic concerns a brand or company and the community is officially
  affiliated.

## Rule 3: Respect Your Neighbors

While we allow meta discussions about Reddit, including other subreddits,
your community should not be used to direct, coordinate, or encourage
*interference in other communities and/or to target redditors for*
harassment. As a moderator, you cannot interfere with or disrupt Reddit
communities, nor can you facilitate, encourage, coordinate, or enable
members of your community to do this.

Interference includes:

- Mentioning other communities, and/or content or users in those
  communities, with the effect of inciting targeted harassment or
  abuse.

- Enabling or encouraging users to violate our Reddit Rules anywhere
  on the Reddit platform.

- Enabling or encouraging users in your community to post or repost
  content in other communities that is expressly against their rules.

- Enabling or encouraging content that showcases when users are
  banned or actioned in other communities, with the intent to incite a
  negative reaction.

## Rule 4: Be Active and Engaged

Whether your community is big or small, it is important for communities to
be actively and consistently moderated. This will ensure that issues are
being addressed, and that redditors feel safe as a result. Being active and
engaged means that:

- You have enough Mods to effectively and consistently manage your
  community. This involves regularly monitoring and addressing
  content in ModQueue and ModMail and, if possible, actively
  engaging with your community via posts, comments, and voting.

- Camping or sitting on a community is discouraged.

## Rule 5: Moderate with Integrity

Users expect that content in communities is authentic, and trust that
moderators make choices about content based on community and
sitewide rules.

In order to maintain that trust, moderators are prohibited from taking
moderation actions (including actions taken using mod tools, bots, and
other services) in exchange for any form of compensation, consideration,
gift, or favor from or on behalf of third parties.

Some examples of moderator actions include, but are not limited to:

- Banning or unbanning users

- Granting approved user status

- Removing or approving content

- Edits to sidebars, widget, wikis, or other styling

- Granting flair
- Granting approved submitter status or access to post in a subreddit
- Creating "ad space" in a community, such as offering to pin posts for a fee or offering to use subreddit styling to advertise for a third party
- Sending moderator invites or transferring ownership of a subreddit

Some examples of compensation include, but are not limited to:

- Financial goods and/or services (e.g., cash payments, NFTs, stocks, gift cards)
- Purchasable Reddit goods and/or services (e.g., Premium, Gold, Collectible Avatars)
- Physical goods and/or services (e.g., merchandise, sponsored trips, requested items)
- Considerations and/or favors (e.g., special mentions from a company, promises of incentivized treatment)
- Personal services or access to content (e.g., subscriptions, exclusive content)

Events and engagements with third parties, activity in your subreddit from a brand or company, or employees of a company starting and/or maintaining a subreddit are allowed, so long as no compensation is received.

## Moderator Code of Conduct: Enforcement

We will strive to work with you to resolve issues without having to resort to restrictive measures. In most cases, we can achieve resolution and understanding through discussion, not remediation.

If an Admin reaches out to let you know that you've violated the Moderator Code of Conduct, your cooperation and swift responsiveness can help to resolve the issue. Many issues can be resolved easily by, for example, updating the community rules, engaging in active moderation, and adding more moderators. You are welcome to ask questions and seek clarity.

If we find the issues to be unresolvable via educational outreach or moderators refuse to collaborate or abide by the CoC, we may consider the following enforcement actions:

- Issuing warnings
- Removing rule-breaking content or subreddit styling
- Removing moderators from a community
- Adjusting subreddit settings or access to tools, such as NSFW tags, the spam filter, or other content controls
- Seeking new moderators or allowing a community to be adopted
- Prohibiting a moderator from joining additional moderator teams or creating new subreddits
- Removing privileges from, or adding restrictions to, accounts
- Temporary or permanent account suspensions
- Banning communities

## Moderator Resources

We understand that moderating a community can be a challenge. The resources below can greatly assist you in curating a strong, stable community:

- Reddit's Mod Help Center
- Communities for Moderators
- Programs and Initiatives for Moderators
- r/ModSupport: An official community to provide a point of contact for moderators to discuss issues with Reddit admins, mostly related to mod tools.
- Reddit for Community

To file a Moderator Code of Conduct report, please use this form.



# Exhibit 18

https://www.reddit.com/r/h3snark/                                                              September 22, 2025 at 5:29 PM PDT



### r/h3snark 🙎

Best ▾    ▭ ▾

⚡ Community highlights                                                    ⌃

**Concerns for Ethan Klein's Mental State | r/h3snark update**
2.7K votes • 0 comments

🔔 Announcement

👤 u/snarkersaturn **MOD**  what's socialist about unions? 🔒 • 4 mo. ago          🔒 ⋯

**Please Support Noah Samsen's Gaza Fundraiser**

`Announcement`

https://getinvolved.unrwausa.org/fundraiser/6373577

⇧ 1.5K ⇩    💬 0    ⇄ Share

Ad hidden

👤 u/h3snarkmodteam2 **MOD** • 5 mo. ago                                     🔒 🔖 ⋯

**Concerns for Ethan Klein's Mental State | r/h3snark update**

`Announcement`

https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_rh3snark/

Hey r/h3snark. First and foremost, we are aware of the confusion and frustration our abrupt closure in February
caused for the members of our community. We've been advised not to disclose any information at this time, but
we hope we'll be able to answer your questions at some point in the future. The modteam would like to thank...

⇧ 2.7K ⇩    💬 0    ⇄ Share

👤 u/h3snarkmodteam2 **MOD** • 5 mo. ago                                     🔒 ⋯

**Alleged proof that Ethan Klein is being fed links and clips about Hasan Piker directly
from Destiny's discord community**

🟢 Leftemies ⚔️

r/h3snark • 1 yr. ago
Irrefutable proof that Ethan Klein is being fed links and clips about Hasan Piker
directly from Destiny's discord community



2.2K upvotes • 193 comments

⇧ 2.2K ⇩    💬 11    ⇄ Share

👤 u/h3snarkmodteam2 **MOD** • 5 mo. ago                                     🔒 ⋯

**MEGATHREAD: The H3 Show - May 2 2025**

`Megathread`

https://www.youtube.com/@H3Podcast/

⇧ 1.5K ⇩    💬 6.6K    ⇄ Share

👤 u/h3snarkmodteam2 • 7 mo. ago                                            🔒 ⋯

**Ethan klien "champion of free speech" is threatening to dox the user's and
moderators of the h3snark subreddit**

`META`

r/Fauxmoi • 7 mo. ago
Ethan klien "champion of free speech" is threatening to dox the user's and
moderators of the h3snark subreddit



10K upvotes · 756 comments

⬆ 4.3K ⬇    💬 0    ⬆ Share

u/h3snarkmodteam2 · 7 mo. ago                                    🔒 ···

**Ethan Klein threatens to dox h3snark mods/ users.**

META

r/youtubedrama · 7 mo. ago
**Ethan Klein threatens to dox h3snark mods/ users.**

12K upvotes · 2.6K comments

⬆ 2.4K ⬇    💬 0    ⬆ Share

u/h3snarkmodteam2 · 7 mo. ago                                    🔒 ···

**Addressing Ethan Klein's Threats Against This Subreddit**

META

r/Fauxmoi · 7 mo. ago
**Addressing Ethan Klein's Threats Against This Subreddit**

After Hila Klein publicly claimed to have lost a business partnership due to her nationality, a post was made
on this sub pointing out that it was more likely due to the controversial and bigoted content they have
shared throughout the years.

- Link to the original post: Hila Klein, who is a big fan of Yoav Gallant and whose husband liberally uses
  the n-word, is stunned to learn an artist doesn't want to be associated with her company.

Ethan Klein, Hila's husband and podcast host, then decided to share that post and compared this subreddit...

20K upvotes · 1.6K comments

⬆ 2.1K ⬇    💬 0    ⬆ Share

u/HatchforBabySleep · Promoted                                    ···

**I'm a certified baby sleep consultant with Hatch who's helped 300+
families. You can now find me on our NEW product, Hatch Baby,
that helps support expecting and new parents based on what
actually works. AMA!**

Hi Reddit! I'm Shannan, a certified sleep consultant with Hatch, and a parent myself. Over
the past few years, we've worked with hundreds of exhausted families trying to get their
babies to sleep longer, more peacefully, and with less stress. We've seen first hand how
overwhelming and confusing sleep training advice can be—and how many "miracle"
products just don't align with what babies actually need. So, with our experience over the
past 10 years in the baby sleep space, we've launched Hatch Baby - a new all-in-one bab...

Coming Up · Sep 25, 2025, 12:00 PM                                Remind me

⬆ 0 ⬇    💬 51    ⬆ Share

u/Any_Bee_5918  Palestinian Compilation Queen 🍉 · 7 mo. ago        🔒 ···

**Ethan mentions me on the show. He's mad that I said Hila translates Israeli news to
him.. And where did I get such information? From Ethan Klein himself...**



⬆ 3.5K ⬇    💬 35    ↗ Share

u/h3snarkmodteam2 • 7 mo. ago

**ANNOUNCEMENT: h3snark is on break**

Hey H3Snarkers, We're writing to let you know that the subreddit is going on break, effective immediately, until further notice. Please keep an eye out for an announcement in the near future. We appreciate your patience and understanding.

`Announcement`

⬆ 2.6K ⬇    💬 131    ↗ Share

[deleted] • 7 mo. ago

**Ethan tells Ab he wants his meds. Ab says "off camera" and Ethan leaves for the toilet...Ab is not on camera again until Ethan comes back... Unconfirmed if anything was consumed**

⬆ 1.5K ⬇    💬 6    ↗ Share

[deleted] • 7 mo. ago

**Ethan tells Love (who is diagnosed with ADHD) that he DOESN'T have ADHD - proving once again he doesn't know what he is talking about**

`Ableism`

⬆ 1.8K ⬇    💬 52    ↗ Share

u/olivesoapx `child of darkness` • 7 mo. ago

**James Ray responds to Ethan's insta story**

`Ethan hiding behind instagram stories 🤡`



⬆ 2.3K ⬇    💬 37    ↗ Share

[deleted] • 7 mo. ago    🔒 •••

Ethan does poll about whether or not he took Ab's Vyvanse, crew notes he is more awake. Ab does not confirm.

NOT CONFIRMED

⬆ 1K ⬇    💬 4    ↗ Share

u/FancyFeastCatFood • Promoted    •••

TL;DR: It's mousse, paté shaped like a pyramid, topped with gravy. No mess. No leftovers. Just ultimate delight. 💙

purinausaywsia.com    Shop Now

⬆ Vote ⬇    💬 0    ↗ Share

[deleted] • 7 mo. ago    🔒 •••

Ethan demands ADHD medication again - Ab says "we'll talk". Dan halfheartedly tries to dissuade him Pt2

⬆ 1.2K ⬇    💬 56    ↗ Share

u/Rlokan • 7 mo. ago    🔒 •••

A self fulfilling prophecy (found some very old merch)

The Downfall of H3 💙



⬆ 1.7K ⬇   💬 15    ↗ Share

[deleted] · 7 mo. ago                                          🔒 ···

**Ethan once again asking for ADHD medication (from Ab this time)**

⬆ 960 ⬇   💬 64    ↗ Share

u/Background-Resort687 · 7 mo. ago                            🔒 ···

**I think Ethan is in love with Hasan.**

I think all of this malice and vitriol that Ethan is spewing is because he's secretly in love with Hasan, and Hasan does not reciprocate his feelings. Mad because Hasan proceeded to do hot boy shit with Austin and will following the end of Leftovers. Because of this he has now enacted on a war path similar to a bitter ex because he cannot stop thinking about Hasan. Obsessing over all of his posts and his private life. Why else would he put so much of his time and effort into trying to manufacture Hasan's "downfall"? If not in love then I suspect he may just be an incredibly jealous weenie. I think he desperately wanted to be a part of Hasan's inner circle and...

🔵 Leftovers ⚠️

⬆ 1.1K ⬇   💬 14    ↗ Share

u/Narwhals4Lyf · 7 mo. ago                                    🔒 ···

**H3 fans choosing to believe Hasan fans are "infiltrating the narrative" and spreading hate / "lies" about Ethan, over the reality that maybe just maybe others outside the snark sun are starting to realize Ethan / H3's shitty ways.**

I've seen one too many h3 fan claim that the valid criticism over Ethan / h3 is just Hasan fans infiltrating and spreading the narrative that Ethan is a Zionist. Rather than accepting that there is a critical mass of people criticizing Ethan's wrong doings. It's so infuriating to see them write off every critique or post as an angry Hasan fan who is blowing things out of proportion to make Ethan look bad, when it is literally the opposite!!!

🔵 Leftovers ⚠️

⬆ 1.1K ⬇   💬 32    ↗ Share

u/Caitlin___  ($6,500 is the new 5%) · 7 mo. ago            🔒 ···

**Ethan making fun of Keemstar being abandoned**

Firstly I'm going to preface this by saying I absolutely hate Keemstar he is a massive POS. Now that that's out the way I seem to remember (prob a few years back now) Ethan laughing/making fun of Keemstar being abandoned by his mother as a baby and him being so unloved as a child (something along the lines of this). Maybe I'm too sensitive but I always found this super fucked up how much Ethan made this into a massive segment in the podcast just saying things along the lines of how his birth mother never loved him – like there are plenty of other things to dunk on Keemstar for but this was just a very low blow. Also, there were probably plenty of people in...

🔴 HELP me find this! 🙏

⬆ 641 ⬇   💬 27    ↗ Share

u/stopoverpayingdotorg · Promoted                                 ···

**Fun fact: If you live in CA and don't have any DUIs, you're probably overpaying for car insurance by as much as $1k/year. I'm a longtime redditor and I built a little site you can use to look for cheaper rates fast. Takes 2 minutes to use, totally free (no spam calls/texts).**



go.stopoverpaying.org

⇧ Vote ⇩    💬 0    ↪ Share

🦫 u/Remote_Several · 7 mo. ago                                    🔒 ···

**Why is no one of his fan base calling out his new poker friends?** 😐

I just feel that it's weird that the H3 podcast zionist host and their crew still talk about being progressive, or about how good and real allies they are to the Queer community yet their new friends of the show and many of their current fan base have a very loud, public and clear posture about women's body autonomy, trans rights, trans athletes, the BLM movement and the ex candidate Kamala Harris even! I mean all these have been strong talking points that the show's Zionist host have been "cooking" the left with for about a year! Things like their lack of consistency and hiphocrisy at least this on the host own words so far. So apparently you cannot be...

`Thoughts? 💭`

⇧ 690 ⇩    💬 29    ↪ Share

🦫 [deleted] · 7 mo. ago                                           🔒 ···

**H3H3's Ethan and Hila Klein's *housekeeper filed a lawsuit against them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery.**

`Toxic Workplace 🏢`

r/Fauxmoi · 8 mo. ago
H3H3's Ethan and Hila Klein's nanny filed a lawsuit against them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery.

4.6K upvotes · 279 comments

⇧ 1K ⇩    💬 14    ↪ Share

🦫 u/lumivortex  `rules for thee but not for me!` 🐝 · 7 mo. ago          🔒 ···

**Destiny doesn't think Ethan has anything new on Hasan for content nuke part 2 (2/16/25)**

`💙 🧡 Friend of the Show`

⇧ 876 ⇩    💬 111    ↪ Share

🟢 u/AutoModerator · 7 mo. ago                                     🔒 ···

**MEGATHREAD: The H3 Show - Feb 17 2025**

`Megathread`

https://www.youtube.com/c/H3Podcast

↑ 231 ↓   💬 12K   ↗ Share

u/beebbopbeep  fallen fan with a cute cat 🐱 · 7 mo. ago   🔒 ···

### Producitons Becoming #1 Snarker 💜

🏅 🏅 Friend of the Show

11:10

← Post   XL ···

Ethan Klein, host of the H3 Podc...   Follow
@h3h3producitons

Showering like a real man, unlike baby Hasan playing with bubbles and a rubber ducky. Glasses off, they'd fog up obviously. And ladies BACK OFF, I am happily married.

3:21 PM · 2/16/25 · 12K Views

💬 15   ↻ 11   ♥ 356   🔖 9   ↗

↑ 1.7K ↓   💬 35   ↗ Share

[deleted] · 7 mo. ago   🔒 ···

### I want closure

Like many of you I watched these guys for almost a decade. From the skits into the podcast, all the way. I haven't watched an episode in around a year. I feel so detached from them, but simultaneously not. The past lingers. The fun, the goofs, the gaffs, tuning in while I played relaxing games and having a carefree bubble during my week. I cant just let it go. I want something big to happen so I can let go. Whether that's them acknowledging their pitfalls, major public backlash, crew speaking up, crew quitting, a full live meltdown. I dont know!!! This slow spiral, when does it end. Morbid curiosity keeps me stay updated, and maybe a little hope. A little tiny speck of...

The Downfall of H3 😈

↑ 616 ↓   💬 25   ↗ Share

u/mugiana · 7 mo. ago   🔒 ···

### Ethan blaming the cause of the adpocalypse on 'isis recruitment videos'

This is such a small thing to harp on but in ethan's content nuke he blames the adpocalypse on youtube running ads on isis recruitment videos. I was there, i remember it well, and that 100% was not the reason it happened. Sure, the adpocalypse was a long time coming and a reflection of youtube's poor content moderation, but the catalyst to it wasn't isis videos... it was PEWDIEPIE. The (then) most subscribed to youtuber paid people on fiverr to hold up a sign saying 'death to all jews' and that is ultimately what brought youtube's content policy issues to the attention of brands and what made so many advertisers pull out. It was a massive scandal. Did ethan just forget...

Islamophobia

↑ 814 ↓   💬 44   ↗ Share

u/KingCakeBabyGravy  Ethan's passive aggressive torture camp 🏕️ · 7 mo. ago   🔒 ···

### Remember when Hasan was at QTcinderlla's pop up restaurant with Sam when Ian and Love visited? Does anyone think this might have ramped up Ethan's wrath against Hasan?

https://www.reddit.com/r/h3snark/s/2vvSjoyahZ1 From October 7th 2023 to mid 2024 Ethan would go off on Hasan from time to time but there would be a lot of space in between. Then Ian and Love visit Sam, QT and Hasan. I think this may be the turning point for Ethan to go off the deep end. I think he feared Ian leaving like we all did and didn't want the crew mingling with Hasan outside the podcast made him very insecure. Do you think he made an ultimatum for the crew to stay away from Hasan and is being passive aggressive towards them to make them feel his power?

The Crew 🧑‍🤝‍🧑

↑ 490 ↓   💬 13   ↗ Share

u/WEBULL-APP · Promoted   ···

### Webull Premium Only $3.99 per Month



$3.99 Month
Premium Benefits
without the Premium Costs

IRA Match | Reduced Margin Rates | Higher APY

Webull Financial LLC. Member SIPC, FINRA. Investing involves risk. Subscription required, fees may apply. More info at webull.com/disclosures

Webull Premium

webull.com   Subscribe

↑ Vote ↓   💬 0   ↗ Share

u/TheCarTitan • 7 mo. ago

How it feels to witness the Ethan Klein crash out in real time

`MEME`



⬆ 1.7K ⬇    💬 49    ⤴ Share

u/Icy-Mortgage8742 • 7 mo. ago    🔒 •••

### NUKE pt. 2 and future of H3

So Ethan says he's currently making a second nuke, but this one is "personal" ie: he's making a video that's purely to make hasan look like a pervert and not about politics. What do you think the impact of that will be, and do you think he'll even follow through? I mean he's already said hasan is a date r*pist. I'm assuming he'll use more bro-tips clips? If he makes the video, will hasan get backlash, or will people just retaliatory clip farm ethan's past even more? I guess I'm just wondering what the conclusion of this crash out will be? Lawsuit? Restraining order? Will he finally lose enough money and sponsors to at least silently stop talking about it? ATP I feel like the crew ...

Exhibit 19

https://www.reddit.com/r/h3snark/wiki/index#wiki_rules                                                                September 7, 2025 at 12:20 PM PDT






## r/h3snark 🔒

r/h3snark  >  Wiki                                                    ···

**h3snark**
Criticism of the H3 Podcast / the H3 Show with Ethan Klein.
Created Apr 30, 2023
Public

📖 Community Guide

**41K**    **25**    **Top 4%**
Fallen Fans   🟢 Chronically Online   Rank by size ↗

PAGE SECTIONS                                    ⌃

About This Sub
  Who is this sub for?
Flair
  Post Flair / Filters
  User Flair
Rules
  Rule 1: Be Respectful and Inclusive

### About This Sub

#### Who is this sub for?

This subreddit is intended for individuals who hold critical perspectives on h3h3productions, the h3 podcast, Ethan or Hila Klein, the h3 podcast crew, and other affiliated entities. We extend a warm welcome to all, regardless of whether they are current fans, former fans, or self-proclaimed haters.

Our goal is to foster a welcoming environment where participants can freely share their snarky comments and opinions. We embrace a diverse range of snark, whether it involves critiquing Ethan's choice of t-shirt or raising concerns about allegations of Teddy Fresh underpaying employees in third-world countries. All forms of criticism are encouraged and accepted here.

Disclaimer: This subreddit is independent and not affiliated with the H3 Podcast, H3 Show, Ethan Klein, H3H3Productions, or any associated creators or brands.

### Flair

#### Post Flair / Filters

- Post flair are tags added to posts as a way to categorize them. Posts can be filtered by flair using the sidebar on desktop or just below the header on mobile. - Please use appropriate flair when posting.

#### User Flair

- **Unlike some subreddits, users in our community can not assign their own flair.** Instead, our moderators assign flair at their own discretion. Typically, we come across comments that catch our attention or make us laugh, and then we turn those moments into unique flair.
- At this time **we are not accepting flair requests** via mod mail or DM. Please keep your eye out for flair request megathreads that are posted every couple of weeks.

### Rules

#### Rule 1: Be Respectful and Inclusive

- Absolutely no racism, homophobia, transphobia, ableism, antisemitism, or any form of bigotry, including hate speech and slurs, is allowed. Please make it clear if you are quoting someone.
- Discouraging others from participating, harassment, personal insults, threats of violence, brigading, doxxing, and all other belligerent behavior will not be tolerated.
- Targeting sponsors, brigading, or mass reporting to deplatform others undermines our community's integrity and will not be tolerated.

#### Rule 2: No Body-Shaming

- Snark about physical appearance cannot be the main subject of a post.
- Critiques of appearance should focus on clothing, hairstyles, or makeup rather than unchangeable features.
- Remarks about body weight/shape and other physical traits are not allowed; comments regarding body modifications (e.g. tattoos, piercings, etc.) are allowed within reason.
- Allowed: Clothing, hairstyle, makeup, posing.
- Not allowed: Weight, body shape, facial features, race.

#### Rule 3: No Discussion or Mention of Other H3 Subreddits

- Do not mention, discuss bans from, share content about/from, or reference other H3-related subreddits.
- This includes using nicknames to bypass the rule.
- This aligns with Rule #3 of Reddit's Moderator Code of Conduct – "Respect Your Neighbors."

#### Rule 4: Do Not Address Hosts or Crew Directly

- While criticism of figures in the H3 universe is welcome, do not directly address the hosts or crew members as if they are reading the posts.
- Avoid including phrases like "I know you're reading this," "This is for X," "You did this!," etc. when participating in this subreddit.

#### Rule 5: Avoid Misinformation and Respect Moderation

- Claims should be well-substantiated, and speculation must be clearly indicated. Provide sources when necessary.
- The moderation team holds the discretion to take action against misinformation, excessive trolling, coordinated negative behavior, or anything that doesn't match the subreddit's tone.
- Decisions made by moderators are final, ensuring the integrity of our community.

### Additional Removal Reasons

#### Content not related to H3

- Submission may be removed due to it not being related to, or in reference to the h3 podcast.
- Users may be asked to re-post their submission and make sure to include any relevant information including links, timestamps, quotes, or tweets.

#### Snark About Friends of the Show

- Excessive or irrelevant snark about "Friends" and/or "Enemies of the Show" may be limited to protect the subreddit. While brief comments are acceptable, extended discussions that stray from their connections to H3 may be removed. Since this is r/h3snark, keep your discussions and criticisms focused

**Alternative Viewing Sites**

- Posts or comments promoting alternative viewing websites (i.e., sites to watch content without giving views on YouTube) are not allowed.

**Low-effort submissions**

- Posts with low effort or substance may be removed at the moderator's discretion.

**Unknown or Unsafe URLs**

- Shortlinks, disguised URLs, affiliate links, URLs that link directly to files (.exe, .txt, etc.) and potentially harmful or unsafe URLs are not allowed on h3snark.

## Other

### AMAs (Ask Me Anything)

- In AMAs, please show respect as participants volunteer their time. AMA guests can set boundaries, and uncomfortable comments may be removed upon their request.
- Users who are overly argumentative with AMA guests, create a hostile environment or have a specific gripe against an AMA guest may be asked to move their comments to a new thread instead.

### Bots

- We are not interested in bots and they will be banned on sight. If you operate a bot, please consider blacklisting r/h3snark to save us the trouble. If you believe your bot should be whitelisted please contact the mods in advance.

### Usernames

- If your user account's name is something that would be unacceptable on a post - bigoted or hateful slurs, references to sexual violence, and so on - that user account will be banned on sight.

## Moderation

Moderators work in several ways to ensure that the rules are followed. These include, but are not limited to:

### Removals

- Posts and comments which break the rules of the subreddit will be removed.
- Rules-breaking comments may be removed without explanation, and users should have no expectation of notification in the case of removal.
- In the case of removed posts, users will generally be provided with a brief explanation of the removal.

### Warnings

- Mods may leave a warning for a user following the removal of their comment, based on the mod's judgement of the situation. Mod warnings are generally conducted with pre-written Macro responses, but all warnings are issued by a real person evaluating the post.
- There is no set number of warnings that a user will receive before temporary or permanent bans are issued, and the severity of the warning will depend on the nature and circumstances of the post.
- In some cases, the use of temporary bans to impress the severity of a warning may also be used.
- Flaired users who receive warnings may have flair revoked, as they are expected to set an example for other users.

### Bans

Bans are issued by a person and never done automatically. Typically, bans are not permanent, but we may have a discussion to ensure that if the ban is lifted, you can understand and not remain a private matter between the two parties. Ban messages and communication (modmail) with h3snark mods should remain a private matter between the two parties. Discussing your ban outside of the modmail thread could result in a permanent ban. When users discuss their ban elsewhere in an effort to rally against the team it causes unnecessary backlash over a simple infraction

Moderators may permanently ban users from the subreddit for several reasons, including, but not limited to:

- Users who ignore warnings and repeatedly break the rules.
- Users who respond with hostility and abuse to Moderator actions.
- Users caught intentionally trying to get around the automod or spam filter.
- Users who are evading a ban.
- Trolls, spammers and bots.

### Moderator's Discretion

The above should not be taken to be an absolute list of moderator powers constraining all other action. The moderation team exists to enforce both the rules and the spirit of the subreddit, and may, at times, need to make judgement calls on issues that exist in the grey, undefined areas.

### Appeals

If you believe one of your posts or comments has been wrongfully deleted, that a warning was caused by a misunderstanding, or if you feel you have been wrongfully banned, you can message the moderators and explain your situation in a polite and courteous manner. Hostility and use of abusive language may result in a longer ban.

Please do not self-delete your post/comment if you plan to appeal. It has already been removed by the mod team but remains visible to you. Deleting the comment prevents us from being able to review the matter, and will generally result in automatic rejection of the appeal.

## Help and Support

### Reports

- We actively encourage the reporting of any posts or comments that violate our rules. With a limited number of moderators, your reports are invaluable, we acknowledge that we can't catch every violation without your assistance.
- If you see spam or an inappropriate post, please do not hesitate to report the offending post or contact the mods, we're always happy to help.
- Abusing the report button by making false reports in an attempt to troll or create more work for the moderators will be reported to reddit admins. Reddit will send a warning, suspend, or ban the offending account if found guilty of abuse.

### FAQ (Frequently Asked Questions)

- If you still have unanswered questions or need further clarification, please visit our FAQ page.

### Help and Support Resources

 Home
 Popular
 Answers BETA
 Explore



- Reddit Help Center

**Content Policy**

- Reddit Rules and Content Policy
- Rediquette (Reddit Etiquette)

If you still have unanswered questions or need further clarification, please visit our FAQ page for more information, or message the moderators.

Last revised by h3snarkmodteam2 10 months ago

# Exhibit 20

## Manually Filed with the Clerk

## (*see* Exhibit B, Manual Filing Notification)

# Exhibit 21

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 22

## Manually Filed with the Clerk

## (*see* Exhibit B, Manual Filing Notification)

Exhibit 23

1. MEGATHREAD: The H3 Show - **May 2 2025**
   a. https://www.reddit.com/r/h3snark/comments/1kd7i0s/megathread_the_h3_show_may_2_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
2. MEGATHREAD: The H3 Show - **Feb 17 2025**
   a. https://www.reddit.com/r/h3snark/comments/1irsgel/megathread_the_h3_show_feb_17_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
3. MEGATHREAD: The H3 Show - **Feb 14 2025**
   a. https://www.reddit.com/r/h3snark/comments/1ipis9k/megathread_the_h3_show_feb_14_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
4. MEGATHREAD: SYNT - **Feb 13 2025**
   a. https://www.reddit.com/r/h3snark/comments/1iorc0d/megathread_synt_feb_13_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
5. MEGATHREAD: The H3 Show - **Feb 12 2025**
   a. https://www.reddit.com/r/h3snark/comments/1inzg65/megathread_the_h3_show_feb_12_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
6. MEGATHREAD: The H3 Show - **Feb 10 2025**
   a. https://www.reddit.com/r/h3snark/comments/1imeptf/megathread_the_h3_show_feb_10_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
7. MEGATHREAD: The H3 Show - **Feb 7 2025**
   a. https://www.reddit.com/r/h3snark/comments/1ik3fxx/megathread_the_h3_show_feb_7_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
8. MEGATHREAD: The H3 Show 🎰♠POKER STREAM 🎰 **Feb 6, 2025**
   a. https://www.reddit.com/r/h3snark/comments/1ijjmsz/megathread_the_h3_show_poker_stream_feb_6_2025/
      i. Links to: https://www.youtube.com/live/NRgyYJBDsw4?si=oI7_4TPk8IkHnMrx
9. MEGATHREAD: The H3 Show - **Feb 5 2025**
   a. https://www.reddit.com/r/h3snark/comments/1iiiipf/megathread_the_h3_show_feb_5_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
10. MEGATHREAD: SYNT - **Feb 4, 2025**
   a. https://www.reddit.com/r/h3snark/comments/1iht0w4/megathread_synt_feb_4_2025/
      i. Links to: https://www.youtube.com/@H3Podcast
11. MEGATHREAD: The H3 Show - **Feb 3 2025**
   a. https://www.reddit.com/r/h3snark/comments/1igxmmj/megathread_the_h3_show_feb_3_2025/

    i.    Links to: https://www.youtube.com/@H3Podcast
12. MEGATHREAD: The H3 Show - **Jan 31 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1ien34a/megathread_the_h3_show_jan_31_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
13. MEGATHREAD: The H3 Show - **Jan 29 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1id2bgt/megathread_the_h3_show_jan_29_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
14. MEGATHREAD: The H3 Show - J**an 24 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i93rsn/megathread_the_h3_show_jan_24_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
15. MEGATHREAD: SYNT - **Jan 23 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i8bqvi/megathread_synt_jan_23_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
16. MEGATHREAD: The H3 Show **- Jan 22 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i7jn5s/megathread_the_h3_show_jan_22_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
17. MEGATHREAD: The H3 Show - **Jan 17 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i3ok99/megathread_the_h3_show_jan_17_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
18. MEGATHREAD: SYNT - **Jan 16 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i2x4gm/megathread_synt_jan_16_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
19. MEGATHREAD: The H3 Show - **Jan 15 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i25lto/megathread_the_h3_show_jan_15_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
20. MEGATHREAD: The H3 Show - **Jan 13 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1i0mbjq/megathread_the_h3_show_jan_13_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
21. MEGATHREAD: The H3 Show - **Jan 10 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1hycp9b/megathread_the_h3_show_jan_10_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
22. MEGATHREAD: The H3 Show - **Jan 8 2025**
    a.    https://www.reddit.com/r/h3snark/comments/1hwsnla/megathread_the_h3_show_jan_8_2025/

   i.    Links to: https://www.youtube.com/@H3Podcast
23. MEGATHREAD: The H3 Show - **Jan 6 2025**
   a.    https://www.reddit.com/r/h3snark/comments/1hv7gq6/megathread_the_h3_show
        _jan_6_2025/
        i.    Links to: https://www.youtube.com/@H3Podcast
24. MEGATHREAD: The H3 Show - **Dec 20 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hirn9q/megathread_the_h3_show_
        dec_20_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
25. MEGATHREAD: SYNT - **Dec 19 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hi0y69/megathread_synt_dec_19_
        2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
26. MEGATHREAD: The H3 Show - **Dec 18 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hh9k6k/megathread_the_h3_show
        _dec_18_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
27. MEGATHREAD: The H3 Show - **Dec 16 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hframi/megathread_the_h3_show_
        dec_16_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
   b.    MEGATHREAD: The H3 Show - **Dec 13 2024**
        i.    https://www.reddit.com/r/h3snark/comments/1hdk6qc/megathread_the_h
             3_show_dec_13_2024/
28. MEGATHREAD: SYNT - **Dec 12 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hct5nf/megathread_synt_dec_12_2
        024/
        i.    Links to: https://www.youtube.com/@H3Podcast
29. MEGATHREAD: The H3 Show - **Dec 11 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1hc1s95/megathread_the_h3_show
        _dec_11_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
30. MEGATHREAD: The H3 Show - **Dec 6 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1h89k9w/megathread_the_h3_show
        _dec_6_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
31. MEGATHREAD: The H3 Show - **Dec 6 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1h89k9w/megathread_the_h3_show
        _dec_6_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast
32. MEGATHREAD: SYNT - **Dec 5 2024**
   a.    https://www.reddit.com/r/h3snark/comments/1h7hjeu/megathread_synt_dec_5_2
        024/
        i.    Links to: https://www.youtube.com/@H3Podcast

33. MEGATHREAD: The H3 Show - **Dec 4 2024**
    a. https://www.reddit.com/r/h3snark/comments/1h6otnx/megathread_the_h3_show_dec_4_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
34. MEGATHREAD: The H3 Show - **Dec 2 2024**
    a. https://www.reddit.com/r/h3snark/comments/1h53fed/megathread_the_h3_show_dec_2_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
35. MEGATHREAD: The H3 Show - **Nov 29 2024**
    a. https://www.reddit.com/r/h3snark/comments/1h2tqsf/megathread_the_h3_show_nov_29_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
36. MEGATHREAD: The H3 Show - **Nov 27 2024**
    a. https://www.reddit.com/r/h3snark/comments/1h1cpam/megathread_the_h3_show_nov_27_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
37. MEGATHREAD: The H3 Show - **Nov 25 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gzrhiw/megathread_the_h3_show_nov_25_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
38. MEGATHREAD: The H3 Show - **Nov 22 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gxg5qv/megathread_the_h3_show_nov_22_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
39. MEGATHREAD: The H3 Show - **Nov 15 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gs4jym/megathread_the_h3_show_nov_15_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
40. MEGATHREAD: SYNT - **Nov 14 2024**
    a. https://www.reddit.com/r/h3snark/comments/1grd1kr/megathread_synt_nov_14_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
41. MEGATHREAD: The H3 Show - **Nov 13 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gqlabi/megathread_the_h3_show_nov_13_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
42. MEGATHREAD: The H3 Show - **Nov 11 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gp0t1h/megathread_the_h3_show_nov_11_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
43. MEGATHREAD: The H3 Show - **Nov 8 2024**
    a. https://www.reddit.com/r/h3snark/comments/1gmqvk4/megathread_the_h3_show_nov_8_2024/
        i. Links to: https://www.youtube.com/@H3Podcast

44. MEGATHREAD: SYNT **- Nov 7 2024**
   a. https://www.reddit.com/r/h3snark/comments/1glyuk4/megathread_synt_nov_7_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
45. MEGATHREAD: The H3 Show **- Nov 6 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gl6u1z/megathread_the_h3_show_nov_6_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
46. MEGATHREAD: LIVE Election Night Celebration/Meltdown - H3 Show #76 (**Nov 5th 2024**)
   a. https://www.reddit.com/r/h3snark/comments/1gkm551/megathread_live_election_night/
      i. https://www.youtube.com/watch?v=euWFUGsC6u0
47. MEGATHREAD: The H3 Show **- Nov 4 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gjmx0z/megathread_the_h3_show_nov_4_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
48. MEGATHREAD: The H3 Show **- Nov 1 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ghcd7z/megathread_the_h3_show_nov_1_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
49. MEGATHREAD: SYNT - Oct 31 2024
   a. https://www.reddit.com/r/h3snark/comments/1gglhon/megathread_synt_oct_31_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
50. MEGATHREAD: The H3 Show **- Oct 30 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gftmlm/megathread_the_h3_show_oct_30_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
51. MEGATHREAD: The H3 Show **- Oct 28 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ge9ekt/megathread_the_h3_show_oct_28_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
52. MEGATHREAD: The H3 Show **- Oct 25 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gc17ct/megathread_the_h3_show_oct_25_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
53. MEGATHREAD: SYNT **- Oct 24 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gb9pmw/megathread_synt_oct_24_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
54. MEGATHREAD: The H3 Show **- Oct 23 2024**
   a. https://www.reddit.com/r/h3snark/comments/1gahspl/megathread_the_h3_show_oct_23_2024/

         i.    Links to: https://www.youtube.com/@H3Podcast

55. MEGATHREAD: The H3 Show **- Oct 21 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g8wyph/megathread_the_h3_show_oct_21_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

56. MEGATHREAD: The H3 Show **- Oct 18 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g6p69s/megathread_the_h3_show_oct_18_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

57. MEGATHREAD: SYNT **- Oct 17 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g5xtli/megathread_synt_oct_17_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

58. MEGATHREAD: The H3 Show **- Oct 16 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g56gh0/megathread_the_h3_show_oct_16_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

59. MEGATHREAD: The H3 Show **- Oct 14 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g3mz92/megathread_the_h3_show_oct_14_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

60. MEGATHREAD: The H3 Show **- Oct 11 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g1gnks/megathread_the_h3_show_oct_11_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

61. MEGATHREAD: SYNT **- Oct 10 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1g0pn5g/megathread_synt_oct_10_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

62. MEGATHREAD: The H3 Show **- Oct 9 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fzyhok/megathread_the_h3_show_oct_9_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

63. MEGATHREAD: The H3 Show **- Oct 7 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fyeuy4/megathread_the_h3_show_oct_7_2024/
         i.    Links to: https://www.youtube.com/@H3Podcast

64. 🤓 💰 🃏 H3 Crew Poker Livestream MEGATHREAD 🥳 🎉 🎰
    a.  https://www.reddit.com/r/h3snark/comments/1fynl5s/h3_crew_poker_livestream_megathread/ (Celebrity Poker Stream Youtube Video - Source) (**Oct 7th 2024**)
         i.    https://www.youtube.com/watch?v=YFl5jL0FTzg

65. MEGATHREAD: The H3 Show - **Oct 4 2024**
    a.  http://reddit.com/r/h3snark/comments/1fw68f1/megathread_the_h3_show_oct_4_2024/

        i.    Links to: https://www.youtube.com/@H3Podcast

66. MEGATHREAD: SYNT - **Oct 3 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fven8e/megathread_synt_oct_3_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

67. MEGATHREAD: The H3 Show - **Oct 2 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fune2d/megathread_the_h3_show_oct_2_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

68. MEGATHREAD: The H3 Show - **Sep 30 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1ft2t1p/megathread_the_h3_show_sep_30_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

69. MEGATHREAD: The H3 Show - **Sep 27 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fqumd1/megathread_the_h3_show_sep_27_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

70. MEGATHREAD: SYNT - **Sep 26 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fq3b73/megathread_synt_sep_26_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

71. MEGATHREAD: The H3 Show - **Sep 25 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fpbn8l/megathread_the_h3_show_sep_25_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

72. MEGATHREAD: The H3 Show - **Sep 23 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fnrnt0/megathread_the_h3_show_sep_23_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

73. MEGATHREAD: The H3 Show - **Sep 20 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1flj0nv/megathread_the_h3_show_sep_20_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

74. MEGATHREAD: SYNT - **Sep 19 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fkrzxg/megathread_synt_sep_19_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

75. MEGATHREAD: The H3 Show - **Sep 18 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fjzysb/megathread_the_h3_show_sep_18_2024/
        i.    Links to: https://www.youtube.com/@H3Podcast

76. MEGATHREAD: The H3 Show **- Sep 16 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1fic2qj/megathread_the_h3_show_sep_16_2024/

       i.    Links to: https://www.youtube.com/@H3Podcast

77. MEGATHREAD: The H3 Show **- Sep 13 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1fg1vlm/megathread_the_h3_show_sep_13_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

78. MEGATHREAD: SYNT **- Sep 12 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1ff9pt4/megathread_synt_sep_12_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

79. MEGATHREAD: The H3 Show - **Sep 11 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1fehezt/megathread_the_h3_show_sep_11_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

80. MEGATHREAD: The H3 Show **- Sep 9 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1fcwm7d/megathread_the_h3_show_sep_9_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

81. MEGATHREAD: The H3 Show **- Sep 6 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1famc20/megathread_the_h3_show_sep_6_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

82. MEGATHREAD: SYNT **- Sep 5 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1f9tol7/megathread_synt_sep_5_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

83. MEGATHREAD: The H3 Show **- Sep 4 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1f90s72/megathread_the_h3_show_sep_4_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

84. MEGATHREAD: Celebrity Poker 2 / H3 Show #49 (**August 31st 2024**)
   - a. https://www.reddit.com/r/h3snark/comments/1f60r19/megathread_celebrity_poker_2_h3_show_49/
     - i.    https://www.youtube.com/watch?v=Ofq1CpYCgpk (H3 Podcast Episode)

85. MEGATHREAD: The H3 Show **- Aug 28 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

86. MEGATHREAD: The H3 Show **- Aug 26 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1f1vi3p/megathread_the_h3_show_aug_26_2024/
     - i.    Links to: https://www.youtube.com/@H3Podcast

87. MEGATHREAD: The H3 Show **- Aug 23 2024**
   - a. https://www.reddit.com/r/h3snark/comments/1ezk3mr/megathread_the_h3_show_aug_23_2024/

       i.     Links to: https://www.youtube.com/@H3Podcast

88. MEGATHREAD: SYNT **Aug 22 2024**
   a. https://www.reddit.com/r/h3snark/comments/1eyqthm/megathread_synt_aug_22_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

89. MEGATHREAD: The H3 Show - **Aug 21 2024**
   a. https://www.reddit.com/r/h3snark/comments/1exx5rb/megathread_the_h3_show_aug_21_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

90. MEGATHREAD: The H3 Show - **Aug 19 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ew99a8/megathread_the_h3_show_aug_19_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

91. MEGATHREAD: The H3 Show - **Aug 16 2024**
   a. https://www.reddit.com/r/h3snark/comments/1etw9q0/megathread_the_h3_show_aug_16_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

92. MEGATHREAD: SYNT - **Aug 15 2024**
   a. https://www.reddit.com/r/h3snark/comments/1et2lmv/megathread_synt_aug_15_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

93. MEGATHREAD: The H3 Show - **Aug 14 2024**
   a. https://www.reddit.com/r/h3snark/comments/1es94io/megathread_the_h3_show_aug_14_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

94. MEGATHREAD: H3H3 Ends Beef w/ STEINY & Calls Out SNEAKO... [LIVE} (**August 13th 2024**)
   a. https://www.reddit.com/r/h3snark/comments/1eri7by/megathread_h3h3_ends_beef_w_steiny_calls_out/
      i.     https://www.youtube.com/watch?v=Go0JgxKHEH8 (Bradley Martyn's Raw Talk Podcast Episode with H3H3)

95. MEGATHREAD: Ethan Plays In The Celebrity Poker Tour LIVE - H3 Show #41 (**Aug 12th 2024**)
   a. https://www.reddit.com/r/h3snark/comments/1eqtfpc/megathread_ethan_plays_in_the_celebrity_poker/
      i.     https://www.youtube.com/watch?v=rOWa-1JR6hI (H3 Podcast Episode)

96. MEGATHREAD: The H3 Show - **Aug 9 2024**
   a. https://www.reddit.com/r/h3snark/comments/1eo785a/megathread_the_h3_show_aug_9_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

97. MEGATHREAD: SYNT - **Aug 8 2024**
   a. https://www.reddit.com/r/h3snark/comments/1endhyl/megathread_synt_aug_8_2024/
      i.     Links to: https://www.youtube.com/@H3Podcast

98. MEGATHREAD: The H3 Show - **Aug 7 2024**
   a. https://www.reddit.com/r/h3snark/comments/1emjgrb/megathread_the_h3_show_aug_7_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
99. MEGATHREAD: The H3 Show - **Aug 5 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ekv99a/megathread_the_h3_show_aug_5_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
100. MEGATHREAD: The H3 Show - **Aug 2 2024**
   a. https://www.reddit.com/r/h3snark/comments/1eihgv5/megathread_the_h3_show_aug_2_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
101. MEGATHREAD: SYNT - **Aug 1 2024**
   a. https://www.reddit.com/r/h3snark/comments/1eho0ta/megathread_synt_aug_1_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
102. MEGATHREAD: The H3 Show - **Jul 31 2024**
   a. https://www.reddit.com/r/h3snark/comments/1egukwi/megathread_the_h3_show_jul_31_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
103. MEGATHREAD: The H3 Show - **Jul 29 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ef6yin/megathread_the_h3_show_jul_29_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
104. MEGATHREAD: The H3 Show - **Jul 26 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ecvbvi/megathread_the_h3_show_jul_26_2024/
      i. Links to: https://www.youtube.com/@H3Podcast
105. MEGATHREAD: SYNT - **Jul 25 2024**
   a. https://www.reddit.com/r/h3snark/comments/1ec26w2/megathread_synt_jul_25_2024/
      i. Links to: https://www.youtube.com/@H3Podcast

106.   MEGATHREAD: The H3 Show - **Jul 24 2024**
   a. https://www.reddit.com/r/h3snark/comments/1eb8sdy/megathread_the_h3_show_jul_24_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
107.   MEGATHREAD: The H3 Show - **Jul 22 2024**
   a. https://www.reddit.com/r/h3snark/comments/1e9lkjf/megathread_the_h3_show_jul_22_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
108.   MEGATHREAD: The H3 Show - **Jul 19 2024**
   a. https://www.reddit.com/r/h3snark/comments/1e7atnz/megathread_the_h3_show_jul_19_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
109.   MEGATHREAD: SYNT - **Jul 18 2024**
   a. https://www.reddit.com/r/h3snark/comments/1e6ie1f/megathread_synt_jul_18_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
110.   MEGATHREAD: The H3 Show - **Jul 17 2024**
   a. https://www.reddit.com/r/h3snark/comments/1e5pk5k/megathread_the_h3_show_jul_17_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
111.   MEGATHREAD: The H3 Show - **Jul 15 2024**
   a. https://www.reddit.com/r/h3snark/comments/1e42440/megathread_the_h3_show_jul_15_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
112.   MEGATHREAD: Off The Rails - **Jun 26 2024**
   a. https://www.reddit.com/r/h3snark/comments/1dp6688/megathread_off_the_rails_jun_26_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
113.   MEGATHREAD: H3TV - **Jun 24 2024**
   a. https://www.reddit.com/r/h3snark/comments/1dnl0cu/megathread_h3tv_jun_24_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
114.   MEGATHREAD: SYNT **- Jun 20 2024**
   a. https://www.reddit.com/r/h3snark/comments/1dkj6bx/megathread_synt_jun_20_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
115.   MEGATHREAD: Off The Rails - **Jun 19 2024**
   a. https://www.reddit.com/r/h3snark/comments/1djqp2h/megathread_off_the_rails_jun_19_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast
116.   MEGATHREAD: H3TV - **Jun 17 2024**
   a. https://www.reddit.com/r/h3snark/comments/1di5lfd/megathread_h3tv_jun_17_2024/
      i.   Links to: https://www.youtube.com/@H3Podcast

117.  MEGATHREAD: After Dark **- Jun 14 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1dfy42i/megathread_after_dark_jun_14_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
118.  MEGATHREAD: SYNT - **Jun 13 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1df6ecr/megathread_synt_jun_13_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
119.  MEGATHREAD: Off The Rails **- Jun 12 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1deeka1/megathread_off_the_rails_jun_12_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
120.  MEGATHREAD: H3TV **- Jun 10 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1dcti1r/megathread_h3tv_jun_10_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
121.  MEGATHREAD: After Dark - **Jun 7 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1dait9j/megathread_after_dark_jun_7_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
122.  MEGATHREAD: SYNT **- Jun 6 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d9q1c6/megathread_synt_jun_6_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
123.  MEGATHREAD: Off The Rails **- Jun 5 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d8xvhy/megathread_off_the_rails_jun_5_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
124.  MEGATHREAD: H3TV **- Jun 3 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d7cfg7/megathread_h3tv_jun_3_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
125.  MEGATHREAD: After Dark - **May 31 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d53bxw/megathread_after_dark_may_31_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
126.  MEGATHREAD: SYNT **- May 30 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d4bleo/megathread_synt_may_30_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
127.  MEGATHREAD: Off The Rails **- May 29 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1d3jz7d/megathread_off_the_rails_may_29_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

128. MEGATHREAD: After Dark - **May 24 2024**
    a. https://www.reddit.com/r/h3snark/comments/1czsg2x/megathread_after_dark_may_24_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
129. MEGATHREAD: SYNT - **May 23 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cz0ow7/megathread_synt_may_23_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
130. MEGATHREAD: Off The Rails - **May 22 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cy8b0q/megathread_off_the_rails_may_22_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
131. MEGATHREAD: H3TV - **May 20 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cwnegh/megathread_h3tv_may_20_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
132. MEGATHREAD: After Dark **- May 17 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cudbdn/megathread_after_dark_may_17_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
133. MEGATHREAD: SYNT - **May 16 2024**
    a. https://www.reddit.com/r/h3snark/comments/1ctkprx/megathread_synt_may_16_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
134. MEGATHREAD: Off The Rails - **May 15 2024**
    a. https://www.reddit.com/r/h3snark/comments/1csst4g/megathread_off_the_rails_may_15_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
135. MEGATHREAD: H3TV - **May 13 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cr7ceu/megathread_h3tv_may_13_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
136. MEGATHREAD: After Dark - **May 10 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cox946/megathread_after_dark_may_10_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
137. MEGATHREAD: SYNT - **May 9 2024**
    a. https://www.reddit.com/r/h3snark/comments/1co50dx/megathread_synt_may_9_2024/
    b. Links to: https://www.youtube.com/@H3Podcast
138. MEGATHREAD: Off The Rails - **May 8 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cncgn7/megathread_off_the_rails_may_8_2024/
        i. Links to: https://www.youtube.com/@H3Podcast

139. MEGATHREAD: H3TV **- May 6 2024**
    a. https://www.reddit.com/r/h3snark/comments/1clr2y2/megathread_h3tv_may_6_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
140. MEGATHREAD: After Dark **- May 3 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cjgk2s/megathread_after_dark_may_3_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
141. MEGATHREAD: SYNT **- May 2 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cinqyp/megathread_synt_may_2_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
142. MEGATHREAD: Off The Rails **- May 1 2024**
    a. https://www.reddit.com/r/h3snark/comments/1chu8d2/megathread_off_the_rails_may_1_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
143. MEGATHREAD: H3TV **- Apr 29 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cg7aiw/megathread_h3tv_apr_29_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
144. MEGATHREAD: After Dark - **Apr 26 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cdts6y/megathread_after_dark_apr_26_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
145. MEGATHREAD: SYNT - **Apr 25 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cczhci/megathread_synt_apr_25_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
146. MEGATHREAD: Off The Rails **- Apr 24 2024**
    a. https://www.reddit.com/r/h3snark/comments/1cc6iuq/megathread_off_the_rails_apr_24_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
147. MEGATHREAD: H3TV **- Apr 22 2024**
    a. https://www.reddit.com/r/h3snark/comments/1caj2ss/megathread_h3tv_apr_22_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
148. MEGATHREAD: Off The Rails - **Apr 3 2024**
    a. https://www.reddit.com/r/h3snark/comments/1bv10hp/megathread_off_the_rails_apr_3_2024/
        i. Links to: https://www.youtube.com/@H3Podcast
149. MEGATHREAD: H3TV **- Apr 1 2024**
    a. https://www.reddit.com/r/h3snark/comments/1btcbnr/megathread_h3tv_apr_1_2024/
        i. Links to: https://www.youtube.com/@H3Podcast

150.    MEGATHREAD: After Dark - **Mar 29 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bqx2zk/megathread_after_dark_m ar_29_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
151.    MEGATHREAD: SYNT - **Mar 28 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bq3mpl/megathread_synt_mar_28 _2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
152.    MEGATHREAD: Off The Rails - **Mar 27 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bp9wdt/megathread_off_the_rails_ mar_27_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
153.    MEGATHREAD: H3TV - **Mar 25 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bnls4c/megathread_h3tv_mar_25_ 2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
154.    MEGATHREAD: After Dark - **Mar 22 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bl74al/megathread_after_dark_mar _22_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
155.    MEGATHREAD: SYNT **- Mar 21 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bkeefd/megathread_synt_mar_21_ 2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
156.    MEGATHREAD: Off The Rails - **Mar 20 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bjle3r/megathread_off_the_rails_m ar_20_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
157.    MEGATHREAD: Off The Rails - **Mar 13 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bdzo9u/megathread_off_the_rails_ mar_13_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
158.    MEGATHREAD: H3TV **- Mar 11 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1bcb528/megathread_h3tv_mar_11 _2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
159.    MEGATHREAD: After Dark **- Mar 8 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b9xnvw/megathread_after_dark_m ar_8_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast
160.    MEGATHREAD: SYNT **- Mar 7 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b93r3e/megathread_synt_mar_7_2 024/
        i.  Links to: https://www.youtube.com/@H3Podcast

161.    MEGATHREAD: Off The Rails **- Mar 6 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b89lbv/megathread_off_the_rails_mar_6_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

162.    MEGATHREAD: H3TV **- Mar 4 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b6kk1y/megathread_h3tv_mar_4_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

163.    MEGATHREAD: After Dark **- Mar 1 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b43w4h/megathread_after_dark_mar_1_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

164.    MEGATHREAD: SYNT **- Feb 29 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b39q35/megathread_synt_feb_29_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

165.    MEGATHREAD: Off The Rails **- Feb 28 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1b2frff/megathread_off_the_rails_feb_28_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

166.    MEGATHREAD: After Dark **- Feb 23 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1aya4j1/megathread_after_dark_feb_23_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

167.    MEGATHREAD: SYNT **- Feb 22 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1axg24m/megathread_synt_feb_22_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

168.    MEGATHREAD: Off The Rails **- Feb 21 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1awlqud/megathread_off_the_rails_feb_21_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

169.    MEGATHREAD: H3TV #108 **- Feb 20 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1avrbvw/megathread_h3tv_108_feb_20_2024/
        i.  Links to: https://www.youtube.com/watch?v=B3FlUe8izyI (H3 Podcast Episode)

170.    MEGATHREAD: After Dark **- Feb 16 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1asjhdb/megathread_after_dark_feb_16_2024/
        i.  Links to: https://www.youtube.com/@H3Podcast

171.    MEGATHREAD: SYNT **- Feb 15 2024**
    a.  https://www.reddit.com/r/h3snark/comments/1arq2ql/megathread_synt_feb_15_2024/

      i.    Links to: https://www.youtube.com/@H3Podcast

172.    MEGATHREAD: Off The Rails - **Feb 14 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1aqxod1/megathread_off_the_rails_feb_14_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

173.    MEGATHREAD: H3TV **- Feb 12 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1apavoe/megathread_h3tv_feb_12_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

174.    MEGATHREAD: After Dark **- Feb 9 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1amyjdg/megathread_after_dark_feb_9_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

175.    MEGATHREAD: Off The Rails - **Feb 7 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1aldj43/megathread_off_the_rails_feb_7_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

176.    MEGATHREAD: H3TV **- Feb 5 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1ajrfx1/megathread_h3tv_feb_5_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

177.    MEGATHREAD: SYNT **- Feb 1 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1aglj8i/megathread_synt_feb_1_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

178.    MEGATHREAD: Off The Rails - **Jan 31 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1afskdg/megathread_off_the_rails_jan_31_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

179.    MEGATHREAD: H3TV **- Jan 29 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1ae633t/megathread_h3tv_jan_29_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

180.    MEGATHREAD: After Dark **- Jan 26 2024**
    a.    https://www.reddit.com/r/h3snark/comments/1abstj5/megathread_after_dark_jan_26_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

181.    MEGATHREAD: H3TV **- Jan 22 2024**
    a.    https://www.reddit.com/r/h3snark/comments/19d68a8/megathread_h3tv_jan_22_2024/
      i.    Links to: https://www.youtube.com/@H3Podcast

182.    MEGATHREAD: After Dark **- Jan 19 2024**
    a.    https://www.reddit.com/r/h3snark/comments/19atnap/megathread_after_dark_jan_19_2024/

       i.    Links to: https://www.youtube.com/@H3Podcast

183.    MEGATHREAD: Off The Rails - **Jan 17 2024**
    a.   https://www.reddit.com/r/h3snark/comments/1997m6c/megathread_off_the_rails_jan_17_2024/
       i.    Links to: https://www.youtube.com/@H3Podcast

184.    MEGATHREAD: SYNT - **Jan 16 2024**
    a.   https://www.reddit.com/r/h3snark/comments/198dskg/megathread_synt_jan_16_2024/
       i.    Links to: https://www.youtube.com/@H3Podcast

185.    MEGATHREAD: After Dark - **Jan 12 2024**
    a.   https://www.reddit.com/r/h3snark/comments/1955ozk/megathread_after_dark_jan_12_2024/
       i.    Links to: https://www.youtube.com/@H3Podcast

186.    MEGATHREAD: Off The Rails - **Jan 10 2024**
    a.   https://www.reddit.com/r/h3snark/comments/193jjil/megathread_off_the_rails_jan_10_2024/
       i.    Links to: https://www.youtube.com/@H3Podcast

187.    MEGATHREAD: H3TV - **Jan 8 2024**
    a.   https://www.reddit.com/r/h3snark/comments/191wibd/megathread_h3tv_jan_8_2024/
       i.    Links to: https://www.youtube.com/@H3Podcast

188.    MEGATHREAD: THE STEAMIES 2023 **Dec 17th 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18kykar/megathread_the_steamies_2023/
       i.    Links to: https://www.youtube.com/@H3Podcast

189.    MEGATHREAD: After Dark - **Dec 15 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18jahf9/megathread_after_dark_dec_15_2023/
       i.    Links to: https://www.youtube.com/@H3Podcast

190.    MEGATHREAD: Off The Rails - **Dec 13 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18hq0ay/megathread_off_the_rails_dec_13_2023/
       i.    Links to: https://www.youtube.com/@H3Podcast

191.    MEGATHREAD: H3TV - **Dec 11 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18g4fni/megathread_h3tv_dec_11_2023/
       i.    Links to: https://www.youtube.com/@H3Podcast

192.    MEGATHREAD: After Dark - **Dec 8 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18dww4q/megathread_after_dark_dec_8_2023/
       i.    Links to: https://www.youtube.com/@H3Podcast

193.    MEGATHREAD: Off The Rails - **Dec 6 2023**
    a.   https://www.reddit.com/r/h3snark/comments/18ceg2f/megathread_off_the_rails_dec_6_2023/

        i.   Links to: https://www.youtube.com/@H3Podcast

194.    MEGATHREAD: H3TV - **Dec 4 2023**
    a.  https://www.reddit.com/r/h3snark/comments/18aujgq/megathread_h3tv_dec_4_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

195.    MEGATHREAD: H3TV - **Dec 4 2023**
    a.  https://www.reddit.com/r/h3snark/comments/18aujgq/megathread_h3tv_dec_4_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

196.    MEGATHREAD: After Dark - **Dec 1 2023**
    a.  https://www.reddit.com/r/h3snark/comments/188mo4u/megathread_after_dark_dec_1_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

197.    MEGATHREAD: Off The Rails - **Nov 29 2023**
    a.  https://www.reddit.com/r/h3snark/comments/1870afb/megathread_off_the_rails_nov_29_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

198.    MEGATHREAD: SYNT - **Nov 28 2023**
    a.  https://www.reddit.com/r/h3snark/comments/1866ymu/megathread_synt_nov_28_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

199.    MEGATHREAD: H3TV - **Nov 27 2023**
    a.  https://www.reddit.com/r/h3snark/comments/185dxjs/megathread_h3tv_nov_27_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

200.    MEGATHREAD: Off The Rails - **Nov 22 2023**
    a.  https://www.reddit.com/r/h3snark/comments/181jlr7/megathread_off_the_rails_nov_22_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

201.    MEGATHREAD: H3TV - **Nov 20 2023**
    a.  https://www.reddit.com/r/h3snark/comments/17zyvjk/megathread_h3tv_nov_20_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

202.    MEGATHREAD: After Dark - **Nov 17 2023**
    a.  https://www.reddit.com/r/h3snark/comments/17xoz4o/megathread_after_dark_nov_17_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

203.    MEGATHREAD: Off The Rails - **Nov 15 2023**
    a.  https://www.reddit.com/r/h3snark/comments/17w3nwm/megathread_off_the_rails_nov_15_2023/
        i.   Links to: https://www.youtube.com/@H3Podcast

204.    MEGATHREAD: SYNT - **Nov 14 2023**
    a.  https://www.reddit.com/r/h3snark/comments/17vc41e/megathread_synt_nov_14_2023/

       i.   Links to: https://www.youtube.com/@H3Podcast

205.     MEGATHREAD - H3TV **November 13, 2023**

    a.   https://www.reddit.com/r/h3snark/comments/17uksrd/megathread_h3tv_november_13_2023m/

       i.   Links to: https://www.youtube.com/@H3Podcast

206.     Snark Megathread - Jade Gambling In Real Life! - Off The Rails #92 **(Nov 1st 2023)**

    a.   https://www.reddit.com/r/h3snark/comments/17lizjs/snark_megathread_jade_gambling_in_real_life_off/

       i.   https://www.youtube.com/live/HbhH3KAN75I?si=4Ak5R8Bj1VVmWdTj

# Exhibit 24

Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 25

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 26

## Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 27

Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 28

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 29

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 30

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 31

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 32

## Manually Filed with the Clerk

## (*see* Exhibit B, Manual Filing Notification)

# Exhibit 33

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 34

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 35

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 36

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 37

Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 38

## Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 39

## Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

# Exhibit 40

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 41

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 42

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 43

## Manually Filed with the Clerk

### (*see* Exhibit B, Manual Filing Notification)

# Exhibit 44

Manually Filed with the Clerk

(*see* Exhibit B, Manual Filing Notification)

Exhibit 45

https://www.reddit.com/r/h3snark/comments/1ie1ky6/megathread_content_nuke_where_to_watch_discussion/    September 21, 2025 at 7:04 PM PDT



reddit    Q  🔍 r/h3snark  Search in r/h3snark    💬 ➕ Create 🔔

← H3 **r/h3snark** · 8 mo. ago
[deleted] MOD

**MEGATHREAD | Content Nuke - Where to Watch & Discussion**

Megathread

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!



EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

🔒 Locked post. New comments cannot be posted.

⬆ 386 ⬇    💬 159    ↗ Share

 Nacon_Gaming · Promoted                           ...

New update, new character! Play the Tracker right now on Dragonkin: The Banished. 🐉

[Learn More]                          store.steampowered.com

---

Sort by: New (Default) ∨    🔍 Search Comments

 [deleted] MOD · 8mo ago · 📌 Stickied comment · Edited 8mo ago


**Got an update on launch.... Estimate is by 5pm.**

Edit: Content Nuke is canceled, maybe will upload tomorrow

⊖ ⬆ Vote ⬇  ↗ Share  ···

 [deleted] · 8mo ago

Delayed again

⬆ 26 ⬇  ↗ Share  ···

 [deleted] OP · 8mo ago



---

**r/h3snark** 👥  [Join]

**h3snark**
Criticism of the H3 Podcast / the H3 Show with Ethan Klein

📅 Created Apr 30, 2023
🌐 Public

📖 Community Guide

**23K**                    **5**
Fallen Fans          Chronically Online

USER FLAIR

😊 Calm_Yak58

COMMUNITY BOOKMARKS

Wiki
Rules
FAQ
Search Timestamps
Other ∨
Support Palestine

R/H3SNARK RULES

1  Be Respectful and Inclusive          ∨
2  No Body-Shaming                      ∨
3  No Discussion or Mention of Other H3 Subreddits  ∨
4  Do Not Address Hosts or Crew Directly.  ∨
5  Avoid Misinformation and Respect Moderation  ∨

NYT


The metaverse is a new frontier for trolling. One popular YouTuber named Ethan Klein streamed a session last month when he tried to be as sexually explicit as possible while surrounded by kids in the Plaza. (He got kicked out and barred for two hours.)

Meta's chief technology officer, Andrew

MATTER OF LAW

## matter of law.

FILTER BY FLAIR

The Downfall of H3 💥
⚖️ H3 Gambling ⚖️
MEME
Commentary Videos 📹
Israel/Palestine
😈 Leftemites ⚠️
The Lawsuit 👓
teddy Theft 🧸
Snark Sub Mention 💬
Islamophobia
Ethan hiding behind instagram stories 👻
🕳 🤡 Friend of the Show
HOMOPHOBIA
Fake Allyship 🤝
Genocide 🔥

△ 43 ▽ ↪ Share …

**Aggravating-Unit37** · 8mo ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

△ 2 ▽ ↪ Share …

**KamenRiderDragon** · 8mo ago

I canceled my kidney surgery for this

△ 13 ▽ ↪ Share …

**FriendlyGhostStudios** · 8mo ago
🔒 this nit never shut up oh my god

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

△ 5 ▽ ↪ Share …

**erin_collective** · 8mo ago
Creator

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

△ 1 ▽ ↪ Share …

**Betyouknowme** · 8mo ago · 🔒
TOP SNARKER 🏆

This man is defo poppin and dropping something and it ain't a nuke 🍆 💦

△ 121 ▽ ↪ Share …

**arongadark** · 8mo ago

Watching Hasan's beautification stream m knowing that Ethan is probably malding over having to reupload his"nuke" is so funny

△ 82 ▽ ↪ Share …

**Aggravating-Unit37** · 8mo ago

Tomorrow morning, fuck off

△ 40 ▽ ↪ Share …

**BewareOfGrom** · 8mo ago
You're making it awkward and terrible 😬

the real nuke was hasan getting his brows waxed on stream

△ 83 ▽ ↪ Share …

**SilverstrandForest** · 8mo ago

This is such ridiculous bullshit😂 Such a weaselly little liar😂 Guys you'll never believe it, I have to remove or blur 1 frame, its 17:00 now, guess I'll upload it tomorrow morning or something for some reason. YouTube editor? Nahhh you don't get it bro😂 Such a frikkin loser. The lack of him not getting how he looks right now is astounding

△ 35 ▽ ↪ Share …

**hollycosmic** · 8mo ago
W UWI dr Wotleted 🎀

Kaceytron mention 😭 🩷 love her



△ 31 ▽ ↪ Share …

⊖ **Excellent_Musician38** · 8mo ago

OMG I thought she was Emma Roberts until I read your caption 😂

⊖ △ 5 ▽ ↪ Share …

**newhere616** · 8mo ago

Please forgive my ignorance as idk who KaceyTron is, but this is Emma Robert's right? Lol

⊖ △ 10 ▽ ↪ Share …

**Thataintright1** · 8mo ago

This is absolutely Emma Roberts 👑

⊖ △ 15 ▽ ↪ Share …

**newhere616** · 8mo ago

I was about to say lol I looked up KaceyTron and they look nothing alike so I felt crazy 😂

△ 3 ▽ ↪ Share …

**ziggydynamite** · 8mo ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

△ 63 ▽ ↪ Share …

**Slow_Significance329** · 8mo ago
what's socialist about unions? 🚩

Imagine if it's a 2 hour loop of Rick Astley...

△ 32 ▽ ↪ Share …

---

RACISM

Hila 📷

Ethan 📷

Toxic Workplace 🏢🔥

Hila's Reckless Driving 🚗

Family family family 👨‍👩‍👧

Hypocrisy1 Hypocrisy1

Ableism

Creepy Behavior 😐

H3 Copycat Content

H3 Bots 🤖

Empty Apologies 🙏

Bad Dog Owners 🐕

Frenemies 👯

Transphobia

Misogyny

🎙️ Political Pundits 📰

The Crew 🎬

the help, the nannies, the peasants 🧹

The Button 🔘

Deleted Content

Ethan's Snark Lawsuit ⚖️

Enemy of the Show 🔪

KavKav

NFT Scam 💰

Shit Post 💩

G.2 h & Gaffs

It's just a goof

Membership

Fan Feedback 📝

Victim Complex 😢

Adam McIntyre 💅

The C-Man Saga

Catgate

Announcement

NOCD


*not sponsored by* **nocd**

MODERATORS

✉️ Message Mods

u/h3snarkmodteam2
shared account

u/snarkersaturn
what's socialist about unions? 🚩

u/snarkerandromeda

u/window_whacker

u/imlikeewhat

u/AutoModerator

u/comment-nuke

u/trendingtattler



pedropedro1 · 8mo ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

⬆ 64 ⬇   Share

Adapteduser · 8mo ago
Ethan's State Farm Agent 🍵

The brow waxing is truly killing me. Gigachad moment for real.

⬆ 19 ⬇   Share

pedropedro1 · 8mo ago

I'm kinda scared for him. They looked VERY shaped haha

⬆ 22 ⬇   Share

Imaginary_Drummer_67 · 8mo ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

⬆ 49 ⬇   Share

chloe-et-al · 8mo ago
🔺🔺🔺🔺🔺🔺🔺🔺🔺

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked 😳 😵

⬆ 72 ⬇   Share

64N_3v4D3r · 8mo ago

I'm starting to think the 'content nuke is a troll' theory might be correct.

⬆ 37 ⬇   Share

queermichigan · 8mo ago
Ethan's compulsive need to read this sub 🍵

You can add blur in the YouTube editor afaik ⏸

⬆ 19 ⬇   Share

MagnumOpossumus · 8mo ago

Alright i'm taking bets on if the episode tomorrow is cancelled.

⬆ 32 ⬇   Share

[deleted] · 8mo ago

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

⬆ 22 ⬇   Share

isnatchkids · 8mo ago
shredder's shredded cheese 🧀

⬆ 23 ⬇   Share

eye_yoda · 8mo ago
Ethan's fragile soul 🧿

See yall tomorrow 👋

⬆ 4 ⬇   Share

PharmaDee · 8mo ago

This man is a fuckin youtuber and can't put out ONE video

⬆ 11 ⬇   Share

honeyncinnamon · 8mo ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

⬆ 49 ⬇   Share

[deleted] · 8mo ago

Professional comedian can't upload one video right...

⬆ 30 ⬇   Share

[deleted] · 8mo ago

no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

⬆ 6 ⬇   Share

SlimTimDoWork · 8mo ago
🤖 this mf never shut up oh my god

He's lying, you can edit 1 frame out EASILY in Youtube Studio.

⬆ 66 ⬇   Share

bob_bouley · 8mo ago
ethan loves talking about poop

u/spotlight-app

u/evasion-guard

View all moderators

INSTALLED APPS

Mod App: Send to Any ↗

Auto Post Lock ↗

Remove Macro ↗

Comment Mop ↗

Modmail Automator ↗

Evasion Guard ↗

Subreddit Statistics ↗

log-modactions ↗

un-filter ↗

Admin Tattler ↗

Moderator Mentions ↗

Modqueue Tools ↗

Trending Tattler ↗

Hive Protector ↗

Spotlight ↗

VIEW POST IN

Hindi

Reddit Rules  Privacy Policy  User Agreement  Accessibility

Reddit, Inc. © 2025. All rights reserved.

there must ... orting the full ... ...

↑ 18 ↓  ⌀ Share  ⋯

**MCSnipeYoAss** • 8mo ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB 💀 💀

↑ 30 ↓  ⌀ Share  ⋯

**bickybb** • 8mo ago

Wow he really can't do anything right

↑ 42 ↓  ⌀ Share  ⋯

**subversivewallflower** • 8mo ago
Hasan's fruit basket from Hamas 🍉

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE


Now comes the part

*also, if the video is real - not uploading a video because of one frame? lame shit lmao*

⊖ ↑ 41 ↓  ⌀ Share  ⋯

**[deleted]** • 8mo ago

I would have taken bets on this.
It's so funny

↑ 9 ↓  ⌀ Share  ⋯

**MagnumOpossumus** • 8mo ago
Friend 🟣

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

↑ 33 ↓  ⌀ Share  ⋯

**slorinda** • 8mo ago
#1 Kaya Stan

Drops tomorrow yall

⊖ ↑ 20 ↓  ⌀ Share  ⋯

**[deleted]** • 8mo ago


Not Happening

NO it doesn't

⊖ ↑ 9 ↓  ⌀ Share  ⋯

**slorinda** • 8mo ago
#1 Kaya Stan

✨ allegedly ✨

↑ 10 ↓  ⌀ Share  ⋯

**royalbooboo** • 8mo ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

↑ 9 ↓  ⌀ Share  ⋯

**DaBow** • 8mo ago

God he is such a fucking idiot. It's literally your job to get this right.

↑ 27 ↓  ⌀ Share  ⋯

**folkwitches** • 8mo ago

The nuke is postponed to tomorrow.

↑ 9 ↓  ⌀ Share  ⋯

**misobutter3** • 8mo ago

r/Central_Committee

↑ 4 ↓  ⌀ Share  ⋯

**JeffBenzos** • 8mo ago
#1 Kaya Stan

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

⊖ ↑ 47 ↓  ⌀ Share  ⋯

**Dawndolly** • 8mo ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy 😭

↑ 11 ↓  ⌀ Share  ⋯

**Seymour--ass** • 8mo ago
a habitually sullen person 🌙

Frogan's theory is he wants to drop it at an unannounced time so that it's harder for other streamers to go live when he drops it

⊖ ↑ 43 ↓  ⌀ Share  ⋯

[deleted] • 8mo ago

Well then Frogan is giving him WAY too many IQ points (and that's really nice of her all things considered)

⬆ 10 ⬇   ⭢ Share   ···

**honeycinnamon** • 8mo ago
`debate Sam Seder`

I just had this thought!

⬆ 11 ⬇   ⭢ Share   ···

**Any_Bee_5918** • 8mo ago
`Palestinian Compilation Queen ro`

I think the same. But it's not gonna work lmfao

⊖ ⬆ 13 ⬇   ⭢ Share   ···

**Seymour--ass** • 8mo ago
`a habitually sullen person 😔`

Yeah, the longer he waits, the more people will be online lol

⬆ 2 ⬇   ⭢ Share   ···

**Any_Bee_5918** • 8mo ago
`Palestinian Compilation Queen ro`

What a weasely little liar dude!

⬆ 27 ⬇   ⭢ Share   ···

[deleted] • 8mo ago

I just saw his insta
not TODAY
This is 100% the funniest thing he has done in YEARS

⊖ ⬆ 59 ⬇   ⭢ Share   ···

**chloe-et-al** • 8mo ago
🔵 🔺 🔺 🔺 🔺 🔺 🔺 🔺 🔵

he fr hates his fans he's always getting their hopes up or fucking them over, today it was skipping the members stream to upload this vid and then the vid didn't even drop LMFAOOOOOOOOOO like bffr

⬆ 15 ⬇   ⭢ Share   ···

[deleted] • 8mo ago

I feel so evil because I really really find this funny

⬆ 8 ⬇   ⭢ Share   ···

**MagnumOpossumus** • 8mo ago
`naird 😔`

Tinfoil hat: I think this is so live streamers don't have time to set up streams before it comes out like tonight and will have to scramble it go live and react to it.

⊖ ⬆ 41 ⬇   ⭢ Share   ···

**Dawndolly** • 8mo ago

Has to be what's going on, bc yesterday he said he was going to do a huge YouTube premier for the launch of it. Like what Ethan? The one frame being left in today, changed that video release plan lmao

⬆ 4 ⬇   ⭢ Share   ···

**SlimTimDoWork** • 8mo ago
🔵 this mf never shut up oh my god

I mean, that's fine. If he releases it at some weird hour, he's only hurting his own engagement.

⬆ 9 ⬇   ⭢ Share   ···

**PianoTeach88** • 8mo ago
`Keemstar is Ethan's lost brother`

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

⬆ 30 ⬇   ⭢ Share   ···

**Independent_End7118** • 8mo ago • Edited 8mo ago
`commiurism equals no croutons`

ethan posted on his story. it will not be uploaded today lol

⊖ ⬆ 45 ⬇   ⭢ Share   ···

**RemarkableRhubarb933** • 8mo ago
`fallen fan with a cute cat 🐱`

he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing

⬆ 12 ⬇   ⭢ Share   ···

**penny_pens** • 8mo ago
`Ethan's Hallucinations`

Not coming out today, forgot to remove one frame and has to submit tomorrow 😊.

⊖ ⬆ 42 ⬇   ⭢ Share   ···

**Gooey_Goon** • 8mo ago

Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.

⬆ 10 ⬇   ⭢ Share   ···

**Seymour--ass** • 8mo ago
`a habitually sullen person 😔`

Okay that's it lmao it's a BAIT

⊖ ⬆ 33 ⬇   ⭢ Share   ···

**Seymour--ass** • 8mo ago
`a habitually sullen person 😔`

Even Morgan is saying you can get rid of one frame in the youtube editor

⊖ ⬆ 17 ⬇   ⭢ Share   ···

**penny_pens** • 8mo ago
`Ethan's Hallucinations`

Maybe he doesn't know that? Because he hasn't made a video in 4 years.

⬆ 13 ⬇   ⭢ Share   ···

**boobiewatcher9420** • 8mo ago
🔵 this mf never shut up oh my god

eel pit, it's not happening

⬆ 52 ⬇  ⇄ Share

[deleted] • 8mo ago



⬆ 26 ⬇  ⇄ Share  ⋯

**pedropedro1** • 8mo ago

Stand by guys Ethan is watching Hasan get his eyebrows done

⬆ 52 ⬇  ⇄ Share  ⋯

> **Disastrous-Pack1641** • 8mo ago
> H3Hub 🤙
>
> Me too tbf
>
> ⬆ 3 ⬇  ⇄ Share  ⋯

**PianoTeach88** • 8mo ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

⬆ 53 ⬇  ⇄ Share  ⋯

**MagnumOpossumus** • 8mo ago
Gandi 🏆

Ethan posted on IG it's not coming out needs to be reedited

⬆ 27 ⬇  ⇄ Share  ⋯

**arongadark** • 8mo ago

Delayed til the morning. Womp womp

⬆ 20 ⬇  ⇄ Share  ⋯

**Aggravating-Unit37** • 8mo ago

Is anyone live yet?

⬆ 8 ⬇  ⇄ Share  ⋯

**saz2022** • 8mo ago
He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow."
Troll!

⬆ 27 ⬇  ⇄ Share  ⋯

> **saz2022** • 8mo ago
> Told ya 🥀
>
> ⬆ 6 ⬇  ⇄ Share  ⋯

> **yeetordi3** • 8mo ago
> You were right, check his insta story.
>
> ⬆ 5 ⬇  ⇄ Share  ⋯

[deleted] • 8mo ago

This shit is not coming out soon bro 😭

⬆ 22 ⬇  ⇄ Share  ⋯

**oddlylikable** • 8mo ago
From the River to the Sea, WTF happened to H3?!

It's like the Y2K scare or when people thought that the world was going to end because of some quantum physics experiments at CERN.

⬆ 22 ⬇  ⇄ Share  ⋯

**RockyK96** • 8mo ago
Leaving the cult behind 🤍

will this be posted on h3 productions yt or the podcast page?

⬆ 11 ⬇  ⇄ Share  ⋯

**boobiewatcher69420** • 8mo ago
🔵 this mf never shut up oh my god



⬆ 46 ⬇  ⇄ Share  ⋯

**crassreductionist** • 8mo ago

tick tock h3 late again

⬆ 40 ⬇  ⇄ Share  ⋯

> **sketchdrift** • 8mo ago
> Communism is a uniquely heinous deadly *coughs* 🫡
>
> 
> 



⬆ 7 ⬇   ⮌ Share   ⋯

**strumdogg** · 8mo ago · Edited 8mo ago
Hasan's Voice Trainer 🔺

Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.

Ethan is in the corner, texting hila about a video export while 20,000 humans watch.

⬆ 58 ⬇   ⮌ Share   ⋯

⊕ 1 more reply

**6iteme** · 8mo ago

Still nothing lol over it don't even care atp

⬆ 26 ⬇   ⮌ Share   ⋯

**queermichigan** · 8mo ago
Ethan's compulsive need to read this sub 🤭

I was out all day is it out??

⊖  ⬆ 11 ⬇   ⮌ Share   ⋯

**[deleted]** · 8mo ago

> **h2k1productions** ✔
> **Got an update on launch.... Estimate is by 5pm.**

⬆ 10 ⬇   ⮌ Share   ⋯

⊕ 1 more reply

⊕ 5 more replies

**troybarnes3005** · 8mo ago
goblin mode? more like gobblin deez nuts

bruh my shift starts at 5:30 😩

⬆ 12 ⬇   ⮌ Share   ⋯

**strumdogg** · 8mo ago
Hasan's Voice Trainer 🔺

Watching Frogan.

⊖  ⬆ 23 ⬇   ⮌ Share   ⋯

    **strumdogg** · 8mo ago
    Hasan's Voice Trainer 🔺

    FWIW, he won't drop it tonight. He'd have to stay up past 4:00 a.m. to delete comments.

    ⬆ 34 ⬇   ⮌ Share   ⋯

    ⊕ 2 more replies

⊕ **[deleted]** · 8mo ago

**graveyardtombstone** · 8mo ago
that moron Ethan Klein

gonna order takeout + get a syrup flavored blended redbull

⬆ 16 ⬇   ⮌ Share   ⋯

**[deleted]** · 8mo ago

Cannot wait for the basement meltdown.

⊖  ⬆ 24 ⬇   ⮌ Share   ⋯

    **Jafuncle** · 8mo ago

    How many times do you think he peed in his basement?

    ⬆ 8 ⬇   ⮌ Share   ⋯

    ⊕ 1 more reply

**[deleted]** · 8mo ago

WEED CHAT RISE IM GONNA BE WATCHING THIS BAKED AS HELL

⬆ 77 ⬇   ⮌ Share   ⋯

    **Refrigeratorlll170** · 8mo ago

    WEED CHAT!!! Drinking my 10mg drinkie and gonna hit my bowl immediately upon starting the stream
    😵

    ⬆ 4 ⬇   ⮌ Share   ⋯

        **numbeuphoria** · 8mo ago
        Ethan DeKlein's failed grift to the right 👉

        big doinks

        ⬆ 11 ⬇   ⮌ Share   ⋯

        **boobiewatcher69420** · 8mo ago
        😂 this mf never shut up oh my god

♡ 13 ⇩ ⇄ Share



**Independent_Fill_635** · 8mo ago
🗨 this mf never shuts up oh my god

The way I died reading this 💀

♡ 15 ⇩ ⇄ Share

**graveyardtombstone** · 8mo ago
🗨 that moron Ethan Klein

imm about to go to the dispo

♡ 22 ⇩ ⇄ Share

**lliwill** · 8mo ago

i stg if this ends up just being a clip compilation with basement cam commentary...

⊖ ♡ 26 ⇩ ⇄ Share ···

**cohrt** · 8mo ago

what else would it be? not like Ethan is doing investigative journalism.

♡ 1 ⇩ ⇄ Share ···

**6iteme** · 8mo ago

This is 1000% what gonna be lol nothing new. I was a hasan fan before h3, I didn't start watching h3 until frenemies and anything he has to say we've all already seen. The right has been attacking hasan for years he's one of the most hated guys on the internet for speaking the truth unapologetically.

♡ 8 ⇩ ⇄ Share ···

**FarAdministration921** · 8mo ago

I'll believe it's dropping when it burns my skin off

♡ 26 ⇩ ⇄ Share ···

**Jessica_genericuser** · 8mo ago
🗨 Hamas would kill me on the spot

I really hope Ethan doesn't mention Frogan in this mess, she's suffered enough of his obsession

⊖ ♡ 45 ⇩ ⇄ Share ···



**Any_Bee_5918** · 8mo ago
🗨 Palestinian Compilation Queen 🍉

♡ 15 ⇩ ⇄ Share ···

⊕ 1 more reply

**[deleted]** · 8mo ago

this mf never shuts up, don't count on it.

♡ 34 ⇩ ⇄ Share ···

⊕ 1 more reply

**SadAvocado1111** · 8mo ago

Oh he will

♡ 16 ⇩ ⇄ Share ···

⊕ 1 more reply

**EntertainmentNews551** · 8mo ago



I made a post for the main feed but I'll just share it here until it gets approved. For context it's a thirteen year old Chief Judge from Judge Dredd being abdicated from his position as Chief Judge. Just seemed relevant to all the hubbub as I was reading it :)

♡ 7 ⇩ ⇄ Share ···



**Sunderstood** · 8mo ago
🗨 Team Hasan

Right now, as of 4:15pm PST about 45 minutes before the estimated upload time, here's what I know about a few on the list.

Frogan - She is live right now and is talking about it. Most likely will watch it right when it drops.

North Star Radio/Comrade Casey - Although he mentioned earlier in the week that he would go live when it drops, that was a few days ago and as far as I know he hasn't said anything as of today about this.

Denims - Love her, but she usually doesn't go live at night so she most likely won't stream right when it airs. She usually goes live late morning PST time, so I bet she will watch it Friday morning on her next live.

♡ 21 ⇩ ⇄ Share ···



https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/                    September 21, 2025 at 7:04 PM PDT

Yup I am watching her stream now, can confirm!

⬆ 6 ⬇  ⤳ Share  —

ajokersmoker • 8mo ago

Uninformed Leftist is great highly recommend

⊖ 17 ⬇  ⤳ Share  —

Gooey_Goon • 8mo ago

That might be who I watch mainly cause I won't catch the thing live and YouTube is better for me because I can like go back and pause and stuff, Sean I think crossstreams on twitch and YouTube too and I like them all lot.

⬆ 5 ⬇  ⤳ Share  —

[deleted] • 8mo ago

heya! do you guys have any recommendations for streamers that are women? just my personal preference to hear another girl chatting 💀

⊖ 19 ⬇  ⤳ Share  —

CellistMany1738 • 8mo ago
sorry for coming out as a vtuber

Love denims

⬆ 6 ⬇  ⤳ Share  —

[deleted] • 8mo ago

Denims is a woman and I know Frogan is also planning to stream it

⬆ 10 ⬇  ⤳ Share  —

⊙ 2 more replies

JulietHache • 8mo ago
internet impaired 🐱

Denims is good 🐱

⬆ 9 ⬇  ⤳ Share  —

[deleted] • 8mo ago

Denims.

⬆ 10 ⬇  ⤳ Share  —

National_Language547 • 8mo ago

Denims!!

⬆ 14 ⬇  ⤳ Share  —

AutoModerator MOD • 8mo ago • 🔒

Disclaimer: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.

⬆ -1 ⬇  ⤳ Share  —

## Sidebar

🏠 Home
⊘ Popular
△ Answers  BETA
⊘ Explore
◑ All

CUSTOM FEEDS

+ Create Custom Feed

RECENT

r/h3snark

r/sircles

COMMUNITIES

# Exhibit 46

Invidious Documentation          Q  Search          GitHub ☆ 687  ⑂ 167

Invidious Documentation
Home
General                                          ⌄
  Invidious Instances
  Applications
  Export YouTube subscriptions
  Frequently Asked Questions
For Advanced Users                               ⌄
  Preferences
  Search filters
  URL parameters
  UserScript to always proxy
  video
  Videos geoblocking
  uMatrix setup
  Redirector setup
For Administrators                               ⌄

# Invidious Instances

Uptime History provided by updown.io

Instances API

**Warning: Any public instance that isn't in this list is considered untrustworthy. Use them at your own risk.**

**The list of public instances is short due to the recent YouTube issues. If you can, please host Invidious at home instead of using a public instance.**

## List of public Invidious Instances (sorted from oldest to newest):

- inv.nadeko.net CL - Source code/changes: https://git.nadeko.net/Fijxu/invidious - CAPTCHA: Anubis (Modified) (https://git.nadeko.net/Fijxu/anubis-patches)
- yewtu.be DE - Source code/changes: https://github.com/yewtudotbe/invidious-custom
- invidious.nerdvpn.de UA - Source code/changes: https://git.nerdvpn.de/NerdVPN.de/invidious
- invidious.f5.si JP - Cloudflare

## Tor Onion Services:

- inv.nadekonw7plitnjuawu6ytjsl7jlglk2tl0pyq6eftptmiv3dvqndwvyd.onion CL (Onion of inv.nadeko.net)

## I2P Eepsites:

- nadekoohummkxncchcsylr3eku36ze4waq4kdrhcqupckc3pe5qq.b32.i2p CL (Eepsite of inv.nadeko.net)

## Rules to have your instance in this list:

1. Instances MUST have been up for at least a month before it can be added to this list.

2. Instances MUST not be more than a month out of date compared with either the latest commit or latest release. Any instance that is more than a month out of date is considered unmaintained and will be removed from the list.

3. Instances MUST have statistics (`/api/v1/stats`) enabled (`statistics_enabled: true` in the configuration file).

4. Instances MUST have an uptime of at least 90% (according to uptime.invidious.io).

5. Instances MUST be served via domain name.

6. Instances MUST be served via HTTPS (or/and onion).

7. Instances using any DDoS Protection / MITM MUST be marked as such (e.g. Cloudflare, DDoS-Guard).

8. Instances using any type of anti-bot protection MUST be marked as such.

9. Instances MUST NOT use any type of analytics, including external scripts of any kind.

10. Any system whose goal is to modify the content served to the user (i.e web server HTML rewrite) is considered the same as modifying the source code.

11. Instances running a modified source code:
    - MUST respect the GNU AGPL by publishing their source code and stating their changes **before** they are added to the list
    - MUST publish any later modification in a timely manner
    - MUST contain a link to both the modified and original source code of Invidious in the footer.

12. Instances MUST NOT serve ads (sponsorship links in the banner are considered ads) NOR promote products.

13. Instances MUST NOT restrict or disallow the access / usage to any natural person (e.g. a country's IP range MUST NOT be blocked, access by a natural person MUST NOT be disallowed for arbitrary reason) - this rule doesn't apply to juridical persons.

**NOTE:** We reserve the right to decline any instance from being added to the list, and to remove / ban any instance breaking the aforementioned rules.

Table of contents
List of public Invidious Instances
(sorted from oldest to newest):
  Tor Onion Services:
  I2P Eepsites:
Rules to have your instance in
this list:

   

**Invidious Documentation**    Q Search    GitHub ☆ 685 ⑂ 165

Invidious Documentation
Home
General                                      ∨
  Invidious Instances
  Applications
  Export YouTube subscriptions
  Frequently Asked Questions
For Advanced Users                           ∨
  Preferences
  Search filters
  URL parameters
  UserScript to always proxy
  video
  Videos geoblocking
  uMatrix setup
  Redirector setup
For Administrators                           ∨
  Installation
  Invidious companion
  documentation
  Configuration
  All the YouTube error
  messages explained with
  solutions

# Frequently Asked Questions

## Table of Contents

- Using Invidious
- Can I use Invidious on my device?
- Do you plan to make an Android/iOS app?
- Can I synchronize my account between instances?
- What data is collected by Invidious?
- What data is shared with YouTube?
- Commonly encountered errors/problems
- The media could not be loaded...
- Could not check out a connection in 2.0 seconds (DB::PoolTimeout)
- DB::PoolRetryAttemptsExceeded
- Subtitles are not working!
- Where are the 360p/480p/1080p quality options?
- Running your own instance
- Do you provide pre-built binaries (.deb, .rpm, etc..)?
- How can I configure *[thing]*?
- RSS feeds/links/etc.. URLs redirect to <IP>:3000 but I have a reverse proxy!
- The "popular" feed/page on my instance is empty!
- I can't log in nor save preferences

Table of contents
Table of Contents

## Using Invidious

### Q: Can I use Invidious on my device?

**A:** As long as your device is equipped with a modern web browser, sure, of course! A responsive interface is available for mobile/tablets.

### Q: Do you plan to make an Android/iOS app?

**A:** No. Invidious is and will always be a browser application.

If you have an Android phone/tablet, you can check the NewPipe application.

### Q: Can I synchronize my account between instances?

**A:** Short answer: manually => Yes, automatically => No.

**How to do it manually:**

1. Go to the import/export page while connected to your account (preferences page, then click the "Import/export data" link at the bottom of the page)
2. Click on "Export Invidious data as JSON"
3. Go to the same import/export page on the other instance
4. Use "Import Invidious JSON data"
5. Press import

Yes, we're aware that it's cumbersome. Please continue to read to understand why we don't implement automatic synchronization.

**Why we don't implement automatic sync:**

TL;DR: we don't have the time to implement/maintain it.

To get automatic synchronization, we have 3 options: 1. Centralized database (like Youtube) 2. Federation (like Matrix, Mastodon and PeerTube) 3. An external tool that uses the API

1. A centralized database goes against our idea of a decentralized web so let's ignore that right away (plus, we don't want to risk hosting large amounts of user data anyway).
2. Federation is a good option (it works well for the others), however we currently don't have the time nor the resources required to implement it.

3. An external tool (that runs locally on your PC, or a self-hosted server like *Firefox Sync*) is also a valid option. As for federation, we don't have the resources to develop such a solution. PRs and external tool propositions are welcome!

Please see the following issues for more details on the subject: https://github.com/iv-org/invidious/issues/2515

## Q: What data is collected by Invidious?

**A:** Invidious by itself does not collect any data about its users, but keep in mind that instance owners can log your IP address (like any other server on the internet).

By default, the server logs which URLs were accessed, the associated error code (e.g 404 if the URL was not found) and the time it took for the server to respond.

Here is what the server logs look like:

```
2021-08-30 18:15:44 UTC [info] 200 GET /watch?v=GIAKHj9uJtM 781.21ms
2021-08-30 18:15:49 UTC [info] 200 GET /api/v1/search?q=Fly%20away 500.0ms
2021-08-30 18:15:49 UTC [info] 200 GET /vi/lJcqAzWFWLs/mqdefault.jpg 15.82ms
2021-08-30 18:15:49 UTC [info] 200 GET /vi/JoP_Tte7z7o/mqdefault.jpg 70.64ms
```

When you create an account, your watch history and the list of channels you subscribed will be stored in the server's database. You can export, migrate or delete these data at any time from your user account page.

## Q: What data is shared with YouTube?

**A:** By default, the video stream is fetched directly from Google's servers ( `googlevideo.com` ) in order to reduce the bandwidth required by Invidious, meaning that Google will be able to see your IP address and some other data commonly sent by web browsers, like your user-agent string.

If you don't want that to happen, you can go to the `preferences` page and check the `Proxy videos` option. When this option is enabled, the Invidious instance will be used as a relay (also known as a "proxy") between you and Google's servers, which will hide your IP address and the other information sent by your browser.

## Commonly encountered errors/problems

## Q: The media could not be loaded…

**A:** This problem can occur in different scenarios:

- If you are the one that have installed Invidious, please read the page "All the YouTube error messages explained with solutions"

- If you're trying to watch a music clip, Youtube is likely blocking the video stream. Try enabling `Proxy videos` in the preferences (or add `&local=1` in the URL). Switching to another instance is also a good alternative, as this type of content is often geo-restricted.

- Youtube often sends corrupted video data for the `hd720` , `medium` and `small` quality settings. Refreshing the page multiple times (5-7) can fix the problem. You may also set your `preferred video quality` to `dash` (or add `&quality=dash` to the URL).

- Rarely, it can be due to an internal failure of the instance and the video stream can't be fetched. A simple page refresh can solve the issue.

If none of the solutions listed above fix the problem, try switching instances. And if that still doesn't work, you'll have to watch the video on YouTube itself (sorry for the inconvenience).

## Q: Could not check out a connection in 2.0 seconds (DB::PoolTimeout)

**A: Please, do not open a bug report on github, we can't do anything!**

The instance you are using is having *database issues*. Please use another instance from the list of public instances

## Q: `DB::PoolRetryAttemptsExceeded`

An Invidious you are using or having database issues. Please use another instance from the list of public instances

If you're an instance admin, first try restarting Invidious. Then try restarting PostgreSQL. If neither fixed the problem, try increasing the maximum number of connections allowed. Some distributions change the default to a low number.

## Q: Subtitles are not working!

**A:** Subtitles (also know as "Closed Captions") are generally not working on popular Invidious instances. This is due to URL rate limiting coming from Google servers.

To solve that, try using a less popular public instance or host Invidious yourself.

Please take a look at the following issue for more details: https://github.com/iv-org/invidious/issues/2567

## Q: Where are the 360p/480p/1080p quality options?

**A:** These quality options are only available when DASH is enabled. In order to enable DASH, go to the preferences and set the preferred video quality to "DASH".

Note that DASH requires Javascript and *can* be disabled by the instance administrator. So if the option is not available to you, try to switch to another instance.

By default, DASH is not enabled to allow videos to be played without Javascript and also to save on bandwidth (DASH **must** be proxied in order to work properly, which uses a lot of the instance bandwidth).

# Running your own instance

## Q: Do you provide pre-built binaries ( `.deb` , `.rpm` , etc.)?

**A:** We currently don't provide those, due to the rolling release nature of Invidious. Get a fresh `clone` or `pull` the latest commits from `master` instead.

## Q: How can I configure *[thing]*?

**A:** Read the example config file ( `config/config.example.yml` ). All the supported configuration options are documented there.

## Q: RSS feeds/links/etc... URLs redirect to `<IP>:3000` but I have a reverse proxy!

**A:** Make sure that the following parameters are set according to your environment: - `https_only` : if your instance is served over HTTPS - `domain` : if you have a domain name that redirects to your instance - `external_port` : if your instance is accessed from a different port than the listening one (e.g your instance listens on :3000, but is available on :443 through a reverse proxy, set `external_port` to `443` )

## Q: The "popular" feed/page on my instance is empty!

**A:** The "popular" feed is generated from the videos that are popular amongst the users registered on your instance. If nobody has created an account on your instance (e.g if registration is disabled) the popular feed will be empty.

## Q: I can't log in nor save preferences!

**A:** Double check your config! The value of the `domain` config option is used for the session ( `SID` ) and preferences ( `PREFS` ) cookies. If set incorrectly, the cookies will be invalid, and your browser will silently ignore them.

**If you access your Invidious instance by IP address (like `192.168.1.205` ) then leave the `domain` config option EMPTY!**

Common invalid values include: - IP addresses (like `192.168.1.205` ) - Scheme before the domain ( `https://example.com` ) - Port after the domain ( `example.com:3000` ) - Typo in the FQDN

[ <email.com> instead of <email.com> ]

CC0 1.0 Universal (CC0 1.0)
Made with Material for MkDocs

Exhibit 47

https://twitchtracker.com/h3h3productions/streams                                                                    September 22, 2025 at 2:33 PM PDT

**TwitchTracker**  Channels  Games  Clips  Stats ▾  Subscribers                        Q SEARCH  ➡ LOG IN   Time zone UTC-7

Discover more   ⊕ Statistics   ⊕ PODCAST   ⊕ Podcasts   ⊕ Stats   ⊕ Streams   ⊕ Stream   ⊕ Podcast   ⊕ Streaming media
⊕ streams   ⊕ Twitch Subscription Services

# H3H3PRODUCTIONS

Overview   Streams   Games   Subs   Statistics   Clips

📅 01/Jan/2025 → 22/Sep/2025

## STREAMS BY CALENDAR DAY          ✦ Filter games & categories: 3          HOURS WATCHED ▾



min ▬▬▬▬▬▬▬▬ max                                                                     Calendar dates are UTC

☑ Separate coloring for each year   ☐ Showing dividing lines for months   ☐ Switch to UTC

| Stream ▾ | Duration ⇕ | Avg Viewers ⇕ | Max Viewers ⇕ | Followers ⇕ | Views ⇕ | Title | Games ⇕ |
|---|---|---|---|---|---|---|---|
| ❯ 03/Apr/2025 17:55 | 20.7 hrs | 12 | 21 | -366 | 0 | Content Nuke Rerun | |
| ❯ 01/Apr/2025 17:55 | 48.0 hrs | 14 | 30 | -804 | 0 | Content Nuke Rerun | |
| ❯ 30/Mar/2025 17:55 | 48.0 hrs | 16 | 32 | -769 | 0 | Content Nuke Rerun | |
| ❯ 28/Mar/2025 14:25 | 51.5 hrs | 16 | 32 | -1,050 | 0 | Content Nuke Rerun | |
| ❯ 26/Mar/2025 14:05 | 48.2 hrs | 18 | 31 | -793 | 0 | Content Nuke Rerun | |
| ❯ 24/Mar/2025 13:45 | 48.3 hrs | 16 | 35 | -963 | 0 | Content Nuke Rerun | |
| ❯ 22/Mar/2025 13:35 | 48.0 hrs | 22 | 39 | -1,147 | 0 | Content Nuke Rerun | |
| ❯ 20/Mar/2025 13:35 | 48.0 hrs | 18 | 35 | -1,052 | 0 | Content Nuke Rerun | |
| ❯ 18/Mar/2025 13:35 | 48.0 hrs | 24 | 134 | -1,066 | 0 | Content Nuke Rerun | |
| ❯ 16/Mar/2025 13:35 | 48.0 hrs | 28 | 55 | -1,265 | 0 | Content Nuke Rerun | |
| ❯ 14/Mar/2025 13:35 | 48.0 hrs | 31 | 120 | -1,523 | 0 | Content Nuke Rerun | |
| ❯ 12/Mar/2025 13:35 | 48.0 hrs | 40 | 80 | -1,364 | 0 | Content Nuke Rerun | |
| ❯ 10/Mar/2025 13:35 | 48.0 hrs | 62 | 95 | -1,645 | 0 | Content Nuke Rerun | |
| ❯ 08/Mar/2025 12:35 | 48.0 hrs | 90 | 157 | -2,480 | 0 | Content Nuke Rerun | |
| ❯ 06/Mar/2025 12:31 | 48.0 hrs | 140 | 382 | -4,766 | 0 | Content Nuke Rerun | |
| ❯ 05/Mar/2025 12:34 | 2.5 hrs | 220 | 504 | -550 | 0 | Content Nuke | |



Get in touch, report a bug or incorrect information, suggest a feature.

© TwitchTracker    Log in    contact@twitchtracker.com

Scraping is prohibited. Use this basic API.

TwitchTracker is not affiliated with Twitch or Amazon. All Trademarks referred to are the property of their respective owners.

Do Not Sell or Share My Personal Information

# Exhibit 48

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
TED ENTERTAINMENT, INC.

BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
**FROST LLP**
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br><br>**JOINT RULE 26(f) REPORT**<br><br>Scheduling Conf.: September 26, 2025<br><br>Complaint filed: June 19, 2025<br><br>Answer filed: August 14, 2025<br><br>Trial: October 26, 2026 |

The parties, through counsel, hereby submit this Joint Report following the conference of counsel required by Fed. R. Civ. P. 16(b) and 26(f), Local Rule 26-1, and this Court's Order Setting Scheduling Conference (Dkt. No. 20).

## 1.    STATEMENT OF THE CASE

**<u>Plaintiff's Contentions</u>**: Plaintiff Ted Entertainment, Inc. ("TEI") is a production company that produces content for social media platforms, namely YouTube. This case concerns the unauthorized use of TEI's copyrighted works: (1) *The H3 Show #105: Countdown to Doomsday* (the "*Countdown Episode*") registered with the United States Copyright Office on March 31, 2025 with the registration number PAu 4-257-253; and (2) *Content Nuke: Hasan Piker* ("*The Nuke*") registered with the United States Copyright Office on January 28, 2025 with the registration number PAu 4-256-429.

Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") reproduced, publicly performed and otherwise used a verbatim copy of the *Countdown Episode* and *The Nuke* (collectively, the "Works") in her January 31, 2025 online broadcast on Twitch. Denims' use was for a commercial purpose and done without license, authorization, or consent from TEI.

In addition to the claim of direct copyright infringement against Denims, TEI asserts a claim of contributory infringement against Does 1-10 (collectively, the "H3Snark Mods"). The H3Snark Mods had knowledge of Denims' infringement of the Works and induced and/or materially contributed to Denims' infringement by promoting her January 31, 2025 online broadcast on Twitch of the Works.

TEI requests that it be awarded its losses, plus all of Denims' profits attributable to her unauthorized use of the Works and to hold the H3Snark Mods jointly and severally liable for said losses and profits. Alternatively (as to *The Nuke* only), TEI seeks statutory damages for Denims' willful infringement of TEI's copyrights in *The Nuke* and to hold the H3Snark Mods jointly and severally liable for said statutory damages.

66730.3

**Defendant Denims' Contentions**: Defendant Alexandra Saber p/k/a Denims is a content creator and producer of live streamed content primarily on the Twitch media platform. Denims denies Plaintiff Ted Entertainment, Inc.'s allegations of copyright infringement or the notion that any use by Denims of any work allegedly copyrighted or owned by TEI was not unauthorized. Among other things, Denims contends that numerous defenses apply to defeat TEI's claim of direct copyright infringement in its entirety, including, but not limited to, the fair use doctrine under 17 U.S.C. § 107. Furthermore, Denims denies that TEI has suffered any actual damages resulting from any act or omission attributable to Denims or that any other form of damages or recovery is legally available or warranted. Denims seeks judgment against TEI, her court costs incurred in defending this action, and her attorneys' fees incurred in defending this action.

## 2.    SUBJECT MATTER JURISDICTION

This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a-b).

## 3.    LEGAL ISSUES

**Procedural**: TEI believes the primary procedural issue will be the H3Snark Mods forthcoming motion to quash (the "Quash Motion"). The Quash Motion is directed at quashing TEI's August 4, 2025 subpoenas to Reddit, Inc. and Discord, Inc. for personal identifying information on the H3Snark Mods (the "Subpoenas"). The H3Snark Mods intend to file the Quash Motion on or before September 22, 2025 in the United States District Court for the Northern District of California. The outcome of the Quash Motion will dictate if and when TEI names and serves the H3Snark Mods. If the Quash Motion is denied, TEI will promptly move to amend the complaint to name the H3Snark Mods. Denims takes no position regarding the foregoing issue.

**Substantive:** The parties believe the primary substantive legal issues in this case are: (1) whether Denims' use of the Works constituted copyright infringement

or whether one of Denims' defenses, including, but not limited to, the fair use

doctrine, applies to preclude a finding of copyright infringement; (2) if Denims' use

of the Works constitutes copyright infringement, whether the H3Snark Mods

engaged in contributory copyright infringement; and (3) if so, what were TEI's

actual damages and/or Denims' profits attributable to said infringement; and (4)

alternatively (as to *The Nuke* only), whether Denims' and the H3Snark Mods

infringement was innocent, willful, or neither for purposes of the fact finder's

assessment of statutory, rather than actual, damages.

**Evidentiary**: At this time, the parties are not aware of any irregular

evidentiary issues that are anticipated to arise in this case.

## 4.   PARTIES AND EVIDENCE

The parties in this case are: (1) TEI (which has not parent, subsidiaries or

affiliates); (2) Denims; and (3) the currently unnamed H3Snark Mods. Currently,

the identities of the H3Snark Mods are unknown. As discussed, in Section C.1, the

H3Snark Mods intend to file their Quash Motion on or before September 22, 2025.

The outcome of said motion will dictate if and when TEI names and serves the

H3Snark Mods. Should additional parties be discovered, TEI will promptly move to

add them as defendants as well.

**Plaintiff's Contentions**: TEI contends that the percipient witnesses to the

case are likely to be: (1) Ethan Klein regarding (a) the creation and registration of

*The Nuke*, (b) TEI, (c) the impact Denims' unauthorized use of *The Nuke* had on

TEI, including but not limited to revenue TEI lost as a result of such use; and (d)

the prior copyright infringement of TEI's copyrighted works on the H3Snark

subreddit ("H3Snark"); (2) Hila Klein regarding (a) the creation of *The Nuke*; and

(b) TEI; (3) Denims regarding (a) her use of *The Nuke* in her January 31, 2025

stream; (b) her understanding of copyright law (in general) and fair use (in

particular); (c) the analytics (including, but not limited to, financial and viewer

analytics) of Denims' Twitch channel before, during and after her January 31, 2025

66730.3

1  stream; (d) the profits Denims received from her unauthorized use of *The Nuke*,

2  including third-party contributions; and (e) the identity of third party individuals

3  (including, but not limited to, the H3Snark Mods) who promoted her use of *The*

4  *Nuke* in her January 31, 2025 stream; and (4) the H3Snark Mods regarding (a) the

5  various pinned community posts the H3Snark Mods created on H3Snark to promote

6  Denims' use of *The Nuke* in her January 31, 2025 stream, (b) their pervious

7  attempts to provide substitutes for viewing TEI's copyrighted works on authorized

8  channels, (c) prior knowledge of Denims' unauthorized use of copyrighted works;

9  and (d) whether and to what extent they viewed Denims' January 31, 2025 stream.

10  TEI reserves the right to identify additional percipient witnesses if necessary.

11  Additionally, TEI anticipates producing one or more expert witnesses.

12         TEI further contends that the key documents will relate to, *inter alia*, the

13  creation and registration of *The Nuke*, Denims' unauthorized use of the same, the

14  profits attributable to Denims' unauthorized use of *The Nuke* and efforts to promote

15  Denims' use of *The Nuke* in her January 31, 2025 stream.

16         **Defendant Denims' Contentions**: Denims contends that the percipient

17  witnesses in the case are likely to be: (1) the TEI corporate representative(s), (2)

18  Ethan Klein, (3) Hila Klein, and (4) Denims. However, Denims reserves the right to

19  identify additional percipient witnesses if and as doing so becomes appropriate. In

20  addition, Denims anticipates producing one or more expert witnesses. Denims

21  contends that the key documents will include, among other things, the Works,

22  Denims' January 31, 2025 live stream ("Stream"), documents and communications

23  relating to the Stream and the Works, and evidence supporting Denims' affirmative

24  defenses, principally relating to fair use and the statutory criteria establishing fair

25  use.

26  **5.   DAMAGES**

27         **Plaintiff's Contentions**: TEI's recoverable damages include its losses and

28  Denims' profits attributable to her infringement of the Works. Alternatively (as to

66730.3

*The Nuke* only), TEI seeks statutory damages of up to $150,000. TEI also seeks its costs and attorneys' fees incurred.

**Defendant Denims' Contentions**: Denims denies that TEI suffered any damages, or is entitled to any other recovery, resulting from any act or omission attributable to Denims. In addition, Denims denies that any statutory damages, whether standard or enhanced, are appropriate in the event of a finding of copyright infringement. Denims seeks her costs and attorneys' fees incurred in defending this action.

## 6.    INSURANCE

Neither TEI nor Denims have insurance to cover the claims in this case.

## 7.    MOTIONS

**a.    Procedural Motions**: As discussed in Section C.1, *supra*, TEI is informed that the H3Snark Mods intend to file their Quash Motion on or before September 22, 2025. If and when the Quash Motion is denied, TEI shall promptly move to amend the complaint to name the H3Snark Mods. At this point in time, TEI does not anticipate any further procedural motions.

**b.    Dispositive Motions:**

Plaintiff: TEI anticipates to file a motion for partial summary judgment as to: (1) the validity of TEI's copyrights in the Works; (2) Denims' use of verbatim copies of the Works for commercial purposes without TEI's authorization; (3) if the H3Snark Mods are named, their knowledge of Denims' infringement and inducement and/or material contributions to the same; and (4) certain affirmative defenses pled in Denims' answer. TEI intends to file this motion after discovery.

Defendant: At this time, Denims anticipates filing a motion for summary judgment against TEI based on affirmative defenses asserted in her answer, including, but limited to, the fair use doctrine. Denims intends to file her motion for summary judgment during or after discovery. However, Denims reserves the right to file any other dispositive motion Denims deems necessary or

66730.3

appropriate.

       **c.**     **Class Certification Motions:** Not applicable.

**8.**     **MANUAL FOR COMPLEX LITIGATION**

     Neither TEI nor Denims believe the manual for complex litigation will be necessary for this action.

**9.**     **DISCOVERY**

       **a.**     **Status of Discovery:** On August 22, 2025, TEI served on Denims its initial disclosures and written discovery requests. On August 26, 2025, Denims served on TEI her initial disclosures and an initial round of document requests.

       **b.**     **Discovery Plan**: TEI and Denims anticipate utilizing all discovery methods allowable under Fed. R. Civ. P. 26. As noted above, the parties have already propounded their first round of written discovery. Both parties reserve all rights to propound additional written discovery requests. The parties anticipate to take depositions closer to the end of discovery, although both parties reserve all rights with respect to whether and when to begin depositions.

       **c.**     **Discovery Cut-off**: See Exhibit A.

       **d.**     **Expert Discovery**: See Exhibit A.

       **e.**     **Settlement Conference/Alternative Dispute Resolution (ADR).** At present, the parties have not conducted any settlement negotiations. The parties prefer mandatory mediation be conducted by the Magistrate Judge.

       **f.**     **Trial**

          **i.**     **Trial Estimate:** The parties anticipate that the jury trial will take approximately 5-7 court days – if the H3Snark Mods are named and served in this action. In this scenario, TEI anticipates to call as witnesses all the named parties to the dispute.

     If the H3Snark Mods are not named and served in this action, the parties anticipate trial to take approximately 4-5 court days. In this scenario, TEI anticipates calling two witnesses; Denims anticipates calling four witnesses. The

66730.3

parties reserve all rights with respect to trial witnesses. The reason why trial may take longer than 4 court days is primarily due to the length of the videos at issue in this case and some degree of uncertainty regarding the nature and extent of admissible evidence relating to the fair use factors.

        **ii.**    **Jury Trial**: Both parties have requested trial by jury. TEI wishes to note, however, that Denims has asserted certain equitable defenses. Whether and the extent to which the Court will need to decide those defenses may be addressed by the parties with the Court at a subsequent stage of the litigation.

        **iii.**    **Consent to Trial Before a Magistrate Judge**: Both parties have respectfully declined to have this matter tried before a magistrate judge.

        **iv.**    **Trial Counsel**: TEI's lead trial counsel is Rom Bar-Nissim. Denims' lead trial counsel is Benjamin Kassis. Additionally, Benjamin Grush shall also represent Denims at trial.

    **g.**    **Independent Expert or Master**: As of the submission of this Joint Report, the parties do not anticipate the Court needing to consider appointing a master pursuant to Fed. R. Civ. P. 53 or an independent scientific expert.

    **h.**    **Other Issues**: TEI is concerned that, if the H3Snark Mods are joined to this lawsuit, it will require a new Rule 26(f) Report and for the parties to redo scheduling. Denims is not aware of any other notable issues that she believes are necessary to identify at this time.

    WHEREUPON, the parties hereby jointly submit this Joint Report.

Dated: September 12, 2025        **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

Dated: September 12, 2025                    **FROST LLP**

                                   By   /s/ Benjamin Kassis
                                        BENJAMIN KASSIS
                                        BENJAMIN GRUSH
                                        Attorneys for Defendant
                                        Alexandra Marwa Saber p/k/a
                                        Denims

## **L.R. 5-4.3.4 Attestation**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

66730.3

# EXHIBIT A

**JUDGE WESLEY L. HSU**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. | Case Name: | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☐☐ Jury Trial or ☐☐ Court Trial ☐ Magistrate Judge<br>**(*Monday* at 9:00 a.m., within 12 months of Scheduling Conference)**<br>Estimated Duration:        Days | | | ☐<br>☐ |