**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (SBN 343520)
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296 |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |
| | Date:      TBD |
| | Time:      TBD |
| | Ctrm:      TBD |
| | Before:    TBD |

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

1    Does submit these Declarations publicly in support of their Motion to Quash.

2    Some details, including personal and medical details, and details which could be used to

3    identify Does, have been excluded from these Declarations and are not being filed publicly, for

4    Does' privacy and safety (the "Excluded Portions"). Does would only feel comfortable submitting

5    the Excluded Portions to the Court *in camera* for confidential review. *See In re McClatchy*

6    *Newspapers, Inc.*, 288 F.3d 369, 374 (9th Cir. 2002) (the need to protect individual rights may, in

7    some circumstances, rise to the level of a substantial governmental interest and defeat First

8    Amendment right of access); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th

9    Cir. 2016) (records that might be used to **gratify private spite** or promote public scandal

10   demonstrate compelling reasons to keep certain judicial records secret); *Abbey v. Hawaii Emps.*

11   *Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010), *on reconsideration in part*

12   (Feb. 7, 2011) (the need to protect medical privacy qualifies as a compelling reason that overcomes

13   the presumption of public access to judicial records); *S.L. by & through J.L. v. Cross*, 675 F. Supp.

14   3d 1138, 1147 (W.D. Wash. 2023) (compelling reasons exist to file sensitive personal health

15   information under seal); *see also Ervine v. Warden*, 214 F. Supp. 3d 917, 920 (E.D. Cal. 2016)

16   (protecting identities of jurors and their families is a compelling state interest reflected in California

17   law).

18   Here, Does are not, at this time, seeking to *file* the Excluded Portions of their declarations,

19   as the Court may not find it necessary to consider the Excluded Portions in order to resolve Does'

20   Motion to Quash. However, if the Court, upon review of the current record, determines it would

21   assist its decision to review the Excluded Portions of Does' declarations, Does respectfully request

22   permission to submit the Excluded Portions of their declarations containing potentially identifying,

23   sensitive personal, medical, and health information, for the Court's confidential, *in camera* review.

24   //

25   //

26   //

27   //

28   //

1

2

       I attest that I have on file copies of the signed versions of this Declaration. I have redacted identifying information herein to avoid prejudice to the right of the Declarants to anonymity.

3

4    DATED: September 22, 2025          s/ Leah Rosa Vulić_____

5                                      Leah Rosa Vulić

6                                      Attorney for Does

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD

**KRONENBERGER ROSENFELD**

## **DECLARATION OF DOE**

I, unnamed Doe, using my Reddit username H3SNARKMODTEAM, instead of my actual name, in order to protect my identity pursuant to the First Amendment and California law, declare as follows:

1.    I am former Reddit user "h3snarkmodteam", currently an unnamed Doe but listed as the author of the alleged "Inducement Posts" (plaintiff's Exhibits H and I), and my identifying information is requested in Plaintiff's subpoena to Reddit. I was a moderator for the r/h3snark subreddit ("H3Snark" or "Subreddit"). The H3Snark Subreddit was created to comment on and discuss the H3 podcast, Ethan Klein, and Hila Klein.

2.    I am providing this declaration under my Reddit username because I wish to protect my rights to free speech. A true and correct copy of my actual signature for this document resides with my attorneys. I swear under penalty of perjury the following is true, and based upon my personal knowledge, unless otherwise stated.

### **Background**

3.    The plaintiffs[1], Ethan and Hila Klein, are controversial legacy YouTube creators who run several YouTube channels and podcast shows under the "H3" brand owned by Plaintiff Ted Entertainment, Inc. ("TEI"). Their podcast channel on YouTube, "H3 Podcast," has over 2.5 million subscribers, and their h3h3 YouTube channel has over 5.5 million subscribers. The plaintiffs also have a large following on their social media channels. On Instagram, Ethan Klein has 1.6 million subscribers, and Hila Klein has over 730,000.

4.    With my Reddit account h3snarkmodteam, I served as a volunteer moderator for the r/h3snark Reddit community. My role as a volunteer moderator on Reddit was unpaid, and my intentions as a moderator were to help facilitate healthy discussion about sensitive and controversial moments related to YouTubers Ethan and Hila Klein.

5.    The plaintiffs have made their mark on YouTube for their "edgy" humor, sensational internet drama, disharmony with other internet influencers, and controversial political statements.

---

[1] When I refer to "plaintiffs," I refer to Ethan Klein, Hila Klein, Ted Entertainment, Inc., and the H3 brand, unless otherwise specified. I may refer to Ethan and Hila by their first names, to avoid confusion; I mean no disrespect in doing so.

KRONENBERGER ROSENFELD

Ethan has made some statements that resulted in YouTube suspensions during his career online, including "If there's another Holocaust and people start rounding up the Jews again I hope Ben [Shapiro] gets gassed first"[2] and "someone should bomb that building" when discussing the Republican NRA convention[3]. These incidents are widely documented in news reports and community commentary as examples of Klein's willingness to push boundaries with highly provocative statements.

6.    The plaintiffs stream new episodes of their H3 Podcast on YouTube 4-5 times per week. From November 1, 2023, to May 2, 2025, over 200 discussion megathreads[4] were published on r/h3snark. A megathread is a special post, typically created by a subreddit's moderators and highlighted at the top of the page with a pin icon, that serves to centralize discussion on a particular topic or event. Its purpose is to keep a community organized by preventing the subreddit from being overwhelmed by numerous similar posts and to ensure conversations about major events or recurring topics remain in one designated place. Each megathread **routinely linked directly to the plaintiff's YouTube channel landing page (https://www.youtube.com/@H3Podcast)**, showing a consistent effort to lead users to the original source content owned by TEI. For 19 months straight, the default moderation pattern was to link directly to original sources owned by TEI.

7.    Ethan Klein and another online streamer, influencer, and political commentator, Hasan Piker, used to broadcast a progressive political podcast called *Leftovers*, which was part of H3-branded content. The *Leftovers* podcast attracted a substantial audience with episodes getting 500,000 to a million views an episode. Ethan Klein and Hasan Piker both stream dozens of hours of content and commentary each week on YouTube and Twitch (Hasan Piker streams nearly 20-40 hours per week, Ethan Klein streams about 10-15). When their

---

[2] Star, Michael, "If there is another Holocaust, 'I hope Ben Shapiro gets gassed first' -YouTuber Ethan Klein," *The Jerusalem Post* (20 Oct. 2022), https://www.jpost.com/diaspora/antisemitism/article-720168.

[3] Crawford, Todd, "Popular YouTube Podcaster Encourages Protesters to Bomb NRA Conference," *Vision Times* (28 May 2022), http://visiontimes.com/2022/05/28/popular-youtube-podcaster-encourages-protesters-to-bomb-nra-conference.html.

[4] *See* Vulić Decl., Ex. 23.

relationship hit an abrupt turning point in November 2023, the separation was broadly discussed and analyzed online[5] across discussion platforms. At the end of Ethan and Piker's professional relationship[6], much of the H3 fanbase began splintering, which led to their viewers seeking to engage in good-faith criticism and debrief the emotional and, at times, heated debate between Ethan and Hasan[7].

8. Many Reddit users and H3 fans familiar with *Leftovers* attempted to publish criticism on r/h3h3productions (a subreddit owned and managed by the plaintiffs[8]), but were banned from the subreddit upon publishing opinions questioning or criticizing the plaintiffs[9]. When *Leftovers* ended, the plaintiffs and their moderation team (who consist entirely of paid employees[10]) banned thousands of users and former fans[11] from participating in the r/h3h3productions subreddit.

9. After H3 banned a significant segment of their own fanbase, many users migrated to other spaces[12], and r/h3snark became the primary forum for critical discussion about the H3

[5] Bjella, Braden, "'There's no source': Podcaster Ethan Klein blasted for comments on Israel-Palestine, demanded 'proof' over history of conflict," *Daily Dot* (13 Oct. 2023), https://www.dailydot.com/news/ethan-klein-hasan-piker-israel-palestine/.

[6] "HasanAbi vs Ethan Klein: streamers in heated feud over political differences," *The Express Tribune* (22 Oct. 2024), https://tribune.com.pk/story/2504551/hasanabi-vs-ethan-klein-streamers-in-heated-feud-over-political-differences.

[7] Hasan Piker, "FINAL LEFTOVERS Hasan & Ethan on Israel & Palestine: The 1 State vs 2 State Debate," *YouTube* (13 Nov. 2023), https://www.youtube.com/watch?v=_1uHVtYsdJg&t=9994s

[8] u/h3h3productions, "Our community seems to be deeply divided, come ask us anything so that we can find some common understanding. AMA!," *r/h3h3productions* (21 Sept. 2016), https://www.reddit.com/r/h3h3productions/comments/53wxz5/our_community_seems_to_be_deeply_divided_come_ask/.

[9] Deleted User, "Was this comment really worth permanently banning me from the sub 🤡," *r/h3snark* (3 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b5pacj/was_this_comment_really_worth_permanently_banning/.

[10] H3 Podcast, "And The Gender Is... - H3 After Dark #51," *YouTube* (24 Sept. 2021), https://www.youtube.com/live/GRJLngUhhno?t=8956s.

[11] Deleted User, "I think in the end, Ethan will be his own downfall," *r/h3snark* (2 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4qht6/i_think_in_the_end_ethan_will_be_his_own_downfall/.

[12] u/Spirited_Loquat7008, "I can't believe I'm here.," *r/h3snark* (1 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1gho0qg/i_cant_believe_im_here/.

1    Podcast and its affiliated brands, including *Leftovers*. Numerous posts on r/h3snark reflect

2    users' disappointment after years (sometimes more than a decade[13]) of supporting H3,

3    purchasing Teddy Fresh[14] (an H3 brand) merchandise, or donating to the show, only to feel

4    disillusioned and banned for expressing disagreement[15] or frustration with the plaintiffs'

5    opinions and behavior.

6    10.    Many posters explained that their bans resulted simply from voicing critique or frustration[16],

7    not harassment or rule-breaking. In a post published on December 12th, 2023 on the

8    H3Snark Subreddit[17], two months after *Leftovers* ended, an H3Snark user published a post

9    titled "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly

10    banned users." The body reads "Let me get this straight. Ethan and his team give orders for

11    the mods of the main sub to ban anyone who so much as steps a toe out of line or says

12    anything that could be viewed as critical. Many of these people were paying members. **And**

13    **so they populate alternative subreddits.** Then Ethan complains and calls everyone in these

14    alternative subreddits deranged and 'schitzos'. Isn't it clear who's fault this is? How the fuck

15    can h3 place blame anyone but themselves? How are they the victims here?". The post

16    received hundreds of upvotes despite the H3Snark Subreddit having less than 2,000

17    members at the time.

18

19    _____

[13] u/Quirky_Yesterday9949, "It's funny how Ethan's 'open to criticism' while his subreddit mods
20    are heavily banning people for even a slight constructive criticism," *r/h3snark* (7 Mar. 2024),
https://www.reddit.com/r/h3snark/comments/1b8tenp/its_funny_how_ethans_open_to_criticism_
21    while_his/.

[14] u/ShivsButtBot, "Guys. I'm shamed at how long I defended Ethan.," *r/h3snark* (2 Nov. 2023),
22    https://www.reddit.com/r/h3snark/comments/17mhx65/guys_im_shamed_at_how_long_i_defende
d_ethan/.

23    [15] u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just
posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024),
24    https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mod
s_on_a/.

25    [16] u/paperback_mountain, "Got Banned," *r/h3snark* (4 Mar. 2024),
26    https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/.

[17] u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated
27    with unfairly banned users.," *r/h3snark* (12 Dec. 2023),
https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alt
28    ernative/.

11.    Around the time *Leftovers* ended, Ethan posted a controversial statement[18] on X (Twitter) in October 2023, which he later deleted. After facing backlash for this X post, Ethan abandoned Twitter and began using Instagram Stories instead[19]. Unlike Twitter's public, permanent replies, Instagram Story responses are private and visible only to the creator. Ethan's shift to Instagram Stories limited critics' ability to respond publicly, leading many to move discussions about Ethan to other communities, such as Reddit. The following explanation of how Instagram stories function is from Instagram's website[20]:

---

**Manage who can reply to your Instagram story with a message**      −

By default, anyone who can see your story can reply to it directly with a message. When you prevent someone from replying, they won't see that option from within your story.

To control who's able to reply to your story:

Instagram app for Android and iPhone
1. Tap ⌂ or your profile picture in the bottom right to go to your profile.
2. Tap ☰ in the top right.
3. Below **How others can interact with you**, tap **Messages and story replies**.
4. Tap **Story replies**, then select who can reply to your stories.

Instagram Lite app
1. Tap ⌂ or your profile picture in the bottom right to go to your profile.
2. Tap ☰ in the top right, then tap ⚙ **Settings**.
3. Tap **Privacy**, then tap **Story**.
4. Select who can reply to your stories.

Keep in mind that your story disappears from Feed, your profile and Direct after 24 hours unless you add it as a highlight. After that, photos and videos from a person's story will no longer be visible in conversations. Any text that was included with a message will still be visible after the photo or video disappears.

You can also hide your story from people.

---

12.    Ethan admitted he was avoiding criticism by switching to Instagram Stories on "I Watched Twilight For The First Time & I Have A Lot To Say - H3 Show #68"[21] on October 18th,

---

[18] u/yuyuhyuyuh, "for pride month let's not forget what ethan once tweeted to a queer person," *r/h3snark* (3 Jun. 2024), https://www.reddit.com/r/h3snark/comments/1d783x3/for_pride_month_lets_not_forget_what_eth an_once/.

[19] u/Classic-Carpet7609, "Ethan Klein and his Terrible, Horrible, No Good, Very Bad Addiction to Instagram Stories," *r/Fauxmoi* (25 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1iydlvq/ethan_klein_and_his_terrible_horrible_no_ good/.

[20] Meta, Inc. "Instagram Stories: Create, Share, and Explore Moments," *Instagram* (n.d.), https://about.instagram.com/features/stories.

[21] H3 Podcast, "I Watched Twilight For The First Time & I Have A Lot To Say - H3 Show #68,"

KRONENBERGER ROSENFELD

1    2024. The following is from timestamp 49:58 to 50:22 of that episode:

2        12.1.    Ethan: "Yeah, I haven't seen this. I'm off Twitter. I thought it was a little bit

3                funny. People joke at me when I say that because of my [Instagram] stories, but

4                I see all that shit on Reddit. I erased my burner account even like a week ago."

5                Producer Dan Swerdlove: "Oh, okay. Good."

6                Ethan: "I'm out. The thing I like about the [Instagram] stories is that…"

7                Producer Dan Swerdlove: "People can't argue with you?"

8                Hila: *nods head in agreement*

9                Ethan: "**Exactly! Nobody can bait me into fucking arguing with them.**"

10               Employee: "That's a good compromise."

11               Ethan: "Yeah."

12   13.   While plaintiffs banned a large subsection of the H3 audience and migrated to Instagram

13        stories to avoid public criticism, they also promoted r/h3snark on the H3 podcast, simply by

14        discussing the Subreddit. These mentions worked as "signal boosts," where curious listeners

15        would learn about the alternative discussion space[22] and then end up joining the Subreddit

16        as a result. The plaintiffs' callouts led to r/h3snark growing rapidly from 2,000 users to over

17        40,000.[23] Since the end of *Leftovers*, a total of 83 episodes of the H3 podcast had sections

18        dedicated to discussing "h3 snark". The Subreddit could not have grown so rapidly without

19        the plaintiff's direct support.

20   14.   In 2024, Ethan's online controversies took on a highly dramatic, reality TV-like quality[24],

21

22

23   _____

     *YouTube* (18 Oct. 2024), https://www.youtube.com/watch?v=M9dYrhdXN88&t=2998s.

24   [22] Deleted User, "To H3 Fans flooding this sub after the recent shoutout," *r/h3snark* (23 Aug.
     2024),

25   https://www.reddit.com/r/h3snark/comments/1ezwen5/to_h3_fans_flooding_this_sub_after_the_r
     ecent/.

26   [23] u/angiesoderp, "Rise of Snark or a Timeline of H3 Topics," *r/h3snark* (11 Dec. 2023),
     https://www.reddit.com/r/h3snark/comments/18gd543/rise_of_snark_or_a_timeline_of_h3_topics/

27   .

28   [24] Ethan's Basement, "Why I can't support Ethan Klein anymore.," *YouTube* (7 Nov. 2024),
     https://www.youtube.com/watch?v=48YaRHrlf1o.

KRONENBERGER ROSENFELD

with fans closely following the ongoing fallout between Ethan Klein and Hasan Piker[25]. Reddit users also discussed controversial moments such Ethan's relentless targeting of Hasan Piker on his Instagram Stories,[26] several of plaintiffs' employees quitting, as well as the plaintiffs accidentally airing footage of themselves scolding their employees behind the scenes[27], which went viral. In reaction to the plaintiffs' antics, fan communities, including H3Snark, increasingly adopted team-based mindsets, which led to near-daily waves of polarizing criticism and controversial discussion that required careful moderation.

15.   Our moderation of the Subreddit was consistently lawful and conducted in good faith. While we did our best to moderate as heavily as possible, ultimately we are not responsible for content posted by Subreddit users per 47 U.S.C. Section 230. We banned low-effort comments targeting unchangeable physical traits and strictly prohibited attacks based on religion, personal identity, or disability (for example, Ethan has Tourette's syndrome that is expressed through physical tics; the Subreddit banned comments about this topic). Any attempt to mock Ethan's Tourette's often resulted in complete Subreddit bans of the offending poster. Discussion about Ethan and Hila's children was never allowed. Targeting of the Kleins or his employees in real life (known as "tapping the glass") was prohibited. By closely following Reddit's Content Policy[28] and Terms of Service, the Subreddit remained in good standing without any bans or serious warnings from Reddit admins. Moderators regularly consulted Reddit staff to ensure ongoing compliance.

16.   When Ethan and Hasan's relationship hit peak rupture at the end of 2024, Ethan began

---

[25] north star radio, "Why the H3 Leftovers Podcast Will Never Return," *YouTube* (11 Sept. 2024), https://www.youtube.com/watch?v=gZGBSjQE_wA.

[26] Deleted User, "Hasan Piker is horrified to learn Ethan Klein has been posting about him on his Instagram stories every day for weeks," *r/h3snark* (7 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1gm8i88/hasan_piker_is_horrified_to_learn_ethan_klein_has_/.

[27] Deleted User, "Button Failure #2," *r/h3snark* (28 Aug. 2024), https://www.reddit.com/r/h3snark/comments/1f3nktf/button_failure_2/.

[28] u/h3snarkmodteam2, "Clarification on Rule 6 'Do not address the H3 crew directly,'" *r/h3snark* (18 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1e6hukj/clarification_on_rule_6_do_not_address_the_h3/.

promoting a new version of his "Content Nuke" series announcing that, this time, the target was his former cohost Hasan Piker. This was not Ethan's first "Content Nuke" video; in 2020, he released several "Content Nuke" videos aimed at YouTuber Keemstar[29] to "cancel" him, capitalizing on a genre of sensational content intended to spark outrage online. Ethan and H3 often rely on outrage, drama, and spectacle, especially against perceived enemies, and *Content Nuke - Hasan Piker* would continue this approach.

**Leading up to Content Nuke - Hasan Piker**

17.     Plaintiffs frequently promoted the forthcoming *Content Nuke - Hasan Piker* leading up to its release, and *Content Nuke – Hasan Piker* was anticipated by the YouTube and political commentary community for several months ahead of its release. It was anticipated that plaintiffs' statements in *Content Nuke – Hasan Piker* would be largely controversial, as Ethan Klein himself claimed they would be. For example, on January 24, 2025 in "My Life Is Falling Apart- Addressing The Controversy- I Shouldn't Say This But I Must - H3 Show #102"[30] Ethan and Hila said the following from timestamps 12:10 - 13:50:

17.1.     Ethan Klein: "I'm very excited guys. I'll tell you this, too… you guys will notice, but I did not sugarcoat or pull back anything. They are going to be so fucking mad. I did things, intentionally… and I'll say this, openly, I know this is, like, **pushing it… the boundary of what's appropriate to say.** But I'm fucking doing it. Because I'm right, number one. I'm a professional comedian, you know what I mean? I'm the last line of defense, two. If I don't walk the line who does, right Hila? And then three, because I'm just… **I'm more looking forward to like, all these snarkers and Hasan fucking dick riders crying about this video. More than anything in the world. It's what's motivated me. It's what's kept me going, frankly."**

---

[29] h3h3Productions, "Content Nuke - Keemstar," *YouTube* (19 May 2020), https://www.youtube.com/watch?v=w3gXcIifc3o.

[30] H3 Podcast, "My Life Is Falling Apart- Addressing The Controversy- I Shouldn't Say This But I Must - H3 Show #102," *YouTube* (24 Jan. 2025), https://www.youtube.com/watch?v=3FKZxfBljlw&t=772s.

KRONENBERGER ROSENFELD

Employee: "A little bit of a 'rage bait'?"

Ethan Klein: "Well, it's not. It's not rage bait at all. It's just part of the video. I'll tell you guys what the moments are. You'll probably guess them when I show them, but-"

Hila Klein: "It's like when people used to say 'surprises throughout, don't skip [anything], watch until the end'. So it's like shitting and pissing moments throughout. **Especially for the snarkers.**"

Hila Klein: "**Do not skip. Watch all the way through!**" (emphasis added).

18.    At no point, prior to the release of *Content Nuke – Hasan Piker*, did the plaintiffs announce they were registering the *Content Nuke - Hasan Piker* with the Library of Congress, which they had preemptively done days before it was published; nor had the plaintiffs ever done this in their 12 years of making content on YouTube. The plaintiff had previously made "Content Nuke" videos about other creators, but never registered those—preemptively, or at all—with the Library of Congress. Had reaction creators known Plaintiff registered a copyright for *Content Nuke – Hasan Piker*, they probably would have grown suspicious that this video was a trap to catch critics into copyright lawsuits. Instead, the plaintiffs never mentioned a copyright registration and, as shown above, encouraged "snarkers" to watch "all the way through".

19.    Content creators and podcasters frequently analyzed, discussed, and critiqued statements, events, and behaviors related to H3 leading up to *Content Nuke - Hasan Piker's* release. On the Subreddit, moderating discussions about how creators were reacting and responding to the plaintiffs required strict enforcement of rules and guidance to maintain productive, respectful conversations and prevent harm.

20.    Twitch streamer Denims was a prominent critic of the plaintiffs, often reacting to viral and controversial statements from Ethan and Hila's podcast with thoughtful analysis, humor, parody, and contextual fact-checking, which is how I learned about her in 2024. As far as I could tell, her content consistently showed transformative fair use, focusing on critique. To the best of my knowledge, she has never faced DMCA claims from Ted Entertainment, Inc.

KRONENBERGER ROSENFELD

or other major rights holders. The plaintiffs also failed to showcase such a history of DMCA takedowns for Denims in the complaint. I could not find any examples when researching for this declaration.

21.  **I have never, at any point, contacted or attempted to coordinate with named defendant Denims, her team, or anyone professionally or personally associated with her.** I also do not know of any moderators who conducted such activity; allegations of such a relationship are purely speculative. I've never spoken to or worked with this named defendant, even as a fan or Twitch chatter, nor have I ever claimed to know her or anyone related to her personally. I have also never had any contact with the other two critics the plaintiff is suing for alleged copyright infringement for reacting to *Content Nuke - Hasan Piker* (known on Twitch as Kaceytron and Frogan), despite the plaintiff's unsubstantiated accusations.

22.  I also never had or attempted to have contact with the plaintiff's former co-host and Twitch streamer Hasan Piker. **I am a private individual with no personal or professional ties to Twitch, YouTube, Reddit, TikTok, X (formerly Twitter), Instagram, or any political commentator or online influencer,** and I hope this puts to rest the plaintiffs' unfounded conspiracy theories that their critics are all secretly conspiring together to hurt TEI.

### Reaction Streamers for the Content Nuke - Hasan Piker

23.  Many Twitch and YouTube creators planned to react live to the release of *Content Nuke - Hasan Piker*, including major streamers like "Asmongold" and "xQc". Denims also announced she would be reacting. Viewers typically split along political lines, with progressive leftist streamers on one side and conservative or Republican-leaning streamers on the other. Watching reactions in real-time offers a more engaging and insightful experience, as streamers actively interact with their chat and provide context and discussion, making it more dynamic than watching the video alone.

24.  One example of an extremely popular streamer who reacted to the *Content Nuke - Hasan Piker* was creator "xQc," who has 12.1 million followers on Twitch and is one of the largest "reaction" streamers in the space.

25.    On January 31st at 7:30 PST, just hours after the release of *Content Nuke - Hasan Piker*, a user on the plaintiff's fan subreddit r/h3h3productions (where Ethan Klein serves as head moderator with full editorial control over content) posted about xQc reacting to the video[31] with 53,000 live viewers. The r/h3h3productions' user's post celebrated the positive reception of xQc's reaction to *Content Nuke - Hasan Piker*, and the post garnered nearly 2,000 upvotes and became one of the top posts on the subreddit that day. Here is a screenshot of this Reddit post:



26.    In paragraph 69 of the complaint, the plaintiff claims Denim's viewership on Twitch peaked at 45,800 concurrent viewers as she reacted. In the comments of the above post about xQc's reaction video, viewers document that xQc peaked at 94,000 live viewers.

---

[31] Deleted User, "xQc watching the content nuke with 53k live viewers.," *r/h3h3productions*, (31 Jan. 2025), https://www.reddit.com/r/h3h3productions/comments/1iexreq/xqc_watching_the_content_nuke_with_53k_live/.

KRONENBERGER ROSENFELD

27.    A copy of xQc's reaction to the *Content Nuke - Hasan Piker* was later uploaded to Youtube[32]. xQc spent a total of 2 hours, 30 minutes, and 24 seconds watching and reacting to *Nuke*. Since the original video is 1 hour, 42 minutes, and 6 seconds long, this means xQc spent about 48 minutes and 18 seconds actively reacting. In comparison, Denims' reaction stream lasted approximately 3 hours, 55 minutes, and 53 seconds, resulting in around 2 hours, 13 minutes, and 47 seconds of reaction time — nearly twice as long as xQc's. Additionally, xQc's peak viewership while he was reacting to *Nuke* was double that of Denims' viewership.

---

[32] xQc, "h3h3 Nukes Hasan," *YouTube* (1 Feb. 2025), https://www.youtube.com/watch?v=Ja1qRUBc2ko.

| Creator | Total Video Length | Content Nuke Length | Total Time Reacting | Peak Viewership | Portion of Video | Sentiment |
|---------|--------------------|--------------------|--------------------|-----------------|------------------|-----------|
| XQC | 2:30:24 | 1:42:06 | 0:48:30 | 94,000 | Full Video | Positive |
| Denims | 3:55:53 | 1:42:06 | 2:13:47 | 45,800 | Full Video | Critical |

28.    If the plaintiff truly believed that Denims' reactions to *Content Nuke - Hasan Piker* were insufficiently transformative and diverted views away from their original video, as claimed in the complaint, I question why xQc, who reacted significantly less and drew twice the peak viewership, was not also not targeted by TEI in a lawsuit.

29.    Additionally, given that Ethan Klein, as head moderator of the plaintiff's fan subreddit r/h3h3productions, publicly celebrated Twitch streamers reacting to his video in full, the r/h3snark moderators could not have any way of knowing that TEI considered *Denims'* reaction to be copyright infringement. The inconsistency between TEI's treatment of xQc's reaction video to *Nuke* and Denims' reaction video (and Kaceytron's, and Frogan's reaction videos) highly suggests that both Denims and the r/h3snark community were targeted more for their critical commentary than for any genuine copyright concerns.

30.    On Ethan's podcast episode following the publishing of *Content Nuke - Hasan Piker*, "Nuclear Fallout - H3 Show #105,"[33] on February 3, 2025, Ethan dedicated an entire chapter of his podcast to celebrating xQc's complimentary and positive reaction to his video, and they later published an "H3 Podcast Highlight" video promoting this podcast segment[34]; plaintiff specifically touted xQc's reaction video as the "only reaction [they] cared about." In this episode, Ethan says the following (from timestamp 3:00 to 4:00):

---

[33] H3 Podcast, "Nuclear Fallout - H3 Show #105," *YouTube* (3 Feb. 2025), https://www.youtube.com/live/TETOdFWf99M.

[34] H3 Podcast Highlights, "xQc's Reaction To The Hasan Content Nuke," *YouTube* (4 Feb. 2025), https://www.youtube.com/watch?v=DvJvzkiPHM0

30.1.    Ethan:  "I was feeling very confident and I'm happy to say that I think it's been very well received and **the views have been fantastic**. People in our community have been overwhelmingly, uh, supportive of it. **I'm very grateful to everybody who's been watching and sharing and enjoying it has 2.1 million views right now which is fantastic,** that's great. I was scared the algorithm would ruin it because it's like a super old inactive channel but, hey, here we are. 2 million, it's crazy, well, at first it was doing really good already, from the beginning, but just watching my algorithm, if you looked at it compared to our old videos, it was underperforming… but it slowly started to pass."

31.    Given Ethan's acknowledgment of xQc's reaction video's viewership success, I have to sincerely question why TEI is now suing three reaction streamers for alleged damages due to *their* reaction streams. In addition, given TEI's encouragement and praise of xQc's reaction video, no moderator on r/h3snark could have possibly known at the time that TEI viewed Denims' full reaction stream and the Subreddit's related discussions as copyright infringement. To my knowledge, no DMCA notices were issued against any creators for *Content Nuke - Hasan Piker*, including Denims. Further, **TEI never notified h3snark moderators that it considered Denims' reaction video to be infringing.**

**The Alleged Inducement Posts**

32.    The day that *Content Nuke - Hasan Piker* was released (January 31st, 2025 at 11:30 AM PST), our Automoderator[35] published a megathread discussion[36] on r/h3snark for the *Countdown to Doomsday* H3 Podcast episode. For this episode discussion, the post's entire content is a link directly to the Plaintiff's YouTube channel (https://www.youtube.com/@H3Podcast). Again, I want to be very clear that r**/h3snark**

---

[35] The Automoderator was programmed to create "megathread" discussion posts at H3 podcast's scheduled release times, so the Automod's post of the *Countdown* episode was automatically generated; no individual moderator created this post.

A megathread is a post designed to centralize discussion, which helps the moderators do their jobs of moderating content.

[36] Automoderator, "MEGATHREAD: The H3 Show - Jan 31 2025," *r/h3snark*, (31 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ien34a/megathread_the_h3_show_jan_31_2025/

1    **linked directly to the H3 Podcast YouTube channel for this discussion megathread**

2    **about the _Countdown to Doomsday_ episode**, since the plaintiff fails to mention this fact in

3    the complaint.

4    33.    After this post was published, but before _Content Nuke - Hasan Piker_ was released, on

5    January 31st at 12:33 PM PST, I created a discussion megathread titled "DENIMS is LIVE

6    reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing

7    in about an hour" (the "Third Megathread") [37]. Nowhere in the post do I suggest that users

8    watch Denims, or any other creator, _in place of_ the H3 Podcast or H3H3productions channel.

9    34.    When I created and published the Third Megathread, I genuinely believed Denims'

10    commentary and reactions (which had not even happened yet) would be reasonably fair-use

11    and transformative. This post was for discussion about Denims' reactions and commentary

12    and was not meant to replace the plaintiff's H3 Podcast episode or _Content Nuke - Hasan_

13    _Piker_ video. The link provided was to Denims' Twitch landing page; it was not a link to a

14    specific video. Twitch is a DMCA-compliant platform where creators often react to political

15    or cultural events. It is not a piracy website, and a transformative reaction to the plaintiff's

16    video was a reasonable expectation. I did not link directly to _Content Nuke - Hasan Piker_ in

17    this post because **it had not yet been released**, and the Discussion Megathread post for the

18    H3 Podcast episode _Countdown to Doomsday_, created by the AutoModerator as described

19    above in paragraph 32, already provided a link directly to the H3 Podcast channel. I also did

20    not ask or encourage Denims, or anyone else, to unlawfully infringe on TEI's copyrights, in

21    this post.

22    35.    In the "sticky" pinned comments to the Third Megathread, I also left a comment linking to

23    8 other creators where I wrote, "If you are not a fan of DENIMS, please check out these

24    other creators:". Nowhere in this comment did I encourage or suggest that Reddit users

25    watch these creators _instead of_ H3, or as a replacement for the original, nor did I suggest

26    any users pirate or access the _Content Nuke - Hasan Piker_ or _Countdown to Doomsday_

27    ---

28    [37] For purposes of this motion to quash, for the sake of consistency, I will use the same references to numbered Megathreads that Plaintiff referred to numbered "Inducement Posts" in the Complaint, although the Third Megathread was published before the Second Megathread.

17    **DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

KRONENBERGER ROSENFELD

1  episode illegally. This comment was an effort to provide scheduling information and lawful

2  links to landing pages that were of interest to our community, as was part of my moderation

3  duties. The pinned comment I left on this post is visible in the Plaintiff's Exhibit I, but a full

4  view of the Third Megathread, including my "stickied" pinned comment is attached to the

5  Vulić Decl., Ex. 45.

6  36.  My "Denims is LIVE" (i.e., the Third Megathread) post only received 275 upvotes and 33

7  comments, which is relatively low engagement for the Subreddit. This makes it unlikely that

8  our Subreddit was responsible for directing as many as 40,000 viewers to Denims' stream.

9  37.  Since Hasan Piker was not streaming when Denims' stream began (and his fans typically

10  average 30,000 to 60,000 live viewers), it is far more plausible that *Piker's* audience

11  independently chose to watch Denims or similar politically aligned creators for reactions

12  and critical commentary on the widely discussed video about Hasan by his former co-host.

13  Hasan had announced he would not be reacting to the video due to an international trip, and

14  the plaintiff himself refers to Denims as a "waiting room" (Compl. ¶17) where Hasan's fans

15  gather when he is offline. Based on the plaintiff's own statements, it is likely viewers

16  naturally gravitated to her stream out of habit, rather than because of my Reddit post's

17  limited reach.

18  38.  On January 31st at 1:43 PM PST, I created a second discussion thread titled "Ethan Klein's

19  Content Nuke on Hasan Piker | H3 Snark Megathread," to centralize conversations about the

20  plaintiff's video (the "Second Megathread")[38]. Posting a megathread at the time of a major

21  release is a standard moderation practice on Reddit to avoid duplicate posts and maintain an

22  organized subreddit. The first sentence of the Second Megathread reads "Places to watch

23  *reactions* to this video" (emphasis added), with a hyperlink to the original *Content Nuke -*

24  *Hasan Piker* YouTube video embedded on the word "this." This hyperlink, included in

25

26

---

[38] Deleted User, "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread," *r/h3snark*
(31 Jan. 2025),
https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker
_h3_snark/

KRONENBERGER ROSENFELD

Exhibit H provided by the plaintiff and archived by their lawyers within 10 minutes of my posting, directs users to the original source video of *Content Nuke – Hasan Piker*.

39. The link to the *Content Nuke - Hasan Piker* ended up attached only to the letter "i" in the word "this", which was a formatting oversight on my part rather than an intentional choice. The link remained fully functional, visible within the highlighted metadata in our feeds, and accessible by users. My intention was to provide readers with direct access to the source. The Subreddit would not have linked to the H3 Podcast YouTube channel for the *Countdown to Doomsday* episode that day, and I would not have included the direct link to the *Content Nuke – Hasan Piker* at all, if the goal was to obfuscate views to TEI.

40. After my first sentence linking directly to the plaintiff's video, I then listed the same nine Twitch and YouTube creator landing pages as my prior "Denims is LIVE" post. These were creators who might be giving their *reactions* to the plaintiff's video, so I provided lawful links to their *channel landing pages* on Twitch and YouTube. None of those links were to specific videos or illegal pirate copies **(the only direct link to a video in this post was to the plaintiff's true and original *Content Nuke - Hasan Piker* owned by TEI).** At no point in this post did I encourage or suggest users watch these creators *instead of* the original for any reason. I never suggested or directed any users to pirate or obtain his video through illegal means. This post also never asked or encouraged Denims herself, or any other streamer, to illegally infringe on TEI's rights in *Nuke*.

41. To my knowledge, plaintiffs never issued DMCA takedown notices for any of the Megathreads related to *Countdown to Doomsday* or *Content Nuke – Hasan Piker*. **TEI also never notified me, or any of the other H3Snark moderators, that it considered Denims' stream, or any of the other Twitch or YouTube creators' reaction videos, to be an infringing use of *Countdown to Doomsday* or *Content Nuke – Hasan Piker.*** If they had, the H3Snark moderators would have removed the links to the creators' channels immediately upon notification. If the plaintiffs believed my post (or Denims' stream) infringed on their copyright, it's puzzling they would immediately prioritize archiving my post as a lawsuit exhibit rather than notifying the H3Snark mods or issuing a DMCA

KRONENBERGER ROSENFELD

1    takedown. Plaintiff had already demonstrated the ability to file DMCA takedowns on Reddit

2    in the months prior and would logically use this effective tool to promptly protect their

3    copyrights on both Reddit and Twitch if that were truly their priority.

4    42.    On January 31st, **I did not watch *Content Nuke - Hasan Piker* on its own or through**

5    **reaction streamers.** I was busy moderating comments and posts on the Subreddit that day,

6    and preparing for a trip, and I frankly wasn't in the headspace to consume the TEI content

7    in *Content Nuke – Hasan Piker*. Instead, I held the reasonable expectation that the creators

8    to whose channels were linked in the Megathreads would react with fair-use criticisms, as

9    they had shown a record of doing. Even if I had tried to verify whether the creators' use was

10    fair, such an attempt would be subjective as I am not a Federal Judge, nor am I a seasoned

11    copyright attorney with the ability to sufficiently weigh or argue fair use for each creator.

12    However, since the filing of this lawsuit, I have now watched Denims's full reaction to the

13    *Content Nuke - Hasan Piker*, and I do believe, with my amateur understanding of copyright

14    law, that her several hours of reacting to the plaintiff's video, providing her own critiques

15    and commentary, and reacting along with her own fans, and bringing a further purpose to

16    TEI's works beyond what TEI intended (on top of Denims' runtime of her stream), is

17    plausible fair use commentary. I do not believe that a person who wanted to view the original

18    content of *Nuke* or *Countdown*, would have watched Denims' reaction video, because it was

19    clearly critical of Ethan's views.

20    43.    On page 1 of the complaint, the plaintiff highlights Denims' remark (from after she reacted

21    to the video) about how watching her full reaction stream supposedly helped "not give [the

22    plaintiff] views." **I never viewed or watched Denims make this remark until these**

23    **lawsuits were filed.** I want to stress that whatever Denims said does not reflect my intentions

24    or involvement, and I have no reason to believe that my publication of the Megathreads

25    influenced Denims' decision to react to *Content Nuke – Hasan Piker* or *Countdown to*

26    *Doomsday*, or the content of her reaction stream—because I, and the Subreddit, and its

27    moderators, have no connections to Denims whatsoever. **There was no conspiracy or**

28

1

2

**coordination with any creator to orchestrate copyright infringement or create market substitutes. Anything Denims said is her own responsibility.**

3    44.    My post in the Second Megathread attracted over 1,800 comments from hundreds of users

4         across Reddit, but was not the only discussion megathread on Reddit for this type of

5         conversation. For example, a post on r/youtubedrama (a subreddit I was never a moderator

6         for) titled "Ethan Klein finally posts his long awaited Content Nuke on Hasan"[39], posted two

7         minutes prior to the post I published, attracted over 4,400 comments that were almost

8         entirely critical of Ethan and his video. This post shows that criticism for the plaintiff is not

9         exclusive to r/h3snark; it has been the dominant point of view across most social media

10        platforms.

11   45.    My discussion megathread about the plaintiff's *Content Nuke - Hasan Piker* video, which

12        included a direct link to the original content owned by TEI, serves its own transformative

13        purpose. According to the outcome of the Watch Tower Reddit Subpoena case decided by

14        the NDCA court, posts by a Reddit user incorporating copyrighted material for criticism and

15        commentary qualified as protected fair use. *In re DMCA Subpoena to Reddit, Inc*., 441 F.

16        Supp. 3d 875 (N.D. Cal. 2020). The court ruled that because the user's discussion thread

17        served a different purpose than the original copyrighted work, it was fair use, not

18        infringement. In my case, I linked directly to the plaintiff's original video without uploading

19        or directly infringing on his copyright, and created a megathread to facilitate commentary

20        and discussion of his critics who were reacting. I believe such a scenario should be protected

21        fair use.

22                                    **DMCA Takedowns**

23   46.     Ethan's wife Hila Klein, after this lawsuit was filed, openly admitted that the real intentions

24        of H3's prior DMCA takedowns were to improperly get r/h3snark banned from Reddit for

25        excessive copyright violations, as had happened for other snark and criticism subreddits for

26

27   ───────────────
     [39] Deleted User, "Ethan Klein finally posts his long awaited Content Nuke on Hasan,"
     *r/youtubedrama* (31 Jan. 2025),
28   https://www.reddit.com/r/youtubedrama/comments/1ieq5uc/ethan_klein_finally_posts_his_long_a
     waited/.

KRONENBERGER ROSENFELD

popular Youtubers. Ethan also admitted that these DMCA takedowns were "leading up to something", highlighting that this was a carefully crafted and premeditated plan to attempt building a record for a future copyright lawsuit.

46.1.    **On June 9, 2025 in the episode** "We Almost Canceled Today's Episode - H3 Show #156[40]" (timestamp 1:33:17 to 1:33:29) Ethan said the following:

46.1.1.    Ethan: "And once again, if you look at all these other creators… **so many creators have had their snark subreddits banned. There was one I was hearing about recently that had theirs banned for copyright infringement. And we** *have***… not only has this one [r/h3snark] not been banned for copyright infringement, we've had Reddit denying copyright takedowns.** Which is illegal, by the way. It's fucking insane, dude. This company is completely compromised."

46.2.    On July 11, 2025 in the episode "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165"[41] (timestamp 2:56:35 to 2:58:08), Ethan and Hila say the following :

46.2.1.    Ethan, watching a video by YouTube creator Adam McIntyre[42]: *reads video title* "'Ethan Klein is trying to silence people who do not agree with him.'"

Hila: "No…"

Ethan: "Now **this is when I was taking down**…"

Hila: "Trying to take down…"

Ethan: "**I was removing posts on the snark subreddit that were explicitly reposted without any kind of commentary, with the**

---

[40] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572.

[41] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?t=10595s.

[42] Adam McIntyre, "ethan klein is trying to silence people who don't agree with him," *YouTube* (7 Jan. 2025), https://www.youtube.com/watch?v=Nbse0YwZm64.

KRONENBERGER ROSENFELD

1            **explicit goal of stealing views from us.**"

2            Hila: "Mhmm."

3            Ethan: "The very reason I'm now suing three people and your dumb

4            bitch ass, at the time, was saying I was silencing people. Which

5            makes no fucking sense because there was like a thousand posts up

6            there, and we DMCA'd like five of them. So, do you want to explain

7            how I'm silencing them? You rat."

8            Hila: "And that's how… **That's how, supposedly, Trisha [Paytas]**

9            **got her snark [subreddits] closed, so we were trying to do what**

10           **others did, and it did not work, miraculously.**"

11           Ethan: "Ours was **kind of leading up to something, clearly**, but…

12           because **we're obviously pressing charges against the Reddit**

13           **mods - the admins - the moderators of the snark, too.** Me and my

14           lawyer were extremely conservative about which posts qualified. The

15           ones that I post- that I DMCA'd, were egregious. Right? Like I said,

16           there's hundreds of posts. We removed maybe five at most. So, this

17           is just snark-brained bullshit loser punk ass lying."

18    46.3.    If there were only 5 takedowns on r/h3snark over the year and a half since

19            *Leftovers* ended, I question why plaintiffs frame the entire Subreddit as a "locus

20            of" "rampant" copyright infringement.

21  47.    The plaintiff's complaint details 7 DMCA takedowns they issued from August to

22    December 2024. Reddit only honored 5 of them. After reviewing r/h3snark subreddit

23    statistics for some of these months, data shows posts published from August to December

24    totaled 8,919, which means the 5 honored DMCA takedowns made up 0.05% of total

25    content published. Not even 0.1% of posts getting removed by Reddit legal over four

26    months is hardly a "locus" of infringement.

27

28

| Month | Posts Published | Posts Removed | Total Posts |
|---|---|---|---|
| August 2024 | 1,800 | 1,275 | 3,075 |
| September 2024 | 3,379 | 3,366 | 6,745 |
| October 2024 | 2,023 | 2,659 | 4,682 |
| November 2024 | 886 | 1,368 | 2,254 |
| December 2024 | 831 | 1,545 | 2,376 |
| Totals | 8,919 | 10,213 | 19,132 |

48. The plaintiff describes these DMCA takedowns of clips as "posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours." (see ¶34 of the complaint).

49. Five out of the seven posts targeted by the plaintiff were short-clip posts that moderators locked. These locks were applied to enforce Reddit's content policy or because the post contents were either highly controversial or politically charged, making active moderation too difficult. The intention was never to create market replacements for TEI's content. As previously mentioned, we consistently linked to the official H3 Podcast YouTube channel for every new episode discussion.

50. To further respect copyrights, starting July 23, 2024, well before any DMCA takedown requests, we implemented an automatic disclaimer on every new post in the subreddit (the "AutoMod Copyright Disclaimer"). The AutoMod Copyright Disclaimer encouraged users to report any potential copyright infringements so we (the moderators) could address them proactively. Copies of this disclaimer appear on all posts the plaintiff labels as "Inducement Posts."



AutoModerator MOD • 10mo ago • 🔒

Disclaimer: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment, the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

⬆ 2 ⬇    ↪ Share    •••

51.    These DMCA takedowns were especially strange to me, at the time, considering Ethan had previously announced on his podcast, on January 25th, 2023, that he was "opening up" his "intellectual property to the world"[43]. Ethan expressed enthusiasm about fans clipping and monetizing content[44] from his podcast, members' live streams, or anything featuring him. He explicitly said he would not issue DMCA claims for TEI clips or issue removals for anything except full reuploads of entire episodes. From January 25th, 2023 on the Podcast episode "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58[45]" (timestamp 10:35 to 12:07):

51.1.    Ethan: "I am opening our [Intellectual Property] to the world."

Ethan: "If you want to cut up clips from the podcast, from our members live, from **anything with me in it,** go for it, man. Monetize it. **I will not [DMCA] claim,** I will not remove, I will not do anything."

Ethan: "The only time I'll remove something is, like, if it's just a wholesale re-uploading of, like, an episode."

52.    A year later, Ethan announced[46] that he felt it was unfair content intended for paying members was shared, in its entirety, by clip channels. Ethan clarified that reasonable length clips of paywalled content **would still be allowed** but full re-uploads would receive DMCA takedown notifications. From January 24th, 2024 in the episode "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off The Rails #101[47]" (timestamp 16:31 to 16:49):

---

[43] H3 Podcast, "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58," *YouTube* (25 Jan. 2023), https://www.youtube.com/watch?v=y19qnDm2tDs&t=634s.

[44] H3 Podcast, "Big big huge announcement massive announcement - After Dark #93," *YouTube* (27 Jan. 2023), https://www.youtube.com/watch?v=_-TUf6tyhPI&t=4528s.

[45] H3 Podcast, "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58," *YouTube* (25 Jan. 2023), https://www.youtube.com/watch?v=y19qnDm2tDs.

[46] H3 Podcast, "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off The Rails #101," *YouTube* (24 Jan. 2024), https://www.youtube.com/watch?v=hshRIiyFSu0&t=1102s.

[47] H3 Podcast, "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off

52.1.    Ethan: "You can clip the members (i.e., members-only content) if it's a reasonable length. Full re-uploads will be erased with DMCAs, with peace and love. So no full re-uploads. If it's a reasonably length highlight, we will let you survive."

53.    To this day, Ethan still has **never publicly announced that he was fully "closing up" his intellectual property** or that he would strike clips of publicly accessible TEI content. He has instead said the opposite, that clips of both his public and paywalled content was permissible. Considering 5 of the clip uploads Ethan targeted with DMCA takedowns were brief clips from his **public facing podcast episodes** (Reddit's clip length limitations total 15 minutes and the plaintiff's podcasts are 3-4 hours long), it was confusing that his words and behaviors were not matching up. At first, I suspected the DMCAs may not have even been coming from the plaintiffs, but maybe by his fans who were trying to target the subreddit with abuse.

54.    Some users targeted with DMCA takedowns decided to file counter-claims because they believed their posts constituted fair use[48]. In the plaintiff's complaint, he includes an exhibit showing a DMCA counterclaim which he alleges was submitted by an r/h3snark moderator. I want to be clear that I never submitted this document or any DMCA counter-claims on behalf of r/h3snark, despite the plaintiff suggesting this might be the case. I never encouraged any user to submit a fraudulent counter-claim or to abuse the counter-claim process. I have no knowledge of any other H3Snark moderator assisting with or encouraging users to submit fraudulent DMCA counter-claims or abuse the counter-claim process.

55.    It later came to light that plaintiff used the PII provided by one r/h3snark user who filed a DMCA counter-claim to threaten this user with a lawsuit if they did not give him my and the other moderators' identities. On April 11th, 2025, u/obrienpotatoes published redacted

---

The Rails #101," *YouTube* (24 Jan. 2024), https://www.youtube.com/live/hshRIiyFSu0?feature=shared&t=991.

[48] @obrienpotatoes1, "hey Hutch, i'm the redditor that received the cease & desist letter from Ethan's lawyer. as you can see from what his lawyer attached to the letter, the clip in question was not behind a paywall. not only that, but here's the offending post. i never encouraged pirating.," *Twitter/X* (7 May 2025), https://x.com/obrienpotatoes1/status/1920290222039761228.

versions of the legal letter he received[49], on X (formerly known as Twitter). Here is the section of this letter that demands my identity (as an H3Snark moderator) and all communications they had with r/h3snark moderators as an option to avoid litigation:

**Your Only Option to Avoid Litigation**

~~[redacted]~~

[redacted]; (2) you provide our office with all correspondence you have had with the moderators of H3Snark; (3) you provide our office with all correspondence you have had with other H3Snark users; (4) you provide our office will all correspondence you have had with Reddit; and (5) you provide our office with information regarding the identities of the H3Snark moderators.

    If you do not (or cannot) satisfy all five conditions, TEI will sue you for copyright infringement and misrepresentation. Keep in mind that federal court filings are public. Anyone performing a simple Google search on you (let alone a background check) will discover this

Page 4

information. Once judgment is entered against you, the Court's finding that you engaged in copyright infringement and lied in a legal document will also be publicly available.

*You have until* <u>*March 25, 2025 at 5:00 p.m. PST*</u> *to agree to these terms.*

56.  Ethan, on the same day, confirmed the authenticity of this legal letter by stating the following on his Instagram[50]: "Let me introduce you to this dipshit. **He posted a clip to snark** that we DMCA'd. That should have been it… But he THEN filed a fraudulent

---

[49] @obrienpotatoes1, "Ethan Klein isn't just going after public figures criticizing him, he's also threatening litigation against RANDOM PEOPLE LIKE ME WHO (allegedly) POSTED A MINUTE AND A HALF LONG CLIP ON REDDIT DOT COM LMAO YOU HAVE TO BE KIDDING ME," *Twitter/X* (11 Apr. 2025), https://x.com/obrienpotatoes1/status/1910711822212067372?s=46.

[50] @obrienpotatoes1, "in that case, ethan is using threatening language when talking to me here," *Twitter/X* (10 Jun. 2025), https://x.com/obrienpotatoes1/status/1932465006165037280.

KRONENBERGER ROSENFELD

counter-notification to bring the video back up, thereby forcing our hand to enforce our IP. **We got his email address from the form and subsequently, with very little work, his real ID**. I will be suing him, but he needs to get in line, he's very low priority, but we have 3 years to sue, plenty of time! Btw dude 8 years in university? Please bro get a job. As someone studying accounting and finance, I'd think you'd have a better sense of risk management! Oh well, some lessons come free! (Free in the proverbial sense, **it will cost you quite a bit.**) Hope the 15 min of clout from snark was worth it."

57.    In other words, the plaintiff used information provided in a DMCA counternotification, to find the identity of the person who sent the counternotification, and then demanded that the person hand over *my* identifying information to avoid litigation. But my identity, or any of the identities of r/h3snark moderators, who did not post the content subject to the DMCA takedown, is not necessary for the plaintiff to protect his IP rights as to u/obrienpotatoes– and u/obrienpotatoes had no information to give plaintiff about our identities. It seems that the plaintiff's real goal here was to fish for the identities of critics.

58.    The clip u/obrienpotatoes posted, from a public H3 podcast episode, was roughly three minutes of Ethan and his employee, Dan Swerdlove, explaining that if any of his H3 Podcast fans posted criticism on r/h3snark, they would be permanently banned from contributing to his r/h3h3productions fan community. On September 16th, 2024, in the episode "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55"[51]. Ethan and his employees said the following, which u/obrienpotatoes then posted a clip of to r/h3snark (timestamp 2:43:27 to 2:44:04):

    58.1.    Employee Nate Curiel: "I don't know what [this user] got banned for."

        Producer Dan Swerdlove: "He got banned for being an r/h3snark poster."

        Ethan Klein: "He's banned from our subreddit?"

        Producer Dan Swerdlove: "Yeah. Whatever he said was probably irrelevant. **If you post a certain amount on r/h3snark, and you make a post on our**

---

[51] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/watch?v=Ch3WcOM4gNs.

KRONENBERGER ROSENFELD

1             **subreddit, you get banned.”**

2             Employee Olivia Lopes: “It says his post was removed by r/h3snark”

3             Ethan Klein: “Yeah, that’s why I’m confused.”

4             Producer Dan Swerdlove: “Because they were probably just sick of hearing him

5             bitch, because that’s the most annoying genre of post is ‘Oh, I got banned [from

6             r/h3h3productions], I got banned, look at how upsetting this is!’ No one cares.

7             Even the snark people don’t fucking care.”

8             Ethan Klein: “Wait, hold on, is he saying he got banned from r/h3snark?”

9             Producer Dan Swerdlove: “No. **He got banned from our subreddit** and he

10             went there to bitch and they said ‘we don’t care, please go away.’”

11  59.     Due to Reddit’s Moderator Code of Conduct Rule 3, “Respect Your Neighbors”, we

12        decided to lock u/obrienpotatoes’ clip post proactively since it vaguely referenced

13        r/h3h3productions and subreddit bans. We were worried users may encourage targeted

14        commentary about that subreddit and it would result in breaking Reddit’s Code of

15        Conduct[52], but we also felt the podcast clip was of interest to the community and shouldn’t

16        be removed entirely. We were attempting to moderate in good-faith. The intention behind

17        locking the post was never about piracy or creating a “market substitute” or to steal views

18        from the plaintiff who had clearly stated his intellectual property was open. The clip was

19        just like any other podcast clips shared on r/h3snark, except it was locked by us. Here is

20        this policy we adhered to from Reddit[53] that states “Enabling or encouraging content that

21        showcases when users are banned or actioned in other communities” was against their

22        Moderator Code of Conduct.

23  60.     The complaint admits plaintiff’s strategy for DMCA takedowns was targeting locked clip

24        posts, specifically. Where H3Snark moderators occasionally locked posts from further

25

---

26 [52] Deleted User, “Mod Update: No Screenshots of Ban Messages,” *r/h3snark* (11 Jan. 2024),

27 https://www.reddit.com/r/h3snark/comments/194l1zd/mod_update_no_screenshots_of_ban_messages/.

28 [53] Reddit, Inc. “Moderator Code of Conduct,” *Reddit, Inc.* (5 Jun. 2025),
https://redditinc.com/policies/moderator-code-of-conduct.

commentary for various reasons (none of which were copyright related), the plaintiffs saw an opportunity to manipulate the context and submit barely colorable DMCA claims to build a false record that r/h3snark was a "locus of infringers". Aside from being locked, these clips were no different than the hundreds of other clip posts shared each month. It's clear the plaintiff also saw DMCAs as an opportunity to unmask critics through potential counterclaims.

61.     While the plaintiff tries to paint the Subreddit as a pervasive piracy ring in his complaint, this is far from the truth. In this complaint, the plaintiff provides an example where I provided "Yewtube" links on September 8th, 2024, five months before the *Content Nuke - Hasan Piker* was published. The plaintiff misrepresents the purpose and function of Yewtube, owned by Invidious[54], links as piracy websites. This is a false representation of these websites. Yewtube is a legally compliant web service that provides an alternative, privacy-focused way to access YouTube content. It replaces the standard YouTube domain (www.youtube.com) with its own (yewtu.be), to block ads and tracking. It allows a user to watch videos, view channels, and subscribe to them via RSS feed. The YouTube content creator is unable to view the user's private information, but YouTube itself is able to view the user's IP address, and the YouTube content creator still gets credit for views, as long as they satisfy YouTube's standards for view count (i.e., length of video viewed, etc.). The content is pulled from YouTube itself; they are not illegal or pirated copies of content. I did not continue to share or publish yewtube links beyond September 2024, since the Subreddit decided to ban them when Plaintiff's DMCA takedowns started. **It's also worth noting that the singular DMCA takedown Plaintiff issued for a Yewtube link was never honored by Reddit, who likely also did not see this link as piracy** (Compl. ¶34.a.iv). I never provided any Yewtube links in the months afterward, and never shared a Yewtube link for the *Content Nuke* or *Countdown to Doomsday* episode (which are the main works at hand for this unmasking subpoena).

---

[54] Invidious, "Frequently Asked Questions," *Invidious* (n.d.), https://docs.invidious.io/faq/#table-of-contents.

62.  Since the filing of this lawsuit, a letter a former H3Snark moderator wrote to a "YouTube lawyer"[55] was released that shows moderators were actively seeking guidance on how to make the Subreddit as compliant with copyright law as possible. **This email was sent two weeks prior to the publishing of the *Content Nuke – Hasan Piker*.** Here is what the legal YouTuber LUS showed in their video:



**Admitting The *Content Nuke - Hasan Piker* Was a Lawsuit "Trap"**

63.  The day this lawsuit complaint was filed, the plaintiff published a YouTube video on his h3h3productions channel admitting to carefully planning and premeditating to "trap" his critics into copyright lawsuits with the *Content Nuke - Hasan Piker*, which went on to attract over a million views. **June 19, 2025:** From "I'm Suing These Three Creators" [56]on h3h3productions:

    63.1.  Ethan: ""I formulated an idea. What if I could make a long form, irresistible piece of content that I knew these streamers couldn't resist? They couldn't avoid

---

[55] LUS, " 💡 Ethan Klein vs H3Snark Mods | My Honest Advice to H3Snark Too Late 💡 ," *YouTube* (29 Jun. 2025), https://www.youtube.com/watch?v=4gGa4SUJLrM.

[56] h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I&t=328s.

KRONENBERGER ROSENFELD

the temptation of watching it the second it was published… It's not that I wanted these people to steal my video. It's that I knew they would. I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion. **The trap was set**, and it worked even better than I imagined it would." [timestamp 3:48 to 4:25]

63.2.  Ethan: "The Snark subreddit has been a frequent and persistent infringer. That's how **I knew when this video came out the Snarkers were going to encourage, promote and push streamers to commit copyright infringement.** I should thank the Snarkers actually… **because of their predictability,** they acted like double agents for us, **incriminating their favorite streamers** and serving them up on a golden platter. So, thank you, Snark. It's one thing for a subreddit to admit it's engaging in copyright infringement but how do you get the streamers themselves to admit that they're stealing content?" [timestamp 5:17 to 5:47]

63.3.  Ethan: "There's one thing about copyright you should know: **you've got to register it before you publish to be eligible for statutory damages and attorneys' fees**, which is the main biting force of a copyright infringement lawsuit. Well, I'm happy to tell you guys now, I, Ethan Klein, have registered Hassan Piker Content Nuke with the United States Library of Congress. Some of you guys out there sweating?" [timestamp 6:09 - 6:36]

63.4.  Ethan: "**The purpose of this is not financial gain**... I don't want to chill the reaction community into fear. Actually the opposite. Even though theoretically, I could sue a lot more creators and rake in millions…" [timestamp 6:37 to 6:41]

63.5.  Klein closed the video by encouraging viewers to donate to the defendants' legal defense funds so that "there's money left over for me when I win." [timestamp 20:20 to 20:23]

64.  This admission strongly suggests the lawsuit relates to a premeditated strategy to target critics through copyright claims rather than a straightforward desire to stop infringement.

Saying "the trap was set" and "I knew they would react" signals that Ethan expected reactions, yet the plaintiffs never issued DMCA takedowns for any of the streams or posts he is now suing for, and never notified the H3Snark moderators they believed the streamers' content was infringing.

**Ethan Klein's Prolific Threats**

65.    In addition to being brazenly obvious about his improper motive to legally go after H3Snark moderators under the pretense of copyright infringement, Ethan Klein publicly threatened, repeatedly, to ruin my life, the life of my family, and to ruin my professional career over having moderated this Subreddit. Ethan has repeatedly stated his intentions to harass me legally with unlimited funds, indefinitely, on his Podcast to an audience of hundreds of thousands of people.

66.    I decided to delete my Reddit account, h3snarkmodteam, on February 17th, 2025 once Ethan expanded his threats to my family, my workplace, and schools I'm affiliated with. He shared the following on his Instagram stories[57] on February 17th, 2025, the day I deleted my account: "It won't save you scumbags from what's coming. I can't wait for your family, friends, work and school to know what you've been up to". The threats went viral and were shared across the front page of Reddit, attracting over 10,000 upvotes and 750 comments on the pop culture news subreddit r/fauxmoi (who I was never a moderator for):

---

[57] u/TimelyHumor1145, "Ethan klien 'champion of free speech' is threatening to dox the user's and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/.

KRONENBERGER ROSENFELD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18



19    67.    The r/Fauxmoi subreddit moderators have also been threatened by the plaintiff[58], which

20    attracted media attention[59]. These threats included issuing subpoenas in civil litigation for

21

22

23

24

25    _____

26    [58] u/rfauxmoi, "Addressing Ethan Klein's Threats Against This Subreddit," *r/Fauxmoi* (17 Feb. 2025),
      https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/addressing_ethan_kleins_threats_against_this/.

27

28    [59] ICYMI, "Ethan Klein's Attack on Fauxmoi," *Slate* (26 Feb. 2025),
      https://slate.com/podcasts/icymi/2025/02/ethan-klein-vs-fauxmoi-explained.

users' IP address[60] to unmask the identities of critics.[61] On the H3 podcast episode "Crew Intervention – H3 Show #112" that aired on February 19, 2025, Ethan said the following:

68.    "Well, you've also seen the crossover of Hasan's moderators with pages like r/youtubedrama and r/fauxmoi. And these people are also going to be subject to subpoenas." [3:12:47 – 3:12:59]

69.    The plaintiff has also threatened to personally go after the CEO of Reddit,[62] Steve Huffman, if criticism subreddits dedicated to the plaintiffs are not removed. In this segment, he lamented that his "lawyer can't do fucking shit" because of Section 230. He explicitly promised to "drag him to fucking hell" and "go through every fucking detail of this dude's life publicly," create snark subreddits dedicated to him, and protest outside of Reddit Headquarters.

70.    When I deleted my account, I intended it as a clear signal to Ethan that I had ceased all moderation activity on r/h3snark. A few days after I deleted my account on February 19th, 2025, during the H3 Podcast Crew Intervention – H3 Show #112[63], the Plaintiff delivered the following threat to over 700,000 viewers:

70.1.    "Listen, guys, at this point you [r/h3snark moderators] are totally fucked. … There's a subpoena that's going to come. You can't erase your data. We're going to get your IP address and find your information. We have forensic

---

[60] u/rfauxmoi, Reddit Comment, *r/Fauxmoi* (18 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/comment/mde1eos/.

[61] Upton-Clark, Eve, "Why Ethan Klein is feuding with r/Fauxmoi," *Fast Company* (28 Feb. 2025), https://www.fastcompany.com/91287318/ethan-klein-declares-war-on-r-fauxmoi-but-can-a-subreddit-even-be-sued.

[62] u/RomanPeee, "Ethan Klein said he wants to 'dedicate every fucking episode to destroying every executive officer' at reddit and go through every detail of reddit CEO Steve Huffman's life," *r/LeftoversH3* (17 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1m2j97f/ethan_klein_said_he_wants_to_dedicate_every/.

[63] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=hYaLs31KJifRhlw7.

KRONENBERGER ROSENFELD

digital investigators. It's all part of a lawsuit that's going to drop in about 3 weeks, that you guys are gonna fucking love. **I cannot wait. I'm so excited, I'm giddy, to share this with you guys.**" [3:06:19 – 3:06:55]

71.     The Plaintiff then proceeded to promise limitless financial resources to ruin the r/h3snark moderators' lives:

71.1.    "You should be scared if you're one of the people who participated in [r/h3snark moderation] because I will be pursuing civil damages and criminal damages anytime applicable. **I will spend and go to any limit to, legally, and within the scope the law is allowed, annihilate you, for any cost,** because you people are evil, you people are disgusting fucking human beings. You thought you could harass, you thought you could—"

Producer Dan Swerdlove: "You literally just could have watched something else, man."

Ethan: "You could have just changed the channel. Pretty much. And I've never sued anyone, right? This is—I'm happy to say this is my first—uh, this is my first foray and uh into being a suer, and I'm just so excited, guys, to share it with you. And this is going places, you're just going to have to just sit back."

Producer Dan Swerdlove: "There's more layers to this."

Klein: "**For me, this is the second nuke.** People are going to lose their mind when this lawsuit drops. And if you think I'm exaggerating, it's probably even crazier than what I'm saying. Yeah, you people are scum. You have dedicated your lives to harassing me, my loved ones, my crew—who are also my loved ones—and you are disgusting, vile pieces of shit. Um, and it's funny because they're the biggest fans. We know that. And as much as we value your

continued patronage, I'm, you know, blue flames and everything." [3:07:27 – 3:09:12]

72.    And, invoking the thriller movie *Taken*, he equated the subpoena process with a personal man-hunt:

72.1.    "This is my Taken moment, I will find you. … I have a very specific set of skills. All the people who are clutching their pearls saying they're threatening online moderators for just moderating a subreddit and he's threatening to doxx them, it's not a doxx you dumbass, it's called a subpoena. It's part of every civil lawsuit, it's the most routine thing in the world. And guess what happens when you break the fucking law, when you harass, when you defame. Then, you know, you open yourself up to being subpoena-ed. **Now what happens with that information, I don't know. The unfortunate thing is that court filings are all public, so if their private information shows up there, then I literally can't help it.**" [3:11:32 – 3:12:16]

72.2.    Ethan Klein purports to sue us for copyright infringement. But in his own words, the reason he issued these subpoenas is because he believes we harassed and defamed him. *See* Vulić Decl. Ex. 25.

72.3.    It's also worth noting that Ethan omitted the last part of this famous quote from the movie *Taken*: "I don't know who you are… but I will find you… and **I will kill you.**"[64]

73.    Finally, he celebrated the prospect of destroying my professional and academic future:

73.1.    "The [r/h3snark moderators] are professionals, they have serious jobs, they're part of elite educational programs and they all have quite a lot to lose. **If**

---

[64] GreatestMovieClips, "Taken Phone Speech [HD]," *YouTube* (18 Jun. 2012), https://www.youtube.com/watch?v=jZOywn1qArI.

KRONENBERGER ROSENFELD

**there's any justice in the world they will lose everything that they care about and I will be the one who makes them lose those things… through legal means. Through any legal means.**" [3:21:29 – 3:21:56]

74.    He continued to revel in the idea of identifying those who have criticized him anonymously by saying:

74.1.    "Listen, I'm not doxxing anybody, okay? I'm not doing anything illegal. It's all above the board. These people have done everything in their life to damage me, my reputation, my business, the people I love, the people I work with; **there is no limit that I will do, legally, to destroy their lives proudly and happily. I will do it and I will stand proud on their fucking proverbial grave** - in terms of their career." [3:23:17 - 3:23:50]

75.    He further added:

75.1.    "I don't feel bad, I will never feel bad. You can cry and moan and talk about how I'm harassing you and I'm trying to doxx you and at the end of the day… guess what? **I just love it. I love it.** You're already fucked, that's the thing. Things are in motion and it's too late." [3:24:35 - 3:25:03]

76.    Ethan then celebrated his accomplishment for his, at the time, vague impending litigation and subpoena threats by saying:

76.1.    Klein: "I have so much more to say and there's so much funny things about it and we'll talk about it on Friday. I don't want to overstay my welcome on this. but this is a well-deserved, I feel like, **victory lap,** and it's very interesting and fun and I- Fun for me anyway. **If you want to give me 'Ethan's Day' let me talk about snark for a full episode.**"

Producer Dan Swerdlove: "Well, maybe in a few weeks when it all is set in motion."

Ethan: "Oh God you guys I cannot wait. Oh my god. Oh . So good." [3:25:15 - 3:25:47]

77.    In the H3 Podcast episode "I Can't Handle This Anymore - H3 Show #111",[65] on February 17th, 2025, Ethan said the following on his Podcast from timestamp 3:09:29 - 3:09:47:

77.1    "You know, but we'll get them [the h3 snark moderators], guys. **We'll get them. You know me. I'll ruin my fucking life in the pursuit of getting these people**. I can't wait to show you guys what we're working on."

78.    After filing three copyright lawsuits accusing us moderators of contributory infringement for our discussion megathreads, in June 2025, the plaintiff received backlash and criticism from journalists Taylor Lorenz and Kat Tenbarge. Kat Tenbarge wrote an article[66] about how she felt the targeting of these lawsuits was inciting harassment of the named defendants, which infuriated the plaintiff. The moderators of r/h3snark had nothing to do with these journalists or the article. In retaliation, the plaintiff threatened to name us moderators in more additional identical copyright lawsuits aimed at critics that we had listed would be reacting to the *Content Nuke - Hasan Piker* in our megathreads. He suggested, in his Instagram stories, the only way to stop us from being named in more identical copyright infringement litigation, is if we publicly apologized to him on r/h3snark.

---

[65] H3 Podcast, "I Can't Handle This Anymore - H3 Show #111," *YouTube* (17 Feb. 2025), https://www.youtube.com/live/N2W4RJ2tEnY?feature=shared&t=11369 [3:09:29 - 3:09:47].

[66] Tenbarge, Kat, "Ethan Klein's War on Women," *Spitfire News* (23 Jun. 2025), https://spitfirenews.com/p/ethan-klein-lawsuits-kaceytron-frogan-denims.

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15  79.  Kat Tenbarge then responded with an article titled "Ethan Klein Doesn't Deserve My

16  Apology"[67]. When we, also, did not issue such an apology, as r/h3snark had never called

17  the plaintiff a misogynist for these lawsuits (r/h3snark was not an active subreddit; we

18  closed in May of 2025), **the plaintiff attempted to extort his former cohost Hasan**

19  **Piker into donating $75,000** in legal funds for the named defendants in *current* copyright

20  lawsuits in exchange for not filing *additional* copyright lawsuits aimed at another critic

21  who reacted to *Content Nuke - Hasan Piker.* Hasan's video of Ethan's Instagram story is

22  linked in this footnote. [68]

23
24

25  [67] Tenbarge, Kat, "Ethan Klein Doesn't Deserve My Apology," *Spitfire News* (29 Jun. 2025),
26  https://spitfirenews.com/p/ethan-klein-seandablack-lawsuits-kaceytron-denims-frogan-taylor-lorenz.

27  [68] u/Embarrassed_Head_316, "Ethan Klein threatens Hasan again and makes another extortion
    offer," *r/Hasan_Piker* (27 Jun. 2025),
28  https://www.reddit.com/r/Hasan_Piker/comments/1lm8a6q/ethan_klein_threatens_hasan_again_and_makes/.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



80.   Does and I have noticed that since filing this lawsuit, plaintiffs and others have been

editing the public-facing versions of some of their videos, so Does and I have worked to

archive as much as we can.

**Grave Chilling Effect**

81.   Despite myself and other moderators not yet being unmasked, the plaintiff's goal to chill

criticism is already accomplished simply by filing multiple, identical federal copyright

lawsuits against us for linking to his video and reaction streamers critical of him on

January 31st, 2025. As a result, the r/h3snark criticism Subreddit has been voluntarily closed indefinitely. I ceased all activity on Reddit and other social media platforms as of February 17th, 2025. I have no intention or desire to engage in public discussions or commentary going forward, choosing instead to remain silent. These lawsuits and legal pressures have had a profound impact and have effectively silenced a community of critics.

82.   While I am confident in my own intentions to never cause harm to the plaintiff, I fear the manipulative narratives the plaintiff spins about his critics. He has a long history of attempting to maliciously spin the criticism he gets as a public figure. For example, in an article published in 2018, a former Reputation Management professional claimed they were once asked by the plaintiff[69] to spin the criticism he was getting at the time as antisemitic conspiracy theory. The article alleges:

82.1.   "Full Disclosure: I was once contracted by Ethan and Hila's company through my employer as you will find out in this article, and so I have some skin in the game. Some names and other non-crecial information might have been changed to protect anonymity but all of the key details remain intact. It really sucks to see people that you idolized make bad decisions. Like many other people, I once trusted h3h3productions as a voice of reason in online entertainment. To quote Ethan himself, "[in 2016] we could do no wrong…"

82.2.   I've worked in reputation management and internet marketing for almost a decade, so I was elated when I got the tip from my boss that we might be working with a major YouTube channel, only to find out it was Ethan and Hila Klein. We started out talking to h3h3productions through an intermediary over

---

[69] Rebins, Joe, "Change of H3H3," *Medium* (23 Nov. 2018), https://medium.com/@hueykendo57/change-of-h3h3-3a8d75d52494.

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

E-mail in late 2017/early 2018 who wanted to set up Ethan and Hila and any of their staff with our guys in a call. The first meeting between h3h3productions and our team in Jan-Feb 2018 concerned promotion and branding, but as time went on and their podcast continued to get bad press, they pressed for our reputation management services and other stuff the company doesn't advertise on the front page.

82.3.   **They asked if we would be able to control the amount of dislikes and likes they got on Reddit, YouTube and other platforms and if we could somehow remove comments or even file DMCA takedowns to remove any content that was critical of their brand, which really rubbed me the wrong way.** It was a great contract, so we pressed on and continued to work as well as we could to their specifications. My day-to-day work mostly consisted of managing extensive networks of sockpuppet accounts for the h3h3 Reddit, Twitter and YouTube channel, which is something that almost every large content producer does, to the surprise of no one.

82.4.   Only very recently did Ethan Klein approach my manager directly about new problems he felt his brand was facing. Ethan Klein talked to my manager, Gary, about his concerns pretty candidly, and I was present in the call to take notes while Gary and Ethan worked out details. Ethan told us about a certain video by a guy on YouTube named Gokanaru that he felt was very critical of his channel and his character (https://youtu.be/2t5v5S0UuOg) and posed a serious risk to his brand, and **he asked us what we could do about getting the video taken down, if we could submit a DMCA request, and what other avenues he could pursue.** We told him pretty plainly that the video was likely protected by Fair Use laws, and Ethan immediately flew off the handle and threatened to end

43

the contract. We ended the meeting there and told him we'd pick it up with him another day.

82.5.     The following week, **Ethan got back into a call with Gary, myself and my co-worker, Trent and explained in an exasperated tone that he had the perfect plan and all he needed us to do was act on it. After shouting at me and my boss, Ethan railroaded anything we said and encouraged us to implement a plan to make it look like all of his critics were attacking him from a purely anti-semitic angle, and that the attack on his brand and character was an Alt-Right conspiracy from 4chan.** When we objected to the racial angle, he insulted Gary personally and told us we were 'hacks' and 'losers' before apologizing, throwing a chargeback our way, and ending the contract"

83.     This article from 7 years ago is almost identical to the strategy Ethan has employed now, down to the DMCA claims and illustrating his critics as antisemites. Ethan has called other Jewish creators (who disagree with him politically) names like "tokens" within the past year[70] and spun the criticism he receives, or criticism of Zionism and Israel,[71] as antisemitic and hateful.

84.     The concerns that Ethan and his fans would retaliate and harm me (as well as my family) is not a dramatization or paranoia; it's rooted in a proven pattern of the plaintiff's behavior. Ethan Klein recently had to publicly apologize to Hollywood producer Ryan Kavanagh after losing a defamation case where Ethan stated and admitted to the following about inciting his fans to harass Ryan and his family. The following is from **July 11, 2025 in the**

---

[70] H3 Podcast, "Bhad Bhabie vs Alabama Barker Is Very Funny - H3 Show #122," *YouTube* (14 Mar. 2025), https://www.youtube.com/live/EeX_a0csMco?t=10455s.

[71] H3 Podcast, "Talking To Sam Seder - H3 Show #142," *YouTube* (30 Apr. 2025), https://www.youtube.com/live/YON4fx_vUZU?feature=shared&t=4963.

**H3 Podcast episode** "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165":[72]

84.1.    Ethan: "I want to offer my sincere and unreserved apology. At the time I was led to believe you were behind a particular copyright lawsuit. Acting on that belief, **I went on and attacked you publicly and persistently.** In doing so, I failed to consider the personal impact of my actions and **I lost sight of the basic respect every person deserves regardless of any dispute**. [3:22:06 - 3:22:54]

84.2.    Ethan: "I also understand that as a result, **your Wikipedia page has been significantly altered to reflect you in a negative light and I apologize for any involvement I had in that.** I apologize for ever **making statements that led anyone to believe you were involved in unethical or bad business dealings.** And I now know that any of those things **I may have spread were not true.** I deeply regret ever elevating or emphasizing that false narrative. And it was wrong of me and I apologize **because of the attention I placed on you."** [3:22:54 - 3:23:40]

84.3.    Ethan: "I know that **you and your family became the target of harassment and hate** and truly none of them deserved any of that. The hurt that you know was **caused by my actions is something I take full responsibility for and I am truly sorry for that**. I also understand the harm that the **negative social media and Wikipedia edits have placed on you and your business.** And again, I apologize for my involvement I had in and that and I hope that any

---

[72] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=12126.

such issues can be retracted right and that you do not have to endure any further

issues as a result of those actions truly we have since come to peace and I'm

thankful for the opportunity to move forward you know with this apology and

with full respect I ask that **anybody who may have been acting on my behalf**

**directly or indirectly. Stop immediately.** Ryan and his family and his

associates should be left alone now for good." [3:23:40 - 3:24:40]

85.    Kavanaugh's lawyer also made the following statements[73] about the lawsuit:

85.1.    "In this case, **Ethan Klein used his large fan base to recklessly and**

**knowingly spread malicious lies about my client Ryan Kavanaugh**, harming

him immeasurably. Klein has tried, unsuccessfully, to dodge responsibility at

every turn. But Mr. Kavanaugh is willing to take this all the way, to set the

record straight and hold Klein accountable for spreading malicious lies. The

appellate court's decision sends a powerful message to those who think the

California anti-SLAPP creates a zone where people can lie and hurt others with

impunity. Hopefully this ruling can help others who are being wrongfully

targeted and whose lives are being upended by those who act irresponsibly

without regard for the harm they cause to others."

86.    Part of Ethan's attacks against Ryan Kavanagh in 2021 and 2022 included direction of his

fans to bombard his businesses with fake negative reviews, alter and edit his Wikipedia

with false and defamatory statements, and to create websites harassing him by comparing

his appearance to alleged rapist Harvey Weinstein. I am thoroughly certain the plaintiff

---

[73] ACCESS Newswire, "Ryan Kavanaugh Defeats Ethan Klein," *CBS42* (6 Apr. 2025),
https://www.cbs42.com/business/press-releases/accesswire/1011391/ryan-kavanaugh-defeats-ethan-klein/.

1    will encourage or ensure the same intensity of online harassment, defamatory statements,

2    and limitless retaliation towards me, and my family, if I am unmasked.

3    87.    My fears are not unjustified. The plaintiff's fans have caused perceived enemies of Ethan

4    Klein legitimate harm just in this past year. One of his fans called ICE on an international

5    YouTuber,[74] H3 critic Adam McIntyre, in an attempt to have him deported. The plaintiff's

6    fans also attempted to get critic, Mika's Rhetoric, to quit YouTube[75] for making a video

7    critical of the plaintiff[76] and citing our subreddit[77]. In the episode "Responding To The

8    Haters That Waited For Me To Go On Break - H3 Show #96", reacting to Mika's video,

9    their employee said, "I always love to put a face to the snarkers" [timestamp 2:57:42 -

10   2:57:55].

---

[74] u/joyygi, "Adam: 'the person who reported me to ice being a main member of the h3 reddit,'" *r/LeftoversH3* (7 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ltpcbg/adam_the_person_who_reported_me_to_ice_being_a/.

[75] u/InformationSlow9435, "Mika's Rhetoric speaks on her experience with the Foot Fungi, & why she's hesitant to cover Ethan Klein because of her public-facing IRL job," *r/h3snark* (14 Dec. 2024), https://www.reddit.com/r/h3snark/comments/1heiqjp/mikas_rhetoric_speaks_on_her_experience_with_the/.

[76] Mika's Rhetoric, "A Nuanced Conversation on H3 and Public Perception," *YouTube* (11 Dec. 2024), https://www.youtube.com/watch?v=9M64CmZfHwo.

[77] Deleted User, "Ethan and AB use Mika to subtly mock her looks and what they assume to be h3 Snarkers' looks as well," *r/h3snark* (7 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1hvqals/ethan_and_ab_use_mika_to_subtly_mock_her_looks/.

88.     Ethan has also pulled up photos of the family[78] of someone who criticized Hila's tattoo on Instagram, on air. This person later alleged that Ethan's fans sent his 16-year-old sister rape threats[79] and revenge porn of him was posted to r/h3h3productions[80].

89.     Ethan has also threatened to sue YouTuber Noah Samsen for defamation for critiquing his political views on H3 Podcast episode "Noah Samsen, Retract or Lawyer Up – H3 Show #130[81]". While making these threats, they had an ex-partner of Noah's call into the H3 Podcast to discuss her sexual experiences[82] with him.

90.     Ethan also discovered the identity of an anonymous fan-turned-critic on YouTube[83], who once published "fan" content of the plaintiff but now publishes "fan" content of Hasan

---

[78] Deleted User, "Ethan Klein pulls up a haters Instagram live on air and starts looking through his family/friends pictures while seemingly insinuating his fans should go send hate to him, his mom, his friends, and his employer, then later on a b*mb threat was allegedly called into the school his mom works at," *r/Fauxmoi* (1 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j0wlh1/ethan_klein_pulls_up_a_haters_instagram_live_on/.

[79] u/Novel_Top9276, "Reminder! Ethan doxxed a random person which led to his family getting death threats including his younger sister who is a minor getting rape threats and the h3 sub sharing revenge porn of him.," *r/LeftoversH3* (3 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1lqvogz/reminder_ethan_doxxed_a_random_person_which_led/.

[80] u/MilleniumTHC, "Foot Fungi defames and leaks revenge porn on Joe who was formerly doxxed and harassed by ethan," *r/LeftoversH3* (21 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jgw60a/foot_fungi_defames_and_leaks_revenge_porn_on_joe/.

[81] H3 Podcast, "Noah Samsen, Retract Or Lawyer Up - H3 Show #130," *YouTube* (2 Apr. 2025), https://www.youtube.com/watch?v=H3ToWhPj4JE .

[82] Deleted User, "Ethan Klein says he's suing YouTuber Noah Samsen for defamation, then the very next podcast episode him and his producer Dan Swerdlove falsely accused Noah of rape allegations with zero evidence, only to be proven wrong by Noah's ex partner who called into the show," *r/Fauxmoi* (29 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1jmpvta/ethan_klein_says_hes_suing_youtuber_noah_samsen/.

[83] @eb_basement, "Ethan Klein sent me a doxxing threat for a thumbnail I've made, accusing me of lying when the thumbnail just shows an ig story he wrote himself. I did not respond so he later sent me a new threatening email showing he has my personal information which I have never shared online," *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936088757087699263?s=46.

Piker, and vaguely threatened them over the thumbnail image of his video critical[84] of

Ethan's Instagram Stories. Here is the fan-turned-critic's X post:



Here is the email Ethan sent them:



Creator "Ethan's Basement" also alleged that other smaller YouTubers were getting similar threats[85] from Ethan himself:



91.    After filing these lawsuits, the plaintiff has consistently made YouTube podcast content out of this copyright lawsuit and the other two lawsuits he filed with identical complaints against r/h3snark. One recent example was, within 20 minutes of this subpoena being approved by Central District of California Judge Wesley Hsu and posted to PACER, Ethan

---

[85] @eb_basement, "I've been told I'm not the only small creator receiving these kind of emails," *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936106440445358081?s=46.

KRONENBERGER ROSENFELD

immediately titled his podcast that day to "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174[86]" where he holds up the court order, with a smile, wearing a literal fishing hat. The video received 650,000 views.



92.    Ethan also published the following to his H3 Podcast Highlights YouTube Channel:







---

[86] H3 Podcast, "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174," *YouTube* (1 Aug. 2025), https://www.youtube.com/watch?v=cE28l1KCDNQ.

KRONENBERGER ROSENFELD

93.    The online spectacle to unmask and target us has become a widely followed circus among legal YouTubers, politically conservative internet personalities, and communities critical of Hasan Piker. Creators "Uncivil Law", "Legal Mindset", "Runkle Of The Bailey" and "LUS" have all made countless videos following the lawsuit announcement. Here are some examples of thumbnails from Legal YouTuber LUS[87], where he discusses us, specifically, since these lawsuits were filed:



94.    After announcing these lawsuits, on June 26th 2025, Ethan reposted a clip from Runkle Of The Bailey who was covering the lawsuit filings[88]. Ethan edited a photo of himself laughing, with mocking music, on top of the clip when the commentator said that these

---

[87] LUS, "LUS YouTube Channel Homepage," *YouTube* (n.d.), https://www.youtube.com/@lus/videos.

[88] Runkle Of The Bailey, "Ethan Klein (of H3H3) Sues Over "Lazy Reaction" Videos -- And Some Folks Should Be Scared," *YouTube* (25 Jun. 2025), https://www.youtube.com/watch?v=x_1bFSkbeyo.

lawsuits were worse for us, financially, than the named defendants, since we are named identically in all three. *See* Vulić Decl. Ex. 35. The clip transcript read as follows:

94.1.   Legal YouTuber: "So there's a big list where they have pinned posts entitled 'Content Nuke Where to Watch and Discussion' and so the issue here is they are inducing copyright infringement. Now, in a lot of ways, it's actually worse to be one of the H3 snark mods right now than the actual named people, because the h3 snark mods are just named as does right now, and the reason why is because each of these Reddit moderators have actually been named in three lawsuits, whereas the Twitch streamers are only named in one. So, this could get really expensive for these mods. I do not want to be one of these mods right now and I'm very glad that I'm not one of these mods!"

94.2.   In this Instagram Story, Ethan wrote a caption over this clip that read "When you spend all of your free time terrorizing a family instead of literally anything else: Amnesty is still available!" This caption further shows that these lawsuits are not about copyright at all – these lawsuits are about punishing his critics, whom he either honestly believes are harassing his family, or is using that narrative to increase backlash against H3Snark moderators and incite his H3 fanbase. To be clear, I have never defamed or harassed Ethan or his family. His requests for us moderators to contact him for "amnesty" also demonstrate that these lawsuits are not to remediate or protect his rights, but rather to use the threat of federal lawsuits and subpoenas as leverage to force us to contact him directly.

95.   I initially considered not writing this statement at all, knowing it will be exploited by Ethan Klein, his commentary circle, and legal YouTubers to create content. They will use this declaration as material to further profit and deepen the chilling effect on those who

wish to speak out critically and anonymously against a controversial public figure. The plaintiffs will continue to convert this lawsuit into sensationalized courtroom drama for viewership, undeterred by legal expenses. These lawsuits provide a direct stream of revenue for the plaintiffs, allowing them to repeatedly monetize conflict with critics through fan-war YouTube content.

96.  For this reason, I am not including more personal testimony about my experience. Ethan has also made it clear that he will not keep anything confidential between our legal counsel, since he has already shown an inability to keep confidential settlement communications about these lawsuits private. The following screenshot is from Ethan's Instagram Stories on September 14th, 2025, in response to a settlement offer from another Defendant also being sued for reacting critically to the *Content Nuke – Hasan Piker*:



97.    Despite r/h3snark being defunct, I foresee the internet continuing to criticize Ethan Klein. A few weeks ago, Ethan's old Reddit account[89], from when he was 28 years old, with the username "pedo_troll" (pedo is short for pedophile) was discovered. Ethan confirmed on his social media[90] that this account was his, and he stated he had no regrets about what he posted. On this account, he made several pedophilic statements about being sexually attracted to his nephew, joking about hitting his two-year-old in the face with his penis, and struggling to contain himself from wanting to inappropriately "touch little boys". Other comments included jokes about masturbating with his own feces. Since this information came out, many critics online have spoken about it, and the plaintiffs have done their best to get criticism removed. Here is an example of a TikTok creator[91] who the plaintiffs have tried to silence.

98.    Since the filing of this lawsuit, I've felt deep frustration with needing to protect my First Amendment rights over such a clear abuse of the copyright system and subpoena process. Many of my fellow moderators have endured a deep psychological impact and fear of retaliation, to the point that Reddit admins offered us free subscriptions to privacy software that would help remove our PII from the internet in the case we are doxxed and harassed by the outcome of these lawsuits. If this court allows Plaintiff's subpoenas to go forward, I

---

[89] u/BolsonaroPresoAmanha, "WORST posts from Ethan's old Reddit account "pedo_troll" (trigger warning: pedophilia, poop eating, zionism and more)," *r/LeftoversH3* (27 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1n1y794/worst_posts_from_ethans_old_reddit_account_pedo/.

[90] u/committed_to_gr8ness, "Ethan Klein's old reddit account was recently leaked, to which posts were found of Ethan comparing Palestinian people to underdeveloped monkeys, making extremely disturbing comments about sexualizing children, and much more," *r/Fauxmoi* (28 Aug. 2025), https://www.reddit.com/r/Fauxmoi/comments/1n2j9x9/ethan_kleins_old_reddit_account_was_recently/.

[91] u/Ok_Strawberry_1782, "Ethan is trying to get my TikTok( and others) completed deleted - Shagisabadword here!," *r/LeftoversH3* (16 Sept. 2025), https://www.reddit.com/r/LeftoversH3/s/5N7UBquRel.

KRONENBERGER ROSENFELD

fear it will only embolden Plaintiff to file further, in my mind, baseless, lawsuits, based

merely on speculation and unfounded theories of conspiracy. Ethan Klein has already

threatened to do so against u/obrienpotatoes and many other critics.

    98.1.    If unmasked in this lawsuit, I will undoubtedly be named as a defendant in the

other two lawsuits, which are in two different states, forcing me to hire multiple

attorneys licensed in these different states to defend myself. In addition to my

fears of my and my family's safety, this is a financial burden that would ruin

me--but of course, that's what the plaintiff wants.

99.    While I also share deep concerns about my safety if unmasked, I am far more concerned

about how my family and friends will be impacted and potentially harassed online, should

my unmasking lead to misrepresentations of my character and impact the reputation of my

family. While I'm confident that any criticism I published was protected free speech,

should the legal system fail me and my right to anonymity not be protected, I worry deeply

how this will impact the people I love most. Ethan has stated very clearly that he wants to

ruin my life, harm my family, and destroy anything that matters to me including my career,

and my fears take him at his word because he has very passionately and explicitly

promised to do so.

100.    At a time where fear and retaliation amongst political commentary is at a high since the

recent gruesome assassination of Charles James Kirk, unmasking us over critical

discussion of a controversial political commentator would be deeply threatening to the

First Amendment and right to anonymous free speech online, as well as a threat to our

safety.

101.    If our motion to quash is denied, I fear Plaintiff's strategy for unmasking critics will

inevitably invite the wealthy to relentlessly target and harass private anonymous

individuals with barely-there copyright inducement accusations over sharing links directly

56

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

to their content or reaction content critical of them on YouTube and Twitch. It will open the floodgates as a viable strategy to unmask anybody who fosters critical conversations about public figures. It will completely transform and irreversibly chill the digital landscape and internet as a whole for anonymous commentary of public figures, as they will now have this as a tool to weaponize painfully thin copyright infringement allegations to unmask and harm private citizens who challenge, criticize, and link to their content lawfully.

102. Some of the accounts the plaintiff is subpoenaing identifying information for were never even moderators on r/h3snark at all. The broad request for unrelated user accounts strongly suggests the plaintiff is fishing for critics' identities rather than seeking to resolve a copyright dispute. This overbroad subpoena is further evidence of abuse of the subpoena process.

103. Denial of this motion to quash will also chill the volunteer content moderation space, creating fear that if a moderator links to lawful platforms (Twitch and YouTube) that contain reaction content, they are at risk of being unmasked with a contributory copyright lawsuit (should someone powerful have the means to pursue and attempt it), and they might not have the financial means to fight to quash an unmasking subpoena.

104. I believe there is a good chance the Central District of California Judge will find that fair use was found in Denims' reaction and, if so, I will have been unmasked and harmed unnecessarily. The plaintiff can continue to pursue the named defendant, who chose to very publicly react to and stream his content in full (and is responsible for her own statements and intentions) if he genuinely wants to pursue damages. There is no true need to unmask anonymous critics over discussion megathreads that did not directly reproduce the copyrighted material and, in my case, linked directly to and promoted the true source video owned by TEI as soon as it was available.

57

105.    Furthermore, I have the following to declare explicitly:

    105.1.    I did not work with anyone to spread hate or misinformation about Ethan, Hila, or H3, whether in the H3Snark Subreddit, any other subreddit, or anywhere else.

    105.2.    I have no connection with anyone at Reddit.

    105.3.    I did not report Ethan or Hila to the LA County Department of Child and Family Services, nor do I have any knowledge of that purported incident, other than what H3 itself broadcasts or publishes.

    105.4.    I was not involved in any way with human remains being delivered to Ethan and Hila's house.

    105.5.    I am not conspiring and have never conspired with anyone to cause damage to Ethan, Hila, or H3.

106.    I respectfully ask the Judge to please consider (1) my First Amendment rights to free speech (2) a determination of no contributory liability or fair use regarding these Reddit posts, and especially, (3) consider the grave chilling effect risk involved in unmasking and the very likely personal and lasting harm each of us Does will suffer if we are unmasked. I believe the *Highfields* standard would protect me in each case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025              By:     s/  unnamed Doe, H3SNARKMODTEAM
                                                Unnamed Doe, H3SNARKMODTEAM

KRONENBERGER ROSENFELD

## <u>DECLARATION OF DOE</u>

I, Doe 3, do hereby declare:

107.    I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

108.    As explained below, I was a member of the H3Snark Subreddit, and eventually became a moderator. I created the First Megathread, Compl. Ex. G. However, I did not watch Denims' stream (or *Nuke*). In creating the First Megathread, I intended to support a fair use of *Nuke*. I am deeply afraid of retaliation against me if this Court allows me to be unmasked in connection with the lawsuit.

### <u>The Information War: Plaintiff Misrepresents My Actions and My Intent</u>

109.    The Complaint cites 3 comments and 1 megathread post (Compl.¶¶ 32, 44a) to misrepresent my conduct on r/h3snark and to wrongfully depict me as some sort of prolific infringer of TEI copyright. As I demonstrate throughout my declaration, my comments and post served lawful and legitimate purposes, consistent with community discussion and moderation. I did not commit copyright infringement, nor did I "induce" or contribute to any infringement of TEI content, including *Countdown to Doomsday* or *Content Nuke - Hasan Piker*.

110.    Contrary to the allegation that I was "anointed as one of the H3Snark mods" for my "efforts" to "induc[e] copyright infringement of TEI content" (Compl.¶ 32), I was invited to help moderate the subreddit sometime in May or June 2024 because I was an active participant

in the community's live chat. My familiarity with the tone, rules, and regular users in the space, as well as my good standing as a subreddit user, allowed me to start moderating immediately and with minimal training or guidance. Granting me those privileges let more senior moderators focus on enforcing subreddit rules in posts and comments, assessing and manually approving user contributions, and strategizing on how best to maintain community transparency during a time of unprecedented growth. My moderator privileges were expanded in late August 2024, since numerous controversies on the H3 Podcast continuously drove users to the subreddit, overwhelming the smaller moderation team. For example, around this time, r/h3snark experienced an influx of users after Ethan and Hila Klein were caught berating their employee, Abdullah "AB" Ayad, after their live broadcasting kill switch, known as "the Button," failed to cut out the episode's audio feed. ("The Button" is a device that H3 used to cut the podcast's live feed at times when the show decided not to broadcast specific events which occurred live.) Due to the segment being retroactively cut from the live broadcast and the rampant censorship on the official H3 subreddit, r/h3h3productions, the video segment archived on r/h3snark resulted in a massive rise in traffic. My promotion as a moderator coincided with community growth; it had absolutely nothing to do with purported copyright infringement.

111.    As a former live chat participant and moderator, I can adequately address and correct the allegations put forward in Compl. ¶¶ 29-31 as well. While neither the Plaintiff nor I can possibly know or speak to the individual feelings of every individual user in the subreddit's live chat, I can state that my conversations with community members rarely, if ever, led me to believe that there was a shared sense of hatred toward the Kleins or anyone associated with the H3 Podcast. The live chat welcomed former or "fallen" fans, fans who had been banned from official H3-controlled spaces, and members of r/h3snark. Below is a screenshot, taken August 28, 2025, of me responding to a new live chat user

(u/Agreeable_Coyote_114) asking about r/h3snark as  a community, in which I share my personal feelings on the H3 Podcast as a whole.



**sarahornejewetts** 1:03 PM

@Agreeable_Coyote_114 Welcome! There are nearly 17K people in our sub -- many of which are fans or in the process of letting go of everything h3 (including our sub) all together -- so asking for consensus on anything is pretty much impossible, haha.

speaking only for myself, I am more so disappointed in all of them to varying degrees, though I am most disappointed in Ethan and Hila. I'm an equal opportunity snarker, but I don't hate any of them really. Idk that I like her per se, but I do want the best for Olivia. I feel like the show and the fans (and some snarkers, I'll be real) are really hard on her and I don't think it's fair lmao

💖 8

112.    The Plaintiff alleges that moderators "would spam the [live] chat with YewTube links," which they claim is "a website that provides unauthorized access to YouTube videos and publicly performs them," thus constituting "copyright infringement" (Compl.¶ 30). Plaintiff continues, claiming that moderators "concealed the evidence of their copyright infringement by deleting the live chat logs" after each livestream (Compl.¶ 30). Here, the Plaintiff makes inaccurate and untrue statements both about the nature and legality of "YewTube" and the reasoning for deleting live chat logs.

113.    First, Yewtube is a web-based service or "instance" offered by Invidious, a free, open-source, and privacy-oriented alternative frontend for accessing YouTube content.[92] Instead

---

[92] Hanna, "Google Threatens to Kill Open Source YouTube Front-End Invidious for Letting You Watch Videos without Tracking or Ads," *Tuta* (19 Jun. 2023), https://tuta.com/blog/google-youtube-invidious-privacy-alternative. This article describes how Google/YouTube threatened Invidious/YewTube because of alleged violations of YouTube's API policies and alleged harm to Google/YouTube's business model regarding Google's ability to display targeted ads;

of using the standard YouTube domain (www.youtube.com), it uses its own instance domain (yewtu.be) to block intrusive advertisements and tracking.[93] Through this service, users can watch videos, browse channels, and subscribe via RSS feeds, all without being tracked by YouTube. The content itself is sourced directly from YouTube, not from unlawful or pirated copies.[94] Yewtube shares minimal, but critical user data with YouTube like IP addresses, watch time, and user viewing patterns;[95] views on Yewtube, should they meet the necessary requirements set forth by YouTube itself, can and are registered as views on YouTube videos. YewTube is a lawful website and to my knowledge, does not constitute copyright infringement whatsoever.

114.  Second, the moderators deleted the live chat logs at the end of each livestream and community gathering in an effort to protect user privacy and safety. As the H3 Podcast grew increasingly repetitive, myopic, and boring, as commonly stated in r/h3snark users' opinions, r/h3snark users began to use the live chat as a place to gather and discuss other topics, such as gardening, cooking, painting, fashion, local events, history, politics, and so on. People shared photos of their pets, kitchens, artistic works, vacation views – all of which, in conjunction with a user's post and comment history on Reddit, could potentially be used to identify, dox, and harass r/h3snark participants. The screenshots included in the Complaint prove that r/h3snark moderators were, in fact, correct to worry that users were being voyeuristically surveilled at Ethan's behest. The moderators deleted these chats out of

---

Invidious/YewTube denies any harm. I have found no documentation that Google ever sued Invidious for its practices, and to my knowledge, no rightsholder has ever sued Invidious for copyright infringement.

[93] Brinkman, Martin, "Google is threatening privacy-friendly YouTube frontend Invidious," *gHacks* (11 Jun. 2023), https://www.ghacks.net/2023/06/10/google-is-threating-privacy-friendly-youtube-frontend-invidious/.

[94] Roscoe, Jules, "YouTube Tells Open-Source Privacy Software 'Invidious' to Shut Down." *VICE* (15 Jun. 2023), https://www.vice.com/en/article/youtube-tells-open-source-privacy-software-invidious-to-shut-down/.

[95] Invidious, "Frequently Asked Questions - What data is shared with YouTube?," *Invidious*, n.d., https://docs.invidious.io/faq/#q-what-data-is-shared-with-youtube.

KRONENBERGER ROSENFELD

an abundance of caution and in an effort to protect users' identities; it had absolutely nothing to do with copyright infringement because, in the moderators' understanding, Yewtube does not illegally copy, pirate, or redistribute YouTube content.

115. Because it is my understanding that YewTube does not constitute copyright infringement, the 3 comments cited by the Plaintiff in their depiction of me as a prolific copyright infringer, one of which merely mentions YewTube and does not link to it, also do not constitute any form of infringement. Moreover, the 3 comments selectively chosen in the Plaintiff's mischaracterization of my conduct on r/h3snark are all from August 2024 – a full five months prior to either *Countdown to Doomsday*'s livestream or *Content Nuke - Hasan Piker*. In addition to my comments not constituting copyright infringement in any way, these 3 comments are wholly unrelated and irrelevant to the works at issue in the Complaint.

116. The Plaintiff states they filed a DMCA takedown against my August 28, 2024 comment containing a YewTube link to *Content Court: Jack Coherty - H3 Show #48* and that "Reddit honored the 8/30/24 Takedown" on September 9, 2024 (Compl. ¶ 34b). To the best of my recollection, I never received any notice indicating that my comment had been removed for violating Reddit's sitewide rules or any copyright laws. A screenshot taken on September 10, 2024 shows that Reddit's Legal Operations team removed the post titled, "MEGATHREAD: The H3 Show - August 28 2024" "in response to a copyright notice," but did not remove my comment. While the entirety of the moderation team was perplexed by this removal, I never once considered it could have been as a result of my comment. In fact, I strongly suspected the DMCA was filed censoriously, since the Button failure and subsequent berating of Ayad by Ethan and Hila occurred during *Content Court: Jack Doherty - H3 Show #48*. Neither I nor any other moderator had any reason to believe and no ability to know that the DMCA takedown was meant for my comment. This further explains why I do not recall receiving any official removal notice from Reddit – nothing I posted was

KRONENBERGER ROSENFELD

removed, presumably because YewTube does not constitute copyright infringement. Indeed, r/h3snark moderators did not receive any DMCA takedown notices, and would not have received takedown notices for users' comments; takedown notices instead were sent to the user directly.



117.    The removal of the August 28, 2024 megathread caused immense confusion for the moderators because the removed content, as in the case of all episode-specific discussion megathreads on r/h3snark, linked directly to TEI's official H3 Podcast YouTube channel homepage. A screenshot taken September 10, 2024 shows this was an automated function that actively promoted TEI's platform for every scheduled episode of the H3 Podcast during r/h3snark's duration. As far as the r/h3snark moderators knew at the time, an Automoderator post linking directly to TEI's platform had been removed by Reddit Legal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Operations in response to a copyright notice. This very confusing and, as far as we knew, improper removal prompted the r/h3snark moderators to consider how else the DMCA may be weaponized to have the subreddit banned, likely for censorious purposes. This ultimately led to the creation of a rule banning alternate viewing sites, since many moderators suspected posts and comments containing these links could be targeted next.



118.  In September 2024, I stepped back from moderating r/h3snark and deleted my Reddit account due to personal reasons unrelated to the removal of the August 28, 2024 megathread. I returned to Reddit and as an r/h3snark moderator on October 25, 2025. I did not and have never submitted any DMCA counternotice regarding my August 28, 2024 comment, the post in which it appeared, or any other material removed from the subreddit. At the time the counternotice was filed, I was inactive on Reddit both as a user and as an r/h3snark moderator. Subreddit moderator tools confirm that my comment was removed not for copyright reasons, but by r/h3snark moderators after the adoption of a new community rule prohibiting the promotion of alternate-viewing sites. This rule was instated due to growing concern that the Plaintiff would submit DMCA takedown notices in an effort to have r/h3snark banned and to silence critics of the H3 Podcast. Below is a true and accurate screenshot showing my comment was removed by an r/h3snark moderator and not Reddit

KRONENBERGER ROSENFELD

Legal.



119. Following my October 25, 2024 return to the Subreddit, I fully complied with the alternate-viewing site rule and consistently enforced it. The Plaintiff's attempt to reframe ordinary moderation decisions and periods of user inactivity as actionable misconduct is factually baseless and appears to stretch copyright liability into areas of protected online speech and community moderation.

120. Plaintiff relies on my January 30, 2025 discussion megathread (Plaintiff's Exhibit G) as evidence of alleged "inducement." Plaintiff's allegations are factually inaccurate, and do not show the moderators had any knowledge of actual infringement. (Compl.¶ 44a). Moreover, Plaintiff's claim that r/h3snark moderators "deleted" the alleged "Inducement Posts" "[a]t some point after January 31, 2025" is patently false (Compl.¶ 44d). My discussion megathread is readily available on r/h3snark to this day and has not been edited or altered in

KRONENBERGER ROSENFELD

any way since the final "EDIT" amendment on January 30, 2025.[96]

121. The Plaintiff states that the January 30, 2025 discussion megathread I published was posted "the day before the *Countdown Episode* and *The Nuke* were released" (Compl.¶ 44a), i.e., at a time when no one could have possibly known whether any of the streamers whose channels were linked in the discussion megathread would, *in the future*, infringe on Plaintiff's copyrights. I published the discussion megathread roughly **20 hours and 33 minutes before the *Countdown to Doomsday* livestream** started and about **21 hours and 37 minutes before the release of *Content Nuke - Hasan Piker***. As such, it is not possible for there to be a causal link between the post and any alleged infringement. To claim "inducement" based on a discussion post published before the works at issue existed is chronologically impossible.

122. The post, published at approximately 4:03 PM and later revised, was one of r/h3snark's routine discussion megathreads, designed to consolidate community discourse and prevent duplicate submissions from overwhelming the moderation queue. Megathreads are a standard moderation tool to aggregate community discourse on a specific subject or event into a single, organized discussion thread. As I explain in greater detail below, my post shows that r/h3snark's use of megathreads was a deliberate, good-faith moderation practice designed to maintain order, reduce redundancy, and organize discussion, directly contradicting the Plaintiff's nefarious portrayal of my January 30, 2025 as facilitating infringement or improper activity.

123. The Plaintiff also misrepresents the decision to "pin" the megathread to the subreddit's Community Highlights section, insinuating it was done to induce infringement (Compl.

---

[96] Deleted User (u/jewettornesarah), "MEGATHREAD | Content Nuke - Where to Watch & Discussion," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/.

44a). In reality, pinning is another routine moderation practice to make topic-specific threads accessible and visible, particularly during high-traffic events, so that moderators can more effectively enforce community rules and reduce duplicate content. By drawing user attention to a designated space for topic-specific discussion, a pinned post substantially reduces the number of unique user submissions and, therefore, grants moderators adequate time to carefully review and thoughtfully discuss contributions while approving other contributions in a more timely manner. It is an effective, pro-active measure to help manage posts and comments requiring manual moderator approval; and that the moderators pinned this post was not done to encourage or facilitate unlawful copying or infringement.

124.   As Plaintiff acknowledges, "[t]hroughout January 2025, Ethan built up public interest in The Nuke by frequently discussing it on *The H3 Show*" (Compl.¶ 43). This promotion fueled widespread speculation across the Internet about the video's contents and potential repercussions for both the H3 Podcast and Hasan Piker's Twitch channel. Numerous content creators and streamers publicly discussed whether they would react to the video upon release, including Denims, underscoring that the discourse was broad and decentralized. A parallel trend appeared on r/h3snark following Ethan's December 16, 2024 announcement. Contrary to Plaintiff's allegation that the subreddit "anticipat[ed] *The Nuke* with religious fervor" (Compl.¶ 43), community responses were mixed. Many users stated they had no intention of watching the video, while others expressed interest in seeing how third-party creators would critically respond. These conversations grew to be so frequent and repetitive that managing them became burdensome and prevented timely moderation. This signaled to the moderators that a megathread would likely be necessary to maintain order ahead of *Content Nuke - Hasan Piker*'s release.

125.   Plaintiff further disparages r/h3snark users as "deranged and chronically unemployed" (Compl.¶ 23). This characterization is irrelevant and inaccurate. In reality, moderators,

including myself, were primarily concerned with the practical challenges of managing unusually high levels of discussion during a period when several team members faced real-life obligations. The volume and repetitiveness of posts throughout January 2025 prompted me to proactively publish two discussion megathreads: one regarding "Theories & Predictions" about the video and one for users to discuss critical reactions to the video from other creators. The purpose of these megathreads was simple: to consolidate discussion, reduce queue congestion, and ensure timely moderation even if the full team was not available. Neither megathread promoted or instructed users to pirate or redistribute TEI content, nor were they designed or intended to encourage copyright infringement in any form. They were a standard moderation tool used to manage a large, active online community in an orderly manner.

126. The first megathread, titled "MEGATHREAD: Content Nuke Predictions & Theories," was published on January 29, 2025. In that post, I explicitly explain the purpose of the thread: "lots of posts about the Content Nuke coming in; hoping to keep the queue manageable for when it drops. Thank you!"[97] This demonstrates that the use of megathreads on r/h3snark was a deliberate, good-faith moderation practice aimed at maintaining order, reducing redundancy, and organizing community discussion. The "Predictions & Theories" post was also pinned to the Community Highlights section of the subreddit, in an effort to divert users from submitting unique posts that would require more rigorous moderation than a megathread. This directly contradicts Plaintiff's portrayal of my later January 30, 2025 megathread as encouraging infringement or improper activity. Moreover, the comment section of the "Predictions & Theories" megathread further shows that users were already

---

[97] Deleted User (u/jewettornesarah), "MEGATHREAD: Content Nuke Predictions & Theories," *r/h3snark* (29 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1icwysd/megathread_content_nuke_predictions_theories/.

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

1   independently discussing which other creators or streamers might stream or post critical

2   responses to *Content Nuke – Hasan Piker*. These conversations signaled the practical need

3   for a second megathread specifically designed to centralize that type of discussion and

4   prevent it from overwhelming the subreddit's moderation queue.

5   127.   The second megathread, titled "MEGATHREAD | Content Nuke - Where to Watch &

6   Discussion," was published on January 30, 2025.[98] In that post, I make an observational

7   statement about the ongoing discussions within the r/h3snark community ("we've seen a lot

8   of comments about wanting to watch the nuke without showing support for H3"). In the

9   following line, I make a factual, informational, and neutral statement about creators' and

10  streamers' statements regarding whether they would critically react to *Content Nuke - Hasan*

11  *Piker* ("Several creators have mentioned they're planning to stream their reactions or post

12  reaction videos in the coming days"). In the next sentence, I describe a "list of creators

13  who've supported our sub [r/h3snark], either by engaging with us directly or citing our posts

14  in their own critiques of H3." The Plaintiff's interpretation of this sentence as my post

15  somehow "stat[ing] that Denims 'supported' H3Snark 'by engaging directly with [the

16  H3Snark Mods] directly" not only misquotes my original post, but purposefully removes,

17  omits, or otherwise does not include important context about this line or the list of creators.

18  128.   Three of the listed content creators (North Star Radio, Hallucinogender0g, and Do Not

19  Worry Podcast), and each publicly posted about their plans to critically react and respond to

20  *Content Nuke - Hasan Piker* on r/h3snark.[99] "Engaging directly with [r/h3snark]" refers to

---

[98] Deleted User (u/jewettornesarah), "MEGATHREAD | Content Nuke - Where to Watch & Discussion," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/.

[99] Deleted User (u/northstarradio), "I'll be live when the content poop drops," *r/h3snark* (18 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1i4eyeh/ill_be_live_when_the_content_poop_drops/ ; Do Not Worry Podcast (u/Deweys_Cox), Reddit Comment, *r/h3snark* (30 Jan. 2025),

these three creators, two of whom (North Star Radio, Do Not Worry Podcast) were long-standing and well-known members of the subreddit's community at large (but not necessarily by the moderators themselves). Both initially joined under usernames that did not identify them by their public, online personas (u/Treyoya and u/Deweys_Cox); they joined of their own volition as disappointed former fans and were not incentivized, invited, or otherwise convinced by any former or current r/h3snark moderators to participate in the community. In fact, Ethan was aware of North Star Radio's participation on r/h3snark, because he vilified him for it.[100] There was never any private agreement, unlawful coordination, or collaboration between moderators and any specific streamer.

129. I revised and updated the post after its initial publication to expand the list of creators. Streamers were added to the list based on user comments left under the megathread. After r/h3snark users left comments on this megathread informing that Twitch streamers Frogan and Kaceytron decided to react and respond to *Content Nuke - Hasan Piker*, links to their general Twitch channels were added.[101] [102] Below is a screenshot I took of u/vampxiu's now-deleted comment from Reddit archiving tool Arctic Shift.[103] The comment shows u/vampxiu stating Kaceytron announcing "she might live react" to *Content Nuke - Hasan Piker* after I published my post, but before my final "EDIT" amendment. Again, there was never any

---

https://www.reddit.com/r/h3snark/comments/1ie0hol/comment/ma3ngfk/; Hallucinogender0g (u/JandZfun), "I WILL BE STREAMING THE CONTENT NUKE," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1idzpsk/i_will_be_streaming_the_content_nuke/.

[100] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/live/Ch3WcOM4gNs [2:32:11-3:04:09].

[101] u/Sunderstood (excerpt), "Frogan - She is live right now and is talking about it. Most likely will watch it right when it drops.," *r/h3nsark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3yvc1/

[102] u/vampxiu (deleted), "kaceytron said she night live react lol.," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3xgzt/.

[103] ArthurHeitmann, "Project Arctic Shift," *GitHub* (n.d.), https://github.com/ArthurHeitmann/arctic_shift; Arctic Shift, "Homepage," *Arctic Shift* (n.d.), https://arctic-shift.photon-reddit.com/.

KRONENBERGER ROSENFELD

private agreement, unlawful coordination, or collaboration between moderators and any specific streamer.

> **r/h3snark** by **u/vampxiu** at 2025-01-31T00:14:16Z | 12 ⬜
>
> kaceytron said she might live react lol
>
> Source link: https://reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3xgzt/

130.    Since we had no indication or reason to know that any of the creators listed ever received DMCA takedown notices from TEI, it was expected that each listed creator would react and critique in a way that meets the four factors of fair use. All links in my megathread are lawful and direct users only to creators' homepages; none point to any specific video. The links contain no unauthorized mirrors, videos, VODs (videos on demand), or download links. This further demonstrates that my post neither facilitated nor induced copyright infringement, but instead adhered to lawful and responsible moderation practices.

131.    Before listing potential streamers, my post includes the following statement: "If you're planning to watch along with any of them [the listed streamers], we ask that you carry our sub[reddit]'s rules into those spaces too." The Subreddit's rules included that users respect copyrights and engage only in fair use of others' content. This demonstrates that I did not encourage, instruct, or pressure users to watch any particular creator's or streamer's critique of *Content Nuke – Hasan Piker* for the purpose of infringing Plaintiff's copyrights. Instead, I reminded subreddit members to remain considerate and respectful when participating in other communities. Far from facilitating infringement, this request reflects standard moderation practice aimed at promoting civility and ensuring that r/h3snark's rules of conduct were upheld beyond the subreddit itself.

132.    I revised the post again, as shown by the "EDIT" amendment in Plaintiff's Exhibit G, to

KRONENBERGER ROSENFELD

inform users that the Plaintiff had once more delayed the release of *Content Nuke – Hasan Piker* via an Instagram Story post at approximately 5:12 PM.[104] This was part of a recurring pattern by Plaintiff of teasing the video's release and then postponing it, which reasonably led me and other community members to doubt whether the video even existed at all, some even speculating it was a marketing ploy to generate artificial interest in the H3 Podcast. Far from promoting infringement, this edit shows my good-faith effort to keep the community updated with publicly available information. Nothing in the update directs, instructs, or enables users to access TEI's copyrighted content, underscoring that Plaintiff's portrayal of my megathread as evidence of inducement or infringement is both misleading and unfounded.

133.    In addition to Plaintiff's incorrect interpretation of my megathread, the Plaintiff's assertion that they provide a "true and correct PDF printout" of my megathread is inaccurate (Compl. 44a). Plaintiff's Exhibit G omits r/h3snark's automated copyright disclaimer, which appeared as the first comment beneath my post, as it did for every post on the subreddit, and which remains publicly available on the live megathread.[105] This disclaimer is not incidental; it is direct evidence of r/h3snark's good-faith efforts at copyright compliance. By excluding it, Plaintiff removes critical context and materially distorts the meaning of my post, misrepresenting me as an infringer of TEI's copyright when the full, available record shows otherwise.

134.    TEI repeatedly misrepresents my conduct on r/h3snark in an effort to construct a false narrative: that I personally infringed TEI's copyright and that r/h3snark is a community of

---

[104] Deleted User, "Ethan apologizes saying Content Nuke is canceled tonight, might go up tomorrow," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie397u/ethan_apologizes_saying_content_nuke_is_canceled/.

[105] AutoModerator, "Disclaimer," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/comment/ma3vfxc/.

habitual infringers. This narrative is unsupported by the evidence and relies on selective quotations from my non-infringing posts and comments. By isolating these excerpts and presenting them without context, the Complaint distorts my activity and portrays lawful, ordinary use of online platforms such as YewTube and Reddit as improper. This distortion is not a minor oversight; it strikes at the core of Plaintiff's copyright claim, because it attempts to convert protected, non-infringing online discussion into evidence of infringement where none exists.

135.    Despite the Complaint's insinuations, the moderators did not watch the allegedly infringing streams. When *Countdown to Doomsday* and *Content Nuke – Hasan Piker* were released on January 31, 2025, some moderators elected to view them from the original source. I personally did not watch either video upon release, as I reasonably anticipated they would consist of showboating, misrepresentation, historical revisionism, and recycled material already covered extensively on the H3 Podcast. Importantly, no moderators watched any creators, including Denims, Frogan, or Kaceytron, reacting or responding to either video.

136.    The one and only time I watched *Content Nuke - Hasan Piker* was in August 2025, and did so at the request of Does' Counsel to assist in determining how much of the video utilized or featured materials from other sources and creators. For this, the Does who volunteered to help, including myself, all watched *Content Nuke - Hasan Piker* from the true source. Having never watched the video prior to this endeavor, I was quickly taken aback by the amount of non-original material used in the work. I quickly noticed that, in addition to archival and news footage, all of the narrative portions of "Prologue" portion of *Content Nuke - Hasan Piker* featuring Ethan at a computer desk, contain footage of Hasan Piker playing a video game in the background. Ethan never acknowledges, comments on, or even glances at this footage – it simply plays in the background. It contributes nothing to

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRONENBERGER ROSENFELD

the narrative arc of *Content Nuke - Hasan Piker*, nor is it discussed in its commentary. Four screenshots shared with Does' Counsel show the Piker video game footage in the background at various points from the video's "Prologue." While at times Piker's face and/or body are obscured from view, all footage used shows his distinctive chiron listing his social media accounts in the bottom right-hand corner of the screen.



DECLS OF DOES ISO DOES' MTN TO
QUASH SUBPOENAS





76

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**



137. In what might be described as the "Twitch HQ" portion of *Content Nuke - Hasan Piker*, the video deploys a similar motif, playing multiple videos in the background. In what looks like the office setting, videos play behind Ethan's shoulder, by the water cooler. In the later computer lab setting, videos play continuously on computers in the background. The following four screenshots I took to show how these videos are situated within the mise-en-scène.





**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23
24
25
26



27    138.    At several points, the video layers others' materials in an attempt to achieve a comedic

28          effect, such as playing Luciano Michelini's "Frolic," better known as the theme song to

HBO's *Curb Your Enthusiasm*, over clips of Piker's streams. Likewise, the video also makes repeated use of Jonathan Wolff's theme from NBC's *Seinfeld*. These two examples specifically made it difficult to track what other works were being used.

139.    The sheer amount of non-original material used in *Content Nuke - Hasan Piker* made fulfilling Does' Counsel's request to determine how much of the video utilized or featured materials from other sources and creators such a frustrating endeavor that the Does volunteering to watch, including myself, asked if we could instead document what portions of the video were not from other sources. Below is a table verified by Does' Counsel documenting instances from *Content Nuke - Hasan Piker* that do not rely in any capacity on materials from other sources.

| Clip Number | Timestamps in *Nuke* | Duration (secs.) | Footage Description |
|---|---|---|---|
| 1 | 00:00-00:03 | 3 | Black fade-in screen |
| 2 | 1:03-1:14 | 9 | Title card & "Prologue" card |
| 3 | 1:23-1:24 | 1 | Klein family photo |
| 4 | 1:26-1:27 | 1 | Stills of Ethan from *H3 Podcast* |
| 5 | 1:33-1:41 | 9 | *H3 Podcast* footage |
| 6 | 2:29 | 0.5 | Black transition screen |
| 7 | 2:48-2:51 | 3 | *Leftovers* footage |
| 8 | 3:30-4:13 | 43 | *H3 Podcast* footage |
| 9 | 4:16-4:55 | 39 | *Leftovers* footage |
| 10 | 5:09-7:11 | 122 | *Leftovers* footage |
| 11 | 11:49-12:26 | 37 | *Leftovers* footage |
| 12 | 12:31-12:39 | 8 | *Leftovers* footage |
| 13 | 17:07-17:16 | 9 | *Leftovers* footage |
| 14 | 17:23-17:42 | 19 | *Leftovers* footage |
| 15 | 17:42-17:51 | 9 | *H3 Podcast* footage |

KRONENBERGER ROSENFELD

| 16 | 24:00-24:01 | 1 | Black transition screen |
| 17 | 25:42-25:44 | 2 | Title card |
| 18 | 42:10-42:13 | 3 | Black screen |
| 19 | 53:22-53:24 | 2 | Black screen |
| 20 | 1:03:22-1:03:33 | 11 | Disclaimer |
| 21 | 1:11:39-1:11:41 | 2 | Video effect |
| 22 | 1:11:57-1:11:58 | 1 | Black screen |
| 23 | 1:21:26-1:21:28 | 2 | Disclaimer |
| 24 | 1:34:10-1:34:12 | 2 | Black screen (fade) |
| 25 | 1:34:36-1:34:37 | 1 | Black screen (fade) |
| 26 | 1:37:49-1:37:50 | 1 | Black screen (fade) |
| 27 | 1:39:03-1:39:05 | 2 | Black screen (fade) |
| 28 | 1:40:23-1:40:30 | 7 | Black screen and text |
| 29 | 1:41:07-1:41:10 | 3 | Black screen and text |
| 30 | 1:41:57-1:42:04 | 7 | Black screen |
| | **TOTAL** | 358.5 | |

140.  According to the data collected, of its 1-hour, 42-minute, and 5-second duration, *Content Nuke - Hasan Piker* contains approximately 5 minutes and 58.5 seconds of original or new TEI content, accounting for ~5.58% of the video's total run-time.

141.  Further, according to the data collected, of the 5 minutes, 58.5 seconds of original or new TEI content, approximately 4 minutes and 57 seconds is prior footage from either TEI's *H3 Podcast* or *Leftovers* podcast, accounting for ~82.85% of the total original or new TEI content in *Content Nuke - Hasan Piker*.

KRONENBERGER ROSENFELD

142. This means that, according to the data collected, approximately 1 minute and 1.5 seconds of *Content Nuke - Hasan Piker* is entirely new TEI content, accounting for ~1% of the entire video.

143. According to the data collected, there are 20 unique and new instances where absolutely no other content, including clips/video footage, music, and/or sound effects, appear in *Content Nuke - Hasan Piker*. They are: 1 family photo; 1 before-and-after photo of Ethan; 1 video effect that may or may not be original; and 17 title cards, text cards, and transitions.

144. While I was shocked by the data, I cannot truthfully say I was surprised to learn that *Content Nuke - Hasan Piker* was nothing more than brazen mis- and disinformation punctuated mainly by title cards and transitions that come pre-loaded with nearly all modern video editing software. A common critique levied at Ethan is that his content comes across to viewers as lazy, as though he is simply going through the motions and lacking creative inspiration and/or fulfillment. However, as someone who, in my opinion, has been needlessly embroiled in three doxing efforts masquerading as copyright lawsuits in U.S. federal court by Ethan Klein, I admittedly could not help but laugh. This video, the one he has described as his magnum opus, a work of art, and a legal "trap," is emblematic of how much he relies on the labor of others to sustain his relevance and career. In fact, I would go so far as to contend that Ethan's own description of these three copyright lawsuits as "Content Nuke Part 2" is a faithful, accurate, and truthful one. Just as he did in *Content Nuke - Hasan Piker*, the Complaint relies heavily on out of context comments and posts, bad-faith interpretations, and provably false claims to defame, insult, and inflict harm upon those he deems guilty of the supposed crime of hurting his feelings which, last I checked, extends beyond the scope of jurisprudence.

145. Plaintiff's attempt to recast r/h3snark moderators' routine, good-faith moderation activity as inducement to infringement rests on distortions and omissions that cannot withstand

82

1   scrutiny. The record shows no act of infringement, inducement, or facilitation of unlawful

2   copying; rather, it shows moderators ensuring order within the community while

3   abstaining from the very conduct Plaintiff wrongly attributes to us.

4

**III.        "Going to War With the Internet": Plaintiff's Hyper-sensitivity & Aversion to**

**Criticism**

7   146.    The same holds true for the majority of Plaintiff's assertions regarding r/h3snark, its

8   moderators, and its users. The vast majority of Plaintiff's statements regarding r/h3snark,

9   its moderators, and its users are demonstrably false. For nearly two years, Ethan has

10  repeatedly mischaracterized the subreddit as a hub of harassment, brigading, and doxxing.

11  The Plaintiff alleges that r/h3snark users "religiously watch TEI produced content with

12  orgiastic hatred" (Compl. ¶23), but omits the fact that the subreddit has been largely

13  inactive since he threatened to unmask and dox the Doe Defendants on February 17,

14  2025.[106] Following those threats, a moderator announced that r/h3snark would be "going

15  on break, until further notice." Since that announcement, only 7 posts have been published

16  on the subreddit: 3 cross-posted from other subreddits addressing Ethan's threats; 1

17  megathread for the May 2 Ethan-Hasan debate; 1 repost of a prior community video fact-

18  checking a claim from that debate; 1 announcement pausing all posting and commenting

19  due to concerns over Ethan's mental health on May 4; and 1 post promoting a fundraiser

20  on May 15, 2025.[107] Of these seven posts, users could comment only on the February 17

---

[106] u/h3snarkmodteam2, "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.
[107] u/veguhn, "Ethan Klein threatens to dox h3snark mods/users.," *r/youtubedrama* (17 Feb. 2025), https://www.reddit.com/r/youtubedrama/comments/1is2fjk/ethan_klein_threatens_to_dox_h3snark_mods_users/; u/TimelyHumor1145, "Ethan klien[sic] 'champion of free speech' is threatening to dox the user's[sic] and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/; u/rfauxmoi, "Addressing Ethan Klein's Threats Against This Subreddit," *r/Fauxmoi* (17 Feb.

announcement and the May 2 megathread. I neither posted nor participated in these

threads, nor have I engaged in any online communities regarding Ethan, Hila, or their

associates since around February 19, 2025 when I deleted my accounts following their

doxxing threats. This record clearly demonstrates that r/h3snark has been effectively

inactive and that Plaintiff's characterization of the subreddit as a hotbed of hostile activity

is false and misleading.

147.     As a former fan of the H3 Podcast and Ethan more specifically, I have witnessed him omit

critical details when relaying a situation, oftentimes to present himself in a more virtuous

or righteous light. For a while, Ethan invited some of the most morally bankrupt online

figures on to the H3 Podcast to "debate" them on various topics. As a viewer, I watched as

these "debates" transformed the H3 Podcast from a creative, comedic project into a drama-

chasing enterprise. During this shift, I began to sense what felt like a shift in Ethan's

character from a man genuinely striving, albeit imperfectly, to grow and learn from his

past to someone whose morally upstanding image was constructed solely through

juxtaposing himself against predators, con artists, and bigots. When his past was invoked

in these "debates" by his opponents, Ethan would deflect, down-play, and divert from his

own controversies, usually with a well-timed "gotcha" moment that would be later clipped

---

2025),
https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/addressing_ethan_kleins_threats_against_this/; u/h3snarkmodteam2, "MEGATHREAD: The H3 Show - May 2 2025," *r/h3snark* (2 May 2025),
https://www.reddit.com/r/h3snark/comments/1kd7i0s/megathread_the_h3_show_may_2_2025/;
u/h3snarkmodteam2, "Alleged proof that Ethan Klein is being fed links and clips about Hasan Piker from Destiny's discord community," *r/h3snark* (2 May 2025),
https://www.reddit.com/r/h3snark/comments/1kdbced/alleged_proof_that_ethan_klein_is_being_fed_links/; u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update,"
*r/h3snark* (4 May 2025),
https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r/h3snark/; u/snarkersaturn, "Please Support Noah Samsen's Gaza Fundraiser," *r/h3snark* (15 May 2025),
https://www.reddit.com/r/h3snark/comments/1knfa78/please_support_noah_samsens_gaza_fundraiser/.

and circulated widely online.

148. To my best recollection, Ethan has challenged r/h3snark or "snarkers" to debate him on the H3 Podcast twice: once on March 6, 2024 and again post-filing on September 8, 2025.[108] In response to his 2024 invitation, in which Ethan likens the subreddit community to Nazis, r/h3snark moderators made a post declining to debate and proposing he debate "Hasan or Sam Seder" instead.[109] For clarity, I was not an r/h3snark moderator at this point in time. More recently, after prolonged public lamenting that "snarkers" have instilled in him an all-consuming fear for the safety of himself, his family, his employees, and others close to him, Ethan once again invited "snarkers" on to debate and converse with him on September 8, 2025. In my opinion, these invitations to "debate" or talk are not good-faith attempts at discourse, learning, or hearing feedback, but a lackluster marketing ploy to drive traffic to a podcast hemorrhaging views, engagement, memberships, and subscribers.

149. Ethan, Hila, and their employees frequently use the term "snark" as a nebulous, catch-all term that can be applied to anyone who does not submit to their worldviews or framings of situations. However, they frequently also use the term "snark" to refer to the moderators of the H3Snark Subreddit. Under the banner of "snark," former and current r/h3snark moderators have been accused of being involved in crimes and other illegal activities meant to specifically target Ethan, Hila, their family members, their employees, and their various associates. Narratives promoted and perpetuated on the H3 Podcast that routinely attribute any and all wrongdoing to "snark" or "snarkers" have been used by Ethan, Hila,

---

[108] Deleted User, "ethan talking about us earlier," *r/h3snark* (6 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b8hx7p/ethan_talking_about_us_earlier/; H3 Podcast, "My reputation is dirt. How do I fix it? - H3 Show #188," *YouTube* (8 Sept 2025), https://www.youtube.com/watch?v=FwRvFDkGMIw [2:16:54-2:18:47; 2:21:02-2:22:35; 3:05:10-3:06:06].
[109] Deleted User, "r/h3snark will not be debating you, Ethan," *r/h3snark* (7 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b8x02a/rh3snark_will_not_be_debating_you_ethan/.

and their employees to incite and pre-emptively justify retaliation by Ethan, Hila, their family members, their employees, their associates, their fans, and their supporters against their critics. By creating a dichotomized, us-versus-them dynamic centered on the H3 Podcast, Ethan has misrepresented and mischaracterized "snark" and criticism as ideologically motivated extremism against which he may appear simultaneously as a hero and a victim. Ethan frequently avoids providing evidence of any purported wrongdoing from "snark," presumably because none exists tying it to any specific individual user or moderator.

### **Free Speech for H3, Not for Doe 3: Chilling Speech & Criticism**

150. This declaration is meant to be, in part, an opportunity for me to disclose to the Court how the Plaintiff's conduct, these lawsuits, and the risks of being unmasked have impacted me on a personal level. I feel it is important that I state plainly for the Court that I do not believe it is safe for me to do so. In fact, I believe that speaking freely could jeopardize my anonymity and put me, my fellow former and current moderators, my family, my friends, my colleagues, my peers, and countless others at significant risk of retaliation from Ethan, Hila, their employees, their various associates, and their fans. I understand that by maintaining a sense of emotional distance in my declaration, I risk coming across as unaffected by the events that have led to me writing this declaration in the first place. However, I must stress to the Court that I feel compelled to keep personal details to a minimum out of an abundance of caution, not out of disinterest or apathy.

151. Since February 2025, Ethan, Hila, their employees, their associates, and their fans have made repeated threats to unmask, dox, harass, and even physically harm me and my fellow former and current moderators for simply running a subreddit. Many of these people, however, have made these threats believing they are defending Ethan, Hila, and their

employees from unprecedented levels of harassment. While I do not subscribe to their "eye-for-an-eye" mentality, I do believe that many of the threats my fellow moderators and I have received since February 2025 stem from repeated accusations made and perpetuated against us on the H3 Podcast. By falsely implicating the Doe Defendants in criminal and illegal activity, and embedding these claims in the podcast, the Ethan, Hila, and H3 have literally and figuratively declared "open season" on all former and current r/h3snark moderators. I will likely never forget the messages we received that described in graphic detail people looking forward to us committing suicide after being unmasked so they may masturbate to the idea of our corpses. Below, a screenshot taken of one of the more disturbing modmail messages, sent August 23, 2024, shows both the creative writing prowess of Ethan's fans, as well as the depths to which they are willing to stoop to carry out Ethan's harassment. Though I sincerely doubt it will stop them from sending similar messages, I do hope that my declaration inspires the authors of those messages to at the very least question the veracity of the statements made about r/h3snark and its former and current moderators on the H3 Podcast.



152. I did not work with anyone to spread hate or misinformation about Ethan, Hila, or H3,

whether in the r/h3snark subreddit, any other subreddit, or anywhere else.

153. I have no connection with anyone at Reddit, nor have I ever had any connection with any Reddit employees or administrators.

154. I did not report Ethan or Hila to the LA County Department of Child and Family Services, nor do I have any knowledge of that purported incident, other than what H3 itself broadcasts or publishes online.

155. I was not involved in any way with human remains being ordered and delivered to Ethan and Hila's house.

156. I am not conspiring and have never conspired with anyone to cause damage to Ethan, Hila, or H3.

157. As a former H3 fan, I am well aware of the fact that my declaration and those of my fellow former and current moderators will be read on the H3 Podcast and discussed widely online by other creators seeking to capitalize on Ethan's, Hila's, and H3's ongoing and unrelenting harassment towards us. I feel it is imperative that I state for the Court that the lawsuits in which my fellow former and current moderators and I are embroiled serve as content for the H3 Podcast. The Plaintiff's goal is, in my opinion, not to protect TEI copyright, but to generate controversy and interest in a sad attempt to reignite public interest in an increasingly irrelevant podcast. Ethan himself has spoken candidly about how "terrifying" it would be to fade into irrelevancy and lose money as a result.[110]

158. Ethan's insecurities are what initially endeared him to me. He was a public figure with a growing online presence who, like many of us, emphasized or "leaned in" to his insecurities and seemingly embraced them. I always thought of Ethan as the ideal clown:

---

[110] Deleted User, "Ethan discusses the fear of fading into irrelevance, but it cant help but feel much more personal than he projected onto Beevo," *r/h3snark* (25 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1i9wcz8/ethan_discusses_the_fear_of_fading_into/.

someone who used the hurt they felt inside to try and ensure others could be spared from feeling it too. Over the years, I felt as though I watched Ethan grow to be more self-reflexive, curious, and aware of the power he had as a prominent YouTube creator. I admired that he seemed to want to extend his empathy beyond comedy and into advocating for marginalized voices. More specifically, I appreciated that Ethan's documented progression of learning and growing as a person was imperfect. In an increasingly dichotomized world, I found it refreshing to watch Ethan model the realities of what it takes to look back on one's former conduct with a critical eye and make the concerted effort to evolve beyond that. I never expected Ethan to be perfect – I liked him because he came across as a normal, flawed person who just wanted to do and be better.

159. However, even as a fan, I was always uncomfortable with the pleasure Ethan, Hila, and H3 seemed to derive from bullying, harassing, and otherwise tormenting others. As a former fan, I watched and oftentimes stepped away from the H3 Podcast due to what came across as the apathetic cruelty displayed on it. For example, I was always exceedingly uncomfortable and critical of how Ethan and Hila seemed to exploit others, oftentimes vulnerable individuals, to emulate Howard Stern's "Wack Pack." Many fans felt exceedingly uncomfortable watching Ethan berate an employee on air for not disclosing the private details of their health status on the podcast. On more than one occasion, the H3 Podcast has baselessly accused people of pedophilia or insinuated that they are sexual predators. More specifically, I grew increasingly critical of how Ethan's harassment campaigns, always presented as some warped form of righteous justice, would target an individual and then, eventually, all those associated with said individual, for weeks, months, and even years at a time.

160. Ethan, Hila, and H3 have routinely rewarded fans and supporters who aid in their mission to dox, harass, and silence critics. Ethan typically rewards these fans and supporters by

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

either bringing them up on the H3 Podcast, featuring them in an Instagram Story, or otherwise giving them attention and enshrining them into the narrative fabric of the specific hate campaign. For example, Ethan gave a "shout out" to u/LovelyCallisto for unmasking North Star Radio's previously anonymous Reddit account for posting on r/h3snark.[111] Another example includes Ethan liking a TikTok video of someone actively attempting to crash the wedding of his former *Frenemies* podcast co-host Trisha Paytas and his brother-in-law Moses Hacmon, Hila's own brother.[112] A screenshot I took shows Ethan praising Twitter/X user @Awk20000 or "yeet" after they were blocked for incessantly harassing Ethan's former friend Anisa Johma.



---

[111] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/live/Ch3WcOM4gNs [2:26:53-3:05:05].
[112] u/Natural-Patient-2577, "A reminder that Ethan Klein publicly showed support to a former fan of Trisha's who was threatening to crash & ruin her WEDDING…," *r/Frenemies3* (12 Dec. 2023), https://www.reddit.com/r/Frenemies3/comments/18h4csu/a_reminder_that_ethan_klein_publicly_showed/.

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

161.    In fact, a video cited in the Complaints, titled "Dear H3Snark, I See You" by YouTuber known as "The Law," shows Ethan is willing to reward fans and supporters with both attention and a permanent place within the grand narrative of the H3 Podcast versus r/h3snark.[113] In this specific instance, Ethan has memorialized The Law, an extremely niche YouTube channel with 967 subscribers, for their efforts in surveilling, cyberstalking, and attempting to intimidate former and current r/h3snark moderators. On August 11, 2025, The Law uploaded a follow-up video titled "Thank You Ethan Klein," with a description that flagrantly lies about the conduct of former and current r/h3snark moderators. A screenshot I took of the video's description also gives credence to the importance sycophantic fans place on Ethan's praise and speaks to how it emboldens them to continue their harassment, cyberstalking, and intimidation of critics.



162.    It is precisely this conduct that deters me from speaking openly about my personal experiences. As demonstrated, Ethan has repeatedly emboldened others to pry into the lives of former and current r/h3snark users and moderators in his attempts to unmask and dox the Doe Defendants. His willingness to target not only critics but also their spouses, partners, parents, siblings, employers, business associates, sponsors, and even members of

KRONENBERGER ROSENFELD

his own family has left me unable to speak more personally about the harm his conduct has caused. While I do not believe it is in my best interest to provide those details, I respectfully ask the Court to recognize that my silence is born of necessity: a desire to shield innocent people in my life who have no connection whatsoever to r/h3snark. In this way, Ethan Klein has successfully chilled my speech and infringed upon my First Amendment rights.

163.  I respectfully urge the Court to consider the broader legal ramifications of unmasking myself and my fellow r/h3snark moderators, as doing so would set a dangerous precedent for free speech online. Requiring anonymity to be lifted in this case would, in effect, impose upon all internet users the burden of analyzing and applying the four factors of fair use, an extraordinarily complex legal test that even federal judges are uniquely trained to assess. I am neither a lawyer nor a copyright expert, and it is unreasonable to expect ordinary posters to meet such a standard under threat of unmasking. Such a precedent would empower wealthy individuals to weaponize copyright law, incentivize platforms to suppress discourse to avoid liability, and flood the federal courts with petty disputes aimed at silencing critics. In practice, it would erode the very foundation of online discourse and effectively kill the internet as we know it.

164.  Furthermore, unmasking the Doe Defendants would transform the Court into a de facto doxxing mechanism for wealthy litigants. The Plaintiff's case does not require knowledge of my identity to proceed—however, I do not believe it should proceed at all, as I have committed no unlawful act. The apparent motive here is not the vindication of legal rights but retaliation and harassment. If the Court believes additional evidentiary safeguards are necessary, alternatives such as protective orders or in-camera verification exist without exposing me to irreparable harm. The Court's role is to administer justice, not to serve as the hired hand of the highest bidder. Since February 2025, including after the filing of this

case, Ethan Klein has publicly stated that he can afford to use litigation to pursue his

critics, fully aware of their severe financial disadvantage. Allowing unmasking under these

circumstances would set a devastating precedent, subjecting anonymous critics to double

punishment: first through the crushing financial weight of litigation, and second through

the exposure of their personal identities to retaliation and harm.

165.   Disclosure of my identity would cause severe and irreparable personal, interpersonal,

financial, and professional harm to me, my fellow former and current r/h3snark

moderators, my family, my friends, my colleagues, my peers, and all others within my

social networks. Unmasking would expose not only myself but also my relations to

targeted harassment that could then be exploited and monetized on the H3 Podcast. The

chilling effect is already tangible: I have been advised to limit public engagement and to

consider adopting a professional pseudonym should my anonymity be compromised

through this litigation or by Plaintiff's actions outside of it. The threat of unmasking thus

extends far beyond myself; it endangers those connected to me and demonstrates precisely

why Courts have long recognized the importance of protecting anonymous speech.

166.   If I were to be doxed or unmasked, opportunities for employment, visas, conferences, and

mentorship would vanish. These circumstances demonstrate not only the real and

irreparable harm disclosure would cause but also the overwhelming public interest in

preserving Doe anonymity to prevent further endangerment of innocent parties.

167.   At its core, this dispute is not about law; it is about a rich, insecure man's personal

vendetta and inability to recognize that his downfall is a product of his own making. I

should not be punished for exercising my right to critique, moderate, or simply exist

online. Unmasking me when I have done nothing to deserve being sued in the first place

would cause irreparable harm to me and countless other innocent people. The Plaintiff has

stated on numerous occasions that they are willing to spend as much money as necessary

in order to cause us "financial ruin." These sorts of statements not only show a willingness to weaponize the Courts in retaliation against criticism and chill speech online, but also reveal the true intention of these lawsuits: to inflict pain on others for hurting the feelings of public figures whose dwindling popularity, relevancy, and reputation is the result of their own malicious, vindictive, and petulant conduct.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025                        By:  ___s/  Doe 3_____
                                                         Doe 3

**DECLARATION OF DOE**

I, Doe, do hereby declare:

168.  I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts outlined in this declaration, and if called to testify, could and would do so competently.

169.  I was an r/h3snark moderator tasked with moderating the subreddit and hosting a safe place for criticism of Ethan and Hila Klein, their online personalities, and their YouTube channels, *h3h3Productions* and *H3 Podcast*. My work with this subreddit was voluntary, and I have no connections, past or present, with Denims nor did I watch her react livestream of the *Content Nuke - Hasan Piker* video. I did not conspire with her in any manner against the Kleins, either. Discovery as broad as Ethan and Hila are asking for would not provide the evidence they are fishing for in this case. I did not particularly care for the *Content Nuke - Hasan Piker* video and was working at the time it was released. I only viewed it in part some time after its release on the *h3h3Productions* YouTube channel because I cannot stand Ethan Klein's mediocre political commentary, but needed to view it in order to moderate fairly. However, being sued as a Reddit moderator is not a common occurrence, and I will explain to the best of my ability how the impact of this lawsuit has affected me and how those effects will continue.

170.  If you ask people who have truly frequented the H3Snark subreddit, I believe they will tell you that our moderation was quite fair to the Kleins. We took our volunteer job seriously because we knew that Ethan and Hila are extremely sensitive to criticism. Their censorship

KRONENBERGER ROSENFELD

and intimidation of people that discuss them and their show in anything but a positive manner naturally led to the growth of our subreddit. Our rules were curated to give viewers and critics of Ethan and Hila's content and behavior space to voice their opinions while not provoking or attacking the Kleins. For example, to the best of our abilities, we did not allow users to address Ethan, Hila, or their employees directly; we did not allow excessive criticism of their employees given their power imbalance with the Kleins; we did not allow discussion of their children or the families of the podcast ensemble beyond what was willfully and publicly shared in their content; and we did not allow racism, sexism, homophobia/transphobia, xenophobia, or even insults based on immutable characteristics.[114]

171. Ethan and Hila Klein, to our misfortune, have an extreme antagonism with reading criticism about themselves, and they censor it however they can.[115] They threatened to sue us multiple times to achieve this goal and publicly plotted to censor our subreddit through various methods.[116] Ethan and their employees admit to fantasizing about unmasking us and our users.[117] Ethan continues to persecute us by trying to make members of our moderation team turn on one another for our personal and private information in exchange for "amnesty".[118]

---

[114] "About This Sub," *r/h3snark* (n.d.), https://www.reddit.com/r/h3snark/wiki/index/#wiki_rules.
[115] u/imlikeewhat: "Ethan's latest Instagram post", *r/h3snark* (19 Sept. 2024), https://www.reddit.com/r/h3snark/comments/1fkg61o/ethans_latest_instagram_post/.
[116] H3 Podcast, "This Beauty TikToker Is Coming After Me - Off The Rails #111," *YouTube* (3 Apr. 2024), https://www.youtube.com/live/xII2dEZnvYQ?si=xFnXvayV8OZzvyx_&t=8255 [2:17:35- 2:23:57]; H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8?si=-OuW-agh1xQ7YqhD&t=10787 [2:58:53-3:00:05]; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=fuZAH40elqYPfbJJ&t=9477 [2:37:55-2:38:58; 2:40:00-2:40:40].
[117] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=olMFPodOpvQOmz0l&t=4339 [1:12:29-1:12:55]; H3 Podcast, "Responding To The Haters That Waited For Me To Go On Break - H3 Show #96, *YouTube* (6 Jan. 2025), https://www.youtube.com/live/0SWIbsrw5No?si=QNcNQoSUMnlMjdnl&t=10654 [2:57:34-2:58:03].
[118] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=-P8WxKlDOGs43GXF&t=11077 [3:04:37-

KRONENBERGER ROSENFELD

He attempted to extort apologies from us and two journalists after filing these lawsuits by holding a separate person hostage to legal repercussions.[119] He and Hila appear to publicly admit that their DMCA strikes against subreddit posts unrelated to this lawsuit were not for actual copyright infringement, but rather were done as a strategic move to censor criticism of themselves by triggering a ban on our subreddit.[120] Knowing that we would and could not publicly respond (or risk revealing information about our identities), they flaunted their "mole" moderator(s), someone who gave Ethan and Hila private information about us and broke our trust, to instill paranoia in our team.[121] Ethan revealed that one of his motives is trying to hold people accountable for defamation regarding an old post on our subreddit claiming that he banned users for saying "Happy Ramadan"—an action which was not done by the current moderation team, that was swiftly and within a reasonable time taken down,

3:04:58]; @slvrgndst, "@TeamYouTube Youtuber Ethan Klein of the H3 Podcast has been publicly threatening to doxx people While this screenshots are off-site, he has repeated similar sentiments in his recent livestreams on youtube This is in clear violation of terms of service regarding harassment," *Twitter/X* (17 Feb. 2025), https://x.com/slvrhndst/status/1891687958744330414 u/dsbatt01: "You are one sad, strange little man, and you have my pity", r/LeftoversH3 (23 Jun. 2025), https://www.reddit.com/r/LeftoversH3/comments/1lio0q1/you_are_one_sad_strange_little_man_and_you_have/.

[119] Tenbarge, Kat, "Ethan Klein Doesn't Deserve My Apology," *Spitfire News* (29 Jun. 2025), https://spitfirenews.com/p/ethan-klein-seandablack-lawsuits-kaceytron-denims-frogan-taylor-lorenz; @TaylorLorenz, "Ok bet: I'm ever so sorry for calling you a misogynist Ethan. Now drop this lawsuit against Sean, who absolutely does not deserve this. https://t.co/wgw5bluhhy," *Twitter/X* (26 Jun. 2025), https://x.com/TaylorLorenz/status/1938315947577921676 @Hasanabiprod, "Ethan Klein has just blatantly admitted to extortion. He demands that Hasan pay $75,000 in legal defences so that Twitch streamer SeanDaBlack can avoid a lawsuit.," *Twitter/X* (27 Jun. 2025), https://x.com/hasanabiprod/status/1938744574412784093; u/dsbatt01, "Jesus Christ man," *r/LeftoversH3* (28 Jun. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ln3gb1/jesus_christ_man/.

[120] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=ufKhndJnqN6v1AGR&t=10597 [2:56:37-2:58:05].

[121] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=ceAyapgE2YlPOUyC&t=11033 [3:03:52-3:05:00]; H3 Podcast, "My Haters Are Trembling (Because I'm Back, Baby!) - H3 Show #163," *YouTube* (7 Jul. 2025), https://www.youtube.com/live/OvO4Q5Nc8wY?si=JRF-_Ua2TYZvY66V&t=9354 [2:35:54-2:36:21]; Shrivastava, Aarnesh, "Ethan Klein shows alleged message suggesting that r/h3snark moderators are being removed amid recent controversy," *Sportskeeda* (19 Feb. 2025), https://www.sportskeeda.com/us/streamers/news-ethan-klein-shows-alleged-message-suggesting-r-h3snark-moderators-removed-amid-recent-controversy.

and that has already been resolved by banning the offending user from our moderation team and the subreddit.[122]

172.    Ethan, Hila, and their employees directed their audience to overwhelm our forum and mass report us,[123] and they harass users who interact with our subreddit and other subreddits the Kleins associate with us.[124] Ethan repeatedly claims we knew of, committed, and covered up "crimes" against them.[125] He frequently accuses the current moderation team of doxxing him,[126] and he continues pinning the actions of past moderators to the current moderation team.[127] To be clear, we have absolutely no tolerance for these actions. Ethan and Hila concocted conspiracy theories about us colluding with Reddit administrators,[128] being Reddit administrators and the CEO,[129] being involved with other subreddits to coordinate

---

[122] HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=w0PAmqqLKChetaKQ&t=9624 [2:40:24-2:46:00].

[123] H3 Podcast, "Debating Fresh & Fit - Off the Rails #108," *YouTube* (13 Mar. 2024), https://www.youtube.com/live/lPl1XTHQsHA?si=s-qVyPjrhxQGc3hG&t=2215 [0:36:55-0:37:18].

[124] H3 Podcast, "Cody Ko Exposed By D'Angelo Wallace, Boogie Lied About Having Cancer lol - H3 Show #29," *YouTube* (15 Jul. 2024), https://www.youtube.com/live/gyIIayEQN3E?si=Pg0587XIaiZnDfum&t=4270 [1:11:10-1:12:28]; u/BolsonaroPresoAmanha, "Ethan Klein shares picture of redditor on his Instagram implying she's ugly. She is now getting death threats," *r/FauxMoi* (8 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j6no6c/ethan_klein_shares_picture_of_redditor_o n_his/.

[125] H3 Podcast, "My War Against Snark - H3 Show #120," *YouTube* (11 Mar. 2025), https://www.youtube.com/live/wWG9Msgmnh4?si=ZwvEuXZW_nW_03Tc&t=6860 [1:54:17-1:55:35]; H3 Podcast, "Crew Intervention – H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=GQshZ753Db-9UESq&t=11236 [3:07:16-3:07:31].

[126] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=9CRmsSC9HR4Ne76a&t=4076 [1:07:56-1:08:01].

[127] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=RIjFiAhh6wIscuLF&t=11150 [3:05:49-3:06:30]; H3 Podcast, "My War Against Snark - H3 Show #120," *YouTube* (11 Mar. 2025), https://www.youtube.com/live/wWG9Msgmnh4?si=zZRwkAD1erjDgFe6&t=6857 [1:54:17-1:55:35].

[128] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?si=yhwWDpc8Cz7Y3nwX&t=5380 [1:29:40-1:29:52].

[129] H3 Podcast, "Debate debrief, snark subreddit & more - See You Next Thursday #63" (Members Only), *YouTube* (14 Mar. 2024),  https://www.youtube.com/live/gbS9m1ZowWY? [0:33:08].

KRONENBERGER ROSENFELD

negative coverage of them,[130] being similarly involved across other platforms beyond Reddit,[131] and being involved with companies they lost sponsorships with because their advertisements were shown on our subreddit.[132] They accuse every single person or thing that criticizes them of frequently visiting our subreddit and participating in our supposed conspiratorial organization against him.[133]

173. The following are examples of what Ethan and Hila Klein have done to their targets and how they use their audience against them: On the r/h3h3Productions subreddit that the Kleins moderate, an H3 fan created and posted a list of the names of people who donated to a charity event for Ethan to go through and study.[134] This charity event was specifically targeted because Ethan persistently talks about, criticizes, and pesters the streamer who hosted the charity event. Ethan knowingly allowed a journalist's stalker to make public and inappropriate comments about the journalist on the official r/h3h3Productions subreddit while Ethan was in a public argument with them.[135] H3's fans sent threats to the venues of

---

[130] H3 Podcast, "Reading Insane Redditor Confessions - H3 Show #109," *YouTube* (12 Feb. 2025), https://www.youtube.com/live/A8MzE_Pr9Xl?si=T_hYucmEMe6nGLA&t=8903 [2:28:23-2:30:19]; H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=g-LYd6gb0oZtIKsR&t=11570 [3:12:50-3:13:50].

[131] H3 Podcast, "Content Nuke: Markiplier - H3 Show #103," *YouTube* (29 Jan. 2025), https://www.youtube.com/live/oDdnL6Pd9qU?si=0OVSGvAnJbIlGXYr&t=6537 [1:48:57-1:49:02, 2:18:59-2:19:18].

[132] H3 Podcast, "Olivia Explains The Blake Lively Drama To A Room Full Of Haters - H3 Show #46," *YouTube* (23 Aug. 2024), https://www.youtube.com/live/gGIoHnFwsRc?si=9-kNWHt3Qxmhggnr&t=5822 [1:37:02-1:38:44].

[133] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=dh3ILqU52FssT5qM&t=11363 [3:09:23-3:10:56]; H3 Podcast, "Debate debrief, snark & more - See You Next Thursday #63" (Members Only), *YouTube* (14 Mar. 2024), https://www.youtube.com/live/gbS9m1ZowWY [0:33:08-0:47:40]; HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=ai4UeZc1wUjiA6kN&t=8293 [2:18:13-2:22:12].

[134] u/InformationSlow9435: "H3 Foot Fungus hard at work today created a 7600 line spreadsheet for Dear Leader to track every single CC3 Stand Up To Cancer-Donation & also DOXX the Donors," *r/LeftoversH3* (7 May 2025), https://www.reddit.com/r/LeftoversH3/comments/1kh0u0u/h3_foot_fungus_hard_at_work_today_created_a_7600/.

[135] @TaylorLorenz, "Ethan Klein knows I have a psychotic and dangerous stalker who continues to endanger my physical safety. My stalker is heavily involved in Ethan's reddit community

a YouTube creator's tour stops because the YouTube creator was not supportive of Ethan and Hila anymore.[136] Ethan has threatened critics with doxed information about their names, ages, locations, professions, and relationship statuses on Ethan's Instagram stories and through emails,[137] including a person whose mother Ethan had previously tried to show on his podcast.[138] This victim's family received rape threats and allegedly a bomb threat shortly after the livestrean,[139] and the person's nude photos were shared without their consent on r/h3h3productions.[140] This was all done because that person posted a negative comment on Hila's Instagram post. Ethan expressed that he will continue harassing people even at their lowest as he proclaimed, "I'm stomping, I'm punching down. I'm never done."[141]

174.    The following is also what they do to some people more than others: Ethan has repeatedly

---

(something I flagged to Ethan). And now Ethan has posted messages naming my stalker to his stories. This is sick," *Twitter/X* (23 Jun. 2025), https://x.com/TaylorLorenz/status/1937304028259778662.

[136] Adam McIntyre, "ethan and hila klein need to stop," *YouTube* (12 Mar. 2025), https://youtu.be/CvfVypv7ypQ?si=c2QKk8Pvz92pCpoD.

[137] @KweenInYellow, "Ethan Klein continues in his meglomaniacal campaign…," *Twitter/X* (14 Jul. 2025), https://x.com/kweeninyellow/status/1944871862338474238 @eb_basement, "Ethan Klein sent me a doxxing threat…." *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936088757087699263 u/fearless_letter7279, "Ethan is standing on business," *r/h3h3productions* (18, Jul. 2025), https://www.reddit.com/r/h3h3productions/comments/1m3b1d1/ethan_is_standing_on_business.

[138] H3 Podcast, "I Hired a Rabbi To Destroy My Yeezys - H3 Show #116," *YouTube* (28 Feb. 2025), https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51-0:38:18].

[139] @Awk2000, "Ethan Klein is beefing with someone who called him out on IG The anti fan made a TikTok alleging that H3 fans called in a "bomb threat" to his mother's school He deleted the TikTok shortly after…hinting that it could have been a publicity stunt," *Twitter/X* (1 Mar. 2025), https://x.com/Awk20000/status/1895766293967745287 Deleted User, "Ethan Klein intentionally doxxed a random guy on Instagram last week with the goal to have his fans go harass him, and the guy is still receiving threats from Ethan's rabid fans, comments treating his family are being left on his underage sisters Instagram page," *r/Fauxmoi* (9 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j7duqx/ethan_klein_intentionally_doxxed_a_random_guy_on/.

[140] Deleted User, "[deleted by user]," *r/h3h3productions* (21 Mar. 2025), https://old.reddit.com/r/h3h3productions/comments/1jgs9c1/deleted_by_user/?share_id=bJ34pJ_WgMUqcNweI_pAP-.

[141] H3 Podcast, "iDubbbz & Anisa Attack the Crew (We Annihilate Them) - H3 Show #190," *YouTube* (12 Sept. 2025), https://www.youtube.com/live/CuVl0DWIZj8?si=VhpIo52yNomMW-_4&t=8665 [2:00:40-2:00:52; 2:24:25-2:25-08].

called his critics terrorists and terrorist supporters.[142] Ethan and Hila pushed the false idea about the mother of a critic being a "housekeeper who's undocumented".[143] They downplayed and mocked their fanbase's utilization of federal forces against a critic.[144] Ethan baselessly called one producer a pedophile with racially charged undertones, with the producer subsequently receiving harassment from the Kleins' fanbase to the point where the producer contemplated suicide.[145]

175.    Ethan and Hila hired someone who stalks their targets for them, which we suspect includes us.[146] Ethan joked about having an "anthrax hookup" and said that he just needs "addresses" while talking about how to handle criticism.[147] Ethan said he would annihilate us.[148] Their employee named Dan Swerdlove told their audience to "stand back and stand by" regarding doxxing us.  Ethan said he loves harassing and trying to dox us, and he alluded to knowing private and unshared things about us. He said he will make us lose everything we love. While

[142] H3 Podcast, "I'm Going To War With The Entire Internet - H3 Show #115," *YouTube* (26 Feb. 2025), https://www.youtube.com/live/bq4Bq0KXlGE?si=Iy99NpLtJn_wWrGA&t=8386 [1:15:25-1:15:37; 2:19:46-2:20:07]; u/CheeseandAdderall, "Ethan claims Noah wants ppl to k1ll him. Also calls for his audience to tip Noah off to the FBI," *r/LeftoversH3* (26 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jkvolx/ethan_claims_noah_wants_ppl_to_k1ll _him_also/ (Plaintiff cut segment from H3 Podcast, "Noah Samsen Is F*cked - H3 Show #127," *YouTube* (26 Mar. 2025)); @r43r77, "Ethan Klein should save that talk for the bedroom lmao," *Twitter/X* (6 Aug. 2025), https://x.com/r43r77/status/1953133314790797350.
[143] H3 Podcast, "Blake Lively BUSTED Again, Hasan Piker BUSTED Again - H3 Show #125," *YouTube* (21 Mar. 2025), https://www.youtube.com/live/bTXSqLY3SpM?si=L8pvoqLO9Gt_WFpY&t=11535 [3:12:15-3:25:00].
[144] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=Z1gcD5pZF26jRPux&t=8660 [2:24:20-3:02:06].
[145] Paige Christie, "ETHAN KLEIN DROVE A MAN TO BE SU***DAL?! | The Disturbing Story Of Patrice Wilson," *YouTube* (17 May 2022), https://youtu.be/qhvDUgn3sy0?si=J3xq-nVvPx5hcFCK&t=1911 [0:31:50-1:11:27].
[146] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?si=DM5y-3kg3xcDUlNS&t=1041 [0:17:21-0:18:05; 0:21:17-0:22:15].
[147] Steve-O's Wild Ride! - Podcast, "Ethan Klein Is Sick Of Lawsuits - Wild Ride #223," *YouTube* (11 Jul. 2024), https://youtu.be/RqAyJx9WEdc?si=I9KZJbXL7NougIWn&t=969 [0:16:09-0:16:37].
[148] H3 Podcast,  "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=wFbQ2YXiojWUq5LG&t=11251 [3:07:31-3:07:55; 3:21:25-3:25:00].

KRONENBERGER ROSENFELD

talking about unmasking us by somehow getting our information from our lawyer, an employee named Tom Ward said on their live show that Nair, a corrosive chemical substance, should be poured on our faces, and Ethan himself said that he wants to feast on our ashes.[149]

176.  With the support and help of their employees, if Ethan and Hila get our identities, they will gleefully harass, smear, and hurt my family and me by posting us on their Instagram stories and showcasing my family's online profiles as they have done to other families. They do not care that their audience has threatened their critics and their families with rape, physical harm, surveillance, false reports, unlawful deportation, terrorism, and death on their behalf. In my opinion, they look forward to getting to do these things to me, my moderation team, and our families. They will not treat me any differently than the people who suffer from the Kleins' deliberately ignorant misinformation about them, saying things that could get someone hurt or killed in today's sociopolitical climate with no consideration. I cannot even describe some things that have happened to me because Ethan and Hila will use specific details to try and figure out who I am, or accuse someone else of being me and inflict collateral damage.

177.  The stochastic terrorism that Ethan and Hila wield from their platform has taken away my voice, my privacy, and my sense of safety within my own home and community. There is no reason to believe that Ethan and Hila's unmasking of my identity will lead to mitigation; it will only lead to suffering disproportionate to what they are accusing us of.

178.  I say all of this knowing the predictable likelihood that Ethan and Hila may read, mock, and make money off of my suffering to thousands of viewers on their livestream, but it needs to

---

[149] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," *YouTube* (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8?si=2WLGv_iifntnStnM&t=7653 [2:07:33-2:12:25].

KRONENBERGER ROSENFELD

be said because my experience with the Kleins is not at all extraordinary. Ethan and Hila treat their cowardly attempts to control other people's public opinions of them as "content" by spending hours shamelessly harassing, spreading false information, and bullying countless people on their podcast. Their notoriety is not unearned, and we are not their last victims they will haunt online. Ethan and Hila are fixated on finding out who we are, and they will never let go of us.

179. We largely ceased our subreddit activities in February of 2025,[150] in response to Ethan's chilling monologue about discovering who we are and ruining our lives. As stated in our last message on our subreddit,[151] we genuinely believe that Ethan is at a point of no rationality behind his actions except spite, revenge, and an inappropriate and terrifying obsession with those who have "wronged" him. It is not acceptable behavior and has been excessively used against us. However, Ethan is consistently coddled and encouraged by Hila, his employees, his audience, and others to continue his public attacks and threats against us despite our halt of activity.

180. After threatening us, they then attempted to smear us by attributing an alleged visit from the Department of Children and Family Services' Emergency Response Unit in Los Angeles[152] to either the collective whole of our subreddit, other subreddits they vaguely also describe as "the snark" which was first used to describe us, or directly to us, the moderators.[153] When

---

[150] u/h3snarkmodteam2: "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.

[151] u/h3snarkmodteam2: "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r_h3snark/.

[152] u/NoClimate322, "Ethan produced a picture of a CPS worker's business card. That's all.," r/LeftoversH3 (30 Apr. 2025), https://www.reddit.com/r/LeftoversH3/comments/1kb9us6/comment/mpss7gt/

[153] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8?si=9oCKJH5lhlPyLIs8&t=10724 [2:58:44-2:59:33]; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025),

that smear did not get us taken down, they then suggested that an honorary moderator of a subreddit they often conflate with us sent them human remains,[154] again not providing sufficient evidence that we had anything to do with it. And when that conflation did not get us taken down, then they falsely claimed we were actively trying to get one of their employees deported.[155] Over and over again, they exaggerate and distort and lie, knowing their fan base will not question their complaints and take action against us on their behalf. To be clear, we did not do any of these things.

181. This is not unique to us. Ethan and Hila continuously instigate and drag people back into their drama for reactions and "content", even if it has been months or years after their target has stopped responding.[156] They pressure others into not criticizing them, and those who do are mass reported, harassed, overwhelmed, and doxed by them and their audience members, over and over again into submission. After repeatedly harassing and insulting their critics for hours on the podcast live shows, they and their employees then have the audacity to ask why their "enemies" digitally block and ban them.[157] In my observations, they do not consider any of their behavior to be detrimental to themselves or others, and they do not care

https://www.youtube.com/live/xu3obq7ssQ0?si=p7PVQQJ9pYfycxmr&t=9451 [2:37:31-2:37:39]; @mattlieb, "I'm 100% against anyone calling CPS on YouTubers they don't like. *48 hours of being harassed by Ethan Klein later* We gotta save them kids.," *Twitter/X* (13 Mar. 2025),https://x.com/mattlieb/status/1900243036283822141.

[154] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I?si=ghPVPHeaMi2wnH4s&t=521 [0:08:41-0:09:06; 0:20:15-0:20:49].

[155] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=zxjh_FQf6G7m0Gpq&t=9439 [2:37:19-2:37:31].

[156] Trisha Paytas has not spoken to or about Ethan and Hila Klein since the end of their show *Frenemies* and aftermath in 2021; H3 Podcast, "Vaush Exposed For Messaging A Minor (Allegedly) - H3 Show #171," *YouTube* (25 Jul. 2025), https://www.youtube.com/live/VWvv5Y7JPR0?si=IEipRsJUWFsRNOR5&t=11770 [3:16:10-3:17:20].

[157] H3 Podcast, "IDubbbz Is A Stinky Lazy Loser - H3 Show #181," *YouTube* (18 Aug. 2025), https://www.youtube.com/live/_yjPuaIvLj4?si=eQHn-zV3WfY09me5&t=4988 [1:23:07-1:24:07]; H3 Podcast, "Dear IDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?si=AI_fRSXYd7104X88&t=4104 [1:08:24-1:08:50].

KRONENBERGER ROSENFELD

to be truly honest about other people to their audience.

182.    I do not believe any of this will end even with a hopefully successful motion to quash because Ethan, Hila, his employees, and his fanbase will likely and predictably devise other ways to obtain our information. This is a pattern with the Kleins. This is how they generate their income, this is how they get views, and this is how they obtain their personal entertainment. They will continue to menace us and others until someone or something forces them to stop.[158]

183.    This is not about copyright infringement, because if it was about copyright infringement, I would have expected that Ethan not gleefully gloat about how they have essentially "kept her mouth shut" regarding a defendant, scolded her for not handling the case the way he thought she should, and boasted about garnishing her wages.[159]

184.    If this was about copyright infringement, I would have expected that Ethan would not have pettily revealed private information about a potential settlement with a defendant on his Instagram story, scoffed at the idea that he is causing financial torment with these lawsuits by deliberately ignoring how expensive lawyers can be, and unfoundedly insisted that she instead spent the money she raised for her legal fees on drugs.[160]

185.    If this was about copyright infringement, I would have expected that Ethan would not joke

---

[158] Knapp, JD. "YouTuber Ethan Klein Loses Anti-SLAPP Appeal in Producer Ryan Kavanaugh Defamation Case," *The Wrap* (6 Apr. 2025), https://www.thewrap.com/youtuber-ethan-klein-loses-appeal-producer-ryan-kavanaugh-defamation/; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=uFvutnmWhNz-ycBs&t=12100 [3:21:40-3:25:40].

[159] H3 Podcast, "About The Frogan Lawsuit… - H3 Show #172," *YouTube* (28 Jul. 2025), https://www.youtube.com/live/YiGfOEj9K0U?si=esdbksFKjZMaluG5&t=9638 [2:40:38-2:56:30].

[160] @kaceytron, "I did a macrodose of psilocybin yesterday, my intuition is on fire… all of my tarot pulls were that of a big win for myself. Oh Ethan Klein, you fool. Your victim complex just met its match, I am an innocent white woman. See you and Hilda in court!," *Twitter/X* (14 Sept. 2025), https://x.com/kaceytron/status/1967397590594662785 H3 Podcast, "Responding to Denims, iDubbbz & Anisa - H3 Show #191," *YouTube* (15 Sept. 2025), https://www.youtube.com/live/yvuLMQwNCq4?si=m-AhODp9sz1vRq_I&t=1119 [0:18:39-0:35:50].

KRONENBERGER ROSENFELD

1    and flaunt that he has a defendant's address as a direct result of suing her, nor that he would

2    encourage his employee, AB Ayad, to also begin copyright infringement lawsuits against

3    her while she was publicly responding to AB's unsubstantiated claim that she was

4    blackmailing and threatening AB and his wife.[161]

5   186.  If this was about copyright infringement,  I would have expected that Ethan would not have

6         said that these lawsuits would not actually go to court, showing that the intent of these

7         lawsuits are to get our information through either "creative settlement offers and stuff"  with

8         the defendants, whom he wrongly thinks has our identities, or a subpoena, which is where

9         we are now, before dropping the cases.[162]

10

11  187.  They are humiliating and punishing their non-wealthy victims by abusing their influence

12         and platform throughout these lawsuits. That includes us. We have not been able to fundraise

13         for our own legal fees because of Ethan and Hila's persistence in finding out who we are,

14         making it dangerous. We have relatively little public attention or support because of our

15         relation to the case and lack of public presence. However, we are just as impacted as the

16         named defendants. Ethan and Hila are hurting us just as much as they are hurting them by

17         disrespecting our boundaries, private information, and financial situations.

18

19  188.  These lawsuits and our forced participation in them are ridiculous and should have never

20         made it to this stage.  I am angry and frustrated that I am required to waste a significant

21         amount of my own income and savings just to protect myself and my moderation time from

22         the Kleins, while the Kleins can comparatively throw a meager fraction of their millions of

23         dollars at the legal system to ruin our lives for criticizing them.

24

25

26  [161] H3 Podcast, "Responding to Denims, iDubbbz & Anisa - H3 Show #191," *YouTube* (15 Sept.
     2025), https://www.youtube.com/live/yvuLMQwNCq4?si=CJMMKFu3jLoJ3f-4&t=6608
27  [1:10:22-1:10:35; 1:50:10-1:50:45].
     [162] H3 Podcast, "I'm Loving The Reactions To The Lawsuits (Final Episode) - H3 Show #162,"
28  *YouTube* (20 Jun. 2025),
     https://www.youtube.com/live/iwwSERCF_Gk?si=wdWmNoAFVpZ7J2VE&t=6360 [1:46:00-
     1:46:26].

KRONENBERGER ROSENFELD

189. I stress, once again, that Ethan and Hila should not be allowed anywhere near our identities. They are not trustworthy people.

190. Ethan claimed that if our personal and private information becomes public because of his lawsuits against us, that he "literally cannot help it" if his fanbase and the general internet space attacks us, threatens us, and hurts us.[163] Yet, he primes his audience by painting us as people who want to harm them and their families, who have done "crimes" to them, and who deserve to face consequences if Ethan and Hila get our identities.  There is no question as to what their audience has already deduced from Ethan's inciting words and actions, and there is no question as to how their audience will respond to our identities being unmasked.

191. I can only sincerely hope that the Court recognizes Ethan and Hila's legal actions for what they are – thinly veiled attempts to obtain our personal information for malicious intent hidden behind a flimsy case of copyright infringement. It is a grave mistake to enable Ethan and Hila Klein, as they have been enabled many times, by denying our motion to quash.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025                     By:    s/ Doe
                                                          Doe

---

[163] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=w7MD1dgMnE6Wa3eQ&t=11491 [3:11:30-3:12:240].

KRONENBERGER ROSENFELD

## <u>DECLARATION OF DOE</u>

I, Doe, do hereby declare:

192.    I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts outlined in this declaration, and if called to testify, could and would do so competently.

193.    Your Honor, I respectfully submit this Victim Impact Statement under seal due to a profound and well-founded fear for the safety of myself, my family, and my fellow moderators.

### Background and Association with H3Snark

194.    I was a long-time viewer and contributor to the r/H3Snark subreddit before becoming a volunteer moderator. I was initially drawn not to the host, Ethan Klein, but to the community whose live chats were always fun and positive. Most of the members were former fans who wished to engage in critical discussion about his podcast. This was especially true as the show's content devolved from creative commentary into what I perceived as a daily, targeted attack on a rotating cast of "enemies."

### H3Snark Moderator Duties & Responsibilities – My Role

195.    My role as a moderator was unpaid and centered on upholding community rules strictly prohibiting harassment, bullying, doxxing, and bigotry. My purpose was not to spread hate or incite harassment, but to facilitate respectful discourse. Our subreddit served as a necessary space for viewers who had been systematically banned from the main H3 subreddit for even mild criticism or participating in the H3Snark subreddit.

### Response to Ethan and Hila's Claims of Community Conduct

KRONENBERGER ROSENFELD

196.    The plaintiff's characterization of our community is a fiction. We successfully fostered a space for civil, engaging discussion, a fact that stands in stark contrast to the plaintiff's own documented conduct on his various platforms including his own subreddit with over 500,000 members which both Ethan and Hila are mods of. Their claims of coordinated harassment are demonstratively false. This is further contradicted by Reddit's own findings that H3-controlled subreddits, not ours, were guilty of platform violations. [164]

**Primary Objective of Litigation: Compelled Identification of Anonymous Critics**

197.    Ethan Klein has made his hatred for "snarkers" a central theme of his show. This lawsuit is not an isolated action but the escalation of a sustained, public campaign of intimidation against anonymous critics. His actions demonstrate a clear intent to abuse the legal system to uncover our identities:

197.1.    Ethan has publicly threatened to use litigation as a means to discover who we are so we "lose everything," pursuing this after failed attempts to obtain our information from Reddit.[165]

197.2.    On July 11, 2025, he and Hila Klein openly admitted to "abusing the DMCA process," boasting how easy it was to file false claims in an attempt to unmask us[166].

197.3.    He has propagated baseless conspiracy theories, falsely declaring H3Snark mods run several subreddits including r/youtubedrama, r/Fauxmoi, and

---

[164] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I?si=uew2D9DdBz5qRZt3 [2:11:07-2:12:30]; u/Classic-Carpet7609, "Ethan Klein says Reddit refuses to remove his snark subreddit because they don't see the difference between the snark subreddit and his own subreddit," *r/Fauxmoi*, https://www.reddit.com/r/Fauxmoi/comments/1k4qyxt/ethan_klein_says_reddit_refuses_to_remove_his/. Archived: http://archive.today/PPRin.
[165] HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=yakdsrY8Z4jXKn-T&t=9567 [2:39:27-2:46:00].
[166] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul 2025), https://www.youtube.com/watch?v=xu3obq7ssQ0 [2:56:53-3:00:00].

KRONENBERGER ROSENFELD

r/therewasanattempt[167]. Ethan further claims we are coordinated and funded (by Reddit) "cabal" that moderate numerous large subreddits to attack and gaslight him[168]. We closed down the sub for a break, shortly after we made the choice to close for good, citing Ethan's rapidly declining mental health.[169]

197.4.    He has bragged about finding a "mole" among the H3Snark moderators[170].

197.5.    He has explicitly stated his intent to expose us to our "friends, family, workplaces, and schools" to inflict maximum personal and professional damage.[171]

   197.5.1.    *"If there's any justice in the world [the H3Snark mods] will lose everything that they care about and I will be the one who makes them lose those things… through legal means. Through any legal means."[172]*

197.6.    Ethan has claimed that if not for H3Snark, he wouldn't be suing the three main creators named in these complaints.[173] Ethan's conflict with r/h3snark has been reported on by others who have commented on the escalation.[174] Below are two

---

[167] H3 Podcast, "I Can't Handle This Anymore - H3 Show #111," *YouTube* (17 Feb. 2025), https://www.youtube.com/live/N2W4RJ2tEnY?si=aJ6e7_vw6sAl8tKN [2:37:27-3:09:33].

[168] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:10:24-3:12:07].

[169] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r h3snark/.

[170] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [03:04:00-03:05:20].

[171] Mukherjee, Shreyan. "Ethan Klein and r/h3snark subreddit controversy: What exactly happened?," *Sportskeeda* (18 Feb. 2025), https://www.sportskeeda.com/us/streamers/ethan-klein-r-H3Snark-subreddit-controversy-what-exactly-happened.

[172] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:21:43-3:21:56].

[173] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?t=9475s [2:37:55-2:38:49].

[174] Mukherjee, Shreyan. "Ethan Klein and r/h3snark subreddit controversy: What exactly happened?," *Sportskeeda* (18 Feb. 2025), https://www.sportskeeda.com/us/streamers/ethan-klein-r-H3Snark-subreddit-controversy-what-exactly-happened.

KRONENBERGER ROSENFELD

screenshots taken of Instagram Stories published by Ethan that reveal his intent to dox or otherwise "expose" the moderators and shows he seeks to intimidate them by hinting at knowing information about them.



198. He has created subreddits for the admitted purpose of harassing and "trolling" us, directly inciting his massive audience against a handful of individuals.[175]

199. This pattern is well-established. Ethan's previous campaigns against critics, such as Ryan Kavanaugh, involved creating an allegedly slanderous website and inciting a years-long harassment campaign, providing a terrifying blueprint for his intentions for us. [176]

**Content Nuke - Hasan Piker | Attacking Criticism, Not Infringement: The Mods' Fair Use**

---

[175] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Oct. 2024), https://www.youtube.com/live/U8H6UK4gWXM [1:01:28].

[176] Alford, Aaron, "'This is legal harassment:' Podcaster Ethan Klein sued yet again, this time for defamation," *InvenGlobal* (2 Dec. 2021), https://www.invenglobal.com/articles/15855; "Triller V Ted," *SCRIBD* (n.d.), https://www.scribd.com/document/552882346/Triller-v-Ted.

**Defense**

200.  It's easy to forget that copyright infringement is the purported basis for this complaint, given all the theatrics surrounding and included in this case. At its core, I do not believe the infringement claims hold water against Does. The way we ran H3Snark, was with fair use in mind. Under all our posts was an Auto-Moderator comment explaining we don't tolerate copyright infringement[177], and we also made comments encouraging people to make transformative content[178] with the knowledge Ethan is filing DMCA takedowns for any post he disagrees with.

 **AutoModerator** **MOD** · 7mo ago · 🔒

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

201.  It is my understanding that for the plaintiff's claim to be valid, we would have had to knowingly post links to reaction streamers that we knew would play the full video uninterrupted. To be clear, I did not watch Denims or any of the other content streamers when we posted the Megathreads. It seems as though plaintiff tried to apply *Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017)*[179] without regard to the fact that case was about pre-produced edited videos; live reactions differ in several ways. Plaintiff's attempts to

---

[177] "Wiki - Rules," *r/h3snark* (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules.
[178] Deleted User, "False Copyright Strike Tracker Megathread | Ethan Klein is Abusing the Copyright System to Censor Criticism about Himself and the H3 Podcast on Reddit," *r/h3snark* (6 Dec. 2024), https://www.reddit.com/r/H3Snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/.
[179] *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017) https://scholar.google.com/scholar_case?case=2848981554479469205&q=hosseinzadeh+v+klein&hl=en&as_sdt=2006.

KRONENBERGER ROSENFELD

"surgically apply fair use"[180] appear driven by a motive to suppress criticism, as evidenced by the complaint's strategic focus on takedowns of critical posts, specifically. The moderators and I ran a critique and commentary subreddit. By its nature it was a form of protected speech. Even saying we "hate watched" the show, still makes it a form of critical engagement and commentary that ultimately drives traffic back to TEI's content.

### Potential Harms & Consequences of Unmasking my Fellow Does and I

202.    My fear of repercussion if I am unmasked is not hypothetical. The plaintiff has a documented history of inciting his followers to target critics, which can turn—and has turned, for others—into real-world consequences. This incentivization extends to his employees.  One example includes his own employee, AB, on air pulling up an individual named Joe Coope's profile in this episode . This is a regular occurrence on the show, where Ethan recaps things he posts on Instagram. Ethan and his crew will look through the Instagram comments, attempting to locate a commenter with a public profile to go through on air. In this particular case, Ethan and his crew go on to make fun of Mr. Coope's appearance and posts, and encourage the show's fans to target this individual. At the same time, Ethan has a researched on staff (AB) trying to dig up whatever information he can to pass on to Ethan for him to share on air. Later, Ethan tried to show Mr. Coope's mother on the stream as well, stating, "Here's your mom, I wonder if she knows what you do on social media in your free time…" Later, Ethan tried to show Joe's mom on stream as well[181].

---

[180]Compl. ¶ 34
[181] *I Hired a Rabbi To Destroy My Yeezys - H3 Show #116*
https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51 - 0:38:18]



203.    If our identities are revealed, I have no doubt we will be subjected to sustained, vicious harassment from his followers. He has dismissed concerns about this violence as "snark-brained,"[182] making the threat feel imminent.

## Using the Legal System as a Tool for Klein's Personal Vendetta

204.    I do not believe Plaintiff's lawsuit was brought in good faith. Instead, it appears to me to be a weaponization of the legal system by a powerful, litigious individual with virtually limitless resources to punish and silence criticism. Ethan has admitted his obsession, stating he is "willing to go bankrupt…There's no limit that- what I will do, legally, to destroy their lives in this pursuit[183]." I feel the true motivation for filing the lawsuit is not based on copyright infringement; it is the culmination of his harassment campaign, designed to

---

[182] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KVl6LWcnTY [2:29:00-2:31:35].
[183] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:23:23-3:25:47].

achieve through the courts what he could not achieve through platform rules or honest discourse.

### The Punishing Burden: Emotional & Physical Cost

205.    The effect of being one of many targets of this obsessive campaign has been catastrophic for my mental and physical health.

### Summary and Conclusion

206.    I state this with absolute clarity: if my identity is revealed through this process, the ensuing harassment would be unbearable. Allowing Plaintiff's subpoenas to move forward poses grave and immediate danger. Allowing our unmasking would serve no legitimate legal purpose but would directly facilitate harassment and retaliation. It would reward a demonstrable abuse of process and would have a chilling effect on free speech and anonymous online moderation.

207.    The plaintiff does not care about copyright; he cares about content for his show and exacting revenge. I am certain that our statements of fear and suffering will be read and mocked on his podcast for the amusement of his audience, turning our terror into monetized content.

208.    I implore you, Your Honor, do not allow the court to become a tool for this vendetta. I urgently and respectfully ask that you quash the subpoena.


I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


DATED: September 22, 2025                         By:  ___s/ Doe___
                                                              Doe

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

209.   I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

**Personal Background and Involvement with H3Snark**

210.   I have been a long-time viewer of the H3 Podcast and an active participant in various H3-related subreddits on Reddit. My involvement grew to the point where I was invited to help moderate a new community; a subreddit called H3Snark, created specifically for criticizing the H3 Podcast.

211.   The H3Snark subreddit was born out of a need for an open space where honest critique could be expressed freely. This space emerged because the official r/H3H3Productions subreddit, overseen by Ethan and Hila Klein themselves, strictly prohibited any form of criticism. Many people, myself included, were banned without explanation or any opportunity to offer feedback. In fact, years before, I was banned from that official subreddit simply for sharing constructive suggestions and ideas for the show. I proposed new segments and skits, motivated purely by my passion for the podcast and as a dedicated fan wanting to contribute positively. Yet, rather than welcoming my input, I was met with rejection and exclusion. At no point did I intend harm or negativity; my only wish was to support and help the show grow.

**My Role as an H3Snark Moderator**

212.    From the very beginning, we recognized that the H3Snark subreddit, created to criticize or lightly poke fun at the H3 Podcast, might attract individuals who were willing to push boundaries too far. It was absolutely essential for us to foster a welcoming and positive community, one free from harassment, hate, or harmful behavior.

213.    Everything we undertook as moderators was focused on cultivating a respectful and supportive environment. We valued the voices of our members deeply, regularly seeking their feedback and seriously considering their suggestions to improve the space. For instance, early in our moderation, we strengthened our rules against body shaming and commenting on physical appearances[184]. We also made the difficult but necessary decision to ban the mention of two online personalities, Redbar and Bad Empanada, due to the nature of their content[185].

**Subreddit Moderation and Copyright Policy**

214.    One function of the custom-written AutoModerator code was to automatically remove any links to, or mentions of, alternative viewing sites such as YewTube. This was implemented on October 22, 2024, and we created a standardized response that could be applied when removing offending comments or posts that same day. We also updated the code periodically to ensure it caught all sites and apps. The ban on alternative sites, including YewTube, was also added to the subreddit's rules wiki page as of November 16, 2024. Below is our standardized response when removing alternative viewing URLs or mentions:

---

[184] Deleted User, "META: Rule 2 discussion and feedback request," *r/h3snark* (16 Nov. 2023), https://www.reddit.com/r/h3snark/comments/17wtylv/meta_rule_2_discussion_and_feedback_request/.

[185] Deleted User, "Update: we will no longer allow submissions from Redbar Radio.," *r/h3snark* (1 May 2024), https://www.reddit.com/r/h3snark/comments/1chrs4c/update_we_will_no_longer_allow_submissions_from/.

Alt Sites / Yewtu.be    Your recent submission has been removed because it contained a link to an alternative video viewing site. According to Reddit admins, links to these sites are not permitted on r/h3snark. Please ensure that any future submissions comply with our guidelines. Thank you for your understanding.    Removals

215.  We provided detailed FAQ pages, clear rules, multiple ways to contact the moderators, and links to H3Podcast's official outlets so that members could easily access content directly from the source. We also used Reddit's built-in post scheduling tool to automatically create Megathreads for every live H3 Podcast episode, which linked directly to the H3 Podcast YouTube channel.

216.  Because many members asked how to upload short video clips to Reddit for commentary, the subreddit initially shared instructions for recording and uploading short clips. These instructions were intended to redirect users and reduce the workload for moderators, who otherwise had to repeat the same answers, just as with other information on wiki pages. Most people on Reddit prefer embedded video clips within Reddit since this is the default experience and does not force users to leave the app. We did not tell or encourage members to use embedded videos, nor did we provide any incentives for them to do so.

217.  All of our practices were typical for any subreddit on the platform, and if anything, we went above and beyond to ensure we did not infringe on copyright. Every set of instructions always included a prominent disclaimer against copyright infringement, displayed at the top of the Tools and Tips Wiki page as well as below the direct instructions. Here is our Tool, Tips, and Guides Wiki page featuring a clear copyright disclaimer:



218.    All video clip making instructions were completely removed from the subreddit and wiki as of September 14, 2024, and the entire wiki page was removed on February 17, 2025. The screenshot the plaintiff included in their complaint is outdated and also appears to be purposely cropped to omit the disclaimer.

219.    On July 23, 2024, we also wrote code for an automated copyright disclaimer comment to be posted on each submission, inviting anyone who believed their copyright was infringed to contact us for prompt removal. Our intent was always to comply fully with copyright regulations. Here is our AutoModerator disclaimer at the time of Content Nuke - Hasan Piker's release:

KRONENBERGER ROSENFELD



 

**Ethan and Hila's Claims**

220.  Although Ethan and Hila have attempted to portray snark subreddits as inherently harmful by comparing them to some of the worst communities on the internet that use the word "snark" in their titles, we always believed that "snark" was the only fitting description for what we did. We did not hate anyone; we did not seek to cancel or harm anyone; our intention was purely to offer criticism and, at times, gently poke fun. This included lighthearted jabs at things like bad lighting[186], poor audio quality[187], or moments such as Hila Klein painting her face blue and wearing chapless pants with silver butt plates[188]; an image that to me felt like a scene from a Mel Brooks parody film. Below is Hila Klein wearing blue face-paint and a silver butt plate:

---

[186] Deleted User, "Ethan was making fun of the lighting on Ryan Kavanaugh's podcast but SYNT looks like this," *r/h3snark* (8 Feb. 2024), https://www.reddit.com/r/h3snark/comments/1amf0ew/ethan_was_making_fun_of_the_lighting_on_ryan/.
[187] u/chloe-et-al, "(sound warning: loud audio glitch at start) during synt #87 today, an loud static audio glitch kept happening. dan and zach blame the audience for complaining," *r/h3snark* (4 Oct. 2024), https://www.reddit.com/r/h3snark/comments/1fvs920/sound_warning_loud_audio_glitch_at_start_during/.
[188] Hila Klein, "we went all out on this photoshoot," *YouTube* (7 Jul. 2023), https://www.youtube.com/watch?v=n9NHduDvi1w [at 11:16].



we went all out on this photoshoot

Hila Klein
1.76M subscribers

**Successfully Fostering a Respectful Community**

221.    We succeeded in creating a community where no one was harassed or mocked for their weight, appearance, or any other unchangeable traits, and instead the focus remained firmly on actions and statements made within the podcast. Typical discussions addressed serious issues such as the host, Ethan Klein's, use of the n-word and other slurs, as well as topics involving sexism, racism, and homophobia.

222.    Members both within our subreddit and from other communities praised us for maintaining such a positive, respectful environment. However, we were also frequently criticized for being too strict or limiting members' freedom of expression, a price we were willing to accept to protect the integrity and safety of the space.

**This Lawsuit Has Always Been About Uncovering Our Identities**

223.   As early as 2023, Ethan Klein began making threats against me and the other moderators[189]. He threatened to sue us, warned of involving the FBI[190], and specifically threatened to sue us for defamation and hate crimes[191] in an attempt to intimidate and silence us. Klein actively pursued uncovering our identities by exploiting the legal system, employing digital forensic investigators[192], and other means to reveal who we are.

224.   Klein openly declared that he could not wait to expose our identities to our friends, family, workplaces, and schools, a threat that deeply affected our personal lives and sense of security. In addition, Klein created multiple subreddits specifically to harass us moderators, a fact he admitted on his podcast[193], and expressed frustration that Reddit removed those subreddits due to harassment. Here is one of Ethan Klein's Instagram stories on 17-02-2025:

---

[189] H3 Podcast, "Responding to hila conspiracy theories - See You Next Tuesday #50" (Members Only), *YouTube* (Nov. 31, 2023), https://www.youtube.com/watch?v=O86fRRS3I1g.

[190] H3 Podcast, "This Beauty TikToker Is Coming After Me - Off The Rails #111," *YouTube* (Apr. 3, 2024), https://www.youtube.com/live/xIl2dEZnvYQ?si=J6EUCDp78j614YPG [at 2:17:38].

[191] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:04:23].

[192] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:04:23].

[193] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024), https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].

1
2
3
4
5
6
7
8
9
10
11
12



225.    Further escalating the attack, Ethan filed DMCA strikes against the H3Snark subreddit[194],

seemingly aiming to take it down completely. On their podcast, Ethan and Hila discussed at

length how other subreddits had been dismantled through copyright strikes and outlined

these tactics as a strategy to eliminate H3Snark[195]. They also openly stated that Reddit would

only act to remove the H3Snark subreddit in the event of bad publicity[196], revealing an intent

to suppress criticism through these pressures.

## The Nuke

226.    Ethan Klein claims that we had prior knowledge of who was streaming "The Nuke" because

we were in close contact with them or involved in something more sinister. In truth, we only

---

[194] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=H5RsSUsf4JrbRAu1&t=10595 [at 2:56:35]; H3 Podcast, "We Almost Canceled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572 [at 1:33:17].
[195] Adam McIntyre, "ethan klein is trying to silence people who don't agree with him," *YouTube* (7 Jan. 2025), https://www.youtube.com/watch?v=Nbse0YwZm64 [at 2:57:18].
[196] H3 Podcast, "The BacH3lor Ep. #3 - A Romantic Boat Ride w/ Morgan (Ft. Jeff Wittek) - After Dark #141," *YouTube* (15 Mar. 2024), https://www.youtube.com/watch?v=MBDl186rta8 [at 0:43:50]; H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:25:06].

KRONENBERGER ROSENFELD

learned about these streamers through members of our subreddit community. Some of these creators occasionally posted on our subreddit or gave us shout-outs in their videos, but it is completely unfounded to suggest that we knew them personally or maintained any direct relationship.

227. Personally, I do not watch anyone on Twitch or the streamers we linked to in our posts or megathreads on H3Snark. The only reason we shared links to those streamers was because many of our subreddit members requested them; it was never because I followed or interacted with them on social media or learned information from them directly. I did not watch any of these content creators stream *Nuke* live, or watch their reactions to *Nuke* at any other time.

228. Given the large number of people watching the release of *Nuke* unfold, the other moderators and I worked diligently to combat spam, which could easily overwhelm the subreddit. To address this, we created so-called Megathreads designed specifically to reduce spam and make moderation easier by consolidating discussions into a single, organized place.

229. On H3Snark, every single post, without exception, must be manually approved by a moderator before it appears. This process applies not only to new users or specific cases, but to every post, requiring significant effort from our team. If users cannot quickly find the information they seek, they tend to create multiple posts on the same topic. Without strict moderation, this would lead to chaos and make managing the subreddit far more difficult. It is much more efficient for moderators to focus attention on a single consolidated post containing 99 percent of related discussion, rather than moderate hundreds of scattered posts on the same subjects.

**What Would Happen If We Were Unmasked**

230. The repercussions if we are unmasked are not hypothetical; it is a harsh reality I know we would face. If our identities were revealed, I am certain we would become targets of

1    swatting, a dangerous and potentially deadly harassment tactic.

2    231.    This threat is made even more real by the hateful rhetoric found on platforms like Kiwi

3    Farms, which has already been connected to the deaths of three individuals[197]. On such sites,

4    some people openly declare that myself and the other moderators deserve whatever harm

5    comes our way. I have provided examples of such posts from Kiwi Farms in screenshots

6    below. Their belief stems largely from false accusations that we contacted Child Protective

7    Services to take Ethan and Hila's children away, an accusation Ethan Klein himself has

8    repeatedly made on his podcast[198][199]. He consistently blames "the snarkers" and the "snark

10   subreddit" for this claim, as well as for packages containing human skulls, he alleges were

11   sent to his home[200]. Relevant screenshots from Kiwi Farms with corresponding URLs are

12   included below, paragraph 233.

13   232.    Additionally, at the time these claims were made the H3Snark subreddit had been shut down

14   and was entirely inactive. I swear that I nor the subreddit had anything to do with these

15   events and were not responsible for them in any way. Below are screenshots of Ethan and

17   Hila accusing "Snark" of reporting their household to CPS, Ethan claiming that "snarkers"

18   sent two human skulls to his house and an Instagram story of Ethan's claims the H3Snark

19   subreddit is responsible for reporting their household to CPS.

---

[197] Colombo, Charlotte, "Kiwi Farms, the forum that has been linked to 3 suicides, was made to troll Chris Chan years before she was arrested on an incest charge," *Insider* (3 Aug. 2021), https://www.yahoo.com/entertainment/inside-history-kiwi-farms-controversial-194906787.html.
[198] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=p7PVQQJ9pYfycxmr [at 2:37:31].
[199] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/watch?v=ZDnseOSdk_8.
[200] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/watch?v=doGqfGdpV_I.

KRONENBERGER ROSENFELD







233.    Evidence strongly suggests these human skull packages were a hoax, likely sent by Ethan

and Hila themselves. Images shared publicly, including those by journalist Taylor Lorenz,

show the skulls arriving in a box clearly branded from skullsunlimited.com[201]. Ethan's story, that he believed the box contained computer parts and that the FBI investigated but advised him to keep the skulls, is contradictory and casts further doubt on the legitimacy of his claims. Furthermore, his producer claims he contacted the company and returned the items[202], deepening suspicions that this was a staged event designed as a media hoax to fuel a lawsuit against us, justify arrests, or incite harassment by his supporters, as seen in discussion threads across Kiwi Farms[203] and other forums, as shown in three screenshots below. Also shown is a screenshot of tweet from Journalist Taylor Lorenz showing the skulls' original packaging.[204]



*https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22144981*

---

[201] @TaylorLorenz, "As annoying as it is when Ethan Klein blatantly lies about me, I've seen people saying that he also lied …," *Twitter/X* (19 Jun. 2025), https://x.com/TaylorLorenz/status/1935668136222896130.

[202] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/watch?v=doGqfGdpV_I.

[203] Diabeetus, "Ethan Klein / h3h3Productions / 'pedo_troll,'" *KiwiFarms*, https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/.

[204] @TaylorLorenz, "As annoying as it is when Ethan Klein blatantly lies about me, I've seen people saying that he also lied …," *Twitter/X* (19 Jun. 2025), https://x.com/TaylorLorenz/status/1935668136222896130.

127



*https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22145615*



*https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22146098*

234.    If this is true, and Ethan and Hila did order the skulls themselves, it reveals just how far they

are willing to go to inflict harm on us through harassment, deception, and legal intimidation.

235.    The attempts to silence and intimidate us extend beyond these alleged hoaxes. Ethan has

admitted on his podcast to creating subreddits dedicated to harassing moderators of H3Snark[205]. He has also claimed to have a mole within our moderation team[206], from whom he unlawfully obtained private messages that he then read publicly without consent[207]. This blatant invasion of privacy underscores the extreme and unethical lengths Ethan and Hila are willing to pursue in order to target and intimidate us.

### The Threat of Confidentiality Breach and the Inability to Pursue Justice

236.    If Ethan or Hila were to somehow discover my identity, I am certain they would not keep it confidential. Ethan would likely share it with prolific doxxers who lead large communities of serial harassers.

237.    Although sharing such information would be illegal, proving that Ethan passed our identities to others would be nearly impossible, especially if done in private conversations or over the phone without any written record. Moreover, we do not have the financial resources to engage in another legal battle over such a leak while also enduring ongoing harassment as a direct result of our identities being exposed. Pursuing legal action against Ethan in the event of an identity leak would be a monumental and unaffordable task for any of us, both financially and mentally.

### Abusing the Legal System

238.    Ethan and Hila are well aware of the mental toll a lawsuit takes, having been in a similar position themselves, and over the years have frequently expressed how tormenting the process was for them[208].

---

[205] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024), https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].
[206] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:03:52].
[207] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:16:57].
[208] h3h3Productions, "We're Still Being Sued," *YouTube* (27 Feb. 2017), https://www.youtube.com/watch?v=m40bWgWH8Ro.

239.  I cannot stop thinking about Ethan's recent lawsuit against Ryan Kavanaugh[209], which dragged on for four years. Ethan harassed Kavanaugh and his family relentlessly on nearly every podcast episode. There are hundreds of hours of recorded harassment, including Ethan displaying photos of Kavanaugh with his children, or with his family on Christmas morning (content he has since had to remove as part of a settlement agreement)[210]. I cannot help but fear that this Christmas it could be me, with my family shown on screen in a similar way.

240.  The mental anguish, financial burden, and emotional toll have already deeply affected me. Ethan has successfully used the legal system to torment me, a random person on the internet.

**The Unrelenting Consequences of Ethan's Actions: Mental Health, Financial Strain, and Continued Harassment**

241.  In many ways, I believe that Ethan has already "won". I have not posted on Reddit or any social media since this began. My fellow moderators and I pleaded with Reddit to delete the H3Snark Subreddit, but our requests were denied. Ethan has already cost me enormous amounts of time and money, as well as inflicted unimaginable mental anguish and emotional torment. I know this will not end once this case is over; it is only the beginning.

242.  I know Ethan will take joy from reading this victim impact statement aloud on his podcast. He will pause frequently to laugh, mock us, and claim we deserve this, all while playing soundbites to entertain his audience. He has done this many times before, using the legal process and our suffering for his and his audience's amusement. When he initially sued us and others, he exploited the entire process for his own entertainment and to deepen our torment[211]. When Denims and Kaceytron filed their answers in their respective lawsuits,

---

[209] Knapp, JD. "YouTuber Ethan Klein Loses Anti-SLAPP Appeal in Producer Ryan Kavanaugh Defamation Case," *The Wrap* (6 Apr. 2025), https://www.msn.com/en-us/tv/news/youtuber-ethan-klein-loses-anti-slapp-appeal-in-producer-ryan-kavanaugh-defamation-case/ar-AA1Cp200.

[210] H3 Podcast, "Steiny Is Not Allowed On The Show Anymore - H3 Show #157," *YouTube* (12 Jun. 2025), https://www.youtube.com/watch?v=EW7G7VD3_0g [at 0:07:48].

[211] h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I.

KRONENBERGER ROSENFELD

Ethan read the answers aloud, mocking their attorneys for including only admissions, denials, and lack of knowledge to respond—i.e., what is typically included in an answer. Below is a photo of Ethan Klein burning money while narrating that his favorite pastime is spending hundreds of thousands of dollars on lawsuits and that this lawsuit will create generational wealth for his lawyer.[212]



243.    I fear that Ethan will resort to illegal tactics after this, and I have no reason to believe that Ethan and Hila will ever stop targeting us. This harassment is relentless and I do not believe it will ever truly end. Ethan is willing to do anything to destroy our lives and has explicitly stated so on his podcast[213]. Ethan owns a firearm[214] and reportedly has a net worth exceeding

---

[212]  h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I, (at 0:00).
[213]  H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:23:23].
[214]  u/Sarcofaygo, "throwback: Ethan Klein poses with his semiautomatic shotgun (not clickbait)," *r/Frenemies3* (29 Sept. 2022), https://www.reddit.com/r/Frenemies3/comments/xrfhj6/throwback_ethan_klein_poses_with_his/.

one hundred million dollars[215]. I sincerely believe that if he had the opportunity, Ethan would not hesitate to kill me.

### Summary and Conclusion

244. This case is not simply about online criticism or a subreddit. It is about the real and dangerous consequences that come with being publicly unmasked in a hostile environment. Throughout this ordeal, my fellow moderators and I have faced relentless harassment, intimidation, and severe personal harm resulting from our roles within the H3Snark community. Our only intention was to create a respectful space for honest critique. Instead, we are now subjected to attempts to expose our identities, threaten our safety, and destroy our lives.

245. I urgently ask this court to protect my identity and not reveal who I am. If my identity is exposed, I will become a target for further harassment, including swatting, doxxing, and physical violence. The threats against me are real and well documented. Online communities with histories of severe harassment, such as Kiwi Farms, have openly called for harm against me and other moderators. This is not hypothetical fear. It is a constant and documented danger that has already affected my mental health and safety.

246. Revealing my identity would also place my family in direct danger. Other victims of Ethan Klein's doxing have had their families harassed, including receiving rape threats against underage relatives. The knowledge that exposing who I am would put my loved ones at such terrible risk is a source of profound, ongoing anguish.

247. The importance of keeping my identity confidential cannot be overstated. To do otherwise would be to hand my tormentors the tools they need to escalate their attacks, potentially with deadly consequences. Ethan Klein's stated willingness to use any means necessary,

---

[215] Hasanabi Productions, "Hasan's Final Response To Ethan Klein," *YouTube* (1 Feb. 2025), https://www.youtube.com/watch?v=pnLbE7_Um2M [at 0:10:27].

combined with his vast resources, makes this risk all the more urgent.

248.   I implore the court to recognize that this is a fight for my fundamental right to safety, dignity, and free speech without fear of ruinous retaliation or violence. By protecting my identity, the court will help shield me and others who seek to express legitimate criticism in a fair and respectful manner from ongoing harassment and danger.

249.   Please understand the deep and lasting harm that public exposure would cause. The stakes extend beyond this lawsuit. They go directly to my life, my family's safety, and my well-being. I am asking for the court's protection to ensure that I can live without the permanent threat of violence and abuse hanging over me.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


DATED: September 22, 2025                    By:   s/ Doe
                                                    Doe

**DECLARATION OF DOE**

I, Doe, do hereby declare:

250.    I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

251.    I served as a moderator for the H3Snark subreddit on January 30th and 31st at the time that *Content Nuke - Hasan Piker* aired. I used to be a big fan of the H3 Podcast and watched Ethan and Hila's content even before they started the podcast. I was a fan of their original h3h3Productions YouTube channel and purchased many items from their Teddy Fresh brand. I was first introduced to H3Snark after hearing Ethan mention it on the podcast. I went to take a look for myself and found a friendly community that was extremely kind and supportive.

252.    People on r/h3snark were critical of Ethan and Hila, but I did not find anyone to be harsh or hateful. Most of the criticisms I saw reflected frustrations I had experienced myself. These concerns could not be expressed elsewhere because Ethan and Hila Klein enforce very strict moderation in their own communities. The H3 Podcast YouTube channel and the official r/h3h3Productions subreddit do not allow criticism, and users are quickly banned or shadow-banned[216], where their comments are hidden from others without their knowledge. Because

---

[216] u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mod

of this, I continued to participate in the H3Snark subreddit. Eventually, after being active on the subreddit, I was asked if I would help the moderators by removing any content that broke the subreddit's rules but might have slipped past their AutoMod filters.

253. On the day h3h3Productions released *Content Nuke - Hasan Piker* on their YouTube channel, I was not actively moderating the subreddit in the moments leading up to its release.

254. I took no part in creating the list of reaction streamers linked in the Megathread. However, I agree with the decision made by the other moderators to compile that list and include the streamers they did. Everyone on the list was a streamer we were familiar with to some degree and trusted to cover *Content Nuke - Hasan Piker* in a way that would comply with fair use standards. Creating Megathreads to consolidate multiple streams or topics was common practice on the H3Snark subreddit. As moderators, we often pinned comments or posted links directly in a post to prevent hundreds of repetitive comments asking for the same link.

255. I did not watch *The Nuke* on the day it was released, either from the original source or through any of the reaction streamers linked in the Megathread. I do not watch these streamers' usual content or follow them on social media. I have never been in contact with any of them and do not know them personally.

256. The impact this entire ordeal and lawsuit has had on me is tremendous. Ethan and Hila have been threatening me and the other moderators for years[217], and the threats have significantly escalated this year. Ethan, Hila, and their on-screen cohosts have made numerous comments, including expressing a **desire to discover what we look like[218], informing our families,**

---

s_on_a/; u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users.," *r/h3snark* (12 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alt ernative/.

[217] H3 Podcast, "Responding to hila conspiracy theories - See You Next Tuesday #50" (Members Only), *YouTube* (31 October 2023), https://www.youtube.com/watch?v=O86fRRS3I1g.

[218] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=olMFPodOpvQOmz0l&t=4339 [at 1:07:56].

**employers, and schools about "what we did,"[219] as well as threatening to pour Nair in our faces[220] and send us Anthrax[221].**

257. Ethan and Hila's fanbase has also been relentless, consistently harassing me and the other moderators in every possible way. They have left threatening comments or replies on our content, posted to our subreddit, and sent messages through modmail. **Many of these threats include promises to find and kill us, as well as references to sexual violence.**

258. Out of fear, I have had to remove much of my social media presence. Ethan and Hila have a group of very dedicated fans who have expressed a willingness to do anything, including hiring digital forensic investigators[222], to discover our identities.

259. On a daily basis, I often feel fear and am constantly overwhelmed with anxiety. I find myself paranoid of others and strangers, and I have a short fuse that causes me to lash out. I frequently become extremely emotional, making it difficult to manage daily life, work, and family responsibilities. My social life has come to a standstill, and I feel mentally trapped by this situation.

260. If Ethan and Hila were to learn about my true identity, I would be faced with harassment from them and their fanbase. On the H3 Podcast, Ethan and Hila dedicate the majority of their show to the harassment of others[223]. They look at their victims and their lives in depth,

---

[219] u/TimelyHumor1145, "Ethan klien "champion of free speech" is threatening to dox the user's and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/.

[220] u/committed_to_gr8ness, "Tom Ward, another one of Ethan's paid friends, violently threatens Ethan's critics by saying "let's just pour nair on their faces" ... an extremely blatant violation of YouTube's TOS," *r/LeftoversH3* (6 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mjnhn3/tom_ward_another_one_of_ethans_paid_friends/.

[221] u/PearlUnicorn, "Ethan jokes about doxxing and sending Anthrax to mean commenters," *r/h3snark* (11 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1e16mpd/ethan_jokes_about_doxxing_and_sending_anthrax_to/.

[222] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:04:23].

[223] The following is a non-exhaustive list of instances of harassment on the H3 Podcast: H3

KRONENBERGER ROSENFELD

commenting on everything from their looks to their employment.[224] [225] Ethan claims this is

fair game and that anything online is public and therefore not doxing or illegal.[226] I find this

indefensible; this logic would cause everyone to remove all public presence to avoid illegal

harassment. Their fanbase is also relentless and Ethan will often instruct them to comment

on, or report content from his enemies[227]. It appears to me that Ethan and Hila revel in this

Podcast, "Ethan Admits To Faking Illness For Money - H3TV #103," *YouTube* (8 Jan. 2024), https://www.youtube.com/watch?v=WuaEyOStUds [1:14:20-4:12:32]; H3 Podcast, "Dan Clancy Must Resign As Twitch CEO - H3 Show #69," *YouTube* (21 Oct. 2024), https://www.youtube.com/watch?v=cjJqvaNWHEA; H3 Podcast, "Responding To The Haters That Waited For Me To Go On Break - H3 Show #96," *YouTube* (6 Jan. 2025), https://www.youtube.com/watch?v=0SWIbsrw5No [1:05:19-4:16:45]; H3 Podcast, "Dear Hasan Piker… - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/live/6KV16LWcnTY [2:45:51-4:17:05]; H3 Podcast, "Dear Frogan, with peace and love... - H3 Show #141," *YouTube* (28 Apr. 2025), https://www.youtube.com/watch?v=_ppXS8mm6u8 [1:45:30-3:18:34]; H3 Podcast, "Ian & Anisa's Boxing Coach CALLS IN LIVE, Shocking New Details - H3 Show #154," *YouTube* (4 Jun. 2025), https://www.youtube.com/watch?v=bvmJr2FNgFs [17:42-3:53:09]; H3 Podcast, "IDubbbz Is A Stinky Lazy Loser - H3 Show #181," *YouTube* (18 Aug. 2025), https://www.youtube.com/watch?v=_yjPuaIvLj4 [17:40-1:15:59].
[224] u/ikigai9, "Body shaming is only okay when it's done to Ethan's enemies ," *r/h3snark* (10 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1imnknw/body_shaming_is_only_okay_when_its_done_to_ethans/.
[225] u/Any_Bee_5918, "Ethan talks about the lawsuit with previous housekeeper part 2; more fatshaming, Ethan claiming that h3snark refuses to post about his Instagram story and "is banning people who do", shaming old people including those mentally disabled, Ethan mad that DHL doesn't work on the weekend, and more," *r/h3snark* (11 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1in38bb/ethan_talks_about_the_lawsuit_with_previous/; u/Ambitious-Pumpkin205, "In light of the new lawsuit, Ethan & co admit to discriminatory hiring practices towards those with chronic illness (SYNT 92)," *r/h3snark* (8 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1il1aqs/in_light_of_the_new_lawsuit_ethan_co_admit_to/; Deleted User, "Grandpa still not logging off," *r/h3snark* (19 Sept. 2024), https://www.reddit.com/r/h3snark/comments/1fl36lv/grandpa_still_not_logging_off/.
[226] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I [1:15:28-1:15:5; 1:17:50-1:19:15]. Please see BadEmpanada's "The H3 Podcast is for Doxxing, Harassment & Stochastic Terrorism," *YouTube* (19 Mar. 2025), https://youtu.be/_aJW4_TvTYY and BadEmpanada's "H3 Podcast DOXXES ME & Many Others - YouTube Must Take Action," *YouTube* (3 Apr. 2025), https://youtu.be/fNMFBWUcQO4 for more information.
[227] Deleted User, "Jake begs h3 fans to fuck off," *r/h3snark* (7 Jan. 2024), https://www.reddit.com/r/h3snark/comments/191590p/jake_begs_h3_fans_to_fuck_off/; Deleted User, "Ethan encouraged brigading keemstars podcast while they were live "should we try to fuck with their lives?". He then walks it back," *r/h3snark* (24 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1ebg6eu/ethan_encouraged_brigading_keemstars_podcast/; Deleted User, "Ethan and Hila Klein abusing the Youtube report system to attack a content creator (Do Not Worry pod) he doesn't like. He went on to accuse Anthony of being a fan of the holocaust...," *r/h3snark* (8 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1ikgdgw/ethan_and_hila_klein_abusing_the_youtube_report/.

KRONENBERGER ROSENFELD

kind of harassment and drama, as it brings them more views and therefore more income. Online harassment, comments, and review-bombing would make it certain that I would need to move and completely change professions.

261. In conclusion, revealing our identities to Ethan and Hila would put us at serious risk of ongoing harassment, threats, and harm. Ethan, Hila, and their fanbase have already subjected me and other moderators to years of severe threats, including attacks on our families, workplaces, and physical safety. Their public harassment campaigns and encouragement of fans to intimidate and report us have caused deep anxiety and forced me to restrict my social media presence.

262. If our identities were disclosed, the harassment and threats would almost certainly escalate, potentially forcing us to relocate and abandon our careers.

263. For these reasons, I believe the court should quash plaintiff's subpoenas and foreclose any request to disclose our identities to Ethan, Hila, and TEI.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025                    By: ___s/ Doe___
                                                   Doe

**DECLARATION OF DOE**

I, Doe, do hereby declare:

264.    I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or my identifying information is being sought through Plaintiff's subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

**Personal Background and History with H3Snark**

265.    I was a long time viewer, and actually purchased merchandise from Teddy Fresh (a TEI-associated clothing company run by Ethan and Hila Klein) a year before I became a moderator. I was also a paying member because I enjoyed their show and wanted to show my support. I frequently used the podcast as something to listen to on long drives, and found myself giggling along with their jokes.

266.    This started to change for me as I became disillusioned with my views on the hosts, especially following the treatment of streamer QTCinderella and the H3 Podcast's willingness to make fun of her crying about others making deepfake porn of her[228]. Even after this, I continued to listen, but my opinion of the podcast continued to sour. This was further exacerbated with Ethan and Hila Klein poorly treating the podcast cohosts (often referred to as "crew members").

267.    I came across the H3Snark subreddit through a Google search while looking for alternative

---

[228] H3 in a Nutshell, "Full 'Chestnut' Incident | Ethan Apologizes to QTCinderella," *YouTube* (31 Jan. 2023), https://www.youtube.com/watch?v=yfhNiLi5hVY. Footage originally cut from H3 Podcast, "Rebecca Black - H3 Podcast #265" (25 Jan. 2023).

139

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

KRONENBERGER ROSENFELD

places to post. I had grown critical of certain aspects of the podcast, but I knew better than to share these opinions in the main subreddit, H3H3Productions, which was widely known for banning users, even for mild criticism[229].

268. After the abrupt end of their *Leftovers* show,[230] and Ethan's commentary on the ongoing genocide in Palestine,[231] I decided to end my membership officially, and found comfort in the H3Snark community. The H3Snark subreddit members were welcoming, kind, and this was the first community I was ever a part of that I truly felt at home in.

**Moderator Role and Responsibilities**

269. I initially became a mod because I frequented the live chats that were opened for each episode, and then I was given further mod privileges to help with the burden of the subreddit.

270. My job as a moderator included but was not limited to removing hateful commentary directed at the Kleins and podcast hosts. This included strict moderation that did not allow body shaming, racism, antisemitism, sexism, or any abhorrent behavior of any kind[232]. We enforced the standards Reddit administrators set for us, and never allowed doxxing or harassment of any kind.

271. Ethan Klein's reputation for being litigious often put our community on alert, so we regularly posted reminders about online safety and encouraged members to take precautions. This became especially important as our subreddit was frequently targeted by outside users

---

[229] "Wiki - Rules," *r/h3snark* (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules; u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mods_on_a/; u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users.," *r/h3snark* (12 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alternative/.

[230] "Leftovers," *H3 Wiki* (n.d.), https://h3h3.fandom.com/wiki/Leftovers.

[231] u/Aylapn, "Ethan Klein on US veteran Aaron Bushnell. R.I.P.," *r/h3snark* (24 Oct. 2024), https://www.reddit.com/r/h3snark/comments/1gb90ss/ethan_klein_on_us_veteran_aaron_bushnell_rip/.

[232] "Wiki - Rules," r/h3snark (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules.

KRONENBERGER ROSENFELD

who organized coordinated "brigades." These groups would swarm the community with the intention of harassing members, disrupting discussions, and manipulating votes. Although brigading is against Reddit's Terms of Service, it became a recurring challenge that moderators had to manage. Moderators managed this via the Reddit moderation tools including mod notes[233], which moderators use for each subreddit to label certain users and warn of abusive behavior. Moderators could also implement "bots" such as Hive-Protect[234] to help automatically ban users from certain communities known to brigade subreddits like H3Snark.

272.    Mentions of H3Snark on the live podcast, whether from Ethan[235] or other cohosts like Abdullah Ayad[236] (aka AB), amplified these problems. While those mentions ironically brought new growth and visibility to the subreddit, they also triggered waves of hostility, including death threats sent through modmail and hundreds of hateful comments.

### H3Snark as a Community

273.    On the subreddit H3snark, users joked about the absurdity of what was happening on the H3 Podcast at the time. We strived to make the subreddit a place of constructive criticism and made room for lighthearted commentary and jokes. Before moderators approved posts to the subreddit they were also fact-checked using credible sources, including H3's own public content; which added to the credibility of the subreddit as whole. As moderators we did not tolerate abuse or harassment while encouraging open discussion.

274.    As concerns about Ethan Klein's mental health grew, the discussions naturally became more

---

[233] u/lift_ticket83, "Announcing Mod Notes," *r/modnews* (7 Mar. 2022), https://www.reddit.com/r/modnews/comments/t8vafc/announcing_mod_notes/.
[234] Fsvreddit, "hive-protect," *GitHub* (n.d.), https://github.com/fsvreddit/hive-protect.
[235] r/h3snark, https://www.reddit.com/r/h3snark/comments/1ebml8l/snark_mention_on_todays_show/"
[236] Deleted User, "AB calls h3snark 'level-headed" except 'one person' who makes us "look insane,'" *r/h3snark* (28 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1h1oo7k/ab_calls_h3snark_levelheaded_except_one_person/.

KRONENBERGER ROSENFELD

serious. One major topic was his seemingly obsessive behavior toward the Twitch streamer Hasan Piker[237].

275.    For example, during the LA wildfires, Ethan posted a photo to his Instagram stories showing the approaching fire. The flames were clearly visible, yet he continued posting obsessively about the *Content Nuke - Hasan Piker* video instead of acknowledging the very real danger. Many users in the subreddit, including members of the moderation team, expressed concern for his safety and mental health[238]. Around the same time, Hila Klein posted on her personal Instagram about preparing to evacuate during the fires, which only added to those concerns.

---

[237] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025),
https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r h3snark/.

[238] u/Quirky_Associate_207, "Ethan is Hasan-posting during wildfires in the middle of the night. Can't make this shit up 🤯," *r/h3snark* (8 Jan. 2025),
https://www.reddit.com/r/h3snark/comments/1hwfht0/ethan_is_hasanposting_during_wildfires_in _the/.

1
2
3
4
5
6
7
8
9
10
11
12



**Content Nuke - Hasan Piker and the Lawsuit**

276.  I watched the entirety of the video and the subject of this lawsuit, *Content Nuke - Hasan Piker*, on Ethan and Hila's YouTube channel, h3h3Productions, the day it was released. This way I could accurately help with moderation of any incoming new comments and posts, as all of the content at that time was subject to manual approval via the moderation team.

277.  Over several months of my time as a moderator, Ethan Klein has threatened the moderation team of H3Snark. One example being this Instagram story, posted by Ethan Klein on February 18, 2025:

278.    This has continued to escalate, with quotes from Ethan Klein on his podcast saying that he

will "feast on our ashes."[239] Ethan Klein admitted on his podcast that filing a DMCA strike

is incredibly easy. I bring this up because Ethan Klein has filed DMCA takedowns for posts

on the subreddit, which Ethan and Hila appear to admit was an attempt to take it down as a

whole[240].

279.    Ethan has self-admitted on his podcast that they were the ones behind subreddits dedicated

to harassing the moderators and members of the H3snark community[241]. Some examples

include the now banned subreddit, H3Snarkception[242], and a new community that was

recently created named H3SnarkNarc[243], which was created on June 27th, 2025. I have

[239] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176,"
*YouTube* (6 Aug. 2025),  https://www.youtube.com/live/tI8fGcsyfL8?si=2WLGv_iifntnStnM [at
2:07:33].
[240] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3
Show #165," *YouTube* (11 Jul. 2025),
https://www.youtube.com/live/xu3obq7ssQ0?si=H5RsSUsf4JrbRAu1&t=10595 [at 2:56:35].
[241] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024),
https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].
[242] r/H3Snarkception, https://www.reddit.com/r/H3Snarkception/.
[243] r/H3SnarkNarc, *Reddit* (27 Jun. 2025), https://www.reddit.com/r/H3SnarkNarc/.

KRONENBERGER ROSENFELD

reasonable suspicion to believe that they are now going through potential similar usernames of "suspected mods" or moderators in general, contributing to the severe levels of harassment.

280.    I did not work with anyone to spread hate or misinformation about Ethan Klein, Hila Klein, or the H3 Podcast, whether in r/h3snark, another subreddit, or anywhere else. I have no connection with anyone at Reddit. I have never worked with anyone to cause damage to Ethan, Hila, TEI or the H3 Podcast. I have never worked with any streamer, and before the streamers were listed on the megathreads, I wasn't aware that some of these channels existed. I was never a moderator of any other subreddit besides H3Snark.

### H3's Harassment

281.    Ethan Klein has repeatedly targeted moderators of r/h3snark, calling us "snark brained freaks,"[244] suggesting we are dangerous[245], and claiming we are part of some kind of moderator "cabal"[246] in a conspiracy theory he created against Reddit as a corporation. He often takes statements out of context, twists words, or leaves out information so his audience sees the people he attacks as "evil." If my identity is revealed, I believe he will use his platform to misrepresent and further unfairly disparage me, which would disproportionately affect my life over a subreddit megathread that was created for the fair-use discussion of the *Content Nuke - Hasan Piker* video.

282.    In another Instagram story which is incredibly scary, Ethan compares the term of being "snark brained" to the assassination of Charlie Kirk[247]. This puts a massive target on our

---

[244] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KV16LWcnTY [at 2:30:30].
[245] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?si=yhwWDpc8Cz7Y3nwX&t=5380 [1:29:40-1:29:52].
[246] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:09:24].
[247] Brown, Bridget, et al., "Charlie Kirk assassinated at university event in Utah," *Associated*

KRONENBERGER ROSENFELD

backs - not is it only completely untrue that anything we did is related to Charlie Kirk's assassination - but this association, in my view, makes us targets to be killed.



283.  Since this lawsuit began, I have lived in fear of my identity being revealed. I have pulled back from nearly all social situations, I no longer appear in photos, and I limit communication with friends and family. I have to make excuses as to why I cannot be in photos, and my friendships have suffered - that being said, I've done this to protect them as best I can. Even something as small as checking my phone for lawsuit updates in public makes me nervous, because if the wrong person were to see, my life as I know it could be over. When these lawsuits were first announced, I was so terrified that I kept my curtains closed and panicked at sounds of car doors shutting outside - or even regular deliveries.. I have not posted on Reddit, however I've been forced to monitor everything given my situation across several sites.

*Press* (10 Sept. 2025), https://apnews.com/live/utah-valley-university-charlie-kirk-shooting-updates.

DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS

284. If my identity is revealed, I believe harassment, retaliation, and even physical harm to myself and my loved ones would be inevitable. Ethan has a history of doxxing people either live on his podcast (which averages 10,264,952 monthly viewers as 09-14-2025[248]), or his Instagram stories. His fanbase has gone after sponsors[249], tried to get people fired[250], and launched campaigns to destroy reputations and livelihoods[251]. With the H3Snark moderators as a current target, I believe I would be attacked in the same way, and that there is a very real risk of physical harm. I worry about a disgruntled fan showing up at my home, breaking windows, or harming me, my partner. The target on us feels so large that the risk of physical violence feels almost expected. Here are just a few examples of the many messages we've received as a modteam.

[248] Socialblade, https://socialblade.com/youtube/handle/h3podcast.
[249] Kat Tenbarge, "Energy drink company G Fuel no longer sponsors internet drama reporter Keemstar after claims that he exploited a YouTuber who died by suicide" *Business Insider*, 02-20-2020 https://www.businessinsider.com/g-fuel-ends-keemstar-sponsorship-h3h3-ethan-klein-etika-2020-5
[250] Do Not Worry Podcast *Ethan Klein Wants Matt Lieb FIRED - DNW* (03-24-2025), YouTube, https://www.youtube.com/watch?v=k9EyoGQ71TE
[251] h3h3Productions *Content Nuke - Keemstar* (05-19-202), YouTube, https://www.youtube.com/watch?v=w3gXcIifc3o

KRONENBERGER ROSENFELD



285.    This fear has already disrupted my daily life in very serious ways. In the past, Ethan tried to

blame "snarkers" for allegedly calling ICE on one of his podcast hosts. No moderator had

anything to do with that, and I would never take part in something like it. The fact that such

an accusation was even made, however, leaves me worried that his fans could try the same

tactic against my own family. The plaintiff's fans have caused perceived enemies of Ethan

Klein legitimate harm just in this past year. Adam McIntyre, which as a person is a regular

topic of the podcast, has been personally affected this way. One of his fans called ICE on an

international YouTuber Adam McIntyre in an attempt to have him deported.[252]

**Personal Impact**

286. This lawsuit has forced me to put major milestones on hold. This has greatly affected my mental health in ways I do not wish anyone else to ever experience. I was going to take a break from the internet as a whole due to the increasingly turbulent political climate, and then the next day the lawsuits dropped.

287. On top of all of this, unlike the other, named, Defendants, the moderator Does have not been able to publicly crowd fund or seek community support (or in some cases, familial support) for our lawsuit. For our safety, we must remain anonymous and silent, and we have had no opportunity to offset the heavy financial burden this case has caused.

288. I also know there is a very real chance that whatever I say here will be read aloud on Ethan Klein's podcast. He has made a pattern of mocking and twisting statements from others, and I fear he will do the same with mine. Instead of this declaration being understood as an honest account of what I've suffered through, I worry it will be turned into entertainment, misused to misrepresent and further defame me, and weaponized against me. I fear that my grief will be turned into entertainment, and monetized for content. Whether it is Ethan himself or other well-known figures in his circle, or even people outside of it, I worry they will exploit my pain for their own gain.

**Conclusion**

289. This ordeal has taken away my peace of mind, my freedom, and my happiness. It has left me isolated and living in constant fear. If my identity is revealed, I believe harassment, retaliation, and the risk of physical harm would be unavoidable. Ethan Klein has built a pattern of profiting from the pain of others by twisting their words, cutting things out of

---

[252] u/joyygi, "Adam: 'the person who reported me to ice being a main member of the h3 reddit,'" *r/LeftoversH3* (7 Jul. 2025), https://www.reddit.com/r/LeftoversH3/s/Mapwz0ovzm.

context, and presenting them as villains to his audience. I fear he will do the same with me, turning my suffering into content for profit. No private citizen should have to live this way for strictly moderating a subreddit. No one should have to live this way for adhering to Reddit site rules. The risks I face are completely disproportionate to anything I have ever done, and they will continue to follow me as long as this case is allowed to go on. I will never be able to talk about this openly out of the fear that I will be targeted once again, and I fear that Ethan will continue his attempts to target us after the fact. I do not believe he will stop, and I truly fear for my life.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


DATED: September 22, 2025                     By:  ___s/ Doe___
                                                                        Doe

## DECLARATION OF DOE

I, Doe, do hereby declare:

290.    I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

291.    I had been aware of the H3 Podcast for many years but had never watched a video from them until June of 2023 when the H3 Podcast covered the Colleen Ballinger saga. Colleen Ballinger is a YouTuber who faced major backlash in 2023 after being accused of inappropriate relationships with fans. As I was following the situation closely, I decided to tune into H3's streams out of curiosity. Because I was a member of similar subreddits, r/h3snark was recommended to me on Reddit. I have never been a fan of the H3 podcast or its content. I strongly believe that online spaces critical of creators and their content are important to free speech. I enjoyed the H3Snark community as a very well-moderated subreddit because discussions were focused, organized, and were free from harassment. I enjoyed joining the live chats and discussing the podcast with other members of r/h3snark because of its fun atmosphere and strong sense of community. As I became a frequent user and stayed aware and respectful of the rules, I was eventually asked to join as a moderator for H3Snark, with my role being limited to monitoring live chats and then eventually expanded to comments and posts.

292.    I served as a volunteer subreddit moderator for H3Snark, joining in late September/early October 2024. I was unpaid and joined as a hobby. I did not make posts as a moderator nor

151

KRONENBERGER ROSENFELD

did I have access to Modmail as my role was to monitor the Reddit Mod Queue and megathreads. I was first welcomed to the moderator team to monitor the live chat and megathreads, and then eventually I monitored the queue for comments and posts that broke our subreddit's rules and Reddit's sitewide rules. I helped ensure our subreddit was free of rule-breaking such as harassment, doxxing, copyright infringement, and other behavior that was not conducive to genuine discussion and criticism that H3Snark was centered around.

293.    When *Content Nuke - Hasan Piker* was uploaded, I was at my place of work. I watched the video from the source on the H3H3Productions YouTube channel while discussing it with fellow moderators on Discord. As I was curious about the video's view gain after its initial release, I took screenshots to document the view count. These screenshots clearly show I watched the video from the source.



**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**







153

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





294. I did not watch Denims, Kacytron, Frogan, or any other creator's streams of their reaction to the video. I have never had contact with any of the streamers listed. I had been aware that they would be streaming their reaction to *Content Nuke - Hasan Piker* because members of the H3Snark subreddit had made comments about their intent to react to the video live. I was not directly involved in the creation of the megathreads listed in the complaints, as my role as moderator was to monitor posts, comments, and megathreads for violations. I agree with my fellow moderators' decision to create the megathread and include the streamers they did, as members of H3Snark had requested the moderators to list streamers who would be reacting to the much-anticipated video. Consolidating what could be hundreds of posts into a single megathread is a very common and useful practice to ensure information stays in a single accessible thread for users to find. I do not believe the Kleins are justified in suing us for copyright infringement as we had linked directly to the official source of *Content Nuke - Hasan Piker* in one of the megathreads listed in the complaints, and had no knowledge of if the streamers in question would or even might be violating copyright during their reactions.

295. This situation has already taken a serious toll on my mental and physical health. Sleep has become uneasy and I find myself waking up in the middle of the night with the fear that the Kleins and their audience have found out who I am. Activities that once brought me joy now fill me with dread. I no longer feel safe online, and I carry an ongoing fear that my loved ones may suffer because of my association with this case. I used to take joy in connecting with others online in a variety of spaces unrelated to the H3 Podcast, and I have had to permanently step away from these spaces out of fear. I have had to remove online profiles that held precious memories, and I feel that I may never again be able to participate in social media without fear of being discovered.

296. The lawsuit has had a significant financial impact on me. I am not a multi-millionaire LA

influencer; I am a hardworking individual with a full-time job and a modest income. I am not wealthy, and I have already had to use funds I had saved for personal future events to cover legal expenses. This has been emotionally devastating and has placed me under immense financial stress. I do not want to become a burden on my partner or my family.

297.   If my identity were to be revealed, I worry that I too will be harassed publicly by Ethan and Hila and their fanbase. In the past, the Kleins' detractors have frequently been featured in Ethan's Instagram stories.  Ethan has also featured his friends' detractors on his Instagram stories and even gone so far as to post wedding photos of their families and friends.[253] The Kleins' audience has repeatedly doxxed and harassed Kleins' detractors by posting on the official r/h3h3productions subreddit, going as far as leaking intimate photos[254]. Such events have led to family members receiving bomb threats at their pace of work[255] and minor siblings receiving threats of sexual assault[256]. I am extremely afraid of what could happen to my family, friends, and place of work if my information were to be made public. I fear that the harassment from the Kleins' fanbase would be extreme and unceasing. The stress on my relationships with my family, friends, and partner would be immense, and I fear they would suffer harassment simply for being a part of my life. I fear that the harassment and

---

[253] u/dsbatt01, "Random 2am IG nazi crash out part 5, no signs of slowing down [8/2/25]," *r/LeftoversH3* (2 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mfm868/random_2am_ig_nazi_crash_out_part_5_no_signs_of/.

[254] u/MilleniumTHC, "Foot Fungi defames and leaks revenge porn on Joe who was formerly doxxed and harassed by ethan," *r/LeftoversH3* (21 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jgw60a/foot_fungi_defames_and_leaks_revenge_porn_on_joe/.

[255] @Awk20000, "Ethan Klein is beefing with someone who called him out on IG. The anti fan made a TikTok alleging that H3 fans called in a "bomb threat" to his mother's school. He deleted the TikTok shortly after…hinting that it could have been a publicity stunt," *Twitter/X* (1 Mar. 2025), https://x.com/Awk20000/status/1895766293967745287.

[256] Deleted User, "Ethan Klein intentionally doxxed a random guy on Instagram last week with the goal to have his fans go harass him, and the guy is still receiving threats from Ethan's rabid fans, comments treating his family are being left on his underage sisters Instagram page," *r/Fauxmoi* (9 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j7duqx/ethan_klein_intentionally_doxxed_a_random_guy_on/.

reputational damage would lead to losing my job and would prevent me from finding work, leading to selling assets, debt, and potential homelessness.

298.    In conclusion, I strongly believe that we did not infringe on copyright, as all of the megathreads alleged to be "inducement posts" were merely created to centralize discussion, and one megathread clearly linked to the original source. This situation has caused me undue financial, mental, and physical stress, as I never expected this situation to arise from simply joining a team of subreddit moderators. I fear for my physical and financial safety and safety of my loved ones if the Kleins were to be made aware of my identity, and for these reasons I believe the court should deny any request to disclose our identities to the Kleins.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025                By:    s/ Doe
                                                Doe