**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. Case No. 3:25-mc-80296-SK <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the state of Arizona, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on September 23, 2025, I served:

1) **EXHIBIT 2 TO THE DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD VIA USB DRIVE**

on the parties listed below as follows:

United States District Court
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102

[X]   BY OVERNIGHT DELIVERY, via Federal Express.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that on September 23, 2025, I served:

1) **EXHIBIT 2 TO THE DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD VIA SHAREFILE LINK**

on the parties listed below as follows:

*Counsel for Respondent Ted Entertainment, Inc.*:

Rom Bar-Nissim
HEAH BAR-NISSIM
1801 Century Park E #2400
Los Angeles CA 90067
Rom@HeahBarNissim.com

[X]   BY EMAIL and ShareFile link, to the address listed above.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Case No. 3:25-mc-80296-SK                              1                              **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, I served:

1) **MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**
2) **DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
3) **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**
4) **USB FLASH DRIVE OF EXHIBIT 2 TO THE DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD VIA USB DRIVE**
5) **[PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
6) **ORDER SETTING BRIEFING SCHEDULE**

on the parties listed below as follows:

*Discord Inc.*:

c/o CT CORPORATION
330 N BRAND BLVD SUITE 700,
GLENDALE, CA 91203

| X | BY PROCESS SERVICE to the address listed above. |
|---|---|
| X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

I hereby certify that on September 26, 2025, I served:

1) **MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**
2) **DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
3) **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**
4) **EXHIBIT 2 TO THE DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
5) **[PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
6) **CASE ASSIGNMENT TO MAGISTRATE JUDGE SALLIE KIM**

**7) ORDER SETTING BRIEFING SCHEDULE**

on the parties listed below as follows:

*Counsel for Reddit Inc.*:

Alan Garza
Ryan Mrazik
Perkins Coie
405 Colorado Street Suite 1700
Austin, TX 78701
agarza@perkinscoie.com
rmrazik@perkinscoie.com

| X | BY EMAIL and ShareFile link, to the address(es) listed above. |
|---|---|
| X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

DATED: September 26, 2025

_____
Ema Tilton

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on September 23, 2025, I served:

1) **MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**
2) **DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
3) **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**
4) **[PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**

on the parties listed below as follows:

*Counsel for Respondent Ted Entertainment, Inc.*:

Rom Bar-Nissim
HEAH BAR-NISSIM
1801 Century Park E #2400
Los Angeles CA 90067
Rom@HeahBarNissim.com

[X]   BY EMAIL, to the address listed above.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: September 26, 2025

_____
Leah Rosa Vulić

Case No. 3:25-mc-80296-SK            4            CERTIFICATE OF SERVICE