| Attorney or Party without Attorney:<br>LEAH ROSA VULIC (SBN 343520)<br>KRONENBERGER ROSENFELD, LLP<br>548 MARKET STREET #85399<br>SAN FRANCISCO, CA 94104<br>  *Telephone No:*<br>  *Attorney For:* Movants/Defendants Does | *Ref. No. or File No.:*<br>DISCORD INC. | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.<br>*Defendant:* | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:25-MC-80296 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LEAH ROSA VULIC IN SUPPORT; DECLARATION OF DOE DEFENDANTS; ORDER SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION

3. a. Party served:     DISCORD INC.
   b. Person served:    DIANA RUIZ, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served:   330 N BRAND BLVD SUITE 700, GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 25 2025 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/26/2025
(Date)                    (Signature)



PROOF OF SERVICE

14228334
(6245509)