ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

Karl S. Kronenberger (SBN: 226112)
Karl@KR.law
Jeffrey M. Rosenfeld (SBN: 222187)
Jeff@KR.law
Leah Rosa Vulic (SBN: 343520)
Leah@KR.law
**KRONENBERGER ROSENFELD, LLP**
548 Market St. #85399
San Francisco, California 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Movants/Defendants
DOES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**SECOND JOINT STIPULATED REQUEST TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH PURSUANT TO CIV. L.R. 6-2 AND 7-12** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Doe movants/defendants and
2 respondent/plaintiff Ted Entertainment, Inc. hereby make their second joint request
3 an for an order extending the time for respondent/plaintiff Ted Entertainment, Inc.
4 ("TEI") to file its opposition to the motion to quash ("Motion") of
5 movants/defendants Does (collectively, the "Does"), as follows:
6   **WHEREAS,** on September 22, 2025, the Does initiated the present action by
7 filing their Motion (Dkt. No. 1);
8   **WHEREAS,** TEI was served with the Motion on September 22, 2025 at
9 10:59 p.m. via email;
10   **WHEREAS,** pursuant to this Court's September 23, 2025 Order Setting
11 Briefing Schedule (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition")
12 was initially due on October 6, 2025;
13   **WHEREAS,** since August 4, 2025 (*i.e.*, when the subpoenas that are the
14 subject of the Motion were served), counsel for the Does and TEI met and
15 conferred extensively over the Motion;
16   **WHEREAS,** the original date of compliance for the subpoenas that are the
17 subject of the Motion was September 5, 2025;
18   **WHEREAS,** as part of the meet and confer process and as a professional
19 courtesy, counsel for TEI granted two requests by counsel for the Does to extend
20 the deadline to file the Motion – first until September 15, 2025 and subsequently to
21 September 22, 2025 – *i.e.*, 17 days total;
22   **WHEREAS,** as part of the meet and confer process, counsel for the Does
23 and TEI agreed to reciprocate the professional courtesy and grant TEI a reasonable
24 extension to file its Opposition;
25   **WHEREAS,** on September 23, 2025, counsel for TEI requested from
26 counsel for the Does a one-week extension to file TEI's Opposition (*i.e.*, from
27 October 6, 2025 to October 13, 2025);
28   **WHEREAS,** counsel for the Does promptly agreed to the request;

**WHEREAS,** on September 24, 2025, the parties filed their first Joint Stipulated Request to Extend the Deadline for Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant To Civ. L.R. 6-2 And 7-12 (the "First Stipulation") (Dkt. No. 5);

**WHEREAS,** on September 25, 2025, this Court granted the First Stipulation (Dkt. No. 9);

**WHEREAS,** since receiving the Motion and its supporting papers, TEI has diligently been working on the Opposition and its supporting papers;

**WHEREAS,** extending the deadline for TEI to file its Opposition should not affect any other deadline in the case;

**WHEREAS,** good cause exists to extend TEI's deadline to file its Opposition because: (1) the Motion requires addressing numerous complex legal and factual issues; (2) the Motion is accompanied by hundreds of pages of declarations and exhibits; (3) the Motion is accompanied by several videos, many of which are several hours in length, which must be analyzed thoroughly; and (4) the Does' declarations in support of the Motion has 256 footnotes of citations, which must be analyzed thoroughly.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through their respective attorneys of record respectfully request that: (1) this Court grant the stipulation; (2) that TEI's deadline to file its Opposition to the Motion be extended from October 13, 2025 to October 20, 2025; and (3) the Court enter the order lodged concurrently herewith.

Dated: October 6, 2025    **HEAH BAR-NISSIM LLP**

By  /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff
Ted Entertainment, Inc.

Dated: October 6, 2025

**KRONENBERGER ROSENFELD LLP**

By /s/ LEAH VULIC
KARL S. KRONENBERGER
JEFFREY M. ROSENFELD
LEAH ROSA VULIC
Attorneys for Movants/Defendants Does

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.