ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

Karl S. Kronenberger (SBN: 226112)
Karl@KR.law
Jeffrey M. Rosenfeld (SBN: 222187)
Jeff@KR.law
Leah Rosa Vulic (SBN: 343520)
Leah@KR.law
**KRONENBERGER ROSENFELD, LLP**
548 Market St. #85399
San Francisco, California 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Movants/Defendants
DOES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**SECOND JOINT STIPULATED REQUEST TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH PURSUANT TO CIV. L.R. 6-2 AND 7-12** |

Pursuant to Civil Local Rules 6-2 and 7-12, Doe movants/defendants and respondent/plaintiff Ted Entertainment, Inc. hereby make their second joint request an for an order extending the time for respondent/plaintiff Ted Entertainment, Inc. ("TEI") to file its opposition to the motion to quash ("Motion") of movants/defendants Does (collectively, the "Does"), as follows:

**WHEREAS,** on September 22, 2025, the Does initiated the present action by filing their Motion (Dkt. No. 1);

**WHEREAS,** TEI was served with the Motion on September 22, 2025 at 10:59 p.m. via email;

**WHEREAS,** pursuant to this Court's September 23, 2025 Order Setting Briefing Schedule (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition") was initially due on October 6, 2025;

**WHEREAS,** since August 4, 2025 (*i.e.*, when the subpoenas that are the subject of the Motion were served), counsel for the Does and TEI met and conferred extensively over the Motion;

**WHEREAS,** the original date of compliance for the subpoenas that are the subject of the Motion was September 5, 2025;

**WHEREAS,** as part of the meet and confer process and as a professional courtesy, counsel for TEI granted two requests by counsel for the Does to extend the deadline to file the Motion – first until September 15, 2025 and subsequently to September 22, 2025 – *i.e.*, 17 days total;

**WHEREAS,** as part of the meet and confer process, counsel for the Does and TEI agreed to reciprocate the professional courtesy and grant TEI a reasonable extension to file its Opposition;

**WHEREAS,** on September 23, 2025, counsel for TEI requested from counsel for the Does a one-week extension to file TEI's Opposition (*i.e.*, from October 6, 2025 to October 13, 2025);

**WHEREAS,** counsel for the Does promptly agreed to the request;

1  **WHEREAS,** on September 24, 2025, the parties filed their first Joint
2  Stipulated Request to Extend the Deadline for Ted Entertainment, Inc. to Oppose
3  the Does' Motion to Quash Pursuant To Civ. L.R. 6-2 And 7-12 (the "First
4  Stipulation") (Dkt. No. 5);

5  **WHEREAS,** on September 25, 2025, this Court granted the First Stipulation
6  (Dkt. No. 9);

7  **WHEREAS,** since receiving the Motion and its supporting papers, TEI has
8  diligently been working on the Opposition and its supporting papers;

9  **WHEREAS,** extending the deadline for TEI to file its Opposition should not
10 affect any other deadline in the case;

11 **WHEREAS,** good cause exists to extend TEI's deadline to file its
12 Opposition because: (1) the Motion requires addressing numerous complex legal
13 and factual issues; (2) the Motion is accompanied by hundreds of pages of
14 declarations and exhibits; (3) the Motion is accompanied by several videos, many
15 of which are several hours in length, which must be analyzed thoroughly; and (4)
16 the Does' declarations in support of the Motion has 256 footnotes of citations,
17 which must be analyzed thoroughly.

18 **THEREFORE, IT IS HEREBY STIPULATED**, by and between the
19 parties through their respective attorneys of record respectfully request that: (1) this
20 Court grant the stipulation; (2) that TEI's deadline to file its Opposition to the
21 Motion be extended from October 13, 2025 to October 20, 2025; and (3) the Court
22 enter the order lodged concurrently herewith.

23 Dated: October 6, 2025                **HEAH BAR-NISSIM LLP**

25                                        By  /s/ ROM BAR-NISSIM
26                                            ROM BAR-NISSIM
                                             Attorneys for Respondent/Plaintiff
                                             Ted Entertainment, Inc.

Dated: October 6, 2025

**KRONENBERGER ROSENFELD LLP**

By /s/ LEAH VULIC
KARL S. KRONENBERGER
JEFFREY M. ROSENFELD
LEAH ROSA VULIC
Attorneys for Movants/Defendants Does

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing

# ORDER

Pursuant to the parties' stipulation, and for good cause shown, Ted Entertainment, Inc.'s deadline to file its opposition to the motion to quash is HEREBY extended to October 20, 2025.

**IT IS SO ORDERED.**

DATED: October 7, 2025

_____

Hon. Sallie Kim

United States Magistrate Judge

---

1

ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND THE DEADLINE OF TED ENTERTAINMENT, INC. TO OPPOSE THE DOES' MOTION TO QUASH