UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No.  25-mc-80296-SK <br><br> **ORDER REGARDING IN CAMERA REVIEW** <br><br> Regarding Docket No. 8 |

Before the Court is Movants/Defendants Does ("Movants") motion to quash subpoenas issued by Ted Entertainment, Inc. to Reddit, Inc. and Discord, Inc. in the U.S. District Court for the Central District of California.  (Dkt. No. 1.)  Upon review of Movants' declarations in support of their motion to quash, the Court HEREBY ORDERS Movants to provide the Court unredacted declarations for *in camera* review by no later than October 28, 2025.  Movants must send the documents electronically to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: October 10, 2025



SALLIE KIM
United States Magistrate Judge