UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 25-mc-80296-SK <br><br> **ORDER CLARIFYING IN CAMERA REVIEW** <br><br> Regarding Docket Nos. 8, 14 |

Before the Court is the motion by Movants Doe Defendants ("Movants") to quash subpoenas issued by Ted Entertainment, Inc. to Reddit, Inc. and Discord, Inc. in the U.S. District Court for the Central District of California. (Dkt. No. 1.) Upon review of Movants' declarations in support of their motion to quash, (Dkt. No. 8), the Court HEREBY ORDERS Movants to provide the Court the portions excluded from the declarations (i.e., the "Excluded Portions" referenced in Dkt. No. 8, p. 2) for *in camera* review by no later than October 28, 2025. Movants must send the documents electronically to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: October 15, 2025

SALLIE KIM
United States Magistrate Judge