1   ROM BAR-NISSIM (SBN: 293356)
    Rom@HeahBarNissim.com
2   **HEAH BAR-NISSIM LLP**
    1801 Century Park East, Suite 2400
3   Los Angeles, CA 90067
    Telephone: 310.432.2836
4

5   Attorneys for Respondent/Plaintiff
    TED ENTERTAINMENT, INC.
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  IN RE. SUBPOENAS TO REDDIT, INC.      Case No.: 3:25-mc-80296-SK
    AND DISCORD, INC.
13                                         (Case No. 2:25-cv-05564-WLH-PD, Pending in
                                           Central District of California)
14
                                           **DECLARATION OF ROM BAR-NISSIM
15                                         IN SUPPORT OF TED
                                           ENTERTAINMENT, INC.'S OPPOSITION
16                                         TO THE DOE DEFENDANTS' MOTION
                                           TO QUASH PLAINTIFF'S SUBPOENAS
17                                         TO REDDIT, INC. AND DISCORD, INC.**

18

19

20

21

22

23

24

25

26

27

28

# **DECLARATION OF ROM BAR-NISSIM**

I, Rom Bar-Nissim, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

2. I apologize in advance for the length of this declaration. It is not my intention to burden the Court with unnecessary information. Rather, my objective is to clarify the record to refute various assertions made in the declaration of the H3Snark Mods and the Motion. To facilitate ease of use, I am providing headings and bookmarks for topics, so the Court may more easily navigate my declaration to identify the specific information it requires.

## TEI'S DMCA TAKEDOWNS OF H3SNARK POSTS

3. **Overview:** The H3Snark Mods make numerous assertions about the DMCA takedowns that TEI issued for r/H3Snark posts and one comment – namely that they were intended to silence criticism. I was responsible for issuing the DMCA takedowns to r/H3Snark. Below are the facts related to each of these DMCA takedowns to demonstrate – not only were they issued in good faith – but expressly involved situations where no criticism was involved.

4. **Criteria for DMCA Takedowns Issued to r/H3Snark:** I employed very specific and exacting criteria for the DMCA takedowns I issued against H3Snark posts on behalf of TEI. First, I only issued DMCA takedowns against H3Snark posts containing TEI content that had a non-critical, descriptive title and did not solicit criticism. Second, I would only issue DMCA Takedowns for posts where: (1) the H3Snark mods locked the post, which made it impossible for anyone to comment or critique the content; and/or (2) lacked comments with any critical bearing on the content at the time the DMCA takedown was issued. This exacting standard was

established for the express purpose of staying well clear of silencing criticism.

5. **Avoidance of Any Post Involving Marginal Criticism:** There were several other H3Snark posts – aside from the ones identified above – that were brought to my attention for a potential DMCA takedown. If the post that uploaded TEI content had even marginal critical bearing on the style or substance of the clip – irrespective if the duration of clip was grossly in excess of what was necessary for the critique (which was usually the case), I declined to issue a DMCA takedown. I did not issue DMCA takedowns for these posts – not because I did not believe they made an infringing use of TEI content – but because I wanted to stay well clear of silencing any criticism.

6. **The "AutoMod Copyright Disclaimer"**: I am aware that the H3Snark Mods implemented an "AutoMod Copyright Disclaimer." See e.g., Dkt. No. 8, ¶ 50, p. 25 (screenshot). I found this disclaimer completely unpersuasive. The disclaimer was automatically generated on every single post. Fair use requires examining the specific use at issue. The disclaimers never provided any explanation on why the specific use at issue constituted fair use. The mere fact that the posts appeared on the H3Snark subreddit is insufficient to justify any type of use of TEI content. Rather, it seemed the H3Snark Mods were using this as a talisman to ward off any claim of copyright infringement – irrespective of the specific use at issue.

7. **The First Infringing Post:** On or around August 1, 2024, I became aware of a post on the H3Snark subreddit entitled "H3 Live Show Behind the Scenes" (the "First Infringing Post").[1] The First Infringing Post contained a complete version of TEI's video entitled *H3 Podcast BTS #53* (the "BTS Video"). The BTS Video was 23:24 minutes long and accessible only to paying members of TEI's H3 Podcast YouTube channel. The First Infringing Post had two comments.

    a. I conducted a fair use analysis of the First Infringing Post. After conducting my analysis, I determined that The First Infringing Post did not make a fair use of the BTS Video for the following reasons: (1) the First Infringing Post's title merely described the contents of the BTS Video – *i.e.*, it did not contain any criticism or solicit any criticism of

---

[1] The First Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1eg8n8a/h3_live_show_behind_the_scenes/

the BTS Video; (2) the First Infringing Post only had two comments which had no critical bearing on the style or substance of the BTS Video; (3) the two comments on the First Infringing Post did not justify using the entirety of the BTS Video; and (4) TEI suffered market harm from the First Infringing Post because it provided a complete substitute for the BTS Video – which was only accessible to paying members of the H3 Podcast YouTube channel.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown notice.

8. **The H3Snark Wiki**: During my investigation of the First Infringing Post, I was informed that the H3Snark Mods provided its users with instructions on how to download TEI's members only content. I was provided a screenshot of the Wiki page for H3Snark under "tools-tips-guides" (the "H3Snark Wiki Screenshot"). As depicted in the H3Snark Wiki Screenshot, the H3Snark Mods provided users instructions on how to "Download Youtube Members-Only Videos." Shortly after issuing the DMCA Takedown on August 1, 2024, the "tool-tips-guides" section of the H3Snark Wiki page was revised to remove reference to downloading members only content.[2] A true and correct copy of the H3Snark Wiki Screenshot is attached hereto and incorporated herein as **Exhibit 49** and depicted in Dkt. No. 7, p. 32.

9. **The Infringing Comment**: On or around August 30, 2024, I became aware of a comment on the H3Snark post "MEGATHREAD: The H3 Show – August 28, 2024" (the "8/28/24 Megathread").[3] The 8/28/24 Megathread was authored by the H3Snark Mods. The comment at issue was authored by one of the H3Snark Mods u/sarahornejewetts (the "Infringing

---

[2] One of the H3Snark Mods makes the false statement that: "[a]ll video clip making instructions were completely removed from the subreddit and wiki as of September 14, 2024, and the entire wiki page was removed on February 17, 2025." Dkt. No. 8, ¶ 218. The wiki is available to this day and still contains instructions on how to download videos. *See* https://www.reddit.com/r/h3snark/wiki/index/tools-tips-guides/. Further, the H3Snark Mod's statement that: "The screenshot the plaintiff included in their complaint is outdated and also appears to be purposefully cropped to omit the disclaimer." Dkt. No. 8, ¶ 218. This is false. The post was current at the time of the First Infringing Post. The cropping was solely to fit the page and focus on relevant information. Further, disclaimers are not talismans against infringement. Rather, the language of the disclaimer is contradicted by the language of the post itself.
[3] The 8/28/24 Megathread can be accessed here: https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

Comment"). The Infringing Comment contained three links to "Mobile Chat," "Desktop Chat," and "Watch on Yewtube." After clicking upon the "Watch on Yewtube" link, I was taken to the YewTube website. The webpage contained the entire TEI video *Content Court: Jack Doherty – H3 Show #48* (the "8/28/24 H3 Podcast"). Upon watching the 8/28/24 Podcast on YewTube, no advertisements were played during the entire 3:30:26 hour video. On YouTube, advertisements would play every few minutes. A true and correct screenshot of the Infringing Comment is attached hereto and incorporated herein as **Exhibit 50** and depicted in Dkt. No. 7, p. 32**.**

        a.       In conducting my fair use analysis, I determined that the Infringing Comment did not make a fair use of the 8/28/24 Podcast because: (1) the Infringing Comment did not provide any criticism of the 8/28/24 Podcast, nor did it solicit any criticism; (2) the title of the 8/28/24 Megathread did not contain any criticism of the 8/28/24 Podcast; (3) there were minimal comments on the 8/28/24 Megathread – none of whom had any critical bearing on the style or substance of the 8/28/24 Podcast; (4) YewTube's transmission of the 8/28/24 Podcast was an infringing public performance of the 8/28/24 Podcast; (5) the YewTube version of the 8/28/24 Podcast showed the video in its entirety; and (6) the Infringing Comment's link to the 8/28/24 Podcast on YewTube resulted in market harm because it deprived TEI of advertising revenue derived from the 8/28/24 Podcast.[4]

        b.       After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Infringing Comment (the "8/30/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 8/30/24 Takedown.[5]

        10.     **Additional YewTube Links on r/H3Snark Posts**: Shortly after issuing the

---

[4] Notably, two different H3Snark Mods – including the author of the Infringing Comment – admit that YewTube prevents advertisements from being shown. Dkt. No. 8, ¶ 61 (YewTube "replaces the standard YouTube domain (www.youtube.com) with its own (yewtu.be), to block ads and tracking"); ¶ 113 ("Instead of using the standard YouTube domain (www.youtube.com), it uses its own instance domain (yewtu.be) to block intrusive advertisements and tracking").

[5] One of the H3Snark Mods claims there was an improper motive for targeting the Infringing Comment. Dkt. No. 8, ¶ 116. This is false. When I issued the 8/30/24 Takedown, I was completely unaware of the button malfunction moment. When I conducted my review of the YewTube link, I did not see that moment. So, by the time the 8/30/24 Takedown was issued, the button malfunction moment was already excised from the video.

8/30/24 Takedown, I investigated whether additional Megathreads on H3Snark contained infringing YewTube Links. I was shocked to discover that nearly every Megathread contained a stickied comment by the H3Snark Mods with a link to the particular TEI video on YewTube. True and correct screenshots of some of the H3Snark Megathreads containing YewTube links to TEI content are attached hereto and incorporated herein as **Exhibit 51.**

11.    **YewTube Links in r/H3Snark Live Chat:** On September 4, 2024, TEI was able to access the H3Snark live chat for the TEI episode being broadcast at that time. Only members of H3Snark were able to access the live chat. During the live chat, YewTube links for the episode were being spammed in the chat by u/h3snarkmodteam. Once the episode was complete, the H3Snark Mods would delete the live chat. True and correct screenshots from the September 4, 2024 live chat are attached hereto and incorporated herein as **Exhibit 52** and is also depicted at Dkt. No. 7, pp. 29-30**.**

12.    **The YewTube Admission Comment**: Shortly afterwards, I discovered a comment by u/sarahornejewetts on the H3Snark Post entitled "For those who wonder why Snarkers watch, moments like the second button failure" (the "Button Post").[6] The comment by u/sarahornejewetts stated: "We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view count" (the "YewTube Admission Comment"). A true and correct screenshot of the YewTube Admission Comment is depicted at Dkt. No. 7, p. 31. A true and correct screenshot of the YewTube Admission Comment in the Button Post is attached hereto and incorporated herein as **Exhibit 53** and is also depicted on Dkt. No. 7, p. 31**.**

13.    **YewTube Links on Other Snark Subreddits:** After some investigation, I discovered that the use of YewTube links was pervasive amongst snark subreddits for other YouTubers. These other snark subreddits provided the same explanation for why they encouraged using YewTube links instead of links to the original video on YouTube: YewTube deprived the original YouTube video of views and advertising revenue.[7]

---

[6] The Button Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1f3pwi1/for_those_who_wonder_why_snarkers_wa tch_moments/
[7] *See e.g.*,
https://www.reddit.com/r/Drueandgabe/comments/1i4qj0e/remember_to_use_yewtube_to_view_ (continued).

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

14. **Deletion of YewTube Links on r/H3Snark**: At some point afterwards, the YewTube Admission Comment and all comments containing YewTube links on H3Snark Megathreads were deleted.

15. **The Second Infringing Post:** On or around September 18, 2024, I became aware of the H3Snark Post entitled "Ethan and Dan confirm that posting to snark will get you banned"[8] (the "Second Infringing Post"). The Second Infringing Post comprised solely of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55* ("H3 Show # 55). The Second Infringing Post contained no comments because the H3Snark Mods locked the Second Infringing Post – which prevented it from receiving any comments.

   a.   In conducting my fair use analysis, I determined that the Second Infringing Post did not make a fair use of the clip from the H3 Show # 55 because: (1) the title of the Second Infringing Post merely described the contents of the clip from the H3 Show # 55 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Second Infringing Post, there were no comments on the Second Infringing Post whatsoever; (3) since there was no commentary or criticism, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 55 – which would have provided TEI advertising revenue.[9]

---

[8] her_content_now/;
https://www.reddit.com/r/FundieSnarkUncensored/comments/1clzdlo/reminder_about_yewtube_for_watching_fundie_or/;
https://www.reddit.com/r/EUGENIACOONEY/comments/t28lif/yewtube_is_a_site_where_you_can_watch_youtube/;
https://www.reddit.com/r/KyraReneeSivertson/comments/1gg9why/new_yewtube_link/;
https://www.reddit.com/r/ColleenBallingerSnark/comments/1808mw4/friendly_reminder_to_use_yewtube_if_you_are/;
https://www.reddit.com/r/XOMaCennaUnfiltered/comments/1hhi72u/dont_give_her_views_use_yewtube/
https://www.reddit.com/r/aspynovardsnark/comments/xpohm0/tip_if_youre_going_to_watch_the_videos_watch_them/;
https://www.reddit.com/r/GRBsnark/comments/1ksrgw1/psa_how_to_watch_yt_videos_without_giving_gyps/

[8] The Second Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

[9] One of the H3Snark Mods states: "Most people on Reddit prefer embedded video clips within Reddit since this is the default experience and does not force users to leave the app." Dkt. No. 8, ¶ (continued).

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Second Infringing Post (the "9/18/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 9/18/24 Takedown. A true and correct PDF Printout of the 9/18/24 Takedown taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 54**. While the PDF printout was able to capture the majority of my analysis, it did not capture the entirety of my analysis.

16. **The Third Infringing Post**: On November 22, 2024, I became aware of the H3Snark post: "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83" (the "Third Infringing Post").[10] The Third Infringing Post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83* (the "H3 Show #83). The Third Infringing Post contained two comments – none of which had any critical bearing on the style or substance of the clip. The Third Infringing Post was locked by the H3Snark Mods – which meant the Third Infringing Post would not receive any further comments.

a. In conducting my fair use analysis, I determined that the Third Infringing Post did not make a fair use of the clip from the H3 Show # 83 because: (1) the title of the Third Infringing Post merely described the contents of the clip from the H3 Show # 83 and did not provide any criticism or solicit any criticism of the clip; (2) the two comments had no critical bearing on the style or substance of the clip from the H3 Show # 83; (3) since the H3Snark Mods locked the Third Infringing Post, there were no further comments on the Third Infringing Post; (4) since there was no commentary or criticism of the clip from the H3 Show #83, any amount used was unreasonable; and (5) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 83 – which would have provided TEI advertising revenue.[216]

216. This is false. Videos can be embedded onto Reddit using a link to the original YouTube video without having to leave the app. *See e.g.*, Dkt. No. 8, fn. 39. Further, as the H3Snark Mods admit, the practice of uploading clips directly to Reddit is a preference – not an issue of fair use.

[10] The Third Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1gxfemp/ethan_talks_positively_about_celebrity_poker/

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

1         b.       After conducting my fair use analysis, I filled out Reddit's form to issue a

2    DMCA Takedown on behalf of TEI for the Third Infringing Post (the "First 11/22/24

3    Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section

4    512(f), I detailed my analysis in the First 11/22/24 Takedown. A true and correct PDF

5    Printout of the First 11/22/24 Takedown taken just before it was submitted is attached

6    hereto and incorporated herein as **Exhibit 55**. While the PDF printout was able to capture

7    the majority of my analysis, it did not capture the entirety of my analysis.

8        17.    **Fourth Infringing Post:** On November 22, 2024, I also became aware of the

9    H3Snark post: "Ethan describes his issues with Hasan as 'personal beef'" (the "Fourth Infringing

10   Post").[11]   The Fourth Infringing Post contained a clip from the TEI video entitled *Logan Paul*

11   *Posted F\*\*\*KING INSANE Cringe – H3 Show #84* ("H3 Show #84). At the time I reviewed the

12   Fourth Infringing Post, it had been up for over two hours and had no comments (aside from an

13   Automod post). It was clear that several individuals interacted with the Fourth Infringing Post

14   because it had 130 up votes. Further, the H3Snark Moderators locked the post at the time – which

15   prevented any comments. A true and correct PDF Printout of the Fourth Infringing Post at the

16   time I reviewed it can be found on Dkt. No. 7, pp. 302-303.

17        a.       In conducting my fair use analysis, I determined that the Fourth Infringing

18   Post did not make a fair use of the clip from the H3 Show # 84 because: (1) the title of the

19   Fourth Infringing Post merely described the contents of the clip from the H3 Show # 84

20   and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark

21   Mods locked the Fourth Infringing Post, there were no comments on the Fourth Infringing

22   Post and no further comments were expected;  (3) since there was no commentary or

23   criticism of the clip from the H3 Show #84, any amount used was unreasonable; and (4)

24   TEI would suffer market harm because the post could have easily provided a hyperlink to

25   the H3 Show # 84 – which would have provided TEI advertising revenue.

26        b.       After conducting my fair use analysis, I filled out Reddit's form to issue a

27   DMCA Takedown on behalf of TEI for the Fourth Infringing Post. To avoid any potential

28   [11] The Fourth Infringing Post can no longer be accessed.

claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

    c.    Afterwards, I discovered that the H3Snark Mods unlocked the Fourth Infringing Post – which resulted in it receiving comments. It is unclear to me when the H3Snark Mods unlocked the Fourth Infringing Post.

18.    **Fifth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85" (the "Fifth Infringing Post").[12] The H3Snark Mods locked the Fifth Infringing Post – which prevented it posts from receiving any comments.

    a.    In conducting my fair use analysis, I determined that the Fifth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Fifth Infringing Post merely described the contents of the clip from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Fifth Infringing Post, there were no comments on the post and no further comments were expected;  (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

    b.    After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Fifth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown. A true and correct PDF Printout of the takedown for the Fifth Infringing Post taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 56**. While the PDF printout was able to capture the majority of my analysis, it did not

---

[12] The Fifth Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1h00ywo/lb_says_far_leftists_hate_israel_because_israel/

capture the entirety of my analysis.

19.     **The Sixth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying … BUT … and then theres a reason for justifying it" ("Sixth Infringing Post").[13] The Sixth Infringing Post also used a clip from H3 show #85. The H3Snark Mods locked the Sixth Infringing Post – which prevented it from receiving any comments.

    a.     In conducting my fair use analysis, I determined that the Sixth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Sixth Infringing Post merely described the contents of the clips from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Sixth Infringing Post, there were no comments on the post and no further comments were expected; (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

    b.     After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Sixth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

**THE H3SNARK MODS STRIKE BACK**

20.     **Overview**: The H3Snark Mods retaliated against TEI's DMCA takedowns in multiple ways, as detailed below.

21.     **The DMCA Takedown Posts:** The H3Snark Mods created community posts and megathreads attacking the DMCA takedowns, Ethan Klein (the co-owner of TEI, along with his wife Hila Klein), and myself for abusing the DMCA takedown system, including: (1) "False Copyright Strike Tracker Megathread | Ethan Klein is Abusing the Copyright System to Censor

---

[13]The Sixth Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1h00ldy/lena_asks_lonerbox_about_civilians_and_doesnt_get/

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Criticism about Himself and the H3 Podcast on Reddit";[14] (2) "H3/Ethan Klein is abusing the copyright system by striking our Reddit posts that share direct links to their YouTube channel";[15] (3) "Another false copyright strike, likely from Ethan Klein abusing the copyright system in an attempt to takedown our community";[16] and (4) "CONFIRMED: Ethan Klein hired an attorney to issue copyright claims against r/h3snark." As to the last post, it was ultimately deleted by Reddit itself.[17] According to the Wayback Machine, this occurred sometime after August 6, 2025.[18]

22.      **The u/RomanPeee Posts**: One of the H3Snark Mods is u/RomanPeee – who publicly admitted to being Doe No. 2 in the Complaint (including all of the identified alt-accounts). Dkt. No. 7, p. 17, ¶ 11(b). u/RomanPeee has made several public posts on the latest iteration of H3Snark, r/LeftoversH3 that: (1) advance the same arguments advanced in the Motion by the H3Snark Mods; and (2) attacking me in my professional capacity.[19] A true and correct PDF printout of u/RomanPeee admitting to being Doe No. 2 in the Complaint is attached hereto and incorporated herein as **Exhibit 57.** A true and correct printout of u/RomanPee advancing the same argument advance in the Motion and attacking me in my professional capacity is attached hereto incorporated herein as **Exhibit 58.**

23.      **Soliciting Users to Issue Counternotifications:** The H3Snark Mods also began soliciting users who created the posts subject to TEI's DMCA takedowns to issue counternotifications. For example, in the Sixth Infringing Post, a now deleted account tagged the poster and stated: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form!"[20]

---

[14] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/
[15] https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/
[16] https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/
[17] https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/
[18] https://web.archive.org/web/20250806083956/https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/
[19] To illustrate u/RomanPeee's obsession with the Kleins, the following link contains all his links and posts, which illustrates the volume of posts and comments he makes about the Kleins: https://www.reddit.com/user/RomanPeee/
[20] https://www.reddit.com/r/h3snark/comments/1h00ldy/comment/m0pre0t/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

24.     **The 1/15/25 Counternotification:** On January 15, 2025, Reddit informed TEI that a so-called DMCA counternotification was issued against the both the 8/30/24 Takedown and the 9/18/24 Takedown (the "1/15/25 Counternotification"). A true and correct copy of the 1/15/25 Counternotification can be found at Dkt. No. 7, pp. 96-97.

25.     **Why the 1/15/25 Counternotification was Facially Fraudulent:** The 1/15/25 Counternotification contained several indicia of being fraudulent and authored by the H3Snark Mods.

    a.     First, it failed to satisfy the statutory requirements of 17 U.S.C. Section 512(g)(3) because it did not include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

    b.     Second, the 1/15/25 Counternotification covered a post and a comment authored by two different users (*i.e.*, u/obrienpotatoes and u/sarahornejewetts respectively) – yet only one individual claimed to have issued the 1/15/25 Counternotification – an individual claiming to be "Michael Anderson."

    c.     Third, the text of the 1/15/25 misrepresented that the 8/30/24 Takedown was for the entire 8/28/24 Megathread and not u/sarahornejewett's comment containing a YewTube link.

    d.     Fourth, the language of the 1/15/25 Counternotification indicated that it was issued by the H3Snark Mods. Examples include: (1) "We are writing to contest the removal of two posts from our subreddit under alleged copyright claims"; and (2) "We believe these reports may have been filed by fans rather than the legitimate copyright holder."[21] The second statement was particularly bizarre, as both the 8/30/24 Takedown and 9/18/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

    e.     Finally, the name of the issuer "Michael Anderson" was a generic name

---

[21] Despite denying any involvement in the 1/15/25 Counternotification (Dkt. No. 8, ¶ 118), the text of the H3Snark Mod's declaration contains nearly identical language: "At first, I suspected the DMCAs may not have even been coming from the plaintiffs [*sic*], but maybe by his fans who were trying to target the subreddit with abuse." Dkt. No. 8, ¶ 53.

1  that would make it impossible to identify the issuer.

2  26.  **My Correspondence with Reddit Regarding the 1/15/25 Counternotification:**

3  On January 16-17, 2025, I emailed Reddit and explained in great detail the facts and law

4  demonstrating that the 1/15/25 Counternotification was invalid and fraudulent. On March 18,

5  2025 (*i.e.*, two months later), I received a response from Reddit. In its response, Reddit agreed

6  that the 1/15/25 Counternotification was invalid and would not be honored.

7  27.  **Reddit Refuses to Honor the 8/30/24 Takedown:** Reddit further stated that it

8  would not honor the 8/30/24 Takedown because the 8/28/24 Megathread only linked to TEI's

9  video on YouTube. I responded the same day and explained to Reddit that this was incorrect

10  because the 8/30/24 Takedown explicitly stated it was directed at the comment posted by

11  u/sarahornejewetts and contained a YewTube link. I also attached a screenshot of the comment.

12  While Reddit never responded, the comment by u/sarahornejewetts was not restored. A true and

13  correct copy of my email correspondence with Reddit from January 16, 2025 through March 18,

14  2025 is attached hereto and incorporated herein as **Exhibit 59.**

15  28.  **The 3/18/25 Counternotification:** On March 18, 2025, I received an additional

16  counternotification for the 9/18/24 Takedown (the "3/18/25 Counternotification"). According to

17  the 3/18/25 Counternotification, it was issued on December 5, 2024. A true and correct copy of

18  the 3/18/25 Counternotification can be found at Dkt. No. 7, pp. 100-101.

19  29.  **Why the 3/18/25 Counternotification was Fraudulent:** The language of the

20  3/18/25 Counternotification indicated that the issuer – u/obrienpotatoes – failed to consider the

21  four fair use factors prior to issuing the 3/18/25 Counternotification. Failure to consider the four

22  fair use factors constitutes as misrepresentation under 17 U.S.C. Section 512(f).

23  a.  Instead, the 3/18/25 Counternotification contained conclusory assertions

24  demonstrating the user did not understand fair use, such as: (1) "This was an abuse of the

25  fair use system" (which was bizarre because u/obrienpotatoes was claiming fair use, not

26  TEI); (2) "Even so, it would still be allowed under fair use" without any explanation as to

27  why. Rather, in a post made on April 11, 2025 on X by @obrienpotatoes1 (who claimed

28  to be u/obrienpotatoes), the post indicated that u/obrienpotatoes only considered the

duration of the clip and not the other fair use factors by stating it was only "A MINUTE AND A HALF LONG CLIP."[22]

   b.   The language of the 3/18/25 Counternotification indicated that the H3Snark Mods worked with the issuer – u/obrienpotatoes – to draft the 3/18/25 Counternotification. The 3/18/25 Counternotification stated: "This subreddit has also been mercy to many bad faith brigades recently, so I do not believe this appeal was filed by the actual copyright owner." This was reminiscent of the sentence from the 1/15/25 Counternotification: "We believe these reports may have been filed by fans rather than the legitimate copyright holder." Additionally, this statement was particularly bizarre, as both the 8/30/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

   30.   **Letter to u/ObrienPotatoes:** On March 18, 2025, I drafted and sent a letter to u/ObrienPotatoes via the email address identified in the 3/18/25 Counternotification. I explained in detail: (1) why the user failed to make a fair use; and (2) why the language of the 3/18/25 Counternotification gave rise to a claim for DMCA misrepresentation under 17 U.S.C. Section 512(f). The letter contained an offer to settle the matter for, *inter alia*, information on the H3Snark Mods. At the time I sent the letter, I was already working on the claims for contributory copyright infringement against the H3Snark Mods. Seeking the H3Snark Mods names was solely to name and serve them in the complaints and not for any other purpose.[23] A true and correct copy of my March 18, 2025 letter is attached hereto and incorporated herein as **Exhibit 60**.

   31.   ***Dear H3 Snark, I see you***: On or around March 3, 2025, I became aware of a YouTube video posted by an account called "The Law" entitled *Dear H3Snark, I see you.* A true and correct copy of *Dear H3Snark, I see you* is located on the flash drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 61.**[24] The video *Dear H3Snark, I see you* documents:

---

[22] https://x.com/obrienpotatoes1/status/1910711822212067372
[23] I am aware that the H3Snark Mods attempt to impute some improper motive to the settlement request. Dkt. No. 8, ¶ 57. As demonstrated above, this is false.
[24] For convenience, I am also providing a citation to *Dear H3 Snark, I see you* on YouTube, along with pincites for each segment below. The Law, *Dear H3 Snark, I see you* (Mar. 3, 2025), *available at*: https://youtu.be/lfjbgNjo0Oc?si=oSbhB2ba5j67XGBY

a. The H3Snark Mods deleting posts after Ethan Klein announced plans to pursue legal action against the H3Snark Mods for harassment Ex. 61 at 1:18-1:41.[25]

b. How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the most egregious offenders into H3Snark Mods. Ex. 61 at 2:02-4:54.[26]

c. How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan Klein announced he would pursue legal action against the H3Snark Mods. Ex. 61 at 4:55-6:51.[27]

d. How the H3Snark Mods purposefully lied about the DMCA Takedowns I issued on behalf of TEI to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI. Ex. 61 at 6:52-9:11).[28] This confirmed a great deal of my observations of H3Snark and the H3Snark Mods' conduct.[29]

32. **The "Opening our IP" Statement Did Not Result in Forfeiture:** I am also aware that the H3Snark Mods appear to take the position that TEI has forfeited all rights in TEI clips. *See* Dkt. No. 8, ¶¶ 51-53, 59. They cite a January 25, 2023 statement by Ethan that TEI was "opening [its] IP to the world" as to "clips." *See Id.* at 51.1 & fn. 43. These statements do not constitute abandonment of copyright because: (1) they do not identify a particular work; and (2) abandonment cannot occur for future works. *See Melchizedek v. Holt*, 792 F.Supp.2d 1042, 1052 (D. Ariz. 2011) ("An overt act indicating the abandonment of copyright protection in one work does not automatically result in the abandonment of copyright protection in subsequent works" and "An over act indicating an intent to abandon copyright protection in a work must be taken with respect to that particular work"). Further, acts like pursuing copyright infringement or

---

[25] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=wfBy74OANSFdV7kt&t=78
[26] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=3KDGY5UZ7du2bgn7&t=122
[27] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=FucCAQlxFjCK4uCR&t=295
[28] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=76UyIBzuoP1eiGQR&t=412
[29] In an attempt to malign "The Law," the H3Snark Mods accuse him of "surveilling, cyberstalking, and attempting to intimidate former and current r/H3Snark moderators." Dkt. No. 8, ¶ 161. Not only is this assertion completely unsupported, the video *H3Snark, I see you* refutes this assertion. Rather, this is a pattern by the H3Snark Mods to attack and malign anyone who criticizes them and exposes their wrongdoing.

DMCA takedowns bely the assertion of abandonment. *See Bell v. Moawad Group, LLC*, 326 F.Supp.3d 918, 929 (D. Ariz. 2018).

33.     **The "Opening our IP" Statement Did Not Constitute a License – Let Alone an Irrevocable One:** Insofar as the H3Snark Mods claim TEI granted an irrevocable license to TEI clips. This is false. The existence of a license is governed by state contract law – which requires, offer, acceptance and consideration. *See Furie v. Infowars, LLC,* 401 F.Supp.3d 952, 968 (C.D. Cal. 2019). Assuming for the sake of argument, the aforementioned statements constituted an offer – there was no consideration paid to TEI for the use. A license only becomes irrevocable when consideration is paid to the owner. *Reinicke v. Creative Empire LLC*, 38 F.Supp.3d 1192, 1203 (S.D. Cal. 2014).

**EVENTS LEADING UP TO THE RELEASE OF *CONTENT NUKE: HASAN PIKER* AND THE H3SNARK MODS POSTS INDUCING DENIMS' INFRINGEMENT**

34.     **Registration of *The Nuke***: Prior to its release, I registered TEI's video *Content Nuke: Hasan Piker* ("*The Nuke*") with the United States Copyright Office on behalf of TEI. The deposit copy I submitted was nearly identical to the version broadcast on January 31, 2025 – with the exception: (1) the broadcast version had to blur or black out certain archival footage of the hijacking of the *Galaxy Leader* ship and crew and the November 2023 release of Israeli hostages; (2) the conclusion; and (3) some minor visual edits. *The Nuke* received the registration number PAu 4-256-429. A true and correct copy of the deposit copy of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit D**. A true and correct copy of the broadcast version of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit E**.

35.     **The 1/30/25 Post:** TEI originally planned to release *The Nuke* on January 30, 2025. On that date, I went on H3Snark and saw a pinned community post authored by u/jewettornesarah on behalf of the H3Snark Mods (the "1/30/25 Post"). At the time, 1/30/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the 1/30/25 Post is located at Dkt. No. 7, p. 103 and incorporated herein.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

36. **The Countdown Episode:** On January 31, 2025, TEI preceded the release of *The Nuke* with a podcast episode entitled *The H3 Show # 104: Countdown to Doomsday* ("Countdown Episode"). The Countdown Episode began at approximately 12:24 p.m. PST. The Countdown Episode was set to finish immediately before the release of *The Nuke* at 1:30 p.m. PST. A true and correct copy of the Countdown Episode is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit F**.

37. **Registration of the Countdown Episode**: After its release, I registered the Countdown Episode with the United States Copyright Office. The Countdown Episode received the registration number PAu 4-257-253.

38. **The First 1/31/25 Post:** After the release of *The Nuke*, I visited the H3Snark subreddit again and saw a community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled: "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "First 1/31/25 Post").

   a. At the time, the First 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the First 1/31/25 Post is located at Dkt. No. 7 at p. 133 and incorporated herein.

   b. The First 1/31/25 Post contained a hyperlinked image of Denims. Upon clicking the image, I was taken directly to the Twitch page of Alexandra Marwa Saber p/k/a Denims ("Denims"). Upon being taken to Denims' Twitch page, I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke*. This is because Twitch streams are accessible from the Twitch streamer's homepage. A true and correct PDF printout of Denims' homepage after clicking the hyperlinked picture and showing her broadcasting her "watch party" of *The Nuke* is attached hereto and incorporated herein as **Exhibit 62**.[30]

39. **The Second 1/31/25 Post:** Upon discovering the First 1/31/25 Post, I found another community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled:

---

[30] I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream. This is addressed more fully in Paragraph 40 below.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

"Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread" (the "Second 1/31/25 Post").

       a.     At the time, the Second 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the Second 1/31/25 Post is located at Dkt. No. 7 at p. 116 and incorporated herein.

       b.     The Second 1/31/25 Post contained a list of various streamers who were broadcasting *The Nuke*. Denims' name was at the top of the list with a hyperlink next to her name. Upon clicking the hyperlink next to Denims' name, I was taken directly to Denims' Twitch page where I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke*. The same held true for the links to other Twitch streamers on the list.[31] Exhibit 62 accurately depicts what I saw when I clicked the link next to Denims' name in the Second 1/31/25 Post.

       c.     Recently, I independently discovered that the H3Snark Mods put a hyperlink to *The Nuke* in the Second 1/31/25 Post. The hyperlink was contained in the letter "i" in the word "this" in the phrase "Places to watch reactions to this video." Due to how hidden the hyperlink was, I did not observe it prior to filing the complaint in the present action. I have tried to recreate creating a hyperlink of the letter "i" in the word "this" and found it exceedingly difficult and requiring deliberate precision because it is so small. I found it far easier to hyperlink the whole word "this" or words "this video." For this reason, u/h3snarkmodteam's testimony that the size of the hyperlink was an accident seems completely implausible, but rather a deliberate attempt to provide an excuse that *The Nuke* was hyperlinked in the Second 1/31/25 Post.

      **40.**     **False Assertion by the H3Snark Mods on Hyperlinks in the Three Posts:** I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post

---

[31] The H3Snark Mods point to megathreads about *The Nuke* on other subreddits – such as r/youtubedrama – to justify the Second 1/31/25 Post. *See* Dkt. No. 8, ¶ 44, fn. 39. The r/youtubedrama post is materially different than any of the posts made by the H3Snark Mods. First, an embedded version of *The Nuke* from the h3h3Productions channel on YouTube is prominently displayed in the r/youtubedrama post. Second, the r/youtubedrama post did not contain links to "watch parties" of *The Nuke*.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream." This is false. A Twitch streamer's live broadcast to the public is only available on their home page. Videos of prior streams (known as VODs) have a specific designated URL. As Exhibit 62 demonstrate, the PDF was of https://www.twitch/tv/denims. This demonstrates that Denims' "watch party" was being broadcast from her homepage.

**DENIMS' JANUARY 31, 2025 WATCH PARTY OF THE COUNTDOWN EPISODE AND _THE NUKE_**

41. **Denims' Watch Party:** As previously mentioned, Denims hosted a "watch party" of the Countdown Episode and _The Nuke_ on January 31, 2025 (the "Watch Party"). The entirety of Denims' broadcast on January 31, 2025 was over ten hours. Due to the size the video file, the video of Denims' January 31, 2025 broadcast was submitted to the Court in two parts. A true and correct copy of part 1 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit J** and is incorporated herein. A true and correct copy of part 2 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit K** and is incorporated herein.

42. **Denims' Described her Watch Party as a Watch Party:** Exhibit 62 also accurately captures the title of Denims' January 31, 2025 stream: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." _See_ Ex. 62. In other words, Denims described her use of _The Nuke_ as a Watch Party and not a commentary.

43. **Overview of My Fair Use Analysis of Denims' Watch Party:** I conducted a thorough fair use analysis of Denims' Watch Party of the Countdown Episode and _The Nuke_ (collectively, the "Works"). I drafted notes that included timestamps summarizing: (1) when the Works played uninterrupted; and (2) when Denims said anything and summarized what she said. One thing I noted is that when Denims did speak, she frequently paused or was silent as she thought of what to say. Denims speech patterns were also very slow and drawn out. In other words, when she did speak, not much was said. The law I utilized for my analysis and led me to my conclusion that Denims did not make a fair use of the Works is contained in Dkt. No. 1, pp. 52:27-58:9.

44. **Overview of Analysis as to Denims' Use of the Countdown Episode:** As to the Countdown Episode, I noted that Denims was silent for the vast majority of her "Watch Party" of the Countdown Episode. Further, Denims even let the Countdown Episode play to an empty chair for several minutes. Due to the dearth of commentary on the Countdown Episode by Denims, her use of nearly the entire Countdown Episode was manifestly unreasonable. Moreover, her use was highly commercialized due to statements she made during her "Watch Party" – particularly using the Countdown Episode to promote her "Watch Party" of *The Nuke*. Additionally, since Denims streamed the Countdown Episode concurrently with the original broadcast, it siphoned viewers away from the original because people would not watch both at the same time. Further, during Denims' "Watch Party," she received numerous donations, paid subscriptions, bits and advertising revenue. Therefore, I concluded that under no circumstances did Denims make a fair use of the Countdown Episode. A more detailed version of my analysis of Denims' use of the Countdown Episode is located at Dkt. No. 7, pp. 58:10-61:6.

45. **Overview of Analysis as to Denims' Use of *The Nuke*:** Denims began her "Watch Party" of *The Nuke* one minute after TEI released it to the public. I noted that Denims frequently let *The Nuke* play for 30 seconds or more without interruption or commentary. Frequently, she would play a long portion of *The Nuke* that eclipsed the brief statements she would make. A significant portion of Denims statements had no critical bearing on the style or substance of *The Nuke* as well. Critically, Denims failed to provide comments on a significant portions of *The Nuke*. Below is a summary of some of the most glaring omissions. A more detailed version of my analysis of Denims' use of *The Nuke* is located at Dkt. No. 7, pp. 61:7-88:28.

a. During the Prologue of *The Nuke*, Denims failed to address: (1) Ethan's criticism of Hasan Piker's takes on Russian and Chinese imperialism and genocide, particularly the annexation of Crimea and the genocide of the Uyghurs; (2) the torrent of antisemitic comments Ethan received from Hasan's chat during their discussion in November 2023; (3) the primary difference of opinion between Ethan and Hasan Piker ("Hasan") on the Israel-Palestine conflict; (4) footage showing Hasan supporting terrorism

1  and expressing hatred of liberals; and (5) Ethan's concern that Hasan radicalized TEI's

2  audience;

3        b.      During the Twitch parody sketch, Denims failed to provide almost any

4  commentary whatsoever;

5        c.      During the section concerning Hasan's support of Ansar Allah a/k/a The

6  Houthis, Denims failed to address the majority of points raised in this section, including:

7  (1) Ethan's criticism of Houthi atrocities, namely recruiting child soldiers, shelling and

8  blocking aid to civilians, ruining agricultural land, oppression of women and slavery,

9  including how this contradicts leftist values; (2) how Hasan violated Twitch's community

10  guidelines by promoting and glorifying Houthi propaganda to the Twitch streamer Nick

11  Polom ("Nick"), including footage of a Houthi music video and the hijacking of the

12  *Galaxy Leader* ship and crew; (3) Ethan's criticism of Hasan's glorification of another

13  Houthi music video and its juxtaposition to the Miami Boys Choir singing "Yerushalim";

14  (4) the majority of Ethan's criticisms of Hasan holding himself out as a journalist and of

15  his interview of the Houthi Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-

16  Haddad"); (5) the evidence demonstrating that Al-Haddad is a member of the Houthis;

17  and (6) how Hasan uses genocide to deflect criticism.

18        d.      During the section concerning Hasan's support of Hezbollah and its former

19  leader Hassan Nasrallah, Denims failed to address key points, such as: (1) Ethan's

20  criticisms of Hebollah's atrocities, including how this contradicts leftist values; (2) the

21  majority of Ethan's criticism of Hasan attempting to radicalize Nick; and (3) Hasan's

22  apologia for Hezbollah.

23        e.      During the section concerning Hasan's support for Hamas, Denims failed

24  to address key points, such as: (1) Ethan's criticism of Hamas' atrocities and its leaders,

25  along with how this contradicts leftist values; (2) Ethan's criticisms of Hasan glorifying

26  Hamas propaganda; and (3) Ethan's thesis on how to achieve peace in the Israel-Palestine

27  conflict.

28        f.      During the section discussing how Twitch and its CEO Dan Clancy enable

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Hasan, Denims failed to address: (1) Clancey's ineffectiveness as a CEO and forcing Twitch employees to participate in Hasan's "Happy Birthday" video; (2) Ethan's criticism of the Twitch streamer Morgan Kamal Majed p/k/a Frogan ("Frogan") purity testing of the online content creator and streamer Ludwig Aghren; (3) the reasons why the racial tier list at TwitchCon 2024 made Ethan uncomfortable; (4) Clancey banning people asking him about antisemitism during the Q&A session; (5) Twitch re-platforming and hiring antisemites; and (6) Twitch's biased and inconsistent enforcement of its Community Guidelines.

46. **Denims' Watch Party was the Pinnacle of her Streaming Career:** Denims' "Watch Party" of *The Nuke* received the highest number of concurrent viewers (*i.e.*, viewers watching at a single point in time) in her entire streaming career – more than 45,000. Since Denims broadcast her "Watch Party" one minute after *The Nuke's* release, these individuals watched Denims' Watch Party in lieu of *The Nuke* itself. A true and correct screenshot of Denims' Twitch channel statistics from the website Twitch Tracker is attached hereto and incorporated herein as **Exhibit 63**.

47. **Degree of Commercialization:** On 174 separate occasions, Denims received paid subscriptions, donations and paid bits during her "Watch Party" of *The Nuke*. Upon receiving a subscription, donation or paid bits, a notification and message would play in the background.

48. **Denims' Admissions to Siphon Views during Her Watch Party:** Upon examining Denims' "Watch Party," I determined that she did not make a fair use of *The Nuke* either. In addition to the analysis provided above, Denims made multiple statements indicating her intent was to host a "watch party" that provided a substitute for *The Nuke* and siphon as many viewers as possible away from the original and to herself. Her intent to siphon as many views as possible was emphasized by streaming her "Watch Party" of *The Nuke* one minute after its release – when the public interest in *The Nuke* was at its greatest. Below is a summary of those statements.

a. The title of her stream was: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." Ex. 62

b.       Prior to her Watch Party, Denims stated: "If you want to watch it, you know, come enjoy the watch party somewhere else." Ex. K at 23:40-47. Additionally, Denims read a message from her chat stating: "We're relying on you to stay live so we don't give more views to the Nuke" – to which Denims replied: "Yeah, I'm going to. I'm going to stream it since he confirmed it's coming out today. We're going to stream it." Ex. J at 4:48:38-4:48:48.

c.       Prior to and throughout her Watch Party of *The Nuke*, Denims prominently displayed the chyron "Watching Hasan Content Nuke From Ethan Klein." Ex. K beginning at 1:15:03.

d.       During her Watch Party, Denims responded to a chatter by stating: "Unfortunately, we are watching the Ethan Nuke." Ex. K at 2:06:09-23.

e.       Immediately after her watch party, Denims stated: "Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime, if you like the content if you enjoyed your time here. … I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to **watch** that by myself."[32] Ex. K at 5:07:45-5:08:09.

f.       The day after her Watch Party, Denims stated: "And I know all of those people didn't want to give the video another view. Which is why they watched it with me." A true and correct copy of a clip from Denims' February 1, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit L** and is incorporated herein.

49.       **The Denims vs. Jay Exci Copyright Debate:** Afterwards, I became aware of a February 6, 2022 video entitled *Jay Exci vs. Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate* (the "Debate Video"). In the Debate Video, Denims made several damning statements about her personal perception on the unauthorized use of copyright content. In the debate, she acknowledges her reactions siphon views away from the original. Denims' statements from three years prior were fully consistent with how she conducted her Watch Party

[32] A "prime" refers to a free paid subscription to a Twitch channel provided by Amazon Prime.

of the Works three years later. A true and correct copy of the Debate Video is located on the Flash Drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 64.**[33]

50.     **Denims' Admissions During the Debate Video**: Denims made numerous admissions during the Debate Video demonstrating that she knew her watch parties were not a fair use and siphoned views away from the original, as discussed below:

a.     Early on in the debate, Denims acknowledges that she uses third-party content as "filler" and that it siphons views away from the original: "I just want to be clear on my opinion on, like, filler content and stuff. Like, I think filler content … you shouldn't do it. I know I do it as a react streamer. And I try to do it only with Vox videos or Vice videos (and stuff like that) because I'm not, like, directly ripping from one content creator and not like a whole team and stuff. And most of those videos have, like, five million views. I only get, like, 500 viewers. Likely, I'm not even going to be taking out, I'm taking may 50 views from the video. It's a lot harder to feel, like, I guess bad about that." Ex. 64 at 8:50-9:18.[34]

b.     Shortly thereafter, Denims accepts her own bias in the situation and her desire to use third-party content: "Maybe I'm coping, because I'm a reactor and I want to have that content." Ex. 64 at 9:42-9:45.[35]

c.     Later in the debate, Denims sets forth her theory to justify a "group viewing session" of third-party content: that Twitch streamers are "curators" that provide a "communal" experience of watching content with their audience who do not want to take the time to find YouTube content on their own.

i.     "You know, I'm sure if you click on a random part of the video, I might not be saying anything – sure, whatever – I might walk away from the screen. But it's about, like, the communal thing. … It's not about the actual show at

---

[33] For convenience, I am also providing a citation to the Debate Video on YouTube, along with pincites for each statement. Chud Logic, *Jay Exci vs. Denims CLASH in Contentious DEBATE!* (Feb. 6, 2022), *available at*: https://youtu.be/Y1elepqFtWg?si=8c3s8LsNHSoLP-Ex
[34] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=2tZ8ei4KQeZIsVIk&t=530
[35] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=5LbAU9g6URr4uzg_&t=582

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

a certain point. It's like, oh, it's the same reason you watch shows with your friends. You want to watch it with other people, right." Ex. 64 at 28:06-28:27.[36]

    ii.    "I think when it comes to streamers on Twitch, a lot of people go watch streamers on Twitch for their react content almost as a curator. So, they don't actually want to go through YouTube themselves and watch a bunch of videos. And they probably never will go through YouTube and click a bunch of videos. They like going to Twitch because they like to have it as, like, this streamer is curating fun content that I want to watch." Ex. 64 at 28:52-29:18.[37]

    iii.    "I think that, like, people who are watching content on Twitch – curated Twitch content on Twitch – aren't necessarily people that would be watching content on YouTube." Ex. 64 at 30:18-28.[38]

    iv.    "A lot of the time, the reason that they go and watch react streamers is because they don't want to have to do the effort of going and scrolling through YouTube and clicking on recommends. Ex. 64 at 36:33-36:42.[39]

    v.    "The people who watch Twitch content are specifically there to watch it so they don't have to scroll through YouTube and find a video that they like." Ex. 64 at 37:01-37:08.[40]

    d.    Denims, however, ultimately concedes that, when a viewer watches content "curated" by a Twitch streamer, it serves as a substitute for the original:

    i.    "There's no point of watching something a second time. You already watched it. Maybe, like, if you're watching it with some other people or something or it's been a long time, you might re-watch the video. But once you watch the video in one place, it's pretty unlikely that you're going to go back and watch it again." Ex. 64 at 30:00-30:13.[41]

    ii.    "If someone watches content on someone else's stream, there is a

[36] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=s4xRfDF2WpmLNlIE&t=1685
[37] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=ImbkVHwTWzdQ0cBZ&t=1732
[38] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=6qJFdieFrwoCl6gx&t=1818
[39] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=h4DnTSuDemVKVkZD&t=2193
[40] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=RkcXxa6Jet4jAqXc&t=2221
[41] *Id. available at:* https://youtu.be/Y1elepqFtWg?si=JYO-cOzoJKek-jn7&t=1800

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

very low likelihood that they're going to go watch it separately and give you the view or the like." Ex. 64 at 36:00-36:13.[42]

51.     **Why I Did Not Request the 1/31/25 Posts be Taken Down:** I did not issue a DMCA takedown of the 1/31/25 Posts because I did not want to expose TEI to a claim of misrepresentation under 17 U.S.C. Section 512. Legally, anyone issuing a DMCA takedown must review the secondary use in its entirety before being able to form a subjective good faith belief regarding fair use. Therefore, for purposes of 17 U.S.C. Section 512, I was unable to issue a DMCA takedown notice before fully reviewing Denims' Watch Party. Additionally, I have an anonymous Reddit account and I do not comment or post whatsoever. Therefore, I did not message the H3Snark Mods to take down the 1/31/25 Posts because it would have been incredibly difficult to confirm my identity to them. Afterall, I had issued DMCA takedowns and they repeatedly believed I was a rogue fan instead of counsel for TEI.

**THE H3SNARK MODS PROMOTED OTHER WATCH PARTIES IN THEIR 1/30/25 POST AND 1/31/25 POSTS THAT INFRINGED TEI'S COPYRIGHTS**

52.     **The H3Snark Mods Promoted Other Watch Parties:** In the 1/30/25 Post and 1/31/25 Posts, the H3Snark Mods also promoted "watch parties" of *The Nuke* by other online streamers – primarily on Twitch – with similar links to their broadcasts. *See* Dkt. No. 7, pp. 103, 116, 136-137. Two of the individuals on the list made uses of *The Nuke* very similar to Denims' uses of The Works: (1) Frogan (*i.e.*, Morgan Kamal Majed); and (2) Casey Caviness p/k/a Kaceytron ("Kaceytron").

53.     **Kaceytron's Watch Party:** Kaceytron's "watch party" of *The Nuke* was the most egregious. Similar to Denims, Kaceytron began her "watch party" 13 minutes after *The Nuke* was released. Like Denims, Kaceytron made statements that she expressly intended to siphon views away from TEI to herself. Specifically, immediately prior to "reacting" to *The Nuke*, Kaceytron stated: "I know a lot of people have been wanting to watch this without necessarily supporting Ethan Klein. So, we're going to watch it." Even worse than Denims, Kaceytron was silent for the vast majority of her "watch party" of *The Nuke*. Indeed, Kaceytron spent more time smoking

---

[42] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=So3Qlmqr12rMupT_&t=2160

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

marijuana during the stream than speaking – let alone saying anything about *The Nuke*. TEI has sued Kaceytron for her direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Western District of Missouri entitled *Ted Entertainment, Inc. v. Caviness et al.* (Case No. 4:25-cv-459-BCW) (the "Kaceytron Action"). A true and correct copy of the Complaint in the Kaceytron Action and the accompanying documentary exhibits is located at Dkt. No. 7, p. 249-340. A true and correct copy of Kaceytron's January 31, 2025 watch party of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 65**.

54.     **Frogan's Watch Party:** Frogan's watch party of *The Nuke* also failed to make a fair use. Like Denims, Frogan began her "watch party" of *The Nuke* one minute after its release. Like Denims, Frogan made multiple statements both prior and during her watch party expressly stating that she intended to siphon views away from *The Nuke* to herself. *See* Dkt. No. 7, pp. 189-190. Like Denims, Frogan watched long, unadulterated portions of *The Nuke* uninterrupted and without comment on numerous occasions that totaled over 70% of *The Nuke*. *Id.*, at 191-193. Like Denims did with the Countdown Episode, Frogan let *The Nuke* play uninterrupted while she was offscreen for 1:52 minutes and was practically silent for an additional 1:03 minutes. *Id.* at 193. Frogan's "commentary" was so lacking that she even began reading chats complaining about her lack of commentary. *Id.* at 195-196. TEI has sued Frogan for direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Central District of California entitled *Ted Entertainment, Inc. v. Majed et al.* (Case No. 2:25-cv-5565-JFW-MAA) (the "Frogan Action"). A true and correct copy of the Complaint in the Frogan Action with its accompanying documentary exhibits is located at Dkt. No. 7, pp. 144-247 and incorporated herein. A true and correct copy of Frogan's January 31, 2025 "watch party" of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 66**.

55.     **Why TEI Pursued Copyright Infringement Claims Against Denims, Kaceytron and Frogan:** While many other individuals "reacted" to some or all of *The Nuke*, Denims, Kaceytron and Frogan were the only individuals that we discovered: (1) hosted their

"watch parties" of *The Nuke* immediately or mere minutes after its release when interest in watching *The Nuke* would be at its greatest; and (2) made statements expressly stating they intended to siphon views away from the original.

56. **Why TEI Did Not Pursue Copyright Infringement Claims Against xQc:** I am aware the H3Snark Mods point to TEI's declination to pursue legal action against Felix Lengyel p/k/a xQc ("xQc") for his reaction to *The Nuke*. *See* Dkt. No. 8, ¶¶ 23-31. xQc's use of *The Nuke* was materially different than Denims, Frogan and Kaceytron in two key respects. First, xQc's reaction to *The Nuke* occurred six hours after *The Nuke's* release – which provided viewers ample opportunity to watch the original beforehand. Since Denims, Frogan and Kaceytron hosted their "watch parties" immediately upon the release of *The Nuke*, viewers of these "watch parties" did not have an opportunity to watch the original beforehand. Consequently, they were far more likely to watch the "watch parties" hosted by Denims, Frogan or Kaceytron in lieu of the original. Second, unlike Denims, Frogan and Kaceytron, xQc did not make statements expressing malicious intent to siphon views away from the original. Denims, Frogan and Kaceytron made such statements and acted in a manner consistent with those statements.

**TEI SIGNIFICANTLY NARROWS THE SCOPE OF THE SUBPOENAS AND ATTEMPTS TO ADDRESS THE H3SNARK MODS CONCERNS DURING THE MEET AND CONFER PROCESS WITH THEIR COUNSEL**

57. **Service of Subpoena:** On August 4, 2025, I served a subpoena on Reddit, Inc. (the "Reddit Subpoena") and a subpoena on Discord, Inc. (the "Discord Subpoena"). A true and correct copy of the Reddit Subpoena can be found at Dkt. No. 7, pp. 385-397 and is incorporated herein. A true and correct copy of the Discord Subpoena can be found at Dkt. No. 7, pp. 399-410.

58. **The H3Snark Mods Counsel Contacts Me and I Immediately Respond:** On August 4, 2025 (*i.e.*, the same day I served the Reddit Subpoena and Discord Subpoena (collectively, the "Subpoenas")), I received an email from counsel for the H3Snark Mods requesting: (1) copies of the Subpoenas; and (2) a time to meet and confer regarding the H3Snark Mods' motion to quash. A few minutes later, I responded to the H3Snark Mods email. I attached the Subpoenas and offered to provide any other documents or video exhibits counsel required. I

also offered to meet and confer on August 6, 2025 in the afternoon. I also requested to know the grounds for the motion to quash. A true and correct copy of my email correspondence with counsel for the H3Snark Mods from August 4, 2025 through September 15, 2025 is attached hereto and incorporated herein as **Exhibit 67.**

59. **Providing the H3Snark Mods All the Court Filings and Exhibits:** On August 5, 2025 , counsel for the H3Snark Mods sent me a Sharefile link to upload the video file exhibits to the complaint. Additionally, the H3Snark Mods' counsel offered to meet and confer on August 6, 2025 at 2:00 p.m. Counsel also provided, in brief, the grounds for the Motion. A few minutes later, I informed counsel for the H3Snark Mods that the video files were currently being uploaded and confirmed August 6, 2025 at 2:00 p.m. for the meet and confer.

60. **The First Meet and Confer:** On August 6, 2025 at 2:00 p.m., I conducted a meet and confer via video conference with counsel for the H3Snark Mods. During the meet and confer, I was very transparent about TEI's arguments in opposition to the motion. It quickly became apparent to me that the meet and confer was premature because my questions about the motion were frequently met with silence. Since I wanted to conduct a meaningful and substantive meet and confer, I decided it was best to adjourn the meet and confer to August 19, 2025 (because this was the day after Reddit and Discord would have to file their objections to the Subpoenas). Counsel for the H3Snark Mods agreed to reconvene on August 19, 2025.

61. **Addressing Some of the H3Snark Mods' Concerns During the First Meet and Confer:** During the meet and confer, I did try to ameliorate some of the H3Snark Mods concerns. I offered to have TEI execute a declaration that was analogous to 17 U.S.C. Section 512(h)(2)(C) – *i.e.*, represent that the H3Snark Mods' identities would only be used for purposes of the Denims Action, the Frogan Action and the Kaceytron Action. I also promised to grant the H3Snark Mods reasonable extensions to file their motion to quash and would inform Reddit and Discord to abstain from responding to the Subpoenas until the motion to quash was decided.

62. **Memorialization Email:** Shortly after the meet and confer on August 6, 2025, I sent counsel for the H3Snark Mods an email memorializing what we discussed during our meet and confer.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

63.     **Ironing Out Scheduling:** From August 12-18, 2025, counsel for the parties discussed scheduling for the meet and confer and the motion to quash.

64.     **Reddit Objects; Discord Does Not:** On August 18, 2025, I received Reddit's objections to the Reddit Subpoena. I did not receive any objections from Discord.

65.     **Informing the H3Snark Mods Counsel of Reddit's Objection:** On August 19, 2025, I informed counsel for the H3Snark Mods about: (1) Reddit's objections and provided them with a copy of the objections; (2) my attempts to schedule a meet and confer with Reddit's counsel; and (3) Discord's lack of objection to the Discord Subpoena. I recommended that we continue the meet and confer until after I spoke with Reddit's counsel – to which counsel for the H3Snark Mods agreed. Shortly thereafter, I informed counsel for the H3Snark Mods that I would be meeting and conferring with Reddit's counsel on August 21, 2025.

66.     **Meet and Confer with Reddit:** On August 21, 2025, I conducted my meet and confer with counsel for Reddit. Since the H3Snark Mods would be filing a motion to quash, Reddit elected not to intervene (at least not at this time) and would await the outcome of the H3Snark Mods' motion to quash.

67.     **Informing the H3Snark Mods Counsel of the Outcome of the Meet and Confer with Reddit:** Immediately thereafter, I informed counsel for the H3Snark Mods about what transpired during the meet and confer with Reddit. Counsel for the H3Snark Mods and I agreed to reconvene our meet and confer on August 28, 2025.

68.     **The Second Meet and Confer:** On August 28, 2025, counsel for the H3Snark Mods and I conducted another meet and confer via video conference. When I asked questions to learn more about the H3Snark Mods' arguments, the information I received was very limited. I recognized that the transparency I offered on TEI's positions and arguments would not be reciprocated. I moved on to discussing ways the H3Snark Mods' concerns could be addressed.

69.     **Further Concessions Made at the Second Meet and Confer:** I stated that TEI and its employees (including Ethan and Hila Klein) would not publicly reveal the names of H3Snark Mods and would not address them in their individual capacity – so long as the H3Snark Mods reciprocated and avoided a situation when the Kleins had to defend themselves. I also

attached the letter I intended to send to Discord and obtain approval for sending it out. I also

agreed: (1) to narrow the subpoena to be more narrowly tailored and would provide those terms

the following day; and (2) to extend the deadline for the H3Snark Mods to file their motion to

quash from September 4, 2025 to September 12, 2025. Counsel for the H3Snark Mods responded

shortly thereafter to request an extension to September 15, 2025 – to which I promptly agreed. I

also promised counsel for the H3Snark Mods that, if Discord did comply with the subpoena, I

would not review the documents and notify the H3Snark Mods' counsel.

70. **Stipulation to Narrow Scope of the Subpoenas:** Later that evening, I sent

counsel for the H3Snark Mods the language for the proposed stipulation to narrow the Subpoenas,

including: (1) that the Subpoenas would not encompass communications protected by the Stored

Communications Act; (2) that the phrase "All DOCUMENTS and COMMUNICATIONS" would

be narrowed to only encompass the personal identifying information itself; and (3) Discord and

Reddit shall only provide the personal identifying information of those individuals authorized by

the Court.

71. **Representations by Counsel and Whether They Were Fulfilled:** On September

9, 2025, counsel for the H3Snark Mods informed me, *inter alia*, that (1) counsel's clients would

not publicly discuss TEI or its employees and make this representation in their declarations;[43] (2)

that counsel did not represent u/RomanPeee;[44] and (3) counsel's clients would not agree for their

identities to be disclosed to TEI, Ethan Klein or Hila Klein, even under a protective order, and

would seek an "attorneys' eyes only" designation for their identities and personal identifying

information.[45]

72. **The H3Snark Mods Request an Extension, Which Was Granted:** Counsel for

the H3Snark Mods also requested an extension to file the Motion until September 22, 2025. I

[43] This ultimately turned to be incorrect as none of the H3Snark Mods made this representation in their declarations.

[44] Initially, I took the H3Snark Mods' counsel's representation of not representing u/RomanPeee at face value. After having reviewed the Motion and the H3Snark Mods' declarations, I now have doubts. I do not impute counsel making a knowing misrepresentation to me. Rather, I believe the H3Snark Mods have misrepresented their identities to counsel – particularly in light of the numerous other misrepresentations contained in their declarations.

[45] The representation ultimately proved to be false – as the H3Snark Mods have requested that only the Judge know the H3Snark Mods' identities.

responded shortly thereafter and agreed to the extension. Additionally, counsel for the H3Snark Mods spoke with me telephonically on September 9, 2025 to address various logistical issues.

73. **Further Concessions to Narrow the Scope of the Subpoenas:** On September 10, 2025, I offered to narrow requests 15-16 in the Reddit subpoena to only request information on H3Snark Mods who were moderators of H3Snark on January 31, 2025, instead of January 1, 2025 through February 28, 2025. On September 15, 2025, counsel for the H3Snark Mods rejected this offer.

74. **Summary of Concessions:** To summarize, TEI has: (1) significantly narrowed the scope of the Subpoenas; and (2) agreed to not discuss the H3Snark Mods publicly (including disclosing their names or addressing them as individuals), so long as they abided by the same terms – as this would remove the need for TEI and employees to publicly defend themselves. Further, if necessary, Ethan Klein is willing to publicly encourage TEI audience to refrain from contacting the H3Snark Mods in any manner. Additionally, as of this filing, neither Ethan nor Hila Klein (nor any other TEI employee for that matter) have publicly discussed the Motion or the H3Snark Mods whatsoever.

## NECESSITY FOR THE SUBPOENAS AND THE PERSONAL IDENTIFYING INFORMATION OF THE H3SNARK MODS

75. **TEI's Sole Purpose for the Subpoenas:** TEI's sole purpose for seeking the personal identifying information of the H3Snark Mods is to pursue the claims for contributory infringement alleged in the complaints of the Denims Action, the Frogan Action and the Kaceytron Action. Neither TEI nor its owners have any intention to pursue any other claim against the H3Snark Mods at this time.[46]

76. **Necessity for Subpoenas:** If TEI is unable to obtain the personal identifying information of the H3Snark Mods, it will be unable to pursue the claims of contributory infringement alleged against the H3Snark Mods in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action.

---

[46] The H3Snark Mods assert that the subpoena seeks information on individuals who were "never even moderators on r/h3snark at all." Dkt. No. 8, ¶ 102. The H3Snark Mods do not specify which accounts identified in the subpoenas are not H3Snark Mods whatsoever.

77. **No Alternative Means Exist to Obtain the Information:** No alternative means exists to obtain the personal identifying information of the H3Snark Mods. TEI has retained a private investigator to obtain such information. To date, that investigation has been unsuccessful. TEI was able to find information on an informant within the H3Snark Mods – which provided many (but not all) of the Reddit and Discord usernames alleged in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action. The informant, however, did not know any of the H3Snark Mods' actual identities. TEI has exhausted its options and has no alternative but to subpoena such information from Reddit and Discord.

78. **Why the Proposed Protective Order is Not Workable:** I am aware that the H3Snark Mods have requested, in the alternative, a protective order whereby only the judge would know the identities of the H3Snark Mods. This would severely hamper my ability to properly prosecute TEI's claims and curtail the information I could obtain in discovery.

## ADDRESSING MISCELLANEOUS ASSERTIONS BY THE H3SNARK MODS

79. The H3Snark Mods make numerous references to disputes between Ethan Klein and Ryan Kavanaugh that must be addressed. Dkt. No. 8, ¶¶ 84-86, 199, 239. As a threshold matter, the H3Snark Mods conflate four disputes. These four disputes, in the order in which they were initiated, are (1) a copyright action entitled *Triller Fight Club II LLC v. The H3 Podcast et al.* (C.D. Cal. Case No. 2:21-cv-03942-JAK-KS) (the "Copyright Action"); (2) a tortious interference action entitled *Triller, LLC v. Ted Entertainment, Inc. et al.* (Los Angeles Superior Court Case No. 21SMCV01225 (the "Tortious Interference Action"); (3) an uniform dispute resolution program dispute entitled *Kavanaugh v. Proxy Protection LLC et al.* (WIPO Case No. D2022-0056) (the "UDRP Action"); and (4) a defamation case entitled *Kavanaugh v. Klein et al.* (Los Angeles Superior Court Case No. 21SMCV01868).

a. At the beginning of the Copyright Action, counsel for Triller Fight Club II represented to two different attorneys representing TEI that Mr. Kavanaugh was the driving force behind the Copyright Action.[47] As a result, Ethan was led to believe – albeit erroneously – that Kavanaugh was responsible for the lawsuit and discussed Kavanaugh

---

[47] Both lawyers executed declarations testifying to this fact in the Defamation Action.

on the podcast. This resulted in the three subsequent lawsuits of the Tortious Interference Action, the UDRP Action and the Defamation Action.

b.      The first lawsuit that was resolved was the Tortious Interference Action. The gravamen of the Tortious Interference Action was Ethan calling on his audience to leave honest reviews of the Triller social media application and comparing Kavanaugh's appearance to that of Harvey Weinstein. Ultimately, TEI and the Kleins prevailed when their anti-SLAPP motion was granted in full on January 12, 2022 and were subsequently granted their attorneys fees. Therefore, the assertions in Paragraph 86 of the Doe Declarations is false.

c.      The next lawsuit that was resolved was the UDRP Action. The UDRP Action concerned a website "www.doesryankavanaughlooklikeharveyweinstein.com." TEI prevailed in the UDRP Action because the panel held none of the elements for a cybersquatting claim were satisfied and the conduct was protected by the First Amendment. Therefore, the assertions in Paragraphs 86 and 199 of the Doe Declarations are false.

d.      The next lawsuit resolved was the Copyright Action. To begin, on a motion to dismiss, the Court found that some of TEI's conduct was protected by fair use – while others presented factual issues that had to proceed to discovery. *See Triller Fight Club II, LLC v. The H3 Podcast*, 2023 WL 11877604 (C.D. Cal. Sept. 15, 2023). Ultimately, TEI brought a claim for false advertising due to false statements Triller made about TEI to promote their settlement program. While initially claiming $50,000,000 in damages, the case ultimately settled for a little over $3,000.

e.      Finally, the Defamation Action concerned Ethan repeating allegations made by Kavanaugh's former business partner in a verified complaint that was subsequently withdrawn and publicly retracted. Contrary to the assertions in Paragraph 86, none of the allegations in the complaint concerned Wikipedia. TEI and Ethan lost their anti-SLAPP motion, which was affirmed on appeal. After over four years of litigating, TEI and Ethan decided it best to resolve the dispute in mediation. Part of the settlement

was the prepared statement. *See* Dkt. No. 8, ¶¶ 84.1-84.3. Therefore, the assertions contained in Paragraph 84, 86 and 199 of the Doe Declarations are misleading.

80.     **The Letter to Noah Samsen**: I am aware the H3Snark Mods have accused TEI and the Kleins of sending legal threats to Noah Samsen calling him a terrorist. The letter concerned the video identified and discussed in Paragraph 42 of the concurrently filed Joint Declaration of Ethan and Hila Klein. On March 31, 2025, I sent Samsen by email at 16-page demand for retraction on behalf of Ethan Klein and Mutahar Annas. The letter contains a detailed analysis of why Samsen's video defamed Ethan and Mutahar by claiming they supported genocide.

The contents of this declaration are true and correct. Executed this 20th day of October 2025 in Los Angeles, California.

_____
        Rom Bar-Nissim

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

# EXHIBIT 49



## Download Videos

One of the fastest and simplest methods for clipping videos is to utilize the screen-record function on your phone. Alternatively, if you aim to download the entire video, you can opt for one of the following approaches.

### Download Videos

- [Any platform - JDownloader2](#)
- [Youtube](#)
- [Reddit](#)
- [TikTok](#)
- [Facebook](#)

### Download Youtube Members-Only Videos

You must be a *currently active* channel member for this method to work. Ensure you have downloaded *both* JDownloader and the Flag Cookies Extension (or an alternative extension with similar capabilities). In case your download encounters issues, restart by flagging cookies again and re-entering them as the YouTube account password in JDownloader2.

- [JDownloader2](#)
- Flag Cookies Extension: [Chrome](#), [Firefox](#), [Opera](#)
- [Instructions](#)

### Download Archive.org Videos

- Method 1: [Wayback Video Download Tool](#)
- Method 2: Go to [https://web.archive.org/web/2oe_/http://wayback-fakeurl.archive.org/yt/<youtube video id>](#). Replace "<youtube video id>" with the Youtube video ID, then just right-click to save the video.

**Copyright Disclaimer**: It is important to note that the unauthorized download or redistribution of copyrighted material may violate applicable copyright laws. We do not endorse, promote, or encourage any illegal activity, including the unauthorized downloading or distribution of copyrighted material. Users are advised to respect the rights of content creators and adhere to all relevant copyright laws and regulations.

# EXHIBIT 50



3snark/search/?q=watch+on+yewtube&type=comment&cld=9d9994e3-1de0-4f9c-a3f0-dc7c75e021a5&ild=2a5ad12c-8c6d-4dd5-bf19-b0aec456a4e2&sort=new

ky · X Home / X · 🍒 eBay · 🏒 NHL · 🏁 NASCAR · 🎮 COD Sat/Rad · 📷 COD Models · 🌀 SPC · 🌀 CLE · 🌀 DFO · 📍 Maps · 🟢 DK · 🌀 UTC/EST · 🌀 84Hr NAM Snowfall · 🌀 120Hr GFS Snowfall · 🌀 NWS Grand Rapids

r/h3snark   ✕   watch on yewtube

**Posts**  |  **Comments**  |  **Media**

New ⌄    Safe Search Off ⌄

Show results from  all of Reddit →

**h3snark**
Criticism for the H3 Podcast / the H
Show with Ethan Klein. Roasts, toas
and memes for all related creators,
brands, and fans. Disclaimer: This
subreddit is independent and not
affiliated with the H3 Podcast, H3 S
Ethan Klein, H3H3Productions, or a
associated creators or brands.

**19K**          **82**
Members     ● Online

H3  r/h3snark · 8 days ago

**For those who wonder why Snarkers watch, moments like the second button failure**

👤 sarahornejewetts · 8 days ago

We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts.

11 votes

Go To Thread
251 votes · 15 comments

H3  r/h3snark · 8 days ago

**MEGATHREAD: The H3 Show - Aug 28 2024**

👤 sarahornejewetts · 8 days ago

Mobile Chat

Desktop Chat

Watch on Yewtube

1 vote

Go To Thread
23 votes · 11 comments

**EXHIBIT 51**





# EXHIBIT 52

## Chats

**Threads** →

🔭 **Discover Chat Channels** →

H3snark Live Chat 🎉          1:12 PM
r/h3snark
🕐 Recently visited

---

**H3snark Live Chat** 🎉
r/h3snark

**pikapika_88** 1:11 PM
@LilPerucho3 FREE PALESTINE <3
🍄 3

**blueberii** 1:11 PM
um

**colombient** 1:12 PM
i copy paste youtube url on VLC it plays the video Full HD, no ads no cha insteead of yewtube

**Thick-Dimension9661** 1:12 PM
Are they trying to appease MAGAs now? Since all liberals left

**CommonFeedback** 1:12 PM
did anyone see the deleted super chat

**h3snarkmodteam** 1:12 PM
⚠️⚠️⚠️https://yewtu.be/watch?v=PhaQM3bbBoY

yewtube stream link ⚠️⚠️⚠️⚠️
⬆️ 3

**CommonFeedback** 1:12 PM
what did it say

**Everyonesecond** 1:12 PM
Avery not understanding how gifted subs work lol
⬆️ 1

chat.reddit.com/room/!yRY_t5r_Sx2EAAnR2nrGlw%3Areddit.com

New Chrome available

## Chats

Threads

Discover Chat Channels

**H3snark Live Chat** 🎉    1:14 PM
r/h3snark
🕐 Recently visited

**H3snark Live Chat** 🎉
r/h3snark

⚙️

**RockyK96** 1:14 PM
"what do you mean?!" 😡

**chickentostada** 1:14 PM
Pleaseeee keep crying and cope more

**SeaComprehensive2499** 1:14 PM
i would not sit with them

**h3snarkmodteam** 1:14 PM
⚠️⚠️⚠️⚠️https://yewtu.be/watch?v=PhaQM3bbBoY

yewtube stream link ⚠️⚠️⚠️⚠️

**Katiefairyz** 1:14 PM
I can't believe they are ignoring the fact someone is Republican especially with the election coming up in November we need people speaking out about being liberal now more than ever. So fucked lmao

**MolassesWild8481** 1:14 PM
U can avoid them

**iberico_ham** 1:14 PM
Why wont she stop talking?

**Thick-Dimension9661** 1:14 PM
We don't need their opinion

**SeaComprehensive2499** 1:14 PM
christ olivia be quiet

**MolassesWild8481** 1:14 PM
It's not hard

**pikapika_88** 1:14 PM
ZIONIST QUEEN POP OFF !~

**kte_crnr** 1:14 PM
Experiencing the downfall

**Responsible-Jello260** 1:14 PM
hila loves to instigate drama, out of all the comments she chose that one to read

**CultureOk589** 1:14 PM

**Foxhoundsof** 1:14 PM

Message

GIF

# Chats

← Threads

🔈 **Discover Chat Channels**

**H3snark Live Chat 🎉**
r/h3snark
🕐 Recently visited
1:15 PM

---

## H3snark Live Chat 🎉
r/h3snark

🔺 3

**julestaylor13** 1:15 PM
".....OK" 😂😂😂

**Unequivocally_Maybe** 1:15 PM
"Guys, don't hate MAGA folks. Please, be nice to conservatives. I'm definitely not one, not me, I just want them to be loved and coddled. But I'm not one."
😶 2

**beez85** 1:15 PM
I haven't watched since cam left and I'm watching only because of the title and now i realize again why and how much i hate this show

**h3snarkmodteam** 1:15 PM
⚠️⚠️⚠️https://yewtu.be/watch?v=PhaQM3bbBoY

yewtube stream link ⚠️⚠️⚠️
🤚 2

**ComfortableMongoose2** 1:15 PM
It's pretty fucked up that Ethan knows Trisha has BPD and these stunts are basically trying to trigger a meltdown from her for more views
🔺 1

**pikapika_88** 1:15 PM
HILDE bye zionist queen that raids Palestinian's homes for funsies

**Everyonesecond** 1:15 PM
no new friends is the only cool thing Drake ever said

**LilPerucho3** 1:15 PM
What if Bryce hall said free Palestine?? 💀 💀

**sarahornejewetts** 1:15 PM
omg the lord doesn't want me watching this bc yewtube will not load lmao

**ballgkco** 1:15 PM
let's go brandons in the chat

**deusmachinato** 1:15 PM
Ethan?? A grifter???? Noooo

**furrfex** 1:15 PM
As a jewish person I'd think Hila would understand the importance of not hyping up fascist populists and their cheerleaders. Insane they don't see the problem.

Message



# EXHIBIT 53



r/h3snark

h3snark

Criticism for the H3 Podcast / the H3 Show with Ethan Klein. Roasts, toasts and memes for all related creators, brands, and fans....

Show more

**19K** Members   **82** ● Online   **Top 5%** Rank by size

COMMUNITY BOOKMARKS

Wiki ⌄

Quick Links ⌄

RULES

1   No racism, homophobia, etc.   ⌄

2   No bodyshaming   ⌄

3   No slurs   ⌄

4   No other H3 sub mentions, content, screenshots, or discussion   ⌄

5   Don't be belligerent   ⌄

6   Do not address the H3 crew directly   ⌄

7   Do not harass other posters   ⌄

8   No misinformation or unsubstantiated speculation   ⌄

9   No brigading   ⌄

4GIFs.com

**Now comes the part**

GIF

⬆ 251 ⬇          💬 15          ↱ Share

Single comment thread                    See full discussion

**sarahornejewetts** · 8d ago

We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts.

⊖   ⬆ 11 ⬇   💬 Reply   ↱ Share   ...

**piplup331** · 8d ago

love that 💜

⬆ 4 ⬇   💬 Reply   ↱ Share   ...

# EXHIBIT 54

Reddit Help › Submit a request

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.

- Otherwise, choose an option below based on what you're experiencing.

**What do you need assistance with?**

| Intellectual property requests | ▾ |
|---|---|

**Your email address**

Rom@HeahBarNissim.com

Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

**What type of Intellectual Property Request do you need assistance with?**

Copyright Infringement / DMCA ▼

☑ I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.

> Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

### Subject of inquiry

Infringing Post

# Suggested articles

Scheduled and Recurring Posts

Community Highlights (Sticky posts)

Translations for feeds, posts, and comments

Why was my content disabled for copyright infringement, but not similar content posted by other users?

Can I edit my posts and comments?

What can I do if content I posted to Reddit was disabled as a result of a copyright infringement notice?

What does it mean when Reddit notifies me that someone submitted a copyright infringement notice for content I posted?

I see several posts or comments in a subreddit that I believe infringe my copyrights. Can I report the entire subreddit, so that Reddit can remove the whole subreddit community?

What can I do to get my posts noticed?

Who may submit a copyright infringement notice?

### Details of inquiry

T  **B**  *I*       ☰  ☷       ☒  🔗  "

I am licensed attorney and authorized agent for the copyright owner, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "Ethan and Dan confirm that posting to snark will get you banned" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55" (the "Work"). The Work is exclusively available on my client's YouTube channel. The Infringing Clip is derived from timestamp 2:43:14-2:44:41 of the Work. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and Infringing Clip together and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title of the Infringing Post does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title for the Infringing Post merely summarizes the contents of the Infringing Clip. Additionally, there are no comments to the Infringing Post (other than an automated moderator comment) and the moderators have prohibited the creation of any comments on Infringing Post. Second, the amount and substantiality used from the Work in the Infringing Post is unreasonable and unnecessary. Not only does the Infringing Post fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the Infringing Clip by either: (1) embedding the original Work at the relevant timestamp into the Infringing Post; or (2) providing hyperlinks to the relevant timestamps of the original Work in the Infringing Post. Finally, the Infringing Post containing the Infringing Clip

## Copyright owner's full name

Ted Entertainment, Inc.

Provide the full name (first and last name or business name) of the copyright owner.

## Your full name (if different from the copyright owner) (optional)

Rom Bar-Nissim

If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

## Street Address

1801 Century Park East, Suite 2400

## City

Los Angeles

## State/Province

California

## Postal Code

90067

## Country

United States of America                                                                    ▾

## Reddit URL where the allegedly infringing content appears (required)

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

## Where does the allegedly infringing content appear on Reddit?

| In a Reddit post | ▾ |

## What is your copyrighted work?

| A video I recorded | ▾ |

## Additional information that may assist us with evaluating your claim (optional)

The following URL links to the original Work at the exact timestamp where the Infringing Clip begins. The Infringing Clip consists of timestamp 2:43:14-2:44:41 of the original Work. https://www.youtube.com/live/Ch3WcOM4gNs?si=q65MiFm-mBar1AAz&t=9794

> You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

## What is the title of your copyrighted work?

Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55

☐ **Does this report involve a circumvention of technological measures?** (optional)

☑ **Required statement:** I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☑ **Required statement:** I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.

## Your electronic signature

Rom Bar-Nissim

> By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

## Attachments (optional)

Add file or drop files here

**Submit**

---

**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium



Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

# EXHIBIT 55

Reddit Help  ›  Submit a request

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.

- Otherwise, choose an option below based on what you're experiencing.

**What do you need assistance with?**

| Intellectual property requests | ▼ |
|---|---|

**Your email address**

Rom@HeahBarNissim.com

Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

**What type of Intellectual Property Request do you need assistance with?**

| Copyright Infringement / DMCA | ▾ |

☑ **I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.**

> Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

## Subject of inquiry

| Infringing Post |

## Details of inquiry

| T    B    *I*    ☰  ☷    ▧  🔗  ❞ |

I am a licensed attorney and the authorized agent for the copyright owners, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "We Play Poker w/ Ninja, Impractical Jokers, & More! - H3 Show #83" (the "Work"). The Work is Exclusively available on my client's YouTube channel. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and the Infringing Clip tother and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title of the Infringing Post does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title for the Infringing Post merely summarizes the contents of the Infringing Clip. Additionally, the only

## Copyright owner's full name

Ted Entertainment, Inc.

Provide the full name (first and last name or business name) of the copyright owner.

**Your full name (if different from the copyright owner)** (optional)

Rom Bar-Nissim

If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

**Street Address**

1801 Century Park East, Suite 2400

**City**

Los Angeles

**State/Province**

California

**Postal Code**

90067

**Country**

United States of America                                                                                          ▾

**Reddit URL where the allegedly infringing content appears (required)**

https://www.reddit.com/r/h3snark/comments/1gxfemp/ethan_talks_positively_about_celebrity_poker/

Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

**Where does the allegedly infringing content appear on Reddit?**

In a Reddit post                                                                    ▼

**What is your copyrighted work?**

A video I recorded                                                                  ▼

**Additional information that may assist us with evaluating your claim** (optional)

You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

**What is the title of your copyrighted work?**

We Play Poker w/ Ninja, Impractical Jokers, & More! - H3 Show #83

☐ **Does this report involve a circumvention of technological measures?** (optional)

☑ **Required statement: I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.**

☑ Required statement: I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.

## Your electronic signature

Rom Bar-Nissim

By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

## Attachments (optional)

Add file or drop files here

**Submit**

---



**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium

Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

# EXHIBIT 56

Reddit Help  ›  Submit a request

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.
- Otherwise, choose an option below based on what you're experiencing.

**What do you need assistance with?**

Intellectual property requests ▾

**Your email address**

Rom@HeahBarNissim.com

Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

**What type of Intellectual Property Request do you need assistance with?**

Copyright Infringement / DMCA ▾

☑ I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.

Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

**Subject of inquiry**

> Infringing Post

**Details of inquiry**

| T | B | *I* | | ≔ | ≔ | |  | 🔗 | | 99 |
|---|---|---|---|---|---|---|---|---|---|---|

I am a licensed attorney and the authority agent of the copyright owner, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. ethan agrees, then says freedom of religion, speech, press, and to 'control what happens in your own work space' would be under state-control in communism - h3 show #85" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "I Haven't Been Well - H3 Show #85" (the "Work."). The Work is exclusively available on my client's YouTube channel. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and the Infringing Clip together and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title by the poster merely quotes part of the Infringing Clip. Additionally, there are no comments to the Infringing Post (other than an automated moderator comment) and the moderators have prohibited the creation of any comments on the Infringing Post. Second, the amount and substantiality used from the Work in the Infringing Post is unreasonable and unnecessary. Not only does the Infringing Post fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the Infringing Clip by either embedding or linking the original Work at the relevant timestamp in the

**Copyright owner's full name**

> Ted Entertainment, Inc.

> Provide the full name (first and last name or business name) of the copyright owner.

**Your full name (if different from the copyright owner)** (optional)

> Rom Bar-Nissim

> If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

**Street Address**

> 1801 Century Park East, Suite 2400

**City**

> Los Angeles

**State/Province**

California

**Postal Code**

90067

**Country**

United States of America ▾

**Reddit URL where the allegedly infringing content appears (required)**

https://www.reddit.com/r/h3snark/comments/1h00ywo/lb_says_far_leftists_hate_israel_because_israel/

> Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

**Where does the allegedly infringing content appear on Reddit?**

In a Reddit post ▾

**What is your copyrighted work?**

A video I recorded ▾

**Additional information that may assist us with evaluating your claim** (optional)

Here is a link to my client's video at the timestamp in question: https://www.youtube.com/live/Yg8EL-sNp68?si=R4D285l-dHAYM28c&t=9371

> You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

**What is the title of your copyrighted work?**

I Haven't Been Well - H3 Show #85

☐ **Does this report involve a circumvention of technological measures?** (optional)

☑ **Required statement:** I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☑ **Required statement:** I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.

**Your electronic signature**

Rom Bar-Nissim

By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

**Attachments** (optional)

Add file or drop files here

Submit

---

**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium



Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

# EXHIBIT 57

Skip to main content

r/LeftoversH3    Search in r/LeftoversH3      Log In

**Home**

**Popular**

**Answers** BETA

**Explore**

**RECENT**

r/h3h3productions

r/h3snark

**TOPICS**

Internet Culture (Viral)

Games

Q&As

Technology

Pop Culture

Movies & TV

See more

**RESOURCES**

About Reddit

Advertise

Reddit Pro BETA

Help

Blog

Careers

Press

Communities

Best of Reddit

Topics

Reddit Rules

Privacy Policy

User Agreement

Accessibility

---

r/LeftoversH3 • 3 mo. ago

RomanPeee

# Apparently, out of the 16 subpoenas 9 are for me. Are Ethan's lawyers giving him good legal advice?

OPINION



I just want to preface this post by saying that everything here is just my opinion/speculation or otherwise alleged. I am not a lawyer. I have no facts beyond what is publically available information. I am not making accusations, i am just a lay person with some questions regarding Ethan Klein's legal representation and their advice.

Totally unrelated but have you guys seen this post: Rom Bar-Nissim's business partner is a "Wanted Individual" in Malaysia. Is this real?

I have been thinking back about the Ethan Klein and Ryan Kavanaugh lawsuits. Remember all those episodes when Ethan would say something disparaging about Ryan and just end it with "... in my opinion" or "... as reported by Variety"? like when he would talk about Ryan's DUIs or allege he was involved in a ponzi scheme? Or when Ethan made an entire website dedicated to publicize every negative aspect of Ryan's life?

Well, a couple days ago he had to apologize and read a written apology on the show.

As a lay person this raised some questions in me: was the legal advice Ethan got not good? For years Ethan portrayed his case as unlosable and Ryan Kavanaugh's lawyers as incompetent. So what happened? It sure seems like Ethan lost, considering he had to apologize, delete all the disparaging content and never disparage Ryan again, while Kavanaugh doesnt have to do anything? I know they settled, but that is the perception i, as a lay person, got.

And I also saw Ethan Klein shouting "my lawyer can't do fucking shit" in relation to reddit. So they lost the lawsuits and can't help Ethan with his reddit problem. What have they actually achieved for Ethan in recent years?

## SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/RomanPeee.

Which brings me to this current lawsuit and the request to subpoena my personal identifying information from reddit.

This is part of Ethan's copyright lawsuit against Denims, where he names h3snark moderators as co-conspirators, which was part of his plan to use the lawsuits to subpoena reddit and obtain identifiable information.

Ethan alleges in his lawsuits that the moderators of h3snark heavily promoted Denims' reaction, which he alleges broke his copyright.

Here's the problem though: in order for the h3snark mods to "aid and abet" in Denims' copyright infringement, she first would need to have committed actual copyright infringement. But that is what the case is about and no copyright violation ruling has been made by the court yet?

Additionally, when the mods "promoted" Denims' stream reaction before it aired, they could not have possibly known whether a future copyright violation might occur.

At this moment, what does Ethan need the personal information of the mods for? On what grounds should a judge allow him to file subpoenas? seems to me like that wont happen :)

So, why would Ethan's lawyer take this route?

---

**New to Reddit?**

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/LeftoversH3 • 3 mo. ago

I think that Ethan is likely to be deemed a vexatious litigant in these cases

237 upvotes • 20 comments



r/LeftoversH3 • 3 mo. ago

Ethan unironically broke the law

495 upvotes • 45 comments

r/LeftoversH3 • 2 mo. ago

Ethan couldn't be a lawyer and we are all paying for it

148 upvotes • 26 comments

r/LeftoversH3 • 3 mo. ago

Does anybody have a full list of everybody Ethan has threatened legal action against at...

97 upvotes • 21 comments

r/LeftoversH3 • 5 mo. ago

I think it's important (and hilarious) to remember that today was supposed to be...

1K upvotes • 62 comments

r/LeftoversH3 • 1 mo. ago

Ethan is a spineless, gutless coward

370 upvotes • 16 comments

r/LeftoversH3 • 4 mo. ago

Suing people who don't agree with you isn't going to fill that...

584 upvotes • 64 comments



r/LeftoversH3 • 12 days ago

I don't think Ethan will gain subs back even if he fixes his personal problems and...

198 upvotes • 13 comments

r/LeftoversH3 • 3 mo. ago

Is Ethan trying to bait people into getting into legal battles / lawsuits with them?

158 upvotes • 16 comments

r/LeftoversH3 • 2 mo. ago

Ethan: BE has been been reprehended over a video game....

495 upvotes • 40 comments



r/LeftoversH3 • 4 mo. ago

An example in the suit of Ethan and his lawyer being disingenuous

97 upvotes • 9 comments

r/LeftoversH3 • 4 mo. ago

Ethan will probably never take accountability for his harmful rhetoric

185 upvotes • 14 comments

r/LeftoversH3 • 3 mo. ago

Ethan is oddly quiet now that his propaganda dept has quit

355 upvotes • 12 comments

Reddit, Inc. © 2025. All rights reserved.





10/4/25, 6:23 AM

Apparently, out of the 16 subpoenas 9 are for me. Are Ethan's lawyers giving him good legal advice? : r/LeftoversH3



Log In

problematic or worse than others, so they don't seem fond of him.

△ 44 ▽   Reply   Share   ⋯

2 more replies

**1000DeadFlies** • 3mo ago

I'm waiting for him to go on his podcast with the drawing of a cartoon bomb and claim that, the snarker's are days away from creating enough enriched Giardia memes to have a fully operational content nuke.

△ 65 ▽   Reply   Share   ⋯

**beautifullymental** • 3mo ago

His lawyers are allegedly wanted criminals and West Bank settlers. BadEmpanada covers this pretty thoroughly in his [Content Poop.](#)

△ 50 ▽   Reply   Share   ⋯

**Seymour-ass** • 3mo ago

Barry Zuckerkorn-ass lawyer

△ 40 ▽   Reply   Share   ⋯

2 more replies

**honeyncinnamon** • 3mo ago

He wouldn't have said "my lawyers can't do fucking shit" if his lawyers could in fact do fucking shit

△ 40 ▽   Reply   Share   ⋯

**Dangerous-Drag-9578** • 3mo ago

Ethan's Machiavellian schemes foiled by an email address without your legal name and/or potentially using a VPN. Top minds folks.

△ 41 ▽   Reply   Share   ⋯

1 more reply

**IcyNerd16** • 3mo ago

But Ethan said apologizing to KavKav was a huge W!!!!

△ 38 ▽   Reply   Share   ⋯

**recoveredgangstalker** • 3mo ago

this whole thing is ridiculous, idk what else there is to even say at this point. like how sad. he really truly believes he is being gangstalked by redditors

△ 30 ▽   Reply   Share   ⋯

Reddit, Inc. © 2025. All rights reserved.

# EXHIBIT 58

 **r/LeftoversH3** • 3mo ago
RomanPeee      ⋯

## "Denims threw you under the bus. You are fucked now!" No, she didn't. No, I'm not.

**❝ OPINION ❞**

Context: Ethan Klein's lawyers are asking the judge to grant leave to send subpoenas to Reddit. Denims' lawyers did not object to this.This is what people now portray as this great "betrayal" to sow division. So I want to make this very clear: nothing of the sort has happened

## Keep supporting and donating to Denims

I'll try my best and explain this whole situation:

---

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a
California Corporation,

        Plaintiffs,

      v.

f/k/a ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ p/k/a DENIMS, an
individual, and DOES 1-10

Case No.: 2:25-cv-05564-WLH-PD

**DISCOVERY MATTER**

**JOINT STIPULATION RE:
GRANTING PLAINTIFF LEAVE TO
SERVE THIRD-PARTY
SUBPOENAS PRIOR TO THE RULE
26(f) CONFERENCE**

17     **THEREFORE, IT IS HEREBY STIPULATED,** by and between the
18   Parties through their respective attorneys of record respectfully request that: (1) this
19   Court grant the Stipulation; (2) that TEI be granted leave to serve the proposed
20   subpoenas attached as Exhibit A to Reddit and Exhibit B to Discord prior to the
21   conference of counsel under Federal Rule of Civil Procedure Rule 26(f); and (3) the
22   Court enter the Order lodged concurrently herewith.
23      Dated: July 16, 2025
24

Stipulation to grant leave to serve subpoenas

Skip to main content  

Log In

The judge will decide if their reasons are valid. If the judge grants them, Ethan's lawyer can send the subpoenas to Reddit, and they will respond to them.

So nothing really has happened as of yet.

Denims' lawyers have not objected to the subpoenas though. This is where the whole "Denims threw h3mods under the bus" is coming from. But that was the right decision.
I will detail why in the following paragraph.

## Contributory Copyright Infringement

Case 2:25-cv-05564    Document 1    Filed 06/19/25    Page 79 of 80    Page ID #:79

### SECOND CLAIM FOR RELIEF

**(Contributory Copyright Infringement – Against The H3Snark Mods)**

82.    TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

83.    The H3Snark Mods (and each one of them) knew Denims' "group viewing session" would infringe TEI's copyrights in the *Countdown Episode* and *The Nuke*.

84.    The H3Snark Mods (and each one of them) are responsible for the First Inducement Post, Second Inducement Post and Third Inducement Post.

85.    The First Inducement Post, Second Inducement Post and Third Inducement Post induced, caused and/or materially contributed to Denims' infringement of the *Countdown Episode* and *The Nuke*.

86.    Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

87.    The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

Skip to main content       Log In

The first element necessary to establish contributory infringement is knowledge of the infringing activity. That is, the defendant knew or should have known about the infringement.

How could the h3snark mods have known whether Denims' reaction would infringe on Ethan's copyright or not? They linked to the stream before any reaction even occurred.

Even after Denims ended her stream, every good faith actor would have to agree that her reaction, which is twice the length of the nuke, would not constitute an obvious copyright violation.

So their claim already fails at the first hurdle. Unless of course, you believe that h3snark mods were conspiring with Denims who explicitly told them she would commit copyright infringement lol?

Another problem with contributory copyright infringement is that it needs an underlying established copyright infringement. And the courts have not yet found Denims to have committed any violation. That is what the entire case is about. Without copyright infringement there can not be any contributory copyright infringement.

Which is exactly why it's good that Denims did not object to the subpoenas: it has nothing to do with her and she should focus on her lawsuit and winning her case.

Take this also as her lawyers being competent and focusing on the matter at hand and not just racking up billable hours.If you donated to her gofundme I am sure you'd be happy to know your money is not getting burned fighting something that has no significance to her case and will lead to nothing.

## Where is this narrative coming from?

Legal Mindset, who you might know from his Rumble videos such as "Myth of Saint Floyd Debunked" or from his mention in the new Alex Novell video, talked about this on his YouTube channel which is why people have been saying this.



Again, the subpoenas have iirc not been granted yet, so reddit has not even had the chance to respond. So why is Legal Mindset making such a big deal of this?

Skip to main content



Log In



## DISLOYAL Denims Sacrifices Reddit & Discord Mods (Fast Facts)

288K views • 1 day ago

Nothing has happened yet. He does this to push his agenda, sow division, get people to stop supporting Denims and to make some YouTube revenue.

And he will continue to do this for every little thing that gets filed. Get ready for the "Denims/H3snark mods are 100% done now" followed by "150%, 200%, 300%, … done now" type videos.

This creates an environment where people on the h3 site will watch these videos for months and believe that there is no way for Ethan to lose. They are echochambering themselves.

Legal Mindset also thinks there is a grand conspiracy of Hasan Piker instructing h3snark mods, that is going to be discovered with the subpoenas. I hate to disappoint you guys but I have not been in contact with Hasan.

These people will be immensely disappointed when that turns out false and the case does not go the way they expect. Their only conclusion will be an even deeper conspiracy.
So, for example, when Reddit will not give them what they want or hoped to get from me, in their minds the only conclusion will be a conspiracy at Reddit.

Skip to main content 



Log In

# Lessons from the Ryan Kavanaugh lawsuits

Many of you likely also were fans of the H3 show during Ethan's legal battle with Ryan Kavanaugh. So you probably also remember how smug and arrogant Ethan used to be with hanging articles about Ryan in the background of his shows and finishing his disparaging sentence with "... in my opinion" or "... as reported by ...". Or how he made an entire website dedicated to Ryan Kavanaugh. He was very confident that these things were not impacting his case.

Ethan also generally portrayed Ryan's lawyers as incompetent and made it seem like he was sure to win. When he lost a judgement he would blame it on the judge being old and thereby not understanding the case properly (I am paraphrasing, I believed Ethan insulted them).And when he lost appeals he would just not talk about it.

This created an environment where H3 fans believed for years that Ethan's case was unlosable.

So much so that one H3 member wrote a superchat at the beginning of the H3 Show #165, which aired a couple of days ago, in which they talked about how they just watched Ryan Kavanaugh's new movie. They voiced how much they disliked it and alluded to others to reviewbomb it. Bless their little heart, they had no idea what would come later in that very same episode.

After his settlement with Ryan Kavanaugh Ethan had to read a written apology to him on the show. He apologized for all the harassment he may have caused him and all the times he disparaged him.Ethan also had to go through countless episodes and remove any disparaging content.

So maybe don't be too scared about Ethan's confidence that he displays in this case.

His goal is very obvious: he wants to use this lawsuit to doxx h3snark mods. He wants to silence critics and make people afraid to speak out against him.
**Don't let him.**
You have done nothing wrong and you have no reason to let him intimidate you.

## Final Message from me

Again: **KEEP SUPPORTING DENIMS**

Kuncan Dastner talks about this at the end of his video, and i find it very meaningful and important to not forget in all of this:

Whatever you hear people say, pls pls pls don't even be concerned about me for a single second. You'll just have to trust me on this one

They are already claiming I am finished, trembling and don't even know what is coming next. But they are completely clueless lmao

Save this, screenshot it, set it as your wallpaper idc, just remember this for when I am vindicated:

Skip to main content 

Log In



Skip to main content

Log In



Skip to main content 

Log In

Join the conversation

Sort by: Best ⌄    🔍 Search Comments

 **rabidfusion** • 3mo ago



H3anon

u/RomanPee

⊖   ⌃ 290 ⌄   💬 Reply   ↗ Share   ⋯

**RomanPeee** OP • 3mo ago • Edited 3mo ago

lmao 💀 💀

I also want to add: It's not just H3 fans. I have gotten a couple of *very pleasant* messages from people with no connection to h3. One guy send me a phone screenshot of him browsing kiwifarms 💀💀💀

⌃ 129 ⌄   💬 Reply   ↗ Share   ⋯

 **clandensteen_ops_69** • 3mo ago

SURPRISE MOTHERFUCKER

⊖   ⌃ 51 ⌄   💬 Reply   ↗ Share   ⋯

 **SecondTheThirdIV** • 3mo ago

Some fries motherfucker

⌃ 18 ⌄   💬 Reply   ↗ Share   ⋯

⊕ 1 more reply

 **Dusty_VT** • 3mo ago

yeah lines 83, 86, and 87 aren't gonna fly. especially when and if his video on the matter comes out. the judge will instantly know that he:

Skip to main content  

Log In

3: did this intentionally on the grounds to sue people.

⊖   ⬆ 124 ⬇   💬 Reply   ↗ Share   ⋯

 **Secure_Garlic_** · 3mo ago

Honestly, the whole honeypot aspect of this case is what I'm most interested in seeing play out. Ethan has never sought a copyright on any other video, and has never sued anyone for reacting to his videos before now. He's openly stated he sought a copyright for this one video with the specific intent on suing specific people for reacting to it. That is incredibly vexatious.

⊖   ⬆ 67 ⬇   💬 Reply   ↗ Share   ⋯

**Wereking2** · 3mo ago

Plus he even admitted that others did violate his copyright but he's choosing not to sue them as well. Which in itself usually doesn't matter except it further adds to the Honeypot he has setup.

⬆ 29 ⬇   💬 Reply   ↗ Share   ⋯

⊕ 1 more reply

⊕ 1 more reply

**Disastrous-Pack1641** · 3mo ago

Yeah where were the © and ™ ??

⊖   ⬆ 28 ⬇   💬 Reply   ↗ Share   ⋯

**Disastrous-Pack1641** · 3mo ago

CASE DISMISSED

⬆ 26 ⬇   💬 Reply   ↗ Share   ⋯

⊕ 8 more replies

 **tm1822** · 3mo ago

It's crazy to link Hasan to anything h3snark because all he did for the longest time was shit on snark subs, even once he realized what Ethan was doing it took him a long time to not bash the snark pages.

Hasan, as reactive as he is, wouldn't have dismissed snark if he was in on it. He'll give the benefit of the doubt frequently on things he's knowledgeable about, but he definitely looked at snark very black and white for a long, long time.

⊖   ⬆ 66 ⬇   💬 Reply   ↗ Share   ⋯

**tm1822** · 3mo ago

Skip to main content  Log In

↑ 18 ↓ 💬 Reply ↱ Share ...

 **itisthelord** • 3mo ago

Honestly whilst snarky posts and comments have been made, this sub just isn't really snark. The posts are mainly of what Ethan says or does and any updates on that. Sure, there are snark-like posts but that would be the case with every sub imaginable.

Even H3Snark was pretty much just snark by name. Snark, in my opinion, is talking shit about people who don't deserve it, twisting their words to fit a narrative, and endlessly harassing them no matter what they do. Ethan has just conflated the word snark with criticism.

Snarks subs are usually pretty toxic places that attack any positive that may come from their subject, the few times Ethan has done something positive I've seen people praise in spite of the bad he does. I just don't consider this a snark sub at all.

↑ 14 ↓ 💬 Reply ↱ Share ...

⊕ 1 more reply

 **RomanPeee** OP • 3mo ago

no no no, you dont understand: Hasan only *pretended* to dislike snark subs so that no one will be suspicious of him. /s

It is especially ironic, because one party involved in this is actually the leader of one of the largest snark subreddits: Ethan Klein. He not only encourages the harassment of creators, but he also participates in it

↑ 31 ↓ 💬 Reply ↱ Share ...

⊕ 2 more replies

 **BadMeetsEvil147** • 3mo ago

Did your original post get deleted? I remember seeing this yesterday

⊖ ↑ 64 ↓ 💬 Reply ↱ Share ...

 **RomanPeee** OP • 3mo ago

i included the link to Denims' fundraiser and automod deleted immediately lol. Mods then approved the post but it got kinda buried so i wanted to repost it today

and i also didnt censor Denims' real name in the first post

⊖ ↑ 62 ↓ 💬 Reply ↱ Share ...

 **BadMeetsEvil147** • 3mo ago

Understood, keep fighting the good fight comrade

↑ 27 ↓ 💬 Reply ↱ Share ...

Skip to main content 

Log In

 **RomanPeee** OP • 3mo ago

KEEP SUPPORTING AND DONATING TO DENIMS (and to Kacey and Frogan too)



Two steps ahead. I am always two steps ahead.

⬆ 150 ⬇ 💬 Reply ↗ Share ···

 ashiwi • 3mo ago

"Coundown" they really dont even spellcheck these things before putting them out?

⊖ ⬆ 40 ⬇ 💬 Reply ↗ Share ···

 **RomanPeee** OP • 3mo ago

omg i didnt even realize that 😭😭😭

 "group viewing session" would infringe TEI's copyrights in the *Coundown* *Episode* and *The Nuke*.

⬆ 29 ⬇ 💬 Reply ↗ Share ···

⊕ 1 more reply

 **Tick-Tock-Mr-Klein** • 3mo ago

All the other shit aside, you know Eichmann and Settler Boy Rom have zero confidence in their own "case" based on a fairly simple fact... if you issued DMCA takedowns to reddit, and reddit failed to comply (in fact told you to fuck off because uploading clips for political commentary falls squarely perfectly inside the first amendment and fair use)... you should sue reddit.

Your non-existent (because he has released it) copyright was infringed? You send the platform a formal takedown demand. They always comply... except reddit stopped complying. This fully open reddit, a corporation valued in the billions I believe(?) to litigation. If you're confident that your claim is legitimate, sue them! Sue them immediately! Get millions of dollars in a huge win or settlement! Fuck the (likely) not wealthy and "sure as shit will pay you nothing" random moderators. (I would legitimately burn all my assets and move to Serbia or somewhere outside US banking jurisdiction before paying a nickel to that Nazi. Probably many feel the same.)

Skip to main content                                                                       Log In

or should because it's kinda fucking your entire premise that you care about the copyright... also sue Reddit. Why are you not suing the billion dollar corporation you accuse of violating your alleged copyright??"

The entire thing is so fucking incompetent *OR* is only done for one single reason which I'm very sure will be its undoing. Eichmann has directly admitted the reason... repeatedly. He even talked about it yesterday when he admitted to illegally doxxing a dozen people. That reason is doxxing. That's all. Doxxing and intimidation. The judge will see this based not only on Eichmann's statements but also the requests being made for these "cases." The fact that the cases were selectively chosen and ignored the biggest alleged violator (reddit themselves! Not users).

Honestly wouldn't be surprised to see the judge dismiss the cases across the board and deny the subpoenas of course. Maybe he'll instruct Settler Boy to resubmit his filing 1. In a proper and professional way and 2. Naming reddit as the main "infringer."

You can't fucking ignore that reddit is the publisher and has denied takedowns. Why would a billion dollar corporation deny those if not for 100% confidence that they are fair use and any litigation from Eichmann is doomed for failure? Corporations ALWAYS play super safe. Them refusing the takedowns is all you really need to know about the legality of the clips for political commentary. It's the most legal shit that's ever been legal. Eichmann is the biggest dumbass that's ever dumbed or assed.

⬆ 19 ⬇    💬 Reply    ↗ Share    ⋯

⊕ 3 more replies

⊕ [deleted] • 3mo ago

 **Lost_Amoeba_6368** • 3mo ago

Great write up.

Thanks, OP.

⬆ 13 ⬇    💬 Reply    ↗ Share    ⋯

 r/LeftoversH3 • 11d ago

**denims gets it**

1.7K upvotes  ·  40 comments



Skip to main content 

Log In

fuck you Denims I'm going to put to in an awkward position where I'm going to retract, but... 

187 upvotes · 21 comments

---

 r/LeftoversH3 · 5mo ago

**Denims statement** 

401 upvotes · 84 comments

---

 r/LeftoversH3 · 5mo ago

**The best thing about the Denims lawsuit...**

294 upvotes · 17 comments

---

 r/LeftoversH3 · 7mo ago

**Is Denims okay? Like genuinely**

137 upvotes · 15 comments

---

 r/LeftoversH3 · 2mo ago

**Why would Denims do this?** 

553 upvotes · 6 comments

---

 r/LeftoversH3 · 5mo ago

**Denims ready to sue** 

627 upvotes · 60 comments

---

 r/LeftoversH3 · 1mo ago

**This makes so much sense now in hindsight ......**

263 upvotes · 64 comments

---

 r/LeftoversH3 · 4mo ago

**First Denims Mention**

59 upvotes · 6 comments

---

 **Skip to main content** 

**Log In**

667 upvotes · 44 comments

---

 r/LeftoversH3 • 4mo ago

**Lawsuit provides definition of propaganda that does not contradict Denims' statement whatsoever.**



138 upvotes · 10 comments

---

 r/LeftoversH3 • 17d ago

**"I'm denying that"**



296 upvotes · 19 comments

---

 r/LeftoversH3 • 12d ago

**I feel like I'm gonna have an aneurism....**



164 upvotes · 39 comments

---

 r/thescoop • 5mo ago

**AOC asks if miscarriages are covered as exemptions. GOP Member: "I'm glad you're addressing us instead of addressing the camera." @AOC: "There are 13.7 million Americans on the other...**



4.4K upvotes · 229 comments

---

 r/LeftoversH3 • 4mo ago

**indistinguishable from parody**



303 upvotes · 39 comments

---

 r/LeftoversH3 • 4mo ago

**their lack of self-awareness shall be studied**



552 upvotes · 29 comments

---

**Skip to main content** 

**Log In**



176 upvotes · 15 comments

---

 r/LeftoversH3 • 1mo ago

All I could think about when I read the original comment



140 upvotes · 7 comments

---

 r/LeftoversH3 • 4mo ago

I'm sorry, I refuse to believe people are this dense...



156 upvotes · 37 comments

---

 r/SubredditDrama • 4mo ago

"No, it's time for Justice. It's time to criminally charge everyone who chose profits over health. It's time to sentence those who, knowingly and intentionally, did harm to our children to life sentences w/o the...

168 upvotes · 78 comments

---

 r/LeftoversH3 • 6mo ago

Oh how the turn tables



188 upvotes · 9 comments

---

 r/LeftoversH3 • 4mo ago

Well this sounds vaguely familiar...



52 upvotes · 11 comments

---

 r/LeftoversH3 • 6mo ago

Don't link any things that disproves my point*, stop.



124 upvotes · 8 comments

---

 r/LeftoversH3 • 2mo ago

Destiny




Log In



**Any hint of sanity is immediately deleted**



99 upvotes   ·   8 comments

VIEW POST IN

Hindi

Reddit Rules    Privacy Policy    User Agreement    Accessibility    Reddit, Inc. © 2025. All rights reserved.

# EXHIBIT 59

 Outlook

## Re: Counter-notification received regarding a takedown notice you submitted to Reddit

**From** Rom Bar-Nissim <rom@heahbarnissim.com>

**Date** Fri 1/17/2025 12:17 PM

**To**    Reddit Support <support+idN5N924-22607@reddit.zendesk.com>

Dear Reddit Support Team:

I am following up on my email from yesterday. I wish to further clarify: (1) why the Invalid Counter Notification fails to satisfy the statutory requirements of 17 U.S.C. Section 512(g)(3); and (2) if Reddit restores the content subject to TEI's original takedown notices, Reddit will lose its immunity under 17 U.S.C. Section 512(c).

The statute states: a "service provider's compliance with paragraph (2) [*i.e.*, 17 U.S.C. Section 512(g)(2)] shall not subject the service provider to liability for copyright infringement with respect to the material identified in the notice provided under [17 U.S.C. Section 512(c)(1)(C)." 17 U.S.C Section 512(g)(4).

In 17 U.S.C. Section 512(g)(2) (*i.e.*, the section referenced in 17 U.S.C. Section 512(g)(4)), the statute states that immunity does not apply when reposting content subject to a takedown notice, unless - amongst other things - Reddit is in "receipt of a counter notification described in paragraph (3)" - *i.e.*, 17 U.S.C. Section 512(g)(3). 17 U.S.C. Section 512(g)(2).

17 U.S.C. Section 512(g)(3) contains the requirements for an effective counter notification. "To be effective under this subsection, a counter notification" must include "substantially the following": (1) a "statement under penalty of perjury that the subscriber has a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled"; (2) the "subscriber's ... address, and telephone number"; (3) "a statement that the subscriber consents to the jurisdiction of Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service provider may be found"; and (3) "that the subscriber will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person." 17 U.S.C. Section 512(g)(3).

As mentioned, the Invalid Counter Notification fails to satisfy any of the requirements identified above. Specifically, it does not contain: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury. Therefore, Reddit is not in receipt of a counter notification in compliance with 17 U.S.C. Section 512(g)(3) and will not be immunized if it reposts the content.

Additionally, there are further indications that the Invalid Counter Notification is fraudulent. First, the posts and comments at issue were made by three different Reddit users: (1) r/AutoModerator (*i.e.*, the moderator for H3Snark); (2) u/sarahornejewetts; and (3) u/obrienpotatoes. Despite this fact, there is only a single user that issued the Invalid Counter Notification.

Second (and related to the first point), the name identified in the Invalid Counter Notification is "Michael Anderson" - *i.e.*, someone who is male or identifies as being male. Yet, u/sarahornejewetts was

responsible for one of the infringing posts - *i.e.*, someone who is female or identifies as being female.

Third, the Invalid Counter Notification contains information that is easily confirmed as false by viewing the original takedown notice. As the August 30, 2024 takedown notice makes clear, the issue was a link to a three hour and thirty minute video on **_YewTube_**. Yet, the Invalid Counter Notification falsely states: "This post consisted solely of a direct link to H3's official YouTube channel, not to any specific video." As u/sarahornejewetts stated in a comment shortly before posting the link to TEI's work on YewTube: "We encourage folks to watch on yewtube since it doesn't play ads or contribute to views."

Fourth, it appears that the Invalid Counter Notification was sent - not by the recipient of the original takedown notices - but the moderators for H3Snark. This is evidenced by the sentence: "We are writing to contest the removal of two posts from our subreddit" and the repeated use of "we" in the Invalid Counter Notification.

Please confirm that Reddit will not honor the Invalid Counter Notification by close of business on January 20, 2025. If not, we will escalate this matter to Reddit legal.

Be advised: If Reddit reposts the content subject to TEI's original takedown notices, Reddit will lose its immunity under 17 U.S.C. Section 512 and TEI will be forced to sue Reddit for copyright infringement.

All rights reserved.


**Rom Bar-Nissim**
Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)
1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)

## HEAH BAR-NISSIM

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, January 16, 2025 2:05 PM
**To:** Reddit Support <support+idN5N924-22607@reddit.zendesk.com>
**Subject:** Re: Counter-notification received regarding a takedown notice you submitted to Reddit

Dear Reddit Support Team:

I am counsel for Ted Entertainment, Inc. ("TEI") - *i.e.*, the party that issued the original takedown notices that are the subject of this invalid counter notification. **_The counter notification is invalid because it does not contain the issuer's address to allow TEI to serve the issuer with a lawsuit ("The Invalid Counter Notification")._**

As set forth in 17 U.S.C. Section 512(g)(3), a counter notification must contain certain information. "To be effective under this subsection, a counter notification must" include, *inter alia*, the "subscriber's name, address, and telephone number" and that "the subscriber will accept service of process from the

person who provided notification under (c)(1)(C) or an agent of such person." 17 U.S.C. Section 512(g)(3)(D).

The Invalid Counter Notification does not contain an address, telephone number or acceptance of service of process from TEI. Without this information - particularly an address, it is impossible for my client to serve the issuer of the Invalid Counter Notification with a lawsuit to vindicate TEI's rights. Consequently, one of the primary purposes of the counter notification - *i.e.*, to provide TEI with sufficient information to pursue and serve a lawsuit for copyright infringement against the issuer of the Invalid Counter Notification - is circumvented and defeated.

***Reddit must reject The Invalid Counter Notification and refuse to repost the material identified in TEI's takedown notices to retain its immunity under 17 U.S.C. Section 512(c).***

***Please confirm that the Reddit shall refuse to honor The Invlalid Counter Notification.***

All rights reserved.

**Rom Bar-Nissim**
Partner

**P:** +1 (310) 432-2836
**E:**  [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)
1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)

![HEAH BAR-NISSIM logo]

---

**From:** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>
**Sent:** Wednesday, January 15, 2025 7:08 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Subject:** Counter-notification received regarding a takedown notice you submitted to Reddit

##- Please type your reply above this line -##
This is an email from Reddit Legal Support. To respond, please reply to this email.

 **Reddit Admin Team** (Reddit Support)

Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

Counter Notification - counter explanation
Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was
approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this
post should not have been removed for copyright infringement.
Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific
video. Providing a link to an official channel or video to direct users to content through authorized means
does not constitute copyright infringement. This removal is equivalent to a television network suing a
newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such
actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV
listing directs viewers to official content without reproducing it, our link simply guided users to H3's
authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing
its readers about where and when they can legally access content.
We believe both posts were removed erroneously and should be reinstated. We kindly request

your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson


Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/


Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.


[END COPY]


Reddit Admin Team


This email is a service from Reddit Support.

# EXHIBIT 60

March 18, 2025

VIA EMAIL:

Alexander O'Brien
Email: aobri@brockport.edu

RE:     Your December 5, 2024 Counternotification

<u>**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 408 AND CALIFORNIA EVIDENCE CODE SECTION 1152 *et seq.***</u>

Dear Mr. O'Brien:

We are counsel for Ted Entertainment, Inc. ("TEI"). If you have counsel, please forward this correspondence to your attorney and have them communicate with me directly about this matter.

We are in receipt of your December 5, 2024 counternotification to Reddit (the "12/5/24 Fraudulent Counternotification") (although our office only received it today). As set forth below, (1) under no circumstances does your use of TEI's work on r/H3Snark ("H3Snark") constitute fair use; (2) your 12/5/24 Fraudulent Counternotification constitutes misrepresentation under 17 U.S.C. Section 512(f); and (3) an opportunity for you to avoid a lawsuit for copyright infringement and misrepresentation under 17 U.S.C. Section 512(f).

<u>**Your Post on Reddit Did Not Constitute Fair Use**</u>

In the takedown notice our office issued on September 18, 2024 (the "9/18/24 Takedown"), our office provided a highly detailed fair use analysis to explain why your post did not constitute fair use. A PDF printout of the 9/18/24 Takedown is attached to this letter as Exhibit A (though the analysis of the fourth fair use factor is not fully visible). A PDF printout of your post is attached to this letter as Exhibit B.

**First Fair Use Factor.** The first fair use factor examines the "purpose and character" of your specific use of TEI's work. 17 U.S.C. § 107(1). The 9/18/24 Takedown explained that your post "does not serve a different purpose or have a different character than the original work" because: (1) the "title" of your post (*i.e.*, "Ethan and Dan confirm posting to snark will get you banned" did "not provide any commentary criticism or further insight into the content" of the clip, but "merely summarizes the contents" of the clip; (2) there were "no comments" for your post and the moderators "prohibited the creation of any comments" for the post. *See McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1158 (9th Cir. 2022); *In*

*re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 884-885 (N.D. Cal. 2020). Consequently, the purpose and character of your use was identical to the original – which does not constitute fair use. *See Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith*, 598 U.S. 508 (2023).

**Third Fair Use Factor.** The third fair use factor examines the "amount and substantiality used" by you of TEI's work. 17 U.S.C. § 107(3). This factor examines whether "the amount and substantiality of the portion used in relation to the copyright work as a whole is reasonable in relation to the purpose of the copying." *Tresona Multimedia, LLC v. Burbank High School Vocal Music Association*, 953 F.3d 638, 650 (9th Cir. 2020) (internal brackets and ellipses omitted). Consequently, "the extent of permissible copying varies with the purpose and character of the use" - *i.e.*, the third factor "necessarily overlaps somewhat with the first factor." *Id.* As explained in the 9/18/24 Takedown, the amount you used was "unreasonable and unnecessary." "Not only does [your post] fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the [clip] by either: (1) embedding the original Work at the relevant timestamp into [your post]; or (2) providing hyperlinks to the relevant timestamps of the original Work in [your post]."

**Fourth Fair Use Factor.** The fourth fair use factor examines the "effect of the use upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107(4)). This factor examines "both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163 (internal quotation marks omitted). A explained in the 9/18/24 Takedown, (1) "[e]ach view of the Infringing Clip siphons views from the original work" - which "results in less ad revenue derived from the original Work"; and (2) "if the conduct were to become widespread (*i.e.*, other Reddit posts containing clips from the Work without any further commentary, criticism or further insight), this would further exacerbate my client's lost revenue."

## Why the 12/5/24 Fraudulent Counternotification Violates 17 U.S.C. Section 512(f)

A counternotification made pursuant to 17 U.S.C. Section 512(g)(3) is subject to several legal requirements. Critically, you were required to make a "statement under penalty of perjury that [you have] a good faith belief that the material was removed or disabled as a result of mistake." 17 U.S.C. § 512(g)(3)(C). To manifest a good faith belief that a particular use is fair use, the issuer must conduct a fair use analysis. *See Hosseinzadeh v. Klein*, 276 F.Supp.3d 34, 36 (S.D.N.Y. 2017); *cf. Lenz v. Universal Music Group*, 815 F.3d 1145, 1149, 1154-55 (9th Cir. 2016). Your 12/5/24 Fraudulent Counternotification demonstrates that you conducted "lip service to the consideration of fair use" - which means you are "still subject to 512(f) liability." *Cf. Lenz*, 815 F.3d at 1154.

Your 12/5/24 Fraudulent Counternotification emphasizes that you issued it in bad faith. First and foremost, your 12/5/24 Fraudulent Counternotification completely fails to address any

of the detailed points raised in the 9/18/24 Takedown. Nor does your 12/5/24 Fraudulent Counternotification explain why your post was fair use whatsoever. Instead, your 12/5/24 Fraudulent Counternotification makes the conclusory assertion that your post "would still be allowed under fair use." By failing to articulate the basis for this conclusion or addressing the points raised in the 9/18/24 Takedown, your 12/5/24 Fraudulent Counternotification emphasizes it was made in bad faith.

Second, your 12/5/24 Fraudulent Counternotification states: "[t]his was an abuse of the fair use system." This statement is nonsensical and demonstrates your fundamental lack of understanding of fair use. You are the one attempting to claim fair use, not TEI. We take your statement in the 12/5/24 Fraudulent Counternotification as an admission of your own bad faith and not an indictment against TEI.

Third, your 12/5/24 Fraudulent Counternotification states H3Snark "has also been mercy to many bad faith brigades recently, so I do not believe that this appeal was filed by the actual copyright owner." In the 9/18/24 Takedown, this office provided our contact information, including: (1) the person who issued the 9/18/24 Takedown; (2) the name of our firm, (3) our firm's address; and (4) my email address. A simple Google search would have confirmed this information and that I have represented Ted Entertainment, Inc. and the Kleins in the past for several years.

Finally, the language in your 12/5/24 Fraudulent Counternotification oddly reminiscent of another fraudulent counternotification our office received on January 16, 2025 (which was issued on October 18, 2024) from the moderators of H3Snark (the "10/18/24 Fraudulent Counternotification"). The 10/18/24 Fraudulent Counternotification included your post and claimed the "clip's duration was approximately 1-3 minutes, which falls well within the parameters of Fair Use." Like your 12/5/24 Fraudulent Counternotification, it also states: "[w]e believe these reports may have been filed by fans rather than the legitimate copyright holder." We successfully contested the validity of the 10/18/24 Fraudulent Counternotification and, on March 18, 2025, Reddit acknowledged that it was invalid.

### <u>Your Only Option to Avoid Litigation</u>

TEI will not pursue claims against you if you satisfy all of the following conditions: (1) you withdraw your 12/5/24 Fraudulent Counternotification within five business days of receiving this correspondence and provide our office written confirmation of doing so; (2) you provide our office with all correspondence you have had with the moderators of H3Snark; (3) you provide our office with all correspondence you have had with other H3Snark users; (4) you provide our office will all correspondence you have had with Reddit; and (5) you provide our office with information regarding the identities of the H3Snark moderators.

If you do not (or cannot) satisfy all five conditions, TEI will sue you for copyright infringement and misrepresentation. Keep in mind that federal court filings are public. Anyone performing a simple Google search on you (let alone a background check) will discover this

information. Once judgment is entered against you, the Court's finding that you engaged in copyright infringement and lied in a legal document will also be publicly available.

**_You have until <u>March 25, 2025 at 5:00 p.m. PST</u> to agree to these terms._**

This letter does not constitute a complete statement of all of TEI's rights, contentions, legal theories or the facts in support thereof. Nothing stated herein is intended, nor shall it constitute, a waiver or relinquishment of any of TEI's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Rom Bar-Nissim

# EXHIBIT 61

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 62



to do is is advocate for uh a a a
lighter form

**Denims** ✓

🚨 ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY 🚨 THIS IS NOT A DRILL 🚨

Just Chatting   English   politics   news   Hasanabi   Denims   Trump

👤 43,328   6:58:56

## About Denims ✓

**86.4K** followers

Political commentary and discussions!
Business Inquiries -
Denims@badmoontalent.com

🌐 Website
✕ Twitter
📷 Instagram
▶ Youtube
💬 Discord

## Denims's Goals

**13,615 followers to go!**
86385/100000 Followers

**1,261 more subs to go!**
1739/3000 Subs

**Sign up to experience the best of Denims**   Chat, follow or subscribe – Twitch is your oyster.   Sign Up

# EXHIBIT 63

Next Day Mattress Delivery
Sit 'n Sleep

# DENIMS

Overview   Streams   Games   Subs   Statistics   Clips

RANK 👑 517

## PERFORMANCE SUMMARY

7 DAYS   **30 DAYS**   3 MONTHS   ALL TIME

| 78.3 ⇧ Hours streamed | 4,774 ⇧ Average viewers | 45,761 ⇧ Peak viewers | 373,873 ⇧ Hours watched |
|---|---|---|---|
| 8,697 ⇧ Followers gained | 111 ⇧ Followers / hour | 1 Games streamed | 17 / 30 Active days |

## LIFETIME OVERVIEW

| 5,480 Total hours streamed | #2994 45,761 Highest number of viewers Jan 31, 2025 | 92,095 Total followers | 29 Total games streamed |
|---|---|---|---|

## CHANNEL PERFORMANCE OVER TIME



— Avg Viewers  — Max Viewers  ● Hours Streamed  ● Followers Gain

## RECENT STREAMS

● MAX VIEWERS   ● FOLLOWERS   ● TIME STREAMED

| 08 Feb 2025 | 6.4K | 464 | 3h56m |
|---|---|---|---|
| 07 Feb 2025 | 6.0K | 395 | 3h41m |
| 03 Feb 2025 | 5.1K | 580 | 5h18m |
| 02 Feb 2025 | 6.7K | 712 | 5h45m |
| 01 Feb 2025 | 6.0K | 473 | 5h5m |

| 31 Jan 2025 | 45.8K | 2.6K | 10h |
|---|---|---|---|
| 27 Jan 2025 | 3.3K | 179 | 4h37m |
| 26 Jan 2025 | 4.1K | 320 | 4h27m |
| 25 Jan 2025 | 3.8K | 258 | 4h37m |
| 24 Jan 2025 | 3.9K | 125 | 4h39m |

| 20 Jan 2025 | 4.4K | 400 | 3h31m |
|---|---|---|---|
| 19 Jan 2025 | 4.5K | 121 | 4h |
| 17 Jan 2025 | 3.1K | 50 | 4h19m |
| 16 Jan 2025 | 3.4K | 84 | 4h1m |
| 12 Jan 2025 | 3.6K | 49 | 3h17m |

⌄ VIEW MORE


Easy PDF tools. One easy app.
Start free trial
Edit a PDF

# EXHIBIT 64

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 65

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 66

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 67

 **Outlook**

---

**RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash**

---

**From** Leah Vulic <Leah@kr.law>
**Date** Mon 9/15/2025 4:01 PM
**To** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc** Jeff Rosenfeld <Jeff@kr.law>

Hi Rom,

Thank you for following up, and for thinking of ways the subpoena to Reddit could potentially be limited.

Unfortunately, however, I do not believe your proposal would be workable for us. I do appreciate your willingness to compromise.

Very best,
Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Monday, September 15, 2025 7:47 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

Following up on this point. In sum, I want to suggest to my client to limit Requests 15-16 in the Reddit subpoena to encompass moderators of H3Snark on January 31, 2025 only. Currently, the requests seek information on moderators from January 1, 2025 through February 28, 2025.

If you agree, I will run the proposal past my client. As promised, I have not revealed the number of your clients - nor will I. But to obtain approval, I will indicate that the number of your clients is larger than anticipated and it would benefit all of us to narrow that number down, if possible.

Thanks,

**Rom Bar-Nissim**
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

**HEAH BAR-NISSIM**

**From:** Rom Bar-Nissim <<u>rom@heahbarnissim.com</u>>
**Sent:** Wednesday, September 10, 2025 7:51 AM
**To:** Leah Vulic <<u>Leah@kr.law</u>>
**Cc:** Jeff Rosenfeld <<u>Jeff@kr.law</u>>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

I have been brainstorming ideas on how to potentially remove some of your clients from falling within the ambit of the Subpoenas.

The biggest question I have is whether all of your clients were moderators of H3Snark on January 31, 2025. I still need to run this past my client, but I think I can persuade my client to narrow the Subpoenas to only include individuals who were moderators of H3Snark on January 31, 2025. For the Reddit Subpoena, this would mean narrowing the scope of Requests 15-16 and, potentially, requests regarding other usernames for individuals who were not moderators on that date. For the Discord Subpoena, this would implicate account and display names for individuals that were not moderators on that date.

If you would prefer to answer this question by phone, I understand. I will not run this past my client before you answer - as I promised to receive your input before broaching the issue of removing some of your clients from the ambit of the Subpoenas.

Thanks,

**Rom Bar-Nissim**
Partner

**P:**  +1 (310) 432-2836
**E:**  <u>Rom@HeahBarNissim.com</u>
1801 Century Park E #2400 Los Angeles CA 90067

<u>HeahBarNissim.com</u>


**From:** Leah Vulic <<u>Leah@kr.law</u>>
**Sent:** Tuesday, September 9, 2025 4:12 PM
**To:** Rom Bar-Nissim <<u>rom@heahbarnissim.com</u>>
**Cc:** Jeff Rosenfeld <<u>Jeff@kr.law</u>>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hello Rom,

Pleasure speaking with you as well.

Thank you. I will be considering what we discussed.

Very best,
Leah

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, September 9, 2025 3:37 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

As always, a pleasure speaking with you. As promised, I am confirming the extension to file the Motion to Quash on or before September 22, 2025.

### Rom Bar-Nissim
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, September 9, 2025 1:01 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

Glad we addressed and resolved the proposed limitations. Feel free to reference them in the motion.

I also appreciate you informing me about the declarations of your clients and that you do not represent u/RomanPeee. This is very informative. I will need to consult with Ethan and Hila, but I do not expect that it will be an issue for them not to refer to your clients and do so under oath.

As to having their identities disclosed to Ted Entertainment, Inc., Ethan or Hila, I would like to consult with my client first. To clarify, this would only apply in the scenario that the motion to quash is denied but a protective order allowing your clients to proceed anonymously is granted. Correct?

As for an additional week, I have no issue. However, since I am asking counsel for Denims and Kaceytron to agree to a continuance of the scheduling conference in both matters, I would like to run this past them as well.

I will keep you posted.

Thanks,

**Rom Bar-Nissim**
Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)
1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Tuesday, September 9, 2025 12:05 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you for your responses. You're right, I did not respond to your email about limiting the subpoena. I apologize that I missed that after the long weekend.

I think your proposed limitations are fine. We will likely reference that we have agreed to this limitation in our motion.

Regarding a mutual agreement not to discuss the other parties to address the concerns regarding harassment: My clients are not publicly discussing your clients. The H3Snark Subreddit is inactive. They will, in their declarations, and are, right now to me, swearing this. My clients are also NOT RomanPeee and also have no association with that person. They are able to provide you those assurances; however, they do not agree to their identities being disclosed to plaintiff (and Ethan and Hila), even under a protective order.

I would like to ask for an additional week extension to file the motion to quash, to September 22. Will you agree? I'm happy to discuss by phone if necessary.

Thanks,

Leah

**From:** Rom Bar-Nissim <<rom@heahbarnissim.com>>
**Sent:** Monday, September 8, 2025 4:41 PM
**To:** Leah Vulic <<Leah@kr.law>>
**Cc:** Jeff Rosenfeld <<Jeff@kr.law>>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

My responses are below in all caps.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** <Rom@HeahBarNissim.com>

1801 Century Park E #2400 Los Angeles CA 90067



HeahBarNissim.com

**From:** Leah Vulic <<Leah@kr.law>>
**Sent:** Monday, September 8, 2025 4:31 PM
**To:** Rom Bar-Nissim <<rom@heahbarnissim.com>>
**Cc:** Jeff Rosenfeld <<Jeff@kr.law>>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you. I hope you had a nice holiday weekend and short week after.

I wanted to touch base about a few matters:

1. Did you hear back from Discord, after they received the letter? NO. NOR DID THEY PRODUCE DOCUMENTS - SO THEY ARE RESPECTING THE REQUEST.
2. Have you been able to think about/work on a stipulation narrowing the scope of documents requested to resolve Stored Communications Act issues? MY PROPOSED STIPULATION IS IN MY AUGUST 29, 2025 EMAIL. YOU CAN FIND IT IN THIS EMAIL CHAIN BELOW. YOU NEVER RESPONDED. HAVE YOU DISCUSSED THE ISSUE OF THE MUTUAL AGREEMENT TO NOT DISCUSS THE OPPOSING PARTY TO ADDRESS THE CONCERN RE: HARASSMENT?
3. We saw that a scheduling conference has been set in the case, and that the Rule 26(f) conference likely happened last week. If that occurred, were there any discussions about timing and deadlines in the Central District case that would affect our plan with the motion to quash? WE DID CONDUCT THE CONFERENCE FOR BOTH THE CAVINESS AND SABER MATTERS. WE DID NOT DISCUSS SPECIFIC DEADLINES. THIS MORNING, I APPROACHED OPPOSING COUNSEL ABOUT REQUESTING A CONTINUANCE OF THE SCHEDULING CONFERENCE TO ACCOMODATE THE MOTION TO QUASH. IF THE MOTION TO QUASH IS DENIED (IN WHOLE OR IN PART), YOUR INPUT WOULD BE NECESSARY FOR DATES. I HAVE NOT HEARD BACK, BUT I EXPECT TO IN THE NEXT DAY OR TWO BECAUSE THE JOINT REPORT IS DUE SOON.

We look forward to hearing from you.

Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, August 29, 2025 2:23 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

The letter to Discord is sent. It will arrive Tuesday morning before 10:30 a.m. (that was the fastest I could do). Below is the FedEx tracking number.

FedEx Tracking No.: 883975159820

Enjoy your Labor Day weekend.

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 8:50 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

Here are my suggestions on how to limit the scope of the Subpoena. I welcome your suggestions on how to further refine these limitations or if you propose additional limitations. For clarity, the

limitations shall apply only if the court denies the motion to quash (in whole or in part). If the court grants the motion to quash, this issue is obviously moot.

1. The Subpoena shall not encompass communications between Reddit users (as to Reddit) or Discord users (as to Discord) that are protected by the Stored Communications Act (18 U.S.C. Section 2701, *et seq.*).
2. The phrase "All DOCUMENTS and COMMUNICATIONS" shall no longer require each document or communication in Reddit and Discord's possession, custody or control that contain the "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) as to the users identified in each subpoena or, as to Reddit, the moderators of r/H3Snark from January 1, 2025 to February 28, 2025. Rather, full compliance with the subpoena shall be fulfilled if  the internet service provider at issue provides all "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) in its possession, custody or control on the users identified in the subpoena or, as to Reddit, the moderators of r/H3Snark form January 1, 2025 to February 28, 2025.
3. Discord and Reddit shall only provide the "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) as to the users authorized by the Court in its opinion on the motion to quash - including, if authorized by the Court, the moderators of r/H3Snark from January 1, 2025 to February 28, 2025.

Thanks,

**Rom Bar-Nissim**

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

HBN_Logo_Block_Red.png

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 28, 2025 5:15 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thank you, Rom.

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 5:11 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

I understand the concern. In the event Discord complies, I will not review and notify you.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 28, 2025 5:06:51 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Since the letter asks them to hold responding in abeyance until any decision, that should be fine.

I was just concerned about September 5 passing and Discord producing records immediately after. I probably shouldn't be worried about that given their total lack of response, but just in case—if for some reason Discord *does* produce any records, anything other than objections, before an order on the motion to quash, I assume you have no problem with segregating and not reviewing or disclosing that production?

Thank you for sending.

Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 4:51 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

No issue with the 15th. In the letter to Discord, I did not specify when you would file. I just stated "The parties have agreed that the Motion to Quash will be filed sometime shortly after September 5, 2025." I kept it open ended to afford us some flexibly.

If you want, I can change it to "The partes have agreed that the Motion to Quash will be filed on or before September 15, 2025." Otherwise, I can keep it as is. Just let me know.

Regardless, I will get sent by FedEx tomorrow (but likely in the early afternoon when you will be away). I will share the tracking number with you both as well.

Thanks,

## Rom Bar-Nissim

Partner


**P:**  +1 (310) 432-2836
**E:**  [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)


1801 Century Park E #2400 Los Angeles CA 90067


[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Thursday, August 28, 2025 4:38 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Hi Rom,


It was a pleasure speaking with you as well.


The letter to Discord is fine, thank you. However, regarding the last point in your email, could we make the motion to quash filing deadline September 15, and have that reflected in the letter to Discord? (Our paralegal in charge of the case will be out on September 12.)


We agree on the other points, including mutual extensions for opposition and reply, if necessary. We will also touch base with you before setting the hearing date on the motion.


We look forward to the stipulation to narrow the subpoena, and I will speak with our clients about a potential agreement.

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 3:12 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

As always, it was a pleasure speaking with you both.

**Letter to Discord**: As promised, attached is the letter to discord requesting they hold compliance with the subpoena in abeyance until resolution of the motion to quash. I provided your contact information. If you have no issues with it, let me know and I will send it out tomorrow.

**Stipulation to narrow subpoena**: By tomorrow, I will provide a draft that narrows the scope of responsive documents for the subpoena. Insofar as we can agree to certain terms, that would be ideal.

**Consulting with Client**: Leah will consult with your clients about entering into some agreement whereby we can reduce the risk of potential harassment initiated by the parties.

**Date for Motion**: We penciled in the date of September 12 as the deadline for filing the motion to quash. Leah wishes to confirm with the rest of the team that this date works prior to locking this date down. We also agreed that, depending on the circumstances, we will give mutual extensions for the opposition and reply (if necessary).

If anything is incorrect, please let me know. Let me know if I'm good to go with the Letter.

Thanks!

## Rom Bar-Nissim

Partner


**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)


1801 Century Park E #2400 Los Angeles CA 90067


[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Thursday, August 21, 2025 4:22 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Hi Rom,


Thanks. I'll send you a meeting invite for next Thursday, August 28 at 1:30 p.m.


Talk to you then!


Thanks,

Leah

---

**From:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Sent:** Thursday, August 21, 2025 3:55 PM
**To:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>

**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

I have not received anything from Discord. If the objection was sent in the mail, it may take a few days to arrive. I will inform them by overnight mail that compliance is stayed pending resolution of the forthcoming motion to quash.

Let's lock down Thursday, August 28 at 1:30 pm to continue the meet and confer.

Thanks!

**Rom Bar-Nissim**

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 21, 2025 3:50:40 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you, I hope you are well also.

Thank you for the update regarding Reddit, and Discord. Have you received objections from Discord?

Next week to continue our meet and confer, how about Thursday, August 28? We are free at 1:30 p.m. and after.

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 21, 2025 1:40 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah and Jeff:

Hope you are both well. I just completed my meet and confer with Reddit. Reddit had two primary concerns: (1) that there be a First Amendment review of the subpoenas; and (2) the scope of compliance - primarily as to which users. It was my overall impression that Reddit does not want to get involved in this dispute.

As to the first concern, this has been addressed by your clients' forthcoming motion to quash.

As to the second concern, in the event your clients' motion is denied, the scope of compliance will turn on the order itself. Namely, whether it addresses the mods specifically identified in the subpoena and those unidentified as well.

In the interim, Reddit will hold compliance with the Subpoena in abeyance until the motion is resolved. I informed them that we are ironing out when the motion will be filed and that I will keep them posted.

Let's figure out a day and time that works to resume our meet and confer next week. I am generally free in the afternoon from Tuesday through Friday. I also plan on sending a letter to Discord next week asking them to hold off on complying with the subpoena until the motion to quash is resolved.

Thanks,

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)

1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Tuesday, August 19, 2025 3:49 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thank you, Rom.

---

**From:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Sent:** Tuesday, August 19, 2025 1:17 PM
**To:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

I will be meeting and conferring with Reddit's counsel this Thursday - likely at 12:00 p.m. PST. I will continue to keep you both posted.

Thanks,

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)

1801 Century Park E #2400 Los Angeles CA 90067



HeahBarNissim.com

---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Tuesday, August 19, 2025 11:01 AM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Sounds good, thank you for keeping us posted. We look forward to hearing from you.

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 19, 2025 10:42 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thanks Leah.

Let us reschedule then. I think it best I conduct a meet and confer with Reddit first. If necessary, we can schedule another meet and confer with the three of us. I will keep you posted.

Thanks

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 19, 2025 8:59 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Good morning, Rom,

Thank you for the updates.

Yes, we think it makes sense to postpone our meet and confer. Alternatively, if you think it would be more efficient, we could have a joint meet and confer with us, you, and Reddit's counsel (that way, if a motion to compel Reddit is necessary, we can coordinate on the logistics of the compel/quash motions). We'll leave that decision to you.

Please let us know your thoughts, but in short, yes, we think it would be beneficial to reschedule our meet and confer.

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 19, 2025 7:38 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Good Morning Leah and Jeff:

I wanted to keep you updated on a material development and determine whether we should reschedule our meet and confer. As you know, yesterday was the deadline for Reddit and Discord to serve their objections to their respective subpoenas. Reddit served objections by email, which are attached. I did not receive any objections from Discord, however, the objections may have been served by mail.

Currently, I am trying to schedule a day and time this week to meet and confer with Reddit's counsel. I did inform Reddit's counsel that the Doe defendants intend to file a motion to quash and that we will be conducting our second meet and confer today.

In light of this development, I wonder if it would me a more productive to reschedule today's meet and confer until after I meet and confer with Reddit's counsel. I think it would be helpful for both of us to determine whether Reddit's issues can be resolved or whether a motion to compel is necessary. If you prefer to proceed with today's meet and confer, I completely understand - as I am certain we will still have a productive conversation.

Please let me know how you would like to proceed.

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com


---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Thursday, August 14, 2025 11:08 AM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you. Did we set a time for reconvening on Tuesday, August 19? If not, shall we say 2:00 p.m.?

For an internal timing meet-and-confer deadline, let's set Friday, August 29, as September 1 is Labor Day.

Thank you for the additional updates.


Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 12, 2025 2:21 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Leah:


Thank you for your email. We are in agreement. Currently, the deadline for your clients to file the motion to quash is September 4, 2025. We are also in agreement that, if your clients require additional time, we can meet and confer on a reasonable extension to the deadline and informing Reddit and Discord that the compliance date is extended.


Since I would need to inform Reddit and Discord by mailing their agent for service of process (as they have not contacted me yet), we should create an internal deadline for this meet and confer. I don't want us to be in a situation where it will be too late to inform Reddit or Discord of the situation.


What do you think of Monday, September 1, 2025? I think this should be sufficient advance notice to inform Reddit and Discord.


Also, as an FYI, counsel for Denims and Kaceytron inquired about the status of the subpoenas. I informed them that you and Jeff contacted me on behalf of your clients regarding their forthcoming motion to quash. I also provided links to your firm profiles. Additionally, I informed counsel that we conducted a meet and confer regarding the motion to quash and agreed to continue the meet and confer. I also explained to them that one of the grounds your clients presently wish to move on is that there is no underlying infringement because Denims made a fair use of the works.

You should also know that Denims will not be filing a motion to dismiss, but rather filing an Answer. We mentioned that this was a consideration on how to proceed during our meet and confer.

If you have any further questions, please feel free to contact me. I look forward to resuming our meet and confer.

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)

1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Tuesday, August 12, 2025 2:04 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Dear Rom,

Thank you. It was nice to meet and speak with you as well.

I want to make sure we're on the same page regarding the motion to quash filing deadline. With a September 5 compliance deadline for Reddit and Discord, are we in agreement that a motion to quash would be filed on September 4? However, you are agreeing in your email that if we approach that

deadline and Doe Defendants require more time, we can discuss and extend the motion to quash deadline for Does/subpoena compliance deadline for Reddit and Discord. Please confirm, or correct me if I am wrong.

We look forward to meeting again next week.

Very best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Wednesday, August 6, 2025 3:00 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Jeff and Leah:

Thank you for taking the time to chat today. I'm glad we agreed to adjourn our meet and confer and resume on August 19, 2025. This way, we can have a more meaningful and substantive discussion regarding your clients' motion to quash.

Aside from discussing the merits of the motion in further detail on August 19, 2025, we agreed to also meet and confer on a potential motion for a protective order to prevent disclosure of your clients' names in public. I stated I would consult with my client in preparation of this issue. In addition, I stated I would ask my client whether they are willing to execute a declaration containing analogous provisions to 17 U.S.C. 512(h)(2)(C) as a way to ameliorate certain concerns (though I have not broached it with them yet).

I also promised that, in the event we come close to the September 5, 2025 deadline and you require additional time to get the motion on file, I will inform Reddit and Discord that your clients intend to file a motion to quash (and, in the alternative, motion for a protective order) and to avoid further action regarding the subpoena until the motion is resolved.

I also promised to provide some citations that are worth examining in relation to some of the issues we discussed.

*Baugher v. GoDaddy.com LLC*, 2021 WL 4942658 (D. Ariz. Oct. 22, 2021)

*Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594 (N.D. Cal. Sept. 18, 2024)

*De Fontbrune v. Wofsy*, 39 F.4th 1214, 1224-1225 (9th Cir. 2022)

I would also strongly recommend closely examining the cases cited in the Complaint.

Thanks and looking forward to continuing our conversation. As mentioned, if you need to correct anything I stated in this email, please feel free to do so.

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 5, 2025 3:22 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thank you, Rom. See you tomorrow.

Best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 5, 2025 3:06 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

The video exhibits are being uploaded as we speak. 2:00 p.m. works for me.

Looking forward to speaking with you.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 5, 2025 2:57 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Dear Mr. Bar-Nissim,


Thank you.


Yes, could you please upload the video files to us through Sharefile: Upload your files using this link.


We are available tomorrow, August 6, at 2:00 p.m. I can circulate a Zoom link if that works for you.


In brief, the basis for the motion is that Plaintiff hasn't met the standard for unmasking anonymous speakers in the copyright infringement context. Plaintiff hasn't stated a prima facie claim, and cannot establish a prima facie claim with minimal evidence, including because our clients did not engage in contributory copyright infringement and/or their conduct is protected by fair use, Plaintiff has not attributed and cannot attribute the alleged misconduct to the individuals for whom it seeks identifying information, and the lawsuit is expressly pretextual.


We look forward to speaking with you tomorrow.


Very best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Monday, August 4, 2025 6:14 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Hello Ms. Vulic:

Attached are ZIP folders of the subpoena and accompanying documents served on Discord and Reddit today.

Please let me know if you require any other documents. If you need the video exhibits, please send me a link where I can upload the documents.

As for setting up a time to meet and confer, I am available this Wednesday, August 6 in the afternoon. Tell me what works for you.

In order to have a more constructive meet and confer, it would be helpful to know - in brief - the grounds for the motion.

Looking forward to speaking with you.

Thanks,


**Rom Bar-Nissim**

Partner


**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com


1801 Century Park E #2400 Los Angeles CA 90067


HeahBarNissim.com




---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Monday, August 4, 2025 6:00 PM

**To:** Rom Bar-Nissim <rom@heahbarnissim.com>

**Cc:** Jeff Rosenfeld <Jeff@kr.law>

**Subject:** Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Dear Counsel,

The undersigned and this office represent Defendants John Does for purposes of bringing motion(s) to quash in the above-referenced lawsuit.

Please provide us with copies of any subpoenas you have issued or intend to issue.

Please also let us know your availability to meet and confer regarding Does' forthcoming motion to quash.

Very best,

Leah

_____

## Leah Vulić

### ASSOCIATE

**KRONENBERGER ROSENFELD, LLP**

548 Market St Suite 85399 San Francisco, CA 94104

**Phone:** (415) 955-1155 Ext. 121

**leah@kr.law**

**www.kr.law**

Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

# EXHIBIT 68

# HEAH BAR-NISSIM

March 31, 2025

VIA EMAIL: Noah@SparkMedia.la

Noah Samsen
c/o Spark Media, Inc.
5232 Sylmar Ave.
Sherman Oaks, CA 91401

RE:     **Demand for Correction Pursuant to California Civil Code Section 48a**

Dear Mr. Samsen:

We are counsel for Mutahar Anas ("Muta") and Ethan Klein ("Ethan") (collectively, "Our Clients"). If you have counsel, please forward this letter to them and have them contact me about this matter.

We are writing you pursuant to California Civil Code ("C.C.C.") Section 48a demanding you make a retraction and correction in compliance with the statute.[1] Your March 11, 2025 video, entitled *The YouTubers Who Backed a Genocide* (the "First Defamatory Video").[2] The Defamatory Video contains numerous defamatory statements against Our Clients, which are set forth below.

**The Law of Defamation**

Libel is defined as "a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye, which exposes a person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation." Cal. Civ. Code § 45.

The defamatory statement "must contain a provable falsehood" – sometimes referred to as a false assertion of fact. *Bently Reserve LP v. Papaliolios* (2013) 218 Cal.App.4th 418, 427. "To decide whether a statement expresses or implies a provably false assertion of fact, courts use a totality of the circumstances

---

[1] Our Clients do not concede that C.C.C. Section 48a applies in this matter and expressly reserve the right to challenge its applicability in the future.
[2] Noah Samsen, *The YouTubers Who Backed a Genocide* (March 11, 2025), *available at*: https://youtu.be/SsPCxoln6fQ?si=r33VCzMlgsQOBGX . We are aware that you have issued another defamatory video on March 25, 2025, entitled *The Genocide Supporting YouTubers Responded* (the "Second Defamatory Video"). We have already identified additional defamatory statements you made about Our Clients in the Second Defamatory Video – which we shall address in a separate demand for retraction and correction under C.C.C. Section 48a.

test." *Id.* This requires examining "both the language of the statement and the context in which it is made." *Id.* The "dispositive question" is "whether a reasonable fact finder could conclude the published statement declares or implies a provably false assertion of fact." *Edward v. Ellis* (2021) 72 Cal.App.5th 780, 790.

Actionable assertions of fact are statements that are "factually specific, earnest, or serious in tone, or the speaker represents himself as unbiased, having specialized or first-hand experience or having personally witnessed abhorrent behavior." *ZL Technologies, Inc. v. Does 1-7* (2017) 13 Cal.App.5th 603, 624 (quoting *Bently Reserve*, 218 Cal.App.4th at 428-433).

Furthermore, an "opinion based on implied, undisclosed facts is actionable if the speaker has no factual basis for the opinion." *Bently Reserve*, 218 Cal.App.4th at 427. Rather, "an opinion is not actionable if it discloses all the statements of fact on which the opinion is based and those statements are true." *Id.* Where the factual basis "is disputed" or relies "on another defamatory statement," the statements are still actionable. *Flowers v. Carville* (9th Cir. 2002) 310 F.3d 1118, 1129.

When "the person defamed is a public figure," the defamatory statement must be made with "actual malice—that is, with knowledge that it was false or with reckless disregard of whether it was false or not." *Reader's Digest Assn. v. Sup. Ct.* (1984) 73 Cal.3d 244, 256.

Knowledge of falsity can be proven by demonstrating the defendant reviewed information contradicting the defamatory statement. *See e.g.*, *Edward*, 72 Cal.App.5th at 794 (court found it "critical" to demonstrating that the defendant "***knew*** long before distribution of the contested mailers that [the plaintiff] did not pay damages to the City for fraud" when he "read the Orange County Register's article" refuting these assertions); *Montandon v. Triangle Publications* (1975) 45 Cal.App.3d 938, 944-45 (TV Guide "knowingly" did "not truthfully report the press release from Channel 2" by rewriting the press release).

Reckless disregard means the defendant either: (1) "entertained serious doubts as to the truth of his publication"; or (2) "acted with a high degree of awareness of probable falsity." *Masson v. New York Magazine, Inc.* (1991) 501 U.S. 496, 510. It can be proved by "circumstantial evidence," including: (1) a "failure to investigate"; (2) "anger and hostility toward the plaintiff"; (3) "reliance upon sources known to be unreliable" or "known to be biased against the plaintiff." *Reader's Digest*, 37 Cal.3d at 257-258. These factors are given additional "weight" the more the "defamatory statement deviates from the truth." *Annette F. v. Sharon S.* (2004) 119 Cal.App.4th 1146, 1169-70. "False statements that are completely 'fabricated by the defendant' or 'so inherently improbable that only a reckless man' would publish them are "likely to have been made with actual malice." *Id.* (quoting *St. Amant v. Thompson* (1968) 390 U.S. 727, 732).

Applying these principles, it is evident that the statements identified below from the First Defamatory Video constitute actionable defamation.

**<u>The First Defamatory Statement</u>**

The "First Defamatory Statement" comprises of the thumbnail for the defamatory Video (which depicts Our Clients against a backdrop of the destruction of Gaza) coupled with the title of the First Defamatory Video (*i.e.*, "The YouTubers Who Backed a Genocide"). A screenshot is provided below.



The First Defamatory Statement falsely asserts that Our Clients support genocide in Gaza. The verb "to back" means: "to support by material or moral assistance."[3] The term "genocide" is a crime defined as:

> [A]ny of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;
(b) Causing serious bodily or mental harm to members of the group;
(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
(d) Imposing measures intended to prevent births within the group;
(e) Forcibly transferring children of the group to another group.

Convention on the Prevention and Punishment of the Crime of Genocide, Article II.

---

[3] Merriam-Webster, "Back," *available at*: https://www.merriam-webster.com/dictionary/back

Whether Our Clients supported (by material or moral assistance or otherwise) genocidal acts by Israel with the intent to destroy, in whole or in part, the Palestinians is subject to being proven true or false. The surrounding context further emphasizes the First Defamatory Statement is an actionable assertion of fact. Throughout the First Defamatory Video, your language is factually specific, earnest and serious in tone. This is emphasized by holding yourself out as having "specialized knowledge" or expertise in the Israel/Palestine conflict – due to the large volume of materials you cite in the First Defamatory Video (much of which you misrepresent).

Critically, you either fail to disclose the factual basis for the First Defamatory Statement or you misrepresent the factual basis in the First Defamatory Video – as detailed below.

For Muta, the First Defamatory Video only shows two very brief clips from Muta's October 21, 2024 video entitled, *Twitch Is A Disgustingly Evil Platform...* ("Muta's Video").[4] *See* Defamatory Video at 48:08-48:21 & 49:30. Not only did you fail to disclose the source of these clips, it is evident that you intentionally misrepresented it. In Muta's Video, he explicitly states:

> Like I've said before (and I've been clipped a few times and you know even when I stream you know videos do get uploaded of my takes on situations) that I feel like I need to clarify: ***I'm not somebody that is afraid to say that genocide is wrong. I think there is an actual case of, you know, genocide and there's an actual case of attack that goes towards the Palestinian people***.

Muta's Video at 29:41-30:01.

Further, in relation to Twitch's IP ban of Israel and Palestine, Muta also states:

> Honestly, if you really think about it, this rule actually hurt Gazans more than it ever would have hurt Israelis because [Twitch's] geoblock – if it targeted that region. You know, if you wanted to allow people to document and live stream the real atrocities that are occurring to them in that that region, you know, Palestinians could have used a platform to showcase themselves.

Muta's Video at 9:01-9:17.

Moreover, you intentionally omitted portions of Muta's Video that demonstrate he does not support the take of Zack Hoyt p/k/a Asmongold ("Asmongold") on Palestinians. Immediately before the clip you used in the Defamation Video, Muta stated:

> So, obviously, Asmongold walked back [his statements] back and apologized. [He] said: "My bad, of course no one deserves to have their life destroyed, even if they do things or have views I find regressive." So, in this situation, one could,

---

[4] SomeOrdinaryGamers, *Twitch Is A Disturbingly Evil Platform...* (Oct. 21, 2024), *available at*: https://youtu.be/Arf3onMjCEE?si=kIqsUUyfu49ZfDiu

you know (if they were to extend the charitability) could say that Asmongold was probably referring to the extremists in the Islamic religion and their view on people in the LGBTQ camp.

Muta's Video at 3:09-3:34.

Lastly, Muta's initial reaction to Asmongold's take on Palestinians is easy to find on YouTube ("Muta's Reaction").[5] Before Muta even watches the clip, he states: "This is going to be bad." Immediately after watching the clip, Muta expresses his shock at Asmongold's take and states: "***I don't think anybody should sit there and be, like, I guess a whole group of people deserve to be genocided.***" Muta's Reaction at 0:41-3:00. This is a clear and unequivocal condemnation of Asmongold's take.

Due to your intentional and material omissions and misrepresentations of what Muta stated in Muta's Video and Muta's Reaction, the First Defamatory Statement is an actionable assertion of fact that was made with knowledge that it was false.

As for Ethan, you either failed to disclose the factual basis for the First Defamatory Statement or, when you did disclose the factual basis, you either misrepresent the facts or rely on George Angelos Ganitis p/k/a Bad Empanada ("Bad Empanada") – a source known to be highly biased against Ethan with a history of harassing, doxxing and making false statements about others. Specifically, those statements are:

- **The Second Defamatory Statement:** "In the *Content Nuke*, you can find just about every type of what we just looked at in terms of manufacturing consent. Ethan spreads atrocity propaganda. He shares the Hamas mass rapes hoax – the same hoax that was used by the Western media, the US government and the Israeli government to justify genocide." First Defamatory Video at 43:15-32.
- **The Third Defamatory Statement**: "Ethan spreads overt misinformation. Just straight up lies about Hezbollah and Ansar Allah (or the Houthis) in order to delegitimize their struggle against Israel's genocide. He cites baseless claims from Saudi state propaganda outlets to attack the Houthis. He also cites a documentary about Ansar Allah, which he uses as proof of the claim that they brought back slavery when the documentary wasn't even about the Houthis; it was about the Yemini government before the Houthi takeover." First Defamatory Video at 43:56-44:23.
- **The Fourth Defamatory Statement**: "He spreads long debunked Nakba denialist talking points. Talking points that have been used for decades to legitimize Israeli colonization of Palestine." First Defamatory Video at 44:22-44:29.
- **The Fifth Defamatory Statement**: "Ethan cites sources that contradict his own claims directly, such as the UN report he claims proves the Hamas

---

[5] Some Ordinary Clips, *SomeOrdinaryGamers – Muta talks about the Asmongold controversy* (Oct. 18, 2024), *available at*: https://youtu.be/2iyig7mjY6w?si=MyhM5wNlWYyPX4Y4

mass rapes allegation – which the report itself denies." First Defamatory Video at 44:30-44:41.

- **The Sixth Defamatory Statement**: "He spends 20 minutes in the video smearing a 19-year-old survivor of the US-backed Saudi genocide in Yemen as a terrorist with zero credible evidence." First Defamatory Video at 44:41-44:50.

Further, it is clear you knew that Ethan did not support genocide in Gaza because you watched (or claimed to watch) *Content Nuke – Hasan Piker* ("*The Nuke*").[6] In *The Nuke*, Ethan expresses his repeated condemnation of Israel's treatment of Palestinians. *The Nuke* 0:17:06-18:01. This emphasizes that you knew Ethan did not support genocide in Gaza, but still labeled him being one. Additionally, Ethan condemned the genocide in Gaza on numerous occasions prior to *The Nuke* [7] Your desire to falsely paint Ethan as supporting genocide in Gaza is emphasized by the end of the First Defamatory Video, where you state:

> I think many of you can probably also help out with that most of you have smartphones and cameras and TikTok. So, go ahead, start posting about it. Spread the work. Aside from being a morally good thing to do, it's also becoming sustainable, you know. It's algorithmically viable. The Ethan Klein crash out industrial complex is booming.

First Defamation Video at 1:00:36-1:0056.

This statement demonstrates that you intended to – not just have third parties spread defamatory statements about Ethan – but profit from those defamatory statements. You proved this point yourself. When your video entitled *Manufacturing Consent for Genocide* failed to receive many views (particularly in comparison to the First Defamatory Video), you made the Second Defamatory Video to further profit from your defamatory statements about Ethan.

**The Second Defamatory Statement and the Fifth Defamatory Statement**

For the Second Defamatory Statement, you did not disclose the factual basis for how Ethan engaged in "every type" of "manufactur[ed] consent" with one exception: your false assertion that Ethan spread the "Hamas mass rapes hoax" – which you expanded upon with the

---

[6] h3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*: https://youtu.be/ZSUDHx-1_ww?si=aVDdZReXFZ9Ha8qp

[7] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*: https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

Fifth Defamatory Statement (*i.e.* the false assertion that Ethan misrepresented the United Nations Report from the Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict (the "UN Report")).[8]

The mass rapes on October 7th were not a hoax. In your First Defamatory Video, you cite Paragraphs 84 and 86 from the UN Report. First Defamatory Video at 44:31. From the language you displayed in the Defamatory Video, it makes clear that there were mass rapes on October 7th.

> Overall, based on the totality of information gathered from ***multiple and independent sources at the different locations***, the are ***reasonable grounds to believe*** that conflict-related sexual violence occurred at ***several locations*** across the Gaza periphery, including in the form of ***rape and gang rape***, during the 7 October 2023 attacks. ***Credible circumstantial information,*** which may be indicative of some forms of sexual violence, including ***genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment,*** was also gathered.

UN Report, ¶ 84 (emphasis added); *see also Id.*, ¶ 85 ("With regards to the hostages, the mission team found ***clear and convincing information*** that ***some hostages*** taken to Gaza ***have been subjected to various forms of conflict-related violence and has reasonable grounds to believe that such violence is ongoing***.") (emphasis added).

Paragraph 86 of the UN Report does not support the assertion that Hamas did not engage in mass rapes on October 7th. As the plain language of Paragraph 86 states, the investigators could not determine the exact scope of the sexual violence because it would require a separate, more comprehensive investigation – not because there was no evidence.

> The mission team was unable to establish the ***prevalence*** of sexual violence and concludes that ***the overall magnitude, scope, and specific attribution of these violations <u>would require a fully-fledged investigation</u>***. ***A comprehensive investigation would enable the information base to be <u>expanded in locations</u> which the mission team was not able to visit and to <u>build the required trust with survivors/victims of conflict-related sexual violence who may be reluctant to come forward at this point</u>***.

UN Report, ¶ 86 (emphasis added).

---

[8] United Nations's Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict, "Mission Report: Official visit of the Office of the SRSG-SVC to Israel and the occupied West Bank 29 January – 14 February 2024" (March 4, 2024), *available at*: https://news.un.org/en/sites/news.un.org.en/files/atoms/files/Mission_report_of_SRSG_SVC_to_Israel-oWB_29Jan_14_feb_2024.pdf

Additionally, immediately after the Second Defamatory Statement, you cite materials that you claim support your assertion that "the same hoax that was used by the Western media, the US government and the Israeli government to justify genocide" The materials you cited, however, only discuss conflict related sexual violence in general (and not just October 7th) and did not discuss Israel's actions in Gaza whatsoever.[9]

By misrepresenting the factual basis of the Second Defamatory Statement – particularly after reviewing the UN Report yourself, you knew the Second Defamatory Statement was false.

**<u>Third Defamatory Statement</u>**

Despite making the factual assertion that Ethan spread "overt misinformation" and "straight up lies" about Hezbollah, you do not identify a single piece of misinformation or falsehood Ethan made about the organization. Indeed, you do not address – let alone refute – the assertions made in *The Nuke* that: (1) Hezbollah engaged in terrorism resulting in the deaths of thousands of civilians; (2) Hezbollah orchestrated the assassination of Lebanese Prime Minister Rafik Al-Hariri; (3) Hezbollah hijacked airplanes; (4) Hezbollah fired 15,000 rockets in civilian areas; (5) Hezbollah intervened in the Syrian Civil War to aid the dictator Bashar Al-Assad, which resulted in deaths of hundreds of thousands of civilians; (6) Hezbollah's leader, Hassan Nasrallah, made numerous antisemitic and genocidal statements against Jews; (7) Hezbollah initiated the most recent round of fighting on October 8th, not Israel, which resulted in 100 Israelis killed and over 200,000 displaced. *The Nuke* at 0:55:44-1:01:43.

As to the Houthis, you do not claim Ethan lied or spread misinformation about the Houthis: (1) recruiting child soldiers; (2) shelling civilians; (3) blocking aid to civilians; (4) ruining agricultural land with mines; (5) oppressing women and members of the LGBTQ community; (6) torturing and killing women; (7) performing Nazi salutes; (8) flag states "Death to Israel" and "Curse Upon the Jews; (9) captured the *Galaxy Leader* in international waters, not Yemini waters and the ship was not destined to or traveling from Israel; and (10) took the crew of the *Galaxy Leader* (who were not Israeli) hostage. *The Nuke* at 0:30:40-55:33.

Instead, you focus solely on Ethan's assertion that the Houthis engage in slavery. You do not, however, proffer facts refuting this assertion. Rather, you attempt to impeach the credibility of the sources relied upon by Ethan. For example, you attack the article entitled "Exclusive – Houthis Restore Slavery in Yemen" from *Asharq Al-Awsat* English Version.[10] The article itself refers to receiving information from: (1) "[s]ources close to the group"; (2) "[s]everal local

---

[9] *See* The White House, "FACT SHEET: The Biden-Harris Administration's Actions to Address Conflict-Related Sexual Violence" (June 17, 2024), *available at*: https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2024/06/17/fact-sheet-the-biden-harris-administrations-actions-to-address-conflict-related-sexual-violence/; Screams Before Silence, *Screams Before Silence – White House Screening* (June 20, 2024), *available at*: https://youtu.be/Sr0KoYCYCI0?si=WC9FMj4N8ZNqfMIX

[10] Ashraq Al-Awsat, "Exclusive – Houthis Restore Slavery in Yemen" (July 13, 2019), *available at*: https://english.aawsat.com/home/article/1810456/exclusive-houthis-restore-slavery-yemen.

reports"; (3) "Yemini activists"; (4) a "member of the lawyers syndicate in Yemen"; and (5) a "civilian, who works for a pro-Houthi tribal leader in Saada." Other than your blithe assertion that the article contains "baseless claims" from "Saudi state propaganda outlets," you cite no evidence refuting the substance of the article or the sources it relied upon.

The United States' State Department cited the aforementioned article in its "2022 Country Reports on Human Rights Practices: Yemen": "The newspaper *Asharq al-Awsat* reported in 2019 that prominent Houthis held more than 1,800 citizens as slaves and servants who worked in their residences and places of work."[11] While you many not consider the State Department trustworthy, it is highly unlikely a judge or jury will share opinion – particularly based on nothing more than blithe assertions.[12]

Further, it is evident you did not watch the *Al-Jazeera World* documentary *Slavery in Yemen*.[13] The documentary focused on Yemen's overall culture of slavery and the deposed government's "denials" of its existence. Moreover, it is highly misleading to claim it was issued before the Houthi takeover of Yemen, since the Houthis controlled parts of Yemen as early as March 2011 with the Battle of Saada.[14] Further, the *Al-Jazeera* documentary was released on September 10, 2014 – *i.e.*, six days before the Battle of Sanaa and eleven days before the Houthi's prevailed on September 21, 2014.

Your blithe factual assertions that Ethan misrepresented information about Hezbollah and the Houthis – particularly after you watched *The Nuke* – along with failing disclose or misrepresenting the factual basis for the Third Defamatory Statement demonstrates you knew it was false.

---

[11] U.S. Department of State, "2022 Country Reports on Human Rights Practices: Yemen," p. 47 *available at*: https://www.state.gov/wp-content/uploads/2023/03/415610_YEMEN-2022-HUMAN-RIGHTS-REPORT.pdf

[12] There are additional sources evidencing the Houthi's engaging in human trafficking. In 2023, an independent Yemini human rights organization, Mwatana, found that the Houthis forcibly recruited African migrants and deployed them to the front lines of conflict zones and refused to pay them. Mwatana for Human Rights, Transit from Hell (December 2023), *available at*: 65a7c50c0bd846bbcd91e5b7_Transit in Hell - En_.pdf. Further, *The Independent* published an article reporting on the Houthis engaging in sex trafficking, supported by statements from Yemini victims, lawyers and human rights activists. Charlene Rodrigues, *The Independent*, "'It's for the service of the homeland': The Houthis' sexual violence and prostitution rings in Yemen" (July 12, 2021), *available at*: https://www.independent.co.uk/independentpremium/houthis-yemen-prostitution-violance-rape-b1878927.html

[13] Ashraf Mashharawi, Al-Jazeera World, *Slavery in Yemen* (Sept. 10, 2014), *available at*: https://www.aljazeera.com/program/al-jazeera-world/2014/9/10/slavery-in-yemen/

[14] Wikipedia, "Battle of Saada" *available at*: https://en.wikipedia.org/wiki/Battle_of_Saada; Wikipedia, "Houthi Insurgency: 2011 Yemini Revolution"), *available at*: https://en.wikipedia.org/wiki/Houthi_insurgency#2011_Yemeni_Revolution.

<u>**The Fourth Defamatory Statement**</u>

For the Fourth Defamatory Statement, you do not identify: (1) what Ethan said that denied the Nakba; (2) how those points were debunked; and (3) how these talking points legitimize Israeli colonization. Instead, you show a screenshot of Bad Empanada's video, entitled *Nakba Denier, Expulsion Liar: 'Content Nuke' Destroyed #6*[15] (the "Bad Empanada Video") with the text "debunked here by BadEmpanada."

You are well aware that Bad Empanada has exhibited tremendous bias against Ethan and is known for spreading misinformation and antisemitism. The Bad Empanada Video exemplifies this point. The Bad Empanada Video begins with him claiming claiming: "Ethan Klein attempts to justify the Israeli settler-colonial state by glossing over The Nakba." Bad Empanada Video, at 0:00:06-13. This is completely false and Bad Empanada fails to show any clip from *The Nuke* supporting this assertion. Rather, in the clip cited by Bad Empanada, Ethan discusses: (1) that Jews would not feel safe as an ethnic minority; (2) Israel is comprised of refugees from Europe and Arab countries; (3) following the 1948 War, there were more Jews displaced than Palestinians during The Nakba; and (4) there are hardly any Jews left in Arab countries. Bad Empanada Video at 0:31-1:40.

None of this denies the Nakba or downplays it. Rather, it is a fact that "approximately 900,000 Jews migrated, fled, or were expelled from Muslim-majority countries throughout Africa and Asia, primarily as a consequence of the establishment of the State of Israel"[16] and The Nakba "turned 700,000 Palestinians into refugees" – which was "mainly caused by Israeli arms."[17]

Next, Bad Empanada attempts to "debunk" the exodus of Jews from Morocco by arguing: (1) Morocco was still a French Colonial possession after the 1948 war; and (2) the Jewish Agency struck an agreement with the French governor to force Moroccan Jews to immigrate. Bad Empanada Video at 1:41-2:44.

This is a gross misrepresentation of what occurred. In June 1948, "riots against Jews

---

[15] BadEmpanada Live, *Ethan Klein DENIES Nakba, LIES About Jewish Expulsions – 'Content Nuke Destroyed #6* (Feb. 12, 2025), *available at*: https://youtu.be/T4EIQqvSmuo?si=PodQarYG1Gg5-Orf

[16] Wikipedia, "Jewish exodus from the Muslim world," *available at*: https://en.wikipedia.org/wiki/Jewish_exodus_from_the_Muslim_world *see also* Maurice Roumani, *The Case of the Jews from Arab Countries: A Neglected Issue* ("Roumani"), pp. 15-16 (Fllowing the 1948 Arab-Israeli war, over 800,000 Jews in the Arab and Muslim world fled their homes after a dramatic rise in antisemitic violence and persecution); Malka Hille Schulewitz, *The Forgotten Millions*, p. 133 ("Some 600,000 Jews fled Arab countries for Israel, while a further 260,000 found refute in Europe and the Americas.")

[17] United Nations, "UN marks 75 years since displacement of 700,000 Palestinians" (May 15, 2023), *available at*: https://news.un.org/en/story/2023/05/1136662 Benny Morris, *Righteous Victims*, p. 685.

broke out in Oujda and Jerada" – which were "two towns, located near the border with Algeria." These two towns "were departure points for Moroccan Jews seeking to reach Israel" when they were "not permitted to do so from within Morocco." In "the eyes of many Moroccans, [the Jews] would join the ranks of enemy combatants against the Arab armies."[18] It took French authorities three hours to intervene in Oujda and Jerada.[19] Within that time, five jews in Oujda were killed, thirty seriously injured and shows and homes looted. In Jerada (where the Jewish population was only one hundred), thirty-nine Jews were killed and thirty severely wounded.[20]

Due to the riots in Oujda and Jerada, 28,000 Moroccan Jews left for Israel between 1948-1951.[21] From 1955-1957 (*i.e.*, immediately before and after Moroccan independence in 1956) 70,000 Moroccan Jews left from 1955-1957 due to hostility from Arab nationalism.[22] After Moroccan independence, an additional 130,000 Moroccan Jews left for Israel.[23]

Further, Bad Empanada misrepresents the article cited in his video (which also misrepresents the contents of its citing source). Bad Empanada claims that the Jewish agency "struck and agreement with the French governor of Morocco to force Moroccan Jews to emigrate." Bad Empanada Video, at 2:02-2:2:18. The actual article states that "the Jewish agency had to strike an agreement with the French governor of Morocco to bring about the emigration of Moroccan Jews."[24] Further, the source cited in the article, Tom Segev's book *1949: The First Israelis*, does not support either assertion. Rather, Segev was referring to observations of a Jewish Agency emissary of Moroccan Jews who were located in transit camps in Marseilles, France in July 1949 – *i.e.*, after leaving Morocco due to the riots in Oujda and Jerada and hostility from the rise of Arab nationalism. The emissary observed Moroccan Jews expressing "reluctance to go to Israel" due to hearing about "the hardships of settling in Israel."[25] While some Moroccan Jews opted to return to Morocco, the emissary also noted that others decided to remain in Marseilles and would wait "until the housing situation in Israel improve[d]."[26]

---

[18] Wikipedia, "Migration of Moroccan Jews to Israel" *available at*: https://en.wikipedia.org/wiki/Migration_of_Moroccan_Jews_to_Israel; Wikipedia, "Operation Yachin" *available at*: https://en.wikipedia.org/wiki/Operation_Yachin.

[19] Roumani, p. 19.

[20] Lyn Julius, *Uprooted* ("Julius"), p. 60.

[21] Israel Central Bureau of Statistics, "Immigrants, by Period of Immigration, Country of Birth and Last Country of Residence" ("Israel CBS Report") (2009), p. 237, *available at*: https://web.archive.org/web/20110811092357/http://www1.cbs.gov.il/shnaton60/st04_04.pdf; MoroccanJews.org, "Data on Immigration to Israel from Morocco," *available at*: https://moroccanjews.org/home/jewish-emigration-from-morocco/data-on-immigration-to-israel-from-morocco/

[22] Roumani, p. 19.

[23] Israel CBS Report, p. 237.

[24] Joseph Massad, *MiddleEastEye*, "The Truth behind Israeli propaganda on the 'expulsion' of Arab Jews" (Dec. 15, 2020), *available at*: https://www.middleeasteye.net/big-story/truth-behind-israeli-propaganda-expulsion-arab-jews

[25] Tom Segev, *1949: The First Israelis* ("Segev"), p. 167; *see also* Roumani, 51-52.

[26] Segev, p. 328 fn. 63.

Bad Empanada goes on to attempt to "debunk" the exodus of Jews from Algeria by arguing: (1) the Cremieux Decree granted Algerian Jews French citizenship and Algerian Jews oppressed Algerian Christians and Muslims as a result; and (2) once Algeria achieved independence, it gave an ultimatum to all French citizens (not just the Jews) to renounce their citizenship or leave the country. Bad Empanada Video at 2:45-4:02

Once again, this is highly misleading. Algeria never offered Jews citizenship after independence; rather the government harassed the Jewish community and deprived Jews of their economic rights.[27] Indeed, the Algerian National Code of 1963 only afforded citizenship to inhabitants who had at least two Algerian-born ascendants on their father's side that were Muslim. The law was recodified in Article 32 of Algeria's Nationality Code in December 1970.[28]

Bad Empanada also ignores the major contributing factors to Algerian Jews emigrating from Algeria. One major factor was the 1934 Pogrom of Constantine, which resulted in twenty-five dead, dozens injured and several homes and shops looted.[29] Another is the FLN targeting Jews and Jewish institutes on approximately ninety separate occasions from 1956-1958 during the Algerian War of Independence (despite some Jews joining and supporting the FLN).[30] After the Six-Day War, the remaining Jews in Algeria suffered additional antisemitic riots – which contributed to the remaining Algerian Jews to leave.[31]

Additionally, it is ahistorical to claim only Algerian Jews (and not Algerian Muslims) were granted French citizenship by the 1870 Cremieux Decree. Algerian Muslims were offered French citizenship but reject it on the grounds they would be subjected to French civil law.[32] Algerian Jews accepted French citizenship – in large part – due to the massacre of Jews in Algiers in 1805, 1815 and 1830.[33] Moreover, to describe Algerian Jews as "oppressors" that

---

[27] Jewish Virtual Library, "Jews of Algeria," *available at*: https://www.jewishvirtuallibrary.org/jews-of-algeria; The Asylumist: Asylum and its Discontents in the United States, "Remembering Algeria's Jewish Refugees – 50 Years Later"; Wikipedia, "National Liberation Front (Algeria): Relationship with Jewish Algerians," *available at*: https://en.wikipedia.org/wiki/National_Liberation_Front_(Algeria)#Relationship_with_Jewish_Algerians

[28] Ya'akov Meron, *The Forgotten Millions*, p. 93; UNHCR, Alegria: Nationality Code (2005), *available at*: https://www.refworld.org/legal/legislation/natlegbod/2005/fr/121663.

[29] Wikipedia, "History of Algerian Jews: After WWII" *available at*: https://en.wikipedia.org/wiki/History_of_the_Jews_in_Algeria#After_WWII; Wikipedia, "1934 Constantine riots," *available at*: https://en.wikipedia.org/wiki/1934_Constantine_riots.; Roumani,, p. 50.

[30] Johannes Heuman, *The silent disappearance of Jews from Algeria*, *available at* https://www.tandfonline.com/doi/full/10.1080/14725886.2022.2027211; Roumani, p. 20.

[31] Roumani, p. 53.

[32] Anver Ofrath, "*We Shall Become French": Reconsidering Algerian Jews' Citizenship*, *available at*: https://academic.oup.com/fh/article/35/2/243/6299901

[33] Roumani, p. 45.

collaborated with the French ignores: (1) the rampant antisemitism in mainland France – *e.g.*, the Dreyfus Affair; (2) French authorities failed to prevent the 1934 Pogrom of Constantine; (3) Algerian Jews lost citizenship in 1940 and were barred from working in public service.[34]

Finally, Bad Empanada attempts to "debunk" the exodus of Jews from Iraq by arguing: (1) Iraq desperately tried to keep its Jews and passed laws preventing them from leaving; and (2) that Zionists committed terrorist attacks to poison relations between Iraqi Arabs and Jews, motivate the Jews to leave and pressure the Iraqi government to rescind the ban. Bad Empanada Video at 4:03-5:00

These assertions are ahistorical. The bombing campaign Bad Empanada is referring to occurred from April 1950 through June 1951. In March 1950 (*i.e.*, before the bombings), the Iraqi government authorized the emigration of Iraqi Jews to Israel on condition they relinquish their Iraqi citizenship – which would result in dispossession of all their property to the state.[35]

Moreover, the responsibility for the bombings is hotly contested. Two Zionist activists were convicted of the bombings. The sole evidence against them was a confession from only one of the activists – which  was extracted under torture. Further, the claim that Zionists were responsible for the emigration of Iraqi Jews fails to withstand scrutiny. Many of the bombings occurred **after** the law permitting Jews to leave the country had expired. If the bombing campaign were part of a Zionist effort to expedite Jewish migration, it is extremely odd that these bombings would be carried out when only 5,000 Iraqi Jews remained in Iraq (out of an original 125,000). [36]

More insidious, Bad Empanada ignores key events prior to April 1950 regarding the spread of antisemitism in Iraq in the 20th century. Beginning in the 1930s, the situation for Iraqi Jews deteriorated for two major reasons: "the ongoing conflict in the Palestinian Mandate and the introduction of Nazi propaganda." By 1934 (barely 2 years after Iraqi independence), Jews were being fired from positions in the Iraqi Ministries of Economics and Communications and quotas were imposed for Jews for civil service positions, secondary schools and colleges. Beginning in 1936 (following Iraq's first military coup), physical attacks on Baghdadi Jews became increasingly frequent.[37] In 1938, Iraq made "Zionist activity" a crime. The testimony of two Muslims was sufficient to convict any Jew. The result was arbitrary enforcement of the law – such as possessing a Biblical map of the Holy Land. The law was also used as a method to extort Iraq's most prominent Jews. The most notable example was Shafiq Ades – who was fined and

---

[34] Julius, p. 68; Roumani, p. 50.

[35] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq; Wikipedia, "1950-1951 Baghdad bombings," *available at*: https://en.wikipedia.org/wiki/1950%E2%80%931951_Baghdad_bombings

[36] Moshe Gat, *The Jewish Exodus from Iraq, 1948-1951* ("Gat"), pp. 173, 178-180, 184-185 (PDF Version).

[37] Roumani, p. 49.

hanged on the baseless charge of sending military equipment to Israel.[38] On April 1, 1941, the pro-Nazi and fascist politician, Rashid Ali al-Quilani, successfully led another coup – which was encouraged by the Palestinian leader and Nazi propogandist, The Grand Mufti Hajj Amin al-Husseini.[39] Even though al-Quilani's rule was short lived, he played an instrumental role in spreading Nazi ideology, which led to the *Farhud* on June 1-2, 1941 (*i.e.*, a month after the coup was toppled on May 2, 1941). The *Farhud* was a pogrom of Baghdadi Jews resulting in more than 180 Jews killed, looting of Jewish businesses and destruction of Jewish homes.[40]

Prior to the partition vote in November 1947, Iraqi Jews were being lynched, their homes ransacked, they were ethnically cleansed from Fallujah and forced to pay extortion money. After partition, the situation grew even worse. Iraqi Jews were stripped of due process, prohibited from using banks, trains, the post office, telegraphs, securing import and export licenses and all Jewish workers in the government were fired.[41] In 1950 (mere days after the law prohibiting Jewish emigration was passed in March), members of the anti-Jewish Istiqlal party attacked locations where Jewish belonging were sold.[42] The few Jews that remained after 1951 were treated as a fifth column and would become scapegoats for future Arab military defeats against Israel. After the Six Day War, nine Iraqi Jews were hanged in Baghdad and one in Basra (my granduncle) on false charges of being Israeli spies after being convicted by a three-man Ba'athist tribunal.[43]

---

[38] Roumani, p. 52; Gat, pp. 27-28.

[39] Wikipedia, "1941 Iraqi coup d'etat," *available at*: https://en.wikipedia.org/wiki/1941_Iraqi_coup_d%27%C3%A9tat; Wikipedia, "Rashid Ali al-Gaylani," *available at*: https://en.wikipedia.org/wiki/Rashid_Ali_al-Gaylani; World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi Germany?* (Jan. 30, 2025), *available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini.

[40] Gat, pp. 10-11; Wikipedia, "Farhud," *available at*: https://en.wikipedia.org/wiki/Farhud;

[41] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq;

[42] Gat, pp. 192-193.

[43] Foreign Relations of the United States, 1969-1976, Volume E-4, Documents on Iran and Iraq, 1969-1972, Document 251. Accessed: https://history.state.gov/historicaldocuments/frus1969-76ve04/d251#:~:text=On%20January%2027%2C%201969%2C%20fourteen,in%20Baghdad%2

Bad Empanada also misrepresents the facts of Iraq's prohibition against Jewish emigration to Israel. The ban on Jewish emigration from Iraq was initiated immediately after the passing of the UN Partition Resolution in 1947. From the end of November 1947, Jews were only allowed to leave the country under extraordinary circumstances (*e.g.*, severe illness) and were required to pay 2,000 Iraqi dinars to do so. After May 15, 1948, the ban was tightened to require permission from the Iraqi Minister of Defense and paying a deposit bond of 3,000 Iraqi dinars.[44] Further, Iraqi Jewish emigration to Israel was banned after the 1948 War because Iraq was concerned the population transfer would strengthen Israel – *i.e.*, the same reason why Morocco prohibited Jewish emigration to Israel.[45]

Bad Empanada also misrepresents the motivation for the Iraqi government in authorizing Iraqi Jews to emigrate to Israel. In January 1949, Nuri al-Said because Iraq's Prime Minister. He had drastic solutions for Iraq's "Jewish Problem." A month later, the British learned that al-Said was planning to expel the Jews from Iraq. The British Foreign Office negotiated a population exchange of 100,000 Iraqi Jews for an equivalent number of Palestinian refugees.[46] By early 1951 (when over 80,000 Iraqi Jews had registered to leave but were still in the country), it was apparent that many of the Iraqi Jews still located in Iraq would be stripped of their citizenship before they left. Rather than extend their citizenship until they could depart, al-Said threatened to forcibly expel them across the border or imprison them in concentration camps.[47]

All this demonstrates that the source you disclosed as the basis for the Fourth Defamatory Statement was false and transparently biased against Ethan. This demonstrates you made the Fourth Defamatory Statement with reckless disregard for the truth.

## The Sixth Defamatory Statement

You completely fail to disclose the factual basis for the Sixth Defamatory Statement – *i.e.*, that Ethan labeled Al-Hadad as a terrorist with zero credible evidence. *The Nuke* shows social media posts of Al-Hadad admitted to being a Houthi terrorist and echoed the Houthi's genocidal rhetoric. *The Nuke* at 47:43-49:05. Despite your knowledge of Al-Hadad's social media posts, you stated there was "zero credible evidence" that Al-Hadad was a Houthi without any supporting evidence or argument whatsoever. This demonstrates you knew the Sixth Defamatory Statement was false.

0as%20Israeli%20spies; Gourji C. Bekhor, *Fascinating Live and Sensational Death*, pp. 183-209.

[44] Gat, p. 26.

[45] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq; Gat, pp. 127-128.

[46] Gat, pp. 35-36.

[47] Gat, pp. 127-128; Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq

## Conclusion

Our Clients demand that you provide a retraction and correction of all the defamatory statements identified in this letter in compliance with California Civil Code Section 48a.

This letter does not constitute a complete statement of all of Our Clients' rights, contentions, legal theories or the facts in support thereof. Nothing stated herein is intended, nor shall it constitute, a waiver or relinquishment of any of Our Clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Rom Bar-Nissim