ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **JOINT DECLARATION OF ETHAN AND HILA KLEIN IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

**JOINT DECLARATION OF ETHAN AND HILA KLEIN**

We, Ethan and Hila Klein, do hereby state and declare as follow:

1.      We are both over the age of 18. We are the sole co-owners of plaintiff Ted Entertainment, Inc. ("TEI"). We have personal knowledge of the facts contained in this declaration and, if called and sworn as witnesses, we could and would competently testify thereto. Where matters are within both of our personal knowledge, we shall use the first person (*e.g.*, we, us, our). Where matters pertain to or are within the personal knowledge of one of us, we shall use the third-person (*i.e.*, Ethan for Ethan Klein and Hila for Hila Klein). We make this declaration in support of TEI's Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

**INTRODUCTION & AN APOLOGY**

2.      We apologize in advance for the length of this declaration. It is not our intention to burden the Court with unnecessary information, but the H3Snark Mods make numerous assertions against us that are false and misleading. Our greatest fear is that the Court takes these assertions at face value and signs off on this false narrative. Our objective with this declaration is to correct the record and provide critical context. To facilitate ease of use, we are providing headings and bookmarks for topics to assist the Court in identifying the exact information it requires.

3.      We wish to immediately address the most glaring omission from the Motion and the H3Snark Mods' declaration. The most frequent form of "criticism" made on H3Snark is that we advocate and participate in the genocide of Palestinians. Both of us are Jewish Israeli-Americans. Both before and after October 7th, we have condemned Israel's treatment of the Palestinians. We have also described Israel's War in Gaza as a genocide and donated to Palestinian relief charities. Since October 7th, we have suffered incessant abuse and harassment – fostered in large part by the H3Snark Mods – merely because we do not support political violence (*e.g.*, Hamas) and we believe in a two-state solution instead of the immediate eradication of Israel. We shall provide further details to support these assertions below.

**GOOD FAITH: CONDITIONS WE AGREE FOR THIS COURT TO IMPOSE ON US**

4.      The vast majority of the H3Snark Mods concerns are what we will publicly say

about them and what our audience shall do if we publicly disclose their identities. We have made multiple attempts to address the H3Snark Mods' concerns – which were apparently rejected.

5.     To demonstrate that TEI is pursuing its claims in good faith, we are repeating what we offered the H3Snark Mods and agree that, if the Court deems it appropriate, to incorporate any or all of the following conditions into the Court's order:.

a.     First, on August 19, 2025, we promised the H3Snark Mods that we shall only use their identities to pursue the claims of contributory infringement alleged against them in the following actions: (1) *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Saber Action"); (2) *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA) (the "Majed Action"); and (3) *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Caviness Action"). At this time, we have no intention of pursuing any other claims against the H3Snark Mods – whether in our personal capacities or for our entities (*i.e.*, TEI and Teddy Fresh, Inc.). If the Court denies the Motion and we discover we have additional claims against the H3Snark Mods, we are willing to make a *prima facie* showing that the claims are viable as a condition for such claims proceeding.

b.     Second, on August 28, 2025, we promised to not publicly reveal the H3Snark Mods' personal identifying information or publicly address them in their individual capacity. We made this offer on condition that the H3Snark Mods would reciprocate, as it would avoid a scenario where we would have to defend ourselves. If the Court denies the Motion, we promise we will not disclose any personal identifying information about the H3Snark Mods or address them in their individual capacities. We are willing to submit to contempt proceedings in the event of an alleged breach – with the prevailing party entitled to its attorneys' fees.

c.     Third, we are willing to publicly state to our audience and the public at large not to contact or harm the H3Snark Mods, their families, their employers or educational institutions whatsoever.

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

**PART I: RELEVANT BACKROUND**

6.     The objective of Part I of our declaration is to provide the essential background facts and context for TEI's opposition to the Motion in the most concise manner possible. Part II of our declaration is directed at addressing the assertions made against us by the H3Snark Mods.

**BACKGROUND OF TEI**

7.     We are the sole owners of TEI. While we both jointly run TEI, Ethan's official position is Chief Executive Officer of TEI and Hila's official position is Secretary of TEI. We co-host The H3 Show together. Additionally, TEI employs nearly a dozen people. We have a very close relationship with the employees of TEI and consider them family.

8.     TEI is a production company that produces online content, primarily on YouTube. TEI owns various YouTube channels, including: (1) h3h3Productions; (2) H3 Podcast; (3) Ethan Klein; (4) Hila Klein f/k/a Ethan and Hila; and (5) H3 Podcast Highlights. Currently, TEI is best known for producing the podcast The H3 Show f/k/a The H3 Podcast. Full episodes of The H3 Show are uploaded to the H3 Podcast YouTube channel. During the period when the events relevant to this dispute occurred, TEI released four live broadcasts of The H3 Show a week. Three of these episodes were available to the general public, but one was accessible only to paying members of the H3 Podcast YouTube channel. At that time, each podcast episode had a duration of approximately 3:30 hours. The H3 Show provides comedic – frequently bombastic – commentary on current events and public figures, primarily as it concerns the online community.

9.     The type of content posted onto the h3h3Productions channel is both similar and different to the type of content posted onto the H3 Podcast channel. Both the H3 Podcast and the h3h3Productions channel discusses current events and public figures – primarily as it concerns the online community – in a comedic and bombastic manner. The H3 Show – which is broadcast live – is much more freeform in structure, while content uploaded to the h3h3Productions channel is scripted, highly edited, and usually contains visual effects. Both of us work together on videos for the h3h3Productions channel. From June 2020 through January 2025, TEI did not upload content onto the h3h3Productions channel – focusing solely on The H3 Show.

10.     We are proud to have shaped and protected fair use law as applied to online

reaction videos. In 2016, we were sued (in our individual capacities) for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a video uploaded to the now Hila Klein YouTube channel called *The Big, The BOLD, The Beautiful* (the "Klein Video")[1] – which was a critical and humorous reaction to Matt Hoss' video *Bold Guy vs. Parkour Girl* (the "Hoss Video").[2] We prevailed on summary judgment and the district court published its decision as *Hosseinzadeh v. Klein*, 246 F.Supp.3d 34 (S.D.N.Y. 2017).

## OUR BACKGROUNDS

11.     We are high profile Jewish, Israeli-American online content creators. Hila was born in Israel, while Ethan was born in the United States. After we met in Israel nearly 20 years ago, Ethan decided to move to Israel to be with Hila. As a result, Ethan became a naturalized citizen of Israel. A large portion of Hila's immediate and extended family live in Israel.

12.     Shortly after turning 18, Hila was required to fulfill mandatory service in the Isreal Defense Forces ("IDF").[3] She served in the IDF from 2006-2008. Upon enlistment, Hila was assigned a non-combat role. As such, she only received one month of basic training. In contrast, combat roles require anywhere from four months to a year of basic training.

13.     Throughout her mandatory service in the IDF, Hila served as a secretary. Initially, she was assigned to work at an IDF office in Tel-Aviv where she would commute to work while living with her parents. Hila experienced great difficulty connecting with the other soldiers in her office and was at the age where she wanted to experience some independence from her family. As a result, she requested to be reassigned. When a request for reassignment is made, the soldier making the request is unable to select or provide any input on where they will be reassigned – except that a non-combat soldier will not be assigned a combat role.

14.     Hila was reassigned to be the secretary of the unit commander in the Duchifat battalion – which was based in Ramallah located in the West Bank. During the period in which

---
[1] The Klein Video is accessible here: https://youtu.be/CXUs5FOo-JE?si=Oq7QTJO_kD5UHo6H
[2] The Hoss Video is accessible here: https://youtu.be/Dj4XAYhF0ok?si=ljtU238TPmX6PVTo
[3] We apologize for having to go into such detail regarding Hila's mandatory service in the IDF. Misrepresentations about Hila's military service were pervasive on r/H3Snark. Explaining her military service helps contextualize how user's of r/H3Snark ruthlessly attacked her.

Hila served, the Duchifat battalion worked in coordination with the Palestinian Authority on security issues. Hila's duties included communications, scheduling and general administrative duties.

15.     On one occasion, Hila's unit commander offered her to ride along on a patrol. Since Hila had not receive combat training, she would have to do so in secret as she was not authorized to do so under the IDF's rules and guidelines. Hila thought the experience would help her better understand the on-ground realities for both residents of Ramallah and the Duchifat battalion faced regularly and provide insights that would help her perform her duties.

16.     Throughout the ride along, Hila remained in the armored vehicle. This was to ensure she would not get ensnared into a combat situation where she would be incapable of defending herself. On one occasion during the ride along, Hila was escorted by several troops to view the location of the arrest of militants and their weapons cache. This survey was extremely brief and Hila quickly returned to the armored vehicle.

17.     On November 11, 2017, Ethan interviewed Hila and asked, amongst other things, about her service in the IDF.[4] As a non-native English speaker who had recently moved to the United States, Hila sometimes struggled to convey her thoughts and properly express herself in English.[5] While her proficiency in English has increased tremendously over the past few years, she still has moments where she must translate words from Hebrew into English to express herself properly.

18.     Despite being repeatedly accused of supporting and participating in the genocide of Palestinians, we have both been very outspoken in our criticism of the State of Israel and our support for Palestinian self-determination – even before October 7th. Below are some noteworthy examples:

        a.      In the November 11, 2017 interview between Ethan and Hila, we had a

                nuanced conversation of the Israel Palestine conflict, including expressing our strong

[4] H3 Podcast, *H3 Podcast #38 – Hila Klein* (Nov. 11, 2017), *available at*: https://youtu.be/cTBnDJ77kr0?si=9e13E_Hap-2YlHwX&t=1117 (from 18:37-29:15).
[5] Hila's limitations with English at the time became a serious issue during *Hosseinzadeh v. Klein*. During the litigation, Matt Hoss noticed Hila's deposition. Our counsel was insistent that Hila be provided a translator because she was not comfortable answering questions in English – particularly under such a high pressure situation.

criticism of the Israeli government and IDF.[6]

b.     On December 8, 2020, Ethan conducted a conversation with his co-host at the time, Trisha Paytas, about the Israel-Palestine conflict. He explained why she should not be dismissive of the "Free Palestine" movement and helped her understand the Palestinian perspective of conflict – even referring to the situation as a "genocide" and "apartheid."[7]

c.     On May 15, 2021, Ethan made an Instagram post condemning Israel and Benyamin Natenyahu.[8] This occurred during the Unity Intifada that took place from May 10, 2021 through May 21, 2021.[9] The post was made specifically in response to the IDF destroying the al-Jalaa building – which housed Al-Jazeera and the Associated Press.[10] Below is a true and correct screenshot of Ethan's May 15, 2021 Instagram post – including Hila liking the post because of her agreement:

[6] H3 Podcast, *H3 Podcast #38 – Hila Klein* (Nov. 11, 2017), *available at*: https://youtu.be/cTBnDJ77kr0?si=fxYUFkjqkFgLgK3H&t=535 (from 8:55-18:37).
[7] H3 Podcast, *Trish Was Kidnapped at Gunpoint – Frenemies #12* (Dec. 8, 2020), *available at*: https://youtu.be/hBOsrbiA1XM?si=3Ghgyon3D_jzE0oV (from 19:05-23:55).
[8] https://www.instagram.com/p/CO6TiJ9jVZG/?igsh=MWthMWI5OTF6OXNuNA==
[9] Wikipedia, "2021 Israel-Palestine crisis," *available at*: https://en.wikipedia.org/wiki/2021_Israel%E2%80%93Palestine_crisis
[10] Wikipedia, "Destruction of the al-Jalaa building," *available at*: https://en.wikipedia.org/wiki/Destruction_of_the_al-Jalaa_building

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

19.     After October 7, 2023, we became even more vocal in our support for the Palestinian cause and condemning the actions of Israel. We spoke about the conflict in approximately 70 separate podcast episodes. Below are some notable examples:

a.      On October 12, 2023, Ethan conducted a near four-hour conversation about the conflict where he described Israel's actions against the Palestinians a "genocide," openly wept recalling the image of a Palestinian father holding his dead infant child and called Benyamin Netanyahu a "war criminal" amongst many other statements showing support and empathy for the Palestinian people.[11]

b.      On November 20, 2023, Ethan and the crew discussed their hope to see a ceasefire and the atrocities end in Gaza.[12]

c.      On November 25, 2024, Ethan had an hour and a half conversation with the Arab online content creator, LonerBox, about the history of the Israeli-Arab conflict.[13]

d.      On May 23, 2025, Ethan had an hour-long conversation with Palestinian activist and scholar Ahmed Fouad Al-Khatib about pragmatic solutions to the conflict.[14]

**SNARK SUBREDDITS & THE RISE OF r/H3SNARK**

20.     Snark subreddits are a relatively new genre of message boards on Reddit. There are numerous snark subreddits, but they tend to share common characteristics. First, they are usually focused on a single public figure. Second, people who frequent snark subreddits are compulsively obsessed with – not just with critiquing – but hating their target. They have received intense criticism in the media, being describe as "a form of cyberbullying," "invasive of their subject, often getting details wrong, and engaging in harassment".[15] The widow of the

[11] H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), *available at*: https://www.youtube.com/live/JFznOHunD_c?si=7SPyIcrko96VfxwL

[12] H3 Podcast, *Colleen Returns To YouTube, Pokimane Cookie Controversy – H3TV #99* (Nov. 20, 2023), *available at*: https://www.youtube.com/watch?v=npYrseihU8E&t=1700s (from 28:20-37:10)

[13] H3 Podcast, *I Haven't Been Well – H3 Show #85* (Nov. 25, 2024), *available at*: https://www.youtube.com/watch?v=Yg8EL-sNp68&t=8520s (from 2:22:00-3:15:06).

[14] H3 Podcast, *It's Time For Me To Listen… - H3 Show #151* (May 23, 2025), *available at*: https://www.youtube.com/watch?v=cjPQCcbc-WI&t=8790s (from 2:26:30-3:37:03)

[15] Wikipedia, "Snark subreddits," *available at*: https://en.wikipedia.org/wiki/Snark_subreddits

YouTuber Mikayla Raines blamed her snark subreddit for contributing to her suicide.[16]

21.     Users of snark subreddits (known as "snarkers") are "fallen fans" of the online content creator. Snarkers have a voracious appetite for "hate watching" the content of the creator they target. However, snarkers seek to consume pirated versions of said content to avoid supporting the creator with views to deprive them of advertising revenue and visibility of the content in the algorithm. Snarkers frequently refer to this as "ethical consumption."

22.     Prior to October 7th, Ethan hosted a political comedy podcast with the prominent leftist streamer, Hasan Piker ("Hasan"). After October 7th, friction grew between us and Hasan. While Ethan publicly stated Israel was committing a genocide in Gaza and condemned how Israel was conducting the war, we still advocated for a two-state solution and condemned political violence and terrorism. In contrast, Hasan justified political violence and terrorism and advocated for the immediate dismantling of the State of Israel – which we believed would also lead to genocide.[17] In the wake of the public schism with Hasan, supporters of Hasan and his perspective began to attack both of us, calling us genocide supporters and even participants. As individuals who are deeply committed to Palestinian dignity and self-determination, this accusation disturbed us to our core.

23.     r/H3Snark is message board for our "fallen fans." While r/H3Snark was established before October 7th, it grew tremendously in prominence after the public schism between us and Hasan and becamse the central location to attack us. The most frequently levied "criticism" we received on H3Snark was that we advocated the genocide of Palestinians and supported Israel's actions in Gaza. The posts were also used to target sponsors of TEI content by using misleading and edited clips to fuel fear and hatred.

---

[16] Ryan Hudgins, US, "Petition Aims to Take Down Reddit Snark Page About SaveAFox YouTuber After She Died by Suicide (June 26, 2025), *available at*: https://www.usmagazine.com/celebrity-news/news/petition-targets-reddit-snark-page-after-saveafoxs-mikayla-raines-suicide/

[17] H3 Podcast, Israel vs. Gaza – Leftovers #61 (Oct. 12, 2023), available at: https://www.youtube.com/live/JFznOHunD_c?si=7SPyIcrko96VfxwL; HasanAbi VODs, *HasanAbi November 9, 2023 – Israel Palestine, Debating Ethan H3H3 on Israel, 3rd GOP Debate* (Nov. 10, 2023), *available at*: https://www.youtube.com/watch?v=4y7v0ewLFOQ&t=5083s (from 1:24:43-4:57:40).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

## THE CREATION OF *CONTENT NUKE: HASAN PIKER*

24.     Beginning in mid-October 2024, we reached a breaking point. We repeatedly witnessed Hasan radicalizing people to – not be pro-Palestinian – but pro-terrorism. We were fed up with how r/H3Snark was repeatedly branded us as genocide supporters and participants, despite all the evidence to the contrary. As such, we decided to create a documentary that exposed how Hasan radicalizes individuals online to support terrorism against Jews and Israelis.

25.     *Content Nuke: Hasan Piker* ("*The Nuke*") was created over the course of several months. It utilized a combination of comedy, commentary, archival materials, visual effects, audio effects, montage and editing to lampoon and criticize Hasan and the platform that enables him, Twitch.[18] The duration of *The Nuke* was that of a feature length film, totaling 1:42 hours.

26.     It was always our intention for TEI to register *The Nuke* with the United States Copyright Office. It is our understanding that videos solely streamed over the Internet must be registered as unpublished works. To properly protect *The Nuke*, we knew we had to register it before its release. We strongly suspected that various streamers (particularly those on Twitch) would attempt to stream the entirety of *The Nuke* shortly or immediately after its release with insufficient commentary to justify such use. Indeed, the period of time immediately and shortly after a YouTube video is released is when it receives the greatest number of views.

27.     The deposit copy of *The Nuke* submitted to United States Copyright Office was a nearly identical to the version broadcast to the public. The only differences were: (1) we had to blur footage of Ansar Allah a/k/a The Houthis hijacking the *Galaxy Leader* and its crew; (2) we had to black out footage of Hamas releasing Israeli hostages from November 2023; (3) the inclusion of the conclusion; and (4) various minor visual changes.

28.     We marketed the release of *The Nuke* frequently before its release on January 31, 2025. We (particularly Ethan) discussed it frequently on The H3 Show and released many Instagram stories about its development. As a result, the public interest in the video was immense

---

[18] We have reviewed the H3Snark Mods' "analysis" of the original content contained in *The Nuke*. Dkt. No. 8, ¶¶ 136-144. This "analysis" is misleading in the extreme – which is immediately apparent to anyone watching *The Nuke*. Out of an abundance of caution, **Exhibit 69** is a true and correct copy of a top level analysis of the various original creative contributions throughout *The Nuke* that identifies the times and creative contribution.

1 – including on H3Snark – for which we were grateful.

2 **THE RELEASE OF** ***THE NUKE*** **AND** ***THE H3 SHOW #104: COUNTDOWN TO***

3 ***DOOMSDAY***

4       29.     Originally, *The Nuke* was set to be released on January 30, 2025. Due to a few

5 frames from Hamas' release of Israeli hostages in November 2023 still being visible, TEI did not

6 release *The Nuke* on January 30, 2025 – as the it would result in the video being age restricted,

7 which would limit the visibility and profitability of the video.

8       30.     On January 31, 2025 at around 12:24 p.m. PST, TEI began its live broadcast of

9 *The H3 Show #104: Countdown to Doomsday* (the "Countdown Episode") on the H3 Podcast

10 YouTube channel. The Countdown Episode – not only served to drum up interest the release of

11 *The Nuke* – it covered various other current events and public controversies. *The Nuke* would be

12 released immediately upon the completion of the Countdown Episode at 1:30 p.m. PST. At 1:30

13 p.m. PST, TEI released *The Nuke* on the h3h3Productions channel.

14       31.     Prior to their release, TEI did not authorize anyone to use the Countdown Episode

15 or *The Nuke* (collectively, the "Works") in any manner, except for YouTube itself. Further, TEI

16 never received a request from anyone to use the Works in any manner.

17       32.     YouTube videos are monetized through advertising revenue. Every few minutes,

18 YouTube plays advertisements over the video and the creator receives a share of the advertising

19 revenue. The more views a YouTube video receives, the more advertising revenue it receives.

20 Further, the more views a YouTube video receives, the more it gains traction in YouTube's

21 algorithm, which increases the visibility of video and resulting views. Additionally, searches for a

22 particular video on YouTube increases its traction in the algorithm as well. Finally, the greatest

23 demand for a YouTube video is immediately and shortly after its release. The Works were no

24 different.

25       33.     Defendant Alexandra Marwa Saber p/k/a ("Denims") hosted a "watch party" of:

26 (1) the Countdown Episode concurrently with its broadcast and nearly in its entirety; and (2) *The*

27 *Nuke* immediately after its release and in its entirety. Denims was not the only person to host a

28 "watch party" of *The Nuke* in its entirety immediately or minutes after its release. TEI is pursuing

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

claims against Morgan Kamal Majed p/k/a Frogan ("Frogan") and Kacey Caviness p/k/a Kaceytron ("Kaceytron") for hosting "watch parties" of *The Nuke* similar to Denims. The "watch parties" of Denims, Frogan and Kaceytron were promoted by the H3Snark Mods in various posts made on January 30, 2025 through January 31, 2025. Denims' "watch party," along with the "watch parties" of Frogan and Kaceytron, resulted in lost advertising revenue for the Works. As such, TEI has sued: (1) Denims for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Denims Action"); (2) Frogan for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565) (the "Frogan Action"); and (3) Kaceytron for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Kaceytron Action").

34.     After discovering Denims' "watch party" of the Countdown Episode, I requested that the Countdown Episode be registered with the United States Copyright Office.

**PART II: FACTS RELEVANT TO THE H3SNARK MODS CLAIMS AGAINST US**

35.     The H3Snark Mods make countless claims in their declarations and in their Motion against us. We recognize that, at first blush, they paint a grotesque and horrifying picture of us. Further, the sheer quantity of citations provides the impression that these claims are well sourced.

36.     Upon closer examination, however, the H3Snark Mods assertions are comprised of falsehood, gross misrepresentations and material omissions – much like the posts on r/H3Snark. For example, they will frequently cite their own posts, post by other subreddits or other content creators that frame and clip TEI's content is a misleading manner. The apparent reason is that, when viewed on its own and in context, TEI's content does not support their assertions or characterizations. When they do directly cite TEI's content, the timestamps provided are surgically made to omit material context that changes the entire meaning of the content.

37.     We have done our utmost to address as many of the H3Snark Mods assertions as

possible – but we could not address all. We have attempted to correct some of the most glaring, incendiary or egregious assertions – which are addressed below.

## WHAT THE H3SNARK MODS MEAN BY "CRITICISM" OF US

38.     The H3Snark Mods' testimony gives the impression that H3Snark was a place to make playful and lighthearted jokes about us and the H3 Show. *See e.g.*, Dkt. No. 8, ¶¶ 111, 169, 211-212, 220, 273). Nothing could be further from the truth. H3Snark became ground zero for accusing us and TEI employees of advocating and participating in Israel's genocide of the Palestinian people. If you search terms like "Palestine,"[19] "Israel,"[20] "Genocide,"[21] and "Zionist"[22] on H3Snark, there are countless posts and comments. As can be noted, only archival versions of some posts exist because many of the users who authored these posts deleted their accounts (including moderators).

a.     **"Ethan's legacy will be remembered as a supporter of genocide"** A post with 695 upvotes and 9 comments.[23]

b.     **"The truth behind Ethan's fears":** A post with 202 upvotes and 8 comments.[24] In the post, the author makes statements, such as: (1) Ethan seeks to "[a]ppease his airhead wife, Hila Klein, who broke the Geneva Conventions [*sic*] by willingly participating in a raid in the West Bank she had no business being apart [*sic*] of while she was in the IDF"; and (2) "What isn't valid or legit, however, is his propensity to use these fears [of antisemitism] as a shield to absolve the state of Israel and Israeli citizens (!!!) from the genocide they are currently committing against the Palestinian people."

c.     **"Zionism Megathread | H3 Podcast/H3 Show with Ethan and Hila**

---

[19] https://www.reddit.com/r/h3snark/search/?q=palestine&cId=ff150b08-dda5-41d4-a69d-50932d8ceadd&iId=1e0a89e4-b1c0-4f04-a718-022bcc1448f6
[20] https://www.reddit.com/r/h3snark/search/?q=israel&cId=56e002dd-eeda-46bd-a688-5540cfc43e39&iId=4e88431c-effe-4c16-aa3e-8d11e8c489fa
[21] https://www.reddit.com/r/h3snark/search/?q=genocide&cId=6f046415-97a3-4bc0-9e70-80dfa49b625b&iId=b8998327-221c-4a65-b210-e09928ad176f
[22] https://www.reddit.com/r/h3snark/search/?q=zionist&cId=47633c69-c10e-4bbc-9b3d-94406723e8d5&iId=83f40e75-4bf3-4a45-a161-391760d9e649
[23] https://www.reddit.com/r/h3snark/comments/1gr3w8y/ethans_legacy_will_be_remembered_as_a_supporter/
[24] https://www.reddit.com/r/h3snark/comments/1gb9wfe/the_truth_behind_ethans_fears/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

**Klein":** A post with over 1,400 upvotes and 121 comments that was authored by an H3Snark Mod that deleted their account.[25] In the post, the H3Snark Mod falsely states that Hila elected to have a "more combat-focused role" and "she volunteered to attend a raid of a Palestinian home, and the kidnapping of 'terrorists' in Palestine's city of Ramallah, which violated international peace treaties at the time" – amongst other false statements. In the post, the H3Snark Mods compiled a series of links to other H3Snark Posts that provide out of context clips that are framed misleading titles – instead of direct links to TEI content so that users could view things in context and form their own opinion.

    d.    **"I'm so sick of them pushing the narrative that Hila is just a 'shy' person":** The post had over 1,800 upvotes and 74 comments before being deleted.[26] The archival version contains a picture of Hila with a caption that is depicted below:[27]



[25] https://www.reddit.com/r/h3snark/comments/1dp10x0/zionism_megathread_h3_podcasth3_show_with_ethan/
[26] https://www.reddit.com/r/h3snark/comments/1gppf4j/im_so_sick_of_them_pushing_the_narrative_that/
[27] https://web.archive.org/web/20241116121241/https://www.reddit.com/r/h3snark/comments/1gppf4j/im_so_sick_of_them_pushing_the_narrative_that/

e. **"Proof of Ethan being a Zionist mega thread":** A post with 110 upvotes and 8 comments.[28] In the post, the author falsely stated Ethan was "defending Israel AND the IDF, ignoring the Palestinian genocide and acting so callously towards Palestinians, targeting Muslims online in unhinged Islamophobic rands and still having the audacity to cry anti-semitism when people call him out."

f. **"ethan and hila are zionists":** A post with 203 upvotes and 2 comments.[29] The title is followed by the false statement: "because they believe in a Jewish state in Israel which means Palestine should not exist" and "It has EVERYTHING to do with their political stance on Israel, which in turn signals their support of the genocide."

g. **"He's never beating the genocide apologist allegations":** A post with over 1,400 upvotes and 204 comments with the following screenshot:[30]



[28] https://www.reddit.com/r/h3snark/comments/1b4czw7/proof_of_ethan_being_a_zionist_mega_thread/
[29] https://www.reddit.com/r/h3snark/comments/1gj56s0/ethan_and_hila_are_zionists/
[30] https://www.reddit.com/r/h3snark/comments/1gm3dev/hes_never_beating_the_genocide_apologist/#lightbox

h.  **"What has been happening for the past year, every single day, as Ethan defends Zionism and the genocidal ethnostate committing these massacres"**: A post with 158 upvotes and 6 comments.[31]

i.  **"Its honestly so hypocritical of ethan to talk about 'white-washing' when he is doing that for a genocide":** A post with 266 upvotes.[32]

j.  **"Ethan does not support Palestine and is lying that he does"**: A post with 986 upvotes and 41 comments.[33]

k.  **"while Hila 'I deny that' Klein is donating to israeli artists & denying genocide, here's her brother Moses talking about the genocide. their glow up is so heartwarming"**: A post with 679 upvotes and 23 comments.[34]

l.  **"Imagine not apologizing profusely after denying a genocide"**: A post with 203 upvotes and 8 comments and is "specifically about Hila."[35]

m.  **"Ethan is weaponizing anti-communist misinformation and a genocide to own 'tankies' because they've been calling him out for his defense of Israel's genocide in Gaza":** A post with 210 upvotes and 4 comments. The post states: "Ethan Klein is trying to hide his own complicity in genocide by weaponizing another genocide and anti-communist misinformation to own 'tankies' who are calling him out for his genocide apologia and complicity." [36]

n.  **"when my Zionist bosses deny genocide":** A post with 517 upvotes and 43 comments.[37]

o.  **"Why Ethan & Hila Klein are not Pro-Palestine":** A post with 663

---

[31]https://www.reddit.com/r/h3snark/comments/1fhijj2/what_has_been_happening_for_the_past_year_every/
[32]https://www.reddit.com/r/h3snark/comments/1g5do2o/its_honestly_so_hypocritical_of_ethan_to_talk/
[33]https://www.reddit.com/r/h3snark/comments/1gibg54/ethan_does_not_support_palestine_and_is_lying/
[34]https://www.reddit.com/r/h3snark/comments/1dfto74/while_hila_i_deny_that_klein_is_donating_to/
[35]https://www.reddit.com/r/h3snark/comments/1b8d9wi/imagine_not_apologizing_profusely_after_denying_a/
[36]https://www.reddit.com/r/h3snark/comments/1fli62r/ethan_is_weaponizing_anticommunist_misinformation/
[37]https://www.reddit.com/r/h3snark/comments/1bb2e7i/when_my_zionist_bosses_deny_genocide/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

upvotes and 49 comments.[38]

39.     The H3Snark Mods claim that live chats were innocuous and they deleted them to protect user privacy. Dkt. No. 8, 114, 194, 291. This is misleading in the extreme. It is far more accurate to state that they were concealing vicious attacks against us and our employees. As the screenshots of the live chat demonstrate, both H3Snark Mods and users would attack: (1) Hila as be a participant in genocide because of her mandatory service in the IDF twenty years ago; (2) Ethan for his Tourette ticks and other immutable characteristics – which they regularly characterized as drug addiction or mental illness; (3) our Arab employees as being race traitors; and (4) our sponsors. A compilation of true and correct screenshots of the r/H3Snark live chat from early to mid-September 2024 is attached hereto and incorporated herein as **Exhibit 70**.

40. Some of the statements made in the r/H3Snark live chat are set forth below:

    a.  "Hila is a literal war criminal"

    b.  "'Mandatory service' I swear I read stories of people dodging"

    c.  "Ethan is acting like he did something special by picking up his mailed [*sic*] order terrorist bride"

    d.  "HE'S A BIG FAT PIG"

    e.  "all they taught hila in school was how to throw trash at brown people"

    f.  "She served her duty to her illegal colony"

    g.  "Hila doesn't believe Palestinians are human. I doubt Ethan does also."

    h.  "I want her to say she was just following orders so bad"

    i.  "Ethan has a locked box full of crew spines. Thats [*sic*] the only reason I can think of [to] excuse the wormy, spineless shit I am hearing."

    j.  "ya they are literally war criminals"

    k.  "She was born hating Palestinians so there's no way she ca[n] change"

    l.  "Hila might just be the most vile human in history"

    m.  "Ab needs to get off his knees" ("Ab" is a reference to TEI's Lebanese-American employee, Abdullah "AB" Ayad)

---

[38] https://www.reddit.com/r/h3snark/comments/1iayqbv/why_ethan_hila_klein_are_not_propalestine/

n. "Ab is UNFIXABLE"

o. "AB has brain damage I stg"

p. "If I were ABs Lebanese family I would be so disappointed in him"

q. "Zack is smelly like [a] we dog" (Zack is a reference to TEI's Jewish-American employee, Zach Louis)

r. "crew is so annoying and gross fuck them"

s. "Hila is a terrorist"

t. "oh fuck zach's annoying ass"

41. This is the type of "criticism" the H3Snark Mods claim requires a "safe space."

**THE "CRITICS" THE H3SNARK MODS CLAIM WE TARGETED AND THE NATURE OF THEIR "CRITICISM"**

42.     The H3Snark Mods make numerous assertions that we target our "critics." Rarely do they specify the nature of the criticism. Unsurprisingly, these "critics" also accuse us of advocating and participating in the genocide of Palestinians or other false claims.

43.     **Noah Samsen**: The H3Snark Mods claim Ethan threatened to sue Samsen for defamation for "critiquing his political views" and that both of us called critics "terrorists and terrorist supporters." Dkt. No. 8, ¶¶ 89, 174 (citing Fns. 81, 142).

a.     Samsen made a video entitled *The YouTubers Who Backed a Genocide* with the following screenshot prominently displaying Ethan:[39]



---

[39] Noah Samsen, *The YouTubers Who Backed a Genocide* (Mar. 11, 2025), *available at*: https://youtu.be/SsPCxoln6fQ?si=iIEeITGWKPtnEc1Z

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

1      b.      In the video, Samsen expressly misrepresents his sources or relies on

2      highly biased sources to claim various YouTubers support the genocide of the Palestinian

3      people. In one instance, Samsen cited a video where the YouTuber expressly stated he

4      was against the genocide occurring in Gaza. Our lawyer sent Samsen a highly detailed

5      letter explaining how the video was defamatory – which Ethan read on the podcast.[40] A

6      true and correct copy of the letter is attached to the Declaration of Rom Bar-Nissim as

7      Exhibit 68 and incorporated herein.

8            c.      Samsen openly admits to supporting terrorism and terrorist organizations

9      like Ansar Allah a/k/a the Houthis, Hamas and Hezbollah – frequently calling them

10     "resistance fighters" and attacking anyone who calls them terrorists.[41]

11     44.     **Anthony "Milhouse" Sargon**: The H3Snark Mods cite Sargon's "Do Not Worry

12     Podcast" as an example of us instructing our fans "comment on, or report content from his

13     enemies." Dkt. No. 8, ¶ 260 (citing fn. 227). In a now-deleted podcast episode, Sargon watched

14     footage of Israeli civilians screaming while fleeing from rocket attacks and stated: "The screams!

15     They are music to my ears!"[42] On February 7, 2025, we criticized Sargon for his reaction.[43]

16     45.     **North Star Radio a/k/a Comrade Casey**: The H3 Snark Mods cite North Star

17     Radio as an example of us doxing (*i.e.*, releasing non-public personal identifying information) our

18     [40] H3 Podcast, *Noah Samsen, Retract Or Lawyer Up – H3 Show #130* (April 2, 2025), *available at*: https://www.youtube.com/watch?v=H3ToWhPj4JE&t=730s (from 12:10-2:01:04).

19     [41] Noah Samsen, *The Genocide Supporting YouTubers Responded* (Mar. 25, 2025), *available at*: https://www.youtube.com/watch?v=hXJjFMATmaI&t=3385s (from 56:27-56:50); Noah Samsen,
       *The YouTubers Who Backed a Genocide* (Mar. 11, 2025),

20     https://youtu.be/SsPCxoln6fQ?si=1yZv6lSHQvj5u6nj&t=2453 (from 40:53-43:34); *Id. available at*: https://youtu.be/SsPCxoln6fQ?si=HxBShUDCNPZ52Cjw&t=3579 (from 59:39-59:52); Noah

21     Samsen, *UNRWA FUNDRAISER DAY 7* (May 23, 2025), *available at*:
       https://www.youtube.com/live/9DX5nlXXOsM?si=jY1xBL5d6qkK0So0&t=23957 (from

22     6:39:17-30); Noah Samsen, *UNRWA FUNDRAISER DAY 2* (May 18, 2025), *available at*:
       https://www.youtube.com/live/PB9hN4963xM?si=7JOjop4Z1ptki5L1 (from 4:04:59-4:05:12);

23     Noah Samsen, *Ethan Klein Lawsuit Response* (May 15, 2025), *available at*:
       https://youtu.be/YWSHZouzaIM?si=Ar_vHPbq7PLBuNqI&t=1212 (from 20:12-20:24); Noah

24     Samsen, *Israel's Sloptuber Army* (Aug. 11, 2025), *available at*:
       https://youtu.be/OO0YaLoSNPI?si=tLOI42qFQFWxiRjL&t=929 (from 15:29-15:47); Noah

25     Samsen, *Anti-Palestine TikTok* (Nov. 21, 2023), *available at*:
       https://youtu.be/zdlJqlzOGgU?si=VkrxNrUYxPg5slRk&t=1023 (from 17:03-17:24)

26     [42] Due to the original podcast episode being taken down, we are only able to provide a reupload
       of the clip in question. https://streamable.com/5kbpy6?src=player-page-share

27     [43] H3 Podcast, *Hasan Piker Is A Cowardly Liar – H3 Show #107* (Feb. 7, 2025), *available at*:
       https://www.youtube.com/live/IG6GG1x0M9o?t=7290s (from 2:01:30-2:18:39).

28

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

enemies and vilifying individuals who participated in r/H3Snark. Dkt. No. 8, ¶¶ 128, 260 (citing fns. 100, 111). In the video cited by the H3Snark Mods, Ethan reads a post connecting a Reddit user account with North Star Radio. Ethen then critiques North Star Radio for making posts attacking Ethan and his parents. For example one was entitled "Ethan is a scum bag genocide denier IDF simp israel defender. And don't try to tell me I only think that because he's jewish. I think that's because he's a genocide denier IDF simp israel defender".[44]

46.     **HasAnimated f/k/a Ethan's Basement**: The H3Snark Mods use "Ethan's Basement" as an example of threatening and doxing a critic over a thumbnail critical of Ethan. Dkt. No. 8, ¶¶ 90, 173 (citing Fns. 83-85, 137).

a.     "Ethan's Basement" used to reupload TEI's members-only content – *i.e.*, content accessible only to paying members of the H3 Podcast channel. "Ethan's Basement's" contribution to the reuploaded TEI members-only content was simple, primarily static animation with no commentary laid over the audio of the podcast.

b.     After receiving backlash from our paying members, we requested that "Ethan's Basement" stop reuploading this content – as it upset our paying members. "Ethan's Basement" did not take the loss of revenue well and soon started attacking us.

c.     The "thumbnail" in question was from June 7, 2025 and falsely depicted a doctored screenshot of Ethan stating: "Palestine doesn't have the right to exist." Below is a true and correct screenshot of the thumbnail.

---

[44] H3 Podcast, *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55* (Sept. 16, 2024),, *available at*: https://www.youtube.com/live/Ch3WcOM4gNs?si=LTlJ8mly8NQRJ9Rd&t=8819 (from 2:26:58-3:04:11). The original post that Ethan discusses and compiles North Star Radio's comments is available here: https://www.reddit.com/r/h3h3productions/comments/1fgzsfb/north_star_radio_the_person_who_made_the/



       d.      Ethan emailed Ethan's Basement after seeing the thumbnail and requested the caption be changed. In the email, Ethan expressly stated: "You can criticize me, but don't lie." A true and correct screenshot of Ethan's email is below:



JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

47. **@KweenInYellow**: KweenInYellow is an account on X. The H3Snark Mods cite KweenInYellow as an example of us threatening to dox "critics." Dkt. No. 8, ¶ 173 (citing footnote 137). KweenInYellow regularly supports the fraudulent call made to the Los Angeles County Department of Child and Family Services ("DCFS")[45] and DCFS taking our children.[46] He baselessly claims that we lied about skulls sent to our office in the wake of the DCFS investigation.[47] He also issued death threats to Ethan[48] and even our lawyer – calling him a "valid military target." Below are true and correct screenshot of both posts.



[45] The DCFS incident is discussed in greater detail in Paragraph 77 below.
[46] https://x.com/KweenInYellow/status/1926517781085725045; https://imgur.com/a/3dFKpow; https://imgur.com/a/ng5PgOM; https://imgur.com/a/6hNjUpQ; https://x.com/KweenInYellow/status/1920018983299756348; https://imgur.com/a/LNsx8Jj; https://x.com/KweenInYellow/status/1914413864331903314; https://imgur.com/a/FsxGJfT; https://imgur.com/a/FsxGJfT; https://x.com/KweenInYellow/status/1908417814727172451
[47] https://x.com/KweenInYellow/status/1926150987720401099; https://imgur.com/a/XADWXF3; https://imgur.com/rxgXnS9; https://imgur.com/a/LNsx8Jj
[48] https://imgur.com/E1LfL4V

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.



48.     **The "Friends' Detractors"**: The H3Snark Mods claim that Ethan posted the wedding photos of the family and friends of one of his "friends' detractors." Dkt. No. 8, ¶ 297 (citing footnote 253). Harley Morenstein is our good friend and a well-known Jewish-Canadian online content creator best known for the online show *Epic Meal Time*. While at a music festival, two individuals approached him to say "dirty fucking Jew," "all Jews are evil people" and that "Hitler was right and a good guy." Morenstein made a tweet identifying these individuals and what they said to him.[49] To support Morenstein, Ethan identified these individuals online and brought attention to the matter – much like what happened to individuals chanting "Jews will not replace us" in Charlottesville in 2017.

49.     **Matt Lieb:** The H3Snark Mods claim Lieb is an example of a "Jewish" creator who "who disagree with [Ethan] politically" and we attacked for contributing to r/H3Snark. Dkt. No. 8, ¶¶ 83, 232 (citing footnote 70 and screenshot on page 127). Lieb platformed George

---

[49] https://x.com/HarleyPlays/status/1951494313197617267

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Ganitis p/k/a Bad Empanada and praised his attacks on us.[50] Ganitis made countless videos attacking us and labeling us supporters and participants in the genocide of Palestinians.[51] He streamed himself playing the videogame *Fursun al-Aqsa* – a third person shooter where the player plays as a Hamas terrorist and is banned in most gaming stores[52] – while he pretended to hunt down Hila.[53] Ganitis was instrumental in disseminating the false assertion that our children were eating dog feces (amongst many other falsehoods) – which led to the fraudulent call to the DCFS investigating us for child abuse and neglect.[54] Ganitis has even taken credit for making the fraudulent phone call to DCFS and engaged in other acts of intimidation against us.[55] We criticized Lieb for platforming and praising Ganitis in the wake of the DCFS investigation.[56]

50. **Taylor Lorenz**: The H3Snark Mods cite Lorenz to assert we knowingly allowed her stalker to make comments on the r/h3h3productions subreddit. Dkt. No. 8, ¶ 173 (citing Fn. 135). This is completely false.

    a.    Prior to Lorenz' post, we had no idea that she even had a stalker – let alone the stalker was on the r/h3h3productions subreddit. It was the r/h3h3productions subreddit that came together to identify Lorenz' stalker to ban him.[57] Upon discovering the user's identity, we immediately banned the user.

    b.    Lorenz has a reputation for making false statements – the most notable of which led to the *Washington Post* terminating her. In that instance, she posted a selfie at a White House press conference with President Joe Biden in the background with the

---

[50] BadHasbara, *Bad Hasbara 75: My Twin Sister's House Burned Down, with Bad Empanada* https://www.youtube.com/watch?v=aR1JP_csqD4&t=6318s (from 1:45:18 to 1:45:43).
[51] *See* https://www.youtube.com/@BadEmpanada/search?query=klein; https://www.youtube.com/@BadEmpanadaLive/search?query=klein
[52] Wikipedia, "*Fursun al-Aqsa: The Knigths of the Al-Aqsa Mosque*", *available at*: https://en.wikipedia.org/wiki/Fursan_al-Aqsa:_The_Knights_of_the_Al-Aqsa_Mosque
[53] h3h3Productions, *I can't believe this happened* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=jFK5W5C1b6vAD_hW&t=847 (beginning at 14:07-15:26)
[54] *Id. available at*: https://youtu.be/L4f9FQmpMco?si=SCH0ouuXlzi29ESO&t=425 (beginning at 7:05-8:35, 15:27-17:29).
[55] h3h3Productions, *My Response To iDubbbz's Content Cop* (Apr. 2025), *available at*: https://youtu.be/bHlq4Nb93vQ?si=U18-nVIohNez2owo&t=458 (beginning at 7:38-8:46).
[56] H3 Podcast, *Bhad Bhabie vs. Alabama Barker Is Very Funny – H3 Show #122* (Mar. 14, 2025), *available at*: https://www.youtube.com/live/EeX_a0csMco?t=10230s (from 2:50:30-3:26:49).
[57] https://www.google.com/url?q=https://www.reddit.com/r/h3h3productions/comments/1liy3j0/does_anyone_know_who_this_stalker_of_taylor/&sa=D&source=docs&ust=1760226743740681&usg=AOvVaw2uXkmjMrPgJLfS0OQPxJx8

23

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

caption: "War Criminal."[58] As reported by NPR, she was terminated for "willfully misleading editors" by claiming she was not responsible for the post.[59]

    c.    Lorenz has also advocated political violence. After Luigi Mangioni killed UnitedHealthcare CEO, Brian Thompson, Lorenz made a series of posts on X endorsing the assassination and advocating the murder of other executives. After receiving backlash, she walked back her statements by claiming for the first time she was encouraging a "letter writing campaign."[60]

    51.    **Kat Tenbarge**: The H3Snark Mods cite Tenbarge's "article" on the copyright lawsuits TEI filed as evidence we incite harassment. Dkt. No. 8, ¶ 78 (citing footnote 66). Prior to being terminated by NBC News, Tenbarge was a journalist. After her termination, she transitioned to become an opinion blogger. The blog post cited by H3Snark Mods is clearly not intended as objective journalism.[61] Rather, it is intended to advance Tenbarge's narrative that TEI's lawsuits are misogynistic merely because it named three women as defendants. In response, we provided our opinion critiquing Tenbarge's blog post.[62] Like Lorenz, Tenbarge has a reputation for sacrificing honesty for ideology. She is currently being sued for defamation due to falsely stating an advocate of sexual assault survivors disclosed sealed court and police records on a victim when the documents were public. *See Nikolas v. Tenbarge* (E.D.N.Y. Case No. 1:25-cv-

---

[58] https://x.com/LevineJonathan/status/1823810086705488348

[59] David Folkenflik, NPR "'Washington Post' reviews star columnist Taylor Lorenz's 'war criminal' jab at Biden," (Aug. 15, 2024), *available at*: https://www.npr.org/2024/08/15/g-s1-17201/washington-post-taylor-lorenz-tech-columnist-biden

[60] Isaac Schoor, Mediaite "'We Want These Executives Dead': Taylor Lorenz Melts Down in Extended Celebration of UnitedHealthcare CEO's Murder" (Dec. 5, 2024), *available at*: https://www.msn.com/en-us/news/us/we-want-these-executives-dead-taylor-lorenz-melts-down-in-extended-celebration-of-unitedhealthcare-ceo-s-murder/ar-AA1vkCOF; Lindsay Kornick & Joesph A. Wulfsohn, Fox News "Former WaPo reporter says 'we want these executives dead' after murder of health insurance CEO" (Dec. 5, 2024), *available at*: https://www.foxnews.com/media/former-wapo-reporter-says-we-want-executives-dead-after-murder-health-insurance-ceo?msockid=0a8d1aac47cd6c79220a0cfb46236d1b; TMZ Staff, TMZ "JOURNALIST POSTS BLUE CROSS EXEC PIC Advocating For 'Peaceful Letter Writing Campaigns'" (Dec. 5, 2024), *available at*: https://www.tmz.com/2024/12/05/journalist-taylor-lorenz-posts-picture-blue-cross-ceo-after-unitedhealthcare-ceo-shooting/

[61] Kat Tenbarge, Spitfire News, "Ethan Klein's War on Women" (June 23, 2025) *available at*: https://spitfirenews.com/p/ethan-klein-lawsuits-kaceytron-frogan-denims

[62] H3 Podcast, *My Haters Are Trembling (Because I'm Back, Baby!) – H3 Show #163* (July 7, 2025), *available at*: https://www.youtube.com/watch?v=OvO4Q5Nc8wY&t=8595s (from 2:23:19-3:53:20)

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

05005).[63]

52. **Sam Seder**: The H3Snark Mods cite Seder as an example of Ethan "sp[inning] the criticism he receives, or criticism of Zionism and Israel." Dkt. No. 48 (citing footnote 71). The H3Snark Mods citation is to a comment by Seder during a discussion Ethan had with Seder and does not support this assertion whatsoever.[64]

    a. Frequently, Seder appeared surprised at how often he and Ethan agreed with each other – including Ethan describing Israel's conduct in Gaza as a genocide and condemning Benyamin Natanyahu.[65]

    b. The H3Snark Mods omit what precipitated the comments they cite from Seder. Ethan showed Seder a clip of Hasan stating: "Any kind of fucking Zionist tendencies should be treated in the same way as being a fucking rabid neo-Nazi. And you shouldn't even let someone be the local dog catcher – as Felix was posting – if they exhibited any sort of positive feelings on the State of Israel."

    c. In response, Seder attempted to reframe the discussion as conflating Zionism and Judaism. Despite this, Ethan calmly and respectfully engaged directly with Seder's perspective – who frequently interrupted Ethan.[66] This demonstrates Ethan's openness and willingness to directly engage in perspectives different to his own – which contradicts the H3Snark Mods' characterization.

53. **Joe Cooper**: The H3Snark Mods cite Cooper as an example of targeting someone who "criticized Hila's tattoo on Instagram." Dkt. No. 8, ¶¶ 88, 173, 297 (citing footnotes 78-80, 138-139, 253-). Below is a true and correct screenshot of the Instagram post:

[63] https://www.courtlistener.com/docket/71279427/nikolas-v-tenbarge/
[64] H3 Podcast, *Talking to Sam Seder – H3 Show #142* (April 30, 2025), *available at*: https://www.youtube.com/watch?v=YON4fx_vUZU&t=2860s (from 47:40-2:05:30).
[65] *Id.* https://www.youtube.com/live/YON4fx_vUZU?si=JA8ch6RwzkIwT64M&t=3402 (from 56:42-59:17)
[66] *Id.* https://www.youtube.com/live/YON4fx_vUZU?si=Bm5JB2tZMDr2n5Cr&t=4786 (from 1:19:46-1:29:30)

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.



       a.      The Star of David has been a widely recognized symbol of Judaism since the 14th century.[67] After posting a picture of the Jewish tattoo on Instagram, she received hateful and bizarre comments.[68]

       b.      Cooper left the comment: "Man. I remember being obsessed with you guys when you only had 15k subs on YouTube. Glad that's behind me. Enjoy hell." Ethan

---

[67] Britannica, "Star of David: Judaism," *available at*: https://www.britannica.com/topic/Star-of-David; Rabbi Shraga Simmons, Aish, "Star of David (Magen David): Origins & Meaning of the Jewish Star" *available at*: https://aish.com/star-of-david-3/

[68] H3 Podcast, *I Hired A Rabbi To Destroy My Yeezys – H3 Snow #116* (Feb. 28, 2025), *available at*: https://www.youtube.com/watch?v=VQiExvFz8h8&t=1780s (from 29:40-48:20).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

clicked on Cooper's Instagram profile and viewed his public pictures while critiquing

Cooper.[69]

       c.      None of the evidence cited by the H3Snark Mods supports the assertion

that our fans made a bomb threat, sent a minor threats of sexual assault or leaked intimate

photos. To the contrary, one of the H3Snark Mods own citations indicates that it was

likely a "publicity stunt."[70] Later, in the same thread, a screenshot from another Snark

page showed the claims of threats were a "joke."[71]

     54.    **Aubrey Smalls**: The H3Snark Mods cite Aubrey as an example of how "the

majority" of the H3 Podcast is devoted to the "harassment of others." Dkt. No. 8, ¶ 260 (citing

footnote 223). Aubrey is a little person who created a documentary advocating for little people.

On July 22, 2022, Aubrey posted on the r/h3h3productions subreddit requesting to appear on the

show to confront someone with phobia of little people and discuss dwarfism representation.[72] On

August 1, 2022, we broadcasted a prerecorded episode that fulfilled Aubrey's request.[73] After his

appearance, he sent us an email speaking very positively about the experience. Aubrey even made

a post on the r/h3h3productions subreddit that said: "Thank you to Ethan, the crew, and everyone

in chat for being so welcoming and respectful." In late December 2024 (when it became

fashionable to attack us), Aubrey claimed his appearance on the podcast was a "horrible

experience," claimed he was used as "a bit" and that we made fun of him. On January 6, 2025, we

addressed and debunked Aubrey's claims by sharing his correspondence and r/h3h3productions

subreddit post stating that it was a wonderful experience to correct the public record.[74]

     55.    **Mika's Rhetoric**: The H3Snark Mods cite Mika's Rhetoric as an example of our

fans attempting to get a critic of ours to quit YouTube for being critical of us and for citing

[69] *Id.* https://www.youtube.com/live/VQiExvFz8h8?si=C2x0E3T8jesZcl2c&t=2148 (from 35:48-38:19).

[70] Dkt. No. 8, fns. 139, 255 (citing https://x.com/Awk20000/status/1895766293967745287)

[71] https://x.com/awk20000/status/1895767297182294411?s=46

[72] https://www.reddit.com/r/h3h3productions/comments/w5n2xq/ethan_im_an_actor_with_dwarfism_im_currently/

[73] H3 Podcast, *Andrew Tate Nelk Podcast Disaster, Ethan's Dad Meets Jimmie Lee – H3TV #45* (Aug. 1, 2022), *available at*: https://www.youtube.com/live/C6jBBUEx6fQ?si=SiFxfL-5ew0v6do6&t=2981 (from 49:41-55:55 & 1:16:00-1:28:00).

[74] H3 Podcast, *Responding To The Haters That Waited For Me To Go On Break – H3 Show #96* (Jan. 6, 2025), *available at*: https://www.youtube.com/watch?v=0SWIbsrw5No&t=3919s (from 1:05:19-1:57:45)

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

H3Snark. Dkt. No. 8, ¶ 87 (citing Footnotes 75-77).

        a.      On December 11, 2024, Mika's Rhetoric made a video about us and TEI's employees.[75] Prior to this video, we were unaware of Mika's Rhetoric and never engaged with her content. On January 6, 2025, Ethan and the podcast crew critiqued Mika Rehetoric's video.[76]

        b.      The examples cited by the H3Snark Mods are from Mika's Rhetoric's original video from December 2024 – *i.e.*, before our reaction on January 6, 2025. Dkt. No. 8, ¶ 87 (citing fns. 75-77). It solely comprises of Mika's Rhetoric speculating on the response to her video – not anything that actually happened.

        c.      The H3Snark Mods fail to provide a single example of our fans responding to Mika's Rhetoric's video by trying to get her to quit YouTube.[77]

    56.    **r/FauxMoi:** The H3Snark Mods cite the subreddit r/FauxMoi as an example of another subreddit receiving similar "threats" from us. Dkt. No. 8, ¶ 67 (citing footnotes 58-61). r/FauxMoi describes itself as "cultural zeitgeist archivist."[78] Originally a gossip subreddit, it mutated into a snark community with a far-left bent that is repeatedly accused of bullying, group harassment and rewarding cruelty and derision.[79] A recent digital forensic investigation by the publication *Pirate Wires* revealed that r/FauxMoi is now controlled by "anti-Israel, anti-Western, Marxist" group of moderators.[80]

        a.      On February 17, 2025, Ethan reviewed several very recent posts from

---

[75] Mika's Rhetoric, *A Nuanced Conversation on H3 and Public Perception* (Dec. 11, 2024), *available at*: https://www.youtube.com/watch?v=9M64CmZfHwo

[76] H3 Podcast, *Responding To The Haters That Waited For Me To Go On Break – H3 Show #96* (Jan. 6, 2025), *available at*: https://www.youtube.com/live/0SWIbsrw5No?si=pMaDzt4IAWbPViLN&t=7065 (from 1:57:45-4:16:45).

[77] It is also helpful to understand what Ethan and the crew criticized in Mika Rhetoric's video. The critiques were: (1) Mika repeatedly engaged in false and unsubstantiated speculation about TEI employees; (2) when she did cite examples, they were from several years ago and nothing recent; (3) her failure to properly research her video; (4) her attempt to disclaim any antisemitism but engaging in antisemitism by lecturing us on what is and is not antisemitism; and (5) the poor execution of her video. *Id.*

[78] https://www.reddit.com/r/Fauxmoi/

[79] Nolan Vey, *Blaze* "Fauxmoi Reddit Explained | What It is, Why It's Loud, and How to Use It" (Sept. 30, 2025), *available at*: https://blazemagazine.co.uk/fauxmoi-reddit/.

[80] Ashley Rindsberg, Pirate Wires, "The Terrorist Propaganda to Reddit Pipeline" (Feb. 19, 2025), *available at*: https://www.piratewires.com/p/the-terrorist-propaganda-to-reddit-pipeline

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

r/FauxMoi, r/YouTubeDrama and r/ThereWasAnAttempt in the wake of us criticizing Hasan in *The Nuke*. All of the posts were from the preceding days – *i.e.*, February 7-15, 2025. The posts from r/FauxMoi that Ethan discussed are described below:

   i.    **"Comprehensive list of all of Ethan Klein's most controversial, outrageous and vile moments":**[81] The post was from February 15, 2025 and received over 6,000 upvotes and 228 comments. It contained a list attributing incendiary statements about us and solely cited: (1) r/H3Snark; (2) another snark subreddit r/h3h3_productions; or (3) clips uploaded by third parties. None of the links were to TEI content. This was intentional – as viewing any of the statements in context and without being framed beforehand would lead to materially different impression. This post was also reposted by r/H3Snark.[82]

   ii.   **"resurfaced video of ethan klein joking about 'a little girl being raped by big black man/blackzilla"**: This post has now been deleted. It concerned a series of our reaction videos from ten years ago criticizing the music producer, Patrice Wilson, who made music videos featuring highly sexualized preteen girls.[83]

   iii.  **"Hila and Ethan Klein practicing antisemitism in Israel":**[84] This post was from February 12, 2025 and received over 5,800 upvotes and 349 comments. It took clip from a ten-year-old video of one of our visits to Israel.[85] As Jewish individuals, we were offering an internal critique of the strict attire required by some ultra-Orthodox sects, a view shared by many secular, feminist and

[81] https://www.reddit.com/r/Fauxmoi/comments/1iqh43c/comprehensive_list_of_all_of_ethen_kleins_most/
[82] https://www.reddit.com/r/h3snark/comments/1iqtepn/comprehensive_list_of_all_of_ethan_kleins_most/
[83] h3h3hProductions, *Alison Gold - Chinese Food -- h3h3 reaction video* (Jan. 3, 2015), *available at:* https://youtu.be/ArEugWw5IQ8?si=ESCl8EO-Yev13IB5; h3h3Productions, *The Return of Patrice Wilson -- h3h3 reaction video* (Dec. 17, 2015), *available at*: https://youtu.be/lg2SfVD5cqk?si=Or7h1U0gyed5G-Kg; Hila Klein, *A Very Classy Music Video (GONE FOGLE)* (Mar. 11, 2016), *available at*: https://youtu.be/icFV7iTkH_Y?si=VnqJogTT_8hsRtMC
[84] https://www.reddit.com/r/Fauxmoi/comments/1inscq1/hila_and_ethan_klein_practicing_antisemitism_in/
[85] Hila Klein, *Jerusalem* (Mar. 15, 2015), *available at*: https://youtu.be/PxjxyDb8ufM?si=oSGL6LZ_LahEt0-3

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

modern Orthodox communities. Poking fun at ourselves does not compare to the clear Jew-hatred we identified in *The Nuke*. The post on r/FauxMoi attempted to minimize us pointing out this antisemitism by painting us as antisemitic. This is a tactic often used by non-Jews to dismiss criticism and police our speech.

iv.    **"Hila Klein, who is a big fan of Yoav Gallant and whose husband liberally uses the n-word, is stunned to learn an artist doesn't want to be associated with her company"**[86] This post is from February 11, 2025 and has over 4,900 upvotes and 426 comments. It contains numerous falsehoods and misleading statements. First, Hila never said she was a "big fan" of Yoav Gallant. Rather, after Benyamin Natenyahu fired him, Hila commented that he was a "good guy" because he wanted to end the war.[87] We tried to explain what she said and Hila publicly apologized for her word choice.[88] Second, Ethan does not use the n-word at all and has not done so for years. Rather, this is a common tactic used by Snark to use an isolated clip from 2017 and make it appear recent. In the clip, Ethan repeats that the interviewees' fans call themselves "N**** F*****"and Ethan has since publicly apologized for using the word.[89] Further, the artist who no longer wanted to work with Hila was a longtime friend whose art was in our home.[90] Finally, the post misleadingly claims Hila's statement about Yoav Gallant was the cause of the disassociation. Hila's statement about Gallant was made three months prior. If that statement was the cause, the disassociation would have happened when Hila made the statement.

v.    **"H3H3's Ethan and Hila Klein's nanny filed a lawsuit against**

[86] https://www.reddit.com/r/Fauxmoi/comments/1in7yk5/hila_klein_who_is_a_big_fan_of_yoav_gallant_and_/
[87] H3 Podcast, *Post Election Cope Stream – H3 Show #77* (Nov. 6, 2024), *available at*: https://www.youtube.com/live/8aBch1GPY08?si=V_BkhgCI2DvwJFyM&t=204 (from 3:24-3:55)
[88] Ethan Klein, *Hasan Piker Is A Weaselly Little Liar* (Nov. 8, 2024), *available at*: https://youtu.be/telKFaTvQqU?si=U2eUm4G8yK-TbLtq (from 0:00-5:12).
[89] h3h3Productions, *My Experience With The Police* (June 5, 2020), *available at*: https://youtu.be/nbHGAu9Kn_c?si=AhINzCTG6intGAkF&t=564 (from 9:24-9:55).
[90] H3 Podcast, *Dear Hasan Piker… - H3 Show #106* (Feb. 5, 2025), *available at*: https://www.youtube.com/watch?v=6KV16LWcnTY&t=4080s (from 1:08:00-1:16:00)

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

**them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery"**[91] This post is from February 7, 2025 and has over 4,600 upvotes and 279 comments. First, we first learned that our former housekeeper sued us because of this post – not because we were served or otherwise informed of the lawsuit. This highlights the obsessive nature of Snark subreddits – as they wanted to know facts about our personal lives before we knew it ourselves. Second, the allegation is completely false. We terminated our former housekeeper because she regularly body shamed our nanny, calling her "fat." We made multiple attempts to get her to stop – even bringing in human resources, but she persisted in creating a hostile work environment for our nanny.[92]

      b.     r/FauxMoi is an exponentially larger subreddit than r/H3Snark. While there was an occasional post about us on r/FauxMoi before February 2025, the number increased tremendously in February 2025. We realized that the increase in posts was because two moderators of Hasan's subreddit, r/Hasan_Piker, were moderators of r/FauxMoi.[93] Since *The Nuke* was released on January 31, 2025, the increase in posts on r/FauxMoi attacking us was likely in retaliation for *The Nuke*.

**ADDRESSING WHAT THE H3 SNARK MODS CLAIM WE SAID AND DID TO THEM**

      57.    **Important Definitions:** To begin, it may be helpful to provide our definitions for "Snark," and "Snark Brained" – particularly in the examples cited by the H3Snark Mods.

      a.     <u>Snark</u>: To us, "Snark" is a philosophy that believes demonizing us advances Palestinian liberation from Israel. It adopts the approach of: "No bad means, only bad targets." Since we are a viewed as "good targets," any and all means can be used to attack us. We do not use the term solely to refer to r/H3Snark. We also use the term to

---

[91] https://www.reddit.com/r/Fauxmoi/comments/1il0486/h3h3s_ethan_and_hila_kleins_nanny_filed_a_lawsuit/
[92] This lawsuit is discussed in greater detail in Paragraph 86.
[93] https://imgur.com/a/blueberry-is-part-of-fauxmoi-mod-team-quESMAe; https://imgur.com/a/sjQBWFz. As these images show, three moderators of r/Hasan_Piker were also moderators of r/ThereWasAnAttempt. Further, these images – along with the Pirate Wires' investigation – uncovered that u/BlueberryBubblyBuzz was a moderator of r/Hasan_Piker, r/FauxMoi and r/ThereWasAnAttempt. The cross-over is why we believed there was collusion between these subreddits. Dkt. No. 8, ¶¶ 68, 173.3 (citing fns. 167-168).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

refer to r/H3Snark's successor, r/LeftoversH3,[94] and other individuals who adopt this

mentality – as it is not just confined to those subreddits.

    b.    <u>Snark Brained</u>: The term "Snark Brained" is equivalent to saying someone

has "drunk the Kool-Aid" regarding Snark. It is to express the lack of critical thinking and

cultish behavior that Snarkers exhibit.

    58.    **We Threatened them Since 2023 (Dkt. No. 8, ¶¶ 223, 256 (citing fns. 189, 217)**:

As evidence that we threatened the H3Snark Mods since 2023, they cite a podcast episode from

October 31, 2023 – *i.e.*, three weeks from October 7th.

    a.    In the episode (which is entitled *Responding to hila conspiracy theories –

See You Next Tuesday #50*), we go line by line dissecting a post on r/H3Snark post entitled

"Hila lied about her role and position in the IDF." The now-deleted post falsely claims

that Hila served a combat role in the IDF. The post contained numerous hyperlinks, but

they were irrelevant or did not support the assertions made – which we demonstrated in

the video.

    b.    In the episode, we also addressed several of the other posts on r/H3Snark

claiming we advocated and participated in the genocide of Palestinian people. Not only

does this demonstrate that we were willing to directly engage with criticism, it proves that

when r/H3Snark promotes falsehoods about us they call it "criticism," but when we

respond to and debunk their "criticism" it is a "threat," "harassment," or "abuse." A true

and correct copy of *Responding to hila conspiracy theories – See You Next Tuesday #50* is

located on the Flash Drive submitted concurrently with TEI's Notice of Lodging and

incorporated herein as **Exhibit 71**.

    59.    **We Created Subreddits to Harass Them (Dkt. No. 8, ¶¶ 196, 198, 224, 235,**

**279 (citing fns. 164, 175, 193, 205, 241-243)**: The H3Snark Mods' claim we created subreddits

to harass or troll them is false. The only subreddit we created was r/H3SnarkSnark and acquired

the subreddit r/HasanPiker.[95] Both were intended to be experiments. We wanted to know whether

---

[94] https://www.reddit.com/r/LeftoversH3/
[95] The H3Snark Mods claim we created r/H3Snarkception and r/H3SnarkNarc. Dkt. No. 8, ¶ 279
(citing fns. 242-243). This is false. We have no connection with these subreddits.

the Reddit admins would show preferential treatment to H3Snark and Hasan's subreddit r/Hasan_Piker. We were proven correct. Reddit banned r/H3SnarkSnark – not for harassment – but for impersonating r/H3Snark. Ownership of r/H3SnarkSnark was transferred to a moderator of r/H3Snark named "shredder cheese" – a cruel reference to the false conspiracy theory that we killed our beloved dog, Shredder, by feeding him cheese. The same thing happened to r/HasanPiker – *i.e.*, its ownership was transferred to someone involved in r/Hasan_Piker – under the claim of impersonation. In the video cited by the H3Snark Mods, Ethan only discuss r/H3SnarkSnark and that we used it for the experiment described above. *See* Ex. 71 at 1:01:28-1:02:33. A true and correct copy of *Ethan Needs a Dentist – SYNT #88* is located on the Flash Drive submitted concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 72.**

60. **That Snark Engaged in Coordinated Harassment (Dkt. No. 8, ¶ 196 (citing fn. 64)):** The H3Snark Mods claim we falsely stated that they coordinated harassment. The example they provide is from the April 21, 2025 podcast episode *They Sent Two Human Skulls To My House – H3 Show #138.*

    a. First, this episode came out after r/H3Snark locked the subreddit on February 17, 2025 – *i.e.*, we were not referring to the H3Snark Mods.

    b. Second, in the episode, Ethan discusses a video by Elise Tran entitled *To H3 snarkers harassing me*. In the video, Tran explains she is a teacher in France and a leftist who was harassed by Snarkers – even going so far as to contact her employer because she publicly expressed support for us.[96] In the podcast episode, Ethan discusses how Snarkers attacked Tran is the same way they attacked us.[97] The H3Snark Mods' citation completely omits the discussion on Tran to make it appear as an unfounded and unhinged statement.

61. **We Conflated a Moderator from r/LeftoversH3 with Them (Dkt. No. 8, ¶ 180**

---

[96] Elise Tran, *To H3 snarkers harassing me* (April 18, 2025), *available at*: https://youtu.be/VlWDdIVAUp0?si=VKuE2NpUspprrH3Q
[97] H3 Podcast, *They Sent Two Human Skulls To My House – H3 Show #138* (April 21, 2025), *available at*: https://www.youtube.com/live/doGqfGdpV_I?si=BKJgxdHtT39Ig9BD&t=7840 (from 2:10:40-2:14:52).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

(**citing fn. 154**): The H3Snark Mods claim we conflated Ganitis (*i.e.*, Bad Empanada who is discussed in Paragraph 45) becoming a moderator for r/LeftoversH3 with being a moderator for r/H3Snark. Again, they cite the April 21, 2025 podcast episode *They Sent Two Human Skull To My House – H3 Show #138*.

          a.      As previously stated, this episode came out after the H3Snark Mods locked r/H3Snark. The timing makes it clear we were referring to r/H3Snark's successor, r/LeftoversH3.

          b.      Further, when viewed in context, it is apparent that we are critiquing the outlandish conspiracy theories Ganitis (*i.e.*, Bad Empanada) disseminated about us shipping skulls to ourselves – a vicious theory advanced in the H3Snark Mods' declarations.[98] *See* Dkt. No. 8, ¶¶ 233-234. Some of this is apparent from the portion cited by the H3Snark Mods, but most of the context is omitted to make it appear we were talking about the H3Snark Mods.

62.      **We Publicly Threatened to Use Litigation as a Means to Discover Them So that They would Lose Everything (Dkt. No. 8, ¶ 197.1 (citing fn. 165))**: To support this assertion, the H3Snark Mods do not cite anything we said. Rather, they cite Hasan's description of the letter our lawyer sent u/ObrienPotatoes during his debate with Ethan (which further demonstrates we are open to and engage with criticism). While Hasan characterized the claim against u/ObrienPotates as frivolous,[99] he also admitted he knew nothing about the claim.[100] Further, his only citation was from u/ObrienPotatoes' post on X which omitted significant portions of the letter, including its legal and factual analysis.[101] In other words, we never made this admission or statement. Rather, it was a statement Hasan made about us.

[98] H3 Podcast, They Sent Two Human Skulls To My House – H3 Show #138 (April 21, 2025), *available at*: https://www.youtube.com/live/doGqfGdpV_I?t=100s (from 1:40-15:10, 19:50-34:40).

[99] It is worth noting that Hasan has no legal training and has a notorious reputation for letting copyrighted content play on his stream to an empty chair. *See e.g.*, h3h3Productions, *I'm Suing These Three Creators* (Jun. 19, 2025), *available at*: https://youtu.be/3yAiuEyJF-I?si=mwZrZ_TKK3pHnB3v&t=179 (from 2:59-3:48).

[100] HasanAbi, *DEBATING ETHAN KLEIN* (May 3, 2025), *available at*: https://youtu.be/ih2ZvBxZWig?si=5VQWB0WXYYC5m2fX&t=9622 (from 2:40:22-2:41:48)

[101] The letter and discussion on the letter is provided in the Declaration of Rom Bar-Nissim at Paragraph 30 and Exhibit 60.

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

63. **We Claim Everyone Who Criticizes Us of Visiting r/H3Snark (Dkt. No. 8, ¶ 172 (citing fn. 133))**: The H3Snark Mods' citation does not support this assertion. First, they cite a video broadcast on May 3, 2025 – *i.e.*, after r/H3Snark was locked, but when its successor, r/LeftoversH3, was active. Second, in the excerpt, Ethan accuses Hasan (and not anyone else) of relying on r/LeftoversH3 to prepare for the debate. Instead of admitting or denying, Hasan deflects by accusing Ethan of placing responsibility for the fraudulent call to DCFS on Snark.[102] In sum, the only person accused of relying on Snark was Hasan and, when given the opportunity to address the issue, he elected to evade and not answer.

64. **We Hired Someone to "Stalk" Them and Other "Targets" (Dkt. No. 8, ¶ 175 (citing fn. 146)**: The H3Snark Mods citation does not support this assertion whatsoever. In the podcast episode, we respond to a claim our former friend made against our researcher and colleague, Galya. As explained in portions omitted by the H3Snark Mods, Galya is a refugee from the War in Ukraine and an incredibly talented researcher. Her investigations are solely confined to publicly available information.[103] It is a prime example of being "Snark Brained" to describe following a public digital footprint as a form of stalking.

65. **"Ethan has claimed that if not for H3Sanrk, he would not be suing the three main creators named in these complaints." (Dkt. No. 8, ¶ 197.6 (citing fn. 173).** The H3Snark Mods citation does not support this statement whatsoever. The actual statement made by Ethan is: "Snark Brain is such a dangerous disease. We're seeing it time and time again. And, frankly, it's landed these three I'm suing in really troubled waters. You guys gotta get out of that. And this is just from person to person; a care for your humanity. It makes you think that what you're doing is normal."[104]

---

[102] HasanAbi, DEBATING ETHAN KLEIN (May 3, 2025), *available at*: https://youtu.be/ih2ZvBxZWig?si=LkB70pDw7RhXGy1N&t=8293 (from 2:18:13-2:22:12).

[103] H3 Podcast, *Dear iDubbbz, We're Not Holding Back Anymore – H3 Show #189* (Sept. 10, 2025), *available at*: https://www.youtube.com/live/Kzo0eCIGI0k?si=oWZaNImhq1pWPmOt&t=776 (from 12:56-22:15)

[104] *Id.* at https://www.youtube.com/live/Kzo0eCIGI0k?t=9475s (from 2:37:55-2:38:26). For transparency, in the video *I'm Suing These Three Creators*, Ethan did state that the list of streamers provided by the H3Snark Mods in their posts helped identify the three direct infringers. This is materially different, however, from claiming that TEI is only suing the three direct infringers to sue the H3Snark Mods. h3h3Productions, *I'm Suing These Three Creators* (Jun. 19, (continued).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

66. **We Threatened to Call the FBI on the H3Snark Mods (Dkt. No. 8, ¶ 223 (citing fn. 190)**: The H3Snark Mods citation does not support this assertion. Rather, the citation involves a discussion about how IP address information is obtained. The conversation distinguishes between civil cases (which requires a subpoena) and criminal investigations (which the FBI would pursue). The conversation mainly focuses on subpoenaing an IP address in the context of a sexual predator on Kick. The only mention of Snark is the fake post on r/h3Snark claiming that we were taking down Happy Ramadan posts on r/h3h3Productions – known as the "Ramadan Post." There was no mention of calling the FBI on the H3Snark Mods.[105]

67. **We Claimed that Snark is Dangerous (Dkt. No. 8, ¶ 281 (citing fn. 245)**: This citation is a prime example of the H3Snark Mods deliberately omitting material context.

  a. First, the video cited is from June 9, 2025 – *i.e.*, after H3Snark prevented further posts. When viewed in context, it is clear we are referring to r/LeftoversH3.

  b. Second, Ethan discusses how: (1) r/LeftoversH3 targeted the online creator Willie Mac Show because they did not like his criticism and that he received a $600 donation; (2) when Willie Mac Show sought to engage with r/LeftoversH3, he was banned and sent the message by a moderator "Keep Yourself Safe" – a phrase used as code for "KYS" or "Kill Yourself" in online circles;[106] and (3) Willie Mac Show was subsequently banned from all Reddit.[107] Due to these facts, Ethan speculates that there must be collusion between Reddit and Snark subreddits in general because it is inexplicable why they continue to exist, while critics of Snark subreddits, like Willie Mac Show, are banned.[108]

68. **We Called Them "Snark Brained Freaks" about "concerns of violence" that**

[105] 2025), *available at*: https://youtu.be/3yAiuEyJF-I?si=i-f8JDBzY6jvpDH5&t=327 (from 5:27-5:39)

[105] H3 Podcast, *This Beauty TikToker Is Coming After Me – Off The Rails #111* (Apr. 3, 2024), *available at*: https://www.youtube.com/live/xIl2dEZnvYQ?t=8255s (from 2:17:35-2:23:57)

[106] https://www.urbandictionary.com/define.php?term=keep+yourself+safe

[107] Willie Mac Show made a series of posts on X with screenshots documenting the experience. *See* https://x.com/WillyMacShow/status/1932089820488089721; https://x.com/WillyMacShow/status/1932081704564322377; https://x.com/WillyMacShow/status/1931829505783648498

[108] H3 Podcast, *We Almost Cancelled Today's Episode – H3 Show #156* (Jun. 9, 2025), *available at*: https://www.youtube.com/live/4QOofN2DaUk?si=Uj5E1Ur7occcGi1c&t=5260 (from 1:27:40-1:33:05)

made **"the threat feel imminent" (Dkt. No. 8, ¶¶ 203, 281 (citing fns. 182, 244)**: This is
another example of "Snark Brain" thinking, as explained below.

      a.    First, the excerpt cited is from February 5, 2025. If this was a threat of
"imminent" violence, it would have already occurred. The fact that no violence has
materialized for months emphasizes that we were correct: their perception of an actual and
imminent threat was "Snark Brained."

      b.    Second, in the excerpt, Hasan tries to brush off concerns about the violence
of Frogan's statement where she wished to build a cake recreating September 11th if her
community reached a donation goal.[109] Instead, Hasan deflects by focusing on Ethan's
prior controversial statements about the NRA and Ben Shapiro.[110] Ironically, Ethan made
fun of himself for making both of the statements in *The Nuke* – which was released just a
few days prior.[111] Further, immediately after making the NRA comment, Ethan
immediately took it back and apologized for going too far.[112] To take responsibility and to
avoid incidents like this happening in the future, TEI invested in "The Button" – a
$20,000 device that would erase the prior 20 seconds of a live broadcast to avoid issues
happening again.[113]

      69.    **We Expressed a Desire to Know What they Looked Like (Dkt. No. 8, ¶ 256**
**(citing fn. 218)**: Simply put, we don't know why the H3Snark Mods provided this citation
because nowhere do we state anything about their appearance or wanting to know what they look

---

[109] H3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*:
https://youtu.be/ZSUDHx-1_ww?si=LnH0vywT_2RLRCpn&t=4821 (from 1:20:21-1:20:45).

[110] H3 Podcast, *Dear Hasan Piker… - H3 Show #106* (Feb. 5, 2025), *available at*:
https://www.youtube.com/live/6KV16LWcnTY?t=8960s (from 2:29:20-2:31:18)

[111] h3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*:
https://youtu.be/ZSUDHx-1_ww?si=RPFwbu6thDIwu8T3&t=87 (from 1:27-1:41 re NRA) and
https://youtu.be/ZSUDHx-1_ww?si=lSWPWPW09Hkw7Kiq&t=174 (from 2:54-3:15 re Ben
Shapiro).

[112] Philip DeFranco, *The Ethan Klein Bomb Threat Scandal & "VIDEO GAMES ARE THE*
*PROBLEM!!!" Apparently…* (May 30, 2022), *available at*:
https://youtu.be/WrZemHkeWOs?si=0VP7-Hg1aKrCrsSv&t=56 (from 0:56-2:26). The original
podcast episode was taken down by YouTube for violating its terms of service. The clip used
aforementioned video accurately captures the moment and aftermath.

[113] H3 Podcast, *Ethan's Plan To Never Get Cancelled Again, Super Bowl, Joe Rogan Scam, MGK*
*& Megan Fox – H3TV #65* (Feb. 13, 2023), *available at*:
https://www.youtube.com/live/JUgwnVF_zuA?si=vRxn_nYgijkjhy56&t=3271 (from 54:31-
1:03:20).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

like.[114]

70.    **We Accused them of Doxxing (Dkt. No. 8, ¶ 172 (citing fn. 126))**: This citation is an example of the H3Snark Mods intentionally omitting context.

    a.    In the episode cited, Ethan discussed: (1) a r/h3h3productions mod got banned from Reddit for reporting two posts – one for doxxing and the other for harassment; (2) the first post was to organize people to attend and disrupt one of our live events (which was a major threat to the physical safety of TEI's employees and ourselves); and (3) the other directed harassment towards Hila's mom.[115]

    b.    Further, in December 2024, the H3Snark Mods did dox us and our employees. We obtained screenshots from the H3Snark Mods' Discord server that disclosed the addresses for TEI's studio and for our clothing company, Teddy Fresh, Inc.[116] We have not publicly disclosed these addresses to protect ourselves and our employees. From the screenshots, we also discovered that the user who disclosed the address, "ChocoBanana," was banned from our Discord server in July 2021 for spamming gore and using sock puppet accounts to threaten his way back onto the server.[117]

71.    **We Accused them of Crimes, Covering Up Crimes and Pinning Actions of Past Mods on Them (Dkt. No. 8, ¶ 172 (citing fns. 125, 127)**: The excerpt cited by the H3Snark Mods does not discuss crimes or covering up crimes whatsoever. Nor do the H3Snark Mods specify who was a past mod that we confused as being a current mod. Rather, when viewed in context, the excerpt discusses: (1) an H3Snark Mod faking a post claiming we were removing "Happy Ramadan" posts from r/h3h3productions – which was false; (2) messages from December 2024 demonstrating that the H3Snark Mods knew the post was fake; and (3) the incident with "ChocoBanana" discussed above. [118]

---

[114] H3 Podcast, *David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms – H3TV #102* (Dec. 11, 2023), *available at*: https://www.youtube.com/live/_uO9aEEOUa8?si=9CRmsSC9HR4Ne76a&t=4076 (1:07:56)
[115] *Id.* at https://www.youtube.com/live/_uO9aEEOUa8?si=Sm3zRAqAYvq8NMNy&t=4046 (from 1:07:26-1:17:50).
[116] h3h3Productions, *I can't believe this happened.* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=sTS1xjhuberbr67J&t=1417 (from 23:37-24:15).
[117] H3 Podcast, *My War Against Snark – H3 Show #120* (Mar. 11, 2025), *available at*: https://www.youtube.com/live/wWG9Msgmnh4?t=6380s (from 1:46:20-1:57:30)
[118] *Id.*

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

72. **Ethan Wore a Fishing Hat in the Video Discussing the Subpoena to Signal the Subpoenas were a Fishing Expedition (Dkt**. **No. 8, ¶ 91 (citing fn. 86)**): This another prime example of "Snark Brain" thinking. In the video *Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) – H3 Show #174*, Ethan wore a Teddy Fresh bucket hat. Ethan almost always wears Teddy Fresh merchandise on the podcast to promote our clothing company.[119] He has worn a variety of Teddy Fresh hats, including beanies, baseball caps and bucket hats. Further, the H3Snark Mods knew we were not on a "fishing expedition." As discussed in greater detail in the Declaration of Rom Bar-Nissim in Paragraphs 61, 69-70, 73-74, we agreed to several substantial changes to the subpoenas to narrow their scope to focus solely on obtaining their personal identifying information to name them in the three copyright actions and serve them.

73. **We Plan on Killing Them (Dkt**. **No. 8, ¶¶ 72, 72.1-3, 243, 257, 282)**: The H3Snark Mods continue their demonization of us by claiming we plan on killing them. One even uses Ethan making a joke by quoting the film *Taken* as evidence of his intent. *Id.*, ¶ 72, 72.1-3. Not only is this false, it highlights how the H3Snark Mods turn us into grotesque caricatures to strip us of our humanity. In one of the videos most frequently cited videos by the H3Snark Mods from February 19, 2025, Ethan and TEI's producer, Dan, make clear: (1) only legal means shall be employed against the H3Snark Mods; (2) fans should not contact, dox or threaten the H3Snark Mods; and (3) not to physically harm them.[120] To be clear, we genuinely do no wish any physical harm to the H3Snark mods.

74. **We are Responsible for Threatening Messages to Them by Third-Parties:** The H3Snark Mods attribute threatening messages they received to us. Dkt. No. 8, ¶¶ 151, 284, pp. 88, 148-149). This is false.

    a.     First, we have not and do not condone any contact with the H3Snark Mods and have expressly stated no one should contact them.[121] We take the responsibility of

---

[119] H3 Podcast, Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) – H3 Show #174 (Aug. 1, 2025), *available at*: https://www.youtube.com/live/cE28l1KCDNQ?si=hCb31SoSGSfXw8eW
[120] H3 Podcast, *Crew Intervention – H3 Show #112* (Feb. 19, 2025), *available at*: https://www.youtube.com/live/s7ZloL0x4G4?si=1NGYe_2YHFSs5oPX&t=12085 (from 3:21:25-3:23:58).
[121] *Id.*

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

having a large audience seriously. Despite how they have treated us, we do not wish them to suffer in the same way.

     b.    Second, none of the messages provided can be attributed to our community whatsoever.

         i.    Some of the messages the H3Snark Mods received are from deleted users – rendering it impossible to determine if they were involved in the r/h3h3Productions subreddit or were some random troll. *See e.g.,* Dkt. No. 8,, p. 149.

         ii.    When looking up the Reddit user u/Iamtheconspiracy, there are no results – which also makes it impossible to determine whether they were involved in the h3h3Productions subreddit or some random troll. *Id.*

         iii.    The user u/Janex_Official has not participated in the h3h3Productions subreddit whatsoever.[122]

         iv.    The user u/Rich-Ad9837 has also not participated in the h3h3Productions subreddit whatsoever and his message was from ten months ago. *Id.,* p. 88*.*

         v.    Moreover, the language in these messages do not provide any indication that they were from our community – as opposed to some anonymous online troll. *Id.,* pp. 88, 148-149.

     c.    Finally, the H3Snark Mods give no indication when these screenshots were taken and most are anywhere from 3 to 10 months from an unknown date. *Id.*

     75.    **Treating Rhetorical Hyperbole as Literal Threats**: The H3Snark Mods cites two instances where Ethan and the crew utilized comedic rhetorical hyperbole as if they were literal threats. The nature of the H3 Show has always been comedically bombastic and using colorful language is part of that. We do recognize that, for some, the word choice may appear in bad taste. Under no circumstances, however, are they intended to be taken literally. Each of these comments are discussed below:

---

[122] https://www.reddit.com/user/Janex_Official/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

a. <u>Sending Anthrax (Dkt. No. 8, ¶¶ 175, 256 (citing fns. 147, 221)</u>: This statement was not about the H3Snark Mods at all. It was a joke Ethan made on another podcast where the co-hosts were discussing how they (not Ethan) deal with Internet hate.[123] Everyone on the show interpreted it as a joke by laughing afterwards.[124] Ironically, immediately after the discussion on Internet hate, the co-hosts and Ethan discuss how to address criticism.[125]

b. <u>Spraying Nair on their Faces (Dkt. No. 8, ¶¶ 175, 256 (citing fns. 149, 220)</u>: This was a joke made by TEI's employee, Tom Ward. In the episode where Ward made his statement, there was a previous discussion about how Brandi Glanville of *The Real Housewives of Beverly Hills* sprayed Nair on her face in an attempt to kill a facial parasite.[126] Ward's statement was a joke referring to that prior discussion and was made in reference to Ethan's satisfaction at the H3Snark Mods proverbially delivering themselves to him. Given the surrounding hyperbolic language used by Ethan and the crew about how the H3Snark Mods were delivering themselves on a "silver," "gold" or "platinum" platter, it was clearly intended as a joke.[127] To dispel all doubt, we have no intention to physically harm the H3Snark Mods whatsoever – let alone spray Nair on their faces. This is why we are willing to not address them in their individual capacities and instruct our audience and the public at large not to contact or harm the H3Snark Mods whatsoever.

c. <u>Feasting on Ashes (Dkt. No. 8, ¶¶ 175, 278 (citing fns. 149, 239)</u>: This was immediately before Wards' joke about Nair and also intended as a hyperbolic joke. He subsequently changes the statement to: "I will feast on this juicy morsel of a meal you've laid out for me" – further emphasizing it was intended as comedic hyperbole.[128]

---

[123] Steve-O's Wild Ride! – Podcast, *Ethan Klein Is Sick Of Lawsuits – Wild Ride #223* (Jul. 11, 2024), *available at*: https://www.youtube.com/watch?v=RqAyJx9WEdc&t=789s (from 13:09-20:00)

[124] *Id. available at*: https://youtu.be/RqAyJx9WEdc?si=jIDx7z7PT7EuFTgm&t=975 (from 16:15-16:40).

[125] *Id. available at*: https://www.youtube.com/watch?v=RqAyJx9WEdc&t=1200s (from 20:00-23:00)

[126] H3 Podcast, *Huge Lawsuit Updates, You're Going To Love These! – H3 Show #176* (Aug. 6, 2025), *available at*: https://www.youtube.com/live/tI8fGcsyfL8?t=5550s (from 1:32:30-1:46:45).

[127] *Id.*, *available at*: https://www.youtube.com/live/tI8fGcsyfL8?si=MJQp4-tnJ6GLh6WL&t=7826 (from 2:10:26-2:11:49).

[128] *Id.*

76.    **Collaboration with Reddit Admins**: The H3Snark Mods frequently raise our claims that the H3Snark Mods and Reddit Admins were working together. Dkt. No. 8, ¶¶ 172, 197.3, 281. We drew this conclusion, in part, from statements the H3Snark Mods themselves have made, as demonstrated below:

a.    Our suspicions first arose in late-fall/early winter of 2023. We created a subreddit entitled r/H3SnarkSnark – *i.e.*, a subreddit dedicated to criticizing and mocking r/H3Snark. Shortly after creating the subreddit, it was suspended under the false claim we were impersonating r/H3Snark. *See* Ex. 71 at 1:01:28-1:02:33. Further, ownership of r/H3SnarkSnark was transferred to a user of r/H3Snark called "shredder cheese" – which is a reference to a heartless rumor spread on r/H3Snark that we killed our dog Shredder by feeding him cheese.

b.    We grew more suspicious when individuals were banned or threatened with bans when reporting some of the most incendiary posts on r/H3Snark under the pretense of abusing Reddit's reporting function.[129]

c.    In November 2024, Hila's management company reached out to Reddit about r/H3Snark. Shortly thereafter, r/H3Snark was taken down. Within a few days, it went live again. The H3Snark Mods made a pinned community post announcing the subreddit's return and stated: "Our relationship with Reddit is currently better than ever, and we're in good communication with the admins" (the "November 2024 Announcement"). The H3Snark Mods' November 2024 Announcement led us to believe that Reddit and the admins were actively protecting and enabling r/H3Snark. A true and correct screenshot of the November 2024 Announcement is depicted below:

---

[129] H3 Podcast, *David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms – H3TV #102* (Dec. 11, 2023), available at: https://www.youtube.com/live/_uO9aEEOUa8?si=Sm3zRAqAYvq8NMNy&t=4046 (from 1:07:26-1:17:50).



d.      Further leading us to the conclusion Reddit was actively protecting r/H3Snark is that Reddit's admins never reached out or contacted us – despite the r/h3h3productions subreddit being one of the top five largest and most active subreddits for podcasts. It was inexplicable that the Reddit admins would reach out and provide guidance to r/H3Snark but not us.

e.      Our suspicions grew after the issues we encountered with TEI's DMCA takedowns against r/H3Snark. We found it deeply concerning that the Reddit admins would forward to TEI a facially fraudulent DMCA counternotification. While the Reddit

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

admins ultimately agreed this counternotification was invalid, they responded by claiming one of our DMCA takedowns was invalid because it was for a link to a video on our YouTube channel. The DMCA takedown, however, specified that it was for a comment posted by u/sarahornejewetts (who is one of the H3Snark Mods) that contained a YewTube link – not the post itself. These issues are explained in greater detail in the Declaration of Rom Bar-Nissim in Paragraphs 24-29.

        f.       Furthering our suspicions was that one of the H3Snark Mods claimed to be a Reddit employee. One of the H3Snark Mods identified in the complaints TEI filed is u/RomanPeee. Dkt. No. 7, p. 17:1-10. After the complaints were filed, u/RomanPeee admitted that the complaints accurately identified the user's alt-accounts and also claimed to be a Reddit employee. [130]  This emphasized our belief that the H3Snark Mods were working directly with Reddit's Admins.

        g.       The declaration of the H3Snark Mods reinforced our belief that they had a close relationship with Reddit's admins – stating themselves that the "Reddit admins offered us free subscriptions to privacy software that would help remove our PII from the internet." Dkt. No. 8, ¶ 98.

## OTHER FALSEHOODS CONTAINED IN THE H3SNARK MODS' DECLARATIONS

        77.    **We Sent Human Skulls to Ourselves to Elicit Sympathy:** One of the most disturbing claims asserted by the H3Snark Mods against us is that we were responsible for sending two real human skulls to ourselves shortly after being investigated DCFS based on a fraudulent phone call. Dkt. No. 8, ¶¶ 233-234.

        a.       When the social worker visited our home for the first time on March 7, 2025, he informed us that DCFS received a call from someone claiming to work inside our home who witnessed our child eating dog feces. This is what commenced the investigation.

        b.       The call made to DCFS was fraudulent. Our children have never eaten dog feces . We are extremely selective of who works in our home because we persistently

---

[130] https://www.reddit.com/r/LeftoversH3/comments/1m2hozv/apparently_out_of_the_16_subpoenas_9_are_for_me/

receive threats to our safety and threats to our children's safety. During the months preceding the fraudulent call to DCFS, the only people who worked in our home were our nanny and housekeeper. Both were horrified by the DCFS visit and – without being asked – denied making this report to DCFS.

c. The DCFS investigation terrified us – as we were concerned that we would lose custody of our children. We firmly believe that H3Snark contributed to this incident by fostering a culture on H3Snark that would regularly dehumanize us. By painting us as monstrous supporters of the genocide of Palestinians, it gave individuals implicit permission to employ any and all means to target us and our children.

d. On March 11, 2025, we received two human skulls at TEI's studio – an address that is not public but was shared on the H3Snark Mods' Discord server. The skulls were shipped by a company called Skulls Unlimited International, Inc. As stated on their website, the company is "committed to providing legally and ethically obtained natural bone osteological specimens as well as the finest replica specimens to the educational, medical and research communities."[131]

e. We later discovered that: (1) someone pretending to be Ethan put in the order; (2) the order was placed with a VPN using an IP address from Malmo, Skåne County, Sweden; (3) the email address provided was h3h3@hotmail.com (which is not Ethan's email address or an email address we or our employees use or have access to); (4) the order was placed under a Business Purchase Order for next day morning delivery; and (5) due to the urgent nature of the order, the individual was able to bypass payment and various safeguards Skulls Unlimited had in place. A true and correct copy of email correspondence between TEI and the managing director of the website is attached hereto and incorporated herein as **Exhibit 73.**

f. On April 19, 2025, we received a letter from DCFS that absolved us of any wrongdoing and found the "Allegation(s) were deemed unfounded with no case opening." A true and correct copy of DCFS' April 19, 2025 letter is attached hereto and incorporated

---

[131] *See* *https://www.skullsunlimited.com/pages/faq* (under "Our Mission").

herein as **Exhibit 74.**

g.      If the Court is interested in learning about the DCFS incident, we strongly recommend watching: (1) the video *I can't believe this happened*;[132] and (2) our stream from the day of the incident *Snark Called Child Protective Services On Us – H3 Show #119.*[133]

78.    **The "Joe Rebbins" Medium Article:** The H3Snark Mods place great reliance on a transparently fabricated article on Medium entitled "Change of H3H3." Dkt. No. 8, ¶¶ 823-83 (citing fn. 69). The "article" purports to be authored by someone claiming to be "Joe Rebins." In the article, the author claims to have been part of a "reputation management" company we supposedly retained to attack our critics with false accusations of antisemitism and issue fraudulent DMCA takedowns to silence criticism. This article is complete fiction as explained below:

a.      We have never retained a "reputation management" company, a public relations agency or anything of the sort.[134] We have never created a network of sock puppet accounts. We never requested that DMCA takedowns be issued to silence criticism. Further, if we wished to issue a DMCA takedown, we would have done so personally or requested our lawyer do so (as we have in the past).

b.      The apparent author – "Joe Rebins" – has no digital footprint whatsoever. He has no LinkedIn page to confirm his identity – nor has he written any other article. The fact the author claimed to change details to protect anonymity fails to withstand scrutiny. If the claim we retained a reputation management company was true, it would have been incredibly easy for us to identify the author. Indeed, it also makes little sense that someone in "reputation management" would so publicly attack a former client – which would be career suicide in the industry.

---

[132] h3h3Productions, *I can't believe this happened* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=w_nOy1IQMzJoYmJJ

[133] H3Podcast, *Snark Called Child Protective Services On Us – H3 Show #119* (Mar. 7, 2025), *available at*: https://www.youtube.com/live/ZDnseOSdk_8?si=Bt3WwRgWrt8QwBJg

[134] The only coming close was TEI retained a marketing agency for a brief period of time around 2020 to book guests for the podcast.

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

c.   Further, the image the author used is a stock photo.[135] A reverse image search of the photo reveals that it has been used in connection with dubious testimonials. True and correct screenshots are provided below:



**Joe Rebins**

Picture from Medium Article



Picture from Testimonial on admissionoffice.ge



**MATT**

Will recommend it to others definitely. It is so easy to navigate through the features. I have two WhatsApp accounts, the regular one and WA Business. It is really helpful for me because there are so many important data in the two apps. I use it to do backup regularly and export important chats, contacts, photos and documents then filter them by months. I am really grateful to have it.



Picture from Testimonial on www.imyfone.com

---

[135] A true and correct PDF printout of a Tineye image search of the photo identifying it as a stock photo is attached hereto and incorporated herein as **Exhibit 75.**

d.    The H3Snark Mods' reliance on this clearly fraudulent article is an attempt to minimize our criticism of them and paint a false narrative that we accuse people who criticize us of antisemitism.

79.    **We Left Twitter to Avoid Criticism**: The H3Snark Mods claim that we left Twitter (now X) to avoid criticism. Dkt. No. 8, ¶¶ 11-12. This is false. We left Twitter because, after October 7, 2023, each post we made received a torrent of hateful and antisemitic comments – which was allowed when Elon Musk took over the company. Contrary to the H3Snark Mods' assertions, the problem was not that we were avoiding criticism – it was that we became too tempted to engage with people who were merely trying to antagonize and goad us.[136] For our own well-being, we made the decision to leave Twitter – as have many other public figures. To prevent our accounts from being a breeding ground for hateful and antisemitic comments, we deleted every post we made – as the volume of these comments was unmanageable.[137]

80.    **We Automatically Banned Criticism of Us on r/h3h3Productions**: The H3Snark Mods claim that we banned anyone from providing criticism on the r/h3h3Productions. Dkt. No. 8, ¶¶ 8, 252, 267 (citing fns 9, 11-17, 216, 226) This is false for several reasons:

a.    None of the examples cited by H3Snark Mods provide the exact post that resulted in a ban.[138] The vast majority, however, indicate that the "criticism" was that we were not sufficiently condemning Israel and/or supporting the Palestinian cause to their satisfaction. Dkt. No. 8, Fns. 9, 11-13, 15, 216, 229.[139] The remaining examples give no

---

[136] H3 Podcast, *I Watched Twilight For The First Time & I Have A Lot To Say – H3 Show #68* (Oct. 18, 2024), *available at*: https://www.youtube.com/watch?v=M9dYrhdXN88&t=2998s (from 49:58-50:23).

[137] Currently, our accounts still exists but have no posts whatsoever (except for two reposts of other users on Ethan's account). https://x.com/HilaKleinH3; https://x.com/h3h3productions. We did not delete our accounts because we wanted to avoid someone else making accounts with our user handles to impersonate us.

[138] Only one post puts highlights their comments in boxes, but indicates that they authored the post and blacked out the title of the post. https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/

[139] https://www.reddit.com/r/h3snark/comments/1b5pacj/was_this_comment_really_worth_permanently_banning/; https://www.reddit.com/r/h3snark/comments/1b4qht6/i_think_in_the_end_ethan_will_be_his_own_downfall/; https://www.reddit.com/r/h3snark/comments/1gho0qg/i_cant_believe_im_here/; https://www.reddit.com/r/h3snark/comments/1b8tenp/its_funny_how_ethans_open_to_criticism_while_his/; https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mods_on_a/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

indication whatsoever why they were banned or what they posted that resulted in a ban. *Id.*, Fns. 14, 16-17, 216, 229.[140]

        b.      We welcome criticism of us on r/h3h3Productions and expressly say so in the description and rule of the subreddit: "This subreddit is for fans of the show to discuss recent episodes, share memes, suggest segments or interesting topics, and whatever else is related to the show! This being a sub for fans of the show, I'm warning you with peace and love that weirdo hate watchers will be tossed! Reasonable criticism is encouraged but if you despise Ethan Klein or think the show sucks you're going [to] be tossed!"[141]

81.     **TEI's DMCA Takedowns were Intended to Silence Criticism and to get H3Snark banned**: The H3Snark Mods claim that we admitted TEI issued DMCA Takedowns to silence criticism and get H3Snark banned. Dkt. No. 8, ¶¶ 46-50, 197.2, 225 (citing fns. 40-41, 166, 194). This is false. A more detailed discussion of the DMCA Takedowns are contained in the Declaration of Rom Bar-Nissim in Paragraphs 3-19. Further, the H3Snark Mods' citations do not support their assertion as explained below.

        a.      *We Almost Canceled Today's Episode – H3 Show #156* (Dkt. No. 8, ¶¶ 46.1, 225 (citing footnotes 40, 194)): The H3Snark Mods description of this video is misleading. This video was from June 9, 2025 – *i.e.*, 10 days before the complaints in the Denims Action, Frogan Action and Kaceytron Action were filed on June 19, 2025. Immediately preceding the timestamped links reveals the discussion concerned – not r/H3Snark – but its successor, r/LeftoversH3. Further, the discussion concerned how r/LeftoversH3 intentionally misrepresented information and banned a prominent YouTuber, along with threatening his life.[142] The discussion about the DMCA takedowns to H3Snark was to highlight its protected status on Reddit. While other snark subreddits were purportedly taken down for copyright infringement, r/H3Snark was not and Reddit even refused to honor TEI's August 30, 2024 takedown of a r/H3Snark comment directing

[140] https://www.reddit.com/r/h3snark/comments/17mhx65/guys_im_shamed_at_how_long_i_defended_ethan/; https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/; https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/
[141] https://www.reddit.com/r/h3h3productions/
[142] This incident is discussed in greater detail in Paragraph 67 above.

users to the unauthorized YewTube version of TEI's work.[143]

       b.     *Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit –* *h3 Show #165* (Dkt. No. 8, ¶¶ 46.2, 197.3, 225 (citing footnotes 41, 166, 194)): The H3Snark Mods description of this video is also highly misleading. This video is from July 11, 2025 – *i.e.*, nearly a month after the complaints were filed. When Ethan reads the title of McIntyre's video – "*ethan's trying to silence people who don't agree with him*" – Hila immediately responds with an emphatic: "No!" As Ethan further explained, the DMCA Takedowns were "removing posts on the snark subreddit that were explicitly reposted without any kind of commentary with the explicit goal of stealing views from us. The very reasons that I'm now suing three people. And your dumb bitch ass at the time was saying I was silencing people, which makes no fucking sense because there's like a thousand posts up there and we DMCAed like five of them. So, you want to explain how I'm silencing them?!" Ethan further stated: "me and my lawyer were extremely conservative about which post qualified. The ones that I DMCAed were egregious, right? Like I said, there's hundreds of posts. We removed maybe five at most."[144]

82.    **We Admitted that Filing DMCA Takedowns is Easy**: The H3Snark Mods claim Ethan "admitted on his podcast that filing a DMCA strike is incredibly easy." Dkt. No. 8, ¶¶ 197.2, 279 (citing footnotes 166 and 239). This is false. Nowhere in the video cited by the H3Snark Mods does Ethan make this statement. To the contrary, Ethan explained in the video the exacting standard TEI employed when deciding to issue a DMCA takedown.[145]

83.    *The Nuke* **was a "Trap" to "Target Critics"**: The H3Snark Mods claim TEI set a "trap" to "target critics." Dkt. No. 8, ¶¶ 18, 63, 144. This is false and unsupported.[146] TEI registered *The Nuke* because we knew there was a high likelihood that individuals would watch it

---

[143] H3 Podcast, *We Almost Cancelled Today's Episode – H3 Show #156* (June 9, 2025), available at: https://www.youtube.com/live/4QOofN2DaUk?t=4880s (from 1:21:20-1:35:30); Declaration of Rom Bar-Nissim, ¶¶ 9, 27

[144] H3 Podcast, Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit – H3 Show #165 (July 11, 2025), *available at*: https://www.youtube.com/live/xu3obq7ssQ0?si=UDZh2uV-N2PxHo2C&t=10595 (from 2:56:35-2:59:08).

[145] *Id.*

[146] Even more bizarre, the H3Snark Mods appear to take the position that we were required to announce that the work was registration. Dkt. No. 8, ¶ 18.

in its entirety immediately upon release and without sufficient commentary to justify such use. The H3Snark Mods even acknowledge this in their declarations: "It's not that I wanted these people to steal my video. It's that I knew they would. I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion." *Id.*, ¶ 63.1; Dkt. No. 7, ¶ 19, Ex. 20 at 3:48-4:24. Further, as explained in the *I'm Suing These Three Creators*, TEI sued Denims, Frogan and Kaceytron because all three expressly stated their intent was to siphon views away from *The Nuke* to themselves. Clips of those statements are included in the video itself. We strongly urge the Court to watch the *I'm Suing These Three Creators* in its entirety to understand why TEI initiated these lawsuits for copyright infringement.[147]

84. **Our Fans were Responsible for Contacting ICE to get Adam McIntyre Deported**: The H3Snark Mods claim our fans contacted ICE to get McIntyre deported. Dkt. No. 8, ¶¶ 87, 174, 285 (citing footnotes 74, 144 and 252)). We have never stated McIntyre should be deported – let alone encouraged our fans to contact ICE to do so. The "evidence" cited by the H3Snark Mods does not support this assertion. Rather, it is a screenshot from McIntyre's Instagram showing two Reddit posts. McIntyre redacted the poster's username and the subreddit on which the posts were made – making it impossible to substantiate his claim that the individual was "a main member of the H3 reddit." In an archived post, a user named u/PopularCabinet6996 claimed to have reported McIntyre to ICE on the r/AdamMcIntyreSnark subreddit.[148] While the user is currently suspended from Reddit, an archive of the user's posts from that period does not demonstrate involvement with the r/h3h3Productions subreddit.[149]

85. **We Called Hasan's Mom an Undocumented Housekeeper**: The H3Snark Mods claim we called Hasan's mother an undocumented housekeeper. Dkt. No. 8, ¶ 174 (citing footnote 143). This is false. To begin, nowhere in the video cited do we make this claim. Rather, it was Hasan who claimed Ethan confused his mother for his housekeeper. This is also false. When we were still on good terms, Hasan would frequently invite Ethan to his house. On one occasion

---

[147] For convenience, we are including a link to the video here. h3h3Productions, *I'm Suing These Three Creators* (June 19, 2025), *available* at: https://youtu.be/3yAiuEyJF-I?si=KjWcQxPaw3S-kHzf

[148] https://archive.ph/V5nbr.

[149] https://web.archive.org/web/20250716225537/https://old.reddit.com/user/PopularCabinet6996

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

1   when Ethan visited Hasan, Ethan saw a woman cooking and cleaning in Hasan's home. When
2   Ethan attempted to introduce himself to her, she responded in Spanish saying she did not speak
3   English.[150] Hasan took Ethan aside and said: "Don't mention her for obvious reasons" – *i.e.*,
4   hiring a housekeeper who was likely undocumented was not good for his public image. When
5   Ethan returned home, he shared the incident with Hila and how the encounter disturbed him.

6      86.    **We Body Shamed Our Former Housekeeper**: The H3Snark Mods reference our
7   former housekeeper and claim we body shamed her. Dkt. No. 8, ¶ 260 (citing footnotes 224-225).
8   This is gross distortion of the truth. On February 7, 2025, our former housekeeper sued us and our
9   entity Teddy Fresh, Inc. for various employment related claims in an action entitled *Borda v.*
10  *Teddy Fresh, Inc.* (Los Angeles Superior Court Case No. 25STCV03497).[151] Before we were
11  aware or served with the lawsuit, r/FauxMoi and r/H3Snark published the complaint.[152] Due to
12  the controversy and people treating the allegations as uncontroverted truth, we felt it necessary to
13  defend ourselves and correct the public record. On February 10, 2025, Ethan discussed the
14  lawsuit on the podcast and explained, amongst other things, that our former housekeeper was
15  terminated for repeatedly body shaming our nanny by calling her fat. We further explained that
16  we addressed it with her on several occasions and even with human resources.[153] Both clips cited
17  by the r/H3Snark Mods intentionally omit this portion of the discussion. When viewed in context,
18  it is clear that Ethan's comment on our former housekeeper's appearance was solely to highlight
19  the irony of her statements against our nanny.

20     87.    **We Have a Reputation for Being Litigious:** The H3Snark Mods claim we have a
21  reputation for being litigious. Dkt. No. 8, ¶ 271. This is false. We have never sued anyone in our
22  personal capacities. We have not caused our entities to sue anyone until these three copyright
23  lawsuits. Rather, we have defended ourselves and our entities against numerous lawsuits and

---

24  [150] It is also worth noting that both Hasan and his mother are Turkish and from Turkey. For
     transparency, we do not know if Hasan's mother knows Spanish.

25  [151] On September 30, 2025, the Court granted our motion to compel arbitration.
26  [152] https://www.reddit.com/r/h3snark/comments/1irkp3d/h3h3s_ethan_and_hila_kleins_housekeep
     er_filed_a/;
27     https://www.reddit.com/r/Fauxmoi/comments/1il0486/h3h3s_ethan_and_hila_kleins_nanny_filed
     _a_lawsuit/
28  [153] H3 Podcast, *I'm Being Sued By An Ex-Employee – H3 Show #108* (Feb. 10, 2025), *available
     at*: https://www.youtube.com/watch?v=I0zmBdGEvwU&t=412s (from 6:52-45:10).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

asserted a counterclaim in one of them, which led to settlement.

88. **Ethan's "pedo_troll" Reddit Account:** The H3Snark Mods raise the discovery of Ethan's "pedo_troll" account as an example that the Internet will continue to criticize us. Dkt. No. 8, ¶ 97 (citing fns. 89-90). To begin, the account was from 15 years ago. As the username indicates, the account was intended to troll pedophiles. The claim that that Ethan made "pedophilic statements about being attracted to his nephew" illustrates the nature of the troll because Ethan did not have nephews at the time. Further, Ethan publicly addressed this "criticism" – demonstrating we do not shy away criticism and directly address its substance. A



h3h3productions ● 5m

My friends, I have a terrible confession to make. Yes, it is true, my 15 year old Reddit account was identified by using a doxxing website that lists a history of all emails and passwords that have been leaked in illegal data breaches. A post last night was made on the snark subreddit by the person who obtained this information. With Reddit's help this person was able to disseminate this illegally and maliciously obtained information to a community whose sole purpose is to harass me, my family and my employees.

In doing so, some terrible revelations were made.

1. Yes, my account username "pedo_troll" made a few bizzare and edgy attempts at being funny. It was common on Reddit 15 years ago to create a thematically named troll account to post silly things from. The method was to have redditors read something crazy then check the username and realize it was a goof. (You can see evidence of this on most of the posts made "in character") . These troll stories include antecdotes that clearly never happened, including a story that references my children, who were born 10 years later. Further evidence of this is simply that I was self promoting my YouTube channel while doing these parody posts; I knew I was personally identifiable the entire time. I was trying to be funny so people would look at my account and discover my YouTube channel. I was not ashamed of it then and I am not ashamed of it now. Enbarsssed? Yes. On par with cringing at my old YouTube videos.

2. Yes there are a few posts of me "being a Zionist Jewish supremacist" which includes me mostly arguing with someone calling Israel Nazi Germany.

In totality about 95% of the posts were about StarCraft 2 or self promoting my YouTube channel. I have nothing to hide and nothing to apologize for. And remember folks, joking about pedophilia is not the same as having it on your computer.

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

true and correct screenshot of Ethan's Instagram post addressing the situation is below:

89.    **Claims the H3Snark Mods made About Ethan's Mental Health:** The H3Snark Mods continuously try to claim Ethan is mentally unwell – even creating a megathread on the topic. Dkt. No. 8, fns. 106, 151, 169, 237. In online circles, this is called "concern trolling" – *i.e.*, undermining criticisms under the guise of concern. The H3Snark Mods megathread on Ethan's mental health is replete with links – not to TEI content that exhibit such behavior – but content created by individuals clearly hostile and antagonistic to Ethan and/or posts on r/H3Snark. Further, the megathread traffics in more false conspiracy theories, such as: (1) that Ethan presented "manipulated evidence" to support that the call to DCFS was fraudulent; and (2) that Ethan is self-medicating as a way to attribute his ticks from Tourette's to cocaine abuse.[154] Far from demonstrating genuine concern, the H3Snark Mods further antagonized us by dismissing our public criticism of their conduct as mental illness. This tactic is called "crazy-making," where victims are portrayed as irrational or unstable for speaking out about abuse, effectively silencing them.

90.    **We Would Read the H3Snark Mods Declarations to Humiliate Them**: The H3Snark Mods claim that we would read their declarations to publicly humiliate them. Dkt. No. 8, ¶¶ 95, 165, 242, 295. This is false. Even before we read the H3Snark Mods' declarations, we made the decision to not publicly discuss the contents of their declarations or the Motion and have not done so.

**FINAL THOUGHTS WE WISH TO SHARE WITH THE COURT**

91.    We sincerely hope that we demonstrated to this Court that the H3Snark Mods' Motion and declarations should not be taken at face value. Rather, we hope we have shown that they have treated their Motion and declarations like r/H3Snark. By forcing us to play whack-a-mole to address and refute countless assertions against us, they have now used the judicial process to continue their abuse and harassment of us.

92.    We believe that the H3Snark Mods hold us to a double standard. When they speak about us, it is innocent "criticism." When we respond to and address their "criticism," it is

[154] https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_rh3snark/

"harassment," "abuse," and "threats" or that we are "mentally unwell."

93.     The H3Snark Mods counterfactual narrative is to paint themselves as victims when they are the victimizers. Due to the repeated abuse, harassment and falsehoods the H3Snark Mods have directed at us, our lives are forever changed. We are no longer comfortable appearing in public – not just for our safety – but we have been repeatedly confronted by complete strangers claiming we advocate and participate in the genocide of Palestinians.[155] Due to the constant threats we have received, we are both seeking concealed carry permits to defend ourselves and our children. We no longer do live events out of fear for our safety and the safety of our employees. Our employees have also suffered significantly – being constantly accused of working for advocates and participants in genocide and one being falsely reported to ICE. We have lost many relationships (both personal and professional) due to the false assertions they have spread about us. Our three children have suffered as well – and not just from the DCFS investigation. We are no longer comfortable taking them on play dates – as our presence would threaten the safety of innocent children and their parents. The H3Snark Mods imaginary fears are our daily reality.

94.     We believe Jean-Paul Sarte's words best articulate the situation: "Never believe that anti-Semites are completely unaware of the absurdity of their replies. They know that their remarks are frivolous, open to challenge. But they are amusing themselves, for it is their adversary who is obligated to use words responsibly, since he believes in words. The anti-Semites have the right to play. They even like to play with discourse for, by giving ridiculous reasons, they discredit the seriousness of their interlocutors. They delight in acting in bad faith, since they seek not to persuade by sound argument but to intimidate and disconcert. If you press them to closely, they will abruptly fall silent, loftily indicating by some phrase that the time for argument is past."

We declare under penalty of perjury that the contents of this declaration are true and correct.

Executed this 20th day of October 2025 in Los Angeles, California.

_____                    _____
Ethan Klein                                                              Hila Klein

[155] https://www.instagram.com/reel/DL82XmUxHHP/?igsh=MW9mM21wb2QzMDU3cg%3D%3D ; https://vt.tiktok.com/ZSUp1A1e9/

"harassment," "abuse," and "threats" or that we are "mentally unwell."

93.     The H3Snark Mods counterfactual narrative is to paint themselves as victims when they are the victimizers. Due to the repeated abuse, harassment and falsehoods the H3Snark Mods have directed at us, our lives are forever changed. We are no longer comfortable appearing in public – not just for our safety – but we have been repeatedly confronted by complete strangers claiming we advocate and participate in the genocide of Palestinians.[155] Due to the constant threats we have received, we are both seeking concealed carry permits to defend ourselves and our children. We no longer do live events out of fear for our safety and the safety of our employees. Our employees have also suffered significantly – being constantly accused of working for advocates and participants in genocide and one being falsely reported to ICE. We have lost many relationships (both personal and professional) due to the false assertions they have spread about us. Our three children have suffered as well – and not just from the DCFS investigation. We are no longer comfortable taking them on play dates – as our presence would threaten the safety of innocent children and their parents. The H3Snark Mods imaginary fears are our daily reality.

94.     We believe Jean-Paul Sarte's words best articulate the situation: "Never believe that anti-Semites are completely unaware of the absurdity of their replies. They know that their remarks are frivolous, open to challenge. But they are amusing themselves, for it is their adversary who is obligated to use words responsibly, since he believes in words. The anti-Semites have the right to play. They even like to play with discourse for, by giving ridiculous reasons, they discredit the seriousness of their interlocutors. They delight in acting in bad faith, since they seek not to persuade by sound argument but to intimidate and disconcert. If you press them to closely, they will abruptly fall silent, loftily indicating by some phrase that the time for argument is past."

We declare under penalty of perjury that the contents of this declaration are true and correct.

Executed this 20th day of October 2025 in Los Angeles, California.

_____                    _____
Ethan Klein                                                              Hila Klein

[155] https://www.instagram.com/reel/DL82XmUxHHP/?igsh=MW9mM21wb2QzMDU3cg%3D%3D ; https://vt.tiktok.com/ZSUp1A1e9/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Doc ID: 12461e114d402bd74c29b51c1cbcaf3397431aa7

# EXHIBIT 69

| Number | Starting Timestamp | Ending Timestmap | Literal Timestamp | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 1 | https://youtu.be/ZSUDHx-1_ww | https://youtu.be/ZSUDHx-1_ww?t=70 | 0:00:00-0:01:10 | 70 | Nuke intro with oppenheimer speech/editing. Followed by brief hasan montage. | Montage (including selection and arrangement and editing, Audio effects |
| 2 | https://youtu.be/ZSUDHx-1_ww?t=75 | https://youtu.be/ZSUDHx-1_ww?t=116 | 0:01:15-0:01:56 | 41 | Ethan discussing why he made the nuke. Discussing having kids, losing weight, pissing off the internet. Includes a Seinfeld edit. | Script, Performance (vocal and visual), Archival Footage, Editing (including selection and arrangement), Audio effects |
| 3 | https://youtu.be/ZSUDHx-1_ww?t=103 | https://youtu.be/ZSUDHx-1_ww?t=149 | 0:01:43-0:02:29 | 11 | Ethan explaining why he made the nuke(That's america music video edit) | Script, Performance (vocal and visual), Archival Footage, Editing (including selection and arrangement) |
| 4 | https://youtu.be/ZSUDHx-1_ww?t=156 | https://youtu.be/ZSUDHx-1_ww?t=167 | 0:02:36-0:02:47 | 11 | Montage of juxtaposing clips of Hasan saying edgy things. | Montage (including selection and arrangement and editing), Performance(vocal and visual) |
| 5 | https://youtu.be/ZSUDHx-1_ww?t=167 | https://youtu.be/ZSUDHx-1_ww?t=181 | 0:02:47-0:03:01 | 14 | Ethan stating "who am I to judge" for edgy jokes | Script, Performance (vocal and visual), Editing (including selection and arrangement), Audio Effects |
| 6 | https://youtu.be/ZSUDHx-1_ww?t=181 | https://youtu.be/ZSUDHx-1_ww?t=191 | 0:03:01-0:03:11 | 10 | Ben Shapiro Seinfeld Edit | Editing (including selection and arrangement) |
| 7 | https://youtu.be/ZSUDHx-1_ww?t=195 | https://youtu.be/ZSUDHx-1_ww?t=210 | 0:03:15-0:03:30 | 15 | Ethan discussing how Hasan presents himself | Script, Performance, Editing (including selection and arrangement) |
| 8 | https://youtu.be/ZSUDHx-1_ww?t=210 | https://youtu.be/ZSUDHx-1_ww?t=253 | 0:03:30-0:04:13 | 43 | Ethan narrating clip about the "inordinate amount of radical hardcore leftists" in chat, followed by clip playing. Edits within clip(e.g. zooming in on Ethan). | Script, Performance (voice only), Editing (including selection and arrangement), Archival Materials |
| 9 | https://youtu.be/ZSUDHx-1_ww?t=293 | https://youtu.be/ZSUDHx-1_ww?t=455 | 0:04:53-0:07:35 | 162 | Ethan showing a montage of Hasan carrying a lot of water for communist war crimes/genocides | Montage (including selection and arrangement and editing), Archival Materials |
| 10 | https://youtu.be/ZSUDHx-1_ww?t=459 | https://youtu.be/ZSUDHx-1_ww?t=513 | 0:07:39-0:08:33 | 54 | Ethan showing articles about Uyghur genocide, juxtaposed with Hasan stating "it's the tourism hour" | Montage (including selection and arrangement and editing), Performance(vocal only) |
| 11 | https://youtu.be/ZSUDHx-1_ww?t=512 | https://youtu.be/ZSUDHx-1_ww?t=583 | 0:08:32-0:09:43 | 71 | Ethan discussing Hasan's lack of political complexities with a juxtaposing clip. Edit in clip includes zooming in on Hasan's camera. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 12 | https://youtu.be/ZSUDHx-1_ww?t=592 | https://youtu.be/ZSUDHx-1_ww?t=606 | 0:09:52-0:10:06 | 14 | Ethan discussing the increase of antisemitic comments following Oct 7 and NBC report playing on screen. | Script, Performance (both vocal and visual), Editing (including selection and arrangement) |
| 13 | https://youtu.be/ZSUDHx-1_ww?t=642 | https://youtu.be/ZSUDHx-1_ww?t=655 | 0:10:42-0:10:55 | 13 | Ethan showing a screen of logs from hasan's chat/discord of them calling him a zionist baby killer. Includes his voice over. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 14 | https://youtu.be/ZSUDHx-1_ww?t=655 | https://youtu.be/ZSUDHx-1_ww?t=686 | 0:10:55-0:11:26 | 31 | Curb your enthusiasm theme edit of Hasan asking other content creators to moderate their chats. Includes zooming in on Hasan's cam. | Montage (including selection and arrangement and editing), Audio Effects |
| 15 | https://youtu.be/ZSUDHx-1_ww?t=686 | https://youtu.be/ZSUDHx-1_ww?t=709 | 0:11:26-0:11:49 | 23 | Ethan what his problem was with Hasan's coverage. | Script, Performance (vocal and visual) |
| 16 | https://youtu.be/ZSUDHx-1_ww?t=712 | https://youtu.be/ZSUDHx-1_ww?t=761 | 0:11:50-0:12:41 | 49 | Leftovers podcast react to oct 7 rally | Archival Footage, Script, Performance (vocal and visual) |
| 17 | https://youtu.be/ZSUDHx-1_ww?t=761 | https://youtu.be/ZSUDHx-1_ww?t=768 | 0:12:41-0:12:48 | 7 | Ethan explaining how Hasan ran defense for Hamas. | Script, Performance (vocal and visual) |
| 18 | https://youtu.be/ZSUDHx-1_ww?t=768 | https://youtu.be/ZSUDHx-1_ww?t=799 | 0:12:48-0:13:19 | 31 | Hasan downplaying sexual violence clip (resistance is not perfect). Followed by several articles regarding sexual violence on oct 7. | Montage (including selection and arrangement and editing), Audio Effects |
| 19 | https://youtu.be/ZSUDHx-1_ww?t=801 | https://youtu.be/ZSUDHx-1_ww?t=861 | 0:13:21-0:14:21 | 60 | Ethan discussing Gaza losses | Script, Performance (vocal and visual) |
| 20 | https://youtu.be/ZSUDHx-1_ww?t=893 | https://youtu.be/ZSUDHx-1_ww?t=939 | 0:14:53-0:15:39 | 46 | Ethan discussing how there's no jews in surrounding countries of Israel | Script, Performance (vocal and visual) |
| 21 | https://youtu.be/ZSUDHx-1_ww?t=939 | https://youtu.be/ZSUDHx-1_ww?t=967 | 0:15:39-0:16:07 | 28 | Ethan voicing over a map of Jewish refugees in the middle east after 1948 | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 22 | https://youtu.be/ZSUDHx-1_ww?t=968 | https://youtu.be/ZSUDHx-1_ww?t=1027 | 0:16:08-0:17:07 | 59 | Ethan discussing antisemitism following 1948 war | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 23 | https://youtu.be/ZSUDHx-1_ww?t=1027 | https://youtu.be/ZSUDHx-1_ww?t=1072 | 0:17:07-0:17:52 | 50 | Ethan voicing over compilation of him supporting palestine. | Script, Performance (vocal only), Montage (including selection, arrangement and editing) and Archival Footage |
| 24 | https://youtu.be/ZSUDHx-1_ww?t=1072 | https://youtu.be/ZSUDHx-1_ww?t=1088 | 0:17:52-0:18:08 | 16 | Ethan voicing over and showing the criticism from chats he has received despite his support for palestine. | Script, Performance (vocal only), Montage (including selection, arrangement and editing) and Archival Footage |
| 25 | https://youtu.be/ZSUDHx-1_ww?t=1107 | https://youtu.be/ZSUDHx-1_ww?t=1160 | 0:18:27-0:19:20 | 53 | Clip edit of guy who confronted Ethan and Hila on the street. Includes neckbeard edits and his face. Includes the guy meeting Hasan., | Montage (including selection and arrangement and editing), Audio Effects, Visual Effects |
| 26 | https://youtu.be/ZSUDHx-1_ww?t=1161 | https://youtu.be/ZSUDHx-1_ww?t=1182 | 0:19:21-0:19:42 | 21 | Ethan stating he doesn't like terrorists, discusses his cohost really liking terrorists. | Script, Performance (vocal and visual) |
| 27 | https://youtu.be/ZSUDHx-1_ww?t=1182 | https://youtu.be/ZSUDHx-1_ww?t=1243 | 0:19:42-0:20:43 | 61 | Hasan Terrorism propoganda support comp | Montage (including selection and arrangement and editing) |
| 28 | https://youtu.be/ZSUDHx-1_ww?t=1244 | https://youtu.be/ZSUDHx-1_ww?t=1252 | 0:20:44-0:20:52 | 8 | Ethan discussing Hasan hiding his power level to funnel in normies | Script, Performance (vocal and visual) |
| 29 | https://youtu.be/ZSUDHx-1_ww?t=1320 | https://youtu.be/ZSUDHx-1_ww?t=1356 | 0:22:00-0:22:36 | 36 | Ethan narrating: "listen to hasan lying to me about how he's a social democrat". Includes a sound bite of hasan discussing hiding his power level. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 30 | https://youtu.be/ZSUDHx-1_ww?t=1359 | https://youtu.be/ZSUDHx-1_ww?t=1360 | 0:22:36-0:22:40 | 4 | Ethan describing hasan as a self described propogandist | Script, Performance(vocal and visual) |
| 31 | https://youtu.be/ZSUDHx-1_ww?t=1369 | https://youtu.be/ZSUDHx-1_ww?t=1377 | 0:22:49-0:22:57 | 8 | Ethan narrating Hasan propogandist clip | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 32 | https://youtu.be/ZSUDHx-1_ww?t=1377 | https://youtu.be/ZSUDHx-1_ww?t=1396 | 0:22:57-0:23:16 | 19 | Ethan stating Hasan was a trojan horse to his community | Script, Performance (vocal and visual), Audio Effects |
| 33 | https://youtu.be/ZSUDHx-1_ww?t=1396 | https://youtu.be/ZSUDHx-1_ww?t=1442 | 0:23:16-0:24:02 | 46 | Hasan liberals compilation | Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 34 | https://youtu.be/ZSUDHx-1_ww?t=1443 | https://youtu.be/ZSUDHx-1_ww?t=1496 | 0:24:03-0:24:56 | 53 | Ethan apologizing for mainstreaming hasan. Discussing how hasan never faced any consequences. | Script, Performance (vocal and visual) |
| 35 | https://youtu.be/ZSUDHx-1_ww?t=1497 | https://youtu.be/ZSUDHx-1_ww?t=1544 | 0:24:57-0:25:44 | 47 | Hasan on tv screens, followed by a nuke dropping. | Script, Performance (vocal and visual), Visual effects and editing |
| 36 | https://youtu.be/ZSUDHx-1_ww?t=1545 | https://youtu.be/ZSUDHx-1_ww?t=1670 | 0:25:45-0:27:50 | | Ethan roleplaying as twitch marketing team. | Script, Performance (vocal and visual) |
| 37 | https://youtu.be/ZSUDHx-1_ww?t=1670 | https://youtu.be/ZSUDHx-1_ww?t=1702 | 0:27:50-0:28:22 | 32 | Hasan walking up to a car and posing with a Russia themed background. Soviet music playing. Followed by Stalin lamenting socialism in 2024 | Montage (including selection, arrangement, special effects and editing) |
| 38 | https://youtu.be/ZSUDHx-1_ww?t=1703 | https://youtu.be/ZSUDHx-1_ww?t=1710 | 0:28:23-0:28:30 | 7 | Ethan discussing hasan's designer dog followed by a clip of hasan reviewing his design dog on youtube | Script, Performance (vocal and visual), Visual Effects, Editing (including selection and arrangement) |
| 39 | https://youtu.be/ZSUDHx-1_ww?t=1713 | https://youtu.be/ZSUDHx-1_ww?t=1813 | 0:28:33-0:30:13 | 100 | Ethan roleplaying as marketing team, discussing how the army is broke and should be using hasan as an advertising mechanism for terrorism. | Script, Performance (vocal and visual), Visual Effects |
| 40 | https://youtu.be/ZSUDHx-1_ww?t=1813 | https://youtu.be/ZSUDHx-1_ww?t=1839 | 0:30:13-0:30:39 | 26 | Ethan discussing where on the political spectrum hasan sits. | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 41 | https://youtu.be/ZSUDHx-1_ww?t=1841 | https://youtu.be/ZSUDHx-1_ww?t=1915 | 0:30:41-0:31:55 | 74 | Ethan discussing houthis | Montage (including selection, arrangement and editing), Visual Effects |
| 42 | https://youtu.be/ZSUDHx-1_ww?t=1916 | https://youtu.be/ZSUDHx-1_ww?t=1949 | 0:31:56-0:32:29 | 33 | Hasan clip regarding Houthi slogan with Houthi music playing. Houthi slogan in english overlayed with zoom in on hasans cam. Followed by seinfeld music edit of houthi slogan being plastered on hasan's wall. | Montage (including selection and arrangement), Visual effects, audio effects |
| 43 | https://youtu.be/ZSUDHx-1_ww?t=1951 | https://youtu.be/ZSUDHx-1_ww?t=1965 | 0:32:31-0:32:45 | 14 | Ethan reacting to Hasan friendliness towards the Houthi movement | Script, Performance (vocal only), Visual Effects |
| 44 | https://youtu.be/ZSUDHx-1_ww?t=1965 | https://youtu.be/ZSUDHx-1_ww?t=2066 | 0:32:45-0:34:26 | 101 | Hasan reacting to houthi music video with NMP and leaving room. Edit in clude zoom in on NMP'S face. Ethan discusses how this is against twitch TOS, and displays the rule on screen. | Script, Performance (vocal only), Editing (including selection, arrangement and visual effects) |

| Number | Starting Timestamp | Ending Timestamp | Literal Timestamp | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 45 | https://youtu.be/ZSUDHx-1_ww?t=2094 | https://youtu.be/ZSUDHx-1_ww?t=2120 | 0:34:54–0:35:20 | 26 | Ethan roleplaying as twitch marketing team defending Hasan's actions and suggesting the houthis be put on broadway. | Script, Performance (vocal only), Visual Effects |
| 46 | https://youtu.be/ZSUDHx-1_ww?t=2121 | https://youtu.be/ZSUDHx-1_ww?t=2211 | 0:35:21–0:36:51 | 90 | Clip of hasan defending houthi ship hijacking. Ethan speaks over the clip and refutes Hasan's claim. Ethan claims hasan is lying for the houthis like he's being paid. | Script, Performance (vocal only), Editing (including selection and arrangement), Visual Effects |
| 47 | https://youtu.be/ZSUDHx-1_ww?t=2230 | https://youtu.be/ZSUDHx-1_ww?t=2264 | 0:37:10–0:37:44 | 34 | Ethan speaking over hasan houthi hijacking clip to discuss how disturbing hasan's remarks are regarding wanting jews to flee israel. | Script, Performance (vocal only), Editing (including selection and arrangement), Visual Effects |
| 48 | https://youtu.be/ZSUDHx-1_ww?t=2291 | https://youtu.be/ZSUDHx-1_ww?t=2353 | 0:38:11–0:39:13 | 62 | Ethan derides Hasan making light of someone who had a gun pointed in their face. Ethan discusses how the crew is still missing. Hasan's voice is modified in the clip.Followed by seinfeld cutaway music. The camera then zooms in on NMP's face, a black and white filter is placed, and wind howling can be heard. A screenshot of nmp's eyes are then placed in the background of hasan's room(same background the houthi slogan was placed). | Script, Performance (vocal only), Editing (including selection, arrangement and visual and audio effects) |
| 49 | https://youtu.be/ZSUDHx-1_ww?t=2355 | https://youtu.be/ZSUDHx-1_ww?t=2359 | 0:39:15–0:39:19 | 4 | Ethan discussing how NMP probably did not enjoy being fed terrorist propaganda. | Script, Performance (vocal and visual), Visual Effects |
| 50 | https://youtu.be/ZSUDHx-1_ww?t=2409 | https://youtu.be/ZSUDHx-1_ww?t=2439 | 0:40:09–0:40:39 | 30 | Hasan reacting to houthi music video. Ethan include a zoom in on hasan's face cam as he sips a coke. | Editing (including selection, arrangement and audio effects), Visual Effects |
| 51 | https://youtu.be/ZSUDHx-1_ww?t=2451 | https://youtu.be/ZSUDHx-1_ww?t=2534 | 0:40:51–0:42:14 | 83 | Ethan playing a jewish music video. Edits include a zoom in on hasan speaking about "israel being quiet". Also includes meme edits. | Montage (including selection, arrangement, visual effects, audio effects and editing) |
| 52 | https://youtu.be/ZSUDHx-1_ww?t=2539 | https://youtu.be/ZSUDHx-1_ww?t=2553 | 0:42:19–0:42:33 | 14 | Ethan discussing houthi loufi with clips of him playing | Script, Performance (vocal only), Editing (including selection, arrangement and editing), Visual effects |
| 53 | https://youtu.be/ZSUDHx-1_ww?t=2579 | https://youtu.be/ZSUDHx-1_ww?t=2654 | 0:42:59–0:44:14 | 75 | Ethan discussing how hasan squandered his opportunity to debate a potential houthi terrorist by asking joke questions.Plays clips of the interview with circus music. | Script, Performance (vocal only and visual), Montage (including selection, arrangement, visual and audio effects and editing) |
| 54 | https://youtu.be/ZSUDHx-1_ww?t=2666 | https://youtu.be/ZSUDHx-1_ww?t=2673 | 0:44:26–0:44:33 | 7 | Ethan narrating how hasan is asking an obscene question in his interview with houthi kid | Script, Performance (vocal only) |
| 55 | https://youtu.be/ZSUDHx-1_ww?t=2693 | https://youtu.be/ZSUDHx-1_ww?t=2715 | 0:44:53–0:45:15 | 22 | Ethan narrating, questioning how the houthi kid was able to hang out with the captain of the ship that was kidnapped. | Script, Performance (vocal only) |
| 56 | https://youtu.be/ZSUDHx-1_ww?t=2724 | https://youtu.be/ZSUDHx-1_ww?t=2753 | 0:45:24–0:45:53 | 29 | Zoom in on hasan laughing during interview with houthi kid, followed by Ethan narrating with images of the kidnapped crew members. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 57 | https://youtu.be/ZSUDHx-1_ww?t=2761 | https://youtu.be/ZSUDHx-1_ww?t=2776 | 0:46:01–0:46:16 | 15 | Ethan mocking the kfc in yemen question. | Script, Performance (vocal and visual) |
| 58 | https://youtu.be/ZSUDHx-1_ww?t=2795 | https://youtu.be/ZSUDHx-1_ww?t=2811 | 0:46:35–0:46:51 | 16 | Ethan discussing luffy's flag and the blowback from hasan's interview. | Script, Performance (vocal and visual ), Editing (including selection and arrangement), Visual Effects |
| 59 | https://youtu.be/ZSUDHx-1_ww?t=2811 | https://youtu.be/ZSUDHx-1_ww?t=2860 | 0:46:51–0:47:40 | 49 | Hasan compilation regarding houthi interview, orchestral music playing in background | Montage (including selection, arrangement, audio effects and editing) |
| 60 | https://youtu.be/ZSUDHx-1_ww?t=2864 | https://youtu.be/ZSUDHx-1_ww?t=2875 | 0:47:44–0:47:55 | 11 | Ethan discussing houthi kid's social media | Script, Performance (vocal only) |
| 61 | https://youtu.be/ZSUDHx-1_ww?t=2877 | https://youtu.be/ZSUDHx-1_ww?t=2960 | 0:47:57–0:49:20 | 83 | Ethan displaying houthi kwed's tweets while talking. Ends with a shrine edit of the houthi kid being placed in hasan's room(same place the houthi slogan was placed). | Script, Performance (vocal only), Montage (including selection, arrangement, visual and audio effects and editing) |
| 62 | https://youtu.be/ZSUDHx-1_ww?t=2969 | https://youtu.be/ZSUDHx-1_ww?t=3016 | 0:49:29–0:50:16 | 47 | Ethan discussing bigotry of low expectations with hasan clip displayed on screen. Mocks hasan for defending an antisemitic tweet. Video of ethan editing the photo to make them individual on a pike blatantly more jewish is then shown. | Script, Performance (vocal only), Editing (including selection and arrangement); Visual Effects |
| 63 | https://youtu.be/ZSUDHx-1_ww?t=3031 | https://youtu.be/ZSUDHx-1_ww?t=3047 | 0:50:31–0:50:47 | 16 | Ethan discusses the criticism hasan received for his interview and his reaction | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 64 | https://youtu.be/ZSUDHx-1_ww?t=3070 | https://youtu.be/ZSUDHx-1_ww?t=3203 | 0:51:10–0:53:23 | 133 | Discuses how hasan will deflect criticism to the ongoing genocide in gaza. A compilation is then played of hasan doing so. | Script, Performance (vocal only), Montage (including selection, arrangement, visual and audio effects and editing) |
| 65 | https://youtu.be/ZSUDHx-1_ww?t=3207 | https://youtu.be/ZSUDHx-1_ww?t=3218 | 0:53:27–0:53:38 | 11 | Hasan trying to click yemen on a map. Sound effects on clip added. | Audio effects |
| 66 | https://youtu.be/ZSUDHx-1_ww?t=3220 | https://youtu.be/ZSUDHx-1_ww?t=3232 | 0:53:40–0:53:52 | 12 | Hasan at disneyland. Overlayed text: "Disneyland...during a genocide?! :(" | Script, Performance (vocal only), Visual Effects, Audio effects |
| 67 | https://youtu.be/ZSUDHx-1_ww?t=3238 | https://youtu.be/ZSUDHx-1_ww?t=3251 | 0:53:58–0:54:11 | 13 | Genocide text with ethan speaking gag | Script, Performance (vocal only), Visual Effects, Audio effects |
| 68 | https://youtu.be/ZSUDHx-1_ww?t=3256 | https://youtu.be/ZSUDHx-1_ww?t=3278 | 0:54:16–0:54:38 | 22 | Ethan discussing Anne Frank, followed by images of tweets from houthi kid | Script, Performance (vocal and visual), Visual Effects, Montage (including selection, arrangement and editing) |
| 69 | https://youtu.be/ZSUDHx-1_ww?t=3278 | https://youtu.be/ZSUDHx-1_ww?t=3333 | 0:54:38–0:55:33 | 55 | Ethan roleplaying as twitch marketing team. Goes on to describe hasan's work as terrorist propoganda,. | Script, Performance (vocal and visual), Visual Effects |
| 70 | https://youtu.be/ZSUDHx-1_ww?t=3337 | https://youtu.be/ZSUDHx-1_ww?t=3350 | 0:55:37–0:55:50 | 13 | Ethan critiquing hasan's interviewing skills. Goes on to introduce hezbollah | Script, Performance (vocal and visual and Visual Effects |
| 71 | https://youtu.be/ZSUDHx-1_ww?t=3350 | https://youtu.be/ZSUDHx-1_ww?t=3386 | 0:55:50–0:56:26 | 36 | Ethan discussing hezbollah images of hezbollah attacks displayed on screen. | Script, Performance (vocal only), Montage (including selection, arrangement and editing) |
| 72 | https://youtu.be/ZSUDHx-1_ww?t=3385 | https://youtu.be/ZSUDHx-1_ww?t=3400 | 0:56:25–0:56:40 | 15 | Ethan discussing how hezbollah is a designated terrorist group | Script, Performance (vocal and visual) Visual Effects |
| 73 | https://youtu.be/ZSUDHx-1_ww?t=3419 | https://youtu.be/ZSUDHx-1_ww?t=3588 | 0:56:59–0:59:48 | 169 | Ethan discussing nasrallah interlayed with hasan saying he has no problem with hezballah. Includes edited clips of hasan lauding nasrallah. | Script, Performance (vocal only), Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 74 | https://youtu.be/ZSUDHx-1_ww?t=3595 | https://youtu.be/ZSUDHx-1_ww?t=3600 | 0:59:55–1:00:00 | 5 | Edit of hasan defending hezbollah. Text on screen says "checkmate". | Script, Performance (vocal only), Visual effects and editing) |
| 75 | https://youtu.be/ZSUDHx-1_ww?t=3630 | https://youtu.be/ZSUDHx-1_ww?t=3635 | 1:00:30–1:00:35 | 5 | Ethan remarking on hasan giving an unfair criticism | Script, Performance (vocal only) |
| 76 | https://youtu.be/ZSUDHx-1_ww?t=3635 | https://youtu.be/ZSUDHx-1_ww?t=3652 | 1:00:35–1:00:52 | 17 | Ethan discussing how hezbollah launched rockets into israel after oct 7 | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 77 | https://youtu.be/ZSUDHx-1_ww?t=3653 | https://youtu.be/ZSUDHx-1_ww?t=3675 | 1:00:53–1:01:15 | 22 | Edit of gears turning on hasan's head with ai hasan voice playing. | Script, Visual and Audio Effects |
| 78 | https://youtu.be/ZSUDHx-1_ww?t=3675 | https://youtu.be/ZSUDHx-1_ww?t=3705 | 1:01:15–1:01:45 | 30 | Ethan speaking over a muted hasan clip of him and nmp talking. Discusses how hasan is dedicated to pleasing his radical audience. | Script, Performance (vocal and visual), Visual Effects |
| 79 | https://youtu.be/ZSUDHx-1_ww?t=3704 | https://youtu.be/ZSUDHx-1_ww?t=3936 | 1:01:44–1:05:36 | 232 | Ethan introducing hamas, discussing how hasan defends hamas. Ethan narrates a clip hasan is reacting to of an older women being told to say "wave back" by hamas soldiers. Edits include zoom ins on hasan's cam. Ethan goes on to play headlines describing sexual violence on oct 7 | Script, Performance (vocal only), Visual Effects, Montage (including selection, arrangement and editing) |
| 80 | https://youtu.be/ZSUDHx-1_ww?t=3937 | https://youtu.be/ZSUDHx-1_ww?t=3956 | 1:05:37–1:05:56 | 19 | Ethan discussing hamas propaganda hasan has played on screen | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 81 | https://youtu.be/ZSUDHx-1_ww?t=3958 | https://youtu.be/ZSUDHx-1_ww?t=4040 | 1:05:58–1:07:20 | 82 | Ethan narrating hasan discussing the home made hamas sniper rifles. Includes an anime edit of hasan's face. Ethan then plays the clip to wait for him to offer any commentary on the video. Ethan plays music as he waits and places a timer on screen. Add sounds effects to hasan eating. | Script, Performance (vocal only), Visual and Audio effects, Editing (including selection and arrangement) |
| 82 | https://youtu.be/ZSUDHx-1_ww?t=4051 | https://youtu.be/ZSUDHx-1_ww?t=4101 | 1:07:31–1:08:21 | 50 | Ethan voicing over hasan clip of hamas snipers where he explains why he's showing it. Ethan then plays the clip and has a text overlayed stating "The reason i'm showing you Hamas propaganda." Followed by hasan's points listed out(e.g. manifest destiny). | Script, Performance (vocal only), Visual and Audio effects |

| Number | Starting Timestamp | Ending Timestmap | Literal Timestamp | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 83 | https://youtu.be/ZSUDHx-1_ww?t=4101 | https://youtu.be/ZSUDHx-1_ww?t=4112 | 1:08:21–1:08:32 | 11 | Ethan introducing hasan denying sexual violence on oct 7 | Script, Performance (vocal and visual), Visual Effects |
| 84 | https://youtu.be/ZSUDHx-1_ww?t=4116 | https://youtu.be/ZSUDHx-1_ww?t=4199 | 1:08:36–1:09:59 | 83 | Compilation of hasan denying sexual violence on oct 7. Classical music playing. Hasan's camera zoomed in on. Several other sound edits. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 85 | https://youtu.be/ZSUDHx-1_ww?t=4227 | https://youtu.be/ZSUDHx-1_ww?t=4308 | 1:10:27–1:11:48 | 81 | news report clip from victim with edit of hasan saying "it doesn't matter if rapes happened". ethan goes on to discuss the testimonies and how people like hasan prolong the conflict. Hasan's face with his hands up after saying "god forbid you throw up the green hamas banner" is then placed as an image of hasan's room along side the houthi slogan. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 86 | https://youtu.be/ZSUDHx-1_ww?t=4312 | https://youtu.be/ZSUDHx-1_ww?t=4318 | 1:11:52–1:11:58 | 6 | Ethan discussing twitch tv. Introducing it as another terrorist org. | Script, Performance (vocal and visual), Visual Effects |
| 87 | https://youtu.be/ZSUDHx-1_ww?t=4318 | https://youtu.be/ZSUDHx-1_ww?t=4327 | 1:11:58–1:12:07 | 9 | Dead or alive posters of terrorists, including Dan clancy | Script, Performance (vocal only), Visual and Audio Effects, Editing (including selection and arrangement) |
| 88 | https://youtu.be/ZSUDHx-1_ww?t=4326 | https://youtu.be/ZSUDHx-1_ww?t=4371 | 1:12:06–1:12:51 | 45 | Ethan explaining why he called twitch a terrorist org, and why Clancy is a bad ceo. | Script, Performance (vocal and visual), Visual Effects, Editing (including selection and arrangement) |
| 89 | https://youtu.be/ZSUDHx-1_ww?t=4371 | https://youtu.be/ZSUDHx-1_ww?t=4415 | 1:12:51–1:13:35 | 44 | Ethan reading an excerpt and discussing how much Clancy likes hasan. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 90 | https://youtu.be/ZSUDHx-1_ww?t=4446 | https://youtu.be/ZSUDHx-1_ww?t=4465 | 1:14:06–1:14:25 | 19 | Ethan discussing the Clancy birthday clip | Montage (including selection and Visual ), Editing (including selection and arrangement) |
| 91 | https://youtu.be/ZSUDHx-1_ww?t=4488 | https://youtu.be/ZSUDHx-1_ww?t=4534 | 1:14:48–1:15:34 | 46 | Sad edit of clancy scrolling through twitch clips of booby streamers | Montage (including selection, arrangement, visual and audio effects, editing) |
| 92 | https://youtu.be/ZSUDHx-1_ww?t=4540 | https://youtu.be/ZSUDHx-1_ww?t=4545 | 1:15:40–1:15:45 | 5 | Zoom in of Clancy pulling up a booby streamer from his phone | Visual and Audio Effects |
| 93 | https://youtu.be/ZSUDHx-1_ww?t=4548 | https://youtu.be/ZSUDHx-1_ww?t=4592 | 1:15:48–1:16:32 | 44 | Ethan discussing how embarassing Clancy is for bringing up girls twice on stream | Script, Performance (vocal and visual), Visual Effects |
| 94 | https://youtu.be/ZSUDHx-1_ww?t=4593 | https://youtu.be/ZSUDHx-1_ww?t=4594 | 1:16:33–1:16:34 | 1 | Ethan introduces frogan | Script, Performance (vocal and visual), Editing |
| 95 | https://youtu.be/ZSUDHx-1_ww?t=4598 | https://youtu.be/ZSUDHx-1_ww?t=4637 | 1:16:38–1:17:17 | 39 | Ethan frogan overlayed with clips of her and logs. Ethan discusses what a bad person she is then discusses how she derided ludwig for donating $10k to a charity. | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 96 | https://youtu.be/ZSUDHx-1_ww?t=4725 | https://youtu.be/ZSUDHx-1_ww?t=4742 | 1:18:45–1:19:02 | 17 | Ethan voice over of how bad frogan is. | Script, Performance (vocal only), Editing(Including Selection and arrangement) |
| 97 | https://youtu.be/ZSUDHx-1_ww?t=4765 | https://youtu.be/ZSUDHx-1_ww?t=4772 | 1:19:25–1:19:32 | 7 | Ethan discussing frogan's veterans clip | Script, Performance (vocal only) |
| 98 | https://youtu.be/ZSUDHx-1_ww?t=4807 | https://youtu.be/ZSUDHx-1_ww?t=4822 | 1:20:07–1:20:22 | 15 | Ethan discussing how frogan received no punishment for her veteran clip | Script, Performance (vocal only), Editing(Including Selection and arrangement) |
| 99 | https://youtu.be/ZSUDHx-1_ww?t=4843 | https://youtu.be/ZSUDHx-1_ww?t=4935 | 1:20:43–1:22:15 | 92 | Frogan 9/11 baking stream clip, text on screen says 'Twitch won't do shit.' Ethan then shows frogan tweets with snow over. Ethan then shows families calling into news stations on oct 7 with the frogan tweet overlayed. | Montage (including selection, arrangement, visual effects, audio effects, and editing), Performance(Vocal only), Script |
| 100 | https://youtu.be/ZSUDHx-1_ww?t=4935 | https://youtu.be/ZSUDHx-1_ww?t=5063 | 1:22:15–1:24:23 | 128 | Ethan discussing twitch protecting frogan and getting awards. Discusses racial tier list panel. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects |
| 101 | https://youtu.be/ZSUDHx-1_ww?t=5102 | https://youtu.be/ZSUDHx-1_ww?t=5130 | 1:25:02–1:25:30 | 28 | Ethan discussing hummus in israel | Script, Performance (vocal and visual), Archival Materials, Editing (including selection and arrangement), |
| 102 | https://youtu.be/ZSUDHx-1_ww?t=5133 | https://youtu.be/ZSUDHx-1_ww?t=5179 | 1:25:33–1:26:19 | 46 | Ethan discussing hummus in israel. Goes back to racial tier list. | Script, Performance (vocal only), Archival Materials, Editing (including selection, visual effects, audio effects, and arrangement) |
| 103 | https://youtu.be/ZSUDHx-1_ww?t=5212 | https://youtu.be/ZSUDHx-1_ww?t=5334 | 1:26:52–1:28:54 | 122 | Ethan discussing the racial tier list. | Script, Performance (vocal and visual), Editing (including selection and arrangement), visual effects |
| 104 | https://youtu.be/ZSUDHx-1_ww?t=5345 | https://youtu.be/ZSUDHx-1_ww?t=5376 | 1:29:05–1:29:36 | 31 | Ethan discussing the questions Clancy  got on stream following the panel. | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 105 | https://youtu.be/ZSUDHx-1_ww?t=5376 | https://youtu.be/ZSUDHx-1_ww?t=5408 | 1:29:36–1:30:08 | 32 | Ethan introducing israel twitch ban | Script, Performance (vocal and visual), Visual Effects |
| 106 | https://youtu.be/ZSUDHx-1_ww?t=5408 | https://youtu.be/ZSUDHx-1_ww?t=5521 | 1:30:08–1:32:01 | 113 | Ethan narrating a video from a top israel streamer following his ban. Describes the whole situation with clips and photos. Ethan goes on to discuss the sign up error which israelies saw. | Script, Performance (vocal and visual), Montage (including selection, arrangement and editing), Visual Effects |
| 107 | https://youtu.be/ZSUDHx-1_ww?t=5526 | https://youtu.be/ZSUDHx-1_ww?t=5540 | 1:32:06–1:32:20 | 14 | Ethan discussing how streams, houthi kid, and fresh and fit got unbanned | Script, Performance (vocal and visual), Editing (including selection and arrangement), visual effects |
| 108 | https://youtu.be/ZSUDHx-1_ww?t=5564 | https://youtu.be/ZSUDHx-1_ww?t=5580 | 1:32:44–1:33:00 | 16 | Ethan discussing how all three of the above accounts were eventually rebanned | Script, Performance (vocal only), Editing(including selection and arrangement) |
| 109 | https://youtu.be/ZSUDHx-1_ww?t=5579 | https://youtu.be/ZSUDHx-1_ww?t=5742 | 1:32:59–1:35:42 | 163 | Ethan discusses the head of policy and community guidelines and a few other twitch staff being antisemitic. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects |
| 110 | https://youtu.be/ZSUDHx-1_ww?t=5761 | https://youtu.be/ZSUDHx-1_ww?t=5870 | 1:36:01–1:37:50 | 109 | Hasan inbred compilation with music and various clips | Montage (including selection, arrangement, audio effects, visual effects, and editing), Script, Performance( Vocal and Visual), Visual Effects |
| 111 | https://youtu.be/ZSUDHx-1_ww?t=5870 | https://youtu.be/ZSUDHx-1_ww?t=5968 | 1:37:50–1:39:28 | 98 | Ethan discussing how Hasan has never gotten banned for various reasons including threatening a sitting US politican. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects, Audio Effects |
| 112 | https://youtu.be/ZSUDHx-1_ww?t=5972 | https://youtu.be/ZSUDHx-1_ww?t=6026 | 1:39:32–1:40:26 | 54 | Compilation of twitch streamers threatening violence overlayed with music | Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 113 | https://youtu.be/ZSUDHx-1_ww?t=6026 | https://youtu.be/ZSUDHx-1_ww?t=6120 | 1:40:26–1:42:00 | 11 | Ethan discussing why he made the video | Editing(including selectgion and arrangement) |
| | | | | 4927 | | |

| Column 1 | Total(seconds) | | | |
|---|---|---|---|---|
| Total length of video | 6125 | | | |
| Timestamps Grand total | 4927 | | | |
| Difference | 1198 | | | |

# EXHIBIT 70





**Chats**

Chat channels  Group

Threads

Discover Chat Channels

H3Snark Chat ✨
r/h3snark                2:10 PM

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

😂 8

**iberico_ham** 2:09 PM
"Mandatory service" I swear I read stores of people dodging

---

MEGATHREAD: The H3 Show...    Reddit Chat    Reddit Chat

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels  Group

Threads

Discover Chat Channels

H3Snark Chat ✨            1:52 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**supernellie1** 1:00 PM
He hallucinated frogan crying

**lorralorralarfs** 1:00 PM
oh jesus this already sounds bad

**iberico_ham** 1:00 PM
Literal fucking idiot ethan Klein everybody.
⬆ 2

**whitewitch_moth** 1:00 PM
Fighting the demons in his head

---

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels  Group

Threads

Discover Chat Channels

H3Snark Chat ✨            2:57 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**bipolo** 2:57 PM
I am disassociating so hard
⬆ 4

1 reply

**OkZone6904** 2:57 PM
Israel purposefully places their young soldiers to accompany the birthright groups in hopes of them getting together.

Ethan is acting like he did something special by picking up his mailed order terrorist bride.
⬆ 10

**Leikorini** 3:23 PM
HIS MOUTH SMACKING OMFGGG I WANNA BREAK MY PHONE
😂 2

**Reasonable_Worry_319** 3:23 PM
Unreal

**BewareOfGrom** 3:23 PM
This is the wildest thing to ask chatgpt

**Leikorini** 3:23 PM
HES A BIG FAT PIG

**sodiepoppapi** 2:29 PM
There's some Hebrew in chat, you just know that text is the wildest shit you ever heard after translating it



**Chats**

Chat channels ⊗   Group ⊗

← Threads >

🧭 Discover Chat Channels >

H3Snark Chat ✨   1:56 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

i don't like when hila tells me what i didn't learn in school

**ketamine_hater** 1:14 PM
snark has already reclaimed honk SNOO

**Heady_Sherb** 1:14 PM
all they taught hila in school was how to throw trash at brown people

😮 1

**OutlandishnessSea488** 1:14 PM

---

**Chats**

Chat channels ⊗   Group ⊗

← Threads

🧭 Discover Chat Channels

H3Snark Chat ✨   2:14 PM

**H3Snark Chat** ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

**Independent_End7118** 2:14 PM

**r33chard** 2:14 PM
we get it Ethan someone was mean to you. can we move on now?

**basedtransgirl** 2:14 PM
She served her duty to her illegal colony

---

**Chats**

Chat channels ⊗   Group ⊗

← Threads >

🧭 Discover Chat Channels >

H3Snark Chat ✨   2:15 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

**Lopsided-Letter-4806** 2:15 PM
What did Hila do exactly? They should tell us

**relativajim** 2:15 PM
Message may contain sensitive content

**TheEveningDragon** 2:15 PM
She literally volunteered to do combat lmao

**basedtransgirl** 2:15 PM
Hila doesn't believe Palestinians are human. I doubt Ethan does also.

🔺 1

**marswyd** 2:15 PM
as opposed to killing poor minorities



**Chats**

Chat channels ✕   Group ✕

← Threads

🐇 Discover Chat Channels

H3Snark Chat ✨
r/h3snark
🕐 Recently visited                    2:16 PM

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...    ✕

**iberico_ham** 2:15 PM
Paying taxes*

**corpsecutie** 2:15 PM
the colonizers have been in war with the native people.. see how dumb that sounds

**relativajim** 2:15 PM
This is so fucking gross

**Impossible-Truth689** 2:15 PM

---

**Chats**

Chat channels ✕   Group ✕

← Threads

🐇 Discover Chat Channels

H3Snark Chat ✨
r/h3snark
🕐 Recently visited                    2:16 PM

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...    ✕

I'm not Israeli, I don't have to thank the military for their service to someone else

**Reasonable_Worry_319** 2:16 PM

⬆ 2

**Dramatic_Werewolf819** 2:16 PM
I want her to say she was just following orders so bad

---

hreads  ›

scover Chat Channels  ›

snark Live Chat 🎉        1:16 PM
3snark
Recently visited

**H3snark Live Chat 🎉**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**MolassesWild8481** 1:16 PM
Notice how Ethan stopped trashing on right wingers more after his feud with hasan

⬆ 1

**Impossible-Truth689** 1:16 PM

**Everyonesecond** 1:16 PM
Hila wining ohhhh my god

**Unequivocally_Maybe** 1:16 PM
Ethan has a locked box full of crew spines. Thats the only reason I can think of the excuse the wormy, spineless shit I am hearing



**Screenshot 1:**

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

Chats

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨   2:16 PM
r/h3snark
🕐 Recently visited

H3Snark Chat ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

**Betyouknowme** 2:16 PM
I wish they would stop calling it a fucking WAR

**SeaComprehensive2499** 2:16 PM
omg

**Slight-Potential-717** 2:16 PM
fucking idiot

**Leikorini** 2:16 PM
Hila always looks so happy posing with a giant gun <33333

**Ilmuzical** 2:16 PM
what about the Palestinians being born in their own fucking country Jesus

**Screenshot 2:**

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

Chats

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨   2:17 PM
r/h3snark
🕐 Recently visited

H3Snark Chat ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

**Ketamine_nater** 2:16 PM
ya they are literally war criminals
⬆ 1

**graveyardtombstone** 2:16 PM
u r not a hero for being in the military🫠
⬆ 7

**supernellie1** 2:17 PM
She was born hating Palestinians so there's no way she cab change 😊

**Screenshot 3:**

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

Chats

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H... ✕

**Veg_n** 2:21 PM
sounds like insecurity to me

**OkZone6904** 2:21 PM
Hila might just be the most vile human in history

**telesterion** 3:06 PM
I really want like Chapo Trap House to rip apart Ethan
⬆ 7

🐶 2 replies

Felix goes easy on Twitter

**Screenshot 4:**

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

Chats

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨   3:03 PM

H3Snark Chat ✨
r/h3snark

Pinned 📎
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from a...

⬆ 1

**Lopsided-Letter-4806** 3:02 PM
Hila doesn't need a draft she'll volunteer
⬆ 4   😂 5





## Screen 1

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels | Group

← Threads

🔍 Discover Chat Channels

H3Snark Chat ✨
r/h3snark

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

what

**bipolo** 4:00 PM
Idk how AB can sleep at night I mean damn

⬆ 7

**asteroidorion** 4:00 PM

## Screen 2

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels ✕ | Group ✕

← Threads

🔍 Discover Chat Channels

H3Snark Chat ✨ 4:13 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**marswyd** 4:13 PM
american foreign policy was/still is ATROCIOUS

**Hawkelt** 4:13 PM
AB has brain damage I stg

⬆ 3

**sumiiko** 4:13 PM
AB

## Screen 3

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

Chats

Chat channels ✕ | Group ✕

← Threads

🔍 Discover Chat Channels

H3Snark Chat ✨ 3:29 PM

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**pennymarsx** 3:29 PM
they never argue with rational ppl it's always like bigots so he has an easy lay up. irritating😊

**Leikorini** 3:29 PM
If I were ABs Lebanese family I would be so disappointed in him

⬆ 10

**bluebell** 3:29 PM

## Screen 4

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels ✕ | Group ✕

← Threads

🔍 Discover Chat Channels

H3Snark Chat ✨ 3:04 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**PearlUnicorn** 3:03 PM
When anyone says "that would never happen" I cringe and remember 2020

⬆ 3

**EMMAzingly-** 3:03 PM
Zack is smelly like wet dog

🍪 5

💬 1 reply

**BobFromTekken** 3:03 PM
Ian gone?

## Screen 5

chat.reddit.com/room/!1AF-i3zfQj25kJuxO3Orxg%3Areddit.com

**Chats**

Chat channels ✕ | Group ✕

← Threads

**H3Snark Chat** ✨
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

Ethan never gets consent from fecal matter, something to think about

**SeaComprehensive2499** 2:10 PM
crew is so annoying and gross fuck them



## Chats

### Threads

🔭 Discover Chat Channels

H3 Snark Live Chat 😎          3:07 PM
r/h3snark
🕐 Recently visited

👑 H3 Snark Live Chat 😎
r/h3snark

Pinned 📌
⚠ REMINDER: Sub rules apply in this chat! 👀

HE KNOWS HES A RAPIST

**Reasonable_Worry_319**  3:01 PM
Queer ppl need to stay away from Ethan

**Unequivocally_Maybe**  3:01 PM
No queer person should ever work for H3 again, as a counterpoint. Cam got out, and that's good

🔺 4

iulostavlor12  3:01 PM

## Chats

Chat channels ✕    Group ✕

### Threads

🔭 Discover Chat Channels

H3Snark Chat ✨          2:11 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...  ✕

why aren't they clapping for Hila's middle finger??

**bipolo**  2:11 PM
Pretty similar to Ethan....

**iberico_ham**  2:11 PM
Ab omg. He needs to stop the Gluck Gluck

**OkZone6904**  2:11 PM
Hila is a terrorist

🔺 4

## Chats

Chat channels ✕    Group ✕

### Threads

🔭 Discover Chat Channels

H3Snark Chat ✨          1:57 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...  ✕

🔺 3    🍪 11

**PearlUnicorn**  1:18 PM

Note 🅝  My wife and I have individual High Yield
Savings accounts, stocks and pay everything with credit
card to get points and just pay them off every month.
Works out for us.

I'm poor I'm dumb I'm not an investor
I'm so fkin poor

🔺 7

**SeaComprehensive2499**  1:18 PM
bro

## Chats

Chat channels ✕    Group ✕

### Threads

🔭 Discover Chat Channels

H3Snark Chat ✨          1:59 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...  ✕

OkZone6904  1:28 PM
I never want to hear the word pussy from Ethan again

🔺 1

**Heady_Sherb**  1:28 PM
fuck cam too

🔺 9

🔺 1 reply



**Chats** ⊕ ⇄ ⌄

← Threads ›

🔭 Discover Chat Channels ›

👑 H3 Snark Live Chat 😎
r/h3snark
🕑 Recently visited    1:19 PM

---

👑 **H3 Snark Live Chat** 😎
r/h3snark

**Pinned** ✍
⚠ REMINDER: Sub rules apply in this chat! 👀

**Spiritual-Skill-412** 1:19 PM
Love: thats really cool 🙂

**bipolo** 1:19 PM
I hope he doesnt

**supernellie1** 1:19 PM
He's never coming back (we hope)

**Unequivocally_Maybe** 1:19 PM
I am still manifesting Ian never returning. He ought never step foot in that dark place again.
⬆ 5

**sarahornejewetts** 1:19 PM
i really hope ian just ghosts LMAO

**SeaComprehensive2499** 1:19 PM
holy shit hila might be the most boring person ever
⬆ 1

**throwawaylove221** 1:19 PM
god imagine having your first vacation and coming back to this shift

shit

**GaddafiDeezNuts** 1:19 PM
I genuinely can't believe they pay Tom ward to ruin their relationships with any potential sponsors
🥴 1

**supernellie1** 1:19 PM
It would be crazy if they never mention Ian again

---



**Chats** ⊕ ⇄ ⌄

Chat channels ✕    Group ✕

← Threads ›

🔭 Discover Chat Channels ›

H3Snark Chat ✨
r/h3snark
🕑 Recently visited    1:59 PM

---

**H3Snark Chat** ✨
r/h3snark                                    ⚙

**Pinned** ✍                                  ✕
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

**aprilorwhatever** 1:27 PM
Thanks everyone! I can't tune in I'm just waiting for them to address it

**g4zerbe4m** 1:27 PM
Avery still kissing Ethan's ass after ni**** fa*** is CRAZY
⬆ 3

**ketamine_hater** 1:27 PM
i feel bad for avery, its embarrassing....

---

**Chats** ⊕ ⇄ ⌄

Chat channels ✕    Group ✕

← Threads ›

🔭 Discover Chat Channels ›

H3Snark Chat ✨
r/h3snark
🕑 Recently visited    2:19 PM

---

**H3Snark Chat** ✨
r/h3snark                                    ⚙

**Pinned** ✍                                  ✕
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...

Ethan: "what does that even mean?"

Did he forget the million times that he has said someone looks like a pdf file or a predator or a creep
⬆ 14

**Hawkelt** 2:19 PM
Avery's the biggest zionist them all based on the moderation
⬆ 1



**Chats**

Chat channels ✕    Group ✕

← Threads

🧭 Discover Chat Channels

H3Snark Chat ✨    1:57 PM
r/h3snark
🕐 Recently visited

---

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...                            ✕

lorralorralarfs 1:18 PM
the clips are gonna be wild later

Nathannnnnnn 1:18 PM

MegaAwesomeNerd 🥽 😈 TAKE IT BACK ETHAN YOU
CAN LITERALLY GET SUED SUPER SUPER EASY IF SOMEONE
CITES THIS VIDEO!!!!

☕ 14

fejrbwebfek 1:18 PM
Please, someone, make it stop!

---

**Chats**

Chat channels ✕    Group ✕

← Threads

🧭 Discover Chat Channels

🎉🏆 20K Snark Chat ✨😍    2:41 PM
r/h3snark
🕐 Recently visited

H3Snark Chat ✨    Sep 13

---

**🎉🏆 20K Snark Chat ✨😍**
r/h3snark

Pinned 📌
SNARK CHAT: To deal with the lagging chat, we are disabling GIFs and images. Please post your images in today's megathread. We hope this ...                            ✕

ilovebeardybears 2:41 PM
why is chat talking about Lana?

Nathannnnnnn 2:41 PM
They make Avery sit in another room to them and he mods the chat and discord

☕ 2

LilPerucho3 2:41 PM
Bootlicking even after all that lmao

**Thread**

Pea

2 replies

---

**Chats**

← Threads

🧭 Discover Chat Channels

H3snark Live Chat 🎉    1:27 PM
r/h3snark
🕐 Recently visited

---

**H3snark Live Chat 🎉**
r/h3snark

fejrbwebfek 1:27 PM
AB embarrassed Ethan by making him yell at him.

⬆ 1    ☕ 1

Affectionate-Age8317 1:27 PM
Ab is w HR

sodiepoppapi 1:27 PM
Someone asked Avery if he has any real friends lmaooooooooooooooooooooooooooo

⬆ 4    ☕ 9

---

**Chats**

Chat channels ✕    Group ✕

← Threads

🧭 Discover Chat Channels

H3Snark Chat ✨    2:19 PM
r/h3snark
🕐 Recently visited

---

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...                            ✕

I take satisfaction in Ethan demonstrating to us all just how deeply bothered he is by this random guy

graveyardtombstone 2:19 PM
75 years of oppression due to fear justifies nothing

JudiciousDrinking 2:19 PM
how many months till he builds a bridge with him

pSyg0n 2:19 PM
I wonder how many times Ethan asked Avery if he could sing the N word around him when listing to Kendrick Lamar





**Chats**

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨ 1:59 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

📌 Pinned
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...   ✕

🔺 3

🥇 **1 reply**

LazyReserve1148 1:27 PM
i never paid attention to the chat or mods when watching who tf is this greasball of a reddit mod dude moderating the chat

😂 3

---

**Chats**

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨ 1:59 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

📌 Pinned
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...   ✕

HeatInThePipe 🏴 Who is Sam?

😂 1

Impossible-Truth689 1:27 PM
What do you call it when you quit but you weren't getting paid?
Anyway when is Avery going to do that

🔺 3

wilste0426 1:27 PM

---

**Chats**

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨ 1:52 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

📌 Pinned
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...   ✕

**SeaComprehensive2499** 1:01 PM
right wing podcast

🔺 7

alistahr 1:01 PM
i can see why she comes up with these trendy looks....

**EMMAzingly-** 1:01 PM

BlizzardWuffy 🚫🌸🌸🌸🌸🌸 did you know that Bin Laden wrote a
haiku one time so he's actually a poet? that's pretty deep and
makes me reconsider him being a bad person
Evan Parsons 🏴 no it wasnt

**SeaComprehensive2499** 1:01 PM
oh fuck zach's annoying ass

---

**Chats**

Chat channels ✕   Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨ 2:19 PM
r/h3snark
🕐 Recently visited

**H3Snark Chat ✨**
r/h3snark

📌 Pinned
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...   ✕

I take satisfaction in Ethan demonstrating to us all just how deeply bothered he is by this random guy

graveyardtombstone 2:19 PM
75 years of oppression due to fear justifies nothing

JudiciousDrinking 2:19 PM
how many months till he builds a bridge with him

pSyg0n 2:19 PM
I wonder how many times Ethan asked Avery if he could sing the N word around him when listing to Kendrick Lamar



**Chats**

Chat channels ✕    Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨
r/h3snark
🕐 Recently visited                    2:04 PM

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...    ✕

🔅 1 reply

**m3m3podcast** 1:56 PM
San polo

⬆ 1

**TheEveningDragon** 1:56 PM
I wonder who owns myradar, wonder if it's the same owners of Waze

**No-Lynx8771** 1:56 PM

---

**Chats**

Chat channels ✕    Group ✕

← Threads

🔭 Discover Chat Channels

H3Snark Chat ✨                          2:04 PM

**H3Snark Chat ✨**
r/h3snark

Pinned 📌
Hello Snarkers! Welcome to our livechat. Please remember that all sub rules apply in chat. Refrain from appearance-based snark, mentioning other H...    ✕

constantly

**BewareOfGrom** 1:56 PM
Sand Polo

**g4zerbe4m** 1:56 PM
I wonder how the sponsors will feel post bin Laden rant lol

---

**Chats**

← Threads

🔭 Discover Chat Channels

👑 H3 Snark Live Chat 😎

**👑 H3 Snark Live Chat 😎**
r/h3snark

Pinned 📌
⚠ REMINDER: Sub rules apply in this chat! 👀

🍩 5

**Betyouknowme** 1:20 PM
Shopify helps you drain fans easily

---

**Chats**

← Threads

🔭 Discover Chat Channels

👑 H3 Snark Live Chat 😎                  1:20 PM
r/h3snark
🕐 Recently visited

**👑 H3 Snark Live Chat 😎**
r/h3snark

Pinned 📌
⚠ REMINDER: Sub rules apply in this chat! 👀

I genuinely can't believe they pay Tom ward to ruin their relationships with any potential sponsors

🍩 2

**supernellie1** 1:19 PM
It would be crazy if they never mention Ian again

**Betyouknowme** 1:19 PM
Shopify is an essential part of the grift



**chat.reddit.com**/room/!nZaiZpdKT2CxtGH2m3LKdA:reddit.com?entrypoint=chat_share&r=%21nZaiZpdKT2CxtGH2m3LKdA%3Areddit.com&...

**H3snark Live Chat** ✨
r/h3snark

Pinned 📌
Snarkers, heads up: After this episode is over, we'll be watching North Star Radio's video on the end of Leftovers over on synctube: https://sync-tube.de/room/r3XlMla_

Hila feels insulted af

**ballgkco** 1:11 PM
fuck me i was watching on yt 😶 gave them money yall 🤦

Not hila waiting for a response

**bipolo** 4:05 PM
Nightmare nightmare nightmare

**sarahornejewetts** MOD 4:05 PM
Snarkers, heads up: After this episode is over, we'll be watching North Star Radio's video on the end of Leftovers over on synctube: https://sync-tube.de/room/r3XlMla_

🦐 3

---

**chat.reddit.com**/room/!L6EOaHqHSm-ZOcEcUM2oLA:reddit.com?entrypoint=chat_share&r=%21L6EOaHqHSm-ZOcEcUM2oLA%3Areddit.com&share_id=95bHg6nzRGgNigmTeX...

**Chats**                    Chat channels ✕   Group ✕
← Threads

**20K Snark Chat** ✨😍
r/h3snark

Ew wtf

**ketamine_hater** 1:28 PM
ethan = infowars

⬆ 10

Thread
Betyc
Oooo
1 reply

---

**chat.reddit.com**/room/!yRY_t5r_Sx2EAAnR2nrGlw%3Areddit.com

**Chats**

← Threads

🔭 **Discover Chat Channels**

**H3snark Live Chat** 🎉          1:17 PM
r/h3snark
🕐 Recently visited

**MolassesWild8481** 1:17 PM
Ethan saying " we love you though" just means he hates you

**h3snarkmodteam** 1:17 PM
🐢🐢🐢 I need help clipping, please clip for the sub 🐢🐢🐢
⬆ 1

**sillyflower888** 1:17 PM
Can't wait for the hypocrisy comparison videos

**CultureOk589** 1:17 PM



Chats

Chat channels    Group

← Threads

🔭 Discover Chat Channels

🎉😍20K Snark Chat ✨😍 3:27 PM
r/h3snark
🕐 Recently visited

H3Snark Chat ✨ Sep 13
r/h3snark
🕐 Recently visited

🎉😍20K Snark Chat ✨😍
r/h3snark

Pinned 📌
SNARK CHAT: To deal with the lagging chat, we are disabling GIFs and images. Please post your images in today's megathread. We hope this ...

breezygetsome 3:26 PM
Pethan is just losing his mind now that we're 20k strong 💪😎 The numbers alone speak loudly to how bad things got for H3

pennymarsx 3:26 PM
the financial support? huh? they're employees...

TheEveningDragon 3:26 PM
we are tbh

Dramatic_Werewolf819 3:26 PM
They're always shadow boxing

Sally_Siren 3:26 PM
HELL YEAH WE ARE BUT DONT CALL US FANS!
🍳 5





**H3snark Live Chat** 🎉
r/h3snark

Pinned 📌
Don't leave the chat after the stream! We're going to group-watch the new Adam McIntyre video! 😎 https://sync-tube.de/room/pqK

H3snark x TP collab...!

☕ 5

**h3snarkmodteam2** MOD 4:12 PM
Don't leave the chat after the stream! We're going to group-watch the new Adam McIntyre video! 😎 https://sync-tube.de/roo

⬆ 10

**Chats**

Chat channels ✕    Group ✕

↩ Threads

🔭 Discover Chat Channels

🎉 😎 20K Snark Chat ✨😎    3:29 PM
r/h3snark
🕐 Recently visited

🎉 **20K Snark Chat** ✨😎
r/h3snark

Pinned 📌
SNARK CHAT: To deal with the lagging chat, we are disabling GIFs and images. Please post your images in today's megathread. We hope this ...    ✕

**r33chard** 3:29 PM
KEEP PROMOTING US ETHAN

**Lopsided-Letter-4806** 3:29 PM
WE GIVE THEM SHIVERS

**sillyflower888** 3:29 PM
They want us to stop watching because they don't want to be called out

⬆ 1

# EXHIBIT 71

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 72

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 73

 Outlook

---

## Re: Legal Request From Ted Entertainment Inc.

**From** Josh Villemarette <josh@skullsunlimited.com>

**Date** Wed 10/1/2025 7:56 AM

**To** Ethan Klein <h3h3productions@gmail.com>; Rom Bar-Nissim <rom@heahbarnissim.com>

**Cc** Daniel Swerdlove <dan@h3h3productions.com>

---

Good morning,

Thank you for reaching out. We can confirm the information below:

- The order in question (Invoice **W135238**) was dated **March 10, 2025**.

- The order listed Ethan Klein and H3H3 Productions as the customer, with shipping to **Los Angeles, CA**.

- The order also listed the email address **h3h3@hotmail.com**.

- On **April 1, 2025**, Ethan's team contacted us after receiving the shipment, expressing concern and questioning how this could have occurred.

- Based on the information provided by Ethan's team, we understood that neither Ethan Klein nor Ted Entertainment Inc. had placed this order. The order appears to have been placed with a VPN an IP address from Malmo, Skåne County, Sweden.

- The order was placed under a **Business Purchase Order**, which would normally have been sent to accounting for review and approval. However, because the **Next Day Air Early AM** shipping option was selected, an automation rule allowed the order to bypass normal payment and verification safeguards. No payment was processed. This automation issue has since been corrected.

We coordinated directly with representatives of Ted Entertainment Inc. to arrange for the return of the skulls, and they were successfully returned to our facility.

Please let me know if you need anything further.

**Josh Villemarette**

●●● Managing Director

● 405.794.9300 ● josh@skullsunlimited.com

**Skulls Unlimited International, Inc.**

10313 S Sunnylane Rd ● Building B Corporate Office

Oklahoma City, OK 73160

**www.skullsunlimited.com** ● **www.skeletonmuseum.com**

**www.midwestbiosupply.com** ● **www.skullcleaning.com**

**Follow Us on Social Media**



 Outlook

---

**Fwd: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove**

---

**From** Daniel Swerdlove <dan@h3h3productions.com>

**Date** Fri 9/26/2025 7:35 PM

**To** Rom Bar-Nissim <rom@heahbarnissim.com>

---------- Forwarded message ---------
From: **Daniel Swerdlove** <dan@h3h3productions.com>
Date: Tue, Apr 8, 2025 at 2:21 PM
Subject: Re: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove
To: Josh Villemarette <josh@skullsunlimited.com>

Hey Josh,

A member of our team is dropping it off at UPS today so it should be on it's way back to you by this evening.

-Dan

On Tue, Apr 8, 2025 at 11:36 AM Josh Villemarette <josh@skullsunlimited.com> wrote:

> Hello Dan,
>
> I wanted to drop a quick follow up to see if you received the return label, and to see if you could provide an update on when we might be able to expect the package to be dropped off at a facility. If it'll helps, we could attempt to schedule a pickup with the carrier.
>
> Thank you,
>
> ## Josh Villemarette
> ••• Managing Director
> • 405.794.9300  •  josh@skullsunlimited.com
> **Skulls Unlimited International, Inc.**
> 10313 S Sunnylane Rd  •  Building B Corporate Office
> Oklahoma City, OK 73160
> **www.skullsunlimited.com  •  www.skeletonmuseum.com**
> **www.midwestbiosupply.com  •  www.skullcleaning.com**
> **Follow Us on Social Media**
>
>    

**From:** Josh Villemarette <josh@skullsunlimited.com>
**Sent:** Friday, April 4, 2025 11:20 AM
**To:** Daniel Swerdlove <dan@h3h3productions.com>
**Subject:** Re: Urgent Follow-Up Regarding Unauthorized Shipment — Attention: Dan Swerdlove

Hey Dan,

Thanks so much for getting back to me — I really appreciate your response, and I'm glad to hear you'll be able to get the skulls sent back. I've attached the return label to this email.

Regarding your concerns — you're absolutely right to ask. We do have policies in place to ensure that all purchase orders are from verified, accredited facilities, and we normally only fulfill them after confirming customer records and account history. In this case, it was an odd mix of factors — a simple oversight by a single employee, and a shipping automation rule that prioritized the order due to the selected Overnight AM delivery method allowing it to skip some of the normal checks and balances, including the verified purchase order check. We've since corrected that issue and adjusted our rulesets to make sure this can't happen again.

Thanks again for your patience and understanding during all this — we completely understand how unsettling the situation was on your end, and we're glad we can move forward. Wishing you the best as you navigate everything going on.

Let us know once the package is on its way or if there's anything else we can do.

Thank you,

## Josh Villemarette
●●● Managing Director
● 405.794.9300  ● josh@skullsunlimited.com
**Skulls Unlimited International, Inc.**
10313 S Sunnylane Rd ● Building B Corporate Office
Oklahoma City, OK 73160
**www.skullsunlimited.com ● www.skeletonmuseum.com**
**www.midwestbiosupply.com ● www.skullcleaning.com**
**Follow Us on Social Media**



---

**From:** Daniel Swerdlove <dan@h3h3productions.com>
**Sent:** Thursday, April 3, 2025 8:03 PM
**To:** Josh Villemarette <josh@skullsunlimited.com>
**Subject:** Re: Urgent Follow-Up Regarding Unauthorized Shipment — Attention: Dan Swerdlove

Hey Josh

Appreciate your understanding that this is an extremely uncomfortable situation that has been thrust upon us- it really was extremely unsettling to have this show up out of the blue. But yes we can ship them back to you- can you issue us a return shipping label? Just to update you on the

status, we did report the incident to the FBI, and we were hanging onto them in case it was needed as evidence, but as of now they have not requested anything like that of us. I'd be happy to get it out of our office since it's pretty creepy to have them sitting in a box at our facility.

I'm still not sure I understand how this could have happened without the exchange of any money- is it really your company's policy to ship something like this to someone without any verifiable payment information? If so I hope this incident has shown the potential for abuse by bad actors and you'll make adjustments to prevent this from happening to others in the future.

Anyhoo- I'll keep an eye out for the shipping label and get these sent back to you ASAP.

-Dan

On Tue, Apr 1, 2025 at 11:22 AM Josh Villemarette <josh@skullsunlimited.com> wrote:
  Good afternoon,

  This message is intended for Dan Swerdlove.

  I wanted to follow up after the voicemail I just left regarding the shipment your production received from our company, which included two human skulls.

  We've been trying to get in touch with your team regarding this matter, as our internal review has confirmed the purchase order was submitted fraudulently by someone not affiliated with H3H3 Productions. We're incredibly sorry this occurred and completely understand how concerning this situation must have been given the current climate surrounding your show. Please understand that this was fulfilled in good faith based on what appeared to be a legitimate request.

  Because of the sensitive nature of these specimens, and to maintain proper documentation and chain of custody, we do need to either have the skulls returned to our facility or receive an update on their current status. If law enforcement is now involved, we're more than willing to cooperate with them directly to resolve this matter appropriately and respectfully.

  Thank you again for your time, and we truly appreciate your help in clearing this up.

  **Josh Villemarette**
  ●●● Managing Director
  ● 405.794.9300 ● josh@skullsunlimited.com
  **Skulls Unlimited International, Inc.**
  10313 S Sunnylane Rd ● Building B Corporate Office
  Oklahoma City, OK 73160
  **www.skullsunlimited.com ● www.skeletonmuseum.com**
  **www.midwestbiosupply.com ● www.skullcleaning.com**
  **Follow Us on Social Media**

    

  --

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

--

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

--

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

# EXHIBIT 74



**County of Los Angeles**
**Department of Children and Family Services**

510 S. Vermont Ave., 10ᵗʰ Floor, Los Angeles, CA 90020
(213) 351-5602

BRANDON T. NICHOLS
Director

Date: 4/9/25

Dear Hila and Ethan Klein:

RE: Referral No. 0186-6724-9318-1006104          Referral Date: 3/3/2025

The investigation of the referral above alleging General neglect (type of abuse and/or neglect) against Ethan and Hila Klein (parent/caregiver alleged to have perpetrated abuse/neglect) has concluded. Effective          , your investigative referral has been closed by this Department. The investigation of child abuse and/or neglect resulted in:

☐ Allegation(s) were deemed substantiated and a          (voluntary or court) case has been opened.

☐ Allegation(s) were deemed substantiated with no case opening. No further action will be taken by the Department.
*Please note that you have a right under WIC 331 to petition the court to open a petition if you are not in agreement with DCFS closing a referral and not opening a case.*

☐ Allegation(s) were deemed inconclusive with no case opening.

☒ Allegation(s) were deemed unfounded with no case opening.

If the Department entered into a Safety Plan agreement with you, this is to advise you that as of          (date) the Structured Decision Making (SDM) Safety Plan is no longer in effect and the agreement is now dissolved.

If an allegation against you for physical abuse, sexual abuse, or severe neglect was substantiated, you will be referred to the Department of Justice for inclusion in the California Child Abuse Central Index (CACI). Inclusion on the CACI could affect employment and other things. If you are referred to CACI, you will receive a separate notice that will include information about how to appeal the substantiated allegation(s) of physical abuse, sexual abuse, or severe neglect.

If you have any questions or concerns regarding this matter, please call me.

Jason Ahn                                   EW22
Children's Social Worker                    File No:

Telephone No: 213-819-5758

*"To Enrich Lives Through Effective and Caring Service"*

# EXHIBIT 75

 **TinEye**



⬆ Upload          Search by image URL                                🔍



# 74 results

TinEye searched **78.2 billion images**

First indexed by TinEye on **June 25, 2017**

☐ Include **8** results **not available**

☐ Show only the **2** results found in **stock**

Best match                                                        ↕

Filter by website



### evweeds.com

**VIEW IMAGE** - 800 x 800, 93.3 kB

**2-2/**

Nov 4, 2019



### stricklandoutdoorservices.com

**VIEW IMAGE** - 300 x 300, 15.8 kB

**www.stricklandoutdoorservices.com/**

Jun 19, 2024



### restaurant.yaacov-webdesign.com

**VIEW IMAGE** - 370 x 372, 112.6 kB

**restaurant.yaacov-webdesign.com/**

Dec 4, 2019

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more                                                        Accept



## evweeds.com

VIEW IMAGE - 300 x 300, 13.4 kB

2-2/

Nov 4, 2019



## akibook.net

VIEW IMAGE - 709 x 653, 47.3 kB

meet-our-team/

Oct 26, 2019



## support.obior.com

VIEW IMAGE - 128 x 128, 36.7 kB

collections/460851-help-with-design

Jun 26, 2019



## khidmahbd.com

VIEW IMAGE - 266 x 266, 109.2 kB

assets/img/

Jun 26, 2019



## pictame.com

VIEW IMAGE - 150 x 150, 5.5 kB

user/successivequotes/followers/446042...

Aug 8, 2019



## smytheinsolvency.com

VIEW IMAGE - 500 x 500, 45.8 kB

about/success-stories/

Nov 25, 2019

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more



**themepack.net**

VIEW IMAGE - 500 x 500, 36.9 kB

aaa/bashori/index.html

May 25, 2019

‹  1 2 3 4 5 6 7 8  ›

SIMILAR IMAGES · SPONSORED

**shutterstock**

SAVE 15%. Use TINEYE15 on Shutterstock.



We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more



© 2025 Idée Inc. TinEye is a registered trademark of Idée Inc.

Made with 🧡 in Canada

idée    ·    Legal    ·    Contact us

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more