ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION TO QUASH PLAINTIFF'S SUBPOENA** |

---

TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO
EXHIBITS IN SUPPORT OF OPPOSITION TO THE DOE DEFENDANTS'
MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that plaintiff/respondent Ted Entertainment, Inc. ("TEI") herby lodges with the Court the following materials in conjunction with its Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. (the "Opposition") of Movants/Defendants Does (the "H3Snark Mods").

    1.    A flash drive containing the following exhibits to Declaration of Rom Bar-Nissim in support of the Opposition:

        a.  **Exhibit 61** – The video entitled *Dear H3 Snark, I see you*

        b.  **Exhibit 64** – The video entitled *Jay Exci vs Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate*

        c.  **Exhibit 65** – The video of the January 31, 2025 broadcast of Kacey Caviness p/k/a Kaceytron that was submitted in the action entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW)

        d.  **Exhibit 66** – The video of the January 31, 2025 broadcast of Morgan Kamal Majed p/k/a Frogan that was submitted in the action entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA)

    2.    The same flash drive contains the following exhibits to the Joint Declaration of Ethan and Hila Klein in support of the Opposition:

        a.  **Exhibit 71** – The TEI video entitled *Responding to hila conspiracy theories – See You Next Tuesday #50*

        b.  **Exhibit 72** – The TEI video entitled *Ethan Needs a Dentist – SNYT #88*

///

///

///

///

///

///

---

1

TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO
EXHIBITS IN SUPPORT OF OPPOSITION TO THE DOE DEFENDANTS'
MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

**PLEAST TAKE FURTHER NOTICE** that TEI shall serve on counsel for the H3Snark Mods either a flash drive identical to that described above or facilitate a file transfer of all of the video exhibits described above based on counsel's preference.

Dated: October 20, 2025                               **HEAH BAR-NISSIM LLP**

                                                By   /s/ ROM BAR-NISSIM
                                                     ROM BAR-NISSIM
                                                     Attorneys for Respondent/Plaintiff Ted
                                                     Entertainment, Inc.