**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**JOINT STIPULATED REQUEST PURSUANT TO CIV. L.R. 6-2 AND 7-12 TO EXTEND THE DEADLINE FOR DOES TO FILE REPLY IN SUPPORT OF THEIR MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Movants/Defendants Does (collectively, the
2   "Does") and Respondent/Plaintiff Ted Entertainment, Inc. ("TEI") hereby jointly request an order
3   extending the time for Does to file their reply ("Reply") in support of their Motion to Quash
4   Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion"), as follows:

5   WHEREAS, on September 22, 2025, the Does initiated the present action by filing their
6   Motion (Dkt. No. 1);

7   WHEREAS, TEI was served with the Motion on September 22, 2025 via email;

8   WHEREAS, pursuant to this Court's September 23, 2025 Order Setting Briefing Schedule
9   (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition") was initially due on October 6,
10  2025;

11  WHEREAS, since August 4, 2025 (i.e., when the subpoenas that are the subject of the
12  Motion were served), counsel for the Does and TEI met and conferred extensively over the Motion;

13  WHEREAS, the original date of compliance for the subpoenas that are the subject of the
14  Motion was September 5, 2025;

15  WHEREAS, as part of the meet and confer process and as a professional courtesy, counsel
16  for TEI granted two requests by counsel for the Does to extend the deadline to file the Motion –
17  first until September 15, 2025 and subsequently to September 22, 2025 – i.e., 17 days total;

18  WHEREAS, as part of the meet and confer process, counsel for the Does and TEI agreed to
19  reciprocate the professional courtesy and grant TEI a reasonable extension to file its Opposition;

20  WHEREAS, on September 23, 2025, counsel for TEI requested from counsel for the Does
21  a one-week extension to file TEI's Opposition (i.e., from October 6, 2025 to October 13, 2025);

22  WHEREAS, counsel for the Does promptly agreed to the request;

23  WHEREAS, on September 24, 2025, the parties filed their first Joint Stipulated Request to
24  Extend the Deadline for Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to
25  Civ. L.R. 6-2 And 7-12 (the "First Stipulation") (Dkt. No. 5);

26  WHEREAS, on September 25, 2025, this Court granted the First Stipulation (Dkt. No. 9);

27  WHEREAS, on October 6, 2025, the parties filed their second Joint Stipulated Request to
28  Extend the Deadline for Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to

1 Civ. L.R. 6-2 And 7-12 (the "Second Stipulation") (Dkt. No. 12);

2 WHEREAS, on October 7, 2025, this Court granted the Second Stipulation (Dkt. No. 13);

3 WHEREAS, on October 20, 2025, TEI filed their Opposition to Doe's Motion (Dkt. Nos.
4 16, 17);

5 WHEREAS, TEI's Opposition contains voluminous material including numerous video
6 exhibits. Does' counsel thus must ensure they are able to thoroughly review TEI's Opposition and
7 supporting evidence before filing their Reply;

8 WHEREAS, the current deadline for Does to file their Reply is October 27, 2025;

9 WHEREAS, Does requested a one-week extension of time to file their Reply to TEI's
10 Opposition, and TEI has agreed;

11 WHEREAS, extending the deadline for Does to file their Reply does not affect any other
12 deadline in the case;

13 WHEREAS, good cause exists to extend Does' deadline to file their Reply to allow adequate
14 time for Does and their counsel to thoroughly review TEI's voluminous evidence;

15 THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their
16 respective attorneys of record, and the parties hereby respectfully request that: (1) this Court grant
17 the stipulation; (2) that Does' deadline to file their Reply to the Motion be extended from October
18 27, 2025 to November 3, 2025; and (3) the Court enter the [proposed] order lodged concurrently
19 herewith.

21 Respectfully Submitted,

22 DATED: October 21, 2025                **KRONENBERGER ROSENFELD, LLP**

24 By: /s/ Leah Rosa Vulić
    Leah Rosa Vulić

25 Attorneys for Movants/Defendants Does

Case No. 3:25-mc-80296-SK 2 **JOINT STIP TO EXTEND DEADLINE FOR DOES TO FILE REPLY ISO MTQ**

DATED: October 21, 2025                     **HEAH BAR-NISSIM LLP**


By:   /s/ Rom Bar-Nissim
              Rom Bar-Nissim

Attorneys for Respondent/Plaintiff Ted Entertainment, Inc.

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 21, 2025                     **KRONENBERGER ROSENFELD, LLP**


By:   /s/ Leah Rosa Vulić
              Leah Rosa Vulić

Attorneys for Movants/Defendants Does