1

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)

2

Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)

3

548 Market St. #85399
San Francisco, CA 94104

4

Telephone: (415) 955-1155

5

Facsimile: (415) 955-1158
karl@kr.law

6

jeff@kr.law
leah@kr.law

7

8

Attorneys for Movants/Defendants Does

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

**IN RE. SUBPOENAS TO REDDIT, INC.**            Case No. 3:25-mc-80296-SK

12

**AND DISCORD, INC.**
(Case No. 2:25-cv-05564-WLH-PD, Pending

13

in Central District of California)

14

15

**DECLARATION OF LEAH ROSA VULIĆ**
**IN SUPPORT OF JOINT STIPULATED**

16

**REQUEST PURSUANT TO CIV. L.R. 6-2**
**AND 7-12 TO EXTEND THE DEADLINE**

17

**FOR DOES TO FILE REPLY IN**
**SUPPORT OF THEIR MOTION TO**

18

**QUASH PLAINTIFF'S SUBPOENAS TO**
**REDDIT, INC. AND DISCORD, INC.**

19

20

21

22

23

24

25

26

27

28

Case No. 3:25-mc-80296-SK                          **DECL OF L. VULIC ISO JOINT STIP TO**
                                                   **EXTEND DL TO FILE REPLY ISO MTQ**

I, Leah Rosa Vulić, do hereby declare:

1.     I am an attorney admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Kronenberger Rosenfeld, LLP, and counsel of record for Movants Doe Defendants in connection with their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2.     On September 22, 2025, the Does initiated the present action by filing their Motion (Dkt. No. 1).

3.     I served TEI with the Motion via its counsel Rom Bar-Nissim on September 22, 2025 via email.

4.     Pursuant to this Court's September 23, 2025 Order Setting Briefing Schedule (Dkt. No. 3), TEI's opposition to the Motion (the "Opposition") was initially due on October 6, 2025.

5.     Since August 4, 2025 (i.e., when the subpoenas that are the subject of the Motion were served), counsel for the Does and TEI met and conferred extensively over the Motion.

6.     The original date of compliance for the subpoenas that are the subject of the Motion was September 5, 2025.

7.     As part of the meet and confer process and as a professional courtesy, counsel for TEI granted two requests by counsel for the Does to extend the deadline to file the Motion – first until September 15, 2025 and subsequently to September 22, 2025 – i.e., 17 days total.

8.     As part of the meet and confer process, counsel for the Does and TEI agreed to reciprocate the professional courtesy and grant TEI a reasonable extension to file its Opposition.

9.     On September 23, 2025, counsel for TEI requested from counsel for the Does a one-week extension to file TEI's Opposition (i.e., from October 6, 2025 to October 13, 2025).

10.     I promptly agreed to the request.

11.     On September 24, 2025, the parties filed their first Joint Stipulated Request to Extend the Deadline for Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to Civ. L.R. 6-2 And 7-12 (the "First Stipulation") (Dkt. No. 5).

12.     On September 25, 2025, this Court granted the First Stipulation (Dkt. No. 9).

Case No. 3:25-mc-80296-SK                     1                **DECL OF L. VULIC ISO JOINT STIP TO EXTEND DL TO FILE REPLY ISO MTQ**

1    13.    On October 6, 2025, the parties filed their second Joint Stipulated Request to Extend

2 the Deadline for Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to Civ.

3 L.R. 6-2 And 7-12 (the "Second Stipulation") (Dkt. No. 12).

4    14.    On October 7, 2025, this Court granted the Second Stipulation (Dkt. No. 13).

5    15.    On October 20, 2025, TEI filed its Opposition to Doe's Motion (Dkt. Nos. 16, 17).

6    16.    TEI's Opposition contains voluminous material including numerous video exhibits.

7 I and my colleagues thus must ensure we are able to thoroughly review TEI's Opposition and

8 supporting evidence before filing Does' Reply.

9    17.    The current deadline for Does to file their Reply is October 27, 2025.

10    18.    On behalf of Does, I requested a one-week extension of time for Does to file their

11 Reply to TEI's Opposition, and TEI has agreed to the extension.

12    19.    Extending the deadline for Does to file their Reply does not affect any other deadline

13 in the case.

14    20.    Good cause exists to extend Does' deadline to file their Reply to allow adequate time

15 for Does and their counsel to thoroughly review TEI's voluminous evidence.

16

17    I declare under penalty of perjury under the laws of the United State of America that the

18 foregoing is true and correct.

19

20 DATED: October 21, 2025                    By:    s/ Leah Rosa Vulić
                                                         Leah Rosa Vulić
21

22

23

24

25

26

27

28

Case No. 3:25-mc-80296-SK                    2           **DECL OF L. VULIC ISO JOINT STIP TO
                                                         EXTEND DL TO FILE REPLY ISO MTQ**

KRONENBERGER ROSENFELD