**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK <br><br> (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST PURSUANT TO CIV. L.R. 6-2 AND 7-12 TO EXTEND THE DEADLINE FOR DOES TO FILE REPLY IN SUPPORT OF THEIR MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulated Request to Extend the Deadline of Movants/Defendants Does to file their reply in support of their Motion to Quash ("Reply") of Movants/Defendants Does (the "Does"), and Respondent/Plaintiff Ted Entertainment, Inc. ("TEI") and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED; and
2. Does' deadline to file their Reply is EXTENDED from October 27, 2025 to November 3, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____

                                                             Hon. Sallie Kim
                                                             United States Magistrate Judge