**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |
| | Date:        TBD |
| | Time:        TBD |
| | Ctrm:      Courtroom C – 15th Floor |
| | Before:    Hon. Sallie Kim |

**COLLECTIVE DECLARATION OF DOES**

We, Does, do hereby declare:

Plaintiff Ted Entertainment, Inc. ("TEI") and Ethan Klein have openly pursued the dismantling of the r/h3snark subreddit through copyright strikes and now three retaliatory lawsuits aimed at silencing criticism. (Original Doe Decl., D.E. 8 (hereinafter "Doe Decl.") ¶¶18, 63-63.1, 64, 144); *see also* Motion Ex. 20 at [3:48 - 4:25], H3's "I'm Suing These Three Creators.": **"I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion. The trap was set, and it worked even better than I imagined it would."**[1] Their campaign has succeeded: r/h3snark has been **inactive since May 15, 2025**, and the Does' only remaining speech about Plaintiff consists of this Motion to Quash and supporting declarations. We respectfully request that the Court quash TEI's subpoenas to prevent further misuse of judicial process and to protect the Does from the severe consequences of being unmasked, doxed, and harassed for engaging in lawful, First Amendment-protected commentary about a public figure.

We submit this Reply Declaration to summarize and rebut Plaintiff's allegations and evidence in its Opposition [D.E. 16, 16-1, 16-2, 17], and to inform the Court of events which occurred after we filed our Motion to Quash.

## I.   Introduction & Purpose of Declaration

1.   Plaintiff's subpoenas and lawsuits are not truly about copyright enforcement; they are designed to expose and retaliate against anonymous critics.

2.   We neither promoted infringing material nor viewed or controlled the allegedly infringing

---

[1] At times in this Declaration, we cite to Reddit threads for Plaintiff's own content because the H3 Podcast has an established history of editing, deleting, and/or removing segments and/or information from their public videos. (Doe Decl. ¶80.)

streams in question. Our posts merely facilitated discussion of a trending public event and the commentary surrounding it. Our moderation activities constitute protected online discourse under the First Amendment.

3.  Subreddits identify moderator accounts on the Subreddit's home page. TEI's evidence shows that its attorney visited the Subreddit multiple times on January 30 and 31, 2025 (Compl. Exs. G-I). TEI or its attorney could have easily discovered exactly which Reddit accounts were moderator accounts on those days simply by looking. Despite this, many of the accounts requested in TEI's Subpoenas had no involvement with the alleged infringement or r/h3snark moderation. (*See also* Doe Decl. ¶102.) Notably, despite TEI's focus on them, **u/RomanPeee was never a moderator of r/h3snark** and continues to post independently; other accounts (e.g., u/ozempicdealer, u/KitchenMukbangStar, u/PurePress, u/jewettsarahorne, u/Right_Salamander) were never moderator accounts. Some of these accounts were never active on r/h3snark, never existed, or never had activity related to the *Nuke*. Discord accounts requested in TEI's Subpoenas are linked only by hearsay, and TEI offers no competent evidence these accounts had anything to do with the h3snark Subreddit. TEI's Subpoenas are also overbroad in the scope of documents requested and timing, including dates unrelated to the alleged activity, and requesting identifying information of users with no connection to the purported infringement. This indiscriminate targeting highlights that the subpoenas are intended to intimidate and suppress lawful criticism rather than address copyright concerns.

4.  Plaintiff, who amasses millions of views per month on the H3 Podcast, actively encourages their fanbase and affiliated content creators to attack H3 critics, and promotes content that targets and harasses critics, further amplifying the risk to the Does. (*See also* Doe Decl. ¶¶84, 84.3, 85.1, 86-87, 149-151, 160-162, 173-174, 180, 182, 190, 202, 257-258, 260-261, 284-285, 297). This is further illustrated in Doe Decl. ¶¶91-93 and Exs. 24, 25, 43, which

contains true and accurate screenshots of video thumbnails and view counts taken in September 2025.

5. Despite our voluntary silence, Plaintiff continues to present an incorrect narrative, to this Court and to the world, that we "repeated[ly] abuse, harass[ ]," and defame Ethan and Hila (JKD ¶93 and *passim)*. This was never accurate, and it remains inaccurate now. However, Plaintiff's reliance on this false narrative shows Plaintiff's true goal of punishing critics and silencing detractors.

6. We never financially benefitted or received any sort of monetary compensation for any moderating activity on r/h3snark, or for linking to content. We were unpaid, volunteer moderators (*See also* Doe Decl. ¶¶ 4, 195, 292).

7. Given these facts, quashing the subpoenas and awarding fees is necessary to prevent further abuse, protect anonymous speech, and deter the misuse of copyright law and Rule 45 subpoenas as tools for retaliation and intimidation. Failure to do so risks setting a precedent that allows public figures to weaponize litigation to suppress lawful criticism, under the guise of copyright protection.

## II.    Background & Context

8. We collectively reiterate that none of us conspired, colluded, or otherwise collaborated with any of the creators listed in the megathreads at issue, including Denims, regarding diverting views from or infringing on TEI material. (*See also* Doe Decl. ¶¶21, 128, 169.) **No r/h3snark moderator ever referred to any reaction streams linked or otherwise as "watch parties."** We had no reasonable means to know that TEI believed Denims' stream was infringing. Importantly, neither TEI, nor any agent or attorney on its behalf, ever commented on the Megathreads notifying us that TEI considered Denims' or any of the other creators' streams to be infringing.

9.    Each Reddit Subreddit identifies moderator accounts on the subreddit's home page. The H3Snark Subreddit was no different. Anyone at all who visited the Subreddit could instantly send us a "ModMail" to notify us if they believed any content on or linked to through the Subreddit was infringing; it is not a requirement that the person be a member of the Subreddit to do so. **We never received any notification from TEI, or anyone on its behalf, that it considered Denims' stream, or any other content in any of the Megathreads, an infringement of its copyrights.**

10.    Reaction content, like that of Plaintiff, Denims, and countless other creators, is inherently interdependent, with creators routinely analyzing and responding to each other's videos across platforms like YouTube and Twitch. A true and accurate screenshot from "Ethan is FURIOUS Over Idubbbz's Content Cop Video | Hasanabi reacts"[2] and a true and accurate screenshot of a caption of a similar image from r/LeftoversH3, both shared below, demonstrates how reaction and commentary content rely on creator symbiosis and how material naturally overlaps.[3] Given this interdependent relationship among creators, our Subreddit had no plausible effect on Denims' or any other creators' decision to react to *Nuke*; they would have produced their commentary regardless of the Subreddit's posts. Likewise, we had no way of knowing that Plaintiff would consider particular reactions to its content as infringing.

---

[2] Hasanabi Productions, "Ethan is FURIOUS Over Idubbbz's Content Cop Video | Hasanabi reacts," *YouTube* (17 Apr. 2025), https://www.youtube.com/watch?v=dQ5Be88wgkU&t=1006s [16:46].

[3] u/Rozemyne827, "Sometimes you have to take a step back and realise we are so chronically online.," *r/LeftoversH3* (17 Apr. 2025), https://www.reddit.com/r/LeftoversH3/comments/1k1v3az/sometimes_you_have_to_take_a_step_back_and/.

KRONENBERGER ROSENFELD

I'm watching Hasan react to Ethan react to a video Ian made in which he is showing Ethan react to Hasan react to Bad Empanada react to a video Ethan made containing a clip of Hasan.

11. The Megathreads (Compl. Exs. G-I) were a standard, good-faith moderation practice designed to maintain order, reduce redundancy of posts (and thus streamline moderation duties), and organize discussion ahead of *Nuke*'s release (*Id.*; Doe Decl. ¶¶34, 38, 40, 122, 124, 126-130, 133, 228-229; Vulić Decl. Ex. 45). Subreddit activity surrounding *Nuke* demonstrates that community interest in reactions was organic and user-driven, not coordinated by moderators, contrary to TEI's speculation in its Opposition that the Megathreads showed we (Does) had any coordination with Denims or other streamers. (Opp. 20:18-19, 22:17-18; *See also* Doe Decl. ¶¶17, 227-228). Numerous streamers publicly announced their intentions to respond to *Nuke*, some several weeks prior to its release (Doe Decl. ¶¶ 124, 127-129). Moderators merely redirected discussion to megathreads for moderation efficiency (*See also* Doe Decl. ¶¶34, 38, 40, 122, 124, 126-130, 228-229).

12. Plaintiff's argument that Denims' reaction could not qualify as fair use based on timing alone (Opp. at 1:5-8) neglects established precedent, including *Hosseinzadeh v. Klein*

(S.D.N.Y. 2017), where the Court held that reaction videos providing extensive commentary and humor are "plainly transformative." Further, the record shows r/h3snark users and Does were engaged in legitimate discussion of transformative reactions, not any form of coordinated infringement, thus the Megathreads were transformative in their own right. (Doe Decl. ¶¶34, 45, 124-134).

13.    Moreover, Plaintiff continues to assert that Denims did not provide fair use commentary (Opp. at 1:15-16), despite the fact that, during the over two hours she spent reacting to *Nuke*, over and above the hour- and 42-minute-long *Nuke* itself, Denims paused the video to provide analysis and in-depth commentary 150 times. Attached hereto as **Reply Ex. 76** is a table we created after watching Denims' reaction to *Nuke*, of timestamped examples of Denims' commentary on *Nuke*. The video cited for the following timestamps is "(REUPLOAD) Ethan's Hasanabi 'Nuke' | Denims Reacts" on YouTube.[4] The only edits made to this video, made by a fan of Denims, consist of audible censorship of sensitive language, including swear words, politically sensitive content, and sexual references. Attached hereto as **Reply Ex. 77** are two true and accurate screenshots taken of Denims' viewership statistics on January 31, 2025, taken from TwitchTracker.com.

13.1.    In fact, Plaintiff acknowledges that Denims reacted to *Nuke* and shows her commentary to be rather extensive (RBN Decl. ¶45.a-f). Plaintiff takes *more* issue with Denims for not commenting on things they feel are most important. (*Id.*) That does not mean Denims' reaction fails to meet fair use, it only shows that Denims' reaction fails to meet the complimentary standard Ethan sought for the video.

---

[4] DenimsTTV Archive, "(REUPLOAD) Ethan's Hasanabi 'Nuke' | Denims Reacts," *YouTube* (17 Feb. 2025), https://www.youtube.com/watch?v=jxuzvc4c6EQ.

13.2.    In fact, Ethan made a reaction video to Denims' reaction video to *Nuke* during an episode of the H3 Podcast.[5] During his reaction, Ethan harshly berates and attacks Denims personally, notably calling her: "**f****** b******,**" "**a f****** b**** of a person**,**" "**a dumb f****** b****,**" and "**a dumb f****** b*** that I hate**.**" The segment was then clipped and uploaded as a standalone video on the H3 Podcast Highlights YouTube channel.[6] This means Ethan not only reacted to Denims' reaction to *Nuke*, but that Plaintiff is actually earning revenue off of Denims' stream not once, but twice.

14.    We stated in our prior declaration, but find it important to collectively reiterate here, in response to TEI's Opposition (which ignores these facts), the following: The Megathread in Compl. Ex. G was posted **roughly 20 hours before the *Countdown* livestream and 21 hours before the release of *Nuke*** (Doe Decl. ¶121). It was pinned to the community highlights section to consolidate information, reduce duplicate and spam posts, and maintain order within the subreddit ahead of *Nuke*'s release (Doe Decl. ¶¶122-123).

It contained the Subreddit's Automoderator copyright disclaimer. As we explained (Doe Decl. ¶50, 219) the comment was added to every post. It was not an assessment of fair use, but rather a reminder to users to remain copyright compliant and report any potential infringement. Indeed, the Subreddit's Automoderator copyright disclaimer is further evidence that, had we thought any creators *would* make an infringing use of *Nuke*, we would never have included their links.

---

[5] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KV16LWcnTY [2:45:50 - 3:06:30; 4:13:00 - 4:14:00].

[6] H3 Podcast Highlights, "Denims' INSANE Reaction to The Content Nuke," *YouTube* (6 Feb. 2025), https://www.youtube.com/watch?v=cairWrzr1hg.

TEI argues that because the Megathread fosters discussion for users wanting to watch *Nuke* "without showing support for H3," we must have known TEI wouldn't benefit from the creators' unauthorized use. However, the Subreddit's purpose—and our clarification—make clear that H3Snark users simply disagreed with TEI for various reasons. The phrase "without showing support for H3" reflects that criticism, not TEI's distorted "stealing views" interpretation.

The post contains only lawful links to creators' homepages, directing to no specific videos, mirrors, VODs, or download links (Doe Decl. ¶130). References to creators "supporting our sub" reflect **the creators' direct engagement with the subreddit <u>community</u> as users, or citation of r/h3snark in their own critiques, not direct support of moderators** (Doe Decl. ¶¶127-128). Prior to the post's publication, three creators (i.e. North Star Radio, Hallucinogender0g, and Do Not Worry Podcast) posted on r/h3snark about plans to respond to *Nuke*, all voluntarily and independently, without coordination from moderators (Doe Decl. ¶128). The phrase "engaged with us directly" specifically refers to these three creators interacting with the r/h3snark Subreddit as community members (Doe Decl. ¶¶127-129).

15.  Regarding the megathread in Compl. Ex. I, Plaintiff's assertion that our failure to view Denims' stream demonstrates knowledge of infringement is unfounded (Opp. at 1:20-23). Denims' announcement of her intent to react to *Countdown* and *Nuke* did not indicate any intent to infringe, or any actual infringement at the time we posted this Megathread, which was prior to *Nuke's* publication. (Doe Decl. ¶¶ 31, 43, 127, 130).

16.  The megathread in Compl. Ex. H demonstrates that r/h3snark users engaged with Denims' transformative commentary, whose political commentary overlapped with many users' own stances, not any reproduction or infringement of TEI content, as shown by comments in **Reply Ex. 78** praising her analysis, her effort in "refuting things" falsely claimed in *Nuke*,

KRONENBERGER ROSENFELD

and her ability to make the material "more tolerable." The post prominently displayed the official *Nuke* thumbnail and metadata, which automatically linked to Plaintiff's original YouTube upload (Doe Decl. ¶¶ 38, 40). Contrary to TEI's argument, that the hyperlink was only over the letter "i" in this was immaterial, as Reddit's preview clearly directed users to the true source, as outlined below. (*See also* Doe Decl. ¶¶ 38-39).

17.  Screenshots and contemporaneous livestream footage confirm that, upon release, r/h3snark featured Plaintiff's original video as its most visible post while also supporting lawful fair use commentary. Despite monitoring the subreddit that day (Opp. at 16-18; RBN Decl. ¶¶35, 38-39), Plaintiff's counsel omitted these facts, ones which directly contradict the claim that r/h3snark promoted infringement rather than Plaintiff's own Work, and transformative discussion.

17.1.  Since the link to the true source of *Nuke* was the first link in Compl. Ex. H, Reddit's interface automatically generated a thumbnail and metadata from that source. The metadata, including the thumbnail, was prominently visible in the post body and preview pane. As a result, any alleged hyperlinking "error" on the word "this" was immaterial, since the correct metadata for the true source remained clearly displayed.

17.2.  The following true and accurate screenshot, taken by Does on October 10, 2025 from YouTube, shows the thumbnail metadata directs users to *Nuke* on TEI's h3h3productions YouTube channel:



17.3.    As of August 2025, the thumbnail and metadata for h3h3productions' YouTube source of *Nuke* was still prominently visible for mobile iOS devices, before Reddit made Metadata UX changes[7] on their iOS Mobile App:[8] The following is a true and accurate screenshot, taken on August 12, 2025, of the megathread in Compl. Ex. H. The screenshot was taken using the Reddit iOS mobile app on an iPhone:

[7] "Version History (2025.31.0-2025.41.0)," *Apple App Store* (n.d.), https://apps.apple.com/us/app/reddit/id1064216828.
[8] u/I_love_pearljam, "Am I the only one who thinks the new Reddit IOS update is awful?," *r/iphone* (13 Sept. 2025), https://www.reddit.com/r/iphone/comments/1nfnurp/am_i_the_only_one_who_thinks_the_new_reddit_ios/.

17.4.   If a Reddit user were to click on the thumbnail image, **they would immediately be brought to Plaintiff's true and original copy of *Nuke*.** Plaintiff's counsel acknowledges this is how hyperlink metadata functions on Reddit (RBN Decl. ¶38.b).

17.5.   If our intent was to induce r/h3snark users to view unauthorized versions of *Nuke*, or induce r/h3snark users to view Denims' stream *instead of Nuke* to decrease views of TEI's *Nuke*, we never would have included a link to h3h3productions' YouTube video. Indeed, our knowledge was that every creator we linked to would make a fair use reaction video of *Nuke*. A true and accurate screenshot in **Reply Ex. 79** shows that Plaintiff's original upload of Nuke has reached 3,788,481 total views as of November 2, 2025.

KRONENBERGER ROSENFELD

17.6.    The following true and accurate screenshot is from a YouTube streamer "Nocommentchick," who was reacting in real time to r/h3snark via their desktop on January 31, 2025.[9] A true and accurate copy of this segment is submitted herewith to the Court as **Reply Ex. 80**. During Nocommentchick's stream, TEI's true thumbnail metadata for *Nuke* appears in the r/h3snark community pin labeled "Happening now."



17.7.    This confirms that, on the day of the video's release, r/h3snark **actively promoted the original source** while also supporting the listed fair use reaction streamers. The following is a true and accurate cropped detail from the above screenshot clearly depicting the r/h3snark subreddit as it appeared to users at the top of the page on January 31, 2025:

---

[9] nocommentchick, "Ethan Klein's 'Content N ☢ ke: Hasan' Backfires," *YouTube* (31 Jan. 2025), https://www.youtube.com/live/YCf_mafMVUw [1:09:59-1:10:13].

KRONENBERGER ROSENFELD

17.8.   These screenshots show that, immediately upon the release of *Nuke*, **the link and thumbnail to the original source was the most prominently displayed post on r/h3snark at the time of publication**.

17.9.   Although Compl. Ex. I was briefly pinned earlier on the morning of the video's release (Opp. 17:38.a), Compl. Ex. H became the **sole pinned post once *Nuke* was published**, **prominently displaying the true source** despite only the letter "i" of the word "this" being hyperlinked within the post body.

17.10.  If we had intended to encourage or facilitate copyright infringement, we **would not** have linked directly to the official source or displayed its authentic metadata and thumbnail in the megathread (Compl. Ex. H). The post prominently highlighted the original upload, consistent with its purpose of organizing lawful discussion. Likewise, **if our goal had been to redirect views to Denims, the "Denims is LIVE" post (Compl. Ex. I) would have remained pinned after *Nuke* was published.** However, as shown by Nocommentchick's evidence, Exhibit I was not pinned once TEI released *Nuke* on YouTube.

**KRONENBERGER ROSENFELD**

18. Plaintiff's counsel has admitted to actively monitoring the subreddit on this day (RBN Decl. ¶¶ 35, 38-39), anticipating *Nuke* discussion megathreads they expected to appear as part of their "trap" (Doe Decl. ¶63.1). It is therefore notable that they either failed to observe or deliberately omitted any reference to the prominently displayed true source featured on the r/h3snark landing page that day.

19. Plaintiff continues to falsely portray r/h3snark as a hub of copyright infringement by mischaracterizing YewTube as a piracy or illegal redistribution website (Opp. at 4:11-19). These assertions contradict actual evidence provided by Does that shows YewTube is a lawful, open-source, privacy-focused web service that sources content hosted directly from YouTube and does not constitute copyright infringement (Doe Decl. ¶¶61, 115).

20. Plaintiff further ignores evidence (Opp. at 4:11-19). Does provided that the DMCA takedown notice filed against a comment containing a YewTube link made August 28, 2024 (Compl. 21:12-17) – **five months prior to *Countdown* and *Nuke*** – was never honored by Reddit (Compl. 24:20-28; 25:1); it was removed by r/h3snark moderators (Doe Decl. ¶¶61; 116-118), further suggesting it did not constitute copyright infringement. Plaintiff's framing of YewTube as a form of infringement or piracy (Opp. at 1:5-8; 4:11-19; 22:22-35) is a deliberate distortion designed to mislead the Court; the comment in question has nothing to do with the works at issue in this case. Further, Plaintiff completely ignores our evidence that we stopped allowing *any* alternative viewing sites on the Subreddit on or around November 16, 2024 (Doe Decl. ¶ 214).

21. It seems Plaintiff avoided issuing DMCA takedowns for our discussion megathreads because the process would not compel moderators to reveal their identities or submit counter-notices (Doe Decl. ¶¶54-55). Instead, by filing this lawsuit, Plaintiff seeks to subpoena numerous r/h3snark accounts, regardless of moderator status, activity, involvement, or post publication, while subjecting us to financial strain of defending

ourselves against three federal copyright lawsuits, and our legitimate fear of doxing and harassment, not to mention Plaintiff's success already in silencing our free speech rights. This strategy aligns with Plaintiff's ongoing pattern of using public threats and intimidation, repeatedly broadcast on the H3 Podcast and social media, to pressure and punish anonymous critics. (*See also* Doe Decl. ¶¶18, 56, 63-64, 82, 94-95 *passim*). While Plaintiff argues in its Opposition that it attempts to offer us "concessions" to protect our identities, as evidence of good faith, Plaintiff's threats against us have continued post-filing of Plaintiff's Complaint.

21.1.    On August 1, 2025, within an hour of Judge Wesley Hsu of CDCA granting their subpoena request, Plaintiff made the following statements during "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174":

21.1.1.    Ethan [reading court document]: "Subpoena granted. Now, [r/h3snark] moderators, haters, snarkers are all in shambles right now because the order has come down, straight from the Judge fresh from today. The subpoena was granted by the Judge for Reddit and Discord, which means Reddit and Discord are being court ordered to turn over all relevant information pertaining to the named moderators, the named users that we identified. **That includes IP addresses, that includes emails, that includes private messages, that includes, by the way, if they've bought Reddit Gold or anything like that, payment info method, address, whatever they have, we get.** And by the way, the best detail about this all, which should not be missed on people, is that Denims and Kaceytron, they have the same lawyer, he agreed to this Motion, without dispute. This was a joint stipulation, which means they did not dispute that this subpoena is a good and necessary thing, which means that they're not doing a lot to protect the moderators there."

Hila: "Mm-hmm."

15

Ethan: "And frankly, why should they, right? You know, I mean, they got big enough problems. But anyway, yeah. **You guys better pray that I don't find out a single one [of your identities] because listen, as as fucked as Denims is, as fucked as Frogan is, as fucked as Kaceytron is, you're gonna be three times that fucked!"**

Dan Swerdlove: "Three times?"

Ethan: **"Three times that fucked.**

…

And guess what? **You have no support. You have no one sending you money or helping you. You're just, and I already know, you're an unemployed loser, with no prospects.** This is what happens when you fuck around. You see what happens? What was that scene from Big Lebowski? … Y'all about to find out what happens when you fuck a stranger in the ass. You're about to see what happens. You know, y'all thought I was playing games? I'm coming! Y'all thought, 'Oh, Ethan's not going to get our info. Oh, look at Ethan, he's not this and that. Oh, Reddit's not going to give-, oh, they're not going to give us up.' **You're done. You're cooked. I'm coming. All I need is your IP address."** [2:27:24 - 2:30:30][10]

21.2.    On August 6, 2025, Ethan explicitly acknowledged that these lawsuits would impose undue financial burdens on us. He made the following statements during "Huge Lawsuit Updates, You're Going to Love These! - H3 Show #176":

---

[10] H3 Podcast, "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174," *YouTube* (1 Aug. 2025), https://www.youtube.com/watch?v=cE28l1KCDNQ [2:27:24-2:30:30]. A true and correct excerpt of this H3 Podcast episode is being lodged concurrently herewith as **Reply Ex. 81**.

21.2.1.    Ethan: "We are in a situation that is literally crafted perfectly to my satisfaction. **I have [r/h3snark moderators] all dead to rights!** And I have all [the r/h3snark moderators] identities just right there. **It's gonna be amazing. It's gonna be fantastic, and they're gonna get sued for three different lawsuits. They will be ruined. Now, what's interesting, too, is this [motion to quash] is maybe a twenty or thirty thousand dollar ordeal for them.** So, it makes me wonder, like, do these people have money? **That's another thing I wonder about Reddit,** 'cause **I assume all these people are unemployed**."

Employee: "Well, maybe not? I'm sure, you know, a certain amount of them have to have some money. I mean, most of them don't have jobs."

Producer Dan Swerdlove: "Yeah. And isn't it like a dozen people, if they like all would pitch in-"

Ethan: "I don't know how many there are. I think there's a lot of sock puppet appou- accounts, and probably more like five actual people."

Dan: "Oh."

Ethan: "**I don't know how many people there are**."

Dan: "Interesting."

Ethan: "But I mean, I guess they're that worried. I mean, that tells you something." [2:14:15 - 2:15:16][11]

21.3.    During the same episode, Ethan stated that if he was unable to obtain Does' personal identifying information from Reddit, he would instead acquire it directly from our counsel. At this time, Ethan and his employees, Daniel Swerdlove and Tom Ward,

---

[11] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," *YouTube* (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8 [2:14:15-2:15:16]. Mot. Ex. 22.

proceeded to mock us for retaining legal representation, characterizing the decision

to obtain counsel as "stupid":

21.3.1.  Ethan: "My concern this whole time was we'll get the subpoenas, and we

won't get anything from it. That they somehow- either you used VPNs or

used enough sock puppet accounts or this and that, and that we're not able to

get any of their ID's. **But they've done us the courtesy of coming together,**

**hiring an attorney, getting all of their identities on record-**"

Tom: "So stupid."

Dan: "Right?"

Ethan: "So that when they try to quash this, which is gonna fail in my opinion,

then- then! **We've got all of these fucking [r/h3snark] mods dead to rights**

**on three lawsuits! And this is my dream come true."**

*Crew laughing.*

Ethan: "They have delivered themselves to me-"

Employee Tom Ward: "On a silver platter."

Ethan: "On a gold- a gold platter, not silver."

Employee Tom Ward: "Okay."

Employee Zach Louis: "Platinum."

Ethan: "**I am going to feast on the fucking ashes of the lives that I will**

**ruin."** [2:10:20 - 2:11:22]

21.3.1.1.  Plaintiff claims the "feasting on ashes" comment was taken out of

context (JKD ¶75.b), but when contextualized, it becomes abundantly

clear that he is using these Subpoenas pretextually and the statements

are, in fact, not for "comedic hyperbole."

KRONENBERGER ROSENFELD

21.3.2.    Ethan: "Oh my god, **I never dreamed that I would actually [be] given this opportunity to get their names. Like, it couldn't have worked out better.** Just think about how fucking dumb it was-"

Dan: "Well, it hasn't worked out yet."

Ethan: "Well no, but just the opportunity here…"

Dan: "Right." [2:13:59 - 2:14:14]

**III.    <u>An Overview of Plaintiff's Threats Against Us & Other Critics</u>**

22.    Plaintiff has explicitly stated that the true purpose of these lawsuits and subpoenas is not to address copyright infringement, but to expose and retaliate against his critics. (*See* Doe Decl. ¶¶ 65, 71.1, 73.1, 74.1, 75.1, 77.1, 78, 79, 204). We believe Plaintiff is attempting to stretch copyright law to retaliate against and unmask us since California anti-SLAPP protections and 47 U.S.C. §230 hinder his ability to sue us, as moderators, and not the individuals who have actually engaged in the conduct he complains of, for reputational harm, defamation, or harassment. (*See also* Leah Dec ¶¶19, 24). Ethan has made several public statements that demonstrate these lawsuits are not about copyright, but personal revenge.

22.1.    On February 17, 2025, the same day Ethan threatened to target our families, friends, workplaces, and educational institutions once unmasked (Doe Decl. ¶¶ 66, 197.3, 224), he posted another Instagram Story reflecting his resentment and intent to punish us. In this post, Plaintiff explicitly states that the lawsuits stem from alleged "defamation," "interfering in his business," "malicious harassment," and "broken laws," effectively admitting that these actions are not motivated by genuine claims

of copyright infringement. A true and accurate screenshot of an additional Plaintiff's

February 17, 2025 Instagram Story is shown here:[12]



22.2.    We announced r/h3snark was "on break, effective immediately" on February 17,

2025 (*See* Doe Decl. ¶146),[13] after Ethan threatened to dox us, hoping this action

would prevent him from carrying out his threat to "expose" us to our "family, friends,

work and school" (Doe Decl. ¶¶66, 149). While the Subreddit was inactive (no new

posts or comments by users), on March 21, 2025, Plaintiff publicly mocked us for

---

[12] Transcription of Instagram Story: "You have spent all of your free time since October 7 2023 in an effort to torture me, my wife, my family, my employees, my friends. You have defamed me, knowingly falsified images, broken laws, and interfered in my business. Nobody should ever have to endure this level of malicious harassment, and yet you have inflicted it on me and people I love. You guys know me quite well, being long time paying members. I hope that what proceeds won't jeopardize your membership as we look forward to and enjoy your continued patronage."

[13] u/h3snarkmodteam2, "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.

KRONENBERGER ROSENFELD

shutting down the subreddit, calling us "babies."[14] Despite labeling us as responsible for "relentless harassment," "defamation," "copyright infringement," and "business interference," (Compl. 27:13-16) he ridiculed us for lacking integrity when we ceased all online activity, after his threats aimed at us. These actions make clear that no measure of good faith will satisfy Plaintiff. **The goal is not accountability or copyright protection, but retaliation through obtaining our personal identifying information.**

22.3.    Ethan has continued to discuss us on the H3 Podcast despite our full commitment to cease all public commentary about him. To be clear, none of us has publicly commented about Plaintiff, Ethan or Hila Klein, or their business since the r/h3snark Subreddit's final shut down in May 2025 due to concerns for Ethan's mental health.

23.    Less than 24 hours after filing Plaintiff's Opposition to our Motion to Quash, on October 21, 2025, Ethan discussed us live before an audience of over 26,000 views (and more than 450,000 total).[15] He described the Opposition as "juicy" and suggested that "other people" would cover it. Ethan states the following during "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202":[16]

23.1.    Ethan: "A few updates. **We have the motion, or, this Motion to an Opposition, to the snarkers' Motion to Squash, which is probably the most Goliath behemoth of a filing we have ever put together. Because, the snarkers put together like a**

---

[14] H3 Podcast, "Blake Lively BUSTED Again, Hasan Piker BUSTED Again - H3 Show #125," *YouTube* (21 Mar. 2025), https://www.youtube.com/live/bTXSqLY3SpM [3:08:31-3:12:10], submitted with the Clerk for manual filing herewith as **Reply Ex. 82**.

[15] u/bigwigx, "Show was 34 minutes late, reached a peak of 26,744 concurrent views, averaged 25,193 concurrent views and ended with 67,482 views", *r/LeftoversH3*. (21 Oct. 2025), www.reddit.com/r/LeftoversH3/comments/1ock3fj/comment/nkosv2y/.

[16] H3 Podcast, "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202," *YouTube* (21 Oct. 2025), https://www.youtube.com/watch?v=aSPVXEKpki8 [0:01:41-0:05:11; 3:05:18-3:05:59], submitted with the Clerk for manual filing herewith as **Reply Exhibit 83**.

KRONENBERGER ROSENFELD

**700 page declaration full of the most, like, inflammatory misrepresentations. They basically turned a legal filing into a snark post**." [1:41 - 2:20]

23.2.    Ethan: "So, yeah, they filed this insane Motion to Squash and we were forced to respond in kind to all the absolutely outlandish claims they made. So, that just went up last night. So, I mean, it's going to be making the rounds. **People are going to have a lot to dig into. It's quite a filing and we actually included a lot of evidence and proof for things that they've said we were lying about.** For example, the skulls thing. We have our correspondence with the Skulls Unlimited people confirming what happened, right? We have the letter from CPS confirming that it happened and that the call was unfounded and all kinds of other stuff that we were forced to officially defend ourselves from, and, I think they made a big misstep in trying to basically turn their their defense into a snark post because, what I… **what I hope becomes apparent after reading this, and looking at all the evidence, is literally just how the constant harassment and lying and just campaign that we've been under for years because of these people**." [3:12 - 4:34]

23.3.    "But I'm not going to get into the lawsuit because I want to make it very clear. My intention is not to- I don't want these people to be harassed. I don't want their name. I don't want to spread their names. I don't want to dox them in any way. I literally just want to hold them accountable for copyright infringement, right? For aiding copyright infringement. So, I'm not even going to go over it, you know what I mean? **But, there will be lots of people who *will* be going over it, I'm sure, because it's a very juicy read there.** So, that's all I have to say about that." [4:34 - 5:06]

23.3.1.    Ethan's belated assertion that his goal is protecting his intellectual property is belied by his statement in almost the same breath, noting that others *will* be discussing his Opposition, and his suggestion of "juicy" material therein.

23.4.    Ethan: "Like [r/h3snark] is just obviously a community of such unwell people and **the fact that, like, everyone else is getting their snark community banned...** Adam Mcintyre first and foremost. He's like, 'Oh, they're reporting me to ICE.' When there's like a ton of evidence of [r/h3snark] doing that to Love and nothing happens is so fucking disgusting to me. **This is, like, a Dan Clancy-esque inside job happening at Reddit, right, where they're defending and covering for their own, um, and attacking the people they perceive as political enemies.** Um, it's craziness." [3:05:18 - 3:05:59]

23.4.1.    The assertion that we reported anybody to ICE is malicious and unfounded. *See* ¶57 for further explanation.

23.5.    Plaintiff announces to his audience that he doesn't want us to be publicly named and harassed by his audience, yet its Opposition aggressively demands that we be denied a protective order and claims we do not deserve anonymity (Opp 25:21-28; RBN Decl. ¶78).

23.5.1.    Plaintiff's recent claims that they do not intend to dox us with these Subpoenas contradict prior statements and threats to expose us to our families, workplaces, and educational institutions, as well as "ruin us" professionally and financially (Doe Decl. ¶66).

24.    On the October 22, 2025 episode of the H3 Show titled "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125," he claimed we could simply "walk away" from the lawsuits by ceasing to discuss him, despite our having already done so, and also *confirmed*

that these lawsuits are pretextual, based not on copyright, but perceptions of harassment and defamation. In the episode, Ethan states the following:[17]

24.1.     Ethan: "**It reminds me of the snarkers' opposition to the motion to quash. They go on and on about how 'I'm afraid to live my life, I'm afraid at my job, it's costing me money, I can't sleep.' And it's like; walk away!** You don't have to do it. I don't get the luxury to walk away. I don't get to escape your psycho-, your lunatic nonstop harassment obsession with me. **You can walk away! Just close your eyes, turn off the monitor, you're free! Go sleep peacefully.**" [0:51:09-0:51:46]

24.1.1.     We have, in fact, done exactly that, including completely withdrawing from social media, discontinuing all moderation of criticism related to him, and refraining from any public discussion of Plaintiff or this lawsuit (Doe Decl. ¶¶66, 70, 81, 118, 241, 283).

25.     Due to his reliance on false and incorrect data from an alleged "informant" and an unwillingness to accept our sworn statements, Ethan continues to deny our compliance with our assurances we have stopped discussing him publicly, and perpetuates baseless claims against us (JKD ¶¶ 90; RBN Decl. ¶71).

26.     Plaintiff continues to refer to these pending Subpoenas and the Motion to Quash on the H3 Podcast after filing their Motion to Oppose, emphasizing the fact that these court filings are public record, easily obtainable, and why "[we're] so fucked." They stated the following on October 29, 2025:[18]

---

[17] H3 Podcast, "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125," (22 Oct. 2025), https://www.youtube.com/watch?v=6b0s63rxUW8 [0:51:09 - 0:51:46], submitted with the Clerk for manual filing herewith as **Reply Ex. 84**.
[18] H3 Podcast, "help.," *YouTube* (29 Oct. 2025), https://www.youtube.com/watch?v=-H1KS0adyA8 [3:50:11-3:51:04; 3:53:58 - 3:54:15].

KRONENBERGER ROSENFELD

26.1.    Ethan: "**Again, public record. Let me pull this up** as she continues. There's a link that-... **'For those that say they like to do research, by the way, this is all publicly available and took me less than 10 minutes to track down.' This is why you're so fucked**… **This is part of the public record now that was submitted as an exhibit in my current ongoing lawsuits.** Here is a legal- here's a statement from the company that sent me the skulls that was submitted as an exhibit in my current ongoing lawsuits. Here is a legal- here's a statement from the company that sent me the skulls." [3:50:11 - 3:51:04]

27.    Despite assurances that he would refrain from discussing us or our declarations (Opp. 29:4-8; RBN Decl ¶71), Plaintiff produced numerous "lawsuit update" videos since filing in June 2025. **Reply Ex. 85** shows examples of TEI videos dedicated specifically to covering lawsuit updates. These videos have collectively amassed over 4.2 million views on YouTube, demonstrating that Plaintiff continues to publicly leverage this litigation for content and engagement.

28.    Since filing our Motion to Quash, the H3 fanbase has read through claims made by us. Upon learning that Reddit Administrators offered Optery subscriptions to r/h3snark moderators, **as is commonly done for any and all moderators of Reddit,**[19] H3 fans on Plaintiff-owned and -moderated r/h3h3productions subreddit began organizing a campaign to reach out to mainstream media outlets (e.g. "the San Francisco Chronicle, Standard Examiner, Weekly, Local ABC, Local NBC"), U.S. Government Reform Committee Chairman James Comer,

---

[19] u/happy_bluebird, "Why did the Reddit admin send Reddit mods a free trial of Optery Pro?," *r/Optery* (20 Feb. 2025), https://www.reddit.com/r/Optery/comments/1iu8w4j/why_did_the_reddit_admin_send_reddit_mods_a_free/.

and even U.S. Representative Nancy Pelosi to escalate threats against Does.[20] This post was later deleted after a week of being published. A true and accurate screenshot archiving the post is available in **Reply Ex. 86**. Plaintiff reiterates the conspiracy theory connecting Reddit administrators and Does in their Opposition. (JKD ¶76.g.)

29.   The impact of these lawsuits has spread beyond r/h3snark, reaching unrelated subreddits and silencing or threatening to silence communities across Reddit. Supporters of H3 have circulated Plaintiff's baseless, completely false and entirely speculative claims that we are Reddit employees or administrators. *See* Reply **Ex. 87**; (JKD ¶¶76, 76.a-g.) These conspiracy theories have been used to intimidate other Reddit moderators with threats of litigation, creating a broader chilling effect on anonymous speech. For instance, on October 5, 2025, u/NathanTheSnake, a moderator of r/StandUpComedy, received the following threatening message for moderating posts with sensitive content. The message exemplifies how Plaintiff's rhetoric and ongoing litigation have emboldened others to weaponize his claims, spreading fear and suppressing lawful moderation and discussion across the platform:[21]

29.1.   "Hey just read your snarky ass comment on that post with that disrespectful asshole making horrible jokes. **You should really look into the Ethan Klein lawsuit. A moderator was proven to be in that subreddit making Ethan's life hell and now he's legally and correctly suing everyone. So it's only a matter of time before his lawyers really take a look at Reddit and these**

---

[20] u/neptunebay (now deleted), "Some resources to address the conduct of Reddit admins that has recently been revealed (until I likely get banned)," *r/h3h3productions* (27 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nrqejn/some_resources_to_address_the_conduct_of_reddit/. The post has since been deleted by the user.

[21] u/NathanTheSnake, "I told Charlie Kirk Jokes in the bible belt of Canada and they DID NOT like it," (Photo Comment) *r/StandUpComedy* (5 Oct. 2025), https://www.reddit.com/r/StandUpComedy/comments/1nyhk0p/comment/nhw3wmg/.

**'rules' you keep trying to use to get away with letting horrible posts and comments to be on Reddit may be your downfall.** I hope being the way you are is worth whatever is coming to you guys." u/NathanTheSnake captioned their screenshot of this message as "Party of Free Speech, y'all."

30.    The r/h3h3productions fan community has continued to downplay and mock the Does' safety concerns, with some users openly endorsing or joking about violence, doxxing, and career retaliation. On October 21, 2025, the day after Plaintiff's opposition was filed, a post by u/Far_Blood2476 discussed Doe Decl. ¶72, referencing Plaintiff's invocation of the film *Taken* and the implication that he could kill us.[22] In the resulting thread, users made comments such as: "**I mean it'd be cool if he did [say he would kill Does], gotta do what you gotta do to win in war times**" (u/InternationalSuit896),[23] and "**I love that they admit they'll lose their highly elite educational programs if it's revealed what they do online**" (u/Dreams-Designer).[24] Another user, u/nalalovelumpy, acknowledged the pretextual and retaliatory nature of the subpoena, writing, "**It's like they don't even understand the first step is to identify them via the subpoena process… and then sue them individually for defamation.**"[25] These comments reflect a broader culture of hostility encouraged by Plaintiff's public rhetoric, underscoring that the subpoena serves a punitive rather than legitimate legal purpose.

31.    Although Plaintiff unconvincingly claims that their use of the term "trap" to describe their

---

[22] u/Far_Blood2476, "It's also worth noting that Ethan did not threaten to kill us," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/its_also_worth_noting_that_ethan_did_not_threaten/.

[23] u/InternationalSuit896, "I mean I'd be cool if he did…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nkqn63r/.

[24] u/Dreams-Designer, "I love that they admit…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nkr9gwb/.

[25] u/nalalovelumpy, "It's like they don't even understand…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nksji4q/.

promotion and publication of *Nuke* was not intended literally (JKD ¶83), the public reasonably interpreted it as such, as shown by numerous commentary creators' coverage of the litigation, as demonstrated in **Reply Ex. 88**.

**More importantly**, Plaintiff's own declarations contradict their post-hoc "explanation" of using this term. Plaintiff's attorney claims they "went on H3Snark and saw a pinned community post [Compl. Ex. G]" (RBN Decl. ¶35) on 1/30/2025. Compl. Ex. G was documented a day later, on 1/31/2025 at 12:28 PM PST – **approximately 7 minutes prior to the *Countdown* livestream starting and roughly 1 hour and 12 minutes ahead of *Nuke*'s release**. Plaintiff's attorney also states he visited r/h3snark at a time when the first 1/31/25 Megathread (Compl. Ex. I), was both the top-most (i.e., pinned) post on the Subreddit, and that when he clicked on Denims' Twitch link, it took him directly to her stream, where she was reacting to *Nuke* (RBN Decl. ¶¶ 38, 38.a-b.) However, records show that the megathread in Compl. Ex. I was pinned for about 1 hour and 10 minutes from approximately 12:33PM to 1:43PM PST. *Nuke* was not released until roughly 1:40PM PST, and shortly after its release, at 1:43PM PST, a second Megathread (Compl. Ex. H) was created and pinned to the top of the Subreddit. **This leaves only a brief 3-minute window during which it was even theoretically possible for the first 1/31/2025 Megathread to be pinned while Denims was reacting to *Nuke*.** Despite this, Plaintiff's attorney further states he observed the second 1/31/2025 Megathread (Compl. Ex. H) pinned while Denims' reaction was ongoing (RBN Decl. ¶39, 39.a-b), which would have been after the first post was unpinned, making Compl. Ex. H the only pinned post on the Subreddit at the time, *see* ¶¶17.7-17.9 above. If this was not a trap, why was Plaintiff's attorney browsing r/h3snark almost a full day prior to any Works being available, accessing the Subreddit immediately after *Nuke* was released, during the three minute period when this sequence of events was

KRONENBERGER ROSENFELD

possible, and then again when the second 1/31/2025 Megathread was pinned?

Furthermore, Plaintiff claims they did not notify us of Denims' alleged infringement to avoid potential liability for a false DMCA notice (RBN Decl ¶51). But TEI did not need to issue a DMCA takedown to alert us – it could have simply posted on the Megathreads or sent a Modmail message[26] from an r/h3h3productions moderator account. TEI itself operates and moderators subreddits; it understands how Modmail works. TEI's own evidence shows it was closely monitoring the Subreddit at the time the Megathreads were posted; witnessed the alleged infringement; and made a willing choice not to notify us. Had they notified us, we would have immediately removed any links they instructed us to.

## IV.    Addressing Other Matters Levied Against Us

32.    Plaintiff makes numerous non-copyright-related allegations about us that are unfounded, uncited, incorrect, deceptively presented, and/or attributable to other parties beyond our control. (JKD ¶¶ *passim*.) The following addresses only the most relevant accusations levied against us regarding matters concerning Plaintiff's copyright claims in greater detail.

33.    Many H3Snark moderators deleted their Reddit accounts in February 2025 and have been inactive on Reddit since the deletion of those accounts, so we are not and cannot be responsible for any conduct Plaintiff describes that occurred on Reddit. (Doe Decl. ¶¶66, 70, 81, 118, 241, 283).

34.    Current moderators of r/h3snark are only active, and on Reddit at all, to preserve the subreddit for legal reasons (Doe Decl. ¶280). Does active in this case and who currently have Reddit accounts are not moderators of r/LeftoversH3, r/Fauxmoi, r/youtubedrama,

---

[26] RedditHelp, "What's mod mail and how do I send a message?," Reddit (Sept. 2025), https://support.reddithelp.com/hc/en-us/articles/210896606-What-s-mod-mail-and-how-do-I-send-a-message.

r/hasan_piker, or any other subreddit Plaintiff baselessly attempts to connect us to, at this time or any other time (Doe Decl. ¶¶ 44, 66, 280; JKD ¶56.b and fn.93).

35. We are not and **have never been Reddit employees** (Doe Decl. ¶153).

36. We are private users who moderate(d) r/h3snark voluntarily and without any form of payment or compensation (Doe Decl. ¶¶4; 170; 194-195; 292).

37. r/h3snark has been largely inactive since February 17, 2025, following Ethan's threats to dox or "expose" us to our "family, friends, work and school" via Instagram Story posts (Doe Decl. ¶¶197.5-197.6; 224). Since the February closure, a total of 7 posts have been published to the subreddit (Doe Decl. ¶146). The Subreddit voluntarily closed, officially, May 15, 2025, a month prior to Plaintiff filing their three Complaints (Doe Decl. ¶¶81, 197.3).

38. Plaintiff characterizes snark subreddits as horrific groups who harass their subjects (JKD ¶¶20, 21, 56.v). This is a gross overgeneralization and exaggeration. Plaintiff is aware of this mischaracterization because Plaintiff has cited snark subreddits in H3 Podcast episodes on dozens of occasions and, therefore, knows that many are not banned for harassment.[27]

39. Plaintiff claims that r/h3snark avoided removal due to our alleged "connections" to Reddit administrators, framing the subreddit's continued existence as evidence of collusion and an antisemitic conspiracy designed to harm TEI (JKD ¶¶59, 67.b, 76-76.a-g).[28] In reality, r/h3snark remains available, but inactive, because our moderation strictly complied with Reddit's Content Policy. If the subreddit or we as moderators had engaged in harassment, abuse, or anything else alleged against us, including rampant copyright infringement, Reddit would have likely banned us, as it did with Plaintiff's own r/hasanpiker subreddit for

---

[27] u/sexretive, "proof that ethan sees the value in snark subreddits (with time-stamped links)," *r/h3snark* (15 Mar. 2024),
https://www.reddit.com/r/h3snark/comments/1bfwtxr/proof_that_ethan_sees_the_value_in_snark/.
[28] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0 [2:42:15 - 2:43:34].

violating the same policies.

40.    Plaintiff's screenshots of r/h3snark's live chat (JKD Ex. 70) long predate *Countdown* and *Nuke* (Doe Decl. ¶61) and are irrelevant to the works at issue. The logs shown in these screenshots are constitutionally protected free speech and again illustrate that Plaintiff's issue with r/h3snark is criticism, not copyright infringement.

41.    Plaintiff falsely asserts that we created a "megathread" alleging his Tourette's tics were signs of cocaine use (JKD ¶89). In reality, the cited post was a standard announcement, not a megathread, and contained no references whatsoever to Tourette's, tics, or cocaine.[29] This misrepresentation exemplifies Plaintiff's broader pattern of exaggerating or fabricating claims to portray legitimate moderation activity as defamatory or harassing conduct.

41.1.    In this final r/h3snark post, Does explain closing down r/h3snark out of genuine concern for Ethan Klein's mental health. Despite Plaintiff's demonization of Does and r/h3snark, Does are former fans of Ethan and the H3 Podcast (Doe Decl. ¶¶ 147, 159) and genuinely do not wish anyone related to H3 any harm Doe Decl. ¶¶ 82, 105.5). Although we state the same in the post, Plaintiff refuses to acknowledge our concern as genuine, instead referring to it as "concern trolling", suggesting we are expressing concern maliciously (JKD *Id*).

42.    Moreover, r/h3snark was **completely inactive during the period in which Plaintiff claims to have been targeted by a fraudulent Department of Child and Family Services visit and sent human remains.** We categorically condemn such actions and would never tolerate or endorse them. Instead, Plaintiff has made these **serious criminal accusations publicly without providing any credible proof connecting r/h3snark or Does to these events**.

---

[29] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r h3snark/.

42.1.    Ethan baselessly and wrongfully assigned responsibility for this DCFS call to H3Snark or other TEI-critical communities in an Instagram Story on March 13, 2025 (Doe Decl. ¶ 232). The Instagram Story post also shows him admonishing a Jewish pro-Palestine creator, who had previously criticized Ethan's political opinions publicly, for commenting in r/h3snark and other Subreddits critical of Plaintiff . Does were moderators for r/h3snark exclusively and had (and continues to have) **no control over other subreddits** critical of Plaintiff.

43.    Plaintiff falsely and arbitrarily attributes unrelated online conduct to Does and  r/h3snark, despite the subreddit's closure (JKD ¶¶77.c, 77.g). Claims that r/h3snark was the source of events occurring after it ceased activity are baseless. Criticism of Plaintiff exists independently across platforms, and any alleged connection of us to post-closure incidents is unfounded. r/h3snark consistently enforced strict moderation policies prohibiting discussion of Plaintiff's children and other private matters (Doe Decl. ¶¶15, 170), underscoring the community's commitment to lawful, responsible discourse. We actively sought to *protect* the Klein children, not the opposite. A true and accurate screenshot of a moderator comment, shown below, highlights standard moderation practices on r/h3snark:[30]

---

[30] Deleted User. "Again, want to make it very clear that we perma ban anyone who leaves abusive comments in our subreddit and these comments do not represent our community. We have a blanket ban on discussions around minors unless the conversation are critical of Ethan or Hila choosing to backtrack their stances on featuring their children in their content. We also issue bans for users who brigade h3 social media. Do not engage with h3 socials if you participate in this subreddit," *r/h3snark* (29 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1id4u25/comment/m9w7fca/.

44.     In addition to blaming us for the DFCS call, Plaintiff also assigns responsibility for the DFCS call to Denims,[31] who sent a Demand for Retraction letter to Plaintiff prior to the copyright lawsuits being filed. Denims has publicly discussed how these unfounded accusations have damaged her reputation.[32] Plaintiff reacted to Denims' letter on the H3 Podcast[33] and later issued a formal legal response that continues to perpetuate the lie that Denims was responsible for the DFCS report.[34] Despite Ethan himself declaring on air that a DFCS social worker informed him that the report came from someone who "worked at [their] house," Plaintiff continues to attribute the report to any, and all, of their critics.[35]

45.     Contrary to Plaintiff's assertion (JKD ¶74), two of the users referenced in Plaintiff's opposition, who sent abusive and threatening modmail messages to us, do, in fact, have posting histories on the r/h3h3productions subreddit. As shown in Reply **Ex. 89**, we verified

---

[31] H3 Podcast, "Reacting To The Entire Idubbbz Content Cop - H3 Show #137," *YouTube* (18 Apr. 2025), https://www.youtube.com/watch?v=WRyfaf8tiQ8 [1:27:27 - 1:27:42].

[32] DenimsTTV Archive, "Canceling the Lawsuit Fundraiser," *YouTube* (18 May 2025), https://www.youtube.com/watch?v=U9R4G9lyqhU [21:40 - 22:39].

[33] H3 Podcast, "Denims Is Suing Me (Yes, seriously...) - H3 Show #146," *YouTube* (9 May 2025), https://www.youtube.com/live/VbhkX8OlI3M [16:30 - 40:35].

[34] H3 Podcast, "The Three Bozos Of The Apocalypse - H3 Show #149," *YouTube* (19 May 2025), https://www.youtube.com/live/Npd1eiSY1vU [2:34-54 - 3:10:22].

[35] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8 [4:13 - 4:32].

this through Arctic Shift, a Reddit archiving tool,[36] which confirms these users either (1) posted in r/h3h3productions directly and/or (2) defended Plaintiff in various other subreddits. Plaintiff's claim to the contrary is therefore incorrect. Whether this misrepresentation is intentional or not, it remains an incorrect statement presented as fact in their opposition.

46.    Plaintiff's claim that the Does' safety concerns are exaggerated is contradicted by public testimony from others who have faced harassment from H3 and their supporters.

    46.1.    In **Reply Ex. 90**, submitted for manual filing with the Clerk herewith, a Twitch streamer previously targeted by Plaintiff describes fans of "Ethan Klein" sending pizzas to her home, a tactic she identifies as a "precursor to SWAT-ing," after being discussed in Ethan's Instagram Stories and on the H3 Podcast. Her account underscores the real and documented risks posed by Plaintiff's fanbase.

47.    Plaintiff claims, ostensibly because of our Subreddit, that he fears leaving his home or allowing his children to attend playdates. (JKD ¶93). However, Ethan and Hila make no connection between any conduct of actual r/h3snark moderators, to these fears. Indeed, r/h3snark is not the sole source of discussion, criticism, or commentary regarding Plaintiff's controversial behavior and persona, and negative online opinions do not inherently result in offline harassment, especially given our Subreddit's strict moderation policies. In addition, the Subreddit has been shut down for months, further distancing any alleged conduct from the Subreddit. While we do not doubt that Plaintiff has safety concerns, Ethan has directly issued threats against our wellbeing and livelihood, establishing a clear connection between his actions and our fears of potential harm. In contrast, our moderation and conduct have produced no comparable statements or evidence warranting Ethan's concerns.

---

[36] ArthurHeitmann, "Project Arctic Shift," *GitHub* (n.d.) https://github.com/ArthurHeitmann/arctic_shift.

47.1.    Moreover, Plaintiff's own public conduct and activity, and their promotion and publication of the same, including after the H3Snark Subreddit closed, undermines the credibility of alleged fears. In August 2025, Ethan publicly livestreamed an exceedingly detailed home tour, showcasing the floor plan of their family's house and highlighting valuable assets.[37] The couple have also attended public events such as traveling to New York City,[38] filming content with an orchestra,[39] traveling for their anniversary,[40] attending a farm to film content,[41] traveling for a family member's birthday,[42] and, on multiple occasions, hiring individuals from Craigslist to sit in as a live studio audience during the H3 Podcast.[43]  On October 27, 2025, just days after the Opposition was filed, it was announced Ethan and Hila will attend a publicly promoted poker tournament in Las Vegas in November 2025.[44] These voluntary disclosures and appearances contradict claims of fear or danger stemming from r/h3snark and make clear that any potential offline risks cannot reasonably be

---

[37]H3 Show Clips, "Ethan's $50,000 Fridge & Unscripted House Tour," *YouTube* (28 Aug. 2025), https://www.youtube.com/watch?v=TFmQgN-6UVY [0:01 - 21:59].

[38] kleinhila, "Sunny takes over NY," *Instagram* (28 Mar. 2025), https://www.instagram.com/p/DHw1R4mJau0/.

[39] encompassmusic, "Ethan Klein of the The H3 Podcast conducts an orchestra at Evergreen Studios and the results are...hysterically funny. See for yourself at the link in bio.," *Instagram* (11 Jun. 2025), https://www.instagram.com/p/DKxbT1cJ4T0/.

[40] kleinhila, untitled, *Instagram* (2 Jul. 2025), https://www.instagram.com/p/DLnJxVkukof/?img_index=2%2F.

[41] H3 Podcast, "Ethan Becomes A Cowboy," *YouTube* (5 Aug. 2025), https://www.youtube.com/watch?v=ADJYnCrJXfA.

[42] H3 Podcast, "iDubbbz & Anisa Bad - H3 Show #197," *YouTube* (6 Oct. 2025), https://www.youtube.com/live/Ey75IP_eQyQ [1:49-15:00].

[43] H3 Podcast, "The Most Unhinged Show We've Ever Made – H3 Show #194," *YouTube* (26 Sept. 2025), https://www.youtube.com/live/vtiyvq4Wbn0 [36:38-37:38].

[44] Celebrity Poker Tour "11/19 Players" *Instagram Stories* (25 Oct. 2025), https://www.instagram.com/s/aGlnaGxpZ2h0OjE4MDc3MTk5OTY1MTYwNzkx; Archived at: u/dsbatt01 "The Legend Returns to Gambling after Recovering from His Jumping Jack Humiliation and Storming off Set after Losing the Last Time He Played Poker!," *r/LeftoversH3* (27 Oct. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ohp80w/the_legend_returns_to_gambling_after_recovering/.

attributed to our moderation of the subreddit. *See* ¶¶ 22.2, 22.3, 24.1.1, 33, 34, 37, 39, 42 above.

48.   Plaintiff has consistently belittled concerns for our safety and privacy by characterizing our worries as "snark brained" (Opp. 24:23-26). Our fears, by Plaintiff's own admissions, are not unfounded. Plaintiff admits to hiring private investigators to monitor, track, and identify us (JKD ¶57), supporting our assertion that the concern is not about copyright, but instead obtaining our personal identifying information.

49.   Additionally, Plaintiff's Ex. 70, as well as screenshots in the Complaint (Compl. ¶¶ 17:1, 17:10, 18:1, 18:10), show Plaintiff has been directing TEI employees to closely monitor and document criticism within r/h3snark posts and live chat discussions.[45] **These screenshots go as far back as *6 months prior* to any alleged contributory infringement, DFCS calls, receiving mail, etc.**

49.1.   Specifically, the Google Chrome profile photo, visible in the top right-hand corner of certain screenshots in Ex. 52 and the Complaint, shows the Google user account taking screenshots in r/h3snark's live chat belongs to TEI employee, "Galya". Below are true and accurate screenshots and comparison photos of the Google Chrome profile photo, the photo as posted on her public Instagram account,[46] and a side-by-side comparison of the photos. Does have censored partial nudity in the Instagram screenshot out of respect for Galya and the Courts.

---

[45] "Galia," *H3 Podcast Wiki* (28 Oct. 2025), https://h3podcast.fandom.com/wiki/Galia.

[46] @gallywood, "пятничный пост ❤️" (Rus. translation: "Friday Post"), *Instagram* (6 Aug. 2021), https://www.instagram.com/p/CSPOYULjWpR/.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRONENBERGER ROSENFELD







49.1.1.    From left to right: (1) the pixelated Chrome profile image submitted by

Plaintiff as evidence; (2) Galya's Instagram photo blurred at 50% using

37

Adobe Photoshop; and (3) the original, unedited, and publicly available Instagram photo of Galya, cropped into a circular format.

49.2.  Galya has worked for Plaintiff for several years as a behind-the-scenes "researcher" tasked with "investigations" for the H3 Podcast (JKD ¶64). Ethan and Hila publicly, and in their Declarations (JDK *id*), stated that Galya's "research" involves "knowing all the details" about various perceived enemies.[47] Recently, she was tasked with creating an exhaustive bibliography documenting the sexual history of Hasan Piker,[48] the subject of *Nuke,* for an H3 segment.[49]

49.2.1.  We encourage the Court to review the full segment cited by Plaintiff in JKD ¶64, footnote 103, as it demonstrates precisely the type of behavior that deeply concerns us. Plaintiff's pattern of leveraging "publicly available information" in a threatening manner (*See* ¶¶26, 26.1 above), combined with their acknowledgement that our identities will be publicly disclosed as a result of these Subpoenas (Doe Decl. ¶72.1), illustrates how such conduct can constitute stalking, especially given that we are private individuals (Doe Decl. ¶¶22, 190, 289, 296).

49.3.  Further evidence in RBN Decl. Ex. 51 confirms that TEI employee Kevin, a moderator for Plaintiff's r/h3h3productions subreddit, was engaging with Reddit communities that personally targeted an r/h3snark moderator, alleging they were a

---

[47] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/watch?v=Kzo0eCIGI0k [13:41 - 19:21].

[48] H3 Podcast, "Noah Samsen is Screwed - H3 Show #127," *YouTube* (26 Mar. 2025) https://www.youtube.com/watch?v=d3wdoHl6l8c [2:30:07 - 2:30:53].

[49] H3 Podcast, "Hasan Piker is a Cringe Machine - H3 Show #179," *YouTube* (13 Aug. 2025) https://www.youtube.com/watch?v=37n_A6onJBE [2:53:19 - 3:07:38]; u/recoveredgangstalker, "Ethan leaked the document for his latest Hasan hit piece today on air," *r/LeftoversH3* (13 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mpj54t/ethan_leaked_the_document_for_his_latest_hasan/.

KRONENBERGER ROSENFELD

Nazi based on their alleged geographical location (resulting in a permanent subreddit ban), back in September 2024. Plaintiff swears to the Court that they had no relation to these subreddits aimed at harassing us (JKD ¶59 fn. 95), **yet their own evidence proves TEI employees were engaged with them.** *See* Reply Ex. 91.

50.    Plaintiff directing their "Research" staff to stalk our Subreddit activity *half a year prior* to any alleged infringement occurring, in addition to hiring private investigators to identify us (Opp. 24:23-26), and proudly and publicly boasting about seeking concealed carry licenses (JKD ¶93),[50] is deeply concerning and intimidating behavior directed at critics.

    50.1.    We have strong reason to believe that, if unmasked through these Subpoenas, Galya and other TEI staff will continue acting on behalf of TEI to "research" our identities and produce H3 Podcast content targeting us as retaliation for facilitating lawful criticism of Plaintiff. Such exposure would not only place us at serious personal risk, but would also chill any anonymous speech critical of TEI, as well as **discourage public criticism of wealthy or influential figures online once copyright subpoenas become a known mechanism for unmasking** and doxxing critics.

51.    Although Plaintiff swears under penalty of perjury that they intend no harm to the Does (JKD ¶73), their Opposition publicly disclosed an r/h3snark user's full name and contact information (RBN Decl. ¶60), which had previously been redacted from publicly accessible materials (Doe Decl.¶54-55).[51] Plaintiff also shared identifying information obtained by an illegal dox when referencing a YouTube creator and H3 critic in their Opposition Declaration. (JKD ¶49).[52] Plaintiff also reveals the home address of another YouTube

---

[50] H3 Podcast, "Hasan Piker Crossed The Line… This Must Stop NOW," *YouTube* (18 Aug. 2025), https://youtu.be/n12vbcrwdzM [10:04-10:17].

[51] @obrienpotatoes1, "hey Hutch, i'm the redditor that received the cease & desist letter…," *Twitter/X* (7 May 2025), https://x.com/obrienpotatoes1/status/1920290222039761228.

[52] BadEmpanada, "H3 Podcast DOXXES ME & Many Others - YouTube Must Take Action," *YouTube* (3 Apr. 2025), https://youtu.be/fNMFBWUcQO4.

creator and H3 critic in its Opposition Declaration. (RBN Ex. 68.) Despite Plaintiff showcasing a redacted version of this same letter on the H3 Podcast,[53] Plaintiff's counsel decided to, instead, present the mailing address version of this letter for the Court. These three instances in Plaintiff's Opposition alone show that Plaintiff is using the legal system, through its public filings, as a way to disclose private identifying information about its critics and detractors, or at the very least not being cautious enough to redact this sensitive information. Therefore, we do not trust any and all statements that our private, identifying information will **not** be publicly shared.

51.1.    Plaintiff claims they instruct TEI employees and "researchers," such as Galya, to investigate only "publicly available information." (JKD ¶64.) However, by making personal identifying information publicly accessible through these filings, Plaintiff has not only made this information public on a court docket thereby increasing public view of it, it is effectively creating a pretext to use that same information in future H3 Podcast content. *See ¶¶*21, 22.2, 23.3, 23.5.1, 26, 26.1, 27, 30, 37, 49.2, 50.1 above. This demonstrates precisely the type of retaliatory behavior we fear if we are unmasked.

52.    Ethan's prior conduct on Instagram Stories supports our concern that, if we are unmasked through these Subpoenas, Plaintiff will share that information with "reporters" and "other [YouTube] creators." As evidence, a true and accurate screenshot of Ethan's Instagram Story from March 15, 2025, shows him discussing the doxxing of users associated with a YouTube creator and outspoken critic of H3:

---

[53] H3 Podcast, "Noah Samsen, Retract Or Lawyer Up - H3 Show #130," *YouTube* (2 Apr. 2025), https://www.youtube.com/live/H3ToWhPj4JE?si=bJ_Io6_nMutUwfik&t=1799 [29:57 - 30:26].

KRONENBERGER ROSENFELD



53. Additionally, Plaintiff shared private settlement correspondence via Instagram Stories (Doe Decl. ¶197.6). These actions indicate that a protective order would not be maintained in confidence.

54. Plaintiff denies our claim that he and his employees have expressed a desire to know the physical identities of the Does and other users of r/h3snark (JKD ¶69). However, our evidence previously submitted continues to strongly support this claim (Doe Decl. ¶¶87, 256), and Plaintiff's self-serving denial of their own public statements is insufficient to refute it.

55. **Reply Ex. 92** shows a true and accurate screenshot of r/h3snark's moderator activity log,

KRONENBERGER ROSENFELD

showing u/h3snarkmodteam2 banning u/RomanPeee from r/h3snark on the morning of January 31, 2025, ahead of *Nuke*'s release. This further demonstrates that u/h3snarkmodteam2 is not u/RomanPeee and that u/RomanPeee is an entirely different user. **None of us are Reddit user u/RomanPeee.**

55.1.    Plaintiff expresses grievances regarding attacks on their counsel (JKD ¶47; RBN Decl. ¶22), yet they provide no evidence linking us to these actions. As we have consistently stated (*see, e.g.*, RBN Decl. Ex. 67 at pp. 114-115), **u/RomanPeee is not any of us**, and we cannot be held responsible for their conduct. Plaintiff's insistence on attributing u/RomanPeee's statements to us, based solely on their unfounded claim that this account was one of our alternate accounts, is both misleading and improper. Moreover, a search for u/RomanPeee on r/h3snark yields no relevant results. Likewise, a search for Plaintiff's counsel's name and law firm on r/h3snark only show posts referencing and discussing the DMCA takedowns against r/h3snark.

56.    Plaintiff also falsely claims that user u/Shredder_Cheese is a moderator of r/h3snark (JKD ¶59). This claim is unsubstantiated and false. We have publicly refuted it following Plaintiff's previous assertion on his Instagram Stories.[54] **See Reply Ex. 94.**

57.    Plaintiff's allegations regarding purported calls to ICE and other government agencies (JKD ¶84) are factually inaccurate, based on unverified claims, and irrelevant to the underlying copyright issues in this case. None of us Does had anything to do with these unsubstantiated claims. The evidence cited is objectionable, misleading, and instead reveals Plaintiff's true motive: to advance a retaliatory agenda rather than pursue legitimate legal claims. If

---

[54] u/h3snarkmodteam2, "Debunking Ethan's lies about our moderation team (Hamas_Shredder / Shredder-Cheese)," *r/h3snark* (13 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1ioqdkk/debunking_ethans_lies_about_our_moderation_team/.

anything, quite the opposite is true; users on r/h3h3productions and r/hasanpiker, both owned and operated by Plaintiff, frequently invoke government authorities and organize mass-contact campaigns for creators of whom they disapprove. The Subreddit r/hasanpiker was banned for this exact conduct. See **Reply Ex. 93.**

57.1.   Plaintiff has insinuated that H3 fans working at government agencies, such as NORAD, could potentially help him obtain identities of Does, thereby affirming concerns that Plaintiff will use any means necessary, legal or otherwise, to obtain Does' private, identifying information.[55] **See Reply Ex. 94**, submitted to the Clerk for manual filing herewith.

## V.    Conclusion

58.    Our original declarations demonstrated Plaintiff's improper purpose, evidence of harm, and the necessity of anonymity. We dispute nearly all of Plaintiff's response points, but have focused on the most incorrect, damaging, or urgent issues, while seeking to preserve the Court's resources and maintain focus on alleged copyright infringement.

59.    Plaintiff, as a highly public figure, has the *ability* to *responsibly* address criticism, while we lack comparable power, influence, or resources. One category of our risks and fears stem from Plaintiff's incitement of his fanbase. Plaintiff has openly acknowledged that these lawsuits and subpoenas are intended to expose and retaliate against critics, stretching copyright law to unmask us because California anti-SLAPP protections may prevent him from successfully pursuing reputational harm, defamation, or harassment claims.

60.    The alleged "infringement" in these lawsuits consists solely of linking to Twitch streamers who, in our knowledge, lawfully reacted to and criticized Plaintiff and its video, which itself

---

[55] H3 Podcast, "I was going to let it go, until this happened… - H3 Show #201," *YouTube* (17 Oct. 2025), https://www.youtube.com/watch?v=tcR0tonb2tQ [2:18:59 - 2:20:18].

43    **DECL OF DOES ISO REPLY ISO MTN TO QUASH SUBPOENAS**

incorporated content from third parties, including the Does. Links were to DMCA-compliant platforms, predated any reaction videos (which were fair use in any event), and were shared with no intent to coordinate piracy. Plaintiff has admitted that *Nuke* was a "trap" to punish critics, and monetizes the litigation on his podcast, confirming that the Subpoenas are intended to chill protected speech, not enforce copyright. Even if the Court quashes the subpoena, doing so without awarding fees would reward this abusive strategy, as Plaintiff has forced anonymous critics into costly litigation for his own financial gain.

61.  Plaintiff has failed to tailor the Subpoena to actual authors of specific posts, instead broadly demanding personal identifying information from dozens of unrelated users. This overreach, combined with public statements and threats, demonstrates an intent to intimidate and suppress criticism, creating a chilling effect not only on us, but on all anonymous online critics. Shifting the cost of this litigation back to Plaintiff is necessary to deter abusive subpoena tactics, protect anonymous speech, and prevent the misuse of copyright law and subpoenas as tools for harassment and doxxing.

62.  We respectfully request that the Court quash the Subpoenas in full and award fees, restoring the financial burden to Plaintiff and safeguarding the First Amendment rights of anonymous critics and online communities.

We declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: November 3, 2025                    By: _____ s/ Does _____
                                                              Does

# Exhibit 76

| Pause # | Timestamps | Description of Reaction |
|---------|-----------|------------------------|
| 1 | 1:08 | Denims starts reacting to *Nuke* |
| 2 | 7:22 - 9:33 | Denims pauses to address a message, noting that Ethan relies heavily on his audience to interpret why Hasan's statements are "right" or "wrong." She characterizes this rhetorical strategy as appealing to "American ignorance" before transitioning into a discussion about social politics in China. |
| 3 | 10:25 - 10:45 | Denims pauses to respond to Ethan's remarks about China and Taiwan, refuting his claims and criticizing him for failing to explain his reasoning or provide supporting evidence. |
| 4 | 12:37 - 21:11 | Denim pauses to provide extensive political commentary on Western propaganda, criticizes Ethan for failing to cite sources, addresses the treatment of disabled Americans, critiques the American prison system, reviews an AP News article, discusses gender in sports, and responds to multiple chat comments. |
| 5 | 22:39 - 22:54 | Denims pauses to make jokes and display an internet "meme" for comedic effect. |
| 6 | 23:27 - 23:43 | Denims pauses to make jokes, promotes her poll. |
| 7 | 24:11 - 24:26 | Denims pauses to explain the missing context that Ethan omitted from his clip. |
| 8 | 25:00 - 26:55 | Denims pauses to respond to Ethan's comments about moderating chat, adds context omitted from his clip, and |

| | | criticizes his sensitivity to criticism. |
|---|---|---|
| 9 | 28:11 - 28:45 | Denims pauses to critique Ethan's evidence, noting the brevity of his clips and arguing that they are largely taken out of context. |
| 10 | 28:49 - 29:06 | Denims pauses to suggest that Ethan is defaming Hasan and using false allegations to damage his character. |
| 11 | 29:16 - 30:35 | Denims pauses to criticize Ethan's commentary and perspectives. |
| 12 | 30:40 - 31:30 | Denims pauses to explain the full context of a clip Ethan misrepresented, clarifying Hasan's reasoning. |
| 13 | 31:57 - 32:12 | Denims pauses to critique Ethan's editorial choices and the clips he selected. |
| 14 | 32:37 - 32:39 | Denims mocks Ethan's narrative and editorial framing. |
| 15 | 32:33 - 35:40 | Denim pauses to rewind the video to confirm her understanding of Ethan's statements. She expresses frustration at his narrative distortions, noting that clips "don't say what he says they said," and suggests that Ethan is being dishonest, highlighting his use of "double wrong" logical fallacies. |
| 16 | 35:54 - 36:13 | Denims pauses to mock Ethan's political arguments and his argumentative choices. |
| 17 | 36:29 - 42:42 | Denim pauses to challenge Ethan's historical analysis and factual claims, conducting live research, addressing racial stereotypes, and reviewing relevant Wikipedia pages. |

| 18 | 43:17 - 43:27 | Denims pauses to argue that Ethan is ignoring the broader political-historical context of the region. She gestures toward his underlying tones of anti-Arab racism. |
|----|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 19 | 44:18 - 44:44 | Denims pauses to state that Ethan is doing "full blown [historical] revisionism.". |
| 20 | 44:56 - 45:00 | Denims checks how long she's been reacting and how much of the video is left. |
| 21 | 45:46 - 45:56 | Denims pauses to criticize Ethan for leaving out context of his other takes that have led the internet to be critical of his political opinions. |
| 22 | 46:02 - 46:07 | Denims pauses to criticize Ethan for not providing evidence for his claims about Hasan. |
| 23 | 46:36 - 47:06 | Denims pauses to suggest Ethan is factually incorrect about the data he presents. |
| 24 | 47:53 - 48:21 | Denims pauses to criticize Ethan for making baseless assumptions and leaps in logic. |
| 25 | 48:38 - 48:42 | Denims pauses to mock Ethan and *Nuke*'s developing narrative. |
| 26 | 49:16 - 49:31 | Denims pauses to mock Ethan's editorial choices and engages with her chat. |
| 27 | 49:49 - 50:18 | Denims pauses to suggest alternative opinions to those presented in *Nuke*. |
| 28 | 51:11 - 51:38 | Denims pauses to thank a fellow Twitch streamer for sending viewers to her stream and welcomes them. She provides new |

| | | viewers with context about what she's reacting to and how far she is into *Nuke*. |
|---|---|---|
| 29 | 52:32 - 54:15 | Denims pauses to mock Ethan's hypocrisy for using old videos to criticize Hasan, while also reacting to chat comments and discussing political radicalization. |
| 30 | 54:36 - 55:27 | Denims pauses to criticize Ethan's incorrect definition of the word "propaganda" and mocks Ethan's infantilization. |
| 31 | 55:44 - 56:18 | Denims pauses to mock Ethan, his arguments, and the overall quality of *Nuke* thus far. |
| 32 | 57:11 - 57:37 | Denims pauses to react to her chat and expresses shock at how "bad" and overdramatized Ethan's claims are in *Nuke*. |
| 33 | 58:10 - 58:40 | Denims pauses to add context about Hasan's popularity prior to the *Leftovers* podcast. |
| 34 | 59:32 - 59:52 | Denims pauses to joke about and critique Ethan's lack of editing experience and knowledge. |
| 35 | 1:00:02 - 1:00:08 | Denims pauses to suggest Ethan is mentally ill due to the absurdity of the video. |
| 36 | 1:01:10 - 1:01:15 | Denims pauses to call Ethan's statements "insane." |
| 37 | 1:01:25 - 1:01:32 | Denims engages in discourse with her live chat audience. |
| 38 | 1:02:17 - 1:02:30 | Denims pauses to express visceral pain and frustration with how "cringe" the video is. |
| 39 | 1:03:10 - 1:03:25 | Denims pauses to engage with her chat and make jokes. |

| 40 | 1:04:51 - 1:05:14 | Denims pauses to add context about Ethan's fixation on the subject he's criticizing. |
| 41 | 1:05:37 - 1:05:44 | Denims pauses to highlight Ethan's hypocrisy, specifically referencing instances in which Ethan performed the sieg heil salute multiple times on his livestream. |
| 42 | 1:07:17 - 1:07:53 | Denims pauses to rewind and rewatch a section she didn't understand so she could give better analysis. She states that Ethan's use and editing of short clips are disorienting to watch. |
| 43 | 1:08:18 - 1:14:11 | Denim pauses to reflect on Ethan's points, presents her own reasoning, shares political history, and briefly departs from *Nuke* to play a clip of political scientist Dr. Norman Finkelstein to illustrate her perspective. She further suggests that Ethan is being disingenuous. |
| 44 | 1:16:30 - 1:16:42 | Denims pauses to make a joke. |
| 45 | 1:17:06 - 1:17:10 | Denims engages with her live chat audience. |
| 46 | 1:18:09 - 1:19:43 | Denims pauses to counter Ethan's political claims in *Nuke*. |
| 47 | 1:20:17 - 1:20:48 | Denims pauses to illustrate that Ethan fails to provide sources for his claims. She further argues that many claims made in *Nuke* thus far are false. |
| 48 | 1:21:02 - 1:21:17 | Denims pauses to make a joke. |
| 49 | 1:21:24 - 1:21:58 | Denims pauses to observe the advancement of technology to be able to access some of the footage presented. |

| 50 | 1:22:12 - 1:23:40 | Denims pauses to refute Ethan's historical claims, engage with her chat, and discuss the purposes of protesting. |
| 51 | 1:24:06 - 1:24:58 | Denims pauses to mock *Nuke* and engage with her live chat audience's comments. |
| 52 | 1:26:20 - 1:26:24 | Denims engages with her live chat audience. |
| 53 | 1:26:50 - 1:27:22 | Denims pauses to criticize the narrative flow of *Nuke* and Ethan's lack of comedic talent. |
| 54 | 1:29:03 - 1:29:25 | Denims pauses to criticize the lack of originality in Ethan's approach to criticizing Hasan. |
| 55 | 1:29:52 - 1:30:15 | Denims pauses to announce getting half way through *Nuke* and expresses disappointment in the quality of the content. |
| 56 | 1:30:42 - 1:30:59 | Denims pauses to say she feels like she's going insane over how awful the video is. |
| 57 | 1:31:21 - 1:31:25 | Denims pauses to criticize Ethan for his lack of evidence. |
| 58 | 1:32:12 - 1:32:37 | Denims pauses to make a joke. |
| 59 | 1:33:04 - 1:33:14 | Denims pauses to express her general and mounting frustration with *Nuke*. |
| 60 | 1:35:01 - 1:36:30 | Denims pauses to correct the blatant misinformation Ethan is promoting in this segment. She sardonically criticizes Ethan's reporting skills and his manipulative reframing of a translated interview. She minimizes *Nuke* to refute Ethan's claims, citing a January 23, 2025 article published on the official U.S. State Department website, titled "Release of Galaxy Leader |

| | | Crew Members." |
|---|---|---|
| 61 | 1:37:38 - 1:38:04 | Denims pauses to criticize Ethan's approach to his argument. |
| 62 | 1:39:19 - 1:40:38 | Denims pauses to criticize Ethan's argument. She discusses one of Ethan's old videos. |
| 63 | 1:41:37 - 1:42:36 | Denims pauses to watch part of an old video ("This Weird City is Freaking Me Out" on the Hila Klein YouTube channel), in which Ethan makes several controversial statements about Israel, such as calling it a "shithole." |
| 64 | 1:43:22 - 1:44:07 | Denims pauses to make political commentary, specifically critiquing Ethan's conflation between Judaism and Zionism. She highlights the absurdity of this claim by sarcastically claiming that, by Ethan's logic, notably Catholic former U.S. President Joe Biden is "Jewish now" due to his support of the Israeli state. |
| 65 | 1:44:25 - 1:44:38 | Denims pauses to point out how Ethan is perpetuating antisemitic stereotypes and making antisemitic remarks in order to accuse others of antisemitism. |
| 66 | 1:45:49 - 1:45:56 | Denims pauses to criticize Ethan's reasoning. |
| 67 | 1:46:02 - 1:46:22 | Denims pauses to respond to her live chat audience's critiques of *Nuke*. While doing so, she expresses wishing she could refute each claim made in the video, but that it would take her far too long to do so. |
| 68 | 1:47:43 - 1:48:02 | Denims pauses to make commentary on a point Ethan makes in *Nuke*. |

| 69 | 1:48:19 - 1:48:30 | Denims pauses to point out how much context is missing regarding a clip. |
|---|---|---|
| 70 | 1:48:48 - 1:49:22 | Denims pauses to criticize the clips Ethan chose and their potential source material. |
| 71 | 1:49:45 - 1:50:00 | Denims pauses to express her opinion in opposition to Ethan. |
| 72 | 1:50:07 - 1:50:10 | Denims calls Ethan's arguments "pathetic." |
| 73 | 1:50:45 - 1:51:29 | Denims pauses to acknowledge a clip Ethan selected as funny, while providing context about its age. |
| 74 | 1:52:27 - 1:52:41 | Denims pauses to criticize Ethan for invoking the harmful standard of "the perfect victim" on those facing systemic oppression and genocide. |
| 75 | 1:53:00 - 1:53:26 | Denims pauses to point out Ethan's claims are unsubstantiated and poorly sourced. |
| 76 | 1:53:38 - 1:55:26 | Denims pauses to react to her live chat audience's comments and make jokes. |
| 77 | 1:56:32 - 1:57:11 | Denims pauses to challenge Ethan's framing of what constitutes "terrorism," specifically about why systemically oppressed and harmed peoples may resort to violence when confronting their oppressors. |
| 78 | 1:58:05 - 1:58:50 | Denims pauses to make a joke and mock Ethan's impotent political analysis on Hassan Nasrallah's views on Jewish people and the nation-state of Israel. |
| 79 | 1:58:53 - 2:00:37 | Denims pauses to point out that the clips in *Nuke* are, once |

| | | again, being taken out of context. |
|---|---|---|
| 80 | 2:01:04 - 2:01:26 | Denims pauses to point out Ethan and Hila's prior statements about former Israeli Minister of Defense Yoav Gallant, for whom the International Criminal Court has issued an arrest warrant for war crimes and crimes against humanity, being a "good guy." |
| 81 | 2:01:47 - 2:02:08 | Denims pauses to respond to and engage with her chat comments about the video. |
| 82 | 2:02:56 - 2:03:00 | Denims makes commentary about missing context. |
| 83 | 2:03:29 - 2:08:19 | Denims pauses to make commentary on the editing, and reacts to her live chat audience's political commentary. She points out and explains how much context is missing from the clips Ethan uses. She also argues with a chatter who has a different perspective. |
| 84 | 2:08:45 - 2:09:25 | Denims pauses to react to her chat comments and clarify her statements. |
| 85 | 2:10:40 - 2:11:00 | Denims pauses to mock Ethan's logic and reasoning. |
| 86 | 2:12:03 - 2:13:05 | Denims pauses to express frustration with Ethan's arguments and their lack of quality and context. She reacts to her live chat audience's political commentary. |
| 87 | 2:13:23 - 2:13:41 | Denims pauses to make political commentary. |
| 88 | 2:15:00 - 2:19:00 | Denims pauses to express condolences for hostages, provide political commentary, discuss war-related trauma, and clarify context omitted by Ethan. |

| 89 | 2:19:25 - 2:20:28 | Denims pauses to refute Ethan's claims in *Nuke*. |
| 90 | 2:20:43 - 2:20:51 | Denims pauses to reframe context Ethan manipulates in *Nuke*. |
| 91 | 2:21:10 - 2:21:25 | Denims pauses to offer context Ethan omits from *Nuke*. |
| 92 | 2:21:30 - 2:21:35 | Denims pauses to engage with a live chat audience member asking about the context Ethan omitted. |
| 93 | 2:22:49 - 2:23:40 | Denims pauses to respond to her live chat audience's critiques of *Nuke*. She also mocks his argumentation skills (steelman vs. strawman argumentation), makes political commentary, and jokes at Ethan's expense. |
| 94 | 2:24:04 - 2:24:39 | Denims pauses to make a joke. |
| 95 | 2:24:55 - 2:25:25 | Denims pauses to react to her chat and make jokes about Ethan's hypocrisy. |
| 96 | 2:26:06 - 2:26:10 | Denims pauses to thank her chat, and share her opinion. |
| 97 | 2:26:20 - 2:26:44 | Denims pauses to mock Ethan's lacking debate skills. |
| 98 | 2:27:59 - 2:28:00 | Denims pauses to counter Ethan's arguments and framing. |
| 99 | 2:29:30 - 2:29:53 | Denims pauses to argue certain facts presented are false. |
| 100 | 2:30:44 - 2:31:39 | Denims pauses to argue certain facts were disproven. She suggests context and sources are missing and argues *Nuke* is manipulative and dishonest. |
| 101 | 2:31:55 - 2:33:43 | Denims pauses to discuss sexual violence in the military and |

| | | engages her chat in conversation about the issue. |
|---|---|---|
| 102 | 2:34:20 - 2:34:30 | Denims pauses to, once again, point out Ethan's hypocrisy and once again references him sieg heil saluting on his own stream the day before. |
| 103 | 2:34:52 - 2:35:44 | Denims pauses to suggest Twitch CEO Dan Clancy likely has a defamation case against Ethan Klein for repeatedly referring to him as a "pedophile." |
| 104 | 2:35:54 - 2:36:15 | Denims pauses to react to her chat and make jokes. |
| 105 | 2:38:45 - 2:41:14 | Denims pauses to discuss potential workplace sexual harassment, refutes Ethan's claims, and suggests he is grasping at straws to make unfounded allegations. |
| 106 | 2:42:28 - 2:43:50 | Denims pauses to respond to her chat who are sharing opinions of the contents of Ethan's video. |
| 107 | 2:44:07 - 2:44:27 | Denims pauses to express frustration with Ethan's arguments. |
| 108 | 2:44:44 - 2:45:07 | Denims reacts to the segment in *Nuke* about Frogan, a friend of hers [and another creator being sued for her critical reaction to *Nuke*]. |
| 109 | 2:45:00 - 2:45:07 | Denims pauses to refute Ethan's claim and criticizes the quality of *Nuke*. |
| 110 | 2:45:30 - 2:45:56 | Denims pauses to point out the lack of context included in Ethan's narrative and elaborates on events that were left out. |
| 111 | 2:47:30 - 2:53:14 | Denims pauses to point out and explain missing context. |

| 112 | 2:53:46 - 2:58:09 | Denims pauses to analyze the sentiment of the comments made by Frogan. She also explains political and religious context and reacts to chat comments. |
|---|---|---|
| 113 | 2:58:42 - 2:58:50 | Denims pauses to correct a false statement Ethan makes about the duration of Frogan's previous ban from Twitch. |
| 114 | 2:59:12 - 3:04:48 | Denim pauses to identify and explain context omitted by Ethan, analyzes the sentiment of comments made by her friend Frogan, and provides political and religious context. She responds to chat comments, offers additional commentary on users' opinions, discusses the role of comedy within tragedy, and addresses Ethan's possible underlying racism as well as broader American cultural issues surrounding race. |
| 115 | 3:05:20 - 3:06:54 | Denims pauses to say hello to her pet who jumps in her lap, discusses Frogan's tweet, and shares her opinions on its messaging. |
| 116 | 3:07:44 - 3:09:10 | Denims pauses to react to the points being made in her chat and argues the narratives around Frogan are unrelated to Hasan. |
| 117 | 3:09:45 - 3:09:58 | Denims pauses to correct Ethan's misinformation about an award Frogan received. |
| 118 | 3:10:15 - 3:11:11 | Denims pauses to engage with her chat, continues to correct Ethan's misinformation and argues the content is irrelevant to Hasan. |
| 119 | 3:11:41 - 3:11:51 | Denims pauses to react to an event she was involved in directly. She also defends herself against accusations of antisemitism levied against her by Ethan in *Nuke*. |

| 120 | 3:12:08 - 3:12:14 | Denims pauses to make further commentary about the event. |
|---|---|---|
| 121 | 3:12:30 - 3:12:35 | Denims pauses to mock Ethan's narrative framing of *Nuke*. |
| 122 | 3:13:00 - 3:13:35 | Denims pauses to respond to a clip taken out of context, and explain what they meant. |
| 123 | 3:14:14 - 3:14:45 | Denims pauses to explain missing context. |
| 124 | 3:15:04 - 3:15:19 | Denims pauses to point out how Ethan calling other Jews "tokens" can be interpreted as antisemitism. |
| 125 | 3:15:45 - 3:18:31 | **Denims pauses to react to clips and content she is featured in. She is responding to Ethan's criticism of herself.** |
| 126 | 3:18:55 - 3:21:17 | Denims pauses to correct Ethan's framing. She continues to discuss how certain comments Ethan makes can be interpreted as antisemitic.She makes further political commentary. |
| 127 | 3:21:56 - 3:24:17 | Denims pauses to condemn what she identifies as an antisemitic joke made by Ethan and points out his lack of good faith in discussing the issues. She provides additional context for the clips shown, including those featuring herself. |
| 128 | 3:25:00 - 3:25:42 | Denims expresses confusion about how the narratives are related to Hasan. |
| 129 | 3:26:05 - 3:26:27 | Denims pauses to express frustration with Ethan's approach to framing his arguments. |
| 130 | 3:27:06 - 3:27:14 | Denims pauses to suggest Ethan is framing things dishonestly. |

| 131 | 3:27:28 - 3:27:31 | Denims makes a joke and is frustrated that none of the narratives are related to Hasan. |
|-----|-------------------|------------------------------------------------------------------------------------------|
| 132 | 3:27:53 - 3:28:21 | Denims pauses to mock Ethan's sources. |
| 133 | 3:29:38 - 3:29:45 | Denims pauses to express frustration that none of Ethan's points are about the main topic of his video. |
| 134 | 3:30:44 - 3:30:48 | Denims reads her chat and makes jokes. |
| 135 | 3:31:23 - 3:32:00 | Denims pauses to discuss *Nuke*'s odd fixation on Frogan. She further challenges claims made in *Nuke*, pointing out that Ethan's own line of argumentation is antisemitic. |
| 136 | 3:32:44 - 3:33:09 | Denims pauses to make general commentary. |
| 137 | 3:33:40 - 3:34:50 | Denims pauses to make jokes. She suggests she's reacting to the entire video to avoid Ethan's fans from saying she didn't watch all of it, so she wouldn't know what she's talking about. |
| 138 | 3:35:18 - 3:35:24 | Denims pauses to ask questions about how much of the content Ethan had to change last minute due to a recent scandal about one of the creators he features in the video. |
| 139 | 3:35:40 - 3:37:20 | Denims pauses to point out the context that is missing from Ethan's framing. She suggests Ethan is being deeply dishonest about his framing and intentionally misleading viewers. |
| 140 | 3:37:45 - 3:37:56 | Denims pauses to react to pushback in her chat. |

| 141 | 3:38:54 - 3:39:20 | Denims pauses to point out Ethan's hypocrisy and criticizes his editing. |
|---|---|---|
| 142 | 3:39:42 - 3:40:00 | Denims pauses to suggest Ethan is being subtly racist. |
| 143 | 3:40:41 - 3:41:25 | Denims pauses to share her opinions on a previous Tweet posted by Hasan. |
| 144 | 3:41:40 - 3:42:00 | Denims pauses to comment on the assassination of former Japanese Prime Minister Shinzo Abe. |
| 145 | 3:42:25 - 3:43:00 | Denims pauses to make jokes. **She reacts to footage of herself Ethan uses in his video.** |
| 146 | 3:43:15 - 3:46:00 | **Denims pauses to react to the content (of herself) Ethan uses.** |
| 147 | 3:46:48 - 3:49:10 | Denims pauses to make counter arguments against Ethan's claims about the FBI and their involvement in streamer drama. |
| 148 | 3:49:42 - 3:50:38 | Denims pauses to react to Ethan's call to action to contact mainstream media about Hasan. She mocks the quality of the video and its lack of sophistication. |
| 149 | 3:51:20 - 3:51:31 | Denims pauses to make jokes about Ethan. |
| 150 | 3:51:36 - 3:50:00 | The video ends. Denims calls it one of the worst videos she has ever watched in her life. She reviews the comments on the video. |

# Exhibit 77



# Exhibit 78

**Source Post:** Deleted User (u/h3snarkmodteam), "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread," *r/h3snark*, 31 Jan. 2025, https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_pike r_h3_snark/. (Compl. Ex. H).



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9yz33/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/maa22m9/





https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9s881/

19



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9v2z4/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9r2jg/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9uqyt/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9t3nz/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9swyz/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9ykia/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9r06r/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9yk65/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/maak8u6/



https://www.reddit.com/r/h3snark/comments/1ieq74l/comment/ma9rf7a/

# Exhibit 79



# Exhibit 80

# Nocommentchick stream clip
# Manually Filed with the Clerk

# Exhibit 81

## "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174" [2:27:26 - 2:39:50]
## Manually Filed with the Clerk

# Exhibit 82

# "Blake Lively BUSTED Again, Hasan Piker BUSTED Again - H3 Show #125" [3:08:31 - 3:12:10] Manually Filed with the Clerk

# Exhibit 83

# "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202" ["0:01:41 - 0:05:11; 3:05:18 - 3:05:59"] Manually Filed with the Clerk

# Exhibit 84

# "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125" (Members) [0:51:09 - 0:51:46] Manually Filed with the Clerk

# Exhibit 85

# H3 Lawsuit Update Videos



H3 Podcast, "Hasan's Community Is Imploding - H3 Show #203," *YouTube* (24 Oct. 2025), https://www.youtube.com/live/fYbTpH3oW6E [discusses the lawsuit at 0:32:25-0:33:08, 0:36:20-0:36:32, 0:37:43-0:37:55].



H3 Podcast, "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125," *YouTube*

(22 Oct. 2025), https://www.youtube.com/watch?v=6b0s63rxUW8 (Members Only) [discusses the lawsuit at 0:51:09-0:51:46].



H3 Podcast, "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202," *YouTube* (21 Oct. 2025), https://www.youtube.com/watch?v=aSPVXEKpki8 [discusses the lawsuit at 3:00:31-3:05:59].



H3 Podcast, "I was going to let it go, until this happened... - H3 Show #201," *YouTube* (17 Oct. 2025), https://www.youtube.com/watch?v=tcR0tonb2tQ [discusses the lawsuit at 1:56:07-1:59:36]



H3 Podcast Highlights, "The Very Honest Truth About The Kaceytron Lawsuit…," *YouTube* (18 Sept. 2025), https://www.youtube.com/watch?v=zkiDRKZ8_O4.



H3 Podcast, "Responding To Denims, iDubbbz & Anisa - H3 Show #191," *YouTube* (15 Sept.

2025), https://www.youtube.com/watch?v=yvuLMQwNCq4 [discusses the lawsuit at 17:45 - 39:29].



H3 Podcast, "They Responded," *YouTube* (19 Aug. 2025), https://youtu.be/PTcElHBIsMQ.



H3 Podcast Highlights, "The Truth About Frogan's Lawsuit…," *YouTube* (7 Aug. 2025), https://www.youtube.com/watch?v=DY_4ZcZ0uxY.



H3 Podcast Highlights, "Our Snark Lawyered Up To Fight Me In Court," *YouTube* (7 Aug. 2025), https://youtu.be/Q9VLluArZ3M.



H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," YouTube (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8 [discusses the lawsuit at 1:51:58-1:53:14, 1:58:47-2:39:19].



H3 Podcast Highlights, "Big Denims, Frogan & Kaceytron Lawsuit Updates," *YouTube* (4 Aug. 2025), https://youtu.be/W-fTgKZKtTU.



H3 Podcast, "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174," YouTube (1 Aug. 2025), https://www.youtube.com/watch?v=cE28l1KCDNQ [discusses the lawsuit at 2:27:26-2:39:50].



H3 Podcast Highlights, "Regarding My Lawsuit Against Frogan," YouTube (29 Jul. 2025), https://www.youtube.com/watch?v=8l5QB_WJ6jI.



H3 Podcast, "About The Frogan Lawsuit… - H3 Show #172," YouTube (28 Jul. 2025), https://www.youtube.com/watch?v=YiGfOEj9K0U [discusses the lawsuit at 2:40:27-2:57:20].



H3 Podcast Highlights, "Ethan On Hasan's Reaction To The New H3H3 Video," *YouTube* (23 Jun. 2025), https://youtu.be/0CG_H86c6nM.



H3 Podcast Highlights, "Ethan Reacts to Kaceytron's Response To The H3H3 Video," *YouTube* (23 Jun. 2025), https://youtu.be/7-MZvY7k_Bk.



H3 Podcast Highlights, "Keemstar & Boogie's Reaction To The H3H3 Video," *YouTube* (22 Jun. 2025), https://youtu.be/NRakqcYU7gw.



H3 Podcast Highlights, "Ethan Reacts To Frogan's Response To The H3H3 Video," *YouTube* (22 Jun. 2025), https://youtu.be/IYti5bFytIk.



H3 Podcast Highlights, "Ethan Reacts To Denims Response To The Lawsuit," *YouTube* (22 Jun. 2025), https://youtu.be/e7SoImtngOQ.



H3 Podcast Highlights, "xQc's Reaction to The H3H3 Lawsuit Video," *YouTube* (21 Jun. 2025), https://youtu.be/7C2oZtu_b8c.



H3 Podcast, "I'm Loving The Reactions To The Lawsuits (Final Episode) - H3 Show #162," *YouTube* (20 Jun. 2025), https://www.youtube.com/watch?v=iwwSERCF_Gk.



H3 Podcast, "I'm Suing Denims, Frogan & Kaceytron - H3 Podcast #161," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=UhfL_X90hDY.



h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025),
https://www.youtube.com/watch?v=3yAiuEyJF-I.

# Exhibit 86

The post below is a true and accurate screenshot of an r/h3h3productions subreddit post on September 27, 2025. The post directed readers to our Court documents,[1] as well as a Reddit post furthering the unfounded and incorrect conspiracy theory that we (Does) are Reddit Admins or are working with Reddit Admins, and that cites our Doe Declarations filed in support of our motion to quash;[2] the Reddit Ads subdomain;[3] then instructs readers to use these links to mass campaign to the following: (1) an exhaustive list of all San Francisco Representatives;[4] (2) a website that automates email to congresswomen Nancy Pelosi;[5] (3) the San Francisco Chronicle newspaper;[6] (4) the San Francisco Standard newspaper;[7] (5) the San Francisco Examiner newspaper;[8] (6) the San Francisco Weekly newspaper;[9] (7) San Francisco's Local ABC news outlet;[10] (8) San Francisco's Local NBC news outlet;[11] (9) an exhaustive list of all local newspapers, that are not yet listed in this series, within the San Francisco area.[12]

---

[1] Court Listener, "In re Subpoenas to Reddit, Inc. & Discord, Inc., Case No. 3:25-mc-80296" *N.D California Docket* (22 Sept. 2025), https://www.courtlistener.com/docket/71425884/in-re-subpoenas-to-reddit-inc-and-discord-inc/

[2] r/h3h3prodctions, "Snark mods: Reddit admins working with us is a conspiracy. Also snark mods: Reddit admins bought us software to cover up our digital footprint, so we can snark in peace," *Reddit*, (23 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nqwnl0/snark_mods_reddit_admins_working_with_us_is_a/

[3] Reddit Business, "Success Stories," *Reddit*, https://www.business.reddit.com/success-stories

[4] GrowSF, "SF District Supervisor Map," *GrowSF.org*, https://growsf.org/sf-district-supervisor-map/

[5] Nancy Pelosi, "Address Authentication – Email Me," *Pelosi.House.gov*, (n.d.), https://pelosi.house.gov/address_authentication?form=/contact/email-me

[6] San Francisco Chronicle, "Home Page," https://www.sfchronicle.com/.

[7] The San Francisco Standard, "Home Page," https://sfstandard.com/.

[8] San Francisco Examiner, "Home Page," *San Francisco Examiner*, https://www.sfexaminer.com/.

[9] SF Weekly, "Home Page," https://www.sfweekly.com/

[10] ABC7 News, "Home Page," https://www.abc7news.com/

[11] NBC Bay Area, "Home Page," https://www.nbcbayarea.com/

[12] Feedspot, "Top 25 San Francisco News Websites," https://news.feedspot.com/san_francisco_news_websites/

**Source:** u/neptunebay (now deleted by user). "Some resources to address the conduct of Reddit admins that has recently been revealed (until I likely get banned)," *r/h3h3productions* (27 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nrqejn/some_resources_to_address_the_conduct_of_reddit/.

  r/h3h3productions · 4 days ago
neptunebay

## Some resources to address the conduct of Reddit admins that has recently been revealed (until I likely get banned)

Here is a link to access the court document itself to use for this outreach, though I recommend also including the screenshots from this post to catch attention.

Here is a list of the board of supervisors for San Fransisco's districts (location of Reddit HQ). Nancy Pelosi represents the 11th district, the bottom of this page has contact details for her Washington and San Francisco offices.

This page shows all of Reddit's top advertisers (except Adobe) just scroll down to "jump to an industry" and their advertisers from each industry are listed when you click on them.

Here is the San Francisco Chronicle, Standard, Examiner, Weekly, Local ABC, Local NBC, and a list of more SF outlets.

Helpful to tag on social media: Government Reform Committee Chairman James Comer (who invited Reddit and Twitch to testify in congress), Conde Naste (owns the site), Steve Huffman (CEO), Drew Vollero (CFO), Nancy Pelosi, and the aforementioned representatives

On top of this, your representatives (local and state) are helpful to contact, as well as your local media. If even one local media branch anywhere in the country picks up this story, other outlets will follow and it can build momentum.

This is huge and can not be allowed to go unnoticed.

⬆ 98 ⬇    💬 6    ↗ Share

# Exhibit 87
# Reddit Admin Conspiracy

The following include examples (but not an exhaustive list) of H3 fans and supporters perpetuating the baseless conspiracy theory that we are Reddit administrators and/or employees. Below are true and accurate screenshots of comments taken from the r/h3h3productions subreddit. They each highlight the pervasiveness of Ethan's incorrect and unfounded conspiracy theory and show the extent to which Ethan incites H3 fans and supporters against us.

**Source:** u/dingjima, "Snark mods: Reddit admins working with us is a conspiracy. Also snark mods: Reddit admins bought us software to cover up our digital footprint, so we can snark in peace," *r/h3h3productions* (26 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nqwnl0/snark_mods_reddit_admins_working_with_us_is_a/.



https://www.reddit.com/r/h3h3productions/comments/1nqwnl0/comment/nga2s1e/



https://www.reddit.com/r/h3h3productions/comments/1nqwnl0/comment/nga8z6n/



https://www.reddit.com/r/h3h3productions/comments/1nqwnl0/comment/ngbb06a/

**Source:** u/Gaslightingdocument, "Could reddit be paying for the mods lawyers?,"
*r/h3h3productions* (26 Sept. 2025),
https://www.reddit.com/r/h3h3productions/comments/1nr4erv/could_reddit_be_paying_for_the_mods_lawyers/.



https://www.reddit.com/r/h3h3productions/comments/1nr4erv/comment/ngbrp1g/



https://www.reddit.com/r/h3h3productions/comments/1nr4erv/comment/ngbnvuq/

**Source:** u/Ignignokt_DGAF, "If it's true that reddit helped snarkers hide their identity and snarkers did call cps, send the skulls, and/or coordinate the watch parties of the Nuke isn't reddit liable for some form of aiding and abetting?," *r/h3h3productions* (27 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nrvf09/if_its_true_that_reddit_helped_snarkers_hide/.



https://www.reddit.com/r/h3h3productions/comments/1nrvf09/comment/ngkvdy0/



https://www.reddit.com/r/h3h3productions/comments/1nrvf09/comment/ngh84mj/

**Source:** u/klxz79, "Legal Mindset says the head mode of snark is a Reddit employee,"
*r/h3h3productions* (4 Oct. 2025),
https://www.reddit.com/r/h3h3productions/comments/1nxklsc/legal_mindset_says_the_head_mode_of_snark_is_a/.



https://www.reddit.com/r/h3h3productions/comments/1nxklsc/comment/nho5m0a/



JFeth · 1mo ago

I fucking knew it. This changes everything if true.

⬆ 111 ⬇    💬 Reply    ↗ Share    ···

_extra_medium_ · 1mo ago

The person said it publicly, it's not like this was unearthed

⬆ 9 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1nxklsc/comment/nho23ly/



EuphoricPhoto2048 · 1mo ago

This sounds like a joke to me.

I do believe there are people at Reddit involved, but this snarker is trying to crazy make Ethan.

⬆ 57 ⬇    💬 Reply    ↗ Share    ···

idkwhyicaretbh · 1mo ago

Thing is, if this isn't true, it's not just Ethan that the user is baiting – it's Reddit as well. Reddit isn't going to appreciate seeing alleged employees being involved with subreddits currently facing legal problems, probably misusing employee tools, on a type of subreddit that has been linked to harassment campaigns and suicides ("snark"), especially during increased scrutiny from an authoritarian administration. If that mod is lying for attention, they're going to catch a lawsuit from Reddit themselves if they continue. As always, time will tell.

⬆ 9 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1nxklsc/comment/nho5x8x/



11summers · 1mo ago

Alarm bells definitely rung in my head when H3Snark got a lawyer in San Francisco (where Reddit is headquartered).

⬆ 15 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1nxklsc/comment/nho5zfi/

# Exhibit 88



Legal Mindset, "Ethan Klein's Copyright TRAP (Fast Facts)," *YouTube* (21 Jun. 2025), https://www.youtube.com/watch?v=d6ysFJdZh70.



Nate The Lawyer, "Ethan Klein's Copyright Lawsuit TRAP—Woke Streamers Exposed LIVE," *YouTube* (4 Jul 2025), https://www.youtube.com/watch?v=5T5mKksXu_Y.



Hasanabi Archive Daily, "Ethan Klein's Copyright Trap Just Backfired," *YouTube* (20 Jun. 2025), https://www.youtube.com/watch?v=pUmc-5sCHo0.



Heavy Metal Lawyer | LEGENDesq, "Lawyer EXPOSES Ethan Klein Copyright Trap," *YouTube* (3 Jul. 2025), https://www.youtube.com/watch?v=8Y8RvWYueW4.



On Blast Podcast, "ETHAN KLEIN'S GENIUS COPYRIGHT TRAP: How He Set Up 3 Streamers With 144-Page Lawsuits," *YouTube* (23 Jun. 2025), https://www.youtube.com/watch?v=KCF19VkKmB4.



Scott Leonard Clips, "Copyright Trap: How H3H3 Caught Streamers! 🤯," *YouTube* (2 Jul. 2025), https://www.youtube.com/watch?v=lXR1paAslhM.



Peritash Gaming (Peritash), "Ethan Klein Just Set a Trap for Twitch – And It's Working," *YouTube* (20 Jun. 2025), https://www.youtube.com/watch?v=X1sKXWSVtio.

# Exhibit 89

**Modmail Received by r/h3snark**

**H3 h3snark • Hey** 🖉

u/Rich-Ad9837 • 10 months ago    Quote    Report

Y'all are absolute no life having losers. I would genuinely... be surprised if you weren't over 300lbs and sweat bullets on a daily. I know for a fact, non of y'all could handle any heat in person. That's why you say it behind a screen like 13 year girls. Literally middle schoolers. Your delusional and ignorant, 90% of yall probably watch child porn, wouldn't be surprised if your names are on a registry cite. And god.... Do we all know you will die completely unloved and not remembered. When you do inevitably die, not a single person on this plant, besides your greasy family. Which probably regrets having you. Which is why you do this for a living. Shit I have a 50 round drum with a switch on, the way I'd cream my pants, if I ever got the satisfaction of using it on you.

P.s. you genuinely need help. You preach morals, and yet your the definition of having none. You live and breathe hypocritical nonsense lol. Y'all are racist, sexist, and just all around humans who didn't deserve to be born. There could have been a nurse who saves life's to replace you. That would have been much nicer. But instead we got you. The most unimportant humans I have read on yet, lord. Please buy a noose and a stool and just do us all a favor and kick it. I'd also appreciate if you filmed it so I can cum to it later 🌀 🤎 🌀

Sincerely, Madyson.

(Doe Decl. 151)

**H3 h3snark • Be Respectful and Inclusive** 🖉

u/Janex_Official • 3 months ago    Quote    Report

FBI is actually investigating you guys, so enjoy this subreddit while you can!! You guys should not be on break, you should actually shut this completely down and make sure to cooperate with the FBI. You guys might think this has only to do with the doxxing part, but the FBI is actually going even further, they are investigating terroristic threats from members of this subreddit. Reddit is going to have to give IP addresses from some of the members of this subreddit to the FBI.

🟢 u/auto-modmail [hidden] • 3 months ago    Quote    Report

Hi /u/Janex_Official,

Your account is too new to participate in this subreddit. We require accounts to be at least **2 weeks old** and have **20 combined karma.**

If this is an alt account, please reach out from your main account and include the username of this account so we can verify you.



(Doe Decl. 284)

**Connections to Plaintiff and Plaintiff's Subreddit**

**u/Iamtheconspiracy**





**r/h3h3productions** by **u/Iamtheconspiracy** at 2024-11-07T06:39:47Z | 1 ⬜ | 0 💬     ⋮

## I had to unsub

[removed]

Source link: https://reddit.com/r/h3h3productions/comments/1glkewo/i_had_to_unsub/

---

**r/h3h3productions** by **u/Iamtheconspiracy** at 2024-11-03T18:52:02Z | 1 ⬜ | 0 💬     ⋮

## Why is Instagram hiding H3?

https://i.redd.it/5jzwvmvhgqyd1.jpeg

[removed]

Source link: https://reddit.com/r/h3h3productions/comments/1giu5ad/why_is_instagram_hiding_h3/

---

**r/h3h3productions** by **u/Iamtheconspiracy** at 2024-06-25T11:12:50Z | 0 ⬜     ⋮

Don't, the comments will toast you. Stream survivor.io instead

Source link: https://reddit.com/r/h3h3productions/comments/1dnqrqs/ethan_please_stream_elden_ring_for_us/la6u1yy/

**u/Janex_Official**



**r/h3h3_productions** by **u/Janex_Official** at 2025-03-11T00:52:47Z | 0 ⬜ | 92 💬     ⋮

## FBI is investigating certain members of this subreddit for terroristic threats.

FBI is actually investigating you guys, so enjoy this subreddit while you can!! You guys might think this has only to do with the doxxing part, but the FBI is actually going even further, they are investigating terroristic threats from members of this subreddit. Reddit is going to have to give IP addresses from some of the members of this subreddit to the FBI.

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/

r/h3h3_productions by u/Janex_Official at 2025-03-11T01:23:25Z | -29 ⬚

I think it is funny to destroy pro-islamist commies lives.

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/mh4ncdj/

---

r/h3h3_productions by u/Janex_Official at 2025-03-11T01:21:32Z | -2 ⬚

I am not in the FBI.

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/mh4mzi...

---

r/h3h3_productions by u/Janex_Official at 2025-03-11T01:17:11Z | -12 ⬚

who is the so-called sex criminal? Hasan Piker supporting the rape of women and children?

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/mh4m6...

---

r/h3h3_productions by u/Janex_Official at 2025-03-11T01:09:44Z | -2 ⬚

Never claimed to be FBI, did I?

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/mh4ksh...

---

r/h3h3_productions by u/Janex_Official at 2025-03-11T01:04:46Z | -11 ⬚

I never claimed that all of the members in this subreddit will be investigated, did I? I said some members. Not because they are members here but because they were involved in terroristic threats towards a group of people or an organization. But the mods MIGHT have to cooperate with the FBI, give them something, or they might not have to anything. If the persons used this subreddit for the terroristic threats this subreddit might be in trouble.

Source link: https://reddit.com/r/h3h3_productions/comments/1j8ekom/fbi_is_investigating_certain_members_of_this/mh4juvl/

**u/Rich-Ad9837**

61

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T04:49:40Z | 3 ⬚    ⋮

She doesn't fit into any of those categories tho? And why say she obviously knew this, were you there? Were you her friend at the time? Are you Elia?

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

---

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T04:40:52Z | 6 ⬚    ⋮

I think you don't understand the military you can get a transfer to a different post meaning that you can find another spot in the military that you enjoy better or are better at. Doesn't mean that she get to desert.

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

---

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T01:43:10Z | 3 ⬚    ⋮

Which literally just happens to me! I asked this dude to prove what he was saying with a link and he told me it, I went and looked. It's just Ethan and Elia saying that violence on any side is horrible, and that killing innocent children is not a way to go about ending the war or vengeance, tbh dude twisted Elias words in sucha way that it makes me livid. Tried to make it seem like she's with all the terrible acts. Instead of listing to the whole conversation where she's condemning it and feels bad for all of the innocent people on both sides dying.

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T01:13:15Z | 0 []                              ⋮

I wanna link because videos can be doctored we live in a society that is embodied by AI right now. You can just as easily change her words within a matter of minutes unless you have a valid link I'm not gonna believe anything you say. I can make a video of President Obama saying I hate Black people in five minutes. It's super fucking easy. All it takes is two apps to make it happen.

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T01:11:24Z | 10 []                             ⋮

I completely agree. I just feel even more horrible for her kids who are getting hate from it too?? Like Iv seen some absolutely disgusting comments made on her children from all of this and I don't understand how the same people can act like they're better meanwhile, they're hating on children and a mother for literally something that she had no control over which is just fucking disgustingly wild to me

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T00:49:08Z | -1 []                             ⋮

Link? Or you're just rambling.

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

**r/h3h3productions** by **u/Rich-Ad9837** at 2024-10-28T00:48:32Z | -3 []                             ⋮

Right! Lmao. Bro can't even gather the correct information, and if he's sucha addict for it, he should understand that he has at least prove what he's saying at least link something to back up such serious claims.

Source link: https://reddit.com/r/h3h3productions/comments/1gdnkx0/well_fuck_noah_samsen_as_well_calling_ethan_and/lu...

# Exhibit 90

## "Oct/20/25 BACK FROM TWITCH CON, LETS RECAP | Unmuted CarolineKwan Vods" [3:09:18 - 3:11:00]

## Manually Filed with the Clerk

# Exhibit 91

# Blizzard Wuffy Exposé

Plaintiff's Ex. 51 (RBN Decl.) contains a screenshot of r/h3snark that reveals partial Reddit account information of the user who captured it. The posts shown are dated June 10 and June 14, 2024, but the "3 mo. ago" timestamp indicates the screenshots were taken around September 2024. Below are true and accurate screenshots we took of the screenshots in Ex. 51 for purposes of clarity.





On the left-hand side of the screenshots, in the sidebar of the user's Reddit account, it is visible that they are a moderator of r/h3h3productions and participate in subreddits targeting r/h3snark users and moderators, including r/h3snarkception, which was later banned for violating Moderator Code of Conduct (discussed in further detail, here). Below is a true and accurate screenshot we took of the user's sidebar in Ex. 51 for purposes of clarity.



This demonstrates that the owner of the r/h3h3productions moderator account was engaging with

Subreddits targeting us in September 2024, contradicting Plaintiff's sworn statements (JKD ¶59)

under penalty of perjury that TEI had no involvement with these communities.

In the top, right-hand corner of the screenshots provided, the owner of the r/h3h3productions moderator account's Reddit profile photo and Google Chrome profile photo are visible. Below is a true and accurate screenshot of Ex. 51 we took, focusing on these profile photos.



The Reddit profile photo matches that of u/H3Bot4, an r/h3h3productions moderator account. Below is a true and accurate screenshot one of the Does took of u/H3Bot4's Reddit profile page from a mobile device on November 2, 2025. Note that the Reddit profile photo in the Doe's screenshot is the same as the photo shown in the screenshot above.



https://www.reddit.com/user/H3Bot4/

Post history for u/H3Bot4 shows they served as a moderator of r/h3h3productions and actively documented and discussed r/h3snark on Plaintiff's Subreddit. On October 16, 2024, around the time Ex. 51's screenshots were taken, u/H3Bot4 posted "Correcting H3 Snark Misinformation," identifying themselves as part of the H3 moderation team through both the green "MOD" flair and the statement, "It has come to the H3 moderation team's attention that H3 Snark currently has a very highly upvoted post... we would like to correct the record."[13] Below is a true and

---

[13] u/H3Bot4, "Correcting H3 Snark Misinformation," *r/h3h3productions,* (16 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1g5fa1f/correcting_h3_snark_misinformation/.

accurate screenshot taken by a Doe (on November 2, 2025) showing the subreddit name, author

username, post title, opening lines, and the embedded screenshot of r/h3snark.



Comments left by u/H3Bot4 are attributable to and indirectly self-identify as TEI employee

"Blizzard Wuffy." "Blizzard Wuffy," or Kevin, is a confirmed TEI employee responsible for

moderating both the r/h3h3productions subreddit and the H3 Podcast YouTube live chats.[14]

Below is a true and accurate screenshot we took (on November 2, 2025) of a comment exchange

in r/h3h3productions between u/andrew_falk and u/H3Bot4, in which u/H3Bot4 appears to

confirm that they are, in fact, Blizzard Wuffy.



https://www.reddit.com/r/h3h3productions/s/GjdhyjVosT

The Google Chrome account profile image matches a photo from "Blizzard_Wuffy"'s public

---

[14] H3 Podcast, "Andrew Tate Banned From Facebook, Instagram & Twitter 🎉🤯🎊 - After Dark #80," *YouTube* (19 Aug. 2022), https://www.youtube.com/live/K-hPcI9KA_0?t=154s [2:34 - 3:11].

Instagram page. A true and accurate screenshot we took of the Instagram Photo (on November 2, 2025) is shown below, as well as a side-by-side comparison we made of the Google Chrome profile image and the Instagram photo.



https://www.instagram.com/p/CHigm0aJC0W/



From left to right: (1) the pixelated Chrome profile image submitted by Plaintiff in Opp. Ex. 51; (2) the original, unedited, and publicly available Instagram photo of Blizzard_Wuffy, cropped into a circular format.

Blizzard_Wuffy's aforementioned engagement with Subreddits targeting r/h3snark users and moderators affirms our suspicions and fears that TEI had been actively monitoring, documenting, and closely following our Reddit user activity *for months* prior to either *Countdown* or *Nuke*. Although Plaintiff attempts to diminish or belittle our use of the term "cyberstalking," we find ourselves at a loss for a better word to accurately describe this conduct. The self-documented engagement with r/h3snarkception is especially disturbing. r/h3snarkception was banned site-wide on September 24th, 2024 for violating Reddit's Moderator Code of Conduct after targeting our moderation team, including falsely labeling one moderator a Nazi based solely on their alleged geographic location. Below are true and accurate screenshots of r/H3snarkception's ban notification (taken November 2nd, 2025), as well as screenshots (taken September 23rd, 2024) documenting the post targeting and maliciously smearing one of the r/h3snark moderators as a

Nazi. Note that the username of the user who published the offending post was redacted to comply with Reddit's Moderator Code of Conduct for discussion on r/h3snark.





r/H3snarkception

**Join**

14h

## Ok, Gloves off. One of the Snarks Mods is a Nazi.

I understand, most folks here are the salty ones who got banned or silenced for screaming into the snarkvoid or are members of the snarkvoid themselves (Hi fuck you).

Either way, I'm going to highlight the significance of a certain mod (who won't be named, but it's not hard to figure out) and the instances I found that are too hard to ignore given the historical situation and literal context of the user and their problems with Ethan. You're free to draw your own conclusions. Mine is that they are a literal nazi. For no particular reason I'll refer to them as "House Plant."

Initially, I posted a weak hypothetical to see if it would instigate any type of pushback and to set the tone for how deep I wanted to appear in investigating certain nefarious users like House Plant. Not much of a reception, but it was clear it upset someone.

So let's dive in. I'll start with the two quotes I initially posted, which I believe are some of the most damning evidence. By applying the same method often used against Ethan—where people claim to discern hidden motives behind his words, rather than focusing on what he actually says—we can reveal the same kind of insight into House Plant's behavior.

Quote 1:

**Quote 1:**

This came from a heated comment thread on a post in the productions sub. The context is a video of Ethan asking Hasan if he has moderators in his chat. Someone asked whether Ethan is really in an echo chamber if he's literally having a conversation with someone he disagrees with. Their response:



The first and last paragraphs don't bother me. You want to draw that conclusion and ignore that Hasan does the same thing? That's fine. It's common practice to hold the ones you criticize to a higher standard than the ones you praise, however stupid that may be.

It's the middle paragraph that bothers me. It's advantageous in the sense that they are blatantly lying about Ethan's stance and blurring the lines between what is objectively happening and what House Plant wants us to think.

*"He says he speaks for every jew"* -- Okay, where? I'm assuming House Plant is saying this because

*"He says he speaks for every jew"* -- Okay, where? I'm assuming House Plant is saying this because Ethan likely mentions that he is Jewish. Obviously, Ethan isn't speaking for every Jew, he's giving his opinion as a Jew and pointing that out to give context to his nuanced stance. But let's dive into this a bit more: **when House Plant say Ethan speaks for every Jew, they are nefariously establishing him as a representation of all Jews while placing the blame on Ethan for that representation.** In actuality, Ethan never fucking said that to begin with. Why would someone do this? So they can take all their frustrations with the Jewish population out on one person.

*"He just wants his position to be understood while completely ignoring the genocide that's going on"* --First, Ethan is not ignoring the genocide. There are several examples of this. One I would like to point out is an Instagram post he made over 3 years ago:



This was before October 7th, when most of the world began paying attention. He was publicly acknowledging Gazans' right to live and condemning the actions of the Israeli government. AGAIN, this

acknowledging Gazans' right to live and condemning the actions of the Israeli government. AGAIN, this was 3 years ago. He made his stance clear before most of these snarks likely even knew where Palestine was on the map.

But I digress. Back to the nazi. House Plant's statement here is divisive as it aims to discredit anything Ethan says by making it sound like his opinion is more valuable than the lives of Gazans. To that, I have to say--what the actual fuck? **Don't use genocide as a tool to silence detractors.**

*"He spits out Zionisms and calls everyone opposing to that nazis"* --Uh, what? This part could easily fly under the radar. On the surface, it might just seem like hyperbole. However, the use of the term Zionismus (German) combined with "nazis" thrown into the same statement is too significant to ignore. This was personal.

But why is it personal? Let's be honest: no one wants to be called a nazi. But without a direct accusation, it's a bit weird to point it out. It's almost as if they were anticipating this to happen at some point. Discrediting any valid criticism or conclusions related to that would free you up to harass a Jewish person like Ethan, and hit them with "Of course you'd call me a nazi, you say that about everyone you disagree with." But most folks wouldn't even take that into consideration unless they were already predisposed to experiencing this type of criticism based on where they're from.

**Quote 2:**

I'll be fair and quote the full comment here:

---

I'll be fair and quote the full comment here:



This quote is from another sub, which you can probably find by searching "Nazi rhetoric." It is in another heated thread debating what is and isn't anti-Semitic. The goal here is to justify anti-Semitic attacks under the guise of "anti-Zionist rhetoric."

*"Ethan is saying Zionist propaganda, for example, from the river to the sea means all Jewish people have to die, which is not the case, among other things."* — Thanks for providing an example with no receipts, but let's explore the infamous 'from the river to the sea' slogan. Here's an article from Nov. of 2023 (in German) discussing the criminal charges filed in Austria because of the slogan "From the River to the Sea."

I'm linking it to pull this section (translated to English):

"From the River to the Sea, Palestine will be free: Since the attack by Hamas terrorists on Israel on October 7, this slogan, which questions Israel's right

October 7, this slogan, which questions Israel's right to exist, has been heard more frequently around the world. It has also been heard in Austria at so-called pro-Palestine demonstrations. Since then, the question has been whether the chants can still be relevant under criminal law in the context of the attack. There is no definitive answer to this question yet. However, at a security dialogue on Wednesday between the Ministry of Justice, the Ministry of the Interior, the Israelite Religious Community, and the police, it was discussed that the slogan could constitute an initial suspicion of incitement to or approval of terrorist crimes, or even incitement."

What I'm taking from this is that there was a determination made in Austria as to whether or not this existing slogan has a place in pro-Palestine protests given the context of the current events following the attack on October 7th. More simply put, does the meaning of an existing phrase change given the state of the world at that time? In my opinion, it can, but the original meaning will still remain, and shrugging that off is blatantly bad faith and highlights an antagonistic approach.

The phrase "From the river to the sea" can be seen in two ways: either as anti-Israel, suggesting that Palestine should be free from the Mediterranean Sea to the Jordan River, or as antisemitic, implying that the area between the sea and the river should be devoid of Jews.

The irony I find in House Plant's next statement is too significant to ignore:

*"The only full circle moment we got is Jews committing genocide and justifying it with Nazi rhetoric. Never a holocaust again means that but*

*rhetoric. Never a holocaust again means that but unfortunately not everyone seems to see it like that."*

I believe the actual phrase is "Never Again."

The irony and significance of both "From the river to the sea" and "Never Again" lie in how each phrase, steeped in historical weight and nuance, can be twisted to push harmful narratives. "From the river to the sea" is used to express conflicting interpretations, either as a call for Palestinian freedom or as an antisemitic statement. "Never Again," originally a Jewish response to the Holocaust, has evolved into a universal condemnation of genocide. However, when weaponized by extremists, these phrases risk promoting violence or distorting their original meaning for political gain.

**Look at how House Plant chooses to ignore aspects of both phrases to create a false narrative while inadvertently accusing others of the same thing.**

*"At least the H3 snark sub is still a good one."* -- **No, it isn't.**

*"Even the mods are Zionists, Hila is a public figure, and it's a fact that she has Zionistic views. People call Tana way worse things all the time, but a silly little joke about a Zionist demon is an attack. It's a snark sub, wtf."* --Again, thanks for the receipts proving any Zionistic views. It would be nice if there was a prompted discussion about that and not just haphazard labeling, but anyway.

I don't think this needs much analysis, as it's pretty clear its whiny baby antisemitic rhetoric. I'm

only going to say the Zionist demon comment made against Hila wasn't removed, a Mod simply requested that users be civil and not attack others. And House Plant lost their shit, not because they're being silenced, but because they are met with some resistance. This can be seen as a fascist tendency. **House Plant's reaction to mere resistance, rather than actual silencing, reflects intolerance to opposition—an important feature of fascist regimes, which equate disagreement with a threat to their authority.**

Now...

My original post was just a hypothetical as to whether someone who posted the two images above, while also being German, seemed odd to anyone else or not. As most folks might see the long-reaching irony there, given Germany's history. But as I noted in the beginning, I wanted to see what type of reaction I would get. Would it get taken down, would someone confront me about my intentions...

...Would someone correct me, and let me know they are Austrian...

What's the significance there?

The relationship between Austria and Germany is an interesting one in relation to this post, especially before, during, and after WWII. This is outside of the most obvious fact that Hitler was Austrian. Before WWII, Germany and Austria had a complex relationship, influenced by shared cultural and historical ties but marked by political differences. The Anschluss in 1938 marked Austria's annexation into Nazi Germany, a move largely supported by

Austrian Nazis. During WWII, Austria was fully integrated into the Third Reich and contributed to Nazi war efforts.

After WWII, Austria was treated as a victim of Nazi aggression, although many Austrians had supported the Nazis. Residual Nazism persisted in Austria for decades, with neo-Nazi movements occasionally surfacing and prompting legal actions.

Following the events of October 7th, 2023, there has been a significant rise in antisemitic incidents globally, including in Austria. According to the Antisemitism Worldwide Report published by Tel Aviv University and the Anti-Defamation League (ADL), 2023 saw a sharp increase in antisemitic incidents, especially after the Hamas attacks on Israel. Austria recorded a substantial rise in antisemitic acts, with reported incidents increasing from 719 in 2022 to 1,147 in 2023. This surge reflects a broader global trend, with antisemitic incidents noted across several Western countries, highlighting growing concerns for Jewish communities worldwide.



The report indicates that this rise cannot be solely attributed to reactions following the war; antisemitic incidents had already been climbing earlier in the year. In Austria, this trend is particularly concerning given its historical context and efforts to combat far-right extremism. This resurgence of antisemitism illustrates that, despite existing measures, more focused efforts are needed to address the spread of hate and ensure the safety of Jewish communities in Austria and beyond.

**I won't be determining where House Plant lives, and I must strongly implore you not to do that either.** What I will do is provide you with a comment that House Plant made a year ago that can verify she is originally from there. It criticizes the socio-economic situation in Austria and advocates for an



**Austria and beyond.**

**I won't be determining where House Plant lives, and I must strongly implore you not to do that either.** What I will do is provide you with a comment that House Plant made a year ago that can verify she is originally from there. It criticizes the socio-economic situation in Austria and advocates for an unconditional basic income to address housing and living costs.



Here's a translation: *"An unconditional basic income is urgently needed so that housing, food, and living costs are covered, ideally through the effective taxation of wealthy companies. It can't be that rich people are allowed to leave real estate vacant for years as an investment and thereby completely influence the housing market. But the state is not allowed to intervene in the market because the free market is the holy grail. And, among other things, this results in the general population no longer being able to afford life, while the states just watch because politicians are mostly among the richest in the country and don't want to lose a few hundred thousand a year themselves. Some people have*

*thousand a year themselves. Some people have 10 properties, while others don't even have one and have to rent for their entire lives, losing a lot of money as a result, but they have no other choice than to line the pockets of the wealthy. We need to start talking about equal opportunities because the system as we have it is only designed to make the rich richer. This became evident again during COVID."*

There are multiple examples I could have provided to conclude House Plant's origins. However, I picked this one because it was simple in the sense that it's a thoughtful critique and highlights similar issues that the United States (where I'm from) is facing today, and it's desperately calling for action that I agree with.

But here's where it all falls apart:

House Plant, much like many struggling families in the United States, has redirected their frustration toward a scapegoat. In the U.S., immigrants often bear the brunt of this anger, blamed for economic ills, job scarcity, and general discontent, when in reality, it's the untouchable 1% elites pulling the strings. These are the people who control wealth, rig systems, and hoard power, yet remain conveniently out of reach for blame.

House Plant is doing something similar—**targeting a Jewish YouTuber who's become a lightning rod for their misplaced anger.** Rather than focusing on the real issues, they've chosen to channel their frustrations toward someone they see as an easy target for their antisemitic rhetoric. Instead of directing their ire at the people truly responsible for the systemic issues they're concerned about, they've fixated on a figure who doesn't deserve the vitriol.

And let's not forget...they're doing this from one of the most antisemitic hotspots in Europe.

It's a sad, toxic cycle: people who could be allies in the fight for fairness, equity, and accountability instead target scapegoats, further dividing society, and allowing the ones who deserve the blame to escape unscathed.

I'd just like to conclude this with some Swerdlove wisdom.



# Exhibit 92

# u/h3snarkmodteam2 Bans u/RomanPeee



**RomanPeee**

u/RomanPeee · 4y ago · 232k karma

< w    **Log 107**    P >    ⚙    ⌄

Two months ago I couldn't imagine life without watching H3. Now, I haven't watched a single episode in 7 weeks

855 upvotes                Go to post

🚫 **Comment removed**

h3snarkmodteam2 · Jan 31, 7:02 AM

yup. i watched a clip where he was coughing after every 3 words. super annoying. You are right about the background noise too. i started watching Hasan streams and it fills that same void for me lol

54 upvotes                Go to comment

 **Permanently banned**

**Other**

h3snarkmodteam2 · Jan 31, 7:02 AM

# Exhibit 93

# r/hasanpiker & https://www.twitchorterrorist.com/

Ethan acknowledges in his response that he was behind the snark subreddit r/hasanpiker, which

Reddit banned on November 6, 2024, for "harassing content." Visitors to the subreddit are

greeted with a notice stating: "r/hasanpiker is banned: This subreddit was banned due to a

violation of Reddit's content policy against harassing content." A true and accurate screenshot of

the ban notification for r/hasanpiker, highlighting that it was banned for "harassing content," is

provided below. The notification appears for anyone attempting to access the subreddit,

regardless of whether they are a Reddit user.



Message visible on https://www.reddit.com/r/hasanpiker/

The day before the subreddit was banned, a post was published by u/The_Crazy_Mole,

organizing users to mass-email Twitch advertisers, state attorneys general, U.S. representatives,

and other parties with the intent to harm Hasan Piker's reputation, finances, or professional

career. These mass-email campaigns to advertisers, prominent politicians, and other parties

mirror a similar post made by u/neptunebay on r/h3h3productions, found in **Reply Ex. 86**,

targeting the Does after we filed our Motion to Quash. Below is a true and accurate screenshot of

u/The_Crazy_Mole's post on r/hasanpiker, as retrieved from Reddit archiving tool Arctic Shift.

**Source:** u/The_Crazy_Mole, "Remember to email and contact Advertisers, your State Attorney General, and US Representative about Twitch's extremism.," *r/hasanpiker* (4 Nov. 2024), https://www.reddit.com/r/hasanpiker/comments/1gjwrla/remember_to_email_and_contact_advertisers_your/.



https://www.reddit.com/r/hasanpiker/comments/1gjwrla/remember_to_email_and_contact_advertisers_your/

r/hasanpiker also promoted websites such as https://www.twitchorterrorist.com the day before its ban, comparing quotations from political commentators on Twitch, including Denims and Frogan, to individuals and/or groups classified as historical or contemporary terrorists. As shown in a true and accurate screenshot of the post archived on Arctic Shift, the website was actively promoted on r/hasanpiker on November 5, 2024. Ethan subsequently promoted twitchorterrorist.com on his podcast in a game-show format on November 13, 2024, during which he compared Hasan Piker to Osama Bin Laden. This segment prompted immediate criticism from his own Muslim employee, AB Ayad, and drew broader online criticism across X (formerly Twitter), Reddit, and TikTok.[15]

---

[15] H3 Podcast, "Ethan Destroys Dan Bilzerian With Facts & Logic - H3 Show #80," (13 Nov. 2024), https://www.youtube.com/live/DzzujKzUOKw [3:11:11-3:18:30].

**Source:** u/Inner_Upstairs_9999, "Twitchorterrorist.com," *r/hasanpiker* (5 Nov. 2024), https://www.reddit.com/r/hasanpiker/comments/1gjwmi3/twitchorterroristcom. Retrieved from Arctic Shift.



https://www.reddit.com/r/hasanpiker/comments/1gjwmi3/twitchorterroristcom

Moreover, the r/h3h3productions subreddit, owned and operated by Plaintiff, consistently allows posts and comments organizing targeted harassment against Piker and other perceived "enemies" of the H3 Podcast. Below are true and accurate screenshots taken of a post on r/h3h3productions, as well as post comments, that show subreddit users discussing reporting Piker to the FBI.

**Source:** u/Common_Spot, ""5min after watching the Hasan clip about Hila:," *r/h3h3productions* (17 Aug. 2025), https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/5min_after_watching_the_hasan_clip_about_hila/.



https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/5min_after_watching_the_hasan_clip_about_hila/



Common_Spot OP · 2mo ago

Guys, it's only a tip. People are acting as if I got someone swatted.

It is insanely dangerous how Hasan acts in general and this made it clear for me that he is a potential psycho with no bounds.

I dabble in the Hasan Drama from time to time because it's unbelievable to me that open terrorist support is allowed without consequences + harassment/smear campaigns to no end.

How far are people allowed to go until something actually happens to someone? I rather have the government keep an eye out for potential threats to violence or life than do nothing. Tipping due to ACTUAL concern is very different from tipping as harassment.

Great evening nonetheless to whoever reads this.

Edit: Spelling is hard :(

⬆ 12 ⬇   💬 Reply   ↗ Share   ···

https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/comment/n9cb0at/



Physical-Inspector60 · 3mo ago

Based. I'm also sending in a tip.

⊖   ⬆ 243 ⬇   💬 Reply   ↗ Share   ···

https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/comment/n99efj9/



Letsueatcake · 3mo ago

I've done this 3x already

⊖   ⬆ 102 ⬇   💬 Reply   ↗ Share   ···

https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/comment/n99jikp/



https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/comment/n9a5eil/



https://www.reddit.com/r/h3h3productions/comments/1mt5t0v/comment/n99nwov/

While Plaintiff has owned and moderated subreddits intended to harass others, r/h3snark never received any warnings from Reddit administrators regarding harassment. All theories presented by Plaintiff are contradicted by content that was either removed by our moderation team or misrepresented by the Plaintiff and his fans, likely to appeal to the press or other content creators rather than to address genuine copyright infringement concerns.

# Exhibit 94

# "I was going to let it go, until this happened… - H3 Show #201" [1:58:05 - 1:58:13; 2:18:59 - 2:20:18]

# Manually Filed with the Clerk