**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**DOES' MANUAL FILING NOTIFICATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

# MANUAL FILING NOTIFICATION

Regarding: **Exhibits 81-84, 90, & 94** in Support of Movants/Defendants Does' Reply in Support of Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The following Exhibits were not e-filed because they are video files on a USB flash drive, not able to be filed through the ECF system:

| Exhibit Nos. | Description |
|---|---|
| Ex. 80 | A segment from an H3 Podcast YouTube livestream titled "Ethan Klein's 'Content N☢ke: Hasan' Backfires" published on January 31, 2025, located at: https://www.youtube.com/live/YCf_mafMVUw?si=2P1e3WNuXQLgMXAM&t=4199 [at 1:09:59 – 1:10:13]. |
| Ex. 81 | A segment from an H3 Podcast YouTube livestream titled "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) – H3 Show #174" published on August 1, 2025, located at: https://www.youtube.com/live/cE28l1KCDNQ?si=HvY56-l0EBYCh-8Z&t=8844 [at 2:27:26 – 2:39:50]. |
| Ex. 82 | A segment from an H3 Podcast YouTube livestream titled "Blake Lively BUSTED Again, Hasan Piker BUSTED Again – H3 Show #125" published on March 21, 2025, located at: https://www.youtube.com/live/bTXSqLY3SpM?si=U34YwFDJOiwDZ4f_&t=11501 [at 3:08:31 – 3:12:10]. |
| Ex. 83 | A segment from an H3 Podcast YouTube livestream titled "The Emiru Twitchcon Situation Is Dan Clancy's Fault – H3 Show #202" published on October 21, 2025, located at: https://www.youtube.com/watch?v=aSPVXEKpki8&pp=0gcJCQYKAYcqIYzv [at 0:01:41-0:05:11 and 3:05:18-3:05:59]. |
| Ex. 84 | A segment from a SYNW YouTube livestream titled "Twitch Responded To The Emiru Situation (It's Bad…) – SYNW #125 – Members" published on October 22, 2025, located at: https://www.youtube.com/watch?v=6b0s63rxUW8 [at 0:51:09–0:51:46]. |
| Ex. 90 | A segment from a Unmuted YouTube livestream titled "Oct/20/25 BACK FROM TWITCH CON, LETS RECAP – CarolineKwan Vods" published on October 23, 2025, located at: https://youtu.be/fkDh_S_8oi8?si=sdhPskiILl6lg4Yn&t=11359 [at 3:09:18–3:11:00]. |

| | |
|---|---|
| Ex. 94 | A segment from an H3 Podcast YouTube livestream titled "I was going to let it go, until this happened… – H3 Show #201" published on October 17, 2025, located at: https://www.youtube.com/watch?v=tcR0tonb2tQ [at 1:58:05–1:58:13; 2:04:49–2:05:36; 2:18:59–2:20:18]. |

Respectfully Submitted,

DATED: November 3, 2025

**KRONENBERGER ROSENFELD, LLP**

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

Attorneys for Movants/Defendants Does

KRONENBERGER ROSENFELD