**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the state of Arizona, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on November 4, 2025, I served:

1) **EXHIBITS 80-84, 90 & 94 IN SUPPORT OF DECLARATION OF DOE DEFENDANTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. VIA USB DRIVE**

on the parties listed below as follows:

United States District Court
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102

| **X** | BY OVERNIGHT DELIVERY, via Federal Express. |

I also hereby certify that on November 4, 2025, I served:

1) **EXHIBITS 80-84, 90 & 94 IN SUPPORT OF DECLARATION OF DOE DEFENDANTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. VIA SHAREFILE LINK**

on the parties listed below as follows:

*Counsel for Respondent Ted Entertainment, Inc.*:

Rom Bar-Nissim
HEAH BAR-NISSIM
1801 Century Park E #2400
Los Angeles CA 90067
Rom@HeahBarNissim.com

| **X** | BY ELECTRONIC MEANS, VIA ShareFile link, to the address listed above. |

| **X** | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

DATED: November 6, 2025

_____
Ema Tilton

Case No. 3:25-mc-80296-SK         1         CERTIFICATE OF SERVICE