**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

*KRONENBERGER ROSENFELD*

I, Leah Rosa Vulić, do hereby declare:

1.    I am an attorney admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Kronenberger Rosenfeld, LLP, and counsel of record for Movants Doe Defendants in connection with their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2.    On December 1, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") participated in court-ordered mediation with the Defendant in *Ted Entertainment, Inc. v. Kacey Caviness* (Kaceytron), W.D. Mo. Case No. 4:25-cv-00459-BCW. That case settled as to Kaceytron. TEI dismissed Kaceytron from the lawsuit, but did not dismiss the lawsuit entirely, meaning Does remain as defendants in that lawsuit. A true and correct copy of the Stipulation for Dismissal in that case is attached hereto as **Exhibit A**.

3.    Attached hereto as **Exhibit B** is a Manual Filing Notification ("MFN"), which is being electronically filed in accordance with the Northern District of California's local rules and procedures.

4.    On December 2, 2025, Kaceytron published an "apology video" ("Apology Video"). A true and correct screencapture of Kaceytron's X post releasing her Apology Video, located at https://x.com/kaceytron/status/1995979364715168142?s=20, is attached hereto as **Exhibit 95**. Submitted herewith to the Court in physical format with the MFN as **Exhibit 96** is a true and correct download of Kaceytron's Apology Video itself, which my office downloaded on December 2, 2025. In her Apology Video, among other statements, Kaceytron stated she committed copyright infringement and promised to help TEI in its case to unmask Does, including by providing testimony under oath. *See* Ex. 96.

5.    Submitted herewith to the Court in physical format with the MFN as **Exhibit 97** is a true and correct clip [timestamps: 4:33:23 – 4:34:57] of the video located at https://www.youtube.com/watch?v=nI6k8V2FPEk .[1] Exhibit 97 is a video on demand of a Twitch

---

[1] A link to the beginning of relevant evidence is located at: https://youtu.be/nI6k8V2FPEk?si=-AKDuAgiQofFNDQx&t=16343 for the Court's convenience.

KRONENBERGER ROSENFELD

livestream Kaceytron published on June 26, 2025, which she then reuploaded to YouTube on July 3, 2025, per the video description. This video was downloaded and clipped by my office staff on December 8, 2025. A true and correct transcript of Kaceytron's statements is attached hereto as **Exhibit 98**.

6.      Submitted herewith to the Court in physical format with the MFN as **Exhibit 99** is a true and correct download of the video Kaceytron published on November 24, 2025, titled "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit," located at https://www.youtube.com/watch?v=kgYElzEl7Yk. This exhibit was downloaded by my office staff on December 8, 2025.

7.      Attached hereto as **Exhibit 100** are true and accurate screenshots and hyperlinks to various social media posts and comments responding to Kaceytron's purported Apology Video directed to Ethan and Hila Klein. All screenshots were captured by Does using laptop computers on December 4, 2025. For clarity and ease of reference, the materials have been organized under headings identifying the specific social media platforms from which they were obtained. Although not exhaustive, these selections reflect a range of user commentary indicating that public interest in the matters at issue appears, in large part, to be motivated by a desire to see all Defendants subjected to degradation, humiliation, and financial damages, and, with respect to the Doe Defendants, to have their identities disclosed in a manner that could result in irreparable personal harm. These screenshots reflect only a small subset of the total responses published.

8.      Attached hereto as **Exhibit 101** are true and accurate screenshots of Reddit modmail correspondence, as well as posts and comments published to the moderator queue on the subreddit r/h3snark, concerning and directed toward the Doe Defendants following the release of Kaceytron's purported "apology" video addressed to Ethan and Hila Klein. The screenshots were captured on the Doe Defendants' mobile and computer devices between December 2 and December 4, 2025. These modmail messages, posts, and comments reflect a range of user communications that are intended to intimidate, harass, or otherwise pressure the Doe Defendants, and further indicate that a portion of the public discourse surrounding these matters is motivated by a desire to see the Does exposed, discredited, or otherwise subjected to personal and reputational harm.

KRONENBERGER ROSENFELD

9.      Attached hereto as **Exhibit 102** are true and accurate screenshots of Ethan Klein's (@h3h3productions) Instagram Story posts published between November 30 and December 4, 2025 and captured on Doe Defendants' mobile devices. The posts include statements by Mr. Klein concerning his scheduled mediation with Kaceytron; promotional material for a commentary video characterizing Kaceytron and another creator as the "Pathetic Victims of H3H3"; commentary on Kaceytron's purported "apology" video directed to Ethan and Hila Klein; and additional posts in which Ethan references the parties' settlement discussions in a manner framed as content for the H3 Podcast. For clarity and ease of reference, the materials have been organized chronologically by date. These posts reflect a pattern of social media activity suggesting that Ethan continues to provide attention, visibility, and promotional benefit to individuals who engage in online harassment of the Defendants and other critics. They further demonstrate an ongoing practice of invoking pending litigation in public-facing content in a manner that appears intended, at least in part, to exert pressure on or intimidate the Defendants and other critics.

10.     Submitted herewith to the Court in physical format with the MFN as **Exhibits 103a-103c** are true and correct clips [timestamps: 143:22 - 1:44:23, 1:52:44 – 2:03:11, 2:06:20 – 2:07:38] from a download of H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec. 2, 2025), https://www.youtube.com/live/EZTTXkv5q1M. This video was downloaded and clipped by my office staff on December 8, 2025.

11.     Submitted herewith to the Court in physical format with the MFN as **Exhibits 104a-104c** are true and correct clips [timestamps: 1:52:50 – 2:06:25, 2:11:42 – 2:18:25, 2:20:37 – 2:20:58] from a download of the H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are MAD - H3 Show #216," YouTube (Dec. 3, 2025), https://www.youtube.com/live/P1ca1PZJyVs. This video was downloaded and clipped by my office staff on December 9, 2025.

12.     Attached hereto as **Exhibit 105** is a true and correct screencapture of an X (formerly Twitter) post by Denims, the defendant in the action underlying the instant motion to quash, responding to Kaceytron's Apology Video, located at https://x.com/DenimsTV/status/1996039945841209774?s=20.

13.     On December 5, 2025, I emailed TEI's counsel advising him of Does' intent to file the instant administrative motion. I asked if TEI would stipulate to such an administrative motion, qualifying the request by stating that Does require court approval even if TEI stipulates.

14.     In response, TEI's counsel agreed to stipulate, on the condition that TEI would be permitted to file a "sur-reply" to Does' Reply [D.E. 20].

15.     Because Does do not believe the instant motion should be an avenue for additional substantive briefing by TEI, Does declined TEI's proposal. A true and correct copy of my email communications with TEI's counsel is attached hereto as **Exhibit C**.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 9, 2025                          By:    s/ Leah Rosa Vulić
                                                        Leah Rosa Vulić

KRONENBERGER ROSENFELD

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TED ENTERTAINMENT, INC., a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-00459-BCW |
| KACEY CAVINESS p/k/a KACEYTRON, an individual, | ) ) ) | |
| and | ) ) | |
| DOES 1-10, | ) ) | |
| Defendants. | ) ) | |

## STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Kacey Caviness p/k/a Kaceytron ("Caviness"), through their undersigned counsel, hereby (1) stipulate that this action be dismissed as against Caviness without prejudice; and (2) request that the Court retain jurisdiction to enforce the settlement agreement between TEI and Caviness (the "Stipulation"). In further support of this Stipulation, the Parties state:

1.    On June 19, 2025, TEI filed the complaint in the present action. Dkt. No. 1.

2.    On August 15, 2025, Caviness filed her answer to the complaint in the present action. Dkt. No. 16.

3.    On December 1, 2025, TEI and Caviness reached an agreement to settle the present action (the "Settlement Agreement").

4.    The Settlement Agreement, although confidential by its terms, includes a

1

provision which remains to be performed.

    5.      Thus, as part of the Settlement Agreement, TEI and Caviness agreed to stipulate to dismissal as set forth herein but also to request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

    WHEREFORE, the Parties: (1) stipulate that this action as against Defendant Kacey Caviness p/k/a Kaceytron be dismissed without prejudice; and (2) request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

///

2

Respectfully submitted,

DATED: December 2, 2025

By:  /s/Rom Bar-Nissim
Rom Bar-Nissim (*admitted pro hac vice*)
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  310-432-2836
Email:  rom@heahbarnissim.com

James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone:  913-549-4700
Facsimile:  913-549-4646
Email:  jkernell@avekip.com

*Attorneys for Plaintiff*
*Ted Entertainment, Inc.*

DATED: December 2, 2025

By:  /s/Benjamin Kassis
Benjamin Kassis (Pro Hac Vice)
ben@frostllp.com
Benjamin Grush, (Pro Hac Vice)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441

Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

*Attorneys for Defendant KACEY CAVINESS p/k/a KACEYTRON.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on all

counsel of record via the Court's CM/ECF system on December 2, 2025.

/s/ Rom Bar-Nissim

4

Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Case No. 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**EXHIBIT B TO DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding: **Exhibits 96, 97, 99, 103a-c, and 104a-c** to the Declaration of Leah Rosa Vulić in Support of Does' Motion for Administrative Relief to Submit Additional Evidence in Support of their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The following Exhibits were not e-filed because they are video files on a USB flash drive, not able to be filed through the ECF system:

| Exhibit Nos. | Description |
|---|---|
| Ex. 96 | Kaceytron's Apology Video, released by Kaceytron at https://x.com/kaceytron/status/1995979364715168142?s=20 on December 2, 2025. |
| Ex. 97 | [timestamps: 4:33:23 – 4:34:57] of the video located at https://www.youtube.com/watch?v=nI6k8V2FPEk, a video on demand of a Twitch livestream Kaceytron published on June 26, 2025 and later uploaded to YouTube on July 3, 2025 |
| Ex. 99 | "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit," located at https://www.youtube.com/watch?v=kgYElzEl7Yk |
| Ex. 103a-c | [timestamps: 143:22 - 1:44:23, 1:52:44 – 2:03:11, 2:06:20 – 2:07:38] from a download of H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec. 2, 2025), https://www.youtube.com/live/EZTTXkv5q1M |
| Ex. 104a-c | [timestamps: 1:52:50 – 2:06:25, 2:11:42 – 2:18:25, 2:20:37 – 2:20:58] from a download of the H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are MAD - H3 Show #216," YouTube (Dec. 3, 2025), https://www.youtube.com/live/P1ca1PZJyVs |

Respectfully Submitted,

1   DATED: December 9, 2025                KRONENBERGER ROSENFELD, LLP

2

3                                          By:   s/ Leah Rosa Vulić
                                                 Leah Rosa Vulić
4
                                           Attorneys for Movants/Defendants Does
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit C

| | |
|---|---|
| **From:** | Leah Vulic |
| **To:** | "Rom Bar-Nissim" |
| **Cc:** | Jeff Rosenfeld |
| **Subject:** | RE: Ted Entertainment, Inc. v. Does - Administrative Motion |
| **Date:** | Sunday, December 7, 2025 8:30:00 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.png |
| | image004.png |

Dear Rom,

Thank you for your thoughtful proposal. However, we're not trying to re-open briefing, but present a discrete set of new evidence directly relevant to Does' arguments which did not exist at the time of filing. As such, we cannot agree to your proposal.

Best regards,
Leah

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Sunday, December 7, 2025 12:58 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah:

My Client is willing to stipulate to Your Clients introducing the evidence identified in your email from Friday, but upon certain conditions. We believe these conditions are very reasonable and help ensure fairness and due process for both sides.

We will stipulate to a three stage process: (1) Your Clients submission of a supplemental brief (the "Supplemental Brief") and the supplemental evidence identified in your email from Friday (the "Supplemental Evidence"); (2) My Client will submit a sur-reply (the "Sur-Reply") and sur-reply evidence ("Sur-Reply Evidence"); and (3) Your client can lodge objections to the Sur-Reply Evidence, if any (the "Objections").

Below details what each step of the process would entail and will be memorialized in the stipulation.

**<u>Supplemental Brief and Supplemental Evidence</u>:**

- **Timing**: Your Clients will have one week from the court granting the stipulation to file

their Supplemental Brief and Supplemental Evidence. If more time is needed, let us know.

- **Supplemental Evidence:** Your clients will submit a declaration that is confined to authenticating the items identified in your email from Friday.

- **Supplemental Brief**: Your clients will submit their Supplemental Brief of up to five pages confined to discussing the significance of the Supplemental Evidence as it relates to the issues of this case.

## Sur-Reply and Sur-Reply Evidence

- **Timing**: My client will have two weeks from the filing of the Supplemental Brief and Supplemental Evidence to file its Sur-Reply and Sur-Reply Evidence.

- **Sur-Reply Evidence**: My client will submit evidence confined to addressing the Supplemental Evidence and the evidence submitted with Your Clients' Reply Brief.

- **Sur-Reply:** My client will file a Sur-Reply of up to 15 pages confined to discussing the Supplemental Brief, the Supplemental Evidence (including objections) and the Reply Brief (including the evidence submitted with the reply brief).

## Objections

- **Timing**: Your Client will have one week from the filing of the Sur-Reply Evidence to file their Objections. If you need more time, let me know.

- **Objections**: The Objections shall be up to five pages and confined to evidentiary objections of the Sur-Reply Evidence.

If this proposal works, I will begin drafting the joint stipulation.

Thanks,

**Rom Bar-Nissim**
Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Saturday, December 6, 2025 11:00 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion

Thank you, Rom.

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Saturday, December 6, 2025 10:28 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah:

I appreciate you following up and answering my question. I will get back to you this weekend.

### Rom Bar-Nissim
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Saturday, December 6, 2025 9:55:55 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion

Rom,

No. As you know, Local Rule 7-3 states no supplementary material (except material specified in 7-3(d)) may be filed *without prior court approval*. We are seeking that court approval.

We are still preparing the motion, but we are required to ask whether you will stipulate (L.R. 7-11(a)), and we wanted to notify you as soon as possible. We need to seek court approval either way.

Best,
Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, December 5, 2025 4:54 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah: Is this the sole authority you intend to rely upon?

## Rom Bar-Nissim
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Friday, December 5, 2025 4:40 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion

Rom,

*See Advanced Internet Techs., Inc. v. Google, Inc.*, No. C-05-02579 RMW, 2006 WL 889477, at *1, n.1 (N.D. Cal. Apr. 5, 2006).

Thanks,
Leah

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, December 5, 2025 3:59 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah: Do you have any legal precedent where a party was allowed to introduce evidence after a reply brief? I would like to consider it before providing a response.

## Rom Bar-Nissim
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Friday, December 5, 2025 2:53 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Ted Entertainment, Inc. v. Does - Administrative Motion

Dear Rom,

We intend to file an administrative motion under Civil Local Rule 7-11 for the Court to admit and consider additional evidence in support of Does' motion to quash, pursuant to Civil Local Rule 7-3.

Namely, Does seek to introduce the following evidence:

1. Kaceytron's "apology" statement and responses thereto, located at https://x.com/kaceytron/status/1995979364715168142?s=20;
2. Kaceytron's prior statements https://youtu.be/nI6k8V2FPEk?si=G5EcqcGjVrqnDgLh 4:33:23 - 4:34:57 (Jun. 26, 2025)
3. Kaceytron's prior statements in her video "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit" (Nov. 26, 2025);
4. Clips from H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec.2, 2025), https://www.youtube.com/watch?v=EZTTXkv5q1M;
5. Clips from H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are

MAD - H3 Show #215," YouTube (Dec. 3, 2025), https://www.youtube.com/watch?v=P1ca1PZJyVs;

6. Screenshots of social media comments responding to Kaceytron's "apology" statement;

7. Screenshots of modmail and attempted posts to the shutdown h3snark subreddit in response to Kaceytron's "apology" statement;

8. H3's Instagram stories responding to Kaceytron's "apology" statement;

9. Denims' X post located at https://x.com/denimstv/status/1996039945841209774?s=46, and responses thereto.

This evidence is directly relevant to 1) TEI's motivations in filing its three lawsuits and unmasking subpoenas; 2) the harms Does and the public face by TEI's stifling of free speech and unmasking, including retaliation and doxing; 3) the *lack* of evidence of any collusion between Does and content creators. This evidence also was not available at the time Does filed their motion to quash or reply, so it could not be introduced earlier.

Will you stipulate to Does submitting this additional evidence?

Thanks,
Leah

_____

## Leah Vulić

**ASSOCIATE**

**KRONENBERGER ROSENFELD, LLP**

548 Market St Suite 85399 San Francisco, CA 94104

**Phone:** (415) 955-1155 Ext. 121

**leah@kr.law**
**www.kr.law**

Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

Exhibit 95

https://x.com/kaceytron/status/19959793647151681142?s=20
December 8, 2025 at 9:04 PM PST



← Post

**kaceytron** ✓
@kaceytron

Public Apology to Ethan & Hila

2671/2600

**04:59**

Starting Soon

**kaceytron** ✓ @kaceytron
Public Apology to Ethan & Hila

2:12 PM · Dec 2, 2025 · **12.6M** Views

275    1K    4.5K    3K

Who can reply?
Accounts @kaceytron mentioned can reply

**spev** 🏳️ ✓ @theejohnhancock · Dec 2
yeah its fuck ethan klein for life. worthless loser. its like a hostage script for
ethan to stop tormenting kacey. making her praise them and the crew like
they are Devine saviors.
6    65    9.4K    142K

**aurora** @DuckDiePew · Dec 2
for him to use the same exact method of abuse that he experienced with
the copyright system AND crowdfunded his entire lawsuit.... for him to use
that against another person just shows how disgusting and vile he is. I hope
he knows that forcing these words DOES NOT HELP his case
10    51    5K    80K

**TheoFC** ❤️ ✓ @besfrd23 · Dec 2
"all remaining gofundme money raised to go to the kliens" 🤡🤡😭
2    46    4.3K    108K

**lilWeasel** @elderhater · Dec 2
i am sick to my stomach ethan klein is truly a great evil
14    22    4.5K    44K

**Jane Noone** @Noone_Janey · Dec 2
He is fucking sick for this. You did what you had to do. Proud of you for
securing your future, and know that this reflects way worse on him than it
does you.
13    18    3.3K    56K

**Mr B** @PoliticalNeutra · Dec 2
Of course Hasan didn't help you. He just uses people for his own gain. He is
a master grifter and this proves it.
18    1.7K    25K

**Guy** @HeyThatGuyFrank · Dec 2
Ethan even got an apology for asmongold! Woah what a legend!
15    1.7K    34K

**Andrew** @andrewravioli · Dec 2

5    1.5K    22K

**Courtney** @_courttpaige · Dec 2
This is so sad. I know Kacey had to do what was best for her and I truly
want this to be over for her. Ethan, Hila, and the entire H3 crew spread

Q Search

**Relevant people**

**kaceytron** ✓
@kaceytron
radicalized woman

Following

**What's happening**

Trending in United States
**AJ Brown**
7,412 posts

Sports · Trending
**4 INTs**
3,137 posts

Sports · Trending
**#PHIvsLAC**
3,483 posts

Sports · Trending
**Saquon**
Trending with Darius Cooper
10.3K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· | © 2025 X Corp.

nothing but hate and negativity. I hope they're happy. You won against a
female small creator and only had to sell your souls for it.

♡ 40          ↻ 25          ♡ 1.3K          � 70K

**cadenza** 🏳️ @Cadenza_23 · Dec 2

the fact ethan made you apologize to fucking assmold lmao what an evil
pathetic loser he is

↻ 1          ♡ 1.3K          ⊹ 19K

**Zain** @_Elite71B · Dec 2

Nothing like a millionaire forcing small creators to read an apology because
his ego got bruised

↻ 5          ♡ 1.2K          ⊹ 23K

**The Loser** 🐝🐕 @KwasiGamal · Dec 2

Ethan behind the camera holding the gun.
It is sad and evil but at least I hope this stops him from terrorizing and
ruining her life for absolutely no other reason than being a misogynistic
narcissist.
Everyone who isnt rotten to his core knows who is in the right here



♡ 5          ↻ 9          ♡ 1K          ⊹ 39K

**Augie** ✓ @AugieRFC · Dec 2
Ouch!

♡ 2          ↻ 3          ♡ 908          ⊹ 116K

**Savvy ( -ˆˆ- )** ✓ @MadamSavvy · Dec 2

>they have done more for the palestinian people than i ever have

This takes me back to the tweet just a few days ago about trying to prop
yourself up as a "magnet" for hate to "spare others"

What a lovely sound bit all this is but seriously, maybe get a job. Youre not
very
Show more



♡ 1          ↻ 13          ♡ 738          ⊹ 97K

**J W** @dancingwithcats · Dec 2
This is gross, it just makes Ethan sound like a manipulative abuser.

♡ 1          ↻ 3          ♡ 764          ⊹ 33K

**Phantom** @Thephant0mlimb · Dec 2
How long do you guys think it will be before she starts talking shit?

♡ 9          ↻ 1          ♡ 760          ⊹ 19K

**SC12** @chadman123769 · Dec 2
Here's a live reenactment of what Hasan/Denims will be doing after this
video



♡ 6          ♡ 741          ⊹ 51K

**ashy** @Dee_Bee1997 · Dec 2
If yall cannot see that this was forced and she was told what to say idk
what else is wrong with you. Ethan Klklein is fucking INSANE for making
her say this shit, about her own family? what is actually wrong with him?

↻ 13          ♡ 726          ⊹ 12K

**windrider** @bbbravostan · Dec 2
Sorry you have to do this but happy that you'll be free of this horrible guy
now

♡ 4          ↻          ♡ 727          ⊹ 14K



**RomanPeee** @RomanPeee · Dec 2
glad it's over for you, I know this caused you immense stress and pain.

wish you nothing but the best going forward <3

💬 2    649    67K    🔖    ⬆️

**poonila** @listrianprincess · Dec 2
men can be so evil on the Internet and get praised for it its so fucked

💬    ↻ 5    484    9.4K    🔖    ⬆️

**itsassecake** @jesrayeee · Dec 2
What you did was wrong, yes. But this apology shows a huge amount of humility, maturity and growth! Sending you so much 💯❤️ – h3 family member

💬 7    ↻ 2    464    20K    🔖    ⬆️

**bsoppp** @bsoppp212381 · Dec 2
Best part is money raised straight into the Kleins pockets 💀

💬    ↻    402    8.5K    🔖    ⬆️

**Jonsh 🐷 ✅ 🔲** @JonahBlake · Dec 2
LMFAO

💬    ↻    219    107K    🔖    ⬆️

**epic splits** @donerkebab7 · Dec 2
Can't wait to see Asmongold reaction to this 😂

💬 3    ↻ 2    385    11K    🔖    ⬆️

**ryusoma** @Antgodz1 · Dec 2
Ethan is so evil, making her apologize instead of taking everything away from her 💔😿😿

💬    ↻    310    5.7K    🔖    ⬆️

**Paul Bland vs Mecha Paul Bland 2** @blandCinema · Dec 2
Fuck Ethan Klein

💬    ↻ 8    321    4.8K    🔖    ⬆️

**notjaypeg** @jayhydeYHS · Dec 2
I'm nauseous, but hopefully you're free from all of this.

💬    ↻ 1    291    13K    🔖    ⬆️

**cậu bé đậu nành** @yakovsgun · Dec 2
Unbelievably fucked up you have to do this, Ethan an his ghoul wife are such scumbags

💬    ↻    257    4.4K    🔖    ⬆️

**Homo Communist** @workpartygoer · Dec 2
So gross that you had to do that, but I'm glad it's over for you and I hope you never have to have anything to do with The Klein's ever again. Best wishes.

💬 6    ↻    213    9K    🔖    ⬆️

**Aryanmommygyprprincess ✨** @jossie6789 · Dec 2
good apology.

💬 2    ↻    202    89K    🔖    ⬆️

**That Dope Rat ✅** @DopestRat · Dec 2
Quiet, Piggy.

💬    ↻    184    40K    🔖    ⬆️

**Laura 🐰🔪** @laurabunbun · Dec 2
oof ethan looks pathetic asking for this, glad that it's over for your sake though. hope the kleins are out of your life soon and that their freakish fans leave you alone now

💬    ↻ 1    175    5.7K    🔖    ⬆️

**Tania and Bunny 2** @3mptycicada · Dec 2
I'm so sorry you went through this

💬    ↻    171    9.3K    🔖    ⬆️

**Danny Devito, The God killer** @hokagekilla · Dec 2
LMAOOO TAKE THE L

💬    ↻    154    6.2K    🔖    ⬆️

**harveb** @harveb · Dec 2
Wow what a disgusting piece of shit @hasanthehun is

💬    ↻    168    2.2K    🔖    ⬆️

**GLGizmo** @GLGizmo · Dec 2
@hasanthehun is too attached to his fortune to part with any amount of it for even his most faithful orbiter. He was gonna watch you go homeless and never mention your name again.

💬 2    ↻    148    5.7K    🔖    ⬆️

**Castell2036** @castell2312 · Dec 2

**no** @weedgoku89 · Dec 2
really unfortunate that you had to do this to get out of ethan's lawsuit. glad it's over, hope he eats shit forever

♡ 134    4.6K

**SolidState** @SolidStateGreg · Dec 2
I'm so sorry those evil people put these words in your mouth. I hope you find peace, but I know you never will. They will always just squeeze more power from your weaknesses.

♡ 129    5.1K

**sirmansir** @SirManSirMan · Dec 2
Holy shit this is soooo funny

♡ 124    3.5K

**The Joey** @realTHE_JOEY · Dec 2
I re-download twitter for this

♡ 119    8.5K

**MONSTR** @MONSTR_UwU · Dec 2
Isis and Israeli style torture.

♡ 130    3.5K

**OsteoFerocious** @the_oatster · Dec 2
Kacey I really do think a lot of people just wanted to hear you take some responsibility. Sadly this is the internet so you will probably always deal with hate and trolls but I hope most of them are able to move on as well.

5    ♡ 115    57K

**Andrea Joan** @romancingAndrea · Dec 2
Sorry you had to go through it. And do this.
You did what you had to do for you and your family.
We know what this is.
We all got you girl.

♡ 114    9.7K

**Warrior Class Liberal** 🏴 @Neojakazz · Dec 2
Anime pfps eating good today booayy



2    ♡ 110    3.5K

**Jeremy** | @remyler_ · Dec 2
Hope this is actually the end of this garbage for you ❤️❤️❤️

♡ 100    4.6K

**Renjuri** @Renjuril · Dec 2
Ethan Klein is such a fucking loser lmao. I'm so glad she's done with his dumbass.

1    ♡ 96    2.3K

**Dilwin** @Toxopilamosis · Dec 2
7/10 apology goodbye Kacey it was fun to call u out on ur bs I hope in the future you stick by these words!

♡ 93    3.7K

**Nagato** @HRNagato · Dec 2
Good apology imo, hopefully we can see you use this as an opportunity to grow as a person, I may not have watched you a few years ago but from watching clips you seemed like such a joyful loving person and that seems to have gone away in recent years, hope we see that Kacey again

11    ♡ 90    22K

**harui** 🍓 @haruuuuwo · Dec 2
🍓 Fan account
we love you kacey

♡ 90    10K

**ClearlakeSupremacy** ✓ @ClearlakeWon · Dec 2
What a loser you are shit is hilarious 😂😂

♡ 88    9K

**MikeyyG** @Mikeyy420G · Dec 2
All the FAMILY should accept this apology ,peace and love

♡ 77    3.6K

**Archon** @yogsothothhh · Dec 2
I can't believe Hasan lied about supporting you. You should sue him.

♡ 76    2.5K

**Jesse** @IdiotIndisguise · Dec 2
Respect where its due good on you girl Coming from a h3 fan.

1    ♡ 76    2.9K

Exhibit 97
Kaceytron June 26, 2025 VOD

Manually Filed with the Clerk

Exhibit 98

https://www.youtube.com/watch?v=nI6k8V2FPEk
Kaceytron Vod Archive
July 3, 2025 [from Twitch livestream June 26, 2025]
[all emphasis added]

[4:33:28 - 4:34:57]

[4:33:28]
Kaceytron: [Reading a Twitch chat comment] *" 'I think he will be nice to you he is just trying to get to Snark mods mostly.'* And, I don't fucking get that either— because, **I don't fucking know shit about the fucking Snark mods**. Like, I haven't even really, like, been to that fucking subreddit. Like, you know, I— it was funny, because, I haven't even, like— I didn't even really know about [r/h3snark] until fucking recently."

Kaceytron: [Reading a Twitch chatcomment] *" 'What even is that?'* The H3Snark subreddit. It's like, the one where they talk shit on Ethan Klein or whatever that he is so upset about."

[4:34:12]
Kaceytron: "But, like, I'm not even fucking following that subreddit. It's crazy because I noticed I was following the fucking h3h3Productions subreddit but I wasn't following the fucking other ones that they're talking about. It's the H3Snark and is there another one? I don't know. [Reading a Twitch comment] *'It's inactive.'* No, you're right. It's like— the other one that's inactive or something— but now there's— also the— I don't fucking know. The Leftovers? I don't fucking know. But it's like, **what the fuck does he think I know about the fucking moderators**? Like, I fucking don't know shit about my own moderators, besides, like, some of them are gay."

Exhibit 99
Kaceytron Nov. 24, 2025 Update

Manually Filed with the Clerk

Exhibit 100

**Timestamped Members-Only Live Chat Messages**



1:27:18  @WillyMacShow ✓ [h3]  CONTENT CONTENT CONTENT CONTENT

1:29:57  @maddiev2323 [h3]  Idc that he settled as long as she doesn't keep that gofundme money

1:32:00  @Allyphonse [h3]  LFG RIP DENIMS AND FROGAN

1:32:12  @prodCLRK [h3]  LMAO SHE IS SO DEFEATED AND DEAD INSIDE FUCKKKKK HAHAHAHAHA

1:33:29  @MidnightSlasher [h3]  Well played Ethan, make them apologize and look weak to their fans

1:33:41  @katie_may55 [h3]  Financially hurting someone is actually how someone learns. She is not sorry

1:33:56  @Greenguygray [h3]  I hope she turned on snark soooooo bad

@CodingJesus ✓ [h3]  $2.00

She's bending the knee to the king.

1:35:45  @mikepinkman5788 [h3]  HEY SNARKERS ‼️ THIS IS ONLY THE BEGINNING 😈 😈

 1:36:06  @MauroDiogoM [h3]  For people saying Ethan shouldnt have settled and that she'll start snarking again. She would be INSANE to do so. If Ethan sued her after that she'd almost instantly lose and she knows.

 1:36:53  @maddiev2323 [h3]  Hell yeah he gets the gofundme and she's going against snark

 1:36:59  @RhysticSyphon [h3]  COOPERATING AGAINST SNARK LET'S GO

 1:37:28  @blizzardwuffy 🔧 [h3]    Kacey thank you for coming, papa bless

From H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," *YouTube* (2 Dec. 2025), https://www.youtube.com/watch?v=EZTTXkv5q1M.

## Various YouTube Comments (With Hyperlinks)

 @rubymeaddle 1 day ago
He wants the H3 Snark mods, Kacey was a blip on that sub's radar before the lawsuit.

If she doesn't have anything on them why not settle?
https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwKnmueccXngY7Ug1B4AaABAg

 @Mario-o4l3h 1 day ago
Daily reminder that Ethan is only doing this to build a mega case against snark. That's going to be so much fun
https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxtvBA_buY3BbrnBqB4AaABAg

 @J0eMega ✅ 1 day ago
Her backstab on snark and Hasan almost makes up for my disappointment that she still has a house. Given the sheer amount of content she's stolen, I'd say she got off incredibly easy.
https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=UgzwS_AkYZ95cniI-uV4AaABAg

D @DanW99 18 hours ago
Financially ruining her would've been fine, but this is much, much funnier.
https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=Ugz-09-WXJNkIwRwSvt4AaABAg

 **@iandobosh8584** 1 day ago

I think Kaceytron was the least of everyones worries. She obviously got more inflammatory after the lawsuit, but who wouldn't expect someone to react that way? Even Frogan isnt a ginormous concern even though i would deem her slightly more problematic. I'm glad this chapter is over. I think everyone is really waiting to see how Denims and the Snark mods will result.

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugy082RtzNL1VEnHHQ54AaABAg

 **@RenatoJones** 🔰 1 day ago

Holy shit, that Kaceytron apology had me feeling things. I wish Denims and Frogan all the worst. Proud to be a foot soldier

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwvL-dR_-DDCdWNCep4AaABAg

 **@phlag35** 1 day ago

Ethan must have had so much fun coming up with embarrassing self-owns to make her say about herself.

https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=UgwffT-PA5Ha3qbZlxJ4AaABAg

## Various Reddit Comments (with Hyperlinks)

 saltypretzzel · 2d ago

I wanna know if he got snark mod names through the settlement somehow? I just joined I'm out of the loop. Is snark shitting themselves and crying?

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nrz4skg/

 Rustystrings720 · 1d ago

I saw a lawtube lady say that Kacey was %100 going to throw those mods under the bus's when it came down to it and here we are

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns2s2dg/

 AnotherSilentDay · 2d ago

idk guys I feel like a full retraction, apology, and a possible release of names would be worth it for him. I'm excited to see her statement! Because if she admits to the copywrite allegations, the others in the lawsuit are going to look even more horrible

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nrya8gr/

 Ricofox1717 · 2d ago

Kaceytron apology or Snark details either way we are eating family

⊖   ⬆ 107 ⬇   💬 Reply   ⬆ Share   …

 LoveThinkers · 2d ago

Snark details would be better, so this platform can be cleaned of some bad actors

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nry8e8b/

 **FraggleRock_** · 2d ago

Not a cancel culture person but.... she should disappear from the online space. She's a horrible person regardless of this feigned apology.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzd191/

 **rehx4** · 2d ago

Baaaahahahahahahaha!!!!!! Love the driveling apology-- I'm sure she doesn't mean it and is only doing it to avoid consequences but love it regardless. I love how her fans (aka the snarkers) have had to lose tens of thousands of $$$ for her mistakes. It's almost better that they've lost the money and she hasn't lost any money -- it's so funny to me that they've had to face the consequences for something that they didn't even do and she's getting away with just an apology. The very best part thing though is her exposing Hasan (Fuck yeah) for his performative scumbaggery! And that the disgusting snarkers can tremble in their boots knowing that one of theirs is flipping. Sometimes in life justice does prevail!!!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryup1n/

 **PurposeImpossible554** · 2d ago

Oof, humiliating. I personally don't think I could publicly show my face taking that kind of L. Just...brutal.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns0p23s/

 **Disastrous-Forever90** · 1d ago

She looks scared out of her mind. Good.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1xkga/

 **CheckLogical1425** · 1d ago

Bro this bitch LOVES humiliation rituals. LMFAO

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1q4gk/

 **SewFi** · 1d ago

Love it when a shit eating bitch finally finds out; took her long enough!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns2lvm3/

 **foslforever** · 23h ago

I think the little olive branch to Asmongold was nice in there too, like lets make this creature atone for everything while we are here. there is some inner politics in here, like a tip to the fedora to allies who also clown on Hasan

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns54lvp/

 **Allenas6** · 2d ago

her cooperation is the biggest win for ethan. he only needs 1 fully litigated case to set precedent. kasey was never the main target. its the reddit mods, and maybe denims. with her being willing to cooperate fully including testifying on the stand is huge.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns04ld1/

 **shredziller57** · 2d ago

This is so hilariously humiliating and I fucking love it. Couldn't have happened to a more wretched piece of shit than Kaceytron...unless it happened to Hasan, that is. Would love to also see Noah Samsen have to end up groveling like this.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzg3zg/

 **disneydaniela** · 2d ago

The way I gasped when she said she'd cooperate against the H3 Snark subreddit. Juicy juicy!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzqjdo/



**ThanatosIdle** · 2d ago

She's going to have to testify against the snark mods. This is judgement day for reddit mods.

⊖   ⌃ 93 ⌄     💬 Reply     🏆 Award     ↗ Share     ...

**appleparkfive** · 2d ago

This is what Ethan wants. I'm pretty damn sure of it. He doesn't actually have this huge hatred of Kaceytron. He cares about Denims, Snark, and Hasan.

Even Denims knows that. In her post, she was saying that Frogan likely folded already. She knows Ethan doesn't care about Frogan as much. Because Denims is who is the likely cause of CPS coming to his house. To try to take away his kids.

This whole story is going to be pretty wild by the end, no matter which way it goes.

https://www.reddit.com/r/LivestreamFail/comments/1pcmtjg/comment/nrz45b4/

## Twitter/X Comments

 **W33aboojones** ❄️🔥🦊 ✓ @W33ab00Jones · Dec 2       ⊘ ...

NOOOOOOO ETHAN YOU SPINELESS FUCK. YOU HAVE TO RUIN HER OR NO ONE LEARNS THEIR LESSON.

https://x.com/W33ab00Jones/status/1995974859667767490?s=20

 **bRyan** @DeadL0versLaneX · 20h       ⊘ ...

Ethan's real target is H3 snark, hopefully this helps him take them all down, they are truly the most vile people

https://x.com/DeadL0versLaneX/status/1995984222553788734?s=20

 **Crusader ✝** ✅ @Crusader_Eph611 · Dec 2
Watching her being forced to surrender, turn her back on the mods and hasan and bend the knee to submit is so satisfying.
Absolutely deserved.
Can't wait until next time this happens to her because she didn't learn her lesson.

https://x.com/Crusader_Eph611/status/1996012880278482996?s=20

 **Legal Mindset** ✅ @TheLegalMindset · 14h
Thank God Denims is stubborn enough to keep this going to we have amazing content coming from discovery and get to see the Reddit mods exposed

https://x.com/TheLegalMindset/status/1996081343839739919?s=20

## KiwiFarms



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119639



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119218



**AN/ALR56**
Enjoy every sandwich

`True & Honest Fan`

kiwifarms.net
Joined:     Mar 13, 2015

Tuesday at 7:03 PM                                                                    #15,354

"the settlement was too nice" Lol what?, He got basically all what he wanted from this:

- A public humiliation ritual, to sink her career and credibility for good, leftists fucking hate losers and snitches, even when they lose lawsuits, name one breadtuber who either cucked out or lost a lawsuit this badly and kept going as nothing happened.
- Reddit retards who donated to her will actually pay him, the seething will be powerful enough to light up the sun
- She is still fucked hard by all her lawyer fees and her side of the court costs, that shit won't go away, unlike in Jobst's case because you can't discharge those debts in bankruptcy law in the US
- She will be forced to testify or rat out the anonymous reddit and twitch mods and possible staff members, which is what he really wanted
- If he didn't offer a settlement, it would take another year, even if she ran out of money and a default decision against her would be made, also it would look bad for him since he would be refusing court mandated mediation.
- He has a fuckton of lawsuits going at the same time and probably another dozen ready to go, no matter how many attorneys he has, there's a limit to filing and paperwork all of them at the same time or close to, ending this one short opens a needed slot to keep going

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119607



**AnOminous**
They say I'm a madman,
but I'm not mad at
anyone.

`Retired Staff`
`True & Honest Fan`

Tuesday at 7:30 PM                                                                    #15,373

> Dan of Steel said: ⊕
>
> I'd like to think I'd be willing to show some grace, be the bigger man, and just untangle myself from the financial and emotional stress the legal system puts on you and just let it go and be done with it; but I've never been put in Ethan's position.

I'd say it was excessively vindictive up to the point they went after his livelihood and family with the CPS shit. That shit is so low that anyone who does it should be utterly destroyed. I fucking hate redditors and want to see them get their shit utterly wrecked for doing all the shit we're FALSELY accused of doing.

Total Redditor death.

What is best in life? "To crush your enemies, see them driven before you, and to hear the lamentation of their women."

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119806



**Sneed Force
One**

Tuesday at 7:40 PM                                                                    #15,384

> CarlKingofDucks said: ⊕
>
> A disappointing end to an entertaining saga

This is far from over, we still have the unmasking of the H3snark crybaby pussies and two more bitches to sue.

Last edited: Yesterday at 2:12 PM

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119884



**Harm**

Tuesday at 9:37 PM                                                                    #15,438

> Estate said: ⊕
>
> I don't know man, getting the judicial system involved is gay and lame.

If they hadn't tried to weaponize CPS, then you'd be 1,000% correct. They crossed a line so far that now people will see H3's lawfare as righteous. They still don't appreciate how massively they pre-emptively snatched defeat from the jaws of Ethan Klein with that stunt.

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23120780

**Rome Is
Burning**

Tuesday at 11:47 PM                                                                    #15,484

> Incecticyder said: ⊕
>
> They are multiple, unknown individuals. We do not know them nor can we predict if they will cave faster than either Frogan or Denims. It will depend on what Reddit does so I do not count them.

It all depends on what Reddit does, and one other thing. How good their opsec is. I wonder what it'd take to phone book a couple of them? We already know Ethan at bare minimum has already dug up at least one

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121584



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121065



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121215



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121848



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23122252



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23123946



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23124568



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23122697



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23130068

Exhibit 101











u/RiseUpMerc · r/h3snark · 6m ago · 1 upvote · 1 comment · 🔒          Removed 6 minutes ago

**All things considered**

Im genuinely surprised theres so much active shitposting here still lmao.

Thoughts? 🤔

Add removal reason    Approve    Flair    Unlock    Copy link    Add to highlights

u/Infinite_Shallot_626 · r/h3snark · 4h ago · 1 upvote · 1 comment · 🔒          Removed 4 hours ago

**Nothing? Really??**

I stumbled across this tik tok the other day. I can't believe people are still watching him???

Leaving the cult

Add removal reason    Approve    Flair    Unlock    Copy link    Add to highlights

u/ThinkHardBruh · r/h3snark · 16h ago · 1 upvote · 1 comment · 🔒          Removed 16 hours ago

**Tana: I hope you see this and REMEMBER who you are!**

⤮ Crosspost from r/canceledpod · original post

Enemy of the Show 🪑

Add removal reason    Approve    Flair    Unlock    Copy link    Add to highlights

u/Winter-Opposite-4016 · r/h3snark · 1d ago · 1 upvote · 1 comment · 🔒          Removed 1 day ago

**kaceytron lost**

so i guess she settled then

The Lawsuit 💀

Add removal reason    Approve    Flair    Unlock    Copy link    Add to highlights

Exhibit 102



@h3h3productions, "!!!IMPORTANT ANNOUNCEMENT!!!...," *Instagram Story* (30 Nov. 2025).



@h3h3productions, "No new episode…," *Instagram Story* (1 Dec. 2025).



@h3h3productions, "Enjoying mediation!!," *Instagram Story* (1 Dec. 2025).



@h3h3productions, "There are two things…," *Instagram Story* (2 Dec. 2025).



@h3h3productions, "Does @reddit know…," *Instagram Story* (3 Dec. 2025).



@h3h3productions, "Thank you Anisa," *Instagram Story* (4 Dec. 2025).



@h3h3productions, "You know what's so funny?...," *Instagram Story* (4 Dec. 2025).



@h3h3productions, "More lawsuit talk…," *Instagram Story* (4 Dec. 2025).

Exhibit 103a-c
H3 Show #215 Clips

Manually Filed with the Clerk

Exhibit 104a-c
H3 Show #216 Clips

Manually Filed with the Clerk

Exhibit 105

X

Home

Explore

Notifications

Chat

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

Kronenberger Rose...
@KRIInternetLaw

← Post                                           Reply  ⇄



Denims ✓
@DenimsTV

This apology, which I can only assume was somehow forced to extract a settlement, was painful to listen to. It is absurd and ironic that Ethan accuses Hasan of being a puppeteer while LARPing as a comic book villain in this way. While it is unfortunate that Ethan appears to have been able to exert control over her in this way, I am happy that Kaceytron was given the opportunity to minimize the harm to her family, avoid the risk of losing her home, and move on from Ethan's lawsuit.

I want to make several things clear. My trial date is 10/26/26 and I look forward to beating Ethan in court. While Kacey (and likely Frogan) have caved to Ethan Klein, which is a decision I doubt they have made lightly, settling like this is not an option for me. It is not an option for me because it would set a precedent that endangers the financial security of any streamer that creates reaction content. If you create content that involves commenting on videos on Twitch, or enjoy consuming reaction content, you should be on my side. If you don't believe me, please read ahead and let me convince you.

I watched and reacted to Ethan's highly anticipated Content Nuke shortly after it aired. Make no mistake, my coverage more than doubled Ethan's video in length. Ethan's video spanned roughly 104 minutes. I spent 230 minutes reacting to, critiquing, and commenting on his video and the content in it, during which I paused 210 times. That means I added 120% of the runtime in commentary, on average pausing every 30 seconds to add 36 seconds of commentary. This commentary length is substantially more than Asmongold, XQC, or any of the many other streamers and Youtubers that watched the Content Nuke in full.

As we know, Ethan decided not to sue Asmongold, XQC or anyone other than the three of us. "But, he wouldn't sue them, they didn't intentionally try to deprive him of revenue, and you said yourself that you did!" This notion is frivolous and is a fabrication. Ethan claims he is pursuing his claim against me only because of some claimed malicious intent on my part. There are two statements that Ethan falsely claims demonstrate my intent, along with his conspiracy theory about collusion with Reddit moderators, none of whom I have ever communicated with.

The first statement is my response to a chat message – I read it out, "We're relying on you to stay live so we don't have to give the Nuke views." and then replied "Yeah, I'm going to stream it. Since he's confirmed it's coming out today, I'm gonna stream it". I hope this is self evident, but it would be bizarre for me to take that opportunity to bring attention to this group of people and how they actually would watch his video on his channel - it isn't my place, I don't care, and making a big deal out of it would only encourage the zealotry that Ethan is upset about. I merely acknowledged that I was going to react to it, and moved on. Drawing a broader narrative based on a chat message I did not write is delusional.

The second statement is a throwaway shill comment I said after the video before signing off "Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime if you like my content". As an aside, this statement is factual - almost certainly, if someone watched my coverage, they had no interest in watching Ethan's video without the addition of critical commentary, and never would have. Regardless, this statement does not characterize my intent. At most, you can say that this is a meanspirited comment in poor taste, making a joke like this to far, and that Ethan Klein deserves more respect. We can agree to disagree.

I humbly request that we take this opportunity to question Ethan's framing of events, and call a spade a spade. Ethan is bullying people who said things about him he did not like, and he can do that only because he has more money than them. In doing so, at least in his lawsuit against me, he is setting a disastrous precedent for our corner of the internet — and my hope is that others in our community with resources like Ethan's do not follow in his small footsteps.

Please donate to my legal fund - every penny donated has gone exclusively to court costs and fees, and will go nowhere else. As stated earlier, my trial date is 10/26/26 and I look forward to beating Ethan in court, ideally with your assistance. Thank you for your attention to this matter!



kaceytron ✓ @kaceytron · 4h
Public Apology to Ethan & Hila x.com/i/broadcasts/1...

6:13 PM · Dec 2, 2025 · **48.4K** Views

♡ 99        ↻ 180        ♡ 1.9K        🔖 121        ⬆

Post your reply                                          Reply

Q Search



**Relevant people**

Denims ✓
@DenimsTV
✧ Largest Female Political Streamer ✧
Wacky Morning DJ ✧ Live Fri -Mon @
7AM PST ✧
denimsbusiness@gmail.com                    Follow

kaceytron ✓
@kaceytron
the people's pothead | support my
GFM: gofund.me/49902d20                      Follow

**What's happening**

AWS re:Invent 2025
LIVE

Sports · Trending
**Cameron Boozer**
⋯

Trending in United States
**Scheyer**
⋯

Sports · Trending
**Giannis**
15.8K posts
⋯

Trending
**Loki**
14.2K posts
⋯

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯  © 2025 X Corp.

**cheesey guy** @lotismacaron! · 5m · · ·
I don't watch denims often and I used to love the H3 Podcast (didn't know about him till frenemies). I am extremely glad that denims is gonna fight this tooth and nail. This hostage video he forced is beyond disgusting. So much of it was irrelevant to the case itself.

💬 1          🔁          ♡          📊 156          🔖 ⬆️

**RomanPeee** @RomanPeee · 26m · · ·
Full support for Denims

I have not had any communications with Denims. I also made this clear immediately after the lawsuits were dropped.

Ethan believes that there must be this grand conspiracy because he can't fathom what an obnoxious, unlikeable POS he has become

💬 3          🔁          ♡ 42          📊 1.8K          🔖 ⬆️

**ComaToast** 🍞 @milktoast8888 · 19m · · ·
Destroy his ass

Noone agrees with her statement, we know the position shes in financially & what she has to go through, she'll say what she wants if it means keeping her family safe

Her statement only makes Ethan and even scumfuck suicide watch dipshits like Asmon looks worse

💬 1          🔁 1          ♡ 4          📊 931          🔖 ⬆️

**NickTehKnight** @Nothing1sMagic · 32m · · ·
A guy makes his career party based off of fending off a long, protracted lawsuit. Then come like 5 year, makes his own SLAPP lawsuit. The righteous indignation has seemingly dried up. It's going to be a rough go of it when Ethan has to prove the supposed damages.

💬 3          🔁          ♡ 19          📊 1.6K          🔖 ⬆️

**edge** @edge_115 · 26m · · ·
I really hope you're able to win this lawsuit quickly you clearly operated within fair use. wish you nothing but the best. I appreciate you standing you're ground (not to detract from kacey I would've done the same as her)

💬 2          🔁          ♡ 3          📊 17K          🔖 ⬆️

**DarthPumpwalker** @DarthPumpwalker · 13m · · ·
It's not about fair use, it's about you maliciously trying to steal views away from his content. If you had reacted like xqc, asmon, or even Hasan and not mentioned to watch your video instead of giving views to Ethan there wouldn't be a problem.

💬 3          🔁          ♡ 3          📊 210          🔖 ⬆️

**Ze'ev Mishpacha bat Bonds Wolf** 🏴 🇮🇱 ... @TheSylvre... · 18m · · ·
You probably shouldn't try your case in public. Any public comments you make can be used in court.

💬 1          🔁          ♡ 10          📊 1K          🔖 ⬆️

**Barbie** 🎀 **Agitprop** ✓ @BarbieAgitprop · 7m · · ·
You have a solid case and for the love of god beat that man's ass in court (metaphorically of course)

💬 1          🔁          ♡ 7          📊 406          🔖 ⬆️

**Brain freeze** @Brainfreez30181 · 7m · · ·
@grok using all your knowledge of copyright and fair use play as a judge and give a ruling

💬 1          🔁          ♡          📊 94          🔖 ⬆️

**Observer** @CharlieSheenGO · 40m · · ·
Thank you Denims. I hope big streamers like xQc and Asmongold realize that your fight is their fight. They react to videos constantly often proving little commentary. This is an issue where streamers should set their personal feelings about you aside and focus on the substance.

💬 8          🔁          ♡ 60          📊 2.9K          🔖 ⬆️

**Bobby Rossy** @Bobbby1988 · 9m · · ·
The thing Denims does not realize is that it's not about reacting. Reacting to a video and adding content is fair use in the eyes of the court. The fact Ethan registered the video at the U.S. Copyright Office, means its not about reacting anymore. Its about stealing revenue......

💬 1          🔁          ♡ 2          📊 143          🔖 ⬆️

**Ty Jeffrey** @Tyjeffrey3 · 12m · · ·
Didn't you actively preach to your audience to not watch his version and or advocating that you shouldn't (dissolving him from potential revenue)

How can you compare yourself to XQC and Azgold? And how do you have an audience that can't see these clear facts?

💬          🔁          ♡ 5          📊 254          🔖 ⬆️

**Warrior Class Liberal** 🇺🇸 @Neojakazz · 14m · · ·
1 down, 2 to go...



💬          🔁          ♡ 21          📊 335          🔖 ⬆️

**vibranium synthezoid** @patrickamendoza · 25m · · ·
Yikes. This forced apology is cringe and I feel really bad for Kaceytron. The





💬          ↻          ♡ 21          ⊪ 335          🔖          ⬆

**vibranium synthezoid** @patrickamendoza · 25m                    ↻  ⋯
Yikes. This forced apology is cringe and I feel really bad for Kaceytron. The
Kleins are such pieces of shit

💬 2          ↻          ♡ 12          ⊪ 738          🔖          ⬆

**Session** @session1155 · 17m                                   ↻  ⋯
The fact that Klein can't just leave it alone, that he has to humiliate
someone who did to him a fraction of what he and his community have
done to others is enough to label him a monster. Here's to your future
victory.