# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**[PROPOSED] ORDER GRANTING DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Before the Court is Movants/Defendants Does (collectively, the "Does")' Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. (the "Motion"). Having considered the Motion, all papers and evidence submitted in support and in opposition, and the record in this matter, and good cause appearing, IT IS HEREBY ORDERED:

1. The Motion is GRANTED.
2. Does are permitted to submit the additional evidence described in the Motion and filed therewith in support of their pending motion to quash the subpoenas to Reddit, Inc. and Discord, Inc.
3. The Court will consider Does' additional evidence, specifically, Exhibits 95-105 to the Declaration of Leah Rosa Vulić.

IT IS SO ORDERED.

DATED: _____            _____

                                                        Hon. Sallie Kim
United States Magistrate Judge