**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT B TO DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

# MANUAL FILING NOTIFICATION

Regarding: **Exhibits 96, 97, 99, 103a-c, and 104a-c** to the Declaration of Leah Rosa Vulić in Support of Does' Motion for Administrative Relief to Submit Additional Evidence in Support of their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The following Exhibits were not e-filed because they are video files on a USB flash drive, not able to be filed through the ECF system:

| Exhibit Nos. | Description |
|---|---|
| Ex. 96 | Kaceytron's Apology Video, released by Kaceytron at https://x.com/kaceytron/status/1995979364715168142?s=20 on December 2, 2025. |
| Ex. 97 | [timestamps: 4:33:23 – 4:34:57] of the video located at https://www.youtube.com/watch?v=nI6k8V2FPEk, a video on demand of a Twitch livestream Kaceytron published on June 26, 2025 and later uploaded to YouTube on July 3, 2025 |
| Ex. 99 | "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit," located at https://www.youtube.com/watch?v=kgYElzEl7Yk |
| Ex. 103a-c | [timestamps: 143:22 - 1:44:23, 1:52:44 – 2:03:11, 2:06:20 – 2:07:38] from a download of H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec. 2, 2025), https://www.youtube.com/live/EZTTXkv5q1M |
| Ex. 104a-c | [timestamps: 1:52:50 – 2:06:25, 2:11:42 – 2:18:25, 2:20:37 – 2:20:58] from a download of the H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are MAD - H3 Show #216," YouTube (Dec. 3, 2025), https://www.youtube.com/live/P1ca1PZJyVs |

Respectfully Submitted,

1   DATED: December 9, 2025    **KRONENBERGER ROSENFELD, LLP**

2

3   By:   s/ Leah Rosa Vulić
              Leah Rosa Vulić

4

5   Attorneys for Movants/Defendants Does