**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. Case No. 3:25-mc-80296-SK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am a resident of the state of Arizona, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on December 9, 2025, I served:

1) **EXHIBITS 96, 97, 99, 103a-c, AND 104a-c TO THE DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.VIA SHAREFILE LINK**

on the parties listed below as follows:

*Counsel for Respondent Ted Entertainment, Inc.*:

Rom Bar-Nissim
HEAH BAR-NISSIM
1801 Century Park E #2400
Los Angeles CA 90067
Rom@HeahBarNissim.com

[X]    BY EMAIL and ShareFile link, to the address listed above.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I also hereby certify that on December 10, 2025, I served:

1) **MANUAL FILING NOTIFICATION – EXHIBIT B TO DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. VIA USB DRIVE**

on the parties listed below as follows:

United States District Court
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102

[X]    BY OVERNIGHT DELIVERY, via Federal Express.

| | | |
|---|---|---|
| 1 | [X] | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

DATED: December 10, 2025

                                                         Ema Tilton

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on September 23, 2025, I served:

1) **MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**
2) **DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**
3) **DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**
4) **[PROPOSED] ORDER GRANTING DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**

on the parties listed below as follows:

*Counsel for Respondent Ted Entertainment, Inc.*:

Rom Bar-Nissim
HEAH BAR-NISSIM
1801 Century Park E #2400
Los Angeles CA 90067
Rom@HeahBarNissim.com

| X | BY EMAIL, to the address listed above. |
| X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

DATED: September 26, 2025

_____
Leah Rosa Vulić