ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

1     **DECLARATION OF ROM BAR-NISSIM**

2   I, Rom Bar-Nissim, do hereby state and declare as follows:

3   1.     I am an attorney at law, duly licensed to practice law in the State of California and
4   the United States District Court for the Northern District of California. I am a partner at the law
5   firm Heah Bar-Nissim LLP and attorney of record for Plaintiff/Respondent Ted Entertainment,
6   Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in
7   this declaration and, if called and sworn as a witness, I could and would competently testify
8   thereto. I make this declaration in support of TEI's Opposition to the Motion for Administrative
9   Relief of the Defendants/Movants Does (collectively, the "H3Snark Mods").

10  **BACKGROUND ON THE STIPULATION FOR THE PRESENT MOTION**

11  2.     **Purpose of Supplementing the Record:** The Court is more than able to review
12  the communications between the H3Snark Mods' counsel and myself regarding the stipulation for
13  the Motion. Dkt. No. 25-1, pp. 15-21. I wish to supplement the record by providing critical
14  context.

15  3.     **Initial Concerns with the Proposed Motion:** When counsel for the H3Snark
16  Mods contacted me to stipulate to the Motion on December 5, 2025, I knew the H3Snark Mods
17  would not be filing a procedural or administrative motion. Rather, I knew it was extremely likely
18  the Motion would be the H3Snark Mods attempt to file their third substantive brief totaling 45
19  pages of briefing (*see* Dkt. Nos. 1, 20 and 25) and their fourth submission of evidence (*see* Dkt.
20  Nos. 7-8, 15, 21, 23, 25-1, 26). Given that TEI only had one opportunity to submit one
21  substantive brief of 25 pages and one opportunity to submit evidence (*see* Dkt. Nos. 16-16.2), I
22  thought it appropriate to offer a compromise to avoid the H3Snark Mods having an unfair
23  advantage.

24  4.     **The Proposed Compromise:** On December 7, 2025, I sent an email to counsel for
25  the H3Snark Mods that proposed a three-stage process that would avoid the Motion and preserve
26  due process and fairness to all parties. *See* Dkt. No. 16-1, Ex. C. The proposal was as follows:

27  a.     **Stage One:** The H3Snark Mods would have one week after the stipulation
28  was granted (or more if they requested) to file: (1) a declaration that was confined to

1
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

authenticating the evidence identified in the H3Snark Mods' counsel's December 5, 2025 email; and (2) a supplemental brief of up to five pages that would be confined to addressing said evidence.

    b.    **Stage Two:** TEI would have two weeks after the H3Snark Mods' submissions to file: (1) a sur-reply of up to 15 pages that would be confined to addressing the H3Snark Mods, supplemental brief, supplemental evidence (including objections), newly raised arguments in their Reply Brief and newly raised evidence in the H3Snark Mods' Reply Declaration; and (2) sur-reply evidence to support the sur-reply.

    c.    **Stage Three:** The H3Snark Mods would have one week to file objections to TEI's sur-reply evidence that was up to five pages.

5.    **Rationale of the Proposal:** My proposal was a test to see if the H3Snark Mods would – once again – seek an unfair advantage by preventing TEI from responding to newly raised arguments and evidence. The H3Snark Mods previously engaged in this conduct by raising new arguments in support of their motion to quash in their Reply Brief and submission of new evidence with H3Snark Mods' Reply Declaration. *See* Dkt. No. 24, pp. 2:4-16, 6:18-28. I also knew that the Motion would be replete with misrepresentations and mischaracterizations – much like was done in the H3Snark Mods' prior submission – and five pages would not provide an adequate opportunity to respond. Dkt. Nos. 16-1, ¶¶ 3-40, 56, 79-80; 16-2, ¶¶ 25 (fn. 18), 35-97; 24, pp. 4:18-5:15, 5:28-6:17.

6.    **Conclusions from the Rejection of the Proposal:** By rejecting my proposal, the H3Snark Mods confirmed to me that they would continue to engage in the same behavior they exhibited throughout this litigation. When counsel for the H3Snark Mods claimed it was because they did not want to "re-open briefing," I knew this assertion was false. The contents of the Motion and the exhibits submitted into evidence confirmed this fact to me. From my perspective, it seemed the H3Snark Mods wanted to say whatever they pleased about the owners of TEI but prevent them from responding to, engaging with and debunking their assertions.

**RELEVANT BACKGROUND OF TEI'S THREE COPYRIGHT ACTIONS**

7.    **The Kaceytron Action:** I previously testified to some of the facts related to *Ted*

1  *Entertainment, Inc. v. Caviness et al*. (Case No. 4:25-cv-459-BCW) in my October 20, 2025
2  declaration ("My 10/20/25 Declaration"). *See* Dkt. No. 16-1, ¶¶ 52-53. A true and correct copy of
3  the January 31, 2025 watch party (the "Kaceytron Watch Party") of TEI's copyrighted work
4  *Content Nuke: Hasan Piker* ("*The Nuke*") hosted by Kacey Caviness p/k/a Kaceytron
5  ("Kaceytron") was authenticated in My 10/20/25 Declaration and submitted to the Court as
6  Exhibit 65. Dkt. No. 16-1, ¶¶ 53, Ex. 65. I also authenticated the complaint and documentary
7  exhibits attached to the complaint in the Kaceytron Action in My 10/20/25 Declaration. *Id.*, ¶ 53;
8  Dkt. No. 7, p. 249-340. Said testimony and exhibits are incorporated by reference herein.

9        8.      **The Frogan Action:** In My 10/20/25 Declaration, I previously testified to some of
10 the facts related to *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-5565-
11 JFW-MAA) (the "Frogan Action"). A true and correct copy of the January 31, 2025 watch party
12 (the "Frogan Watch Party") of *The Nuke* hosted by Morgan Kamal Majed ("Frogan") was
13 authenticated in My 10/20/25 Declaration and submitted to the Court as Exhibit 66. Dkt. No. 16-
14 1, ¶¶ 52, 54, Ex. 66. I also authenticated the complaint and documentary exhibits attached to the
15 complaint in the Frogan Action in My 10/20/25 Declaration. *Id.*, ¶ 54; Dkt. No. 7, pp. 144-247.
16 Said testimony and exhibits are incorporated by reference herein.

17       9.      **The Denims Action**: In My 10/20/25 Declaration, I previously testified to some of
18 the facts related to *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-5564-
19 WLH-PD) (the "Denims Action"). Dkt. No. 16-1, ¶¶ 41-51. A true and correct copy of the
20 January 31, 2025 watch party (the "Denims Watch Party") of *The Nuke* and TEI's copyrighted
21 work *Countdown to Doomsday: H3 Show #104* (the "Countdown Episode") (collectively, the
22 "Works") was authenticated in My 10/20/25 Declaration and previously submitted to the Court by
23 the H3Snark Mods as Exhibits J and K. Dkt. No. 16-1, ¶ 41. A true and correct copy of the
24 complaint and documentary exhibits attached to the complaint in the Denims Action are located
25 at Dkt. No. 7, pp. 12-136. Other exhibits relevant to the Denims Action were authenticated in My
26 10/20/25 Declaration. Dkt. No. 16-1, ¶¶ 38(b), Exs. 62-64 & Ex. L. Said testimony and exhibits
27 are incorporated by reference herein.
28 / / /

**ADDITIONAL FACTS RELEVANT TO THE KACEYTRON ACTION AND MEDIATION**

10. **General Assessment of the Kaceytron Action:** Of the three copyright actions brought by TEI (*i.e.*, the Kaceytron Action, Frogan Action and Denims Action), I considered the Kaceytron Action a clear cut example of copyright infringement. As such, I drafted and was prepared to file on TEI's behalf a motion for partial judgment on the pleadings as to the claim of direct copyright infringement against Kaceytron. Ultimately, TEI did not file said motion in the hope that the matter could be resolved in mediation.

11. **The Court's Order re: Mediation:** On June 19, 2025 (*i.e.*, the same day that TEI filed the Kaceytron Action), the United States District Court for the Western District of Missouri issued an order requiring the parties to engage in mediation 75 days after the Rule 26 conference. Since the Rule 26 conference in the Kaceytron Action took place on August 22, 2025, the parties were required to conduct mediation by December 1, 2025.

12. **Selection of Mediator and Format of Mediation:** The parties selected John Garretson to serve as a neutral mediator. Mr. Garretson was on a list of preapproved mediators provided by the Court and the only mediator with copyright experience.[1] The parties agreed to conduct mediation on December 1, 2025 – which was the last day the parties could conduct mediation under the order. Initially, Mr. Garretson requested that the parties appear in person for mediation. Due to cost concerns, the parties requested that mediation be conducted remotely – to which Mr. Garretson eventually agreed.

13. **The Confidentiality Clause:** The retainer agreement with Mr. Garretson contained a confidentiality clause that required the details of mediation to be kept confidential. As such, I cannot and will not share these details in a public filing. I will only submit a declaration providing additional details of the mediation for *in camera* review if the Court deems it necessary and issues an order to that effect.

14. **Facts Germane to Mediation**: I can discuss facts that are germane to mediation. TEI and Kaceytron conducted court ordered mediation on December 1, 2025. Mr. Garretson

---

[1] MAP Category I List of Neutrals (Nov. 14, 2025), p. 14 *available at*: https://www.mow.uscourts.gov/sites/mow/files/MAP-CategoryI-LON.pdf

served as a third party neutral to mediate the dispute. Both Kaceytron and TEI were represented by counsel throughout the mediation. During the mediation, the parties were able to compromise their positions and reach a settlement.

15. **The Settlement Agreement:** The settlement agreement for the Kaceytron Action contained a confidentiality clause – but carved out two provisions. Relevant here is the provision containing the agreed upon text of Kaceytron's public apology ("Kaceytron's Public Apology"). The settlement agreement was signed by Kaceytron, her counsel, Ethan Klein (on behalf of TEI), Hila Klein (on behalf of TEI) and myself in counterparts. I will only submit the executed versions of the settlement agreement for *in camera* review if the Court deems it necessary and issues an order to that effect.

16. **No Intention to Call Kaceytron as a Witness:** At no point in time did I intend to call Kaceytron as a witness or have her submit a declaration in the present action. Nor did I communicate any intention to do so to counsel for the H3Snark Mods. Indeed, I had no communication with counsel for the H3Snark Mods since November 4, 2025 when they requested to transfer the video exhibits in support of the H3Snark Mods Reply Brief and Reply Declaration digitally rather than by flash drive. The sole purpose for which I would call Kaceytron as a witness against the H3Snark Mods would be as to her underlying direct infringement for purposes of contributory infringement.

**ADDRESSING MISCELLANEOUS ASSERTIONS MADE BY THE H3SNARK MODS**

17. **Debunking Assertions on Improper Purpose:** The H3Snark Mods assert that "the sole purpose of TEI's three lawsuits is to unmask Does for perceived wrongs unrelated to copyright infringement." Dkt. No. 25, pp. 2:10-12, 4:17-18. They further assert that TEI's lawsuits are directed at ruining their lives and to dox and humiliate them. *Id.*, p. 2:5-8. The H3Snark Mods also assert that TEI's lawsuits are directed at silencing "criticism" through legal and financial pressure. *Id.*, pp. 3:11-15, 4:14-15. This is unequivocally false and I would never agree to represent – let alone file – copyright claims as subterfuge to redress other wrongs, to silence criticism or to dox and humiliate anyone. I view such conduct as highly unethical and in direct conflict with my values. Indeed, my very first case involved drafting an amicus brief on

behalf of independent filmmakers and documentarians that concerned the issue of using copyright to redress wrongs unrelated to copyright. *See Garcia v. Google, Inc.*, 786 F.3d 733 (9th Cir. 2015). To the contrary, the basis for my belief that Denims infringed TEI's copyrights and why the H3Snark Mods contributed to that infringement (and the infringement of Kaceytron and Frogan) is set forth in My 10/20/25 Declaration and incorporated by reference herein. *See* Dkt. No. 16-1, ¶¶ 35, 38-39, 41-56.

18. **Debunking the H3Snark Mods Characterization of the Kaceytron Public Apology:** The H3Snark Mods describe Kaceytron's Public Apology as a "hostage-style" video and "coerced in exchange for dismissal." Dkt. No. 25, pp. 2:24-3:4. This is simply false. As mentioned, Kaceytron was represented by counsel during the mediation and it was overseen by a neutral mediator. Due to the confidentiality requirement of mediation, I am unable to provide further details explaining why Kaceytron's Public Apology was voluntary and consensual. I will only provide additional details supporting this assertion for *in camera* review if the Court deems it necessary and issues an order to that effect.

19. **Debunking the H3Snark Mods Claim of No Collusion with Denims:** The H3Snark Mods claim Denims' commentary is relevant to show there was no collusion between Denims and the H3Snark Mods. Dkt. No. 25, pp. 3:8-9, 3:13-14, 7:17-18. This is false as explained below.

   a. During discovery, I served requests for production on Denims on behalf of TEI. Some of the requests sought documents and communications between the H3Snark Mods and Denims.

   b. Denims responded to the discovery requests by stating she did have responsive documents of said communications. In response to the request, Denims produced a single communication from an H3Snark Mod with the Discord username of Dart0is. The communication was from January 21, 2025 and stated, in relevant part, "Can you advertise on H3Snark before or when the content puke [*i.e.*, *The Nuke*] is released? I try time to time to gather people there to join your stream but we need you for this one so we don't boost Ethan's release." Dart0is also included a screenshot of a message sent to

1  Denims' Discord Mod that stated in relevant part: "So the H3snark community is in a rock
2  and a hard place regarding the future content puke about Hasan. There are more and more
3  of us, and wedont [*sic*] want to give views to ethan." A true and correct copy of the
4  aforementioned communication is attached hereto and incorporated herein as **Exhibit 106.**

5      c.    Upon receiving and reviewing this communication, my team initiated a
6  further investigation to determine if they could find additional materials related to Dart0is.
7  One means of investigation my team utilized was to become a member of Denims' public
8  Discord server called "Denims Factory."

9      d.    Upon gaining admittance to "Denims Factory," my team conducted a
10 search to determine if Dart0is participated in Denims' Discord server. My team typed
11 Dart0is' username in Discord's search function with the prefix "from:" to identify
12 messages sent by Dart0is on "Denims Factory." The search yielded 10 results. Relevant
13 here, are three messages Dart0is sent on January 28, 2025 – *i.e.*, three days before *The*
14 *Nuke* was publicly released. True and correct screenshots of Dart0is messages from
15 January 28, 2025 – along with the message ID and user ID – are attached hereto and
16 incorporated herein as **Exhibit 107.**

17     e.    In Dart0is' first message from January 28, 2025 on "Denims Factory,"
18 Dart0is sent a screenshot from H3Snark that stated: "Remember to just wait a bit and
19 watch it on Denim twitch stream (or other creators). WE MUST NOT FEED ETHAN'S
20 ENGAGEMENT." (original emphasis).

21     f.    In Dart0is' second message from January 28, 2025 on "Denims Factory,"
22 Dart0is responded to another user asking whether Denims would host a watch party with:
23 "i hope we do, im marketing like crazy for it).

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

g. In Dart0is third message from January 28, 2025 on "Denims Factory," Dart0is responded to a user who questioned Dart0is mention of "marketing" with: "promoting sorry (snark mostly). hopefully the content puke will be the nail in ethan's coffin, but the amount of hatewatch could help him survive a couple of quarters if all watch it."

The contents of this declaration are true and correct. Executed this 15th day of December 2025 in Los Angeles, California.

                                                                                     /s/ Rom Bar-Nissim
                                                                                        Rom Bar-Nissim

# EXHIBIT 106



SABER_000018

# EXHIBIT 107


Message ID: 1333878050479411252


Message ID: 1333883318386556990, 1333883640425353298, 1333883980323229696




**DieAtCola** 🔥KWAN 1/28/2025 2:34 PM
hes waiting for thursday stream, what a good guy


**Deleted User** 1/28/2025 2:34 PM
friday?
unless we get a special denims stream 


**DieAtCola** 🔥KWAN 1/28/2025 2:35 PM
wait did she say shes not streaming?


**Dartois** 1/28/2025 2:35 PM
i hope we do, im marketing like crazy for it


**fatbaptist** 💗SUMO 1/28/2025 2:35 PM
classes or sth?


**DieAtCola** 🔥KWAN 1/28/2025 2:35 PM
oh

↪ @Dartois i hope we do, im marketing like crazy for it

**KrampuSession** 💀SCAV ⚔ 1/28/2025 2:35 PM
"Marketing"?

**Dartois** 1/28/2025 2:36 PM
promoting sorry (snark mostly).
hopefully the content puke will be the nail in ethans coffin, but the amount of hatewatch could help him survive a couple of quaters if all watch it
so im trying to have peple in sync, but no idea when Denim and if she ll be live when its released (edited)


**KrampuSession** 💀SCAV ⚔ 1/28/2025 2:39 PM
We'll get to it when we get to it