1  ROM BAR-NISSIM (SBN: 293356)
   Rom@HeahBarNissim.com
2  **HEAH BAR-NISSIM LLP**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA 90067
   Telephone: 310.432.2836
4
5  Attorneys for Respondent/Plaintiff
   TED ENTERTAINMENT, INC.
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
11
12  IN RE. SUBPOENAS TO REDDIT, INC.        Case No.: 3:25-mc-80296-SK
    AND DISCORD, INC.
13                                          (Case No. 2:25-cv-05564-WLH-PD, Pending in
                                            Central District of California)
14
                                            **JOINT DECLARATION OF ETHAN AND**
15                                          **HILA KLEIN IN SUPPORT OF TED**
                                            **ENTERTAINMENT, INC.'S OPPOSITION**
16                                          **TO THE DOE DEFENDANTS' MOTION**
                                            **FOR ADMINISTRATIVE RELIEF**
17
18
19
20
21
22
23
24
25
26
27
28

1    **JOINT DECLARATION OF ETHAN AND HILA KLEIN**

2    We, Ethan and Hila Klein, do hereby state and declare as follows:

3         1.     We are both over the age of 18. We are the sole co-owners of plaintiff Ted

4    Entertainment, Inc. ("TEI"). We have personal knowledge of the facts contained in this

5    declaration and, if called and sworn as witnesses, we could and would competently testify thereto.

6    Where matters are within both of our personal knowledge, we shall use the first person (*e.g.*, we,

7    us, our). Where matters pertain to or are within the personal knowledge of one of us, we shall use

8    the third-person (*i.e.*, Ethan for Ethan Klein and Hila for Hila Klein). We make this declaration in

9    support of TEI's Opposition to the Motion for Administrative Relief ("Motion") of the

10   Defendants/Movants Does (collectively, the "H3Snark Mods").

11        2.     **Reiteration of Good Faith**: To begin, we wish to reiterate that TEI is pursuing its

12   claims of copyright infringement because we genuinely believe that TEI's claims of: (1)

13   copyright infringement against Alexandra Marwa Saber p/k/a Denims ("Denims") has merit

14   because she failed to make a fair use and infringed TEI's copyrights in *Content Nuke: Hasan*

15   *Piker* ("*The Nuke*") and *Countdown to Doomsday: H3 Show #104* (the "Countdown Episode")

16   (collectively, the "Works"); (2) copyright infringement against Morgan Kamal Majed p/k/a

17   Frogan ("Frogan") has merit because she failed to make a fair use and infringed TEI's copyrights

18   in *The Nuke*; (3) Kacey Caviness p/k/a Kaceytron ("Kaceytron") has merit because she failed to

19   make a fair use and infringed TEI's copyrights in *The Nuke*; and (4) the H3Snark Mods

20   contributed to the infringement of *The Nuke* and Countdown Episode because they knew these

21   streamers were exploiting the Works without authorization, did not know whether any of these

22   streamers made a fair use, advertised the infringement of these streamers and did it with the

23   purpose of siphoning views away from TEI.

24        3.     **Reiteration of Conditions We Agree the Court to Impose on Us**: In our October

25   20, 2025 joint declaration, we set forth various conditions we agree for this Court to impose on us

26   to ensure that TEI is pursuing its claims in good faith. Dkt. No. 16-2, ¶¶ 4-5.

27        a.     First, both of us agree to only use the H3Snark Mods' identities to pursue

28   the claims of contributory infringement alleged against them in the following actions: (1)

*Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Denims Action"); (2) *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFM-MAA) (the "Majed Action"); and (3) *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Kaceytron Action"). *See also* Dkt. No. 16-2, ¶ 5(a).

b. Second, we have no intention of pursuing any other claims against the H3Snark Mods at this time – whether in our personal capacities or for our entities (*i.e.*, TEI and Teddy Fresh, Inc.). *See also* Dkt. No. 16-2, ¶ 5(a).

c. Third, if we discover we have additional claims against the H3Snark Mods, we are willing to make a *prima facie* showing that the claims are viable as a condition for such claims proceeding. *See also* Dkt. No. 16-2, ¶ 5(a).

d. Fourth, we agree not to publicly reveal the H3Snark Mods personal identifying information or publicly address them in their individual capacities. *See also* Dkt. No. 16-2, ¶ 5(b).

e. Fifth, we are willing to publicly state to our audience and the public at large not to contact or harm the H3Snark Mods, their families, their employers or educational institutions whatsoever. *See also* Dkt. No. 16-2, ¶ 5(c).

f. Sixth, if we or our entities breach any of these conditions, we are willing to submit to contempt proceedings with the prevailing party entitled to its attorneys' fees.

g. To date, we have kept our word despite there being no Court order to do so. We have done this to demonstrate our good faith and that we are willing and able to submit to such conditions.

4. **The H3Snark Mods' Claim that We Cannot be Trusted**: The H3Snark Mods claim that the aforementioned promises cannot be trusted because we "doxed" several individuals who contributed to Kaceytron's GoFundMe. Dkt. No. 25, p. 6:1-12. Merriam-Webster Dictionary defines "dox" as "to publicly identify or publish ***private*** information about (someone) especially as a form of punishment or revenge."[1] We did not disclose private information whatsoever. We

---

[1] Merriam-Webster, "Dox" *available at*: https://www.merriam-webster.com/dictionary/dox

1  read the names of individuals who voluntarily agreed to publicly disclose their names in

2  connection with their contributions. A user contributing to a GoFundMe has the option to

3  contribute anonymously, with a pseudonym or with their actual name. GoFundMe even explains

4  that contributions – including any voluntarily disclosed personal identifying information – can be

5  viewed by the public.[2] Additionally, some of the individuals identified – namely Anisa Jomha and

6  Ian Jomha p/k/a Idubbbz – are public figures as online content creators.

7       5.      **The H3Snark Mods Claims that Two TEI Podcast Episodes Exhibit Improper**

8  **Motive**: The H3Snark Mods point to two TEI podcast episodes that purportedly support their

9  assertion that TEI is pursuing its copyright claims as subterfuge for improper motives: (1) TEI's

10 December 2, 2025 podcast entitled *The Lawsuit Is Over (Kaceytron Apology) – H3 Show #215*

11 (the "12/2/25 Podcast") (Exs. 103a-c); and (2) TEI's December 3, 2025 Podcast entitled *Lawsuit*

12 *Reactions, Trish Paytas Stars In Israeli TV Show & Fans Are MAD – H3 Show #216* (the

13 "12/3/25 Podcast") (Exs. 104a-c). Dkt. No. 25, p. 6:13-16. The opposite is true as demonstrated

14 below:

15           a.      **The 12/2/25 Podcast**: The H3Snark Mods submit "clips" from TEI's

16       12/2/25 Podcast. *See* Exs. 103a-c. These "clips" omit material that contradicts the

17       H3Snark Mods narrative about our motives for TEI pursuing claims of copyright

18       infringement. The segment devoted to discussing Kaceytron's public apology (the

19       "Kaceytron Public Apology") is from 1:26:30-2:21:40 – *i.e.*, a total of 55:10 minutes.

20       Exhibits 103a-c show only 12:46 minutes from that section – *i.e.*, 23% of the original. A

21       true and correct copy of the entire 12/2/25 Podcast is located on the flash drive submitted

22       concurrently with TEI's Notice of Lodging as **Exhibit 108**. On several occasions during

23       the 12/2/25 Podcast, we: (1) discussed the importance of forgiveness and grace towards

24       Kaceytron; (2) emphasized that the purpose of the lawsuit was activism to protect

25       YouTube creators from malicious copyright infringement; (3) praised and complimented

26       Kaceytron's talent; (4) expressed compassion for Kaceytron's family situation and praised

27       her self-awareness; and (5) instructed our audience to forgive Kaceytron and accept her

28 _____
[2] GoFundMe.com, Privacy Notice (Nov. 15, 2025), *available at*:
https://www.gofundme.com/c/privacy

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

apology. Below are excerpts the H3Snark Mods omitted. These excerpts evidence this fact with language cleaned up for clarity.

  i.    **Ex. 108 at 1:27:18-1:28:10**: <u>Ethan</u>: "I want to thank Kaceytron for being a good faith negotiator. I think, going into this, we had low expectations. But I think we both came out of this happily surprised that we were able to kind of put this behind both of us and move on amicably. So, I do want to thank Kaceytron. Yeah, I think ultimately her apology was heartfelt and sincere and I really appreciate everything she said. I do. So, I want to just say thank you to Kaceytron." <u>Hila</u>: "Same. I'm happy we can put it behind us." <u>Ethan</u>: "This has been unpleasant for all of us. I wish you all the best and that's it."

  ii.    **Ex**. **108 at 1:30:03-1:30:14**: <u>Ethan</u>: "I, genuinely, from my heart. I want you guys to know that I accept her apology and I do believe it was made in sincerity and I, and, I do hope that she moves on amicably."

  iii.    **Ex. 108 at 1:30:47-1:31:07**: <u>Ethan</u>: "Now, of course, this was the reason I say that is because I have seen it. And I just want to say that, um, like I said. It's very heartfelt and it's very meaningful and I appreciate it. So, we're going to enjoy this here and we'll watch it all together and move on all together."

  iv.    **Ex. 108 at 1:32:14-1:32:30**: <u>Ethan</u>: "I want to say that I really appreciate [that] she really turned a leaf on the copyright stuff and I think that's really important, right? Because the purpose of this was [the] activism aspect of it all."

  v.    **Ex. 108 at 1:33:07-1:33:32**: <u>Ethan</u>: "I do not want to see any negative, I don't want [to] see people being rude to her. I genuinely have forgiven her. I'm moving on and it's water under the bridge. I don't want to see anybody being, I'm dead serious, let's not be nasty to her, guys. This is it. Okay, it's over. We won. That's it. We won. Right? So, let's just move on and thank her. Thank you. I'm being dead serious. Please do not."

  vi.    **Ex. 108 at 1:36:51-1:37:46**: <u>Ethan</u>: "What a heartfelt, I mean, like

1    genuinely. And I'm going to be, I'm going to say something: Kaceytron, we've

2    said it continuously throughout this, you are extraordinarily funny. And a very

3    talented person. And I wish you all the best in the future in your future

4    endeavors. And I know you will continue to make people laugh and to continue

5    to bring joy to people in that regard. I do. I think you're extremely funny and

6    very clever. So, I accept your apology. [I] do. And I appreciate all the sincerity

7    and just all the specific, a lot of the stuff in there was, really, I think warranted.

8    And I'm glad that she's, you know, come to terms with a lot of it and I

9    appreciate it. I really think she's turned a new leaf. I do."

10           vii.        **Ex. 108 at 1:38:32-1:38:58**: <u>Hila</u>: "It's incredibly stressful both

11   emotionally and financially to go through a lawsuit." <u>Ethan</u>: "It is. And I

12   appreciate the situation she's been in and that's why…" <u>Hila</u>: "Which is also

13   why I'm so glad to, at least, put one behind us." <u>Ethan</u>: "Yeah. And I know it

14   was difficult on her. And I'm glad that she's, that she's free of it now and she

15   can just move on. We can all move on. I really do. I, my heart, I have

16   appreciation for Kaceytron. And I thank her very much for the very thorough and

17   sincere apology."

18           viii.       **Ex**. **108 at 1:41:16-1:41:45**: <u>Ethan</u>: "I do want to continue to

19   emphasize: be nice to Kaceytron. We won. She apologized. That's it." <u>AB</u>: "I'm

20   seeing a lot of love for her in chat. A+ apology." <u>Ethan</u>: "Listen, I want to at

21   least be able to say that, from our community, we forgive, we move on, and we

22   can all appreciate that she's a funny, talented person, and that's it."

23           ix.        **Ex. 108 at 1:50:14-1:51:07**: <u>Ethan</u>: "Yeah, I really appreciate that,

24   because, I've really resented this narrative from Hasan and all these people in

25   [his] orbit who say their lawsuits are frivolous. When you spend a second to look

26   into it, it's clearly not frivolous. And they keep rehashing the same dumb

27   arguments, like 'Oh, if it wasn't frivolous, why aren't you suing Asmongold?'

28   Dude, I said it in the video. I said it a million times over every time. It's because

5

1  they willfully and maliciously copyright infringed." <u>Hila</u>: "Yeah." <u>Ethan</u>: "Right.

2  All three of the people I'm suing said something to the effect of 'watch it with

3  me or somebody else so he doesn't get the views.'" <u>Hila</u>: "Yeah, Like,

4  everybody knows that is just a big giant no no. You don't do that." <u>Ethan</u>: "So, I

5  appreciate her saying that right of the rip there."

6         x.    **Ex. 108 at 1:51:27-1:52:03**: <u>Ethan</u>: "See, I mean, that's a silver

7  lining. It's like the whole point of these lawsuits for me has been activism from

8  the start. That's the primary purpose of this. And, so, when I hear that she's kind

9  of learned how to be more mindful with the way she interacts with copyright[s]

10  or other people's property, then I think that's a big win for both of us. I think that

11  a huge dub [*i.e.*, "w" as in "win"], you know. And it's really an important

12  conversation we've been having in this community for years. So, it's really nice

13  to hear her say that."

14         xi.   **Ex. 108 at 2:11:07-2:11:42**: <u>Ethan</u>: "Right, and I thought that was

15  a really good inclusion too because it hits close to home. I mean, if she has three

16  dependents, which she does, and she is a dedicated caretaker as well. Right?

17  Which is a good and kind and difficult responsibility, right? So, I think that this

18  empathy – this exhibition of empathy – is good. I appreciate it and I think it's

19  good for everybody. So, thank you to Kaceytron for being mature about that one

20  there. Really appreciate it."

21         xii.  **Ex. 108 at 2:12:41-2:13:37**: <u>Ethan</u>: "And I thought that was really

22  kind of self-aware. That almost, like, incredible. What a great apology, because

23  she's on one hand acknowledging that not only have you [*i.e.*, AB and Lena]

24  done more through your activism and fundraising. [And] her antagonism and

25  trolling has done nothing to help the people of Gaza, which is something I think

26  a lot of people online could hear. Putting a watermelon in your Twitter bio does

27  not make you an activist. Or just constantly harassing me on my social [media]

28  post is not going to do anything for policy. Obsessing over every Jewish person

6

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

1    you perceive as maybe having something [to do with] Israel as Nazi baby killer

2    is not activism. That's just you being a psychopath. Right? So that's great. I

3    appreciate that a lot."

4      xiii.  **Ex. 108 at 2:13:50-2:14:37**: <u>Ethan</u>: "Yeah, and this part's good

5    because her and a lot of other people have been saying that my lawsuits are

6    misogynistic – which is something from the beginning [I] took extraordinary

7    umbrage with. And then for them to be attacking you [*i.e.*, Hila] like, I'll won't

8    repeat it. It doesn't matter now. Well, it's just how ironic that they actually are

9    the ones, you know, going for my looks, which is what normally stupid guys on

10    the internet do. You know, like, while simultaneously accusing us of being

11    misogynistic. You know. But anyway, once again, I thank her for that. I accepted

12    the apology. Yeah, it's very kind of her to apologize for that. To make us aware

13    of that. So thank you."

14      xiv.  **Ex. 108 at 2:14:44-2:15:27**: <u>Ethan</u>: "That's such an important thing

15    to bring up. I mean, it's true. Like, when you look at leftist spaces online

16    specifically. I'm not saying like leftists in general, but she really strikes on

17    something interesting there. When she's talking about leftist spaces, you're

18    talking about like Bad Empanada [*see* Dkt. No. 16-2, ¶¶ 49, 61 for context].

19    You're talking about, like, Hasan Piker. You're talking about like, these online

20    commies like the squirrel girl lady [*i.e.*, an antisemitic individual on X]. You

21    know, like antisemitism is rampant and I think it's important for people who are

22    members of the left to start calling that out and she's right. We should all be

23    worried about that. So that was actually a brave and courageous admission there

24    or condemnation even. So that was great. I appreciate that, I do."

25      xv.  **Ex. 108 at 2:15:49-2:17:39**: <u>Ethan</u>: "Yeah. And thank you. Thank

26    you for wishing us the best in our cases, you know. Our continued pursuit of

27    legal justice against Denims and Frogan and the mods, the H3Snark Mods. I

28    mean, to these guys, there's just a crazy blind spot for it. And I mean, of all

1    people, Kaceytron to be the one speaking reason is incredible. So, thanks

2    anyway. That's it. So, I'm very grateful and I wish her all the best in her future

3    endeavors. And that's it. That's all there is. You know, I'm done. I'm over it. …

4    Yeah. So, I mean, there it is. Right? So, I want to emphasize how important it is

5    for you guys to be kind. Be empathetic to her. We won. She conceded. That's it.

6    We don't need to fight this battle anymore. Kaceytron all day, every day. We

7    stan Kaceytron for doing the right thing, you know. That's all I wanted from the

8    beginning. So, I can't complain about it. All I can say is thank you. So, there it

9    is. That's it."

10        b.    **The 12/3/25 Podcast**: The H3Snark Mods provide clips from TEI's

11    12/3/25 Podcast *See* Exs. 104a-c. In Exhibit 104a, there are numerous statements we made

12    in response to the Denims' post regarding Kaceytron's Public Apology that emphasized

13    that TEI's lawsuits are motivated by pursuing copyright infringement. Timestamps with

14    cleaned up transcription for clarity is provided below:

15        i.    **Exhibit 104a at 5:30-6:12**: <u>Ethan</u>: "No, no, no, no. This [*i.e.*, the

16    lawsuit] will endanger the career of a very, very, very few amount of people that

17    chronically and continuously steal people's content and monetize it. You thief,

18    criminal, loser. That's what you do. That's what Kaceytron used to do. She's

19    turned a new leaf now, of course. That's what Frogan does. That's what a lot of

20    these people do. Hasan does it too. You put a fucking video on and you literally

21    get up and leave the room without pausing it. Sorry. Do you think a judge is

22    going to be like: 'Let's protect the lady who plays videos and gets up, walks out

23    of the room.' That's a great precedent for intellectual property."

24        ii.    **Exhibit 104a at 7:45-8:13**: <u>Hila</u>: "The precedent that she's talking

25    about, we already set. Like, she's going against people that know a lot about

26    this." <u>Ethan</u>: "Fair use is good and you should, you can do that. But now we're

27    defining the boundaries. Right? We've defined fair use on one side. But on the

28    extreme of the other side, we're defining what copyright infringement is. And

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

both are important."

        iii.      **Exhibit 104a at 9:35-10:07**: <u>Ethan</u>: "Now, Denims, when we break down that 230 minutes, how much of it do you think is irrelevant nonsense versus how much is it commenting on the video? I happen to know the answer to that. And it's a far cry from what you're claiming it is here. [You're] misrepresenting the truth knowingly. You know exactly. You know that you're lying. Why are you trying to convince people on Twitter? We know 'cuz she's begging for money. Right? You don't win lawsuits by convincing people on Twitter."

        iv.      **Exhibit 104a at 10:22-10:50**: <u>Ethan</u>: "Now, I didn't analyze the amount that they [other streamers] did because I only analyzed people who explicitly stated that they were maliciously stealing it from me. That being said, of the 230 minutes, it's significantly less."

        v.      **Exhibit 104a at 11:20-11:50**: <u>Ethan</u>: "How many times do I need to explain it? How many times? You show me one of these people saying that they're stealing. They're doing it with the express purpose of stealing my views and you'll find another lawsuit. Show me that. Show me that you three morons were the only ones malicious and dumb enough to make such an insane error."

      6.      **The Kaceytron Public Apology**: The H3Snark Mods claim Kaceytron's Public Apology is a sign of our improper motive. Dkt. No. 25, pp. 4-5. For the reasons set forth in the concurrently filed Declaration of Rom Bar-Nissim at Paragraphs 13, 15 and 18, we are prohibited from sharing any of the details from the December 1, 2025 mediation with Kaceytron. We are, however, willing to submit a declaration for *in camera* review that discusses our thought process and rationale for the Kaceytron Public Apology if the Court feels it necessary and issues an order to that effect.

      7.      **Manipulated Evidence**: The H3Snark Mods submit various pieces of evidence that we discovered to be manipulated as detailed below:

        a.      **Live Chat from the 12/2/25 Podcast**: When we saw the screenshot for the

live chat provided by the H3Snark Mods in Exhibit 100 (Dkt. No. 25-1, pp. 33-34), we were immediately suspicious. We receive multiple comments in a single second during TEI's podcasts. We found it extremely odd that the first comment from WillyMacShow was from 1:27:18 and the second from Maddiev2323 was from 1:29:57 (*i.e.*, over a minute and a half later). We also found it odd that the icons for each commentator were not in a straight vertical line – which is how comments appear in YouTube's live chat. We discovered that the screenshots provided by the H3Snark Mods were manipulated to make it appear they were made consecutively when they were not. With the exception of four comments (which were, most likely, deleted by the moderators of our chat), we were able to identify all of the comments in context. True and correct screenshots of the comments we were able to identify that the H3Snark Mods selected (with the comment highlighted) and the actual surrounding comments is attached hereto and incorporated herein as **Exhibit 109.**

c.      **Modmail:** When we viewed and highlighted the messages from u/All_Hall0ws_Eve and u/593920CX (Dkt. No. 25-1, pp. 45-46) in Adobe Acrobat with our cursor, we discovered that the screenshots were composites of two images: (1) the date; and (2) the message. As such, we have no idea whether these messages were genuine or manufactured composites similar to the live chat screenshots for the 12/2/25 Podcast. True and correct screenshots showing the component parts of both screenshots are attached hereto and incorporated herein as **Exhibit 110.**

8.      **Misleading Evidence**: The H3Snark Mods also submit evidence that erroneously gives the impression that our fans – as a whole – desire humiliation or that certain individuals are participants in our community or our fans. The misleading nature of this evidence is discussed below:

a.      **Live Chat from the 12/2/25 Podcast**: The screenshots the H3Snark Mods provided from the live chat of the 12/2/25 Podcast (*see* Dkt. No. 25-1, pp. 33-34) appeared at odds with what we witnessed in the live chat for the 12/2/25 Podcast. During our review of the live chat for the 12/2/25 Podcast, we found an overwhelming number of positive

10

and supportive comments for Kaceytron throughout the segment discussing her public apology. True and correct copies of screenshots from the live chat for the 12/2/25 Podcast are attached hereto and incorporated herein as **Exhibit 111.**

b.     **YouTube Comments**: We also were suspicious of the seven YouTube comments provided by the H3Snark Mods in Exhibit 100. *See* Dkt. No. 25-1, pp. 34-35. Our suspicions and what we discovered when we investigated is detailed below:

i.     First, we noticed that two URLs were provided. One URL was to the 12/2/25 Podcast. *See* Comments of @rubymeaddle, @Mario-o4I3h, @iandobosh8584, @RenatoJones. The other URL was to video by the online content creator Nicholas DeOrio who provides commentary on issues of public interest to the online community. *See* Comments of @J0eMega, @DanW99, @phlag36. The fact that some of the comments came from several videos – let alone a non-TEI video – is not fully disclosed in the exhibit or the supporting declaration.

ii.     Second, we were suspicious because the engagement with the comments (*e.g.*, likes and replies) were cropped out of the screenshots for the comments. For context, the 12/2/25 Podcast currently has over 2,300 comments. Nicholas DeOrio's video has over 400 comments. If a comment has little to no engagement, it is buried deep within the comments – which makes it more difficult to find. It only appears on top when someone clicks a link of that particular comment. As a point of comparison, the top comment on the 12/2/25 Podcast has 4,400 likes and 44 replies and has nothing to do with Kaceytron. The top comment on Nicholas DeOrio's video has 601 likes and 23 replies. Exhibit 100 and its supporting declaration gave no indication whether the comments depicted received significant engagement or were buried deep within the comments. Upon inspection, we discovered that the seven comments identified by the H3Snark Mods had no replies and a tiny number of likes as detailed below:

11

1      1. Comment by @rubymeaddle: 2 likes

2      2. Comment by @Mario-o4I3h: 2 likes

3      3. Comment by @J0eMega: 7 likes

4      4. Comment by @DanW99: 3 likes

5      5. Comment by @iandobosh8584: 5 likes

6      6. Comment by @RenatoJones: 3 likes

7      7. Comment by @phlag35: 4 likes

8    iii.  Third, despite providing only a tiny fraction of the comments from

9 the 12/2/25 Podcast, we wanted to determine whether the comments were overall

10 positive, negative or completely unrelated to the lawsuits. Exhibit 100 and its

11 supporting declaration provide the impression that the selected comments were

12 emblematic of all of the comments. Upon investigation, we discovered that the

13 vast majority were completely unrelated to Kaceytron or the lawsuits. A

14 significant number of comments that did discuss Kaceytron were positive. True

15 and correct screenshots of these comments – along with their engagement – is

16 attached hereto and incorporated herein as **Exhibit 112.**

17  d.  **Modmail**: We wanted to determine if the three users identified in the

18 modmail messages in Exhibit 101 were members of our community. Exhibit 101 and its

19 supporting declaration are silent on the issue but give the impression that these users were

20 participants in our subreddit – *i.e.*, r/h3h3Productions. Upon further investigation, we

21 found a number of suspicious elements, which are detailed below:

22    i.  First, we discovered that none of the three users ever posted on the

23 r/h3h3Productions. We used a variety of tools to make this determination. We

24 began by using Reddit's internal search function. Next, we used the website

25 search.pullpush.io. This website is a third-party Reddit search engine that

26 provides a full search across Reddit and includes deleted posts or comments.

27 Finally, we used www.redective.com – which is also another third-party Reddit

28 search engine, but does not capture deleted posts.

ii.     Second, using the same tools identified above, we discovered that

the user u/CrabCakes12345 had not made a post or comment for the past 4

months. In other words, it was an inactive account. We found it extremely odd

that an inactive account would randomly send a modmail message to the

H3Snark Mods. Further, we discovered that the user u/593920CX had no reddit

activity whatsoever. Given the H3Snark Mods prolific use of sock puppet

accounts and the other instances of manipulated media, we could not rule out

that these were not alternative accounts of the H3Snark Mods.

e.     **New Posts on r/H3Snark**: Upon seeing the new posts on r/H3Snark, we

wanted to determine if any of the individuals were participants in our subreddit. *See* Dkt.

No. 25-1, pp. 47-48. Exhibit 101 and its supporting declaration does not address this issue

but provides the impression that these users were from our community Upon further

investigation, we found a number of suspicious elements that are detailed below.

i.     First, none of the users identified in Exhibit 101 posted or

commented on our subreddit r/h3h3Productions. We utilized the same tools

discussed when investigating the users who purportedly sent the Modmail

messages.

ii.     Second, many of the users that created the posts were dormant

accounts. One account, u/Winter-Opposite-4016, had not made a post or

comment in 2 years until making a post on r/H3Snark. Again, given the H3Snark

Mods use of sock puppet accounts and the other instances of manipulated media,

we could not rule out that some of these accounts were the alternative accounts

of the H3Snark Mods.

iii.     Third, we found it odd that the H3Snark Mods identified posts that

had nothing to do with the lawsuits or Kaceytron (*e.g.*, the posts by

u/RiseUpMerc, u/Infinite_Shallot_626 and u/ThinkHardBruh at Dkt. No. 25-1,

p. 48). Further, we found out that u/ThinkHardBruh was spamming the same

post on every possible snark subreddit.

f.    **Reddit Comments**: Upon seeing the comments and posts included in Exhibit 100 (*see* Dkt. No. 25-1, pp. 35-37), we were suspicious for several reasons as detailed below:

i.    First, aside from the last screenshot, the screenshots depicted in Exhibit 100 do not depict the upvotes or replies to the comments. Like with YouTube comments, Reddit comments that get significant upvotes and/or replies are more prominent in a post. If Reddit comments get little to no upvotes, downvotes and/or replies, they are buried deep with the post or hidden altogether. Below are our findings current as of the time of our investigation:

1.    Six of the sixteen comments received no upvotes or replies whatsoever. This included the comments from: (1) u/saltypretzzel; (2) u/Rustystrings270; (3) u/Purposeimpossible554; (4) u/Disastrous-Forever90; (5) u/fosiforever; and (6) u/disneydaniela.

2.    Two of the comments received less than ten upvotes and no replies: (1) u/shredziller57 with 7 upvotes; and (2) u/FraggleRock_ with 2 upvotes.

3.    Two comments received downvotes (*i.e.*, a net dislike number) – most likely because they included the word "bitch." These were comments by: (1) u/CheckLogical1425; and (2) u/SewFi.

4.    The final post was not from r/h3h3productions subreddit at all and only received 100 upvotes and had a reply exchange with one other person. As a point of contrast, the top comments received: (1) 3,800 upvotes and 143 replies (many with significantly more upvotes themselves); and (2) 2,700 upvotes and 64 replies (many with significantly more upvotes themselves).[3]

5.    Of the remaining four comments, two were from a post on r/h3h3productions entitled: "DISCUSSION MEGATHREAD: It's

---

[3] https://www.reddit.com/r/LivestreamFail/comments/1pcmtjg/kaceytrons_full_apology/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

Happening… - H3Show #215.[4] *See* u/AnotherSilentDay and u/Ricofox1717. The comment by u/AnotherSilentDay was one of the top comments on the post and spurred insightful comments, such as: (1) "Exactly. Ethan never wanted to financially ruin her. I'm excited to see her terms."; and (2) "I'm not surprised they settled, Ethan isn't a horrible person and he got his point across." Further discussion is about how it would be unwise for Kaceytron to act contrary to what she stated.

      6.     The final two comments were from a post on r/h3h3productions entitled: "Kaceytron's full apology."[5] *See* u/rehx4 and u/Allenas6.

      a.     The comment by u/Allenas6 received 47 upvotes and no replies. It was made in response to a comment that receive 581 upvotes and 55 and stated: "This is the best possible outcome. She is forced to eat some humble pie. That's better than any monetary gain." The conversation responding to the post discussed whether the tradeoff of monetary gain for the Kaceytron Public Apology was worthwhile.

      b.     The comment by r/rehx4 received 50 upvotes and 4 replies – three of which criticized the user for the response.

      c.     For perspective, the top comments on the post received 1,400 upvotes and 52 replies, 1.5 thousand upvotes and 22 replies, and 1,100 upvotes and 49 replies.

    ii.     Critically, the comments identified by the H3Snark Mods are not reflective of how r/h3h3productions responded to Kaceytron's Public Apology. The majority of our community praised Kaceytron for Kaceytron's public apology and showed her grace and compassion. True and correct screenshots of

---

[4] https://www.reddit.com/r/h3h3productions/comments/1pck1l8/discussion_megathread_its_happening_h3_show_215/

[5] https://www.reddit.com/r/h3h3productions/comments/1pcmkny/kaceytrons_full_apology/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

posts and comments from the r/h3h3productions subreddit with accompanying hyperlinks are attached hereto and incorporated herein as **Exhibit 113**.

    g.    **Posts on X/Twitter**: Upon seeing the four tweets posted on X (Dkt. No. 25-1, pp. 37-38), we were suspicious for several reasons as detailed below:

    i.    First, the H3Snark Mods cropped out the number of views, comments and likes for each post. As such, we could not tell if these posts received widespread exposure and engagement. At the time of our investigation, here is what we discovered:

    1.    Comment by @W33ab00Jones: 18,000 views, 371 likes, 14 comments and 3 retweets;

    2.    Comment by @DeadL0versLaneX: 2,032 views, 66 likes, no comments or retweets;

    3.    Comment by @Crusader_Eph611: 5,379 views, 54 likes, 1 comment and no retweets;

    4.    Comment by @TheLegalMindset: 43,300 views, 1,900 likes, 63 comments, 98 retweets.

    ii.    Second, we wanted to know whether the posts were indicative of a broader consensus. We discovered there was no consensus. Further, upon examining the replies to the Kaceytron's Public Apology on X, we found numerous posts praising Kaceytron for her public apology. Many received more exposure and engagement than the posts identified by the H3Snark Mods. True and correct screenshots of some these replies along with accompanying hyperlinks are attached hereto and incorporated herein as **Exhibit 114.**

    h.    **Kiwifarms:** Upon viewing the comments from Kiwifarms (Dkt. No. 25-1, pp. 38-42), we immediately grew suspicious. The comments identified by the H3Snark Mods come from a thread entitled "ethan klein h3h3productions pedo_troll." It is a negative thread on Ethan. This is evidenced by: (1) the use of "pedo_troll" in the title – which is a reference to a long dormant Reddit account Ethan used to troll pedophiles on

Reddit about 15 years ago and is currently used to defame Ethan as a pedophile; (2) Kiwifarms itself is a very antisemitic platform and a haven for other forms of bigotry and it struck us as very odd the H3Snark Mods would frequent such a website; and (3) several posts showed clear antisemitism as demonstrated below:

      i.      SiggerNlayer (aside from employing a dogwhistle racist user name) claims Ethan was performing a "jewish humiliation ritual," claimed the lawsuits were "dumb" and called Ethan a "gigajew" (Dkt. No. 25-1, p. 40);

      ii.      AnOminous (responsible for three of the posts identified) said Ethan's actions were "very Hebrew" (Dkt. No. 25-1, p. 41);

      iii.      Silence of the Troons called Ethan "Lex Jewthor" (Dkt. No. 25-, p. 42);

      iv.      Dan of Steel refers to the Kaceytron Public Apology as a "Kabbalah humiliation ritual"

9.      **Explanation of Ethan's Instagram Posts**: The H3Snark Mods identify several posts made by Ethan from November 30, 2025 (*i.e.*, the day before mediation) through December 3, 2025 (*i.e.*, the day after Kaceytron's public apology). *See* 25-1, pp. 50-57. There are several inaccuracies we wish to address and context we wish to provide to clarify the record.

a.      **Dkt. No. 25-1, p. 50**: This November 30, 2025 post was to inform our audience: (1) that there would be no show on Monday, December 1, 2025; and (2) the reason why there would be no show. TEI regularly releases podcast episodes to the general public on Mondays and Fridays and to members of the H3Podcast channel on Wednesdays. We had already cancelled the episode scheduled for Friday, November 28, 2025 – which upset many of our fans. Given the prior cancellation, we knew our fans would be upset at another cancelled episode. We wanted to give our fans advance notice of the cancellation and provide an explanation. Nothing else was intended behind this post.

b.      **Dkt**. **No. 25-1, p. 51:** The H3Snark Mods incorrectly state this post was from December 1, 2025. It was actually from November 30, 2025. In the post, Ethan

promoted a video by a previous critic of ours, WillieMacShow. Over time, we reconciled our differences and became friends. A few months ago, the supporters of H3Snark issued numerous threats to kill WillieMacShow and his then fiancé at their wedding because they believed his wife was an Israeli agent.[6] We offered to hire security to protect WillieMacShow and his now wife so they could enjoy their wedding in peace. Since the Monday, December 1, 2025 podcast was cancelled, we wanted to provide our viewers with something they would enjoy. The video we promoted by WillieMacShow[7] was primarily focused on critiquing a hit piece created by the YouTuber Cruel World Happy Mind where she primarily relied on r/H3Snark as her source of information.[8] We also conducted an over three hour discussion with Cruel World Happy Mind to address the numerous falsehoods and irresponsible sourcing (which further belies the assertion we avoid or seek to silence criticism).[9] WillieMacShow's title and thumbnail are admittedly "clickbait" – *i.e.*, intended to be more controversial than the actual video to entice people to watch the video.

       c.   **Dkt. No. 25-1, p. 52**: This post is a picture Hila took of Ethan. Having experienced the mediation process on several occasions, it can be a tedious process of hurry up and wait. This was the first time we experienced mediation via Zoom. We enjoyed the novelty of conducting mediation from the comfort of our home and being able to play video games during the long stretches of downtime when the mediator was not speaking with us. Nothing else was intended behind this post.

       d.   **Dkt. No. 25-1, p. 53**: This post was made shortly after Kaceytron's Public apology. The post merely reiterates that: (1) Kaceytron's apology was accurate; and (2) to our knowledge, Hasan Piker never supported Kaceytron, Denims or Frogan – despite intimating that he would do so behind the scenes.

---

[6] WillyMacShow, *Hasan & His Criminal Fried Dox & Try to Ruin my Wedding* (Aug. 10, 2025), *available at*: https://youtu.be/ylOWmy2sFvA?si=S01yiwD0YeOs6Jlx
[7] WillyMacShow, *The Pathetic Victims of H3H3 | He Took EVERYTHING* (Nov. 30, 2025), *available at*: https://youtu.be/LebO9Xla-GQ?si=G6OVoKXI42pFs2ej
[8] Cruel World Happy Mind, *The Fall of H3: How Ethan Klein DESTROYED His Career...* (Oct. 27, 2025), *available at*: https://youtu.be/5wZOTDeeVkk?si=3NEZ6-5EXxqBHitn
[9] H3 Podcast, *Confronting CWHM On Her Video About me – H3 Show #207* (Nov. 3, 2025) beginning at 38:50, *available at*: https://www.youtube.com/watch?v=IFd0qQo_dNc&t=2330s

e. **Dkt**. **No. 25-1, p. 54:** This post is a screenshot from r/LeftoversH3 – *i.e.*, the modern iteration of r/H3Snark. The post provides instructions to users to request a refund from Kaceytron's GoFundMe. Ethan pointed out that doing so would be fraudulent because Ethan consistently stated the GoFundMe money was recoverable as profits attributable to the infringement of Kaceytron, Denims and Frogan.

f. **Dkt No. 25-1, pp. 55-56**: These posts are intended as an acerbic joke. Anisa Jomha and her husband Ian Jomha were close friends of ours for nearly a decade. They are both public figures and Ian had nearly 7 million followers on YouTube.[10] We invited them to our home on several occasions and supported them in a variety of ways. When the Department of Child and Family Services visited our home based on a fraudulent phone call, we were both personally hurt that the Jomhas did not come to our defense to say we had a clean home or that we were good parents.[11] Later, the Jomhas made a hit piece on Ethan[12] that was lambasted by the general public as poorly and sloppily researched and a marked betrayal of one close friend to another.[13] Since then, we have had an online back and forth with them where we both troll each other. These posts are a part of that discourse.

g. **Dkt No**. **25-1, p. 57**: The H3Snark Mods erroneously state this post was from December 4, 2025. It was made on December 3, 2025 was solely intended to promote the 12/3/25 Podcast. Before each podcast episode, Ethan makes an Instagram story promoting the podcast to maximize viewership. Nothing else was intended behind this post.

---

[10] https://www.youtube.com/@idubbbztv
[11] H3 Podcast, *Shark Called Child Protective Services On Us – H3 Show #119* (Mar. 7, 2025) from 17:37-19:32 *available at*: https://www.youtube.com/watch?v=ZDnseOSdk_8&t=1050s
[12] iDubbbzTV, *Content Cop – H3* (Apr. 16, 2025), *available at*: https://youtu.be/NyB85pVw-v4?si=jndvEfmWkizKC27V
[13] *See e.g.,* Turkey Tom, *The Decay of iDubbbz: Five Years of Failure* (Jun 27, 2025), *available at*: https://youtu.be/V5QNrhmIK9k?si=UseITfr81ftTSEN-; nicholasdeorio, *iDubbbz Returned to Backstab Ethan Klein (Content Cop – H3 featuring Hasan Piker* (Apr. 17, 2025), *available at*: https://youtu.be/MH1voB0Jb1s?si=ITmeZYrzV_NLSjAh; WillieMacShow, *IDUBBBZ Is Unironically Evil. Ft. Hasan & Denims | Tried to Ruin Ethan's Family* (May 20, 2025), *available at*: https://youtu.be/-lw4jUWnVuE?si=ime2WcSAdwJHrcpz

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

10. **Explanation Why the Comments and Messages to the H3Snark Mods are Mild**: We believe the comments and messages identified by the H3Snark Mods must be put in context of general internet discourse. These comments and messages are extremely mild in the context of online discourse. We would gladly be on the receiving end of such comments and messages compared to the posts, comments and live chats fostered by the H3Snark Mods on r/H3Snark. *See* Dkt. No. 16-2, ¶¶ 38-56. To illustrate, we are providing some screenshots with accompanying hyperlinks (if they are still available) to these comments.

        a.    True and correct screenshots of various comments and social media posts concerning us and our family (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 115.**

        b.    True and correct screenshots of various comments and social media posts concerning our employees at TEI (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 116.**

        c.    True and correct screenshots of various comments and social media posts concerning our lawyer and his partner (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 117.**

        d.    True and correct screenshots of the flairs (*i.e.*, tags next to a username) that are available on the latest iteration of r/H3Snark known as r/LeftoversH3 are attached hereto and incorporated herein as **Exhibit 118.**

        e.    True and correct screenshots of the flairs that were available on r/H3Snark are attached hereto and incorporated herein as **Exhibit 119.**

We declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 15th day of December 2025 in Nassau, Bahamas.

_____        _____
    Ethan Klein                                          Hila Klein

10.     **Explanation Why the Comments and Messages to the H3Snark Mods are Mild**: We believe the comments and messages identified by the H3Snark Mods must be put in context of general internet discourse. These comments and messages are extremely mild in the context of online discourse. We would gladly be on the receiving end of such comments and messages compared to the posts, comments and live chats fostered by the H3Snark Mods on r/H3Snark. *See* Dkt. No. 16-2, ¶¶ 38-56. To illustrate, we are providing some screenshots with accompanying hyperlinks (if they are still available) to these comments.

a.     True and correct screenshots of various comments and social media posts concerning us and our family (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 115.**

b.     True and correct screenshots of various comments and social media posts concerning our employees at TEI (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 116.**

c.     True and correct screenshots of various comments and social media posts concerning our lawyer and his partner (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 117.**

d.     True and correct screenshots of the flairs (*i.e.*, tags next to a username) that are available on the latest iteration of r/H3Snark known as r/LeftoversH3 are attached hereto and incorporated herein as **Exhibit 118.**

e.     True and correct screenshots of the flairs that were available on r/H3Snark are attached hereto and incorporated herein as **Exhibit 119.**

We declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 15th day of December 2025 in Nassau, Bahamas.

_____          _____
Ethan Klein                                                         Hila Klein

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

Doc ID: e292c5a45d004f793d2562cf326bd486739871b8

# EXHIBIT 108

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 109



1:27:14  @madelyne8447 🔲  Lmaoooo

1:27:14  @DelanoJ 🔲  wtf amazing timing

1:27:14  @scorchedcarpet 🔲  ITS HAPPENINGGGGGG

1:27:15  @jazzyjerica6878 🔲  IM EXCITED WHAT IS THIS

1:27:15  @ShanberryShortcake 🔲  Huh?

1:27:15  @SlowBoyGarage 🔲

1:27:15  @Esh-b7b 🔲  Hmmmm

1:27:16  @dust_bustin 🔲  streaming

1:27:16  @okstevie11 🔲  new meme format

1:27:16  @amb3rEyes 🔲

1:27:16  @CherryLimeadeX 🔲  WHATS HAPPENING

1:27:16  @Alian7307 🔲  LMAOOOOOOOO

1:27:17  @scorchedcarpet 🔲  YESSSSS

1:27:17  @samrstar. 🔲  What's happening

1:27:17  @ButtRock420 🔲  ITS HAPPENING

1:27:18  @packofmisfits 🔲  It's Happening

1:27:18  @scorchedcarpet 🔲  HEHHEHEHHE

1:27:18  @briFFF 🔲

1:27:18  @softeststages 🔲

1:27:18  @WillyMacShow ✓ 🔲  CONTENT CONTENT CONTENT

1:27:19  @tiahill7119 🔲

1:27:19  @beeboopbop-u4g 🔲

1:27:19  @iveyish_1767 🔲  I KNEW IT WAS ABOUT KACY

1:27:19  @Joshua-d8l5y 🔲  Guante 109

1:27:19  @Laurenmcd202 🔲  oh god

1:27:19  @jufritos 🔲  halp

1:27:20  @Danapher 🔲  It's happening?!?

1:27:20  @andimeza9 🔲  INTRODUCE IT

1:27:20  @GroovyJen214 🔲  Oh shit

1:27:21  @HannahD2022 🔲  it's happening!!!!!

1:27:21  @godricsolo 🔲  ???

1:29:50  @thesingingtown 🔲  forgiveness is better than spite

1:29:51  @lucystoner 🔲  i hope she is saying this in good faith. or at least will stop

1:29:52  @Justingotsaved 🔲  graceful king 👑

1:29:53  @its_kimmyyy101 🔲  wethan

@amandamcnulty2763 🔲
**Member for 40 months**
Fupa Trupa

**MOVE OVER FAT**

1:29:53  @LizzieHernandez 🔲  YES

1:29:55  @mmmaddie 🔲  they on it with that post damn

1:29:55  @SlowBoyGarage 🔲

1:29:56  @SpitDragon 🔲  I wouldn't have.

1:29:57  @Sydmoomoo 🔲  We need an emote of him holding his jacket

1:29:57  @jessicajingle8012 🔲  We love a graceful king

1:29:57  @maddiev2323 🔲  Idc that he settled as long as she doesn't keep that gofundme money

1:29:58  @sigmamayo 🔲  lmaoooo

1:29:58  @jamiew294 🔲  hello snark!

1:29:59  @rolotonybrowntown1651 🔲

1:30:00  @DelanoJ 🔲  Grace under pressure

1:30:00  @katiemac4 🔲  DAN

1:30:00  @RhysticSyphon 🔲  I'm scream laughing

1:30:01  @stefavalenz 🔲  YES FORGIVENESS AND GRACE

1:30:02  @Molliestefanie 🔲  DAN

1:30:02  @maxim5690 🔲  LMAO THAT WAS LIKE FOUSEY GOING "THAT'S JUST BASED ON WHAT THEY TOLD ME"

1:30:02  @persephone2415 🔲  Hit it zach!!

1:30:03  @LizzyGiggles 🔲

1:30:03  @mikeg2195 🔲  DAN

1:30:03  @hannahfreckles247 🔲  Peace and love king

1:30:04  @anotherBailey 🔲  Wethan





going crazy lol

1:33:39  @thesingingtown  graceful king

1:33:39  @LuckyProlapse  lol this is a loss brother

1:33:39  @one-stopone-shots5733  Public Apology (1)

1:33:39  @sxndbag  1 sec before pause lol

1:33:39  @LizzieHernandez  WE WON

1:33:40  @h3rbsman

1:33:40  @SlowBoyGarage

1:33:40  @Peachwhaler26

1:33:41  @Jasmarinaa  420 central time!!!

1:33:41  @Nevazut  okok respectful. Not for denims though

1:33:41  @3legh  2 seconds in dude

1:33:41  @S0L_dev  PLAY IT

1:33:41  @katie_may55  Financially hurting someone is actually how someone learns. She is not sorry

1:33:41  @Leopetrella  Ethan and hila are off camera holding a gun

1:33:42  @Rowanahyway  420!

1:33:42  @judy1982  a full 180

1:33:42  @larissalarissaa  All love, bridge repaired

1:33:42  @ilubnerds102  Grrrrrrrrr fine

1:33:42  @Laurenmcd202  agree

1:33:42  @Andressadantas1208  I think it's great for her

1:33:43  @bettythepuffin  LET IT PLAY

1:33:43  @JenJen-666  w ethan

1:33:43  @sanjays6120  hahahaha people are so mad at the pausing

1:33:43  @packofmisfits  WE WON

1:33:43  @godricsolo  shes a queen

1:33:43  @Marahsarch  Us stoners are ready to love her I think

1:33:52  @TheEpicYak17  DO NOT HARASS

1:33:53  @LizzieHernandez  lets gooooooooooooo settled

1:33:53  @h00k57  weed chat rise up

1:33:54  @sveeteee  Weed chaaaaat

1:33:54  @erikomedy  420 blaze it its destiny

1:33:54  @marypark6387  ooooof

1:33:54  @minutemennews0  you go girl W response

1:33:55  @amb3rEyes  Play it Ethan

1:33:55  @kunfuwulf  what does this mean for the other two? and the reddit stuff?

1:33:55  @briFFF  aight o7

1:33:55  @h3rbsman

1:33:56  @Greenguygray  I hope she turned on snark soooooo bad

1:33:56  @DelanoJ  Ethan's posture

1:33:56  @ponny2948  Yes zaddy well be nice

1:33:56  @pinkanamay  On god he starts over

1:33:57  @Hazel-ug9mf

1:33:57  @kwhit6056  peace and love

1:33:58  @Peachwhaler26

1:33:58  @lexiknope  I commend her

1:33:58  @SadPanda27  pause it again

1:33:58  @Ginnythevillager  Glad to be moving on from this crap

1:33:58  @Enziguru

1:33:59  @Alrightythenabby  This bong rip is for KC

1:33:59  @Jasmarinaa  420 central time watching kaceytron!!!

1:33:59  @BpmTraveler  W W W W W W

1:33:59  @cephas2025  Nice script Ethan

1:33:59  @user-sx1bn3rh1r  this background color looks good on her

1:33:59  @romang1224  Ofc

1:33:59  @SunnyDar81  She seems like AI



1:34:03  @adenabrooks8413 [hd]  Yeah imma keep my mouth shut

1:34:03  @Its-Sweet-Tooth [hd]

1:34:03  @DivinOffOfTheDeepEnd [hd]  lol

1:34:03  @persephone2415 [hd]

1:34:04  @iamthroast [hd]  gonna go update the wiki, one sec

1:34:04  @gothiccastle1681 [hd]  love her glasses tho fr

1:34:04  @slipslide234 [hd]  He's gonna pause it again, I guarantee it.

1:34:06  @pib50051 [hd]  lmao the leanback

1:34:06  @abbykastner4408 [hd]  no she is literally hilarious

1:34:07  @Spaghetti_KittyCat [hd]  Can't wait for Anisa's "unbothered" take

1:34:07  @Its-Sweet-Tooth [hd]

1:34:07  @rumtumtuggered [hd]  message recieved king

@CodingJesus [hd]  $2.00
She's bending the knee to the king.

1:34:07  @H3squared [hd]  kacybong lol

1:34:08  @alexandregirard1390 [hd]  BONG RIP

1:34:08  @katoffeevhs9798 [hd]  3 course Crow meal

1:34:08  @h3rbsman [hd]  Can you pause it please

1:34:08  @moodyeep [hd]  Is this AI?

1:34:08  @I_dont_like_peoplea [hd]  what a moron 😆

1:34:09  @celetoile [hd]  w ethan

1:34:09  @erikomedy [hd]  bong rips for KC

1:34:09  @dalton6128 [hd]  THE LAWSUIT WAS NOT FRIVOLOUS, IT WAS TO GARNER SYMPATHY....I LOVE THIS

1:34:10  @persephone2415 [hd]

1:34:10  @Its-Sweet-Tooth [hd]

1:36:51  @gilliganfish3433 [hd]  LETS GO

1:36:52  @cykoshadow [hd]  WWWWWWW

1:36:52  @mariavargas1795 [hd]

1:36:52  @jollyboohoo [hd]  lmfaooooo

1:36:52  @ddrox919 [hd]  Dayummm

1:36:52  @Potatoturner [hd]  oh god what happened lol

1:36:52  @jufritos [hd]  IM SAT!

1:36:52  @kattah [hd]  BRAVOOOOOOO

1:36:52  @DelanoJ [hd]  The look off screen at end

1:36:52  @StrawburryStranger [hd]  im shocked

1:36:52  @mikeg2195 [hd]  that was beautiful. Thank you Kaceytron

1:36:52  @quin4824 [hd]  shook!

1:36:53  @MageyeDatTube [hd]  I wonder how long this will actually last

1:36:53  @maddiev2323 [hd]  Hell yeah he gets the gofundme and she's going against snark

1:36:53  @EmilyDayzie [hd]

1:36:54  @foxdo2521 [hd]

1:36:55  @kendelleking8337 [hd]  Pegasus videos for the next 3 weeks sorted

1:36:55  @TheEpicYak17 [hd]  Pretty good

1:36:55  @MillenniumWhite [hd]  WOWOWOWOWOW

@itsemiller02 [hd]
Member for 42 months
Fupa Trupa
Oh my god

1:36:55  @Justsomebody009 [hd]  I just wish she had looked into the camera

1:36:55  @cargo.22 [hd]  we are in collective shock

1:36:56  @GwenLucille [hd]  Omfg

1:36:56  @tedmanzzz [hd]  HOLY CRAP

1:36:56  @hannahstiles9325 [hd]  All I can say is wow

1:36:56  @Malthe0st [hd]  damn actually great statement

1:36:56  @mollyluvxo [hd]  IM SO SATISFIED

1:36:56  @persephone2415 [hd]

1:36:56  @Donohhhh [hd]  W



# EXHIBIT 110









# EXHIBIT 111

 1:29:50  @thesingingtown [h3]  forgiveness is better than spite

 1:30:01  @stefavalenz [h3]  YES FORGIVENESS AND GRACE

 1:33:43  @godricsolo [h3]  shes a queen

 1:33:43  @Marahsarch [h3]  Us stoners are ready to love her I think

 1:33:44  @dj_daem0n [h3]  KASEY is FORGIVEN

 1:34:11  @allisonnicole. [h3]  I think she is genuinely funny and would get along with Ethan in person

 1:34:13  @Kleoyoutubes [h3]  A+ apology

 1:34:23  @vckbc [h3]  good on her!

 1:34:35  @lesserprairiechick3n [h3]  admitting your wrongs in the way she is, is incredibly difficult and i do respect her for acknowledging where she messed up

 1:35:21  @allykath19 [h3]  this is actually respectful

 1:35:25  @KyleSGibson [h3]  Thank you KaceyTron

 1:35:29  @rainbowlacroix [h3]  I support Kacey!

 1:35:35  @Undeaddopehead [h3]  KACEY W

 1:35:41  @pauliticallyincorrect [h3]  Wow go kacey



1:35:44  @jennthelen4721 [h3]  WAY TO GO KASEYTRON 👏 👏 👏 👏 👏 👏 👏 👏 👏

 1:35:57  @TennisGvy [h3]  appreciate her owning up like this, this is really sweet

 1:36:08  @TheeEvil [h3]  Good for her honestly

 1:36:19  @Snail_face [h3]  honestly, good for her.

 1:36:21  @thesingingtown [h3]  I'M PROUD OF KASEY NO TROLLING HER

 1:36:30  @brookehildebrant9868 [h3]  W KACY NO WAY

 1:36:36  @LeahMFB [h3]  so proud of Kaseytron!!!

 1:36:36 @stassi_g [h3] thank you kacey for real this is huge

 1:36:43 @KarínPhotog [h3] Honestly, 8.9/10 apology

 1:36:43 @astraldistractions [h3] APOLOGY QUEEN

 1:36:44 @theresareads [h3] W CASEY FR

 1:36:51 @stassi_g [h3] THANK YOU KACYTRON

 1:36:51 @ma_jaan [h3] Major respect to KaseyTron

 1:36:56 @yellowpillbottle [h3] A+ apology

 1:37:06 @ShiningSprocket [h3] w Kacey, would split a bowl with you

 1:37:13 @maxim5690 [h3] I KNOW PEOPLE DON'T TRUST HER MOTIVES BUT PLEASE WE NEED TO ACKNOWLEDGE HOW MUCH SHE JUST SAID HERE

 1:37:13 @Slynnmac [h3] Doesn't matter WHO WROTE THIS FOR HER because it was very respectful for her to say it out loud since yall know Snarkers are relentless. This felt genuine

 1:37:19 @Lily-L-Jane [h3] LOVE TO KACEY

from this

1:37:27  @poelar3 [h3]  kacey is based

1:37:27  @anonymou5624 [h3]  yasssss

1:37:28  @Callumder [h3]  an apology so well you can respect her for it

1:37:32  @amandamarie740 [h3]  I am so impressed with her

1:37:33  @Lily-L-Jane [h3]  KACEY WILL GLOW UP SO HARD AFTER THIS

1:37:36  @ponny2948 [h3]  Holy crap what a good apology

1:37:39  @arcadia2038 [h3]  Thank you Kaceytron for the apologies

1:37:41  @stassi_g [h3]  i genuinely will go watch kacytron now

1:37:43  @isekai_ [h3]  thanks Kacey fr !!!

doesn't slaim her

1:37:44  @nh.avenue [h3]  WACEY

1:37:44  @jane7524 [h3]  WWWWWW





1:37:52  @DivinOffOfTheDeepEnd [h3]  W kaceytron 😂

1:37:52  @TheMauritianBabeey [h3]  👏 👏 👏 👏 👏 👏

1:37:52  @neutronstart [h3]  Thank you Kaceytron

1:37:52  @jenn25 [h3]  Top tier apology

1:37:53  @nh.avenue [h3]  WACEYYYY

1:37:53  @Lily-L-Jane [h3]  W

1:37:53  @sarellyc [h3]  NO IM LATEEEE

1:37:53  @CherryLimeadeX [h3]  BRIDGE

1:37:53  @julie2452 [h3]  Thank you Kasey for your heartfelt apology!

1:37:54  @madelyne8447 [h3]  Kaceytron amicable friend of the show

1:37:54  @lesserprairiechick3n [h3]  WACEY

1:37:54  @amandamarie740 [h3]  THAT IS AN A++++ APOLOGY



1:37:56  @Frodobagginswilfershire [h3]  I've never seen her serious this way so I believe it's sincere

 1:37:57  @AdiaMichelle [h3]  Are we witnessing growth?

 1:37:57  @pakicetussy [h3]  Thanks Kasey!

 1:38:00  @goblinbananas [h3]  Kacytron, you're doing amazing! Intelligent people are able to grow, change and apologize. Unlike Hasan.

 1:38:06  @lexiknope [h3]  A+?

 1:38:06  @marlino801 [h3]  Hey, props to Kacey 👏 
👏 👏

 1:38:07  @danilynnbart [h3]  Kamily

K  1:38:15  @Kelsomybelso [h3]  WACEYTRON 💗 

1:38:17  @KyleSolbson [h3]  Congrats Ethan and Hila

 1:38:17  @MegaAwesomeNerd 🔧 [h3]  Remember chat on what Ethan said anyone being rude to her on the sub or here is getting yeeted. With P&L Ethan has forgiven her and moved on. So this community will follow suit

 1:38:17  @thesingingtown [h3]  incredibly brave of her to say all this, given the snark attacks she's going to get

 1:38:22  @pakicetussy [h3]  WACEYTRON

 1:38:31 **@emxtion93** Honestly, I'm no fan of asmondgold nor do I watch and keep up with any content of his but I did learn of kaceys comments about asmond and I'm glad she apologized to him.

 1:38:37 **@MegaAwesomeNerd** 🔧 Remember chat on what Ethan said anyone being rude to her on the sub or here is getting yeeted. With P&L Ethan has forgiven her and moved on. So this community will follow suit

 1:38:57 **@keels98** the fact that she extended her apology past ethan and hila is nice

 1:39:08 **@JayArrYT** CLEARLY AN S-TIER APOLOGY

 1:39:14 **@trey9261** I'm glad she apologized to AB, Lena, and Olivia

 1:39:15 **@karastired** genuinely happy for her and her whole family

 1:39:37 **@brookehildebrant9868** This is crazy omg w Kacy

 1:39:45  @lesserprairiechick3n [h3] i'm really glad she apologized to the Ayads and olivia. very healing to see them get the apology they deserved

 1:39:45  @vluis217 [h3] SNARK IN SHAMBLES

 1:39:46  @TheColdOnez [h3] I give that apology a 9/10, if she had a dog or something showup it'd be 10/10

amazing

 1:39:49  @stassi_g [h3] honestly all of that was so fantastic i hope she believes it

 1:40:08  @karastired [h3] im glad she apologized to asmongold. hopefully he'll be good about it. they were both mean to each other

 1:40:21  @Lily-L-Jane [h3] ITS OVER KACEY, A NEW DOOR HAS OPENS THE FAMILY WELCOMES YOU

 1:40:21  @Andressadantas1208 [h3] I'm so happy for this apology, really

 1:40:34  @jennthelen4721 [h3] GOOD JOB KASEY

 1:40:39  @lesserprairiechick3n [h3] WACEYTRON

 1:41:44  @maxim5690 [h3] I APPRECIATE HER

 1:41:45  @aliSHA256.x [h3] w kacytron





 1:41:56  @neutronstart [h3]  It takes a lot to admit you're wrong, so hats off to Kaceytron

an excuse to love her

 1:41:59  @angelsonyourbody [h3]  BIG DOINKS FOR KACEY

 1:42:00  @Riley_Christian [h3]  its a A+ apology thats for sure <3

 1:42:03  @mollyluvxo [h3]  Xoxo Kacey tron

 1:42:03  @kiwilexy6792 [h3]  Amen

 1:42:03  @ilubnerds102 [h3]  Peace to Kacey 

 1:42:06  @celetoile [h3]  she is legitimately hilarious

 1:42:08  @lukewt3284 [h3]  ITS BEEN A GREAT SAGA, GGS KACEY UVE ALWAYS BEEN ENTERTAINING

 1:42:10  @ponny2908 [h3]  W kacey

 1:42:16  @slax0219 [h3]  W kaceytron

 1:42:19  @Wompingwomps [h3]  This is a great turn from her, I hope she keeps it up!!

 1:42:20  @irradiated_woman [h3]  KACEYTRON youve always been the coolest of the three even though I don't like that shit you said about oliv

 1:42:26  @Barbiegrasshopper [h3] Honestly that's a pretty good apology I see u girl

 1:42:29  @ezrarichards [h3] CASEYTRON FAMILY

 1:42:32  @BoringGirlWatchingYoutube [h3] Kacey deserves respect 🙂 we salute you KT

 1:42:33  @LeahMFB [h3] WACEYTRON

 1:42:42  @allisonnicole. [h3] We accept Kacey into the fam if she wants

but won't forget.

 1:42:48  @MegaAwesomeNerd 🔧 [h3] We love growing and forgiving here folks

 1:42:56  @basedkun [h3] W kacy

 1:43:00  @jennthelen4721 [h3] Let's all say THANK YOU TO KACEY

 **@manuka3708** [h3] **$4.99**

Did kacytron just take the perfect apology crown from Ethan?!

 11

1:43:31  **@Slynnmac** [h3]  W Kacy 🙌🏻 ❤️

 1:43:31  **@lucykemp5653** [h3]  Omg mood with kacey

 1:44:08  **@Leopetrella** [h3]  Big ups to Kacey

 1:44:40  **@goodsawyer** [h3]  I'm glad Kacey apologized

 1:44:52  **@764Taro** [h3]  Kacy Tron is now an ally

 1:44:57  **@slax0219** [h3]  I am so glad she apologized to AB and Oliv

 1:46:34  **@newflesh666** [h3]  I honestly can't believe how far Kaceytron went with the apologie, good on her

 1:47:28  **@andyacidsquid5928** [h3]  Kacy wasn't a bad person, she just has bad friends

can of coke or do I have an intruder

 1:47:53 @margohellman8392 [h3] WEED CHAT BLINKERS UP FOR KACEYTRON

1:48:34 @LizzieHernandez [h3] smokeeeeee up

1:48:34 @dcrulescho [h3]  W kaceytron

 1:48:55 @amy7208 [h3]  Kaceytron did say that really well

1:49:26 @isekai_ [h3]  please Kaceytron bridge 🕊️ 🤍 ☮️ 🤍

 1:52:58 @maxim5690 [h3]  YES god this is so satisfying, in the best way. I am genuinely planning to watch a stream of hers soon if I can and say some nice things

 1:53:55 @maxim5690 [h3]  as long as her behavior going forward actually reflects everything she's saying here, which I'm guessing for now it will, she's all good in my book.

 **@theOGcorndogg**
Member for 62 months
Fupa Trupa

Used to enjoy watching kaycetron, she was always entertaining and funny, i have high hopes for a redemption arc now that she out of the snark hole

2:01:23   @Professor_Atrain   I'm behind but big props to Kaceytron for apologizing. ESPECIALLY about asmongold's mom's passing.

 2:07:13   @davistx   waceytron

 2:08:14   @TinyM0ushka   Her apology was was well spoken

 2:12:23   @krissymariekat   being a caregiver is such a hard job, i have so much respect for them. i can't even fathom what it's like caring for a deteriorating loved one my god

# EXHIBIT 112



@OfficialDialTone 🅜 8 days ago
Kaceytron taking accountability was very satisfying, and well worded. 🌿
And shoutout to the Snarkers for contributing to the Kleins lawsuit fund!

👍 744    👎    **Reply**

9 replies ⌄

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugy2qjPm6yBqkMjIUGd4AaABAg



@leonardocastordemesquita6069 🅜 8 days ago
Every legal response requires legal counseling. Saying a lawyer wrote what she said waters down
the obvious fact her statement wasn't generic nor usable in any other context. It was personal,
seemed heartfelt and directed in ways no judge nor settlement can actually enforce. Kaceytron
talking about Hasan, for example, was LEGALLY from her own volition. Maybe, deep in her heart,
Kaceytron doesn't believe any of it, and just wants to remove herself from this situation - I personally
don't think so, but that's less important than it may seem. Even when that's the case, there are better
and worse hypocrites in this cruel world... if you catch my drift.

Show less

👍 58    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyP45vk_LUD7bjD0ml4AaABAg



@kaley5730 🅜 8 days ago
10/10 apology from Kaceytron. I'm shocked.

👍 49    👎    **Reply**

3 replies ⌄

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyaO5rvFb9dXo6a_XF4AaABAg



@Dontbelieve9 🅜 8 days ago
Props to Kaceytron. That wasn't just an apology. That was accountability and action. An apology
means nothing without changing her behavior and she's clearly thought about the steps to do this.
Good on hwr

👍 8    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwbAJ5sq0kM9FWokGF4AaABAg



@celetoile 🔹 8 days ago

w ethan, w kaceytron i hope she continues her online career she is genuinely hilarious

👍 9    👎    Reply

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxkD46fkO-6A9xiVbx4AaABAg



@Boothmeister 8 days ago

In her apology clip Kaceytron looks the healthiest I have seen her. If she's sober then it would be a good idea to continue streaming like this, she looks & sounds so much better.
Hopefully now this is over her personal life improves.

👍 10    👎    Reply

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxwCoqsxkQ02nedceB4AaABAg



@lunchbox1834 🔹 8 days ago

Wow!! Just wow. Speechless. This must truly feel like a massive win for Ethan, Hila and honestly the entire crew. Shit, also the entire community. Mad respect to Kaceytron. I hope she set a precedent here on the entire youtube community.

👍 7    👎    Reply

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgycqIgNP7D15B8i4v14AaABAg



@BillHates2319 🔹 8 days ago

Peace and love to Kaceytron 🧡 🤞 ❤️ 🤞 🤞 🤞 ❤️ 🧡 🤞

👍 8    👎    Reply

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyL68vva_3acAxubgx4AaABAg



@lilykathrine 🔹 8 days ago

hearing Kaceytron's statement means so much. i'm so happy this could be finished in a good way for everyone.

👍    👎    Reply

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgztEufDGcsa90usegd4AaABAg



@Merr_Amier 🔹 8 days ago

Kacey giving a genuinely good apology was unpredictable

On the other hand
Hasan not helping out his 'friends' behind the scenes but still implying he did to get public favor was very predictable

👍 603    👎    Reply

29 replies ⌄

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugz9cvCY4qBvAA-

7eel4AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwEQAb6ldUcr0a3wsV4AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxtJ3bGFmp9CnrMcAx4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugzogui8B8pNj3ofDtl4AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugxdh0tm1-IpAer0E1p4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgycQhe8buyGhhBzGRJ4AaABAg



@SpiderDuck1217 8 days ago
W kaceytron! Big ups for owning and accepting your mistake. ✌️ + ❤️ and I'm an unemployed incel lol.

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugzg3j6V0DfSS4JWZa54AaABAg&pp=0gcJCSIANpG00pGi



@Clairebee 8 days ago (edited)
Kacey's apology had my jaw dropped. I can't believe how blatant she was with her apology and actually speaking against Hasan's lack of care for the situation. I didn't think I'd see the day. She gained karma. Lol

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwrYebMsE8qfZ1kAP14AaABAg



@riazyusufkhan 7 days ago
Well done Kaceytron. I think she set a great example and explain her situation and I would like to support Kaceytron in the future of her streams. I don't mind if she calls me incel, I'm a guy. I can put up with it.

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxzP8LVaEU1yMgTTw94AaABAg



@xrevenentx 8 days ago
Good Job Kaceytron. Ethan is not the bad guy that he's made out to be. He's got his faults, he's made mistakes, but the only reason I continue to watch, is that I know he's a genuine person. All he needed was that video and was able to let her loose from the case.  This is the resolution I was hoping for, and I'm proud of both parties.

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxWZ0vHto0TCw_7FJh4AaABAg



@jennthelen4721 8 days ago
Anywhoo, W Kaceytron!

1 reply ⌄

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyYz4-pwtUBq3Tz8fl4AaABAg



**@I-Am-A-Teapot-http-418** 8 days ago

Ngl I teared up a little at the apology, heartfelt indeed. Hope she can move on ✌️

👍 5    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyLU1MDuYnpjpRRo9d4AaABAg



**@karmellamartinez** 💯 8 days ago

wow. Kaceytrons apology was genuinely so surprising, and satisfying. i'm proud of her. congratulations to THE KLEINS!; Hila & Ethan... Asmon, Ab, Lena, Olivia... huge W for **everyone** <3

👍 2    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwzDT2lSUrTGsUDgyl4AaABAg



**@kmbr.** 8 days ago

Shout out Kacey. We love to see self evaluation and improvement. Papa bless.

👍    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugw8bTsbWG9gl0OARId4AaABAg



**@NaviTheFairy_** 💯 8 days ago

this victory suit was um, special, today... but MORE IMPORTANTLY – so much peace and luv and tbh happy kacey righted her wrongs. luv yah, kacey!

👍    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugxs6UHfhSLtW97ZNHd4AaABAg



**@dinochickeynuggiez** 8 days ago

Huge W, and major kudos to Kaceytron for swallowing her pride and giving such a thorough detailed apology.

👍 1    👎    **Reply**

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyxuiBJBg6tG5qRnzF4AaABAg

# EXHIBIT 113



**Automatic_Lawyer_986** · 14d ago · Edited 14d ago

Honestly, fuck Hasan and that community for not even helping her and making her reach this point of desperation.

From their perspective, she put everything on the line to "stand up for a genocide" (even though they are delusional for attacking ethan as the solution) and now they don't give a shit about her lol. Denims, Forgan, and Kaceytron should be their heros, but they can barely get a mention from Hasan. These people have no morals, ethics, or loyalty. Truly performative behavior from the most selfish greedy and heartless people.

⊖    ⬆ 291 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1p5o6zr/comment/nqkgp7l/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



← **r/h3h3productions** · 11d ago
Pretend-Statement-76

# WACEY

kacey, your apology was fantastic. as a viewer and pro palestine person, i especially appreciate your apology to olivia, AB, and lena. your apology covered all necessary bases, and i hope that you can move forward with your life in peace. the goal of the lawsuit was always to make youtube a better place for creators, and i think you contributed to that. i can whole heartedly say, WACEY!

⬆ 463 ⬇    💬 75    ↗ Share

Join the conversation

Sort by:  Best ⌄      🔍 Search Comments

https://www.reddit.com/r/h3h3productions/comments/1pcml6e/wacey/



**Always4am** · 6d ago
Dan The Hater 🔥

Don't hate on Kacey for reading her apology. She's smoked so much weed that she needs a script.

In all seriousness, I don't blame her for writing out her apology. It shows thoughtfulness and a desire to be holistic.

Respect kaceytron. On a side note, she's actually funny unlike Frogan and denims so she has that in her favor.

⬆ 6 ⬇     💬 Reply     ↗ Share     ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmigy/comment/nrzt3l9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**No-Employee6948** · 6d ago

A+ Kacey. We love three words. I hope her actions moving forward match this solid apology

⬆ 5 ⬇     💬 Reply     ↗ Share     ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmigy/comment/nrz0yfe/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Wide_Purchase5377** · 11d ago

🧑 HILA KLEINER 🧑

I honestly wish she finds healing and peace of mind and set herself on a better path and, that she also sees how toxic the snark community is

⬆ 1 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1zkhi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Smithinator2000** · 11d ago

Kaceytron deserves her flowers here. 10/10 apology and now everyone can move on.

Honestly, I don't care if she didn't write it herself, she made it sincere. She has agreed to it and to being involved in helping with the other lawsuits. This would have been hard to do and she'll probably lose viewers over it.

⊖    ⬆ 4 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzfhbo/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**No-Employee6948** · 11d ago

I am really proud of Kacey. This is a great apology. She touches on a lot of points i was not expecting.

She also is the most entertaining woman in these lawsuits. I hope she means this and learns how significant this suit was for any YouTuber/streamer.

⬆ 7 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz0pmz/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**thellamasc** · 6d ago

I'm Warning You With Peace & Love 🧑

This was great. I love the results, what was addressed and I really hope she means what she said here about her online activities.

(Now we just need the apology rated officially)

⊖    ⬆ 108 ⬇    💬 Reply    ↗ Share    ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrysc6y/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**R0B0KAT** · 6d ago
🐰 **HILA KLEINER** 🐰

I used to be a kaceytron fan, hoping with my whole heart that she is sincere. If she is, I am extremely impressed and happy with her. Either way, she has probably pushed away a large majority of the people who associated with her previously. It's scary to feel like you're losing an entire community and network of support systems (even though her support systems from her twitch coworkers were nonexistent). It is extremely hard to break out of cult like mentality especially when you're as engrossed in it as Kacey, denims, and frogan have been.

When Ian had a psychologist who commented "I think Ethan needs a hug" and Ian responded "I think he needs a kick in the face", that really stuck with me.

Kacey just left a very intense cult who is gonna tear her up. If she's for real, (even if it's not fully genuine the rest still stands) I don't think she needs a kick in the face lol

⊖   ⬆ 60 ⬇   💬 Reply   ➦ Share   ···


https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrywxy6/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

**Interesting-Log2664** · 11d ago
🐰 **HILA KLEINER** 🐰

She is funny she really does have committed timing when she's not stealing and I hope she produces original content. She has it in her unlike the other two ladies I don't feel like they have much talent as far as entertainment.

⬆ 1 ⬇   💬 Reply   ➦ Share   ···


https://www.reddit.com/r/h3h3productions/comments/1pcn0so/comment/ns0gr1d/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nryrwnv/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nrysj2w/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nryyhdj/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/ns31nov/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/ns326mi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pd3s0x/comment/ns27b4n/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz42rl/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz1el0/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryrv16/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Sofisladder** · 11d ago

Damn I hope she really did learn from this. The apology was great, very serious and firm in taking accountability and making amends.

Even though she was caught red handed and basically forced to say this, kudos to her regardless for speaking those words 🤞🌨️

⊖   ⤒ 8 ⤓     💬 Reply      ↱ Share      ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzde0b/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Fit-Marsupial1451** · 11d ago

omg?!

I NEVER thought I'd see the day… but it's here?! I'm honestly stunned.

SO SO happy she has apologised (and properly) and finally decided to save her family. SO chuffed for Ethan, Hila, AB, O-Liv, and the whole crew.

May this be the start of the end of this madness so healing can begin.

5 BOOMS FOR FAMILY!

x

⤒ 4 ⤓     💬 Reply      ↱ Share      ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns0z8vd/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**TheeEvil** · 11d ago

Honestly good for her. Probably the absolute best case scenario. Big Ws

⤒ 20 ⤓     💬 Reply      ↱ Share      ···

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrytcvn/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**ghostbook4** · 11d ago

Aye you know what. Idk if she meant it but she got humbled by this. No character to hide behind. In my book humility goes a long way and for her to actually accept defeat instead of die on the hill merits the smallest bit of grace. Do better, be a better person.

⬆ 13 ⬇     💬 Reply     ↗ Share     ⋯

➕ 1 more reply

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryx0ye/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**SwiftKoi** · 11d ago

It's Happening!!!! 🙋

Even though her lawyer definitely wrote it I have to give credit to Kaceytron for actually doing it. Although she really had to, since her financial situation wasn't in good standing for this lawsuit.

I really hope she learns from this. That saying untrue shit about people to ruin their lives has consequences even if you think they're bad people.

I do have sympathy for Kaceytron. I feel like she is a funny girl who got swept up in the wrong crowd and thought she was fighting for the right team. I wish she would just leave politics behind and find a new friend group.

⬆ 6 ⬇     💬 Reply     ↗ Share     ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrze5m2/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Fynaticx** · 6d ago

I missed when Kacey was just a League of Legends troll. She's taken it way too far and this proves it. I get she probably got lots of views for her extreme opinions and actions, but damn I just did not want to watch her or be a part of anything she's involved with anymore. Go back to your roots Kacey, troll random people in video games don't bother with trolling people with political views and hate.

➖     ⬆ 43 ⬇     💬 Reply     ↗ Share     ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryvk41/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

 **BoyCubPiglet2** · 6d ago · Edited 6d ago

I'm curious how much of that she was required to say as part of the settlement, particularly stuff like the comments on Hasan and rising antisemitism. Either way I think it was good and hopefully that's the last we see of Kaceytron in a negative light.

Edit: For the people saying it was all required yes I realize she didn't write it all voluntarily. My question was more did Ethan give a bullet list of the points she needed to hit or did his team basically write a script for her. I'm curious if any of it came from her and if so what.

Also I feel like Ethan has three good options for the money he receives:

1. Pragmatic - Donate it to a Palestinian charity as a middle-finger to haters.
2. Funny - Start FUPA fund 2.0
3. Funniest - Donate it to Denims/Frogan just to win it back later.

 ⊖    ⬆ 94 ⬇    💬 Reply    ↗ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryu83x/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**funktion666** · 11d ago

Was that so hard? Jesus, now please at least TRY to stay humble and try to be a good person. Without someone writing your words for you. I really hope this is a wake up call for anyone else who is using Palestine or other people's suffering for their own personal gain.

I really hope she leaves the internet and starts working a real job and living a normal life without relying on parasocial validation with all the mean shit she says and content she steals.

But if she continues streaming, I wish her luck with coming up with her own original content and actually contributing. She is actually funny sometimes from a few clips I've seen. She also has an opportunity to start fresh and better herself and start creating content. She should collab with Frogan on some totally new/fresh ideas.

Being honest, genuine and nice will get you SOO much further in life.

⬆ 1 ⬇    💬 Reply    ↗ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzjeic/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

# EXHIBIT 114



https://x.com/violetisgreen/status/1995982103474053495



https://x.com/Madferretatt/status/1995984783697215988



https://x.com/lanajulie33/status/1995992286585651241



https://x.com/JaneAndAnime/status/1996309132219978034



https://x.com/Guy789193Tennis/status/1995982371661680876



https://x.com/MateoNoir/status/1996121551637238064



https://x.com/mothmaam420/status/1995990724601676093



https://x.com/jossie6789/status/1995981426349445328



https://x.com/Yokweallday/status/1995989071664128043



https://x.com/HRNagato/status/1995983563812966435



https://x.com/PeenKing858/status/1995986520721834067

**RadicalModerate** ✔
@gray_ifor_win87

Good on ya! Strive to be better!

5:54 PM · Dec 2, 2025 · **14K** Views

💬        ⟳        ♡ 33        🔖        ⬆️

https://x.com/gray_ifor_win87/status/1995989915713118463



https://x.com/FrEaKoMc/status/1995989792429916582



https://x.com/orangetangop/status/1995983062614565057



https://x.com/RealLiberalDA/status/1995987436040585288



https://x.com/CaptainCabinetz/status/1995991546215502068

# EXHIBIT 115



x.com/LunarTroop/status/1999745072204853663?s=20



https://www.reddit.com/r/LeftoversH3/comments/1odnhge/you_can_walk_away_i_cant/?

utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_cont
ent=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kl6qax/comment/mrzx320/?utm_sour
ce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share
_button



https://kiwifarms.st/threads/community-feature-submissions.114933/post-20808941



https://www.reddit.com/r/LeftoversH3/comments/1m89kup/comment/n4xima2/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1k40py3/comment/mo6od54/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1pk1f1t/comment/nthyobd/?utm_sour

ce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1liun9l/comment/mzf2vgv/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1mxhfms/comment/na4ybm1/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button





https://www.reddit.com/r/LeftoversH3/comments/1l0g3x0/comment/mvd3h41/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kdfx5l/comment/mqak3l5/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1ma44ui/i_will_cherish_this_when_im_

in_a_nursing_home/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&ut
m_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1mfcse2/comment/n6g4woh/?utm_so
urce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=sh
are_button



https://www.reddit.com/r/LeftoversH3/comments/1kb3qzw/comment/mprdc0m/?utm_s
ource=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=s
hare_button



https://www.reddit.com/r/LeftoversH3/comments/1nvp6tz/comment/nha8kf8/?utm_sour
ce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share
_button



https://www.reddit.com/r/LeftoversH3/comments/1k2zevd/comment/mny1pfi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1lfu3vv/comment/myr3mp6/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



Source deleted



Censored

https://x.com/caramelcolored/status/1950382747286974761/photo/1



https://www.reddit.com/r/LeftoversH3/comments/1pji1yn/comment/ntdzysr/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kw1md0/comment/mudx4r4/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1pbnfmt/comment/nrrmje9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

**r/LeftoversH3** • 4d ago
Disastrous-Field5383

# These two men are nearly 20 years apart in age

🥔 ETHAN KLEIN 🥔



Guess which one is nearly 60 and which is 40

⬆ 857 ⬇    💬 122    ↗ Share

https://www.reddit.com/r/LeftoversH3/comments/1pk1f1t/these_two_men_are_nearly_20_years_apart_in_age/



https://www.reddit.com/r/LeftoversH3/comments/1ot0x3c/the_fungi_writing_adoring_scr
eeds_to_their_role/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&ut
m_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1ned184/comment/ndnpa9a/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1ljb154/teddy_fresh_jacket_modificati
on_currently_sitting/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&ut
m_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1pn6emd/watching_the_creative_proc

ess_in_action_i_truly/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&
utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1juqumq/comment/mm49yb5/?utm_s
ource=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=s
hare_button



https://www.reddit.com/r/LeftoversH3/comments/1lannyo/comment/mxm0uki/?utm_sou
rce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=shar
e_button



https://www.reddit.com/r/LeftoversH3/comments/1kt96wq/comment/mtrs3c0/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1nfl8yp/comment/ndxbd14/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://x.com/EthansAttic/status/1950907969035550861?s=20



https://x.com/eyuplovely/status/1897448851914489922?s=20



https://x.com/twicebakedass/status/1905288873313181930?s=20



https://x.com/Disinfo_Tracker/status/1908254163169091680?s=20



https://x.com/elderhater/status/1949873816525525392?s=20



https://x.com/HasPause/status/1975961983813116378



https://x.com/elderhater/status/1898884858388066341?s=20



https://x.com/KweenInYellow/status/1984357167403880921



[report abuse] [tag]

**RESPONSE TO ETHAN KLEIN**

 BadEmpanada Live

Published on 2024-11-17 | Archived on 2024-11-19 ⤓

MY DEFINITIVE DESTRUCTION OF DEFAMER, OZEMPIC ETHAN KLEIN.
He celebrated Twitch banning people for saying "Zionist", so I celebrate my ability to say "Zionist" on YouTube
BUY FURSAN AL-AQSA:
https://store.steampowered.com/app/1714420/Fursan_alAqsa_The_Knights_of_the_AlAqsa_Mosque/
Support me on Patreon: https://patreon.com/BadEmpanada
Become a BadEmpanada Live member: https://www.youtube.com/@BadEmpanadaLive/join
Main Channel: https://youtube.com/BadEmpanada
Follow my Instagram: https://instagram.com/BadEmpanada
One-time donations: https://ko-fi.com/BadEmpanada
Spanish Channel: https://www.youtube.com/channel/UCfqxvPxPVLuCzPeOsleOB3g

https://preservetube.com/watch?v=SOMPp8a1aeE



Oh I WILL see the downfall of the Klein family in my lifetime, I will encourage and look forward to it. Inshallah they will lose everything.

427    Reply

It's been promised to them 3000 years ago, so yhe least we could do is help see it come to pass.

80    Reply

https://www.reveddit.com/v/LeftoversH3/comments/1pcmib3/kaceytrons_statement/nryra48/?q=oh+i+will&type=comments&cId=bea48fcf-7ae6-4844-9a42-1c5048ebafa2&iId=b120da36-d5d5-48ba-be33-603cef5b92d5&add_user=thxtula..c.new..t1_nrompa8..%2Cmojobobos..c.new..t1_nrh93vs..%2CBirbAtAKeyboard..c.new..t1_npuuj7q..&author=luckyonce_#t1_nryra48

# EXHIBIT 116



https://www.reddit.com/r/LeftoversH3/comments/1ks557k/bad_empanada_sets_his_sights_on_failed_musician/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1nh9fs0/ab_laments_the_times_when_he_was_well_liked_by/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kdb6ar/comment/mq9fgq9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

# EXHIBIT 117

**cstldk** · 19h ago

 🚫 all expenses paid propaganda trip 🚫

Reminder that Rom is a literal West Bank settler and thus a "valid military target" according to Ethan Klein himself AND his legal partner is an individual wanted by the government of Malaysia in connection to one of the largest financial scandals in history.

⊖   ⬆ 66  ⬇      Share   ···

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8xmpn/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1odjn5g/west_bank_rom_is_literally_crashing_out_in_court/

 r/LeftoversH3 · 20h ago
ChemistPretend4636 —

## So, West Bank Rom's an idiot (Correspondence between him and H3snark mods' lawyer)

 🧑‍⚖️ LITIGATION 🧑‍⚖️

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/so_west_bank_roms_an_corresp
ondence_between/

 Gooey_Goon · 19h ago

Rom saw an opportunity to drain more money out of his cash cow by turning this into a months long multistep process and lept on it

⊖  ⬆ 203 ⬇   ↪ Share   ⋯

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8t7xj/?utm_source=share
&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

 ficuspony · 19h ago

rom definitely retained more from his time in theatre school than law school

⬆ 48 ⬇   ↪ Share   ⋯

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8v8fz/?utm_source=share
&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

Tick-Tock-Mr-Klein · 11h ago

I don't think the future will be very bright for Rom if he continues down this path. Doing all this shit while being as dumb as he is... "quit while you're ahead" is a phrase for a reason. If anyone sane and possessing even an ounce of disdain for entitled babies like both Rom and pedo-troll catches on to the entire intent of these suits and ramifications for allowing them even exist... could be the sound of Rom being sent back (well, not back... he can go anywhere but not Palestine. They deserve better) as his "career" spins down the toilet. Dude made a whole-ass "career" over just litigating the most obvious law ever (that reacting to a video is fair use). Now he's doing the literal opposite (LMFAO). Unprincipled, for sure, but also... maybe too dumb to even hold principles.

⬆ 6 ⬇   ↪ Share   ⋯

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/ntakepm/?utm_source=shar
e&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

 AlokFluff · 15h ago
We are all domestic terrorists 🧨

Chatgpt ass lawyer

⬆ 21 ⬇   ↪ Share   ⋯

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt9jsfh/?utm_source=share
&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Dry-Look8197** · 2mo ago
Ethan is unwell 🏔️

This whole filing seems insanely dishonest.

I guess that we shouldn't be surprised- Settler Rom partners in a firm with a wanted Malaysian embezzler (or at least conspirator in a massive scheme against the taxpayers of Malaysia). Still, the blatant misrepresentation of publicly accessible videos seems especially egregious- especially given the context of the case.

I am not a lawyer, and I have no idea how this really plays out in court, but the whole case seems as dumb and dishonest as the Kleins themselves.

⇧ 301 ⇩     💬 Reply     ↗ Share     ⋯

**bortgunnar**  OP · 2mo ago

None of this even seems relevant to the case. It's a copyright case. How does people talking shit about Ethan matter to copyright

⇧ 150 ⇩     💬 Reply     ↗ Share     ⋯

**Dry-Look8197** · 2mo ago
Ethan is unwell 🏔️

"You see, the only thing we want is ethics in video game journalism."

That's what I think whenever I see people bring up Ethan's BS excuses about copyright or CPS. It's just another version of the old Gamergate bullshit- just at the behest of a rich Bel Air asshole.

⇧ 80 ⇩     💬 Reply     ↗ Share     ⋯

**zixkill** · 2mo ago
🗣️ Hasan Hasan Hasan Hasaaaaaaan 🐷

Yeah judges reading over the information about GG would probably not come up with ethics in games journalism either.

⇧ 11 ⇩     💬 Reply     ↗ Share     ⋯

https://www.reddit.com/r/LeftoversH3/comments/1oc3bem/comment/nkjt414/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

# EXHIBIT 118



**DownWithW** • 5d ago
Hila Klein committed a war crime

**ssKingSlayer** • 4d ago
Ethan's a bitch made coward

**Dry-Look8197** • 5d ago
Ethan is unwell

**Ok-Fondant1071** • 5d ago
Made with Jewish Salt

**Efficient-Trainer308** • 6d ago
Ethan Klein is a PDF File

**Evening-Classroom-47** • 6d ago
FBI skull squad

**thursdayish** • 5d ago
government assigned wife

**Positive-Argument357** • 5d ago
Can we PLEASE just point and laugh at him?

**Lopsided-Letter-4806** • 7mo ago
Hila said she got out of the car during the night raid

**pantslessMODesty3623** • 2d ago • Edited 2d ago
Genocide was inevitable

**paenkeikeu** • 2d ago
DROP THE LAWSUITS

**Wereking2** • 2d ago
My lawyers can't do fucking shit!

**charmwonder** • 2d ago
Shredder's cheddar, but no feta

**CheeseandAdderall** • 3d ago
BadEmpanada called CPS on Ethan for being jewish

**Silly-Ispini** • 2d ago
Protect us...from his wife

**cstldk** • 4d ago
all expenses paid propaganda trip

**lolihull** • 4d ago

**AlokFluff** • 4d ago
We are all domestic terrorists

**vegetableater** • 4d ago
Gilded with edible gold sheets

**iberico_ham** • 5d ago
veHILAcular manslaughter

**HMS_GiggleSnort** • 1d ago
I am the pee pee poo poo man

**Lagarta-** • 5d ago
Ethanyahu, the rent payer

**fohfuu** • 4d ago
Hasan's 🫓 must taste pretty good

**fairywinkle_** • 6d ago
this mf never shuts up omg

**True_Surround_9736** • 6d ago
BE's Concubine

**DontDoxxMePls333** • 6d ago
Hasan's housekeeper

**Agreeable_Nerve_8754** • 6d ago
Level 100 Giardia Wizard

**_deadlockgunslinger** • 6d ago
I'm CrAsHiNg OuT. I KNOW!!!

**Injuryprone18** • 6d ago
Ethan's Sebaceous Cyst

**pinkbellyduckbird** • 6d ago
ACTIVE FUNGI

**EmpanadaDeCrema** • 6d ago
"Okay, fine! My wife's a terrorist."

**sryuremad** • 6d ago
3 kids btw

**AlokFluff** • 6d ago
We are all domestic terrorists

**Weedworf** • 5d ago
globalize the empanada

**Living-for-that-tea** • 5d ago
Hobby Fungologist

**BlondedO** • 5d ago
AIPAC SHAKUR



# EXHIBIT 119



**SolidStateEstate** · 10mo ago
Ethan's unpaid lawyer

**graveyardtombstone** · 1y ago
that moron Ethan Klein

**KingCakeBabyGravy** · 10mo ago
Ethan's passive aggressive torture camp 🏕️

**Strong-Sea1679** · 1y ago
Ethan is a vile person

**lorihamlit** · 10mo ago
Jewish/Anti-Zionist 🧌🧌

**Used-Blueberry7682** · 1y ago
Ethan's Ozempic dealer

**Lick-my-llamacorn** · 1y ago
💗 freak loser dumbass idiot 💗 /s

**GoodJoeBR2049** · 1y ago
h3 fan's undeveloped frontal cortex

**No-Lynx8771** · 10mo ago
h3's islamaphobia Olympics

**oneorang** · 1y ago
ethan's employee NDA

**starkofwinterfell__** · 1y ago
Hila's skill to spot invisible compliments from chat 🔍

**saint__jiub** · 1y ago
Olivia should be working at Target 💅👩

**Disastrous-Pack1641** · 1y ago
H3hab 🫐

**BerryProblems** · 1y ago
olivia's hot mic 🎙️🔥

**asbestosarsenic** · 1y ago · Edited 1y ago
radicalised tankie balderdash↗

**beeboodiboopbapbap** · 1y ago
#FreeEthan'sNanny 🧹🧌🧍

**gappyhirose** · 1y ago
But do the monarchs condemn hamas? 🤔🦋

**pacagummo** · 1y ago
hila's wheat bread personality

**Jessica_genericuser** · 1y ago
Hamas would kill me on the spot

**simpsonscrazed** · 1y ago
no peace & love 🧌

**Hot-Acanthisitta19** · 10mo ago
Ethan's Glorified Babysitter - Lena 🧍

**Black-A1-Posting** · 10mo ago
hey gang i threw up blood today 😍

**bonnybunn** · 10mo ago
"enjoy your drugs and being a sex worker"

**oddlylikable** · 10mo ago
From the River to the Sea, WTF happened to H3?!



- ○ "[Shredder] is really good at dying"
- ○ Ethan's faded dog tattoos 🐕
- ○ Hila's claire's makeup 🧑
- ○ ✨ mindless hair twirls ✨
- ○ Dan's enormous ego 👸
- ○ Dan thinking he's the smartest person in ...
- ○ Ethan's fragile ego 🤕
- ○ Olivia's last braincell 👩
- ○ 💗 Trisha deserved better 💗

Select your community flair

- ○ lalalala i cant hear you 🙉
- ○ Hater Ass Bitch
- ○ fallen fan 🥹
- ○ slayed by hila 💃💅 🗒️
- ○ boycott teddy fresh 🔥
- ○ leaving the cult behiiiind
- ○ Post-H3 Rehab Club 💊 👀
- ○ Ethan "Bad Faith" Klein
- ○ Still a fan, but highly critical 🤨
- ○ 🤵 Zach smokes cigarettes to look "cool"



- H3's failure to meet a diversity quota
- how tf are they late every show???
- "Should I button that?"
- AB kissing Ethan's [REDACTED] 🤭
- throwing a tantrum over chat TRIGGERED
- Ethan's underpaid and overworked attor...
- having my lawyer on speed dial 💅
- rules for thee but not for me! 🤡
- talking about watches for way too long 🧑‍🎤



Select your community flair

- 🤡 Zach's fake fear of CCR
- 🤡 Zach's fake fear of the cosby doll
- Zach Louis LIVE at IDGAF 🤩
- 🤡 Zach's thanksgiving steak
- Zach whining about the gaming chair
- the ricola Ducky ate 🐶
- the adderall 💊 Shredder ate 🐶
- 🐶 the dogs pissing and shitting everyw...
- 🐶 Ethan's dogs eating cables and wires 🐶
- 🐶 Ethan's untrained dogs 🐶



























**Select your community flair**

- ○ Is the $620k in the room with us?
- ○ The Hasan Pacifier
- ○ Ethan's Ted Talk on Chinese Fascism
- ○ Guiding myself to a better state of being
- ○ Just an innocuous dude
- ○ The human embodiment of the Che Gue...
- ○ Hasan's chicken serf
- ○ Toxic Gossip Train's sister Pathetic Hate B...
- ○ fired for getting hernia surgery
- ○ Me and my socialist cats took Hasan's si...

**Select your community flair**

- ○ the dead silence after Ethan tells a joke
- ○ a really good guy 🧑🏻‍🦰
- ○ lets do it baby i know the law
- ○ see u in court, sweaty <3
- ○ sensitive dog owner
- ○ I can't be associated with this company
- ○ What's socialist about unions? 🧑🏻
- ○ Crash-out Klein 🧑🏻
- ○ I'm a comedian but I'm not a comedian ...
- ○ Marx says you gotta own the means of c...