| | |
|---|---|
| 1 ROM BAR-NISSIM (SBN: 293356)<br>Rom@HeahBarNissim.com<br>2 **HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>3 Los Angeles, CA 90067<br>Telephone: 310.432.2836<br>4<br>Attorneys for Respondent/Plaintiff<br>5 TED ENTERTAINMENT, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff/respondent Ted Entertainment, Inc. ("TEI") herby lodges with the Court the following materials in conjunction with its Opposition to the Motion for Administrative Relief (the "Opposition") of Movants/Defendants Does (the "H3Snark Mods").

1. A flash drive containing the following exhibit to the Joint Declaration of Ethan and Hila Klein in support of the Opposition: **Exhibit 108 –** The video entitled *The Lawsuit Is Over (Kaceytron Apology) – H3 Show #215*

**PLEAST TAKE FURTHER NOTICE** that TEI shall serve on counsel for the H3Snark Mods either a flash drive identical to that described above or facilitate a file transfer of all of the video exhibits described above based on counsel's preference.

Dated: December 15, 2025         **HEAH BAR-NISSIM LLP**

By  /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff Ted Entertainment, Inc.