**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**JOINT DECLARATION OF DOES IN SUPPORT OF RESPONSE TO TED ENTERTAINMENT, INC.'S OPPOSITION TO DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

We, Does, do hereby declare:

We swear under penalty of perjury the following is true, and based upon our personal knowledge, unless otherwise stated. If called to testify, we could and would do so competently.

1. Plaintiff's improper filing in response to our Administrative Motion reveals a blatant sense of entitlement—both on the part of Plaintiff and Plaintiff's counsel—to dictate the terms of our defense of constitutionally protected speech as anonymous online critics.

2. The filing reinforces our legitimate concern that Plaintiff intends to use their considerable resources to drag this case out, dox us, and launch additional baseless lawsuits designed to inflict further financial harm on us. (Doe Decl. [D.E 8] *passim*; DRD [D.E. 23] ¶¶22.3, 23-24.1, 26.1, 31-31.1, 37, 50-50.1, 51.1.)

3. Plaintiff's disregard for procedural rules demonstrates a belief that those rules bind us, but not them. This selective approach to legal accountability reflects a broader pattern of TEI's malicious, abusive conduct toward us and other critics. This has been explicitly demonstrated by the fact that Plaintiff and Plaintiff's counsel have both previously disseminated critics' private and identifying information in pleadings related to our motion to quash. (DRD [D.E. 23] ¶51; RBN Decl. [D.E. 16-1] Exs. 60, 68; JKD [D.E. 16-2] ¶49.)

4. Moreover, the filing directly contradicts the very premises on which our participation in these lawsuits rests. Plaintiff's counsel now insists that they have never alleged any collaboration or conspiracy between us and Denims, Frogan, or Kaceytron. (TEI Opp. to Admin. Mot. [D.E. 28] 4:22-25.) Yet earlier pleadings from the same counsel explicitly assert such connections. (Denims Compl. [D.E. 7, Ex. 1] 40:25-26, 51:23-27, 75:20-22; Frogan Compl. [D.E. 7, Ex. 3] 40:1-4, Kaceytron Compl. [D.E. 7, Ex. 4] ¶43.) If, as they now claim, there was no alleged link between us and the creators accused of directly infringing TEI's content, then there was no factual, theoretical, or logical foundation for any allegation of contributory copyright infringement against us. In short, Plaintiff's counsel has demonstrated that our involvement in these lawsuits bears no relation to any alleged copyright violation, thereby undermining the entire basis of their claims against us.

5. Despite unequivocal testimony that we are neither moderators nor participants on r/LeftoversH3. (Doe Decl. [D.E 8] ¶¶66, 70, 81, 146, 280, 295; DRD [D.E. 23] ¶¶33-34.) Plaintiff

continues to conflate activity on that subreddit with the defunct r/h3snark subreddit—a community that has been totally inactive since May 2025. On-air conversations on the H3 Podcast confirm that Ethan and other TEI employees are fully aware of r/h3snark's inactivity, yet Plaintiff persists in misleading the Court by merging the two subreddits. This deliberate misrepresentation appears intended either to create a pretext for future litigation or to silence an even broader body of critical speech aimed at TEI. In all three Complaints, Plaintiff admits to their initial "plans to pursue legal action against [us] for harassment" (in which we had no involvement, as we have stated repeatedly), making it impossible for us to trust that our private, identifying information will be used exclusively for these filings. (Denims Compl. [D.E. 7, Ex. 1] 27:3-4, Frogan Compl. [D.E. 7, Ex. 3] 27:2-3, Kaceytron Compl. [D.E. 7, Ex. 4] p. 24.) Plaintiff's tactics amount to a financially abusive strategy to intimidate anonymous critics rather than a good faith effort to enforce copyright.

6.  Plaintiff **offers no evidence linking any of the users identified in Exs. 106-107 to h3snark moderators.** They cannot provide evidence because **Dart0is (or any of the users identified in their "new evidence" at D.E. 28-1, Exs. 106-107) are not and were never moderators of the h3snark Subreddit.**

Plaintiff admits that in response to discovery, the single communication Denims produced allegedly (but not actually) related to an h3snark moderator is the communication at Ex. 106. However, as stated above, this person was never an h3snark moderator. Thus, the only "evidence" produced in the Denims discovery consists of communications with a person who was never an r/h3snark moderator and to whom Denims *never even responded*. (D.E. 28-1, Exs. 106-107.) This provides no factual basis for *any* coordination between Denims and us, and the complete absence of joint communications, actions, and/or planning proves there was no conspiracy or collaborative effort to infringe on TEI's copyrights. Consequently, TEI cannot produce any evidence of collusion between Denims and us because *none exists*; Plaintiff has just proven that the contributory claims against us are *and have always been* completely meritless.

We never instructed, encouraged, or knew of *any* r/h3snark users contacting Denims or any other creator regarding the works at issue or for any other reason. **We had no knowledge—and could not possibly have had knowledge—of any r/h3snark users privately communicating**

**with Denims or *any other creator*.** Plaintiff's expectation that unpaid, volunteer moderators omnisciently police every r/h3snark user's online activity is unreasonable and unattainable. We believe the record shows Plaintiff is conducting a fishing expedition for the identities of perceived enemies, rather than protecting any legitimate copyright interests.

7. Plaintiff alleges, without any supporting evidence, that we "manipulated" Exs. 100, 101 to mislead the Court. (TEI Opp. to Admin Mot. JKD [D.E. 28-2] ¶¶7(a)-(c), 8(a)-(h).) As per Vulić Admin Decl. [D.E. 25-1] ¶7, we submitted "selections [that] reflect a range of user commentary" from "various social media" platforms. Each is cited with a direct hyperlink; we cropped out engagement metrics because they are ultimately irrelevant. As per Vulić Admin Decl. [D.E. 25-1] ¶8, we never suggested the ModMail messages we received were from r/h3h3productions users, but stated that the "messages, posts, and comments [submitted] reflect a range of user communications that are intended to intimidate, harass, or otherwise pressure [us]" with respect to these lawsuits. Any purported issues with ModMail screenshots appear to stem from a formatting error that occurred when converting the Word document into which the screenshots were copied and pasted to a PDF.

TEI's baseless accusations about evidence "manipulation" are theatrical distractions intended to generate interest in the H3 Podcast. Throughout this litigation, we have maintained that the lawsuits are a desperate effort to revive a waning show and to stage a PR campaign that gains an illusion of legitimacy by appearing in federal court. As private citizens, we have been thrust into an expensive, unjust, and disturbingly hostile publicity war orchestrated by TEI, disguised as three copyright disputes.

8. Plaintiff's promises not to disclose, broadcast, or otherwise share our identities (TEI Opp. to Admin Mot. JKD [D.E. 28-2] ¶¶2, 3(a)-(g))[1] carry little weight in light of their extensive, documented history of threatening and harassing us and inciting others to do so as well. (Doe Decl. [D.E 8] *passim*; Reply Exs. [D.E. 23] 86, 89; DRD [D.E. 23] ¶¶21.1-28, 30, 37, 42-43, 45-51.1, 54.)

---

[1] Ethan and Hila's attempt to offer the Merriam-Webster definition of "dox" to justify or explain their actions ignores that doxing is a violation of Cal. Civ. Code §1708.89, and the definition does not require that information disclosed be "private," just that it be personally identifying.

During the initial August 2025 meet-and-confer before we filed the instant motion to quash, Plaintiff's counsel offered to our counsel assurances that the litigation would proceed civilly. At the time of the meeting, Ethan was live on the H3 Podcast, issuing threats to "feast on the ashes" of our ruined lives, gloating about the exorbitant costs of fighting these subpoenas, declaring that financially ruining us is his "dream come true," and mocking us for retaining counsel. (Doe Decl. [D.E 8] ¶¶175, 256; DRD [D.E. 23] ¶¶21.1-21.3.2; Vulić Decl. [D.E. 7] Ex. 22.) These and other contradictory statements demonstrate that Plaintiff's overtures of civility are merely rhetorical, masking a pattern of intimidation and malicious conduct that directly targets the very individuals they claim they will protect (only if forced to by this Court, as they oppose a protective order completely). The dissonance of formal assurances with on-the-record threats undermines any credibility Plaintiff might claim and reinforces the conclusion that the litigation is being used as a tool of harassment rather than a genuine effort to resolve a legitimate copyright dispute.

9. Plaintiff's counsel has shown a disregard for protecting the private and identifying information of others throughout these pleadings. (*See* ¶3 above.) He has erroneously attributed posts "attacking [him] in [his] professional capacity" to us and r/h3snark, ignored our sworn declarations that we have never posted on or moderated r/LeftoversH3, and threatened a former r/h3snark user with litigation unless they surrendered every piece of information they possessed about us. (RBN Decl. [D.E. 16-1] ¶¶22, 30 and fn. 22; Exs. 58, 60.) We believe the record shows that only a complete quash of the subpoenas can protect us, our loved ones, associates, and peers from the irreparable, immeasurable harm that unmasking would inevitably inflict.

10. Plaintiff's counsel acknowledges an enormous public interest—instigated only by Plaintiff, for actions unrelated to copyright and in fact not done by us—in exposing our identities (TEI Opp. to Mot. to Quash [D.E. 16] 25:23-24; TEI Opp. to Admin Mot. [D.E. 28] 5:17-18), validating our fears that unmasking would unleash an overwhelming wave of hostility onto us, our families, friends, colleagues, classmates, and broader social networks. (Doe Decl. [D.E 8] *passim*; DRD [D.E. 23] ¶¶22.3, 23-24.1, 26.1, 31-31.1, 37, 50-50.1, 51.1.) His interest in revealing who we are, coupled with a disregard for the safety, security, and privacy of private citizens (*See* ¶¶3, 9 above), comes across to us as an eagerness to help Plaintiff mobilize an online mob against us, and

we therefore ask the Court to quash these subpoenas in full, rather than rely on AEO protections.

11. Plaintiff's assurances that they will tell their fanbase not to harass or dox us (JKD [D.E. 16-2] ¶¶4, 5, 5(a)-(c); TEI Opp to Admin Mot. JKD [D.E. 28-2] ¶¶2, 3, 3(a)-(f)) are unconvincing and expose the willful blindness of TEI toward the attacks carried out by their followers, supporters, and allies, including on their own subreddit r/h3h3productions. (Doe Decl. [D.E 8] ¶¶84-89, 93-94.2, 150-151, 160-161, 173, 202, 258, 260-261, 285, 297; DRD [D.E. 23] ¶¶28, 46.1, 57; Exs. 76, 87, 89, 91, 93-94.) Their filings demonstrate that they cannot be trusted to honor such promises. Ethan Klein has spent countless hours constructing a tacit permission structure that enables his audience and allies to target perceived "enemies of the show" regardless of any injunctions he later issues. Consequently, Plaintiff's assurances are hollow; they know their directives have little practical effect. This is why we sought the Court's permission to admit both the "Apology Video" and the ensuing public reactions as evidence of the overwhelming risks to our privacy, security, and safety, and of those close to us, in our Administrative Motion.

12. Plaintiff's improper filing is merely one episode in a sustained campaign to silence criticism. (Doe Decl. [D.E 8] ¶¶46-46.2.1, 81, 95-97, 101, 103, 150, 162, 165, 167, 179, 206; DRD [D.E. 23] ¶¶3, 5, 29, 40, 50.1, 60-61.) Relying on demonstrably false allegations and lacking any concrete evidence of wrongdoing, Plaintiff has leveraged their massive online platform to manufacture consent to and incite others to harass, cyber-stalk, and dox us for moderating a subreddit where former fans critiqued and aired grievances about public figures and a once-beloved show. At its core, these suits aim to assign the weight of contributory copyright infringement for sharing lawful links to criticism in a thinly veiled attempt to chill free expression, censor dissenting speech, and entertain a sycophantic audience by threatening the lives and livelihoods of ordinary, private individuals.

13. We did not intend to file this brief, nor do we wish to continue a costly back-and-forth with a Plaintiff who has openly stated an intent to inflict financial harm on us. However, we felt compelled to respond because Plaintiff attempted to introduce evidence that had never been disclosed to us prior to the public filing and that Plaintiff appears to be misrepresenting—whether intentionally or through negligence—to the Court.

14. Accordingly, we respectfully request that the Court quash these predatory, overbroad subpoenas in their entirety, shift our attorney's fees to hold Plaintiff accountable for the financial damages already incurred, and affirm its duty to protect the civil liberties and First Amendment rights of not only us, but of all online critics.

We declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: December 18, 2025                                    By:  _____s/ Does_____
                                                                              Does