**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. Case No. 3:25-mc-80296-SK<br><br>**NOTICE OF UNAVAILABILTY** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable from **June 23, 2026 to July 1, 2026**, and will therefore be temporarily unavailable to respond to any matter in this action during those periods, including appearing in any potential hearings or responding to any filings.

Accordingly, counsel respectfully requests that no hearings or other proceedings requiring counsel's attendance be scheduled during the above-referenced dates.

This notice does not seek to modify any existing court-ordered deadlines or continue any presently scheduled hearings. Any requests for continuances, if necessary, will be made by separate motion in compliance with Civil Local Rule 7-7 and the standing orders of the assigned judge.

Respectfully Submitted,

DATED: March 3, 2026                                **KRONENBERGER ROSENFELD, LLP**

By:  /s/ Leah Rosa Vulić
     Leah Rosa Vulić
     Attorneys for Movants/Defendants Does