ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBIT OF CORRECTED EXHIBIT K** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the instructions of the Honorable Sallie Kim at the April 20, 2026 hearing for the Motion to Quash of Movants/Defendants Does (the "H3Snark Mods"), plaintiff/respondent Ted Entertainment, Inc. ("TEI") hereby lodges with the Court the following material:

1. A flash drive containing the **Corrected Exhibit K** that contains Part 2 of the January 31, 2025 broadcast ("Corrected Exhibit K") of Alexandra Marwa Saber p/k/a Denims ("Denims").

Both TEI and Denims stipulated to the authenticity of the Corrected Exhibit K in the underlying action *Ted Entertainment, Inc. v. Saber et al.* (Case No. 2:25-cv-05564-WLH-PD). *See* Dkt. Nos. 33-34.

**PLEAST TAKE FURTHER NOTICE** that TEI shall serve on counsel for the H3Snark Mods either a flash drive identical to that described above.

Dated: April 20, 2026

**HEAH BAR-NISSIM LLP**

By /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff Ted
Entertainment, Inc.

1
TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBIT OF CORRECTED EXHIBIT K