UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No.  25-mc-80296-SK |
| | **ORDER REQUIRING VIDEO FILINGS** |
| | Regarding Docket Nos. 1, 16 |

Following the Court's motion hearing on April 20, 2026, the Court HEREBY ORDERS Ted Entertainment, Inc. ("TEI") and Movant the Doe Defendants to upload all video exhibits referenced in their papers, including  the correct version of TEI's Exhibit K, by **April 22, 2026** at the following designated link: https://cand.app.box.com/f/12aea34b708b4e63a1ceada8a6731839. The link is provided by the Clerk's office and is only accessible to the undersigned's chambers. Directions regarding the use of the designated link can be found under the "Uploading Digital Exhibits" link on the following page: https://cand.uscourts.gov/attorneys/attorney-practice-resources.

**IT IS SO ORDERED**.

Dated: April 20, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California