**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **JOINT NOTICE OF RELEVANT RELATED PROCEEDINGS** |

Case No. 3:25-mc-80296-SK

**JOINT NTC OF RELEVANT RELATED PROCEEDINGS**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The parties, Movants/Defendants Does and Respondent/Plaintiff Ted Entertainment, Inc. ("Plaintiff' and, collectively with the Does, the "Parties") jointly submit this Notice to advise the Court of recent developments in the underlying action, *Ted Entertainment, Inc. v. Alexandra Marwa Saber p/k/a Denims*, Central District of California Case No. 2:25-cv-05564-WLH-PD (the "Underlying Action"), and to ensure that the Court is aware of the current posture.

On March 2, 2026, upon stipulation and request by Plaintiff and named Defendant Alexandra Marwa Saber ("Denims"), the Court in the Underlying Action entered an order staying that action pending the resolution of Does' Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. in the instant action.

On March 30, 2026 , upon stipulation and request by Plaintiff and Denims, the Court in the Underlying Action entered an order authorizing a carveout of the stay to permit the filing and adjudication of a motion for partial judgment on the pleadings by Defendant as to the Work *Content Nuke: Hasan Piker*, only, on the question of whether Denims' use of that Work is fair use (the "MPJOP"). Accordingly, although the Underlying Action is otherwise stayed, motion practice is proceeding within that limited carveout.

On April 2, 2026, Plaintiff and Denims submitted a stipulation and proposed order for the Court's consideration and approval in the Underlying Action regarding the briefing schedule and hearing date. As of the date of this filing, that stipulation remains pending, but Plaintiff and Denims are proceeding with the proposed briefing schedule they submitted, with the hearing date and time subject to the Court's availability. The dates set forth in the April 2, 2026 stipulation are as follows:

- Opening brief: **April 17, 2026**
- Opposition brief: **May 1, 2026**
- Reply brief: **May 8, 2026**
- Hearing: **June 5, 2026 at 1:30 p.m.**

This Notice is submitted so that the Court has the most current information regarding the status of the Underlying Action and the limited proceedings continuing there. The Parties will update this Court if there is a ruling on the MPJOP prior to the Court ruling on the pending Motion

Case No. 3:25-mc-80296-SK

1

**JOINT STIP TO EXTEND DEADLINE FOR DOES TO FILE REPLY ISO MTQ**

to Quash.

The Parties respectfully submit this update for the Court's consideration in managing this action.

Respectfully Submitted,

DATED: April 24, 2026        **KRONENBERGER ROSENFELD, LLP**


By:   /s/ Leah Rosa Vulić
            Leah Rosa Vulić

Attorneys for Movants/Defendants Does


DATED: April 24, 2026        **HEAH BAR-NISSIM LLP**


By:   /s/ Rom Bar-Nissim
            Rom Bar-Nissim

Attorneys for Respondent/Plaintiff Ted Entertainment, Inc.

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATED: April 24, 2026        By:   /s/ Leah Rosa Vulić
                                            Leah Rosa Vulić

Attorneys for Movants/Defendants Does

Case No. 3:25-mc-80296-SK        2        **JOINT STIP TO EXTEND DEADLINE FOR DOES TO FILE REPLY ISO MTQ**