

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

JUN 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-3513 |
| Originating Case Number: | 3:25-mc-80296-SK |
| Short Title: | Doe Defendants v. United States District Court for the Northern District of California, San Francisco |

Dear Petitioner/Counsel

The United States Court of Appeals for the Ninth Circuit has received your petition for a writ of mandamus assigned the docket number above to your case. Please include this docket number on every filing you submit and in any communication you have with the court about this case.

Motions filed with the notice of appeal are not transferred to this court.. You need to separately file on this court's docket any motion that seeks relief from this court.

Pursuant to FRAP Rule 21(b), no answer to a petition for writ of mandamus and/or prohibition may be filed unless ordered by the Court. If such an order is issued, the answer shall be filed by the respondents within the time fixed by the Court.

Pursuant to Circuit Rule 21-2, an application for writ of mandamus and/or prohibition shall not bear the name of the district court judge concerned. Rather, the appropriate district court shall be named as respondent.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.