UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: DOE DEFENDANTS.

_____

DOE DEFENDANTS,

Petitioners,

v.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA, SAN FRANCISCO,

Respondent,

TED ENTERTAINMENT, INC.,

Real Party in Interest.

No. 26-3513

D.C. No.
3:25-mc-80296-SK
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER, CHRISTEN, and COLLINS, Circuit Judges.

Real party in interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply within 7 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Magistrate Judge Kim.

26-3513